**Fill in this information to identify the case:**

Debtor name    **Miami Air International, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **20-13924-BKC-AJC**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................    $    **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................    $    **21,778,513.95**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................    $    **21,778,513.95**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **0.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................    +$    **10,799,612.85**

4.   Total liabilities .................................................................................................
   Lines 2 + 3a + 3b    $    **10,799,612.85**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Miami Air International, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **20-13924-BKC-AJC**

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | $45,900.43 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking/Master Operating Account** | **1741** | $1,565,312.41 |
| 3.2. | **Bank of America** | **Checking/Anywhere Anytime Travel Account** | **4589** | $105,582.00 |
| 3.3. | **Bank of America** | **Checking/Captains Account** | **1754** | $0.00 |
| 3.4. | **Bank of America** | **Checking/Square Account** | **4250** | $0.00 |
| 3.5. | **US Trust** | **Customer Escrow Account (Required per CFR 207.17)** | **5115** | $7,519,590.72 |

4. **Other cash equivalents** *(Identify all)*

**Petty Cash**
**Reconciliation**
**FEBRUARY 29, 2020**

| Department | Amount | |
|---|---:|---|
| Administration | 25,959.15 | Held in a safe in the President's office. |
| Captains | 10,000.00 | Each Captain holds $400 to be used for flight costs. |
| Catering Reps | 1,800.00 | Each Catering Representative holds $600 to be used as need on flight costs for catering. |
| Human Resources | 250.00 | Held by HR Manager for miscellaneous costs. |
| Inflight | 500.00 | Held by Inflight Supervisor for crew costs |
| Maintenance (Flt. Mechanics) | 6,500.00 | Each Flight Mechanic holds $500 for miscelanous maintenance costs while on flights. |
| Maintenance Office (Luigi) | (8.72) | |
| Pursers | 900.00 | Each Purser holds $30 to be used for flight costs. |
| Totals | **45,900.43** | |

Debtor    **Miami Air International, Inc.**                              Case number *(If known)* **20-13924-BKC-AJC**
          Name

| 5. | Total of Part 1. | | $9,236,385.56 |
|----|------------------|---|--------------|
|    | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Security Deposits - see attached detail** | $2,886,669.34 |
|------|---------------------------------------------|---------------|

|      | **Prepaid Insurance - see attached detail** | |
|------|---------------------------------------------|---------------|
| 7.2. | **as of February 29, 2020** | $246,347.84 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment
   **Prepaid Rent Receivable - 733**

| 8.1. | **as of February 29, 2020** | $207,341.81 |
|------|-----------------------------|-------------|

|      | **Other Prepaid Expenses (aircraft lease payments and prepaid fuel)** | |
|------|----------------------------------------------------------------------|-------------|
| 8.2. | **as of February 29, 2020** | $1,110,711.31 |

|      | **Prepaid Maintenance Reserve** | |
|------|---------------------------------|-------------|
| 8.3. | **as of February 29, 2020** | $2,087,000.00 |

| 9. | Total of Part 2. | | $6,538,070.30 |
|----|------------------|---|--------------|
|    | Add lines 7 through 8. Copy the total to line 81. | | |

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 3,119,734.32 | - | 5,350.73 | = .... | $3,114,383.59 |
|---------------------------|--------------|---|----------|--------|---------------|
| A/R | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 2,028,052.50 | - | 0.00 | = .... | $2,028,052.50 |
|---------------------------|--------------|---|------|--------|---------------|
| Credit Balances | face amount | | doubtful or uncollectible accounts | | |

| | MIAMI AIR INTERNATIONAL | | |
|---|---|---|---|
| | SECURITY DEPOSITS | | |
| | | | |
| | | 2/29/2020 | |
| DATE | DESCRIPTION | Balance | DESCRIPTION |
| **Admin** | | | |
| 01/02/95 | DADE COUNTY LEASE SECURITY C-672 Bldg 875 | 23,269.80 | |
| 12/09/96 | DELTA CARE | 1,661.38 | |
| 04/30/98 | METRO DADE COUNTY - RENT C-672 Bldg 875 | 928.93 | |
| 04/30/98 | METRO DADE COUNTY - RENT C-648, Bldg 870 | 12,138.02 | |
| 12/31/98 | DADE COUNTY - LEASE C-651 MIA/BLDG 871 (2MTHS) | 35,161.28 | |
| 07/01/03 | GE Financial - Servers | 6,296.93 | |
| 10/23/08 | AVS International Group-Warehouse Security Deposit | 3,300.00 | |
| 01/25/10 | Miami Dade Aviation Department | 46,443.17 | |
| 01/26/10 | Miami Dade Aviation Department | 21,173.17 | |
| 06/26/19 | Eagle Brands (Deposit for beer purchases) | 1,500.00 | |
| | | | |
| **Ground Handling** | | | |
| 02/01/97 | OGDEN AVIATION FUEL | 9,500.00 | |
| 09/18/98 | SALT LAKE CITY AIRPORT - LANDING FEE SEC. | 1,000.00 | |
| 01/31/02 | SALT LAKE CITY AIRPORT - DEPOSIT LETTER OF CREDIT | 1,000.00 | |
| 05/16/05 | Deposit Security MBJ airports | 2,000.00 | |
| 04/10/07 | Piedmont Airlines, Inc. - G/H Pax | 2,500.00 | |
| 11/16/11 | World Atlantic Airways | 3,000.00 | |
| 03/19/18 | Canada Border Services | 7,796.66 | |
| | | | |
| **Aircraft Lease** | | | |
| 03/02/03 | ILFC - Int'l Lease Financial Corp Dep for a New  737-800 | 100,000.00 | 738 |
| 04/28/04 | ILFC - Int'l Lease Financial Corp  Exec/Delivery N739 | 300,000.00 | 738 |
| 09/01/05 | ILFC - Int'l Lease Financial Corp  Exec/Delivery N738 | 24,000.00 | 738 |
| 06/01/03 | ILFC - Int'l Lease Financial Corp Pmt 737-800 Delivery March 04 | 200,000.00 | 739 |
| 07/01/03 | ILFC - Int'l Lease Financial Corp Pmt 737-800 Delivery March 04 | 200,000.00 | 739 |
| 06/01/05 | ILFC - Int'l Lease Financial Corp  Exec/Delivery N738 | 10,000.00 | 739 |
| 05/12/16 | Aviation Capital Group -749 | 262,000.00 | 749 |
| 06/30/16 | Aviation Capital Group -749 | 262,000.00 | 749 |
| 01/25/19 | Aergo Capital - 758 | 550,000.00 | 758 |
| 03/29/19 | SMBC Aviation Capital - 735 | 175,000.00 | 735 |
| 08/08/19 | SMBC Aviation Capital - 735 | 180,000.00 | 735 |
| 11/29/19 | SMBC Aviation Capital - 735 | 180,000.00 | 735 |
| | | | |
| **Maintenance** | | | |
| 01/22/19 | Engine Lease Finance Company - 733 Engine Loaner | 135,000.00 | |
| 04/17/19 | Engine Lease Finance Company - 732 Engine Loaner | - | |
| 08/09/19 | Kellstrom Aerospace - 739 Engine Loaner | 120,000.00 | |
| 01/22/20 | ACC Aviation | 10,000.00 | |
| | | | |
| | | **2,886,669.34** | **2/29/2020 Balance** |
| | | 2,886,669.34 | G/L Balance |
| | | - | Difference |

In re Miami Air International, Inc.

Schedule of Prepaid Insurance

| Type of Insurance - General | Company | Coverage | Policy Number | Prepaid Balance 3/31/20(Col O-R) |
|---|---|---|---|---|
| Aviation Insurance | El Aguila | Liability | AVAAF18 | 1,887.90 |
| Commercial Property | AGCS Marine Insurance Company | Property | SML93053794 | 17,957.94 |
| Business Auto | Travelers Property & Casualty Co. | Business Auto | BA-4N180546-19-43-G | 26,073.00 |
| Worker's Compensation | Star Aviation | Compensation | 100 0003865/66 | 97,354.45 |
| Int'l Package Policy | Foreign Coverage | Foreign | WS11015688 | 1,473.50 |
| Aviation Insurance | Consulting Fee | A/C War Risk | Fee | (18,253.23) |
| Aviation Insurance | Multiple Companies | Hull & Liability | Multiple | 102,061.10 |
| Aviation Insurance | Lloyds of London/Lancashire | Buy Down | AVNAN1900101 | 10,573.50 |
| Aviation Insurance | Lloyds of London | A/C War Risk | AVNAN1900100 | 3,779.61 |
| Aviation Insurance | Lloyds of London | A/C War Risk | AVNAN1900101 | 3,440.07 |
| **Total** | | | | 246,347.84 |

| Debtor | **Miami Air International, Inc.** | Case number *(If known)* | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 11b. Over 90 days old: | **633,346.54** | - | **0.00** =.... | **$633,346.54** |
|---|---|---|---|---|
| A / R | face amount | | doubtful or uncollectible accounts | |

**12.    Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$5,775,782.63**

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

- ☒ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

---

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ☐ No.  Go to Part 6.
- ☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    Raw materials** | | | | |
| **20.    Work in progress** | | | | |
| **21.    Finished goods, including goods held for resale** **Spare Parts Inventory -** **see attached schedule** | | | | |
| **Net book value is $1,488,508.64 plus $628,947.68 in obsolescence reserve** | as of 2/29/2020 | $2,117,456.32 | Book Value | Unknown |
| **22.    Other inventory or supplies** | | | | |

**23.    Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

**$l_b_bck b**

**24.    Is any of the property listed in Part 5 perishable?**

- ☒ No
- ☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

- ☒ No
- ☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**

- ☒ No
- ☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☒ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# AGED TRIAL BALANCE WITH OPTIONS - DETAIL

Receivables Management

**Ranges:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Customer ID: | First - Last | | User-Defined 1x: | First - Last | ZIP Code: | First - Last |
| Customer Class: | First - Last | | Customer Name: | First - Last | State: | First - Last |
| Salesperson ID: | First - Last | | Short Name: | First - Last | Telephone: | First - Last |
| Sales Territory: | First - Last | | Posting Date: | First - Last | | |

| | |
|---|---|
| **Account Type:** | All |
| **Customer:** | by Class ID |
| **Document:** | by Document Number |

**Exclude:** Zero Balance, No Activity, Fully Paid Documents, Unposted Applied Credit Documents, Multicurrency Info

**\* - Indicates an unposted credit document that has been applied.**

---

| **Customer:** | ACC (UK) | | **Name:** | AIR CHARTER CONNECTIONS, LTD. | | **Account Type:** | Open Item | | **Aged As of:** | 3/19/2020 |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **User-Defined 1x:** | | **Salesperson:** | **Credit:** | Unlimited |
| **Contact:** | | **Territory:** | | |
| **Phone:** | (000) 000-0000 Ext. 0000 | **Terms:** | DUR | |

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 132730 | SLS | 7/31/2019 | $104.40 | | | | | | $104.40 |
| FLT33440 | SLS | 6/12/2019 | $50,561.47 | | | | | $50,561.47 | |
| PYMNT0027480 | | 6/13/2019 | | | | | | ($49,862.72) | |
| | | | | | | | | | **Balance** |
| | | Totals: | | | | $0.00 | $0.00 | $0.00 | $803.15 | $803.15 |

---

| **Customer:** | ACS (CA) | | **Name:** | AIR CHARTER SERVICE CORP | | **Account Type:** | Open Item | | **Aged As of:** | 3/19/2020 |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **User-Defined 1x:** | | **Salesperson:** | **Credit:** | Unlimited |
| **Contact:** | | **Territory:** | | |
| **Phone:** | (000) 000-0000 Ext. 0000 | **Terms:** | DUR | |

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 133189 | SLS | 1/2/2020 | $200.40 | | | | | $200.40 | |
| FLT34592 | SLS | 1/2/2020 | $83,392.47 | | | | | $83,392.47 | |
| PYMNT0028019 | PMT | 1/8/2020 | ($83,532.86) | | | ($83,532.86) | | | |
| | | | | | | | | | **Balance** |
| | | Totals: | | | | ($83,532.86) | $0.00 | $83,592.87 | $0.00 | $60.01 |

---

| **Customer:** | ACS(GB) | | **Name:** | AIR CHARTER SERVICE PLC | | **Account Type:** | Open Item | | **Aged As of:** | 3/19/2020 |
|---|---|---|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **User-Defined 1x:** | | **Salesperson:** | **Credit:** | Unlimited |
| **Contact:** | | **Territory:** | | |
| **Phone:** | (000) 000-0000 Ext. 0000 | **Terms:** | DUR | |

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 132772 | SLS | 7/17/2019 | $4,442.76 | | | | | | $4,442.76 |
| 13691 | | 11/7/2019 | | | | | | | ($1,329.40) |
| PYMNT0027691 | | 9/20/2019 | | | | | | | ($2,710.86) |
| FLT33329 | SLS | 5/19/2019 | $99,927.20 | | | | | | $99,927.20 |
| PYMNT0027426 | | 5/20/2019 | | | | | | | ($99,902.20) |
| FLT33525 | SLS | 6/22/2019 | $125,310.63 | | | | | | $125,310.63 |
| PYMNT0027516 | | 6/25/2019 | | | | | | | ($122,920.62) |
| | | | | | | | | | **Balance** |
| | | Totals: | | | | $0.00 | $0.00 | $0.00 | $2,817.51 | $2,817.51 |

System: 4/7/2020    4:00:14 PM     **AGED TRIAL BALANCE WITH OPTIONS - DETAIL**     Page: 1   2
User Date: 3/31/2020     User ID:   mbuskell

Case 20-13924-AJC   Miami Doc 146 International Filed   04/29/20    Page 9 of 332

---

| Customer: | AIR PLANNING | | Name: | AIR PLANNING, LLC. | | Account Type: | Open Item | | Aged As of: | 3/19/2020 |
|---|---|---|---|---|---|---|---|---|---|---|

User-Defined 1x:
Contact:
Phone: (603) 890-0044 Ext. 0000    Salesperson:    Territory:    Terms: DUR    Credit:    Unlimited

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 132904 | SLS | 9/20/2019 | $2,383.90 | | | | | | $2,383.90 |
| 133177 | SLS | 11/22/2019 | $2,688.30 | | | | | | $2,688.30 |
| 13750 | | 12/23/2019 | | | | | | | ($1,776.00) |
| 13352. | CR | 1/31/2019 | ($5,073.25) | | | ($956.77) | | | |
| FLT32167 | CR | 1/31/2019 | ($1,374.62) | | | ($1,084.82) | | | |
| FLT34370 | SLS | 11/2/2019 | $36,873.11 | | | | | | $36,873.11 |
| PYMNT0027837 | | 11/8/2019 | | | | | | | ($36,373.13) |

| | | | | | Totals: | ($2,041.59) | $0.00 | $0.00 | $3,796.18 | Balance $1,754.59 |
|---|---|---|---|---|---|---|---|---|---|---|

---

| Customer: | AIRX | | Name: | AIRX | | Account Type: | Open Item | | Aged As of: | 3/19/2020 |
|---|---|---|---|---|---|---|---|---|---|---|

User-Defined 1x:
Contact:
Phone: (000) 000-0000 Ext. 0000    Salesperson:    Territory:    Terms: DUR    Credit:    Unlimited

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 133036 | SLS | 11/18/2019 | $311.32 | | | | | | $311.32 |
| 133473 | SLS | 3/9/2020 | $191.78 | | | $191.78 | | | |

| | | | | | Totals: | $191.78 | $0.00 | $0.00 | $311.32 | Balance $503.10 |
|---|---|---|---|---|---|---|---|---|---|---|

---

| Customer: | ALLURE | | Name: | ALLURE TRAVEL | | Account Type: | Open Item | | Aged As of: | 3/19/2020 |
|---|---|---|---|---|---|---|---|---|---|---|

User-Defined 1x:
Contact:
Phone: (000) 000-0000 Ext. 0000    Salesperson:    Territory:    Terms: DUR    Credit:    Unlimited

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 132916 | SLS | 10/17/2019 | $756.80 | | | | | | $756.80 |
| PYMNT0027772 | | 10/17/2019 | | | | | | | ($756.00) |
| 133176 | SLS | 11/22/2019 | $996.42 | | | | | | $996.42 |
| FLT34299 | SLS | 10/17/2019 | $74,388.77 | | | | | | $74,388.77 |
| PYMNT0027780 | | 10/18/2019 | | | | | | | ($74,388.76) |

| | | | | | Totals: | $0.00 | $0.00 | $0.00 | $997.23 | Balance $997.23 |
|---|---|---|---|---|---|---|---|---|---|---|

---

| Customer: | AP (GB) | | Name: | AIR PARTNER | | Account Type: | Open Item | | Aged As of: | 3/19/2020 |
|---|---|---|---|---|---|---|---|---|---|---|

User-Defined 1x:
Contact:
Phone: (000) 000-0000 Ext. 0000    Salesperson:    Territory:    Terms: DUR    Credit:    Unlimited

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 132963 | SLS | 10/28/2019 | $868.80 | | | | | | $868.80 |
| PYMNT0027802 | | 10/28/2019 | | | | | | | ($768.81) |

| | | | | | Totals: | $0.00 | $0.00 | $0.00 | $99.99 | Balance $99.99 |
|---|---|---|---|---|---|---|---|---|---|---|

Case 20-13924-AJC   Miami International   Doc 146   Filed 04/29/20    Page 10 of 332

| Customer: | AT | | | Name: | AVIATION TECHNOLOGIES | | | Account Type: | Open Item | | | Aged As of: | 3/19/2020 |

User-Defined 1x:     Salesperson:    Credit:   Unlimited
Contact:    Territory:
Phone:   (570) 457-4149 Ext. 0000    Terms: DUR

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 133475 | SLS | 3/12/2020 | $1,556.60 | | | $1,556.60 | | | |
| 133498 | SLS | 3/18/2020 | $407.64 | | | $407.64 | | | |
| 133513 | SLS | 3/24/2020 | $1,559.18 | | | $1,559.18 | | | |
| 13672 | CR | 9/25/2019 | ($4,125.00) | | | ($31.68) | | | |
| PYMNT0026276 | PMT | 7/9/2018 | ($0.40) | | | ($0.40) | | | |
| | | | | | | | | | **Balance** |
| | | | **Totals:** | | | **$3,491.34** | **$0.00** | **$0.00** | **$0.00** | **$3,491.34** |

| Customer: | BI | | | Name: | BI WORLDWIDE | | | Account Type: | Open Item | | | Aged As of: | 3/19/2020 |

User-Defined 1x:    Salesperson:    Credit:   Unlimited
Contact:    Territory:
Phone:   (952) 844-4308 Ext. 0000    Terms: DUR

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 132815 | SLS | 8/20/2019 | $1,261.70 | | | | | | $1,261.70 |
| 132816 | SLS | 8/20/2019 | $7.38 | | | | | | $7.38 |
| | | | | | | | | | **Balance** |
| | | | **Totals:** | | | **$0.00** | **$0.00** | **$0.00** | **$1,269.08** | **$1,269.08** |

| Customer: | BMORE | | | Name: | BMORE | | | Account Type: | Open Item | | | Aged As of: | 3/19/2020 |

User-Defined 1x:    Salesperson:    Credit:   Unlimited
Contact:    Territory:
Phone:   (000) 000-0000 Ext. 0000    Terms: DUR

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 131636 | SLS | 11/19/2018 | $616.50 | | | | | | $616.50 |
| PYMNT0026698 | | 12/7/2018 | | | | | | | ($216.90) |
| 131637 | SLS | 11/19/2018 | $1,549.80 | | | | | | $1,549.80 |
| PYMNT0026705 | | 12/7/2018 | | | | | | | ($0.01) |
| | | | | | | | | | **Balance** |
| | | | **Totals:** | | | **$0.00** | **$0.00** | **$0.00** | **$1,949.39** | **$1,949.39** |

| Customer: | BOYD | | | Name: | BOYD GAMING | | | Account Type: | Open Item | | | Aged As of: | 3/19/2020 |

User-Defined 1x:    Salesperson:    Credit:   Unlimited
Contact:    Territory:
Phone:   (000) 000-0000 Ext. 0000    Terms: DUR

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| FLT34866 | SLS | 2/3/2020 | $76,244.38 | | | | $76,244.38 | | |
| PYMNT0028115 | | 2/4/2020 | | | | | ($76,244.37) | | |
| | | | | | | | | | **Balance** |
| | | | **Totals:** | | | **$0.00** | **$0.01** | **$0.00** | **$0.00** | **$0.01** |

Miami Air International

**Customer:** BRUNSWICK    **Name:** BRUNSWICK FLOORS, INC.    **Account Type:** Open Item    **Aged As of:** 3/19/2020

User-Defined 1x:    Salesperson:    Credit: Unlimited
Contact:    Territory:
Phone: (000) 000-0000 Ext. 0000    Terms: DUR

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 133267 | SLS | 12/20/2019 | $1,346.76 | | | | | $1,346.76 | |
| 13808 | CR | 2/7/2020 | ($4,136.00) | | | ($4,136.00) | | | |
| 13809 | CR | 2/7/2020 | ($752.00) | | | ($752.00) | | | |

| | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Totals: | | | ($4,888.00) | $0.00 | $1,346.76 | $0.00 | ($3,541.24) |

**Customer:** CAA    **Name:** CIVIL AVIATION AUTHORITY    **Account Type:** Open Item    **Aged As of:** 3/19/2020

User-Defined 1x:    Salesperson:    Credit: Unlimited
Contact:    Territory:
Phone: (000) 000-0000 Ext. 0000    Terms: DUR

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 19102501A | SLS | 11/30/2019 | $578,966.15 | | | | | | $578,966.15 |
| PYMNT0027888 | | 11/29/2019 | | | | | | | ($578,926.15) |
| 19110601 | SLS | 12/1/2019 | $362,063.70 | | | | | | $362,063.70 |
| PYMNT0027985 | | 12/19/2019 | | | | | | | ($362,023.70) |
| 20010701A | SLS | 12/31/2019 | $101,731.35 | | | | | $101,731.35 | |
| 13777 | | 1/17/2020 | | | | | | ($731.75) | |
| PYMNT0028110 | | 1/17/2020 | | | | | | ($100,959.60) | |

| | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Totals: | | | $0.00 | $0.00 | $40.00 | $80.00 | $120.00 |

**Customer:** CHARTERSEARCH    **Name:** CHARTER SEARCH, INC.    **Account Type:** Open Item    **Aged As of:** 3/19/2020

User-Defined 1x:    Salesperson:    Credit: Unlimited
Contact:    Territory:
Phone: (000) 000-0000 Ext. 0000    Terms: DUR

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 133188 | SLS | 1/3/2020 | $352.60 | | | | | $352.60 | |
| 133210 | SLS | 1/6/2020 | $648.44 | | | | | $648.44 | |
| 133215 | SLS | 1/8/2020 | $574.48 | | | | | $574.48 | |
| FLT34600 | SLS | 1/3/2020 | $51,357.70 | | | | | $51,357.70 | |
| FLT34613 | SLS | 1/4/2020 | $56,342.86 | | | | | $56,342.86 | |
| FLT34624 | SLS | 1/6/2020 | $32,245.96 | | | | | $32,245.96 | |
| FLT34627 | SLS | 1/8/2020 | $33,409.45 | | | | | $33,409.45 | |
| FLT35135 | SLS | 2/25/2020 | $37,315.73 | | | $37,315.73 | | | |
| PYMNT0028186 | | 2/28/2020 | | | | ($36,340.06) | | | |
| FLT35220 | SLS | 3/4/2020 | $32,203.51 | | | $32,203.51 | | | |
| PYMNT0028208 | | 3/4/2020 | | | | ($32,203.49) | | | |
| PYMNT0028016 | PMT | 1/8/2020 | ($574.48) | | | ($574.48) | | | |
| PYMNT0028018 | PMT | 1/8/2020 | ($108,053.16) | | | ($108,053.16) | | | |
| PYMNT0028021 | PMT | 1/8/2020 | ($66,303.85) | | | ($66,303.85) | | | |

| | | | | | | Balance |
|---|---|---|---|---|---|---|
| Totals: | ($173,955.80) | $0.00 | $174,931.49 | $0.00 | | $975.69 |

**Customer:** CIRQUEDUSOLEIL    **Name:** CIRQUE DU SOLEIL    **Account Type:** Open Item    **Aged As of:** 3/19/2020

**User-Defined 1x:**    **Salesperson:**    **Credit:** Unlimited
**Contact:**    **Territory:**
**Phone:** (000) 000-0000 Ext. 0000    **Terms:** DUR

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 13350 | CR | 1/17/2019 | ($3,889.20) | | | ($2,555.14) | | | |
| 133511 | SLS | 3/23/2020 | $668.22 | | | $668.22 | | | |

| | | | | | | Balance |
|---|---|---|---|---|---|---|
| Totals: | ($1,886.92) | $0.00 | $0.00 | $0.00 | | ($1,886.92) |

**Customer:** CITYJET    **Name:** CITY JETINC    **Account Type:** Open Item    **Aged As of:** 3/19/2020

**User-Defined 1x:**    **Salesperson:**    **Credit:** Unlimited
**Contact:**    **Territory:**
**Phone:** (000) 000-0000 Ext. 0000    **Terms:** DUR

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| FLT34455 | SLS | 11/28/2019 | $67,432.68 | | | | | | $67,432.68 |
| PYMNT0027922 | | 12/2/2019 | | | | | | | ($67,065.33) |

| | | | | | | Balance |
|---|---|---|---|---|---|---|
| Totals: | $0.00 | $0.00 | $0.00 | $367.35 | | $367.35 |

**Customer:** COMMERCE LEX    **Name:** COMMERCE LEXINGTON    **Account Type:** Open Item    **Aged As of:** 3/19/2020

**User-Defined 1x:**    **Salesperson:**    **Credit:** Unlimited
**Contact:** 330 E. MAIN STREET    **Territory:**
**Phone:** (000) 000-0000 Ext. 0000    **Terms:** DUR

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 132636 | SLS | 6/20/2019 | $1,276.00 | | | | | | $1,276.00 |
| FLT33297 | SLS | 5/10/2019 | $39,391.34 | | | | | | $39,391.34 |
| PYMNT0027405 | | 5/13/2019 | | | | | | | ($38,961.34) |

| | | | | | | Balance |
|---|---|---|---|---|---|---|
| Totals: | $0.00 | $0.00 | $0.00 | $1,706.00 | | $1,706.00 |

**Customer:** CREATIVECHARTER    **Name:** CREATIVE CHARTERS, INC.    **Account Type:** Open Item    **Aged As of:** 3/19/2020

**User-Defined 1x:**    **Salesperson:**    **Credit:** Unlimited
**Contact:**    **Territory:**
**Phone:** (000) 000-0000 Ext. 0000    **Terms:** DUR

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| FLT34587 | SLS | 1/1/2020 | $69,599.10 | | | | | $69,599.10 | |
| PYMNT0028022 | PMT | 1/8/2020 | ($69,599.09) | | | ($69,599.09) | | | |

| | | | | | | Balance |
|---|---|---|---|---|---|---|
| Totals: | ($69,599.09) | $0.00 | $69,599.10 | $0.00 | | $0.01 |

**Customer:** DOCHERTY    **Name:** DOCHERTY INCENTIVES    **Account Type:** Open Item    **Aged As of:** 3/19/2020

**User-Defined 1x:**    **Salesperson:**    **Credit:** Unlimited
**Contact:** G.E. FREDERICK    **Territory:**
**Phone:** (612) 550-1557 Ext. 0000    **Terms:** DUR

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 132370 | SLS | 3/21/2019 | $840.09 | | | | | | $840.09 |

System: 4/7/2020
User Date: 3/31/2020
4:00:14 PM
AGED TRIAL BALANCE WITH OPTIONS - DETAIL
Page: 6
User ID: mbuskell

Case 20-13924-AJC    Doc 146    Filed 04/29/20    Page 13 of 332

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| PYMNT0027342 | | 4/16/2019 | | | | | | | ($0.01) | |
| | | | | | | | | | | Balance |
| | | **Totals:** | | | | $0.00 | $0.00 | $0.00 | $840.08 | $840.08 |

**Customer:** DT MA  **Name:** DIRECT TRAVEL  **Account Type:** Open Item  **Aged As of:** 3/19/2020

User-Defined 1x:
Contact: 10 COTTAGE ST
Phone: (000) 000-0000 Ext. 0000
Salesperson:
Territory:
Terms: DUR
Credit: Unlimited

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 13205 | CR | 12/31/2019 | ($3,000.01) | | | ($873.81) | | | | |
| | | | | | | | | | | Balance |
| | | **Totals:** | | | | ($873.81) | $0.00 | $0.00 | $0.00 | ($873.81) |

**Customer:** DT TN  **Name:** DIRECT TRAVEL  **Account Type:** Open Item  **Aged As of:** 3/19/2020

User-Defined 1x:
Contact:
Phone: (000) 000-0000 Ext. 0000
Salesperson:
Territory:
Terms: DUR
Credit: Unlimited

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 133411 | SLS | 1/27/2020 | $1,934.24 | | | | $1,934.24 | | | |
| FLT34511 | SLS | 12/15/2019 | $82,202.28 | | | | | | $82,202.28 | |
| PYMNT0027962 | | 12/20/2019 | | | | | | | ($82,202.27) | |
| | | | | | | | | | | Balance |
| | | **Totals:** | | | | $0.00 | $1,934.24 | $0.00 | $0.01 | $1,934.25 |

**Customer:** EBGLLC  **Name:** ENTERTAINMENT BENEFITS GROUP LLC  **Account Type:** Open Item  **Aged As of:** 3/19/2020

User-Defined 1x:
Contact:
Phone: (000) 000-0000 Ext. 0000
Salesperson:
Territory:
Terms: DUR
Credit: Unlimited

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 133083 | SLS | 10/30/2019 | $8.70 | | | | | | $8.70 | |
| | | | | | | | | | | Balance |
| | | **Totals:** | | | | $0.00 | $0.00 | $0.00 | $8.70 | $8.70 |

**Customer:** FCAS  **Name:** FIRST CLASS AIR SUPPORT  **Account Type:** Open Item  **Aged As of:** 3/19/2020

User-Defined 1x:
Contact:
Phone: (786) 401-4150 Ext. 0000
Salesperson:
Territory:
Terms:
Credit: None

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| IVC8702 | SLS | 9/24/2019 | $5,750.00 | | | | | | $5,750.00 | |
| IVC8706 | SLS | 11/18/2019 | $500.00 | | | | | | $500.00 | |
| | | | | | | | | | | Balance |
| | | **Totals:** | | | | $0.00 | $0.00 | $0.00 | $6,250.00 | $6,250.00 |

**Customer:** FIJI  **Name:** FIJI AIRWAYS LIMITED  **Account Type:** Open Item  **Aged As of:** 3/19/2020

User-Defined 1x:
Contact:
Phone: (000) 000-0000 Ext. 0000
Salesperson:
Territory:
Terms:
Credit: Unlimited

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| PYMNT0027887 | PMT | 11/8/2019 | ($6,568.09) | | | ($6,568.09) | | | | |

| | | | | Balance |
|---|---|---|---|---|
| Totals: | ($6,568.09) | $0.00 | $0.00 | $0.00 | ($6,568.09) |

---

**Customer:** GONZAGA  **Name:** GONZAGA UNIVERSITY  **Account Type:** Open Item  **Aged As of:** 3/19/2020

| User-Defined 1x: | | Salesperson: | | Credit: | Unlimited |
|---|---|---|---|---|---|
| Contact: | | Territory: | | | |
| Phone: | (000) 000-0000 Ext. 0000 | Terms: | DUR | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 133265 | SLS | 12/20/2019 | $1,086.64 | | | | | $1,086.64 | |

| | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Totals: | $0.00 | $0.00 | $1,086.64 | $0.00 | $1,086.64 |

---

**Customer:** H&P (FL)  **Name:** HUNT & PALMER  **Account Type:** Open Item  **Aged As of:** 3/19/2020

| User-Defined 1x: | | Salesperson: | | Credit: | Unlimited |
|---|---|---|---|---|---|
| Contact: | | Territory: | | | |
| Phone: | (000) 000-0000 Ext. 0000 | Terms: | DUR | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 132895 | SLS | 10/10/2019 | $3,409.90 | | | | | | $3,409.90 |
| PYMNT0027779 | | 10/18/2019 | | | | | | | ($3,076.70) |

| | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Totals: | $0.00 | $0.00 | $0.00 | $333.20 | $333.20 |

---

**Customer:** IBC  **Name:** IBC AIRWAYS, INC.  **Account Type:** Open Item  **Aged As of:** 3/19/2020

| User-Defined 1x: | | Salesperson: | | Credit: | Unlimited |
|---|---|---|---|---|---|
| Contact: | | Territory: | | | |
| Phone: | (000) 000-0000 Ext. 0000 | Terms: | DUR | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 132569 | SLS | 5/24/2019 | $5,626.21 | | | | | | $5,626.21 |
| PYMNT0027600 | | 8/1/2019 | | | | | | | ($2,626.21) |
| FLT33079 | SLS | 4/3/2019 | $15,463.28 | | | | | | $15,463.28 |
| PYMNT0027306 | | 4/11/2019 | | | | | | | ($15,399.28) |

| | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Totals: | $0.00 | $0.00 | $0.00 | $3,064.00 | $3,064.00 |

---

**Customer:** IMPACTMONTREAL  **Name:** MONTREAL IMPACT  **Account Type:** Open Item  **Aged As of:** 3/19/2020

| User-Defined 1x: | | Salesperson: | | Credit: | Unlimited |
|---|---|---|---|---|---|
| Contact: | | Territory: | | | |
| Phone: | (000) 000-0000 Ext. 0000 | Terms: | DUR | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 133346 | SLS | 2/16/2020 | $1,803.60 | | | | $1,803.60 | | |
| PYMNT0028160 | | 2/18/2020 | | | | | ($1,788.60) | | |

| | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Totals: | $0.00 | $15.00 | $0.00 | $0.00 | $15.00 |

---

**Customer:** INTERNATIONAL T  **Name:** INTERNATIONAL TRAVEL & CHARTER ADV SERV  **Account Type:** Open Item  **Aged As of:** 3/19/2020

| User-Defined 1x: | | Salesperson: | | Credit: | Unlimited |
|---|---|---|---|---|---|
| Contact: | | Territory: | | | |
| Phone: | (000) 000-0000 Ext. 0000 | Terms: | | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| FLT33592 | SLS | 6/29/2019 | $43,446.52 | | | | | | $43,446.52 |
| PYMNT0027535 | | 7/1/2019 | | | | | | | ($43,446.51) |
| FLT33595 | SLS | 6/29/2019 | $41,602.00 | | | | | | $41,602.00 |
| PYMNT0027534 | | 7/1/2019 | | | | | | | ($41,601.99) |

System: 4/7/2020                4:00:14 PM                                          Page: 8
User Date: 3/31/2020                                                                User ID:  mbuskell

# AGED TRIAL BALANCE WITH OPTIONS - DETAIL
Case 20-13924-AJC  Miami International  Filed 04/29/20   Page 15 of 332
Doc Air 146

|  |  |  |  |  |  |  | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | | $0.00 | $0.00 | $0.00 | $0.02 | | $0.02 |

**Customer:** JS    **Name:** JACKSONVILLE SYMPHONY    **Account Type:** Open Item    **Aged As of:** 0/0/0000

User-Defined 1x:               Salesperson:              Credit:        Unlimited
Contact:                       Territory:
Phone:    (000) 000-0000 Ext. 0000    Terms:

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 133512 | SLS | 3/23/2020 | $550.40 | | | $550.40 | | | |

|  |  |  |  |  |  |  | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | | $550.40 | $0.00 | $0.00 | $0.00 | | $550.40 |

**Customer:** MASSEY'S TRAVEL    **Name:** MASSY'S TRAVEL    **Account Type:** Open Item    **Aged As of:** 3/19/2020

User-Defined 1x:               Salesperson:              Credit:        Unlimited
Contact:                       Territory:
Phone:    (000) 000-0000 Ext. 0000    Terms:    DUR

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 132556 | SLS | 4/26/2019 | $862.50 | | | | | | $862.50 |

|  |  |  |  |  |  |  | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | | $0.00 | $0.00 | $0.00 | $862.50 | | $862.50 |

**Customer:** MHLP    **Name:** MHLP II LLC    **Account Type:** Open Item    **Aged As of:** 3/19/2020

User-Defined 1x:               Salesperson:              Credit:        Unlimited
Contact:                       Territory:
Phone:    (786) 777-4415 Ext. 0000    Terms:    DUR

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 133186 | SLS | 1/3/2020 | $922.35 | | | | | $922.35 | |
| 133187 | SLS | 1/4/2020 | $922.35 | | | | | $922.35 | |
| 133214 | SLS | 1/7/2020 | $7,976.50 | | | | | $7,976.50 | |
| 133353 | SLS | 2/10/2020 | $9,288.00 | | | | $9,288.00 | | |
| 133501 | SLS | 3/19/2020 | $1,054.36 | | | $1,054.36 | | | |
| FLT32173 | CR | 1/31/2019 | ($6,030.38) | | | ($877.42) | | | |
| FLT34590 | SLS | 1/2/2020 | $35,928.43 | | | | | $35,928.43 | |
| FLT34599 | SLS | 1/3/2020 | $35,928.43 | | | | | $35,928.43 | |
| FLT34626 | SLS | 1/7/2020 | $72,477.02 | | | | | $72,477.02 | |
| PYMNT0028017 | PMT | 1/8/2020 | ($154,155.08) | | | ($154,155.08) | | | |

|  |  |  |  |  |  |  | Balance |
|---|---|---|---|---|---|---|---|
| Totals: | | ($153,978.14) | $9,288.00 | $154,155.08 | $0.00 | | $9,464.94 |

**Customer:** MMC    **Name:** METRO MACHINE CORP DBA GENERAL DYNAMICS    **Account Type:** Open Item    **Aged As of:** 3/19/2020

User-Defined 1x:               Salesperson:              Credit:        Unlimited
Contact:                       Territory:
Phone:    (000) 000-0000 Ext. 0000    Terms:

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 133266 | SLS | 12/20/2019 | $195.80 | | | | | $195.80 | |

| System: | 4/7/2020 | | | | | | Page: | 9 |
|---|---|---|---|---|---|---|---|---|
| User Date: | 3/31/2020 | 4:00:14 PM | | | | | User ID: | mbuskell |

**AGED TRIAL BALANCE WITH OPTIONS - DETAIL**

Case 20-13924-AJC Miami Air International Filed 04/29/20 Doc 146 Page 16 of 332

| FLT34493 | SLS | 12/8/2019 | $60,548.21 | | | | | | $60,548.21 |
|---|---|---|---|---|---|---|---|---|---|
| PYMNT0027941 | PMT | 12/9/2019 | ($60,548.20) | | | ($60,548.20) | | | |

| | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Totals:** | ($60,548.20) | $0.00 | $195.80 | $60,548.21 | $195.81 |

| **Customer:** | MOM | | **Name:** | MOMENTUM LOGISTICS | | **Account Type:** | Open Item | | **Aged As of:** | 3/19/2020 |
|---|---|---|---|---|---|---|---|---|---|---|

| **User-Defined 1x:** | | **Salesperson:** | | **Credit:** | Unlimited |
|---|---|---|---|---|---|
| **Contact:** | | **Territory:** | | | |
| **Phone:** | (000) 000-0000 Ext. 0000 | **Terms:** | | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 133084 | SLS | 10/30/2019 | $43.50 | | | | | | $43.50 |
| CREDT0000825 | CR | 9/5/2019 | ($10,000.00) | | | ($10,000.00) | | | |
| DEBIT0000206 | DR | 9/26/2019 | $10,000.00 | | | | | | $10,000.00 |

| | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Totals:** | ($10,000.00) | $0.00 | $0.00 | $10,043.50 | $43.50 |

| **Customer:** | NETFLIX | | **Name:** | NETFLIX, INC. | | **Account Type:** | Open Item | | **Aged As of:** | 3/19/2020 |
|---|---|---|---|---|---|---|---|---|---|---|

| **User-Defined 1x:** | | **Salesperson:** | | **Credit:** | Unlimited |
|---|---|---|---|---|---|
| **Contact:** | | **Territory:** | | | |
| **Phone:** | (000) 000-0000 Ext. 0000 | **Terms:** | DUR | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| FLT34601 | SLS | 1/3/2020 | $120,988.11 | | | | | $120,988.11 | |
| FLT34714 | SLS | 1/18/2020 | $98,391.63 | | | | | $98,391.63 | |
| PYMNT0028091 | | 1/27/2020 | | | | | | ($93,807.18) | |
| PYMNT0028020 | PMT | 1/8/2020 | ($120,988.11) | | | ($120,988.11) | | | |

| | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Totals:** | ($120,988.11) | $0.00 | $125,572.56 | $0.00 | $4,584.45 |

| **Customer:** | NJDEVILS | | **Name:** | NEW JERSEY DEVILS LLC | | **Account Type:** | Open Item | | **Aged As of:** | 3/19/2020 |
|---|---|---|---|---|---|---|---|---|---|---|

| **User-Defined 1x:** | | **Salesperson:** | | **Credit:** | Unlimited |
|---|---|---|---|---|---|
| **Contact:** | | **Territory:** | | | |
| **Phone:** | (000) 000-0000 Ext. 0000 | **Terms:** | DUR | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 13142 | CR | 2/26/2019 | ($14,490.33) | | | ($1,188.54) | | | |
| 131962 | SLS | 2/11/2019 | $6,050.10 | | | | | | $6,050.10 |
| 132985 | SLS | 11/4/2019 | $4,015.34 | | | | | | $4,015.34 |
| 133019 | SLS | 11/11/2019 | $5,328.99 | | | | | | $5,328.99 |
| 133067 | SLS | 12/1/2019 | $1,528.65 | | | | | | $1,528.65 |
| PYMNT0028252 | | 3/18/2020 | | | | | | | ($881.94) |
| 133222 | SLS | 1/17/2020 | $1,880.82 | | | | | $1,880.82 | |
| 133350 | SLS | 2/14/2020 | $2,568.39 | | | | $2,568.39 | | |
| 133385 | SLS | 2/17/2020 | $3,590.50 | | | | $3,590.50 | | |
| 133417 | SLS | 2/24/2020 | $1,291.72 | | | $1,291.72 | | | |

System: 4/7/2020 4:00:14 PM
User Date: 3/31/2020

**AGED TRIAL BALANCE WITH OPTIONS - DETAIL**

Page: 10
User ID: mbuskell

Case 20-13924-AJC    Miami International    Doc 146    Filed 04/29/20    Page 17 of 332

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 133472 | SLS | 3/13/2020 | $1,526.50 | | | $1,526.50 | | | |
| FLT32804 | SLS | 3/16/2019 | $68,373.46 | | | | | | $68,373.46 |
| FLT32171 | | 1/31/2019 | | | | | | | ($3,676.66) |
| PYMNT0027199 | | 3/25/2019 | | | | | | | ($54,494.40) |
| PYMNT0027605 | PMT | 8/9/2019 | ($146.21) | | | ($146.20) | | | |
| PYMNT0027950 | PMT | 12/20/2019 | ($3,871.71) | | | ($2,007.23) | | | |
| PYMNT0028251 | PMT | 3/18/2020 | ($0.01) | | | ($0.01) | | | |

| | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Totals:** | ($523.76) | $6,158.89 | $1,880.82 | $26,243.54 | | $33,759.49 |

| Customer: | PENGUINS | | Name: | LEMIEUX GROUP, LP | | Account Type: | Open Item | | Aged As of: | 3/19/2020 |
|---|---|---|---|---|---|---|---|---|---|---|

| User-Defined 1x: | | Salesperson: | | Credit: | Unlimited |
|---|---|---|---|---|---|
| Contact: | | Territory: | | | |
| Phone: | (000) 000-0000 Ext. 0000 | Terms: | DUR | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 132233 | SLS | 3/26/2019 | $3,119.22 | | | | | | $3,119.22 |
| PYMNT0027485 | | 6/17/2019 | | | | | | | ($1,072.67) |
| PYMNT0027494 | | 6/17/2019 | | | | | | | ($1,910.75) |
| 132282 | SLS | 4/1/2019 | $7,697.43 | | | | | | $7,697.43 |
| PYMNT0027485 | | 6/17/2019 | | | | | | | ($1,844.44) |
| 133085 | SLS | 12/7/2019 | $4,934.25 | | | | | | $4,934.25 |
| PYMNT0027935 | | 12/9/2019 | | | | | | | ($4,929.25) |
| PYMNT0028082 | | 1/27/2020 | | | | | | | ($0.01) |
| 133181 | SLS | 1/3/2020 | $5,914.22 | | | | | $5,914.22 | |
| 133211 | SLS | 1/6/2020 | $16,996.61 | | | | | $16,996.61 | |
| 133383 | SLS | 2/22/2020 | $15,080.10 | | | $15,080.10 | | | |
| PYMNT0028166 | | 2/25/2020 | | | | ($15,080.09) | | | |
| 133412 | SLS | 2/29/2020 | $2,639.34 | | | $2,639.34 | | | |
| FLT34598 | SLS | 1/3/2020 | $43,613.95 | | | | | $43,613.95 | |
| FLT34614 | SLS | 1/4/2020 | $47,441.56 | | | | | $47,441.56 | |
| PYMNT0028150 | | 2/18/2020 | | | | | | ($7,435.86) | |
| FLT34623 | SLS | 1/6/2020 | $124,240.46 | | | | | $124,240.46 | |
| PYMNT0028012 | PMT | 1/8/2020 | ($147,257.07) | | | ($141,237.07) | | | |
| PYMNT0028013 | PMT | 1/8/2020 | ($89,533.87) | | | ($89,533.87) | | | |
| PYMNT0028183 | PMT | 2/28/2020 | ($2,639.34) | | | ($2,639.34) | | | |

| | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Totals:** | ($230,770.93) | $0.00 | $230,770.94 | $5,993.78 | | $5,993.79 |

| Customer: | PJSG | | Name: | PRIVATE JET SERVICES GROUP | | Account Type: | Open Item | | Aged As of: | 3/19/2020 |
|---|---|---|---|---|---|---|---|---|---|---|

| User-Defined 1x: | | Salesperson: | | Credit: | Unlimited |
|---|---|---|---|---|---|
| Contact: | | Territory: | | | |
| Phone: | (000) 000-0000 Ext. 0000 | Terms: | DUR | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| FLT32100 | SLS | 1/27/2019 | $81,642.24 | | | | | | $81,642.24 |
| PYMNT0026915 | | 1/30/2019 | | | | | | | ($68,151.48) |
| PYMNT0026993 | | 2/12/2019 | | | | | | | ($6,227.66) |
| PYMNT0027427 | | 5/24/2019 | | | | | | | ($0.02) |

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| FLT32143 | CR | 1/27/2019 | ($2,269.92) | | | ($702.87) | | | |
| FLT34002 | SLS | 9/7/2019 | $61,227.88 | | | | | | $61,227.88 |
| PYMNT0027665 | | 9/9/2019 | | | | | | | ($61,227.86) |
| PYMNT0027788 | PMT | 10/28/2019 | ($1,272.26) | | | ($1,272.26) | | | |

|  |  |  |  |  | **Balance** |
|---|---|---|---|---|---|
| Totals: | ($1,975.13) | $0.00 | $0.00 | $7,263.10 | $5,287.97 |

**Customer:** PMG     **Name:** PARAGON MARKETING GROUP     **Account Type:** Open Item     **Aged As of:** 3/19/2020

**User-Defined 1x:**     **Salesperson:**     **Credit:** None
**Contact:**     **Territory:**
**Phone:** (000) 000-0000 Ext. 0000     **Terms:**

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 133369 | SLS | 2/5/2020 | $95.70 | | | | $95.70 | | |
| FLT34532 | SLS | 12/22/2019 | $97,098.53 | | | | | $97,098.53 | |
| PYMNT0027984 | | 12/26/2019 | | | | | | ($96,131.03) | |

|  |  |  |  |  | **Balance** |
|---|---|---|---|---|---|
| Totals: | $0.00 | $95.70 | $967.50 | $0.00 | $1,063.20 |

**Customer:** POLLEN     **Name:** POLLEN     **Account Type:** Open Item     **Aged As of:** 3/19/2020

**User-Defined 1x:**     **Salesperson:**     **Credit:** Unlimited
**Contact:**     **Territory:**
**Phone:** (000) 000-0000 Ext. 0000     **Terms:** DUR

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 133453 | SLS | 3/8/2020 | $4,050.80 | | | $4,050.80 | | | |
| 133492 | SLS | 3/18/2020 | $2,359.60 | | | $2,359.60 | | | |

|  |  |  |  |  | **Balance** |
|---|---|---|---|---|---|
| Totals: | $6,410.40 | $0.00 | $0.00 | $0.00 | $6,410.40 |

**Customer:** PRO SKY (FR)     **Name:** PRO SKY AIRBROKER     **Account Type:** Open Item     **Aged As of:** 3/19/2020

**User-Defined 1x:**     **Salesperson:**     **Credit:** Unlimited
**Contact:**     **Territory:**
**Phone:** (000) 000-0000 Ext. 0000     **Terms:** DUR

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 133205 | SLS | 10/30/2019 | $21,532.94 | | | | | | $21,532.94 |

|  |  |  |  |  | **Balance** |
|---|---|---|---|---|---|
| Totals: | $0.00 | $0.00 | $0.00 | $21,532.94 | $21,532.94 |

**Customer:** PROSKY DE     **Name:** PRO SKY AIRBROKER GMBH     **Account Type:** Open Item     **Aged As of:** 3/19/2020

**User-Defined 1x:**     **Salesperson:**     **Credit:** Unlimited
**Contact:**     **Territory:**
**Phone:** (000) 000-0000 Ext. 0000     **Terms:** DUR

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 13668 | CR | 9/23/2019 | ($50.00) | | | ($50.00) | | | |
| FLT33823 | SLS | 8/2/2019 | $50,898.16 | | | | | | $50,898.16 |
| PYMNT0027609 | | 8/9/2019 | | | | | | | ($50,460.53) |

|  |  |  |  |  | **Balance** |
|---|---|---|---|---|---|
| Totals: | ($50.00) | $0.00 | $0.00 | $437.63 | $387.63 |

Case 20-13924-AJC    Miami Air International    Filed 04/29/20    Page 19 of 332    Doc 146

| Customer: | PROVIDENT | Name: | PROVIDENT TRAVEL | | Account Type: | Open Item | | Aged As of: | 3/19/2020 |

| User-Defined 1x: | | Salesperson: | | Credit: | Unlimited |
| Contact: | | Territory: | | | |
| Phone: | (000) 000-0000 Ext. 0000 | Terms: | DUR | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 132342 | SLS | 4/11/2019 | $2,924.00 | | | | | | $2,924.00 |
| PYMNT0027457 | | 6/10/2019 | | | | | | | ($1,044.90) |
| FLT33172 | SLS | 4/14/2019 | $74,310.98 | | | | | | $74,310.98 |
| PYMNT0027330 | | 4/15/2019 | | | | | | | ($74,310.97) |
| | | | | | | | | | **Balance** |
| | | Totals: | | | | $0.00 | $0.00 | $0.00 | $1,879.11 | $1,879.11 |

| Customer: | RGL | Name: | RADIANT GLOBAL LOGISTICS | | Account Type: | Open Item | | Aged As of: | 3/19/2020 |

| User-Defined 1x: | | Salesperson: | | Credit: | Unlimited |
| Contact: | | Territory: | | | |
| Phone: | (000) 000-0000 Ext. 0000 | Terms: | Net 30 | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| IVC8701. | SLS | 11/7/2019 | $5,000.00 | | | | | | $5,000.00 |
| | | | | | | | | | **Balance** |
| | | Totals: | | | | $0.00 | $0.00 | $0.00 | $5,000.00 | $5,000.00 |

| Customer: | SET | Name: | SPORTS AND ENTERTAINMENT TRAVEL | | Account Type: | Open Item | | Aged As of: | 3/19/2020 |

| User-Defined 1x: | | Salesperson: | | Credit: | Unlimited |
| Contact: | | Territory: | | | |
| Phone: | (000) 000-0000 Ext. 0000 | Terms: | DUR | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| FLT34568 | SLS | 12/29/2019 | $56,903.27 | | | | | $56,903.27 | |
| PYMNT0028000 | | 12/31/2019 | | | | | | ($56,903.26) | |
| FLT34602 | SLS | 1/2/2020 | $62,712.04 | | | | | $62,712.04 | |
| PYMNT0028032 | | 1/8/2020 | | | | | | ($62,712.03) | |
| | | | | | | | | | **Balance** |
| | | Totals: | | | | $0.00 | $0.00 | $0.02 | $0.00 | $0.02 |

| Customer: | SMBC | Name: | SMBC AVIATION CAPITAL LIMITED | | Account Type: | Open Item | | Aged As of: | 0/0/0000 |

| User-Defined 1x: | | Salesperson: | | Credit: | None |
| Contact: | | Territory: | | | |
| Phone: | (000) 000-0000 Ext. 0000 | Terms: | | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| IVC8708 | SLS | 3/16/2020 | $453,430.00 | | | $453,430.00 | | | |
| | | | | | | | | | **Balance** |
| | | Totals: | | | | $453,430.00 | $0.00 | $0.00 | $0.00 | $453,430.00 |

| Customer: | STM | Name: | STM CHARTERS | | Account Type: | Open Item | | Aged As of: | 3/19/2020 |

| User-Defined 1x: | | Salesperson: | | Credit: | Unlimited |
| Contact: | | Territory: | | | |
| Phone: | (000) 000-0000 Ext. 0000 | Terms: | DUR | | |

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| FLT34529 | SLS | 12/22/2019 | $44,444.60 | | | | | $44,444.60 | |
| PYMNT0027981 | | 12/26/2019 | | | | | | ($43,698.11) | |
| | | | | | | | | | **Balance** |
| | | Totals: | | | | $0.00 | $0.00 | $746.49 | $0.00 | $746.49 |

System: 4/7/2020      4:00:14 PM
User Date: 3/31/2020

**AGED TRIAL BALANCE WITH OPTIONS - DETAIL**

Page: 13
User ID: mbuskell

Case 20-13924-AJC    Miami Air International  Doc 146  Filed 04/29/20    Page 20 of 332

| Customer: | SUNSHINE | | | Name: | SUNSHINE FOUNDATION | | Account Type: | Open Item | | Aged As of: | 3/19/2020 |

User-Defined 1x:
Contact:
Phone: (000) 000-0000 Ext. 0000
Salesperson:
Territory:
Terms: DUR
Credit: Unlimited

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 132637 | SLS | 6/20/2019 | $236.10 | | | | | | $236.10 |
| | | | | | | | | | **Balance** |
| | | | **Totals:** | | | **$0.00** | **$0.00** | **$0.00** | **$236.10** | **$236.10** |

| Customer: | SUPPLY NE | | | Name: | SUPPLY NEW ENGLAND | | Account Type: | Open Item | | Aged As of: | 3/19/2020 |

User-Defined 1x:
Contact:
Phone: (000) 000-0000 Ext. 0000
Salesperson:
Territory:
Terms: DUR
Credit: Unlimited

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 132522 | SLS | 4/26/2019 | $7,297.57 | | | | | | $7,297.57 |
| | | | | | | | | | **Balance** |
| | | | **Totals:** | | | **$0.00** | **$0.00** | **$0.00** | **$7,297.57** | **$7,297.57** |

| Customer: | TAG | | | Name: | TRILOGY AVIATION GROUP | | Account Type: | Open Item | | Aged As of: | 3/19/2020 |

User-Defined 1x:
Contact:
Phone: (000) 000-0000 Ext. 0000
Salesperson:
Territory:
Terms: DUR
Credit: Unlimited

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| FLT33926 | SLS | 8/23/2019 | $66,838.45 | | | | | | $66,838.45 |
| PYMNT0027645 | | 8/27/2019 | | | | | | | ($49,460.48) |
| | | | | | | | | | **Balance** |
| | | | **Totals:** | | | **$0.00** | **$0.00** | **$0.00** | **$17,377.97** | **$17,377.97** |

| Customer: | TBL | | | Name: | TAMPA BAY LIGHTNING HOCKEY | | Account Type: | Open Item | | Aged As of: | 3/19/2020 |

User-Defined 1x:
Contact:
Phone: (000) 000-0000 Ext. 0000
Salesperson:
Territory:
Terms: DUR
Credit: Unlimited

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 133500 | SLS | 3/16/2020 | $17,957.66 | | | $17,957.66 | | | |
| FLT34615 | SLS | 1/4/2020 | $53,101.71 | | | | | $53,101.71 | |
| FLT34621 | SLS | 1/5/2020 | $44,273.50 | | | | | $44,273.50 | |
| PYMNT0028014 | PMT | 1/8/2020 | ($44,273.50) | | | ($44,273.50) | | | |
| PYMNT0028015 | PMT | 1/8/2020 | ($53,101.71) | | | ($53,101.71) | | | |
| | | | | | | | | | **Balance** |
| | | | **Totals:** | | | **($79,417.55)** | **$0.00** | **$97,375.21** | **$0.00** | **$17,957.66** |

| Customer: | TORYS LLP | | | Name: | TORYS LLP | | Account Type: | Open Item | | Aged As of: | 3/19/2020 |

User-Defined 1x:
Contact: ATTN: GRAHAM RAWLINSON
Phone: (000) 000-0000 Ext. 0000
Salesperson:
Territory:
Terms: DUR
Credit: Unlimited

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 132857A | SLS | 1/10/2020 | $293.23 | | | | | $293.23 | |

System: 4/7/2020    4:00:14 PM      **AGED TRIAL BALANCE WITH OPTIONS - DETAIL**    Page: 14
User Date: 3/31/2020      User ID: mbuskell

Case 20-13924-AJC   Doc 146   Filed 04/29/20   Page 21 of 332

| PYMNT0028037 | PMT | 1/13/2020 | ($283.22) | | | ($253.24) | | | |
|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | Totals: | | | | ($253.24) | $0.00 | $293.23 | $0.00 | $39.99 |

---

**Customer:** TRI     **Name:** TR INTERNATIONAL, INC.     **Account Type:** Open Item     **Aged As of:** 3/19/2020

User-Defined 1x:
Contact:     Salesperson:     **Credit:** Unlimited
Phone: (305) 856-4144 Ext. 0000     Territory:
Terms: DUR

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 132496 | SLS | 2/26/2019 | $895.28 | | | | | | $895.28 |

| | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | Totals: | | | | $0.00 | $0.00 | $0.00 | $895.28 | $895.28 |

---

**Customer:** TUI     **Name:** TUI AIRLINES BELGIUM NV     **Account Type:** Open Item     **Aged As of:** 3/19/2020

User-Defined 1x:
Contact:     Salesperson:     **Credit:** Unlimited
Phone: (000) 000-0000 Ext. 0000     Territory:
Terms: DUR

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 133441 | SLS | 2/13/2020 | $554.90 | | | | $554.90 | | |
| 133482 | SLS | 2/24/2020 | $9,049.60 | | | $9,049.60 | | | |
| FLT35170 | SLS | 2/29/2020 | $6,786.00 | | | $6,786.00 | | | |
| PYMNT0028230 | | 3/11/2020 | | | | ($6,785.20) | | | |
| FLT35186 | SLS | 3/1/2020 | $5,504.40 | | | $5,504.40 | | | |
| FLT35187 | SLS | 3/1/2020 | $6,786.00 | | | $6,786.00 | | | |
| FLT35190 | SLS | 3/1/2020 | $5,504.40 | | | $5,504.40 | | | |
| FLT35191 | SLS | 3/1/2020 | $6,786.00 | | | $6,786.00 | | | |
| FLT35192 | SLS | 3/1/2020 | $5,504.40 | | | $5,504.40 | | | |
| PYMNT0028227 | | 3/11/2020 | | | | ($2,700.00) | | | |
| FLT35193 | SLS | 3/1/2020 | $6,786.00 | | | $6,786.00 | | | |
| FLT35194 | SLS | 3/1/2020 | $5,504.40 | | | $5,504.40 | | | |
| PYMNT0028228 | | 3/11/2020 | | | | ($5,400.00) | | | |
| FLT35195 | SLS | 3/1/2020 | $6,786.00 | | | $6,786.00 | | | |
| FLT35198 | SLS | 3/2/2020 | $5,504.40 | | | $5,504.40 | | | |
| FLT35199 | SLS | 3/2/2020 | $6,786.00 | | | $6,786.00 | | | |
| FLT35200 | SLS | 3/2/2020 | $5,504.40 | | | $5,504.40 | | | |
| PYMNT0028231 | | 3/11/2020 | | | | ($2,700.00) | | | |
| FLT35201 | SLS | 3/2/2020 | $6,786.00 | | | $6,786.00 | | | |
| FLT35203 | SLS | 3/2/2020 | $5,504.40 | | | $5,504.40 | | | |
| FLT35204 | SLS | 3/2/2020 | $6,786.00 | | | $6,786.00 | | | |
| FLT35205 | SLS | 3/2/2020 | $5,504.40 | | | $5,504.40 | | | |
| FLT35206 | SLS | 3/2/2020 | $6,786.00 | | | $6,786.00 | | | |
| FLT35216 | SLS | 3/3/2020 | $5,504.40 | | | $5,504.40 | | | |

| | | | | |
|---|---|---|---|---|
| FLT35217 | SLS | 3/3/2020 | $6,786.00 | $6,786.00 |
| FLT35218 | SLS | 3/3/2020 | $5,504.40 | $5,504.40 |
| FLT35219 | SLS | 3/3/2020 | $6,786.00 | $6,786.00 |
| FLT35227 | SLS | 3/4/2020 | $5,504.40 | $5,504.40 |
| FLT35228 | SLS | 3/4/2020 | $5,504.40 | $5,504.40 |
| FLT35229 | SLS | 3/4/2020 | $5,504.40 | $5,504.40 |
| FLT35230 | SLS | 3/4/2020 | $5,504.40 | $5,504.40 |
| FLT35232 | SLS | 3/4/2020 | $6,786.00 | $6,786.00 |
| FLT35233 | SLS | 3/4/2020 | $6,786.00 | $6,786.00 |
| FLT35234 | SLS | 3/4/2020 | $6,786.00 | $6,786.00 |
| FLT35235 | SLS | 3/4/2020 | $6,786.00 | $6,786.00 |
| FLT35243 | SLS | 3/5/2020 | $5,504.40 | $5,504.40 |
| FLT35244 | SLS | 3/5/2020 | $6,786.00 | $6,786.00 |
| FLT35245 | SLS | 3/5/2020 | $5,504.40 | $5,504.40 |
| FLT35246 | SLS | 3/5/2020 | $6,786.00 | $6,786.00 |
| FLT35247 | SLS | 3/5/2020 | $5,504.40 | $5,504.40 |
| FLT35248 | SLS | 3/5/2020 | $6,786.00 | $6,786.00 |
| FLT35249 | SLS | 3/5/2020 | $5,504.40 | $5,504.40 |
| FLT35250 | SLS | 3/5/2020 | $6,786.00 | $6,786.00 |
| FLT35256 | SLS | 3/6/2020 | $5,504.40 | $5,504.40 |
| FLT35257 | SLS | 3/6/2020 | $6,786.00 | $6,786.00 |
| FLT35259 | SLS | 3/6/2020 | $5,504.40 | $5,504.40 |
| FLT35260 | SLS | 3/6/2020 | $6,786.00 | $6,786.00 |
| FLT35261 | SLS | 3/6/2020 | $5,504.40 | $5,504.40 |
| FLT35262 | SLS | 3/6/2020 | $6,786.00 | $6,786.00 |
| FLT35263 | SLS | 3/6/2020 | $5,504.40 | $5,504.40 |
| FLT35264 | SLS | 3/6/2020 | $6,786.00 | $6,786.00 |
| FLT35267 | SLS | 3/7/2020 | $5,504.40 | $5,504.40 |
| FLT35268 | SLS | 3/7/2020 | $6,786.00 | $6,786.00 |
| FLT35273 | SLS | 3/7/2020 | $5,504.40 | $5,504.40 |
| FLT35274 | SLS | 3/7/2020 | $6,786.00 | $6,786.00 |
| FLT35275 | SLS | 3/7/2020 | $5,504.40 | $5,504.40 |

System:      4/7/2020                4:00:14 PM                    **AGED TRIAL BALANCE WITH OPTIONS - DETAIL**                    Page:      16
User Date:   3/31/2020                                                                                                            User ID:   mbuskell

Case 20-13924-AJC    Doc 146    Filed 04/29/20    Page 23 of 332

| FLT35276 | SLS | 3/7/2020 | $6,786.00 | $6,786.00 |
| FLT35277 | SLS | 3/7/2020 | $5,504.40 | $5,504.40 |
| FLT35278 | SLS | 3/7/2020 | $6,786.00 | $6,786.00 |
| FLT35279 | SLS | 3/7/2020 | $5,504.40 | $5,504.40 |
| FLT35280 | SLS | 3/7/2020 | $6,786.00 | $6,786.00 |
| FLT35284 | SLS | 3/8/2020 | $5,504.40 | $5,504.40 |
| FLT35285 | SLS | 3/8/2020 | $6,786.00 | $6,786.00 |
| FLT35286 | SLS | 3/8/2020 | $5,504.40 | $5,504.40 |
| FLT35287 | SLS | 3/8/2020 | $6,786.00 | $6,786.00 |
| FLT35288 | SLS | 3/8/2020 | $5,504.40 | $5,504.40 |
| FLT35289 | SLS | 3/8/2020 | $6,786.00 | $6,786.00 |
| FLT35290 | SLS | 3/8/2020 | $5,504.40 | $5,504.40 |
| FLT35291 | SLS | 3/8/2020 | $6,786.00 | $6,786.00 |
| FLT35292 | SLS | 3/8/2020 | $5,504.40 | $5,504.40 |
| FLT35293 | SLS | 3/8/2020 | $6,786.00 | $6,786.00 |
| FLT35299 | SLS | 3/9/2020 | $5,504.40 | $5,504.40 |
| FLT35300 | SLS | 3/9/2020 | $6,786.00 | $6,786.00 |
| FLT35301 | SLS | 3/9/2020 | $5,504.40 | $5,504.40 |
| FLT35302 | SLS | 3/9/2020 | $6,786.00 | $6,786.00 |
| FLT35303 | SLS | 3/9/2020 | $5,504.40 | $5,504.40 |
| FLT35304 | SLS | 3/9/2020 | $6,786.00 | $6,786.00 |
| FLT35305 | SLS | 3/9/2020 | $5,504.40 | $5,504.40 |
| FLT35306 | SLS | 3/9/2020 | $6,786.00 | $6,786.00 |
| FLT35313 | SLS | 3/10/2020 | $5,504.40 | $5,504.40 |
| FLT35314 | SLS | 3/10/2020 | $6,786.00 | $6,786.00 |
| FLT35315 | SLS | 3/10/2020 | $5,504.40 | $5,504.40 |
| FLT35316 | SLS | 3/10/2020 | $6,786.00 | $6,786.00 |
| FLT35317 | SLS | 3/11/2020 | $5,504.40 | $5,504.40 |
| FLT35318 | SLS | 3/11/2020 | $6,786.00 | $6,786.00 |
| FLT35319 | SLS | 3/11/2020 | $5,504.40 | $5,504.40 |
| FLT35320 | SLS | 3/11/2020 | $6,786.00 | $6,786.00 |
| FLT35321 | SLS | 3/11/2020 | $5,504.40 | $5,504.40 |

| FLT35322 | SLS | 3/11/2020 | $6,786.00 | $6,786.00 |
| FLT35323 | SLS | 3/11/2020 | $5,504.40 | $5,504.40 |
| FLT35324 | SLS | 3/11/2020 | $6,786.00 | $6,786.00 |
| FLT35328 | SLS | 3/12/2020 | $5,504.40 | $5,504.40 |
| FLT35329 | SLS | 3/12/2020 | $6,786.00 | $6,786.00 |
| FLT35330 | SLS | 3/12/2020 | $5,504.40 | $5,504.40 |
| FLT35331 | SLS | 3/12/2020 | $6,786.00 | $6,786.00 |
| FLT35332 | SLS | 3/12/2020 | $5,504.40 | $5,504.40 |
| FLT35333 | SLS | 3/12/2020 | $6,786.00 | $6,786.00 |
| FLT35334 | SLS | 3/12/2020 | $5,504.40 | $5,504.40 |
| FLT35335 | SLS | 3/12/2020 | $6,786.00 | $6,786.00 |
| FLT35338 | SLS | 3/13/2020 | $5,504.40 | $5,504.40 |
| FLT35339 | SLS | 3/13/2020 | $6,786.00 | $6,786.00 |
| FLT35340 | SLS | 3/13/2020 | $5,504.40 | $5,504.40 |
| FLT35341 | SLS | 3/13/2020 | $6,786.00 | $6,786.00 |
| FLT35342 | SLS | 3/13/2020 | $5,504.40 | $5,504.40 |
| FLT35343 | SLS | 3/13/2020 | $6,786.00 | $6,786.00 |
| FLT35344 | SLS | 3/13/2020 | $5,504.40 | $5,504.40 |
| FLT35345 | SLS | 3/13/2020 | $6,786.00 | $6,786.00 |
| FLT35349 | SLS | 3/14/2020 | $5,504.40 | $5,504.40 |
| FLT35350 | SLS | 3/14/2020 | $5,504.40 | $5,504.40 |
| FLT35351 | SLS | 3/14/2020 | $6,786.00 | $6,786.00 |
| FLT35352 | SLS | 3/14/2020 | $5,504.40 | $5,504.40 |
| FLT35353 | SLS | 3/14/2020 | $5,504.40 | $5,504.40 |
| FLT35354 | SLS | 3/14/2020 | $5,504.40 | $5,504.40 |
| FLT35357 | SLS | 3/14/2020 | $6,786.00 | $6,786.00 |
| FLT35358 | SLS | 3/14/2020 | $6,786.00 | $6,786.00 |
| FLT35359 | SLS | 3/14/2020 | $6,786.00 | $6,786.00 |
| FLT35360 | SLS | 3/14/2020 | $6,786.00 | $6,786.00 |
| FLT35361 | SLS | 3/15/2020 | $5,504.40 | $5,504.40 |
| FLT35362 | SLS | 3/15/2020 | $6,786.00 | $6,786.00 |
| FLT35363 | SLS | 3/15/2020 | $5,504.40 | $5,504.40 |

System:   4/7/2020
User Date:  3/31/2020      4:00:14 PM

**AGED TRIAL BALANCE WITH OPTIONS - DETAIL**

Page:    18
User ID:  mbuskell

Case 20-13924-AJC   Miami Air International  Doc 146   Filed 04/29/20   Page 25 of 332

| | | | | |
|---|---|---|---|---|
| FLT35364 | SLS | 3/15/2020 | $6,786.00 | $6,786.00 |
| FLT35365 | SLS | 3/15/2020 | $5,504.40 | $5,504.40 |
| FLT35366 | SLS | 3/15/2020 | $6,786.00 | $6,786.00 |
| FLT35367 | SLS | 3/15/2020 | $5,504.40 | $5,504.40 |
| FLT35368 | SLS | 3/15/2020 | $6,786.00 | $6,786.00 |
| FLT35369 | SLS | 3/15/2020 | $5,504.40 | $5,504.40 |
| FLT35370 | SLS | 3/15/2020 | $6,786.00 | $6,786.00 |
| FLT35371 | SLS | 3/16/2020 | $5,504.40 | $5,504.40 |
| FLT35372 | SLS | 3/16/2020 | $6,786.00 | $6,786.00 |
| FLT35373 | SLS | 3/16/2020 | $5,504.40 | $5,504.40 |
| FLT35374 | SLS | 3/16/2020 | $6,786.00 | $6,786.00 |
| FLT35375 | SLS | 3/16/2020 | $5,504.40 | $5,504.40 |
| FLT35376 | SLS | 3/16/2020 | $6,786.00 | $6,786.00 |
| FLT35377 | SLS | 3/16/2020 | $5,504.40 | $5,504.40 |
| FLT35378 | SLS | 3/16/2020 | $9,486.00 | $9,486.00 |
| FLT35380 | SLS | 3/17/2020 | $5,504.40 | $5,504.40 |
| FLT35381 | SLS | 3/17/2020 | $6,786.00 | $6,786.00 |
| FLT35382 | SLS | 3/17/2020 | $5,504.40 | $5,504.40 |
| FLT35383 | SLS | 3/17/2020 | $6,786.00 | $6,786.00 |
| FLT35385 | SLS | 3/18/2020 | $5,504.40 | $5,504.40 |
| FLT35386 | SLS | 3/18/2020 | $6,786.00 | $6,786.00 |
| FLT35387 | SLS | 3/18/2020 | $5,504.40 | $5,504.40 |
| FLT35388 | SLS | 3/18/2020 | $6,786.00 | $6,786.00 |
| FLT35390 | SLS | 3/18/2020 | $6,786.00 | $6,786.00 |
| FLT35391 | SLS | 3/18/2020 | $5,504.40 | $5,504.40 |
| FLT35392 | SLS | 3/18/2020 | $6,786.00 | $6,786.00 |
| FLT35394 | SLS | 3/19/2020 | $5,504.40 | $5,504.40 |
| FLT35395 | SLS | 3/19/2020 | $6,786.00 | $6,786.00 |
| FLT35396 | SLS | 3/19/2020 | $5,504.40 | $5,504.40 |
| FLT35397 | SLS | 3/19/2020 | $6,786.00 | $6,786.00 |
| FLT35398 | SLS | 3/19/2020 | $5,504.40 | $5,504.40 |
| FLT35399 | SLS | 3/19/2020 | $6,786.00 | $6,786.00 |

System: 4/7/2020 4:00:14 PM
User Date: 3/31/2020

**AGED TRIAL BALANCE WITH OPTIONS - DETAIL**

Page: 19
User ID: mbuskell

Case 20-13924-AJC    Miami Air International    Doc 146    Filed 04/29/20    Page 26 of 332

| Document | Type | Date | Amount | | | | Balance |
|---|---|---|---|---|---|---|---|
| FLT35400 | SLS | 3/19/2020 | $5,504.40 | | $5,504.40 | | |
| FLT35401 | SLS | 3/19/2020 | $6,786.00 | | $6,786.00 | | |
| FLT35403 | SLS | 3/20/2020 | $6,786.00 | | $6,786.00 | | |
| FLT35405 | SLS | 3/20/2020 | $6,786.00 | | $6,786.00 | | |
| FLT35407 | SLS | 3/20/2020 | $6,786.00 | | $6,786.00 | | |
| FLT35409 | SLS | 3/20/2020 | $6,786.00 | | $6,786.00 | | |
| FLT35411 | SLS | 3/21/2020 | $6,786.00 | | $6,786.00 | | |
| FLT35413 | SLS | 3/21/2020 | $6,786.00 | | $6,786.00 | | |
| FLT35415 | SLS | 3/21/2020 | $6,786.00 | | $6,786.00 | | |
| FLT35417 | SLS | 3/21/2020 | $6,786.00 | | $6,786.00 | | |
| FLT35419 | SLS | 3/21/2020 | $6,786.00 | | $6,786.00 | | |
| FLT35420 | SLS | 3/22/2020 | $6,786.00 | | $6,786.00 | | |
| FLT35422 | SLS | 3/22/2020 | $6,786.00 | | $6,786.00 | | |
| FLT35424 | SLS | 3/22/2020 | $6,786.00 | | $6,786.00 | | |
| FLT35426 | SLS | 3/22/2020 | $6,786.00 | | $6,786.00 | | |
| FLT35429 | SLS | 3/22/2020 | $6,786.00 | | $6,786.00 | | |
| IVC8684A | SLS | 5/29/2019 | $1,710.45 | | | $1,710.45 | |
| IVC8687 | SLS | 5/29/2019 | $52,135.28 | | | $52,135.28 | |
| IVC8707TUI | SLS | 6/30/2019 | $9,560.07 | | | $9,560.07 | |
| IVC8709 | SLS | 5/29/2019 | $110,681.77 | | | $110,681.77 | |
| IVC8711 | SLS | 5/29/2019 | $17,126.05 | | | $17,126.05 | |
| IVC8715TUI | SLS | 6/30/2019 | $13,385.52 | | | $13,385.52 | |
| IVC8717TUI | SLS | 8/8/2019 | $101,418.52 | | | $101,418.52 | |
| PYMNT0027495 | PMT | 6/19/2019 | ($129,132.60) | | ($8,990.47) | | |
| PYMNT0028075 | PMT | 1/27/2020 | ($173,255.87) | | ($173,255.87) | | |
| **Totals:** | | | **$817,693.26** | **$554.90** | **$0.00** | **$306,017.66** | **$1,124,265.82** |

Customer: UVA    Name: UNIVERSITY OF VIRGINIA    Account Type: Open Item    Aged As of: 3/19/2020

User-Defined 1x:    Salesperson:    Credit: Unlimited
Contact:    Territory:
Phone: (000) 000-0000 Ext. 0000    Terms: DUR

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| FLT34492 | SLS | 12/8/2019 | $43,307.55 | | | | | | $43,307.55 |
| | PYMNT0027942 | 12/9/2019 | | | | | | | ($43,307.54) |
| FLT34585 | SLS | 12/31/2019 | $59,479.15 | | | | | $59,479.15 | |

System: 4/7/2020 4:00:14 PM
User Date: 3/31/2020
Page: 20
User ID: mbuskell

**AGED TRIAL BALANCE WITH OPTIONS - DETAIL**

Case 20-13924-AJC    Miami International Filed 04/29/20    Page 27 of 332

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| PYMNT0028010 | | 1/3/2020 | | | | | | ($59,479.14) | |
| PYMNT0025220 | PMT | 11/3/2017 | ($3,833.80) | | | ($484.37) | | | |

| | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Totals: | | | ($484.37) | $0.00 | $0.01 | $0.01 | ($484.35) |

| Customer: | VGTI | | Name: | VERY GOOD TOURING, INC. | | Account Type: | Open Item | Aged As of: | 3/19/2020 |
|---|---|---|---|---|---|---|---|---|---|

User-Defined 1x:
Contact:
Phone: (000) 000-0000 Ext. 0000

Salesperson:
Territory:
Terms: DUR

Credit: Unlimited

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| FLT35012 | SLS | 2/15/2020 | $113,041.14 | | | | $113,041.14 | | |
| FLT35054 | SLS | 2/2/2020 | $46,341.25 | | | | $46,341.25 | | |
| PYMNT0028179 | | 2/25/2020 | | | | | ($37,475.79) | | |
| FLT35065 | SLS | 2/16/2020 | $137,668.36 | | | | $137,668.36 | | |
| PYMNT0028180 | | 2/25/2020 | | | | | ($136,958.86) | | |
| PYMNT0028161 | PMT | 2/18/2020 | ($113,041.14) | | | ($113,041.14) | | | |

| | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Totals: | | | ($113,041.14) | $122,616.10 | $0.00 | $0.00 | $9,574.96 |

| Customer: | VMI | | Name: | VIRIGINIA MILITARY INSTITUTE | | Account Type: | Open Item | Aged As of: | 3/19/2020 |
|---|---|---|---|---|---|---|---|---|---|

User-Defined 1x:
Contact:
Phone: (000) 000-0000 Ext. 0000

Salesperson:
Territory:
Terms: DUR

Credit: Unlimited

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| PYMNT0025213 | PMT | 11/3/2017 | ($556.80) | | | ($556.80) | | | |

| | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Totals: | | | ($556.80) | $0.00 | $0.00 | $0.00 | ($556.80) |

| Customer: | VTU | | Name: | VIRGINIA TECH UNIVERSITY | | Account Type: | Open Item | Aged As of: | 3/19/2020 |
|---|---|---|---|---|---|---|---|---|---|

User-Defined 1x:
Contact:
Phone: (000) 000-0000 Ext. 0000

Salesperson:
Territory:
Terms:

Credit: Unlimited

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| PYMNT0025428 | PMT | 12/12/2017 | ($209.20) | | | ($209.20) | | | |

| | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Totals: | | | ($209.20) | $0.00 | $0.00 | $0.00 | ($209.20) |

| Customer: | WFU | | Name: | WAKE FOREST UNIVERSITY | | Account Type: | Open Item | Aged As of: | 3/19/2020 |
|---|---|---|---|---|---|---|---|---|---|

User-Defined 1x:
Contact:
Phone: (000) 000-0000 Ext. 0000

Salesperson:
Territory:
Terms: DUR

Credit: Unlimited

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| FLT34558 | SLS | 12/27/2019 | $59,768.09 | | | | | $59,768.09 | |
| PYMNT0027994 | | 12/31/2019 | | | | | | ($59,768.07) | |

| | | | | | | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Totals: | | | $0.00 | $0.00 | $0.02 | $0.00 | $0.02 |

System: 4/7/2020 4:00:14 PM
User Date: 3/31/2020

**AGED TRIAL BALANCE WITH OPTIONS - DETAIL**

Page: 21
User ID: mbuskell

Case 20-13924-AJC    Miami International    Doc 146    Filed 04/29/20    Page 28 of 332

| Customer: | XGL | | | Name: | XGL | | Account Type: | Open Item | | Aged As of: | 3/19/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|

User-Defined 1x:
Contact:
Phone: (000) 000-0000 Ext. 0000

Salesperson:
Territory: DUR

Credit: Unlimited

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| PYMNT0025482 | PMT | 12/26/2017 | ($84.08) | | | ($84.08) | | | |

| | | | | | Totals: | ($84.08) | $0.00 | $0.00 | $0.00 | Balance ($84.08) |
|---|---|---|---|---|---|---|---|---|---|---|

| Customer: | CAM | | | Name: | USTRANSCOM/TCAQ-CE | | Account Type: | Open Item | | Aged As of: | 3/19/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|

User-Defined 1x:
Contact:
Phone: (618) 229-3771 Ext. 0000

Salesperson:
Territory:
Terms: Net 30

Credit: Unlimited

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| GVT101664 | SLS | 12/12/2019 | $84,985.89 | | | | | | $84,985.89 |
| GVT101670 | SLS | 1/28/2020 | $55,167.36 | | | | $55,167.36 | | |
| PYMNT0028109 | | 2/6/2020 | | | | | ($55,167.35) | | |
| GVT101675 | SLS | 2/23/2020 | $46,818.81 | | | $46,818.81 | | | |
| GVT101676 | SLS | 3/4/2020 | $77,814.40 | | | $77,814.40 | | | |
| GVT101677 | SLS | 3/9/2020 | $144,724.68 | | | $144,724.68 | | | |
| GVT101678 | SLS | 3/12/2020 | $89,171.70 | | | $89,171.70 | | | |
| GVT101679 | SLS | 3/16/2020 | $77,676.23 | | | $77,676.23 | | | |
| GVT101680 | SLS | 3/21/2020 | $70,922.83 | | | $70,922.83 | | | |
| GVT101681 | SLS | 3/21/2020 | $72,894.58 | | | $72,894.58 | | | |
| GVT101682 | SLS | 3/21/2020 | $134,684.45 | | | $134,684.45 | | | |
| PYMNT0028050 | PMT | 1/15/2020 | ($84,985.89) | | | ($84,985.89) | | | |
| PYMNT0028109 | PMT | 2/6/2020 | ($55,167.36) | | | ($0.01) | | | |

| | | | | | Totals: | $629,721.78 | $0.01 | $0.00 | $84,985.89 | Balance $714,707.68 |
|---|---|---|---|---|---|---|---|---|---|---|

| Customer: | HQ AMC | | | Name: | USTRANSCOM/TCAQ-CM | | Account Type: | Open Item | | Aged As of: | 3/19/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|

User-Defined 1x:
Contact:
Phone: (618) 229-5771 Ext. 0000

Salesperson:
Territory:
Terms: Net 15

Credit: Unlimited

| Document Number | Type | Date | Amount | Discount | Writeoff | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over |
|---|---|---|---|---|---|---|---|---|---|
| 132614 | SLS | 6/8/2019 | $122,579.00 | | | | | | $122,579.00 |
| PYMNT0027572 | | 7/23/2019 | | | | | | | ($121,036.46) |
| 132671 | SLS | 7/2/2019 | $446,612.31 | | | | | | $446,612.31 |
| PYMNT0027571 | | 7/22/2019 | | | | | | | ($446,312.31) |
| 132729 | SLS | 8/3/2019 | $111,362.00 | | | | | | $111,362.00 |
| PYMNT0027637 | | 8/28/2019 | | | | | | | ($100,286.00) |
| 133232 | SLS | 12/20/2019 | $94,385.00 | | | | | $94,385.00 | |
| 133257 | SLS | 12/28/2019 | $531,766.00 | | | | | $531,766.00 | |
| 133294 | SLS | 1/4/2020 | $357,629.05 | | | | | $357,629.05 | |

System: 4/7/2020    4:00:14 PM        **AGED TRIAL BALANCE WITH OPTIONS - DETAIL**        Page: 22
User Date: 3/31/2020                                                       User ID: mbuskell

Case 20-13924-AJC    Miami Air International    Doc 146    Filed 04/29/20     Page 29 of 332

| | | | | | | |
|---|---|---|---|---|---|---|
| 133295 | SLS | 1/6/2020 | $365,286.55 | | | $365,286.55 |
| 133315 | SLS | 1/10/2020 | $119,805.50 | | | $119,805.50 |
| 133327 | SLS | 1/7/2020 | $137,732.47 | | | $137,732.47 |
| 133340 | SLS | 1/19/2020 | $405,490.56 | | $405,490.56 | |
| PYMNT0028106 | | 2/5/2020 | | | ($143,247.09) | |
| 133380 | SLS | 1/24/2020 | $125,639.00 | | $125,639.00 | |
| 133460 | SLS | 2/7/2020 | $493,923.95 | | $493,923.95 | |
| 133463 | SLS | 2/18/2020 | $126,071.00 | $126,071.00 | | |
| 133496 | SLS | 2/21/2020 | $124,775.00 | $124,775.00 | | |
| 133497 | SLS | 2/28/2020 | $122,517.50 | $122,517.50 | | |
| 133515 | SLS | 3/6/2020 | $125,495.00 | $125,495.00 | | |
| 133526 | SLS | 2/19/2020 | $397,179.29 | $397,179.29 | | |
| 133527 | SLS | 3/12/2020 | $62,375.00 | $62,375.00 | | |
| 133528 | SLS | 3/13/2020 | $126,071.00 | $126,071.00 | | |
| 133530 | SLS | 3/17/2020 | $126,071.00 | $126,071.00 | | |
| 133531 | SLS | 3/20/2020 | $119,085.50 | $119,085.50 | | |
| BSKAUG19FUEL | SLS | 12/13/2019 | $37,728.00 | | | $37,728.00 |
| BSKSEP19FUEL | SLS | 3/4/2020 | $34,698.00 | $34,698.00 | | |
| MOBREPSEP19 | SLS | 9/27/2019 | $1,392.00 | | | $1,392.00 |
| PYMNT0027890 | PMT | 12/2/2019 | ($1,358.00) | ($1,358.00) | | |
| PYMNT0028051 | PMT | 1/17/2020 | ($531,766.00) | ($531,766.00) | | |
| PYMNT0028052 | PMT | 1/17/2020 | ($365,286.55) | ($365,286.55) | | |
| PYMNT0028053 | PMT | 1/17/2020 | ($94,385.00) | ($94,385.00) | | |
| PYMNT0028056 | PMT | 1/21/2020 | ($357,629.05) | ($357,629.05) | | |
| PYMNT0028076 | PMT | 1/30/2020 | ($119,805.50) | ($119,805.50) | | |
| PYMNT0028106 | PMT | 2/5/2020 | ($405,490.56) | ($262,243.47) | | |
| PYMNT0028111 | PMT | 2/11/2020 | ($137,732.47) | ($137,732.47) | | |
| PYMNT0028193 | PMT | 2/28/2020 | ($124,583.00) | ($72.00) | | |
| PYMNT0028197 | PMT | 3/9/2020 | ($493,923.95) | ($493,923.95) | | |
| PYMNT0028198 | PMT | 3/9/2020 | ($271,356.35) | ($0.01) | | |
| PYMNT0028248 | PMT | 3/23/2020 | ($124,775.00) | ($124,775.00) | | |
| PYMNT0028249 | PMT | 3/23/2020 | ($122,517.50) | ($122,517.50) | | |

|  | | | | | Balance |
|---|---|---|---|---|---|
| **Totals:** | ($1,247,156.21) | $881,806.42 | $1,606,604.57 | $52,038.54 | $1,293,293.32 |

| | Customer(s) | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over | Balance |
|---|---|---|---|---|---|---|
| **Grand Totals:** | 62 | ($451,894.06) | $1,022,469.27 | $2,549,159.11 | $633,346.54 | $3,753,080.86 |

**Accounts Receivable Listing**

| Customer Number | Customer Name | 3/24 aging |
|---|---|---|
| ACC (UK) | AIR CHARTER CONNECTIONS, LTD. | 803.15 |
| ACS (CA) | AIR CHARTER SERVICE CORP | 60.01 |
| ACS(GB) | AIR CHARTER SERVICE PLC | 2,817.51 |
| AIR PLANNING | AIR PLANNING, LLC. | 1,754.59 |
| AIRX | AIRX | 503.10 |
| ALLURE | ALLURE TRAVEL | 997.23 |
| AP (GB) | AIR PARTNER | 99.99 |
| AT | AVIATION TECHNOLOGIES | 3,491.34 |
| BI | BI WORLDWIDE | 1,269.08 |
| BMORE | BMORE | 1,949.39 |
| BOYD | BOYD GAMING | 0.01 |
| BRUNSWICK | BRUNSWICK FLOORS, INC. | (3,541.24) |
| CAA | CIVIL AVIATION AUTHORITY | 120.00 |
| CAM | USTRANSCOM/TCAQ-CE | 714,707.68 |
| CHARTERSEARCH | CHARTER SEARCH, INC. | 975.69 |
| CIRQUEDUSOLEIL | CIRQUE DU SOLEIL | (1,886.92) |
| CITYJET | CITY JETINC | 367.35 |
| COMMERCE LEX | COMMERCE LEXINGTON | 1,706.00 |
| CREATIVECHARTER | CREATIVE CHARTERS, INC. | 0.01 |
| DOCHERTY | DOCHERTY INCENTIVES | 840.08 |
| DT MA | DIRECT TRAVEL | (873.81) |
| DT TN | DIRECT TRAVEL | 1,934.25 |
| EBGLLC | ENTERTAINMENT BENEFITS GROUP LLC | 8.70 |
| FCAS | FIRST CLASS AIR SUPPORT | 6,250.00 |
| FIJI | FIJI AIRWAYS LIMITED | (6,568.09) |
| GONZAGA | GONZAGA UNIVERSITY | 1,086.64 |
| H&P (FL) | HUNT & PALMER | 333.20 |
| HQ AMC | USTRANSCOM/TCAQ-CM | 1,293,293.32 |
| IBC | IBC AIRWAYS, INC. | 3,064.00 |
| IMPACTMONTREAL | MONTREAL IMPACT | 15.00 |
| INTERNATIONAL T | INTERNATIONAL TRAVEL & CHARTER ADV SERV | 0.02 |
| JS | JACKSONVILLE SYMPHONY | 550.40 |
| MASSEY'S TRAVEL | MASSY'S TRAVEL | 862.50 |
| MHLP | MHLP II LLC | 9,464.94 |
| MMC | METRO MACHINE CORP DBA GENERAL DYNAMICS | 195.81 |
| MOM | MOMENTUM LOGISTICS | 43.50 |
| NETFLIX | NETFLIX, INC. | 4,584.45 |
| NJDEVILS | NEW JERSEY DEVILS LLC | 33,759.49 |
| PENGUINS | LEMIEUX GROUP, LP | 5,993.79 |
| PJSG | PRIVATE JET SERVICES GROUP | 5,287.97 |
| PMG | PARAGON MARKETING GROUP | 1,063.20 |
| POLLEN | POLLEN | 6,410.40 |
| PRO SKY (FR) | PRO SKY AIRBROKER | 21,532.94 |

| Customer Number | Customer Name | 3/24 aging |
|---|---|---|
| PROSKY DE | PRO SKY AIRBROKER GMBH | 387.63 |
| PROVIDENT | PROVIDENT TRAVEL | 1,879.11 |
| RGL | RADIANT GLOBAL LOGISTICS | 5,000.00 |
| SET | SPORTS AND ENTERTAINMENT TRAVEL | 0.02 |
| SMBC | SMBC AVIATION CAPITAL LIMITED | 453,430.00 |
| STM | STM CHARTERS | 746.49 |
| SUNSHINE | SUNSHINE FOUNDATION | 236.10 |
| SUPPLY NE | SUPPLY NEW ENGLAND | 7,297.57 |
| TAG | TRILOGY AVIATION GROUP | 17,377.97 |
| TBL | TAMPA BAY LIGHTNING HOCKEY | 17,957.66 |
| TORYS LLP | TORYS LLP | 39.99 |
| TRI | TR INTERNATIONAL, INC. | 895.28 |
| TUI | TUI AIRLINES BELGIUM NV | 1,124,265.82 |
| UVA | UNIVERSITY OF VIRGINIA | (484.35) |
| VGTI | VERY GOOD TOURING, INC. | 9,574.96 |
| VMI | VIRGINIA MILITARY INSTITUTE | (556.80) |
| VTU | VIRGINIA TECH UNIVERSITY | (209.20) |
| WFU | WAKE FOREST UNIVERSITY | 0.02 |
| XGL | XGL | (84.08) |

|  |  | **3,753,080.86** Aging Balance |

**ADD CREDIT BALANCES FROM A/P LISTING ATTACHED**

| AMERICAN EXPRES | AMERICAN EXPRESS-FORT LAUD | 465,580.96 Credit balances from A/P Aging |
|---|---|---|
| APRON FUEL | APRON FUEL SERVICES | 12,268.81 Credit balances from A/P Aging |
| AVFUEL CORP | AVFUEL CORP | 629,550.08 Credit balances from A/P Aging |
| ASSISTENCIA | AZOREAN CATERING) | 3,557.03 Credit balances from A/P Aging |
| BANK OF AM | BANK OF AMERICA | 159,675.07 Credit balances from A/P Aging |
| DENVER | DENVER INT'L A/P- AIRPORT REV FUND | 496.32 Credit balances from A/P Aging |
| EASTERN AVIATIO | EASTERN AVIATION FUELS, INC. | 147,948.02 Credit balances from A/P Aging |
| EFG INFLIGHT | EFG INFLIGHT(SHANNON IRELAND) | 5,837.53 Credit balances from A/P Aging |
| ENGINE | ENGINE LEASE FINANCE CORPORATION | 93,872.34 Credit balances from A/P Aging |
| EURO (USD) | EUROCONTROL-BELGIQUE(USA) | 29,065.96 Credit balances from A/P Aging |
| EURO (IEP) | EUROCONTROL-EGYPT | 2,579.12 Credit balances from A/P Aging |
| EURO (GREECE) | EUROCONTROL-GREECE | 2,375.14 Credit balances from A/P Aging |
| EURO (ECU) | EUROCONTROL-IRELANDE | 2,464.90 Credit balances from A/P Aging |
| FLYING FOOD-AZ | FLYING FOOD GROUP, LLC | 665.32 Credit balances from A/P Aging |
| GATE GOURMET-IL | GATE GOURME-TEXAS | 35,524.62 Credit balances from A/P Aging |
| GREATER TORON | GREATER TORONTO AIRPORTS AUTH | 2,602.32 Credit balances from A/P Aging |
| IRVING US-FUEL | IRVING OIL TERMINALS (USA) | 26,181.02 Credit balances from IRVING A/P Aging |
| KELLSTROM | KELLSTROM COMMERCIAL AEROSPACES, INC | 185,826.66 Credit balances from A/P Aging |
| NAV CANADA | NAV CANADA | 6,892.04 Credit balances from A/P Aging |
| PANDAIR | PANDAIR (PANDELIDIS GEORGE) | 19,289.40 Credit balances from A/P Aging |

**3/24 aging**

| Customer Number | Customer Name | | | | |
|---|---|---|---|---|---|
| PETROGAL, SA | PETROGAL, SA | 1,110.03 | Credit balances from A/P Aging | | |
| PORT CITY AIR | PORT CITY AIR-FUEL | 88,921.61 | Credit balances from A/P Aging | | |
| RUBIS | RUBIS WEST INDIES LTD | 17,755.35 | Credit balances from A/P Aging | | |
| AERRIANTA | SHANNON AIRPORT AUTHORITY DAC-CGA | 4,814.56 | Credit balances from A/P Aging | | |
| SHELL OIL PRODU | SHELL OIL PRODUCTS US | 58,548.98 | Credit balances from A/P Aging | | |
| SOL AVIA-FUEL | SOL AVIATION SERVICES LTD | 24,649.31 | Credit balances from A/P Aging | | |
| | | **2,028,052.50** | Credit balances from A/P Aging | | |
| | | **5,781,133.36** | **Adjusted AR Aging** | | |

System:    4/7/2020        4:00:14 PM
User Date:  3/31/2020

# AGED TRIAL BALANCE WITH OPTIONS - DETAIL
## Miami Air International, Inc.

Page:    23
User ID:  mbuskell

| | | | | | Balance |
|---|---|---|---|---|---|
| Totals: | ($1,247,156.21) | $881,806.42 | $1,606,604.57 | $52,038.54 | $1,293,293.32 |
| | Customer(s) | 0-30 Days | 31 - 60 Days | 61 - 90 Days | 91 and Over | Balance |
| Grand Totals: | 62 | ($451,894.06) | $1,022,469.27 | $2,549,159.11 | $633,346.54 | $3,753,080.86 |

# ACCOUNTS PAYABLE LISTING

| Vendor ID | Vendor Name | Aging | Variance | Variance Reason |
|---|---|---:|---:|---|
| AAREN CHAN | AAREN CHAN | 38.16 | - | |
| GATE SAFE, INC | ACTS - AVIATION SECURITY INC. | 386.20 | - | |
| AERO DECALS | AERO DECALS | 254.80 | - | |
| AEROSP | AEROSPACE ACCESSORY | 495.00 | - | |
| AIMS LIMITED | AIMS INT'L DWC-LLC | 58,641.00 | - | |
| AIR CHEF HOLD | AIR CULINAIRE WORLDWIDE, LLC | 38,238.99 | - | |
| AIR PLANNING | AIR PLANNING | 487.20 | - | |
| AIRCRAFT E | AIRCRAFT ENGINE MANAGEMENT SERVICES | 1,770.00 | - | |
| AIRCRAFT SE-TX | AIRCRAFT SERVICE INT'L GROUP | 4,862.22 | - | |
| AIRCRAF | AIRCRAFT TECHNICAL PROFESSIONALS | 3,402.81 | - | |
| PETROECON | AIRLINE ECONOMICS INC. | 1,800.00 | - | |
| AIRLINES MANAGE | AIRLINES MANAGEMENT SERV. CORP. | 3,708.48 | - | |
| AIRPORT TERMINA | AIRPORT TERMINAL SERVICE, INC. | 24,590.52 | - | |
| AIRSPACE | AIRSPACE TECHNOLOGIES | 674.70 | - | |
| AIRX | AIRX AVIATION INC. | 174.00 | - | |
| ALLIED AVIATIO | ALLIED AVIATION- CANADA | 2,984.08 | - | |
| ALPHA FLIGHT | ALPHA INFLIGHT US, LLC | 2,038.53 | - | |
| AMERICAN EXPRES | AMERICAN EXPRESS-FORT LAUD | (465,580.96) | 465,580.96 | Credit balance in A/P - move to A/R |
| ANTHONYTRAVEL | ANTHONY TRAVEL, LLC | 71.50 | - | |
| APRON FUEL | APRON FUEL SERVICES | (12,268.81) | 12,268.81 | Credit balance in A/P - move to A/R |
| AEG-FUEL | ASSOCIATED ENERGY GROUP LLC | 24,742.01 | - | |
| ASTIN AVIA | ASTIN AVIATION CLL, LLC | 4,050.00 | - | |
| CITY MAINT | AT YOUR SERVICE MANAGEMENT INC | 3,682.07 | - | |
| AT&T-300508351 | AT&T-300508351 | 251.35 | - | |
| ATLANTIC MCO | ATLANTIC AVIATION | 1,239.25 | - | |
| ATLANTIC TR | ATLANTIC TRAVEL CONSOLIDATORS | 6,615.00 | - | |
| AUDREY MCDERMOT | AUDREY MCDERMOTT | 16.00 | - | |
| AVFUEL CORP | AVFUEL CORP | (629,550.08) | 629,550.08 | Credit balance in A/P - move to A/R |
| AVIALL - H | AVIALL-AIRCRAFT PARTS DISTRIBUTION | 173.00 | - | |
| AVIALL | AVIALL-DALLAS | 10,573.35 | - | |
| AVIATION M | AVIATION MAINTENANCE CONSULTANT | 2,400.00 | - | |

| Vendor ID | Vendor Name | Aging | Variance | Variance Reason |
|---|---|---|---|---|
| AWARDS | AWARDS TROPHY WORLD | 33.00 | - | |
| ASSISTENCIA | AZOREAN CATERING) | (3,557.03) | 3,557.03 | Credit balance in A/P - move to A/R |
| BANK OF AM | BANK OF AMERICA | (159,675.07) | 159,675.07 | Credit balance in A/P - move to A/R |
| BOA | BANK OF AMERICA-OPERATING | 1,346.47 | - | |
| AIR -PRO INC | BARFIELD AERO LLC | 8,500.00 | - | |
| BLUE AVIATION | BLUE AVIATION CO. | 1,583.39 | - | |
| BOEING | BOEING COMMERCIAL | 1,053.00 | - | |
| AIR BP | BP PRODUCTS NORTH AMERICA, INC | 8,833.82 | - | |
| CUBANA | C.C.A.S., S.A. OVERFLIGHT SERVICES | 6,700.29 | - | |
| CALGARY AIRPORT | CALGARY AIRPORT AUTHORITY | 1,309.68 | - | |
| CANADA BOR | CANADA BORDER SERVICES | 19.66 | - | |
| RECEIVER GE-PE | CANADA CUSTOMS & REVENUE AGENCY | 554.85 | - | |
| CAROL BE | CAROL BENJAMIN | 55.27 | - | |
| CHAPMAN (FL) | CHAPMAN FREEBORN AIR CHARTERING INC | 2,370.85 | - | |
| CHARTER EXPR | CHARTER EXPRESS | 902.00 | - | |
| CHENEY BROTHERS | CHENEY BROTHERS, INC. | 1,797.20 | - | |
| CHEVRON PROD | CHEVRON PRODUCTS CO. | 19,809.15 | - | |
| CINTAS CORP | CINTAS CORP | 54.63 | - | |
| CITY OF L.A. | CITY OF LOS ANGELES | 10,198.10 | - | |
| CREATIVECHARTER | CREATIVE CHARTERS, INC | 86.00 | - | |
| FIELD SHOPS- | CREW OUTFITTERS | 771.98 | - | |
| DADE PAPER | DADE PAPER & BAG CO. | 3,813.09 | - | |
| DELTA AIRLINES | DELTA AIRLINES | 1,513.08 | - | |
| DELTA  AIRLINES | DELTA AIRLINES-GA | 150.00 | - | |
| DENVER | DENVER INT'L A/P- AIRPORT REV FUND | (496.32) | 496.32 | Credit balance in A/P - move to A/R |
| SAFESOARING | DEREK DENUCCE d/b/a | 4,200.00 | - | |
| DFAS-JDCBB | DFAS-JAAAA/CO-EBS | 252,036.73 | - | |
| DASI | DIVERSIFIED AERO SERVICES, INC | 850.00 | - | |
| EAN SERVICES | EAN SERVICES LLC | 115.58 | - | |
| EARTHBOUND | EARTHBOUND, INC. | 399.30 | - | |
| EASTERN AVIATIO | EASTERN AVIATION FUELS, INC. | (147,948.02) | 147,948.02 | Credit balance in A/P - move to A/R |
| EFAX CORP | EFAX CORPORATE c/o J2 CLOUD SERVICES | 323.37 | - | |

| Vendor ID | Vendor Name | Aging | Variance | Variance Reason |
|---|---|---|---|---|
| EFG INFLIGHT | EFG INFLIGHT(SHANNON IRELAND) | (5,837.53) | 5,837.53 | Credit balance in A/P - move to A/R |
| ROYAL AIRLINE- | ELITE LAUNDRY SERVICES OF FL | 108.73 | - | |
| ELITE TEAM | ELITE TEAM LOGISTICS, LLC | 49,180.00 | - | |
| ENGINE | ENGINE LEASE FINANCE CORPORATION | (93,872.34) | 93,872.34 | Credit balance in A/P - move to A/R |
| VALLEY OIL CO. | EPIC AVIATION, LLC | 7,100.50 | - | |
| EURO (USD) | EUROCONTROL-BELGIQUE(USA) | (29,065.96) | 29,065.96 | Credit balance in A/P - move to A/R |
| EURO (IEP) | EUROCONTROL-EGYPT | (2,579.12) | 2,579.12 | Credit balance in A/P - move to A/R |
| EURO (GREECE) | EUROCONTROL-GREECE | (2,375.14) | 2,375.14 | Credit balance in A/P - move to A/R |
| EURO (ECU) | EUROCONTROL-IRELANDE | (2,464.90) | 2,464.90 | Credit balance in A/P - move to A/R |
| FEDERAL AVIA-OK | FEDERAL AVIATION ADMINISTRATION | 2,059.01 | - | |
| FEDEX FREIGHT | FEDEX | 1,253.95 | - | |
| FELIX PEREZ | FELIX E. PEREZ | 720.00 | - | |
| FIRST CLASS AI | FIRST CLASS AI | 800.00 | - | |
| FLIGHTLINE AIR | FLIGHTLINE AIRCRAFT SERVICE | 1,059.29 | - | |
| FLITELINE | FLITELINE | 306.35 | - | |
| FLYING FOOD-AZ | FLYING FOOD GROUP, LLC | (665.32) | 665.32 | Credit balance in A/P - move to A/R |
| GLOBE SECURITY | G2 SECURE STAFF | 1,217.99 | - | |
| GA TELES | GA TELESIS, LLC | 1,000.00 | - | |
| GANDER INT'L | GANDER INTERNATIONAL AIRPORT | 1,005.99 | - | |
| GARDA CA | GARDA CANADA SECURITY CORP. | 288.46 | - | |
| GAT SECURITY | GAT AIRLINE GROUND SUPPORT | 640.00 | - | |
| GATE GOURMET-IL | GATE GOURME-TEXAS | (35,524.62) | 35,524.62 | Credit balance in A/P - move to A/R |
| GENERAL AIR | GENERAL AIR SERVICES N.V.(ARUBA) | 2,106.00 | - | |
| GLOBAL SE | GLOBAL SECURITY | 18,116.38 | - | |
| GOGO | GOGO, LLC | 16,500.00 | - | |
| GOODRICH A | GOODRICH AIRCRAFT WHEELS AND BRAKES | 12,321.00 | - | |
| GOURMET GANG | GOURMET GANG | 12,674.03 | - | |
| GREAT CIRCLE | GREAT CIRCLE CATERING LLC | 5,721.37 | - | |
| GREATER TORON | GREATER TORONTO AIRPORTS AUTH | (2,602.32) | 2,602.32 | Credit balance in A/P - move to A/R |
| HT PACKI | HT PACKING & CRATING SOLUTIONS, INC | 100.00 | - | |
| HUNTLEIGH | HUNTLEIGH USA CORPORATION | 6,533.28 | - | |
| INFLIGHT S | INFLIGHT SUPPLIES & SERVICES LLC | 8,318.00 | - | |

| Vendor ID | Vendor Name | Aging | Variance | Variance Reason |
|---|---|---|---|---|
| INNOVATIVE H | INNOVATIVE HANDLING SOLUTIONS, LLC | 1,480.50 | - | |
| INT'L AVIA | INTERNATIONAL AVIATION SERVICE, INC. | 27,119.55 | - | |
| IRVING US-FUEL | IRVING OIL TERMINALS (USA) | (26,181.02) | 26,181.02 | Credit balance in A/P - move to A/R |
| JL WELDING | J. L. WELDING | 150.00 | - | |
| JD APPAREL | JD APPAREL | 2,120.00 | - | |
| JEPPESEN | JEPPESEN | 6,208.94 | - | |
| JOHN PASSWATER | JOHN PASSWATER | 197.62 | - | |
| JFBC | JOHNSON FERRY BAPTIST CHURCH | 1,015.27 | - | |
| JULIO RODRIGUEZ | JULIO JAVIER RODRIGUEZ | 112.44 | - | |
| KAISERAIR | KAISERAIR, INC. | 3,395.62 | - | |
| KELLSTROM | KELLSTROM COMMERCIAL AEROSPACES, INC | (185,826.66) | 185,826.66 | Credit balance in A/P - move to A/R |
| SYNERGY | KIMBALL ELECTRONIC LABORATORY, INC. | 2,465.00 | - | |
| KIMLEY-H | KIMLEY-HORN AND ASSOCIATES, INC | 1,897.37 | - | |
| KAPCO | KIRKLAND AIRCRAFT PARTS CO. | 1,388.16 | - | |
| LSG SKY-DEN | LSG SKY CHEFS | 2,184.05 | - | |
| MARGHERITA MAR | MARGHERITA MARGOTTA | 9,970.00 | - | |
| MTC | MARITZ TRAVEL COMPANY | 5,391.75 | - | |
| MARSH USA INC | MARSH USA, INC. | 30,122.46 | - | |
| MARY-JO DIFLORI | MARY-JO CAROL DIFLORIA | 1,237.50 | - | |
| MATHIAS LEWIS | MATHIAS E. LEWIS | 360.00 | - | |
| MBJ AIRPORTS | MBJ AIRPORTS LIMITED | 78,887.06 | - | |
| METRO AI | METROPOLITAN AIRPORTS COMMISSION | 2,335.46 | - | |
| METROPOLITAN TO | METROPOLITAN TOPEKA AIRPORT | 2,428.00 | - | |
| M.G. BUS SER | MG. BUS TRANSPORTATION | 2,298.00 | - | |
| MHLP | MIAMI HEAT | 1,699.06 | - | |
| DADE COUNTY | MIAMI-DADE AVIATION DEPT. | 2,433.50 | - | |
| MID-OHIO AVIA | MID-OHIO AVIATION SERVICES | 8,720.00 | - | |
| MIS CHOICE | MIS CHOICE, INC. | 8,368.00 | - | |
| MITCHELL A/C | MITCHELL AIRCRAFT PARTS | 4,930.00 | - | |
| MONROE (IN) | MONROE COUNTY AIRPORT | 300.00 | - | |
| NAD | NASSAU AIRPORT DEVELOPMENT | 45,396.32 | - | |
| NAV CANADA | NAV CANADA | (6,892.04) | 6,892.04 | Credit balance in A/P - move to A/R |

| Vendor ID | Vendor Name | Aging | Variance | Variance Reason |
|---|---|---|---|---|
| CHARTERSEARCH | NE FLIGHT WATCH, LLC | 2,787.90 | - | |
| NOLA AVI | NOLA AVIATION LLC | 6,801.57 | - | |
| NORTHEAS | NORTHEAST AIR | 739.50 | - | |
| OCEAN STATE | OCEAN STATE AVIATION | 2,550.00 | - | |
| ORKIN | ORKIN PEST CONTROL | 449.78 | - | |
| ORLANDO SANFOR | ORLANDO SANFORD INT'L, INC. | 2,739.20 | - | |
| PAFCO | PAGE AVJET FUEL CORP. | 17,157.37 | - | |
| PAN AM FLIGHT | PAN AM FLIGHT ACADEMY | 38,792.00 | - | |
| PANASONI | PANASONIC AVIONICS CORPORATION | 1,900.00 | - | |
| PANDAIR | PANDAIR (PANDELIDIS GEORGE) | (19,289.40) | 19,289.40 | Credit balance in A/P - move to A/R |
| PENN STATE | PENN STATE UNIVERSITY | 3,386.11 | - | |
| PETROGAL, SA | PETROGAL, SA | (1,110.03) | 1,110.03 | Credit balance in A/P - move to A/R |
| PHILLIPS | PHILLIPS-FUEL | 60,644.23 | - | |
| PENGUINS | PITTSBURGH PENGUINS | 513.30 | - | |
| PORT CITY AIR | PORT CITY AIR-FUEL | (88,921.61) | 88,921.61 | Credit balance in A/P - move to A/R |
| PREMIER | PREMIER BEVERAGE CO.DBA BREAKTHRU | 559.95 | - | |
| PRO LOGIC | PRO LOGIC COMPUTER SYSTEMS, INC. | 24,131.00 | - | |
| AIR SECURITY- | PROSEGUR SERVICES GROUP INC | 5,263.29 | - | |
| PROSPECT | PROSPECT AIRPORT SERVICES, INC. | 600.00 | - | |
| QUALITY | QUALITY INSPECTIONS & SERVICES, INC. | 1,133.00 | - | |
| QUANTEM | QUANTEM AVIATION SERVICES, LLC | 6,221.25 | - | |
| DNC TRAV | RICHMOND A/P-FOOD & BEV DELAWARE NORTH CO. | 4,700.50 | - | |
| RUBIS | RUBIS WEST INDIES LTD | (17,755.35) | 17,755.35 | Credit balance in A/P - move to A/R |
| SAFE FLIGHT | SAFE FLIGHT SCREENING | 6,011.16 | - | |
| SELECTIVE | SELECTIVE QUALITY SERVICES, INC (SQS) | 500.00 | - | |
| AERRIANTA | SHANNON AIRPORT AUTHORITY DAC-CGA | (4,814.56) | 4,814.56 | Credit balance in A/P - move to A/R |
| SHELL-EASTERN | SHELL AVIATION CREDIT CARD PROCESSING | 31,600.31 | - | |
| SHELL OIL PRODU | SHELL OIL PRODUCTS US | (58,548.98) | 58,548.98 | Credit balance in A/P - move to A/R |
| SHELTAIR AVIATI | SHELTAIR AVIATION SERVICES LGA | 5,912.71 | - | |
| TAMPA INT'L | SHELTAIR TAMPA  JET CENTER, LLC | 43,191.41 | - | |
| SHI INT'L | SHI INTERNATIONAL CORP. | 700.05 | - | |
| STM | SHORTS TRAVEL MANAGEMENT | 95.70 | - | |

| Vendor ID | Vendor Name | Aging | Variance | Variance Reason |
|---|---|---|---|---|
| SIGNATURE CANA | SIGNATURE CANADA FBO SERVICES INC. | 680.26 | - | |
| SIGNATURE-MSP. | SIGNATURE FLIGHT SUPPORT | 110,767.57 | - | |
| SKY MART SALES | SKY MART SALES | 2,774.23 | - | |
| SOL AVIA-FUEL | SOL AVIATION SERVICES LTD | (24,649.31) | 24,649.31 | Credit balance in A/P - move to A/R |
| SOUTHERN WINE | SOUTHERN GLAZER'S WINE & SPIRITS | 1,230.75 | - | |
| SPINA AERO | SPINA AERO CONSULTING | 5,500.00 | - | |
| SET | SPORTS AND ENTERTAINMENT TRAVEL | 1,394.70 | - | |
| STATE OF N.J. | STATE OF NEW JERSEY | 100.76 | - | |
| STATUS JETS | STATUS JETS | 15,655.95 | - | |
| STS COMP | STS COMPONENT SOLUTIONS, LLC. | 1,477.16 | - | |
| SUNSHINE AV | SUNSHINE AVIONICS LLC | 15,750.00 | - | |
| SUPERIOR SHUTTL | SUPER SHUTTLE | 267.00 | - | |
| SWISSPORT FUEL | SWISSPORT FUELING, INC. | 311.23 | - | |
| SWISSPORT SA | SWISSPORT SA FUEL SERVICES LLC | 3,857.81 | - | |
| TAHA ALASHI | TAHA ALASHI | 1,050.00 | - | |
| TALON | TALON AIR PARTNERS LLC | 16,044.00 | - | |
| TBL | TAMPA BAY LIGHTING HOCKEY CLUB | 2,131.50 | - | |
| TENNANT | TENNANT | 94.11 | - | |
| FIELDS | THE FIELDS GROUP INC | 972.48 | - | |
| GOURMET CO | THE GOURMET COFFEE CO. | 214.00 | - | |
| TSI HOLDING CO. | TSI HOLDING COMPANY | 5,938.32 | - | |
| U.S. CUSTOMS-MO | U.S. CUSTOMS AND BORDER PROTECTION | 814.35 | - | |
| ULINE.CO | ULINE.COM | 79.50 | - | |
| UNICAL AVIAITON | UNICAL AVIATION INC. | 200.00 | - | |
| UNITED AVI | UNITED AVIATION SERV (KUWAIT) | 75,018.56 | | |
| UNITED HEAL | UNITED HEALTHCARE INS.CO. | 6,850.17 | | |
| UNITED PARCEL S | UNITED PARCEL SERVICE CO | 52,198.85 | | |
| UNITED STATES F | UNITED STATES FIRE INSURANCE CO. | 23,480.90 | - | |
| UNIVERSITY AIR | UNIVERSITY AIR CENTER | 1,605.00 | - | |
| UIOWA | UNIVERSITY OF IOWA | 487.20 | - | |
| UVA | UNIVERSITY OF VIRGINIA | 1,761.90 | - | |
| VACUUM CLEANER | VACUUM CLEANER MART | 567.85 | - | |

| Vendor ID | Vendor Name | Aging | Variance | Variance Reason |
|---|---|---|---|---|
| VALLEY INTERNAT | VALLEY INTERNATIONAL AIRPORT | 10,909.20 | - | |
| VECTOR-DALLAS | VECTOR-DALLAS LOVE FIELD | 1,150.48 | - | |
| VERIZON WIREL | VERIZON WIRELESS | 1,853.90 | - | |
| VICTOR ME | VICTOR MENDOZA | 53.44 | - | |
| VOLARE | VOLARE HOSPITALITY | 374.17 | - | |
| WFU | WAKE FOREST UNIVERSITY | 843.90 | - | |
| WINNIPEG AIRPOR | WINNIPEG AIRPORT AUTHORITY, | 2,427.43 | - | |
| WORLD FUEL | WORLD FUEL SERVICES, INC | 61,186.72 | | |
| WRIGHT EXPRESS | WRIGHT EXPRESS (WEX BANK) | 1,258.73 | - | |

|  |  | **(398,154.46)** | **2,028,052.50** | |
|  |  | (with credits) | (2,028,052.50) | **Credit balance in A/P - move to A/R** |
|  | **BALANCE WITHOUT DEBIT BALANCES** | **2,426,206.96** | | |

---

| System: | 4/4/2020 | 12:19:55 PM | | | | | | Page: | 42 |
|---|---|---|---|---|---|---|---|---|---|
| User Date: | 4/4/2020 | | | | | | | User ID: | mbus |

## AGED TRIAL BALANCE WITH OPTIONS - DETAIL
### Miami Air International, Inc.

|  |  |  | Due |  |  |
|---|---|---|---|---|---|
| Voucher(s): | 31 | Aged Totals: | $61,186.72 | ($53,440.13) | $98,787.16 | $15,839.69 |

| Vendor ID: | WRIGHT EXPRESS | Name: | WRIGHT EXPRESS (WEX BANK) | Class ID: | LOCTRAN | User-Defined 1v: |

| Voucher/ Payment No. | Doc Number | Type | Doc Date | Due Date | Doc Amount | Disc Date | Disc Avail | Writeoff Amount | Current Period | 31 - 60 Days | 61 - 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11370610 | 64354332 | INV | 3/6/2020 | 3/6/2020 | $1,258.73 | | | | $1,258.73 | | |

|  |  |  | Due |  |  |
|---|---|---|---|---|---|
| Voucher(s): | 1 | Aged Totals: | $1,258.73 | $1,258.73 | $0.00 | $0.00 |

|  | Vendors | Due | Current Period | 31 - 60 Days | 61 - 90 Days |
|---|---|---|---|---|---|
| **Vendor Totals:** | 200 | ($398,154.46) | ($1,888,060.19) | $1,266,008.85 | $142,406.43 |

Spare Parts Inventory

| location | pn_description | category | sn | condition | owner | bin | qty_available | pn | total |
|---|---|---|---|---|---|---|---|---|---|
| MIA | RIVET | 737EXP | | NEW | | E-1-F | 997 | BACR15BB3AD3C | 33,898.00 |
| MIA | OIL ENGINE | 737EXP | | NEW | | CAGE | 73 | BP2197 | 26,336.94 |
| MIA | TOP KIT FOR AD 2011-18-03 | 737EXP | | NEW | | CAGE | 1 | 012A0046-1 | 24,405.00 |
| MIA | SEAT TRACK  COVER WIDE BLUE | 737EXP | | NEW | | CAGE | 449 | BAC1522-706-5034 | 24,151.71 |
| MIA | TOP KIT CENTRAL FUEL TANK BOOST PUMP | 737EXP | | NEW | | ENGINE TRAILER | 1 | 012A0046-10 | 21,397.00 |
| MIA | TOP KIT CENTRAL FUEL TANK BOOST PUMP | 737EXP | | NEW | | ENGINE TRAILER | 1 | 012A0046-10 | 21,397.00 |
| MIA | OIL ENGINE | 737EXP | | NEW | | CAGE | 50 | BP2197 | 20,688.00 |
| MIA | TOP KIT CENTRAL FUEL TANK BOOST PUMP | 737EXP | | NEW | | ENGINE TRAILER | 1 | 012A0046-11 | 20,378.00 |
| MIA | INSTL ABS HARNESS ROUTING AND CLAMPING | 737EXP | | NEW | | CAGE | 1 | P13111-21506 | 18,847.98 |
| MIA | PRESSURE SWITCH | 737EXP | | NEW | | H-1-A | 1 | 304300-2 | 17,984.00 |
| MIA | SEAT TO HARNESS 54" PITCH | 737EXP | | NEW | | 737 SHELF | 22 | 1123814-1-78 | 16,830.00 |
| MIA | INSTL ABS AIR TRAY, ATG4 | 737EXP | | NEW | | CAGE | 1 | P13088-21506 | 16,484.54 |
| MIA | CLAMP | 737EXP | | NEW | | 737 SHELF | 4 | 31428-6600 | 14,000.00 |
| MIA | DPCU | 737EXP | | NS | | 737 SHELF | 25 | 700-2326-008 | 14,000.00 |
| MIA | DPCU | 737EXP | | NS | | 737 SHELF | 25 | 700-2326-007 | 14,000.00 |
| MIA | ESCUTCHEON | 737EXP | | NEW | | I-1-B | 49 | 849736-401A | 13,699.91 |
| MIA | FOAM FILLER BLOCK,  SEAT ASSY | 737EXP | | SERV | | WAREHOUSE - BULK | 91 | 852800-205 | 13,406.12 |
| MIA | CABIN WINDOW ASSY | 737EXP | | NEW | | BACKWALL | 23 | 140N2139-1 | 13,064.00 |
| MIA | ROD | 737EXP | | NEW | | I-2-B | 2 | 151A3495-7 | 12,116.00 |
| MIA | PLENUMS | 737EXP-R | | NEW | | HH-1-B | 1 | 2215629-2 | 12,021.00 |
| MIA | SEAL ASSY | 737EXP | | NEW | | L-1-A | 1 | 114A1510-7 | 11,864.00 |
| MIA | CABLE ASSY | 737EXP | | NEW | | H-2-C | 1 | 7-45399-3 | 11,811.00 |
| MIA | LATCH ASSY | 737EXP | | NEW | | CAGE | 40 | 844993-401 | 11,760.00 |
| MIA | DPCU | 737EXP | | NEW | | N-6-C | 20 | 700-2326-008 | 11,200.00 |
| MIA | KIT PHASE CHECK | 737EXP | | NEW | | 737 SHELF | 1 | LZ-MIA2A | 10,841.40 |
| MIA | PLENUM | 737EXP | | NEW | | ENGINE TRAILER | 1 | 2215634-4 | 10,500.00 |
| MIA | LINK ASSY | 737EXP | | NEW | | N-4-A | 2 | 113A9205-1 | 10,378.00 |
| MIA | DOOR LATCH W/ LOCK | 737EXP | | NEW | | 737 SHELF | 2 | HA951-3DEC | 9,800.00 |
| MIA | CABIN ALTITUDE WARNING LIGHTS INSTALLA | 737EXP | | SERV | | 737 SHELF | 2 | 002A0006-106 | 9,704.00 |
| MIA | PLATFORM, FAN BLADE | 737EXP | | OH | | G-2-D | 19 | 340-001-816-0 | 9,690.00 |
| MIA | TRIM STRIP | 737EXP | | NEW | | WAREHOUSE - BULK | 20 | 411N1102-32M | 8,780.00 |
| MIA | TOP KY RETRO FIT  STROBE LIGHT | 737EXP | | NEW | | 737 SHELF | 1 | 002A0006-69 | 8,600.00 |
| MIA | TOP KY RETRO FIT  STROBE LIGHT | 737EXP | | NEW | | 737 SHELF | 1 | 002A0006-69 | 8,600.00 |
| MIA | TOP KY RETRO FIT  STROBE LIGHT | 737EXP | | NEW | | 737 SHELF | 1 | 002A0006-69 | 8,600.00 |
| MIA | WIRE BUNDLE ASSY | 737EXP | | NEW | | 737 SHELF | 1 | 52B2A730-101 | 8,409.00 |
| MIA | SCREW | 737EXP | | NEW | | C-3-H | 50 | BACS12GX08A10P | 8,350.00 |
| MIA | 737-800 KIT | 737EXP | | NEW | | ENGINE TRAILER | 1 | SG737--SSLB-R55 | 8,261.00 |
| MIA | RETAINER | 737EXP | | NEW | | 737 SHELF | 3 | 2064018-2 | 8,175.00 |
| MIA | CONDUIT UPGRADE | 737EXP | | NEW | | I-2-B | 3 | 287A6212-27 | 8,169.00 |
| MIA | LATCH SEAT | 737EXP | | NEW | | C-2-C | 37 | 844994-7 | 7,881.00 |
| MIA | BLOCK, FLOOR FITTING | 737EXP | | NEW | | I-1-E | 2 | C23102-237-001 | 7,800.00 |
| MIA | FAUCET ASSY | 737EXP | | OH | | G-2-D | 1 | 9810 | 7,650.00 |
| MIA | SEAT TRACK COVER (GRAY) | 737EXP | | NEW | | CAGE | 250 | BAC1522-339-714 | 7,475.00 |
| MIA | INSULATION BLANKET | 737EXP | | NEW | | CAGE | 1 | 99A9268M | 7,472.00 |
| MIA | MOON FLOOR | 737EXP | | NEW | | CAGE | 2 | C2F891M72 | 7,200.00 |
| MIA | DECOR LAMINATE | 737EXP | | NEW | | CAGE | 2 | 3160329 | 7,000.00 |
| MIA | DECOR LAMINATE | 737EXP | | SERV | | 737 SHELF | 2 | 3160329 | 7,000.00 |
| MIA | LIFE VEST INFANT | 737EXP-R | | NEW | | CAGE | 100 | S-10002-1300-999145 | 6,900.00 |
| MIA | SIDEWALL SPB | 737EXP | | NEW | | 737 SHELF | 9 | 1123814-1-42 | 6,885.00 |
| MIA | ROD | 737EXP | | NEW | | H-1-D | 2 | 411A3270-22 | 6,680.00 |
| MIA | OVEN INSERT | 737EXP | | NEW | | CAGE | 30 | 860-18-03 | 6,585.00 |
| MIA | LUINESCENT STRIP (ROYAL BLU | 737EXP | | NEW | | CAGE | 1 | PL1100UH14 | 6,335.00 |
| MIA | CLIP BOARD ASSY | 737EXP | | NEW | | A-1-C | 1 | 69-38947-7 | 6,073.00 |
| MIA | LIFE VEST | 737EXP | | OH | | CAGE | 151 | 5-51150-6300 | 6,040.00 |
| MIA | DOOR ASSY | 737EXP | | NEW | | CAGE | 1 | 110A0113-38 | 5,991.00 |
| MIA | SHEET METAL | 737EXP | | NEW | | CAGE | 24 | 2024-T3 .080" | 5,880.00 |
| MIA | FITTING ASSY | 737EXP | | NEW | | H-1-B | 1 | 155016-71-12 | 5,741.46 |
| MIA | HOSE ASSY | 737EXP | | NEW | | I-2-B | 1 | 155006-06-23 | 5,653.25 |
| MIA | ESCUTCHEON AY | 737EXP | | NEW | | C-2-B | 13 | 849873-401A | 5,590.00 |
| MIA | FOOD TABLE | 737EXP | | NEW | | G-2-D | 9 | 849881-4018 | 5,517.00 |
| MIA | CARTRIDGE, TAIL SKID | 737EXP | | NEW | | A-3-C | 1 | SL230000-401 | 5,505.00 |
| MIA | SWITCH | 737EXP | | NEW | | A-3-H | 2 | 088-1031-007 | 5,480.00 |
| MIA | CABLE AUDIO 16/20 - 82 IN | 737EXP | | SERV | | G-2-C | 9 | 704-3489-002 | 5,265.00 |
| MIA | BUSHING | 737EXP | | NEW | | A-2-A | 8 | 161A1115-2 | 5,248.00 |
| MIA | SCREW | 737EXP | | NEW | | C-3-G | 4997 | BACS12FA3K10 | 5,246.85 |
| MIA | TOP KIT | 737EXP | | NEW | | 737 SHELF | 1 | 218A4300-8 | 5,200.00 |
| MIA | CARGO GILL LINER | 737EXP | | NEW | | CAGE | 2 | A60SG4W-60R | 5,119.20 |
| MIA | CARGO GILL LINER | 737EXP | | NEW | | CAGE | 2 | A60SG4W-60R | 5,119.20 |
| MIA | RIVET | 737EXP | | NEW | | INTERIOR | 91 | BACR15BA3AD4C | 5,096.00 |
| MIA | ARM ASSY-HINGE LWR | 737EXP | | NEW | | B-2-A | 1 | 65-86784-15 | 5,042.00 |
| MIA | FAIRING ASSY | 737EXP | | NEW | | L-1-A | 1 | 149A7670-37 | 5,000.00 |
| MIA | WIRE BUNDLE | 737EXP | | NEW | | H-1-D | 1 | 286A1086-006 | 5,000.00 |
| MIA | AFT ENTRY LIGHT | 737EXP | | NEW | | I-2-A | 1 | D51-5475-01 | 4,941.00 |
| MIA | FWD ENTRY LIGHT | 737EXP | | NEW | | I-2-A | 3 | D50-5470-01 | 4,941.00 |
| MIA | HYDROLOCK L/W HV25000-04 | 737EXP | | NEW | | H-2-D | 29 | HV25000-04 | 4,930.00 |
| MIA | TOILET SEAT AND COVER ASSY | 737EXP | | NEW | | G-2-D | 1 | C22102-284-301 | 4,768.00 |
| MIA | BUMPER | 737EXP | | NEW | | CAGE | 39 | 1010210-3028HW | 4,758.00 |
| MIA | LED SIDEWALL LIGHT | 737EXP | | NEW | | H-2-A | 3 | 9651-35-0004 | 4,749.00 |
| MIA | LINK | 737EXP | | NEW | | A-3-E | 2 | 340-029-401-0 | 4,704.00 |
| MIA | ACTUATOR, SEAT RECLINE | 737EXP | | NEW | | C-2-TOP | 50 | UL10-054ST2 | 4,700.00 |
| MIA | BALL ASSY | 737EXP | | SERV | | H-1-E | 1 | 4008-0010-1KT | 4,658.00 |
| MIA | SEAL - PLATE | 737EXP | | NEW | | A-3-I | 1 | 4132157-1 | 4,512.50 |
| MIA | ARM CAP BLUE | 737EXP | | NEW | | N-4-A | 55 | 844605-401Z | 4,510.00 |
| MIA | ARMREST PAD | 737EXP | | NEW | | CAGE | 10 | 849864-4036 | 4,430.00 |
| MIA | ARMCAP ASSY | 737EXP | | NEW | | N-4-A | 10 | 847359-401A | 4,430.00 |
| MIA | TOP KIT | 737EXP | | NEW | | INTERIOR | 1 | 002A0002-241 | 4,404.00 |
| MIA | TOP KIT | 737EXP | | NEW | | INTERIOR | 1 | 002A0002-243 | 4,404.00 |
| MIA | TOP KIT | 737EXP | | NEW | | INTERIOR | 1 | 002A0002-244 | 4,404.00 |
| MIA | STOWAGE | 737EXP | | SERV | | I-2-C | 1 | 232A4301-5 | 4,350.00 |
| MIA | BUMPER | 737EXP | | NEW | | I-1-D | 74 | 849847-001A | 4,358.60 |
| MIA | ARMREST ASSY | 737EXP | | NEW | | CAGE | 4 | 853080-426E | 4,266.68 |
| MIA | BLOCK FLOOR FITTING | 737EXP | | NS | | 737 SHELF | 1 | C23102-141-001 | 4,200.62 |
| MIA | WING TIP LENS (RH) | 737EXP | | SERV | | I-2-A | 3 | 31-8142-4 | 4,200.00 |
| MIA | SEAT POWER OUTLET BOX | 737EXP | | NEW | | 737-400 | 12 | 1295-2-5 | 4,188.00 |
| MIA | USB PROTECTIVE COVER TYPE A | 737EXP | | NEW | | A-3-F | 841 | 37-0121-01 | 4,154.54 |
| MIA | PLATE | 737EXP-R | | NEW | | ENGINE TRAILER | 1 | 113A2019-4 | 4,150.00 |
| MIA | PLATE | 737EXP | | NEW | | I-2-A | 1 | 113A2019-3 | 4,150.00 |
| MIA | SCREW | 737EXP | | SERV | | C-3-E | 5000 | BACS12ER3K10 | 4,150.00 |
| MIA | BUNDLE WIRE | 737EXP-R | | NEW | | G-2-C | 1 | 286A1084-005 | 4,039.70 |
| MIA | ESCUTCHEON | 737EXP | | NEW | | I-1-B | 30 | 849873-403A | 4,020.00 |
| MIA | APU OIL PUMP FILTER | 737EXP | | NEW | | F-1-B | 2 | 65-9005-89 | 4,010.00 |
| MIA | SHADE 737-400 L/W -3SP; L/W 411N1144-3 | 737EXP | | NEW | | G-2-D | 6 | 411N1144-3BCCB | 4,008.00 |
| MIA | ARM ASSY-HINGE UPR | 737EXP | | NEW | | B-2-A | 1 | 65-86784-14 | 4,006.68 |
| MIA | CAP | 737EXP | | NEW | | G-2-C | 10 | A5523XV03P | 4,000.00 |
| MIA | TOP KIT - MLG DOOR INBOARD HINGE FITTIN | 737EXP | | NEW | | A-1-TOP | 1 | 002A0003-147-WE | 3,990.00 |
| MIA | OIL ENGINE | 737EXP | | NEW | | CAGE | 11 | BP2197 | 3,968.58 |
| MIA | STICK ASSY | 737EXP | | NEW | | H-2-A | 1 | 1140-0183-3 | 3,955.48 |
| MIA | SHROUD INSIDE | 737EXP | | NEW | | L-2-A | 50 | 849876-036E | 3,950.00 |
| MIA | DPCU | 737EXP | | NEW | | C-1-F | 7 | 700-2326-007 | 3,920.00 |
| MIA | ARMCAP ASSY (737-400 ONLY) | 737EXP | | NEW | | L-1-A | 5 | 845757-403AA | 3,900.00 |
| MIA | TRIM BACK | 737EXP | | NEW | | CAGE | 40 | 849840-401 | 3,880.00 |
| MIA | SWITCH | 737EXP | | NEW | | A-3-G | 1 | 975-0172-006 | 3,878.00 |
| MIA | ACTUATOR, RECLINE CONTROL | 737EXP | | NEW | | L-1-C | 17 | 849900-401 | 3,825.00 |
| MIA | CUP, FLOOR | 737EXP | | NEW | | A-1-C | 4 | 103724-23 | 3,800.00 |
| MIA | BRACKET | 737EXP | | SERV | | B-2-I | 1 | 65-16792-3 | 3,800.00 |
| MIA | BOLT | 737EXP | | NS | | B-1-F | 10 | 162A1164-1 | 3,796.10 |
| MIA | ANGLE | 737EXP | | NEW | | 737 SHELF | 1 | 111A1301-9 | 3,756.00 |
| MIA | DUCT ASSY | 737EXP | | NEW | | I-2-D | 1 | 212A2621-32 | 3,740.00 |
| MIA | BAGS | 737EXP | | NEW | | 737 SHELF | 6 | BAGS 6.V | 3,630.00 |
| MIA | LATCH ASSY | 737EXP | | NEW | | B-1-G | 3 | 65C19901-41 | 3,570.00 |
| MIA | TOP KIT LANDING GEAR | 737EXP | | NEW | | A-1-TOP | 2 | 002A0014-82 | 3,560.00 |
| MIA | PLUNGER | 737EXP | | NEW | | I-1-B | 10 | 411A2751-5 | 3,550.00 |
| MIA | TURNBUCKLE ASSY | 737EXP | | NEW | | B-2-G | 1 | 115A2950-38 | 3,500.00 |
| MIA | INSERT | 737EXP | | NEW | | D-2-B | 9 | C23502-167-801 | 3,483.00 |
| MIA | FA SEAT BACK CUSHION ASSY | 737EXP | | NEW | | T57 | 6 | 207004-31ADB | 3,474.00 |
| MIA | THRESHOLD (BLUE) | 737EXP | | NEW | | 737 SHELF | 79 | BAC1522-527-556 | 3,461.78 |
| MIA | SPACER | 737EXP | | NEW | | G-2-D | 2 | 340-001-262-0 | 3,417.56 |

Spare Parts Inventory

| | | | | | | |
|---|---|---|---|---|---|---|
| MIA | OVERHEAD BIN DOOR | 737EXP | NEW | ENGINE TRAILER | 1 412A1505-1B | 3,399.00 |
| MIA | OVERHEAD BIN DOOR | 737EXP | NEW | ENGINE TRAILER | 1 412A1505-26B | 3,399.00 |
| MIA | SHROUD | 737EXP | NEW | CAGE | 36 849877-13C | 3,312.00 |
| MIA | BUSHING | 737EXP | NEW | H-1-B | 10 411A2732-5 | 3,310.00 |
| MIA | CUSHION SEAT BACK STANDARD | 737EXP | NEW | INTERIOR | 23 1291-11 | 3,260.25 |
| MIA | CUSHION AND COVER ASSY - BACK | 737EXP | NEW | L-1-C | 3 207004-51D | 3,235.53 |
| MIA | DOUBLER, INSIDE | 737EXP | NEW | L-1-C | 2 C23102-825-101 | 3,200.00 |
| MIA | COVER ASSY | 737EXP | NEW | G-2-C | 1 277A6113-1 | 3,180.00 |
| MIA | BUSHING | 737EXP | NEW | A-2-B | 4 162A122-1 | 3,136.00 |
| MIA | BUMPER-AISLE | 737EXP | NEW | ENGINE TRAILER | 3 127573-03AL | 3,133.65 |
| MIA | PLUG | 737EXP | NEW | N-6-D | 9 RV700-2214-001 | 3,114.36 |
| MIA | SOCKET CONTACT | 737EXP | SERV | C-1-C | 20 1445693-3 | 3,102.40 |
| MIA | SCREW | 737EXP | NEW | C-3-H | 25 BACS12HM08-10 | 3,100.00 |
| MIA | TOP KIT FDW ENTRY DOOR SWITCH INSTLLATI | 737EXP | NEW | I-2-A | 1 002A0003-81 | 3,091.00 |
| MIA | TOP KIT FDW ENTRY DOOR SWITCH INSTLLATI | 737EXP | NEW | I-2-A | 1 002A0003-81 | 3,091.00 |
| MIA | TOP KIT FDW ENTRY DOOR SWITCH INSTLLATI | 737EXP | NEW | I-2-A | 1 002A0003-81 | 3,091.00 |
| MIA | TOP KIT FDW ENTRY DOOR SWITCH INSTLLATI | 737EXP | NEW | I-2-A | 1 002A0003-81 | 3,091.00 |
| MIA | CUSHION AND COVER FLT ATTND | 737EXP | NEW | TOOL ROOM-11 | 1 2D7017-3D | 3,085.00 |
| MIA | SHROUD | 737EXP | NEW | I-1-B | 40 849822-1K | 3,080.00 |
| MIA | SEAT BUMPER | 737EXP | NEW | C-2-TOP | 47 849846-001K | 3,066.00 |
| MIA | OVERHEAD BIN DOOR | 737EXP | NEW | ENGINE TRAILER | 1 412A1505-39B | 3,060.00 |
| MIA | OVERHEAD BIN DOOR | 737EXP | NEW | ENGINE TRAILER | 1 412A1505-40B | 3,060.00 |
| MIA | OVERHEAD BIN DOOR | 737EXP | NEW | ENGINE TRAILER | 1 412A1505-21B | 3,060.00 |
| MIA | OVERHEAD BIN DOOR | 737EXP | NEW | ENGINE TRAILER | 1 412A1505-22B | 3,060.00 |
| MIA | SEAT TO SEAT HARNESS 43" PITCH | 737EXP | NEW | 737 SHELF | 4 1123B14-1-72 | 3,060.00 |
| MIA | SEAT CLOSEOUT L/W -27A | 737EXP | NEW | I-1-B | 64 849738-27A | 3,008.00 |
| MIA | SEAT TRACK COVER EXTRUSION BLUE | 737EXP | NEW | CAGE | 100 BAC1S22-453-556 | 2,980.00 |
| MIA | PIN | 737EXP | NEW | E-2-G | 38 5P4785 | 2,964.00 |
| MIA | LATCH ASSY | 737EXP | NEW | 737 SHELF | 10 844993-401 | 2,940.00 |
| MIA | FA AFT HEAD REST ASSY | 737EXP | NEW | T83 | 2 2D7017-3ADB | 2,936.00 |
| MIA | FA AFT HEAD REST ASSY | 737EXP | NEW | T83 | 2 2D7017-4ADB | 2,936.00 |
| MIA | LAMP | 737EXP | NEW | N-3-C | 7 H342AA55 | 2,931.81 |
| MIA | SEAL-ASSY SEALOL | 737EXP | NEW | B-1-B | 1 305-115-709-0 | 2,894.00 |
| MIA | OVER WING EXIT LIGHT | 737EXP | SERV | B-1-E | 12 D49-5833-09 | 2,868.00 |
| MIA | POWER SUPPLY & USB | 737EXP | NEW | 737-400 | 1 213013-2 | 2,862.98 |
| MIA | STRAP ASSY | 737EXP | NEW | H-2-B | 3 69852227-4 | 2,841.00 |
| MIA | ACTUATOR RECLINE N2-LOK | 737EXP | NEW | I-1-A | 10 107810 | 2,800.00 |
| MIA | PLUG | 737EXP | NEW | A-3-E | 10 AS5233V10P | 2,800.00 |
| MIA | SAFTEY CARD 4 LIFE RAFT | 737EXP | NEW | BACKWALL | 2000 CODE 4270 | 2,800.00 |
| MIA | TRIM REAR | 737EXP | NEW | CAGE | 30 849840-002 | 2,790.00 |
| MIA | ARM CAP - GREY | 737EXP | NEW | N-4-A | 44 847356-1K | 2,772.00 |
| MIA | BRACKET, MEGAPHONE | 737EXP | NEW | H-2-B | 1 416A1401-23 | 2,768.00 |
| MIA | OVERHEAD BIN DOOR | 737EXP | NEW | ENGINE TRAILER | 1 412A1505-17B | 2,754.00 |
| MIA | OVERHEAD BIN DOOR | 737EXP | NEW | ENGINE TRAILER | 1 412A1505-29B | 2,754.00 |
| MIA | OVERHEAD BIN DOOR | 737EXP | NEW | ENGINE TRAILER | 1 412A1505-2B | 2,754.00 |
| MIA | OVERHEAD BIN DOOR | 737EXP | NEW | ENGINE TRAILER | 1 412A1505-6B | 2,754.00 |
| MIA | TRAY TABLE LATCH | 737EXP | NEW | A-2-A | 74 827478-419A | 2,738.00 |
| MIA | SENSOR | 737EXP | NEW | D-4-TOP | 1 69-42809-106 | 2,728.00 |
| MIA | FILTER/DRIER ASSY | 737EXP | NEW | B-1-B | 1 474031 | 2,708.00 |
| MIA | BUMPER | 737EXP | NEW | I-1-E | 6 140210-1 | 2,700.00 |
| MIA | REEL | 737EXP | NEW | 737 SHELF | 2 503274-413 | 2,664.00 |
| MIA | CURTAINS | 737EXP | NEW | TB1 | 1 413A3610-4R | 2,635.00 |
| MIA | FACEPLATE BLANK FLT ATTENDANT | 737EXP | NEW | N-5-C | 5 285A1700-1 | 2,595.00 |
| MIA | SENSOR | 737EXP | NEW | C-1-G | 1 8102-0401 | 2,585.29 |
| MIA | ARMREST ASSY | 737EXP | NEW | ENGINE TRAILER | 3 853080-443A | 2,584.62 |
| MIA | REVEAL | 737EXP | NEW | CAGE | 32 411N1271-1A | 2,560.00 |
| MIA | COACH CLASS KIT | 737EXP | NEW | HANGAR | 1 GUS573740DC | 2,551.40 |
| MIA | PLATFORM, FAN BLADE | 737EXP | OH | G-2-D | 5 340-001-816-0 | 2,550.00 |
| MIA | CENTER SHROUD | 737EXP | NEW | C-2-C | 98 853713-402PLCDJET | 2,548.00 |
| MIA | SEAL PLATE | 737EXP | NEW | 737 SHELF | 1 6430589-1 | 2,500.00 |
| MIA | TRACK | 737EXP | SERV | 737 SHELF | 1 113A2671-5 | 2,500.00 |
| MIA | MOUNTING BOARD EMERGENCY EQUIPMENT | 737EXP | NEW | I-1-C | 1 416A1201-385B | 2,496.00 |
| MIA | MOUNTING BOARD EMERGENCY EQUIPMENT | 737EXP | NEW | I-1-C | 1 416A1201-380C | 2,496.00 |
| MIA | MOUNTING BOARD EMERGENCY EQUIPMENT | 737EXP | NEW | I-1-C | 1 416A1201-385B | 2,496.00 |
| MIA | MOUNTING BOARD EMERGENCY EQUIPMENT | 737EXP | NEW | I-1-C | 1 416A1201-380C | 2,496.00 |
| MIA | WATER HEATER | 737EXP | REP | I-2-D | 1 24E507040G04 | 2,465.00 |
| MIA | COVER SEAT BOTTOM NARROW | 737EXP | NEW | CAGE | 16 AD75100-3 | 2,448.00 |
| MIA | EMERGENCY EXIT SHADE ASSY | 737EXP | NEW | 737 SHELF | 4 411N1109-14 | 2,432.00 |
| MIA | APU FUEL CONTROL FILTER | 737EXP | NEW | F-1-A | 11 65-90305-79 | 2,431.00 |
| MIA | APU FUEL CONTROL FILTER | 737EXP | NEW | F-1-A | 11 65-90305-79 | 2,431.00 |
| MIA | FLIGHT ATTENDANT CUSHION | 737EXP | NEW | T69 | 1 2D7017-1AMT | 2,425.05 |
| MIA | FLIGHT ATTENDANT CUSHION | 737EXP | NEW | T69 | 1 2D7017-2AMT | 2,425.02 |
| MIA | LATCH | 737EXP | NEW | D-2-D | 2 HA239-1 | 2,410.00 |
| MIA | COVER SEAT BACK | 737EXP | NEW | INTERIOR | 8 AD75101-3 | 2,400.00 |
| MIA | BOLT | 737EXP | NEW | E-2-C | 63 NAS6705-10X | 2,394.00 |
| MIA | KIT AC ACCESSORY | 737EXP | NEW | A-1-A | 1 012A8695-182 | 2,393.00 |
| MIA | LOG BOOKS | 737EXP | NEW | N-3-E | 122 LOG BOOK | 2,391.20 |
| MIA | ROLLER TRUCK ASSY | 737EXP | NEW | I-1-B | 4 141A6718-1 | 2,380.00 |
| MIA | ARM CAP ASSY | 737EXP | NEW | G-2-A | 25 844605-413M | 2,375.00 |
| MIA | SHELF ASSY | 737EXP | NEW | ENGINE TRAILER | 4 412A1213-20A | 2,372.00 |
| MIA | WINDOW ASSY. | 737EXP | NEW | 737 SHELF | 1 411N1260-201B | 2,365.50 |
| MIA | BULB | 737EXP | NEW | N-1-C | 4 4635 | 2,328.00 |
| MIA | ARM PAD GRAY | 737EXP | NEW | N-4-A | 31 844605-401J | 2,325.00 |
| MIA | RELAY | 737EXP | NEW | A-2-D | 1 MS2415Z01 | 2,321.00 |
| MIA | L/H AISLE ARMREST(AISLE HANDICAP) | 737EXP | NEW | G-2-A | 1 844605-743A | 2,315.04 |
| MIA | BRACKET | 737EXP | NEW | I-1-D | 30 849847-006B | 2,310.00 |
| MIA | SEAT TRACK COVER EXTRUSION BLUE | 737EXP | SERV | WAREHOUSE - BULK | 590 BAC1S22-453-556 | 2,307.00 |
| MIA | FLOODLIGHT, COCKPIT | 737EXP | NEW | A-2-D | 2 34265-8 | 2,300.00 |
| MIA | WIRE BUNDLE | 737EXP | NEW | G-2-C | 2 286A2006-001 | 2,284.00 |
| MIA | HOSE ASSY | 737EXP | NS | A-3-A | 1 16135-80 | 2,282.00 |
| MIA | SEAL ASSY | 737EXP | NEW | CAGE | 5 41SU9002-102B | 2,265.00 |
| MIA | SEAL | 737EXP | NEW | A-1-E | 6 110A0114-1 | 2,262.00 |
| MIA | STRUT ASSY | 737EXP | NEW | C-2-A | 1 352A1200-7 | 2,259.00 |
| MIA | MYLAR TAPE 36" | 737EXP | NEW | CAGE | 2 D9100 | 2,253.42 |
| MIA | BRACKET, MEGAPHONE | 737EXP | NEW | TRAINING CLASS | 1 416A1401-23 | 2,253.00 |
| MIA | BUSHING | 737EXP | NEW | A-1-F | 1 113A9309-2 | 2,233.00 |
| MIA | COUPLING | 737EXP | NEW | I-2-B | 1 30645-300 | 2,200.00 |
| MIA | TRAY TABLE | 737EXP | SERV | H-1-A | 1 847915-208A | 2,191.00 |
| MIA | MOUNTING BOARD EMERGENCY EQUIPMENT | 737EXP | NEW | I-1-C | 1 416A1201-283G | 2,187.00 |
| MIA | MOUNTING BOARD EMERGENCY EQUIPMENT | 737EXP | NEW | I-1-C | 1 416A1201-201L | 2,187.00 |
| MIA | SAFTEY CARD 4 LIFE RAFT | 737EXP | NEW | TOOL ROOM-12 | 900 CODE 4270 | 2,187.00 |
| MIA | ESCUTCHEON ASSY ARM | 737EXP | NEW | ENGINE TRAILER | 26 1001069-002AB | 2,185.56 |
| MIA | AIR SENSOR | 737EXP | NEW | A-3-B | 2 1-899-29 | 2,178.00 |
| MIA | SWITCH ASSY | 737EXP | NEW | H-1-C | 1 1A081-0155-11 | 2,178.00 |
| MIA | SHIM | 737EXP | OH | 737 SHELF | 5 340-252-307-0 | 2,164.00 |
| MIA | FILTER | 737EXP | NEW | B-2-F | 15 QA07320 | 2,160.00 |
| MIA | BUSHING | 737EXP | NEW | E-2-I | 30 849645-25 | 2,160.00 |
| MIA | SEAL-ASSY SEALOL | 737EXP | NEW | B-1-F | 1 JA305-115-709-0 | 2,156.28 |
| MIA | ESCUTCHEON ASSY | 737EXP | NEW | C-2-E | 14 853572-402A | 2,156.00 |
| MIA | WINDOW SHADE | 737EXP | NEW | G-2-D | 3 170-14461-990 | 2,151.00 |
| MIA | DOOR ASSY | 737EXP | NEW | L-1-B | 2 112N6101-2 | 2,150.50 |
| MIA | RECLINE CABLE | 737EXP | NEW | G-2-C | 14 MC74-45 | 2,145.00 |
| MIA | SCREW | 737EXP | NEW | C-3-H | 680 BACS12ER3K14 | 2,142.00 |
| MIA | SPACER | 737EXP | NEW | C-2-F | 24 340-116-931-0 | 2,136.00 |
| MIA | F/A BACK ASSY | 737EXP | NEW | INTERIOR | 1 2110-23AMJ | 2,132.00 |
| MIA | F/A BACK ASSY | 737EXP | NEW | INTERIOR | 1 2110-23AMJ | 2,132.00 |
| MIA | DIFFERENTIAL PRESSURE INDICATOR | 737EXP-R | NEW | A-3-G | 4 38B1052-1WE | 2,125.80 |
| MIA | PANEL ASSY - ADAPTER | 737EXP | NEW | ENGINE TRAILER | 1 416A1201-201C | 2,123.00 |
| MIA | PRINTED BOARD | 737EXP | NEW | B-1-E | 1 7232688G-001 | 2,121.56 |
| MIA | REAR CAP | 737EXP | NEW | I-1-D | 30 849847-001F | 2,100.00 |
| MIA | CUSHION AND COVER FLT ATTND | 737EXP | NEW | T80 | 2 2D7008-2D | 2,091.72 |
| MIA | BUMPER-AISLE | 737EXP | NEW | ENGINE TRAILER | 2 127573-03AL | 2,089.10 |
| MIA | SEAT TO HARNESS 54" PITCH | 737EXP | NEW | TOOL ROOM-12 | 2 1123B14-1-78 | 2,088.00 |
| MIA | SEAT TO HARNESS 69" PITCH | 737EXP | NEW | 737 SHELF | 2 1123B14-1-96 | 2,088.00 |
| MIA | CAP | 737EXP | NEW | A-2-A | 83 15PA90-6W | 2,086.62 |
| MIA | SHIM | 737EXP | NEW | G-2-D | 4 340-252-307-0 | 2,038.96 |
| MIA | ARM CAP GRAY 737-400 | 737EXP | NEW | CAGE | 19 833469-401AD | 2,035.66 |
| MIA | CAPTAIN WINDOW SHADE | 737EXP | NEW | ENGINE TRAILER | 3 170-14458-990 | 2,025.00 |

| | Description | Model | Cond | Location | Qty | Part Number | Value |
|---|---|---|---|---|---|---|---|
| MIA | PLACARD- TEMP PLATE RECORDER | 737EXP | NEW | N-2-D | 67 | 240-180-250DEGF | 2,003.30 |
| MIA | SUPPORT | 737EXP | NEW | ENGINE TRAILER | 1 | 65-17428-6 | 2,000.00 |
| MIA | SPACER | 737EXP | SERV | E-1-B | 4 | 251012-3-25 | 2,000.00 |
| MIA | SENSOR ASSY | 737EXP | NEW | 737 SHELF | 1 | 315A2711-11 | 2,000.00 |
| MIA | SHIM | 737EXP | NEW | B-1-A | 10 | 811452-3 | 2,000.00 |
| MIA | PLUG PLATE ASSY | 737EXP | NEW | C-3-A | 2 | BACC66K35F40AK01 | 1,988.00 |
| MIA | ARMCAP ASSY | 737EXP | NEW | WAREHOUSE-BULK | 5 | 45941002M1701JM | 1,982.00 |
| MIA | GUAGE, B SYSTEM AIR INDICATING | 737EXP | NEW | B-1-A | 3 | 90-90D-1032 | 1,971.00 |
| MIA | SAFETY PIN AND FLAG | 737EXP | NEW | TOOL ROOM-11 | 100 | E71A01-00 | 1,960.00 |
| MIA | SUPPORT BRACKET | 737EXP | NEW | A-3-F | 2 | 332A2920-201 | 1,954.00 |
| MIA | GASKET | 737EXP | NEW | A-1-TOP | 1 | 146A8335-2 | 1,922.00 |
| MIA | SOCKET CONTACT | 737EXP | NEW | C-1-C | 30 | 1445693-3 | 1,896.00 |
| MIA | TORSION LINK BUSHING | 737EXP | NEW | A-2-B | 2 | 162A1304-1 | 1,878.00 |
| MIA | TORSION LINK BUSHING | 737EXP | NEW | A-2-B | 2 | 162A1304-4 | 1,878.00 |
| MIA | COCKPIT MIC FEMALE PLUG | 737EXP-R | NEW | G-2-B | 9 | 903-1342 | 1,872.00 |
| MIA | GASKET | 737EXP | NEW | E-3-G | 8 | 324770-1 | 1,868.16 |
| MIA | RING-TRIM | 737EXP | NEW | H-2-C | 1 | 411A6808-18 | 1,866.00 |
| MIA | NUT ANDY RETAINER FOR ENG BOLT | 737EXP | NEW | G-2-A | 8 | 5L4147CA14EBSP1 | 1,856.00 |
| MIA | TOP KIT | 737EXP | NEW | A-1-A | 1 | 012A0061-1 | 1,853.00 |
| MIA | TOP KIT MLG WHEEL WELL | 737EXP | NEW | H-2-C | 1 | 002A0006-39 | 1,841.00 |
| MIA | COFFEE MAKER ASSY | 737EXP | NEW | B-1-C | 1 | 576039-11 | 1,840.00 |
| MIA | COATING | 737EXP | NEW | CHEMICAL | 2 | NYCOTE 7-11 | 1,837.50 |
| MIA | LENS ASSY | 737EXP | NEW | H-1-E | 1 | 15-0712-12 | 1,830.00 |
| MIA | CABLE MBS13-60 TY26 CL 2 | 737EXP | NEW | N-1-E | 450 | BMS13-60T26C02G024 | 1,822.50 |
| MIA | SPRING | 737EXP | NEW | E-3-G | 5 | 314A1502-65 | 1,810.00 |
| MIA | CARTRIDGE VALVE ASSY | 737EXP | NEW | B-3-B | 2 | 67839 | 1,800.00 |
| MIA | SEAT BELT | 737EXP | NEW | I-1-A | 9 | 2006-1-511-8122 | 1,792.26 |
| MIA | BUMPER ASSY - AISLE | 737EXP | NEW | ENGINE TRAILER | 9 | 126957-02AN | 1,791.00 |
| MIA | HINGE ASSY | 737EXP | NEW | H-1-E | 7 | 5P23011 | 1,764.00 |
| MIA | SEAT BACK CUSHION, COCKPIT SEATS | 737EXP | NEW | T88 | 2 | OA220-0267 | 1,760.00 |
| MIA | SCREWS | 737EXP | NEW | 737 SHELF | 180 | NAS6903U8 | 1,755.00 |
| MIA | PSU AUDIO SELECTOR PANEL | 737EXP | NEW | N-6-C | 6 | RD-AX6733-05 | 1,752.00 |
| MIA | HEATER | 737EXP | NEW | H-1-E | 1 | 90234-7 | 1,752.00 |
| MIA | MIRROR | 737EXP | NEW | I-1-A | 1 | D72071944-113 | 1,750.00 |
| MIA | CUP, FLOOR | 737EXP | NEW | A-2-F | 2 | 201056-3 | 1,748.00 |
| MIA | TRANSFORMER | 737EXP | NEW | C-2-B | 1 | FT1348 | 1,741.00 |
| MIA | SWTICH, STAB NOSE DOWN LIMIT | 737EXP | NEW | A-3-C | 1 | 32EN21-4 | 1,738.75 |
| MIA | SWTICH, STAB NOSE DOWN LIMIT | 737EXP | NEW | A-3-C | 1 | 32EN21-4 | 1,738.75 |
| MIA | INSTL ABS SIDE MOUNT ANTENNA LEFT ATG4 | 737EXP | NEW | CAGE | 1 | P18117-21506 REV.C | 1,727.04 |
| MIA | INSTL ABS SIDE MOUNT ANTENNA RIGHT ATG | 737EXP | NEW | CAGE | 1 | P18116-21506 REV.C | 1,727.04 |
| MIA | PLATE | 737EXP | NEW | A-3-C | 1 | 69-17413-5 | 1,725.00 |
| MIA | CABLE MBS13-60 TY26 CL 2 | 737EXP | NEW | N-1-E | 426 | BMS13-60T26C02G024 | 1,725.30 |
| MIA | SEAT BELT EXT | 737EXP | NEW | 737 SHELF | 14 | 1028-1-021-8122 | 1,722.56 |
| MIA | DUCT | 737EXP | NEW | B-3-H | 2 | AS1591-05-0062A | 1,720.00 |
| MIA | BEZEL | 737EXP | NEW | 737 SHELF | 10 | 11-6557-7G | 1,712.50 |
| MIA | RACEWAY | 737EXP | NEW | WAREHOUSE-BULK | 1140 | 5180296700 | 1,710.00 |
| MIA | 737-800 PITOT COVER | 737EXP | NEW | N-1-D | 95 | PITOT COVER-800 | 1,710.00 |
| MIA | BLOCKING PLATE | 737EXP | NEW | I-2-A | 1 | 232A4802-6 | 1,705.00 |
| MIA | FACEPLATE ASSY | 737EXP | NEW | N-5-B | 1 | 285A1700-13 | 1,699.00 |
| MIA | NUT ASSY | 737EXP | NEW | H-1-E | 4 | 5L4147CA10A | 1,688.00 |
| MIA | MIRROR 1 ASSY, LAV A | 737EXP | NEW | ENGINE TRAILER | 1 | D72W30033-111 | 1,678.00 |
| MIA | BLANKET | 737EXP | REP | WAREHOUSE - BULK | 1 | 5315A213-45 | 1,665.00 |
| MIA | TRIM | 737EXP | NEW | L-1-A | 2 | D72070S4B-211 | 1,662.00 |
| MIA | GREASE FITTING | 737EXP | NEW | B-3-E | 20 | AS15004-2 | 1,660.00 |
| MIA | TDW FITTING | 737EXP | NEW | A-2-B | 1 | 162A1160-1 | 1,657.00 |
| MIA | BATTERY FOR DEFIBRILLATOR | 737EXP | NEW | G-2-B | 1 | 9899B0136291 | 1,650.00 |
| MIA | AIRSTAIRS STOP | 737EXP | NEW | A-2-C | 1 | 811451-3 | 1,640.00 |
| MIA | SCUFF PLATE ASSY | 737EXP | NEW | L-2-A | 1 | 146A8341U9 | 1,634.00 |
| MIA | GLASS CLOTH TAPE | 737EXP | NEW | FLOOR | 18 | P-212HD | 1,620.00 |
| MIA | FOAM FILLER BLOCK,  SEAT ASSY | 737EXP | SERV | WAREHOUSE - BULK | 13 | 852800-207 | 1,617.20 |
| MIA | SKI JUMP FAIRING | 737EXP | NEW | L-2-A | 1 | 65C37367-16 | 1,608.00 |
| MIA | TOP KIT-RETROFIT HOR STAB TERM FITTINGS | 737EXP | NEW | A-2-G | 1 | 002A0001-91 | 1,600.50 |
| MIA | COVER | 737EXP | NEW | N-4-A | 20 | 842954-411A | 1,600.00 |
| MIA | RELAY | 737EXP | NEW | B-3-H | 1 | BR20AXH5V3 | 1,596.25 |
| MIA | ASHTRAY | 737EXP | NEW | G-2-A | 6 | 823504-417 | 1,590.00 |
| MIA | LENS | 737EXP | NEW | 737 SHELF | 1 | 9650-35-0004 | 1,583.00 |
| MIA | WIPER BLADE | 737EXP | NEW | A-3-TOP | 4 | 2315M20-3 | 1,576.00 |
| MIA | ARMCAP ASSY (737-400 ONLY) | 737EXP | NEW | CAGE | 2 | 845757-404AA | 1,560.00 |
| MIA | FOOD TRAY LATCH | 737EXP | NEW | G-2-B | 13 | 827478-405N | 1,556.36 |
| MIA | BLOCK | 737EXP | NEW | D-2-B | 1 | C23502-455-103 | 1,550.00 |
| MIA | DPCU | 737EXP | NEW | N-6-C | 6 | 700-2326-007 | 1,530.00 |
| MIA | SEAT TO HARNESS 69" PITCH | 737EXP | NEW | 737 SHELF | 2 | 1123814-1-96 | 1,530.00 |
| MIA | SUPPLEMENTAL WIRE KIT - P6 PANEL | 737EXP | NEW | B-2-H | 2 | 280A3098-8 | 1,524.00 |
| MIA | LENS | 737EXP | NEW | L-2-TOP | 2 | 10-1327-1069 | 1,512.00 |
| MIA | PIN | 737EXP | NEW | E-3-G | 1 | 113A1315-1 | 1,508.00 |
| MIA | PRESSURE RELEIF PANEL ASSY | 737EXP | SERV | T91 | 1 | 284A1841-3 | 1,500.00 |
| MIA | KIRSCH ARCHITRACK HAND TRAVERSE | 737EXP | NEW | INTERIOR | 1 | 9046 | 1,500.00 |
| MIA | CAPTAIN'S EFB HARNESS | 737EXP | NEW | L-2-TOP | 1 | 300-2469273-1-101 | 1,500.00 |
| MIA | PLATE-SEAL | 737EXP | NS | L-2-A | 1 | 8221093-1 | 1,500.00 |
| MIA | LATCH | 737EXP | SERV | C-1-C | 1 | H3479-5UA | 1,500.00 |
| MIA | BUMPER | 737EXP | NEW | N-4-A | 39 | 833448-12 | 1,482.00 |
| MIA | WASTE CHUTE | 737EXP | NEW | 737 SHELF | 1 | 143719-11 | 1,477.16 |
| MIA | CFMS6-3 AND -7 SCAVENGE OIL FILTER | 737EXP | NEW | F-2-A | 5 | 65-90305-86 | 1,460.00 |
| MIA | P.B.E. TRAINER | 737EXP | NEW | TRAINING CLASS | 1 | 119002-11 | 1,458.80 |
| MIA | PACKING | 737EXP | NEW | A-3-A | 6 | 20106-011 | 1,446.00 |
| MIA | WASTE CONTAINER | 737EXP | NEW | HH-1-A | 1 | 225036-3 | 1,433.25 |
| MIA | WASTE CONTAINER | 737EXP | NEW | HH-1-A | 1 | 225036-3 | 1,433.25 |
| MIA | CUSHION ASSY | 737EXP | NEW | T-1 | 3 | 849654-211 | 1,425.00 |
| MIA | BOLT | 737EXP | NEW | B-3-D | 2 | 69-14410-6 | 1,400.00 |
| MIA | SPARE KIT | 737EXP | NEW | L-1-A | 1 | 65C8D736-256 | 1,400.00 |
| MIA | PLATE ASSY COVER | 737EXP | NEW | 737 SHELF | 1 | 411A2119-135A | 1,397.00 |
| MIA | RETAINER - GIRT BAR | 737EXP | NEW | TRAINING CLASS | 2 | 65C16820-11 | 1,396.00 |
| MIA | TITANIUM SHEET METAL | 737EXP | NEW | 737 SHELF | 1 | SAE-MIL-T-9046 | 1,395.00 |
| MIA | WINDOW SHADE | 737EXP | SERV | L-2-B | 5 | 411N1281-4C | 1,395.00 |
| MIA | LENS | 737EXP | NEW | A-2-G | 4 | 207377-1003 | 1,384.00 |
| MIA | HOOD TRAINING | 737EXP | NEW | FLOOR | 1 | E28250-06 | 1,379.00 |
| MIA | LAMP, NAV. LIGHT | 737EXP | NEW | N-3-B | 15 | A4174-24 | 1,365.00 |
| MIA | ROD ASSY | 737EXP | NEW | 737 SHELF | 1 | 256A3914-2 | 1,351.35 |
| MIA | FILTER I/W, QA03749, 418A30-2 | 737EXP | NEW | F-2-B | 9 | QA06097 | 1,350.00 |
| MIA | RECLINE LOCK | 737EXP | NS | I-1-C | 2 | 849588-401 | 1,350.00 |
| MIA | FITTING-LATCH | 737EXP | NEW | B-2-B | 1 | 65-64836-8 | 1,346.00 |
| MIA | BUMPER | 737EXP | NEW | I-1-B | 32 | 849847-0018 | 1,344.00 |
| MIA | LAMP | 737EXP | NEW | N-1-B | 24 | 4554 | 1,337.76 |
| MIA | MASK DISPOSABLE O2 | 737EXP | NEW | G-2-A | 5 | 174097-11 | 1,334.05 |
| MIA | RETAINER | 737EXP | NEW | A-2-I | 3 | 216002-4 | 1,330.27 |
| MIA | STUD | 737EXP | NEW | E-2-F | 34 | BACS21ED11AR | 1,329.74 |
| MIA | SEAL | 737EXP | NEW | TOOL ROOM-11 | 1 | 9554 | 1,329.00 |
| MIA | SEAL | 737EXP | NEW | TOOL ROOM-11 | 1 | 9554 | 1,329.00 |
| MIA | SENSOR- LEFT T/R SLEEVE | 737EXP | NEW | A-3-F | 1 | 320FW04-5 | 1,328.00 |
| MIA | SEAL RETAINER | 737EXP | NEW | A-2-C | 3 | 162A1529-2 | 1,323.00 |
| MIA | LIFE VEST DEMO NEW | 737EXP | NEW | G-1-A | 20 | 5-51250-6300DEMO-999004 | 1,320.00 |
| MIA | COVER | 737EXP | NEW | N-4-A | 10 | 842954-411A | 1,320.00 |
| MIA | STABILIZER SEAL | 737EXP | NEW | B-1-J | 1 | 65-54999-70 | 1,319.40 |
| MIA | FUEL SYSTEMS LIGHTPLATE | 737EXP | REP | ENGINE TRAILER | 1 | 10-61467-1363 | 1,300.00 |
| MIA | CURTAIN ASSY SMALL PANEL | 737EXP | NEW | T54 | 4 | 413N3409-215M | 1,300.00 |
| MIA | F/A SEAT COVERS | 737EXP | NEW | T83 | 4 | 207004-41MAI | 1,296.00 |
| MIA | CUSHION ASSY | 737EXP | NEW | T87 | 3 | 852174-203 | 1,289.04 |
| MIA | PSU INFLIGHT ENTERTAINMENT CONNECTOR | 737EXP | NEW | I-1-E | 10 | RD-AX6431-09 | 1,278.00 |
| MIA | DPCU | 737EXP | NEW | N-6-C | 5 | 700-2326-007 | 1,275.00 |
| MIA | BRACKET ASSY | 737EXP | NEW | 737 SHELF | 1 | 284A1331-1 | 1,250.00 |
| MIA | COVER | 737EXP | NEW | T79 | 12 | 847563-3A | 1,247.88 |
| MIA | WINDSCREEN TRIM | 737EXP | NEW | L-2-TOP | 3 | 416U1851-98 | 1,242.00 |
| MIA | IN SEAT HARNESS | 737EXP | NEW | H-1-B | 19 | RV749-0548-030 | 1,239.18 |
| MIA | ANCHOR NUT | 737EXP | NEW | L-2-B | 50 | BACN11G4D4CD | 1,235.00 |
| MIA | FITTING | 737EXP | NEW | 737 SHELF | 10 | MS21913V8P | 1,230.00 |
| MIA | SEAL ASSY-ENERGIZED | 737EXP | SERV | E-3-G | 2 | RS823-1 | 1,223.00 |
| MIA | BEZEL | 737EXP | NEW | B-2-B | 4 | 11-4269-1E | 1,219.16 |
| MIA | SAFTEY CARD 4 LIFE RAFT | 737EXP | NEW | TOOL ROOM-12 | 500 | CODE 4270 | 1,215.00 |

Spare Parts Inventory

| | | | | | | |
|---|---|---|---|---|---|---|
| MIA | PLUG | 737EXP | NEW | C-2-F | 11 A734 | 1,210.00 |
| MIA | SAFETY PIN | 737EXP | NEW | C-2-F | 60 A35001-8 | 1,200.00 |
| MIA | SHROUD | 737EXP | NS | L-1-C | 1 65-21919-5 | 1,200.00 |
| MIA | CARTRIDGE VALVE ASSY | 737EXP | NEW | B-3-B | 6 67839 | 1,189.00 |
| MIA | CUSHION - SEAT PAN NO COVER | 737EXP | NEW | L-1-C | 6 2D7009-2 | 1,186.80 |
| MIA | ARMREST TRAY TABLE | 737EXP | NEW | ENGINE TRAILER | 2 848030-407D | 1,186.00 |
| MIA | SEAL DORSAL FIN | 737EXP | NEW | A-2-D | 1 174A2201-1 | 1,182.00 |
| MIA | FACEPLATE ASSY | 737EXP | NEW | N-5-B | 1 285A1700-7 | 1,181.00 |
| MIA | SAFETY CARD 5TH LIFE RAFT | 737EXP | NEW | TOOL ROOM-10 | 1000 CODE 4269 | 1,180.00 |
| MIA | PSU AUDIO SELECTOR PANEL | 737EXP | NEW | N-6-C | 4 RD-AX6733-05 | 1,168.00 |
| MIA | INSERT | 737EXP | NEW | D-2-B | 3 C23502-167-801 | 1,161.00 |
| MIA | STANDARD CFMOUNT | 737EXP | NEW | 737-400 | 1 2579699-1 | 1,160.68 |
| MIA | INSTL ABS NWAP #3 ATG4 | 737EXP | NEW | CAGE | 1 P13200-21506 | 1,158.49 |
| MIA | INSTL ABS NWAP #1 ATG4 | 737EXP | NEW | CAGE | 1 P13090-21506 | 1,156.93 |
| MIA | INSTL ABS NWAP #1 ATG4 | 737EXP | NEW | CAGE | 1 P13090-21506 REV.C | 1,156.93 |
| MIA | ESCUTCHEON- BLANK | 737EXP | INSP | B-1-H | 11 1010206-3018HW | 1,155.00 |
| MIA | INSTLABS,NWAP #2, ATG4 | 737EXP | NEW | CAGE | 1 P13199-21506 | 1,154.89 |
| MIA | INSTLABS,NWAP #2, ATG4 | 737EXP | NEW | CAGE | 1 P13199-21506 REV.C | 1,154.89 |
| MIA | INSTL ABS NWAP #3 ATG4 | 737EXP | NEW | CAGE | 1 P13200-21506 REV.C | 1,154.89 |
| MIA | SEAT RECLINE CABLE I/W 830941-409 | 737EXP | NEW | L-1-A | 46 AC21-45 | 1,154.60 |
| MIA | RETAINER, 1/4 TURN | 737EXP | NEW | I-1-B | 4 216001-3 | 1,149.48 |
| MIA | BUMPER | 737EXP | NEW | A-1-H | 2 141A6208-1 | 1,144.00 |
| MIA | SEAL | 737EXP | NEW | B-2-A | 1 313A2114-13 | 1,144.00 |
| MIA | COVER | 737EXP | NEW | L-2-E | 3 1C7003-41ABE | 1,128.72 |
| MIA | LINK ASSY | 737EXP | NEW | A-2-H | 1 213A3140-2 | 1,125.00 |
| MIA | FLOOR SEAL | 737EXP | NEW | TOOL ROOM-11 | 9 65C35726-53 | 1,125.00 |
| MIA | EXIT SIGN LENS | 737EXP | NEW | 737 SHELF | 5 82000-37702 | 1,125.00 |
| MIA | BUSHING | 737EXP | NEW | E-3-E | 3 162A1122-3 | 1,119.08 |
| MIA | SEAT TO SEAT CABLE | 737EXP | NEW | 737 SHELF | 2 1123804-78 | 1,116.00 |
| MIA | BORESCOPE PLUG | 737EXP | NEW | C-2-E | 1 9992M86G07 | 1,100.00 |
| MIA | LATCH | 737EXP | SERV | H-2-C | 2 BAC110AM100-660 | 1,100.00 |
| MIA | HYDROLOCK, CREW REST SEAT | 737EXP | SERV | I-1-D | 2 LV17500-02 | 1,100.00 |
| MIA | TITANIUM PIN | 737EXP | NEW | A-1-TOP | 1000 BAC5126X8.15 | 1,100.00 |
| MIA | END-ROD | 737EXP | NEW | A-3-E | 1 315A2859-1 | 1,099.00 |
| MIA | LAMPHOLDER ASSY | 737EXP | NEW | D-3-TOP | 2 16-2497-1 | 1,096.00 |
| MIA | SENSOR | 737EXP | NEW | C-1-E | 1 310FW04-10 | 1,096.00 |
| MIA | CLIP ASSY I/W 232W4509-5 | 737EXP | NEW | A-3-TOP | 1 232W4509-10 | 1,094.00 |
| MIA | RETAINER | 737EXP | NEW | C-2-D | 5 9155-8RET | 1,093.75 |
| MIA | SEAL | 737EXP | NEW | 737 SHELF | 2 PACTAN 7041 | 1,087.50 |
| MIA | CUSHION AND COVER FLT ATTND | 737EXP | NEW | T81 | 1 2D7008-1D | 1,085.13 |
| MIA | HANDLE | 737EXP | NEW | TOOL ROOM-11 | 1 411A2750-3 | 1,085.00 |
| MIA | HANDLE | 737EXP | NEW | TOOL ROOM-11 | 1 411A2750-3 | 1,085.00 |
| MIA | TUBE ASSY | 737EXP | NEW | H-1-D | 1 272A4451-1091 | 1,082.00 |
| MIA | COVER SEAT BOTTOM | 737EXP | NEW | INTERIOR | 8 AO75101-1 | 1,080.00 |
| MIA | ACTUATOR, O/H BIN DOOR | 737EXP | NEW | B-1-F | 2 SP8593 | 1,078.00 |
| MIA | ARMREST ASSY | 737EXP | NEW | CAGE | 1 8530B0-426E | 1,066.67 |
| MIA | ARMREST ASSY | 737EXP | NEW | CAGE | 1 8530B0-426E | 1,066.67 |
| MIA | ARMREST ASSY | 737EXP | NEW | CAGE | 1 8530B0-426E | 1,066.67 |
| MIA | PIN ASSY | 737EXP | NEW | B-3-F | 4 69-40381-3 | 1,064.00 |
| MIA | PASSENGER WINDOW | 737EXP | NEW | 737 SHELF | 2 140N2139-2 | 1,063.80 |
| MIA | FLAP SEAL | 737EXP | NEW | L-2-TOP | 3 114A1801-8 | 1,050.00 |
| MIA | SWIVEL | 737EXP | SERV | B-3-E | 3 69-69882-5 | 1,050.00 |
| MIA | SWITCH | 737EXP | NEW | 737 SHELF | 7 M8805-1-008 | 1,050.00 |
| MIA | COVER | 737EXP | NEW | H-1-B | 1 411A2215-88 | 1,047.00 |
| MIA | SCREW | 737EXP | NEW | H-1-B | 14 BAC512HJ0BKP5 | 1,045.80 |
| MIA | SWITCH | 737EXP | NEW | A-3-I | 1 402-167 | 1,040.00 |
| MIA | CUSHION ASSY | 737EXP | NEW | INTERIOR | 5 849654-211 | 1,035.00 |
| MIA | BULB | 737EXP | NEW | ENGINE TRAILER | 12 038041-1 | 1,014.00 |
| MIA | HOUSING SHADE ASSY | 737EXP | NEW | 737 SHELF | 1 411A6823-602B | 1,009.00 |
| MIA | KEYPAD ASSY | 737EXP | NEW | N-5-C | 1 285T0852-1 | 1,007.00 |
| MIA | SEAL; | 737EXP | NEW | A-2-A | 1 141A6174-4 | 1,005.00 |
| MIA | GASKET, METAL | 737EXP | NEW | A-2-D | 4 1882M11P01 | 1,000.00 |
| MIA | DIFFUSER | 737EXP | NEW | G-2-A | 1 C22502-483-301 | 1,000.00 |
| MIA | SCREW | 737EXP | SERV | A-2-E | 50 BAC512HM08AH9 | 1,000.00 |
| MIA | RECLINE CABLE | 737EXP | NEW | TOOL ROOM-11 | 5 830941-407 | 1,000.00 |
| MIA | CABLE | 737EXP | NEW | TOOL ROOM-11 | 5 830941-411 | 1,000.00 |
| MIA | BRACKET, PORTABLE ELT | 737EXP | SERV | G-2-A | 1 1152394-2 | 1,000.00 |
| MIA | BRACKET, PORTABLE ELT | 737EXP | INSP | G-2-A | 1 1152394-2 | 1,000.00 |
| MIA | SLIDER FOR CURTAINS | 737EXP | NEW | B-2-A | 50 413T3032-1065 | 1,000.00 |
| MIA | ROLLER | 737EXP | NEW | B-3-E | 4 B11418-3 | 1,000.00 |
| MIA | SEAT BELT ASSY | 737EXP | SERV | NADL FIJI | 10 502755-128-2251 | 1,000.00 |
| MIA | BUMPER ASSY | 737EXP | NEW | CAGE | 9 853147-402Y | 999.18 |
| NAN | BUSHING | 737EXP | NS | E-3-G | 1 113A9209-1 | 999.00 |
| MIA | FUELPUMP FILTER POST SB 73-0078 OR AT SB | 737EXP | NEW | F-2-B | 7 ACC462F2038M | 994.00 |
| MIA | CIRCUIT | 737EXP | NEW | H-2-B | 1 BACC18AF100 | 990.90 |
| MIA | ROLLER ASSEMBLY I/W KRP139805VT | 737EXP | NEW | B-3-G | 6 69-48008 | 990.00 |
| MIA | TUBE ASSY | 737EXP | NEW | G-2-C | 1 272A4453-142 | 988.00 |
| MIA | KNOB | 737EXP | NEW | E-3-G | 10 635016-3 | 983.50 |
| MIA | SPRING-TORSION | 737EXP | NEW | I-2-B | 10 2D2023-7 | 980.00 |
| MIA | PLUG, MAGNETIC DRAIN | 737EXP | NEW | B-1-D | 3 572-8510-9008 | 979.50 |
| MIA | ROD ASSY | 737EXP | NEW | B-1-I | 2 65-44949-1 | 972.00 |
| MIA | TUBE ASSY | 737EXP | NEW | L-1-C | 1 272A4451-28 | 972.00 |
| MIA | CABLE ASSY | 737EXP | NEW | G-2-C | 2 39138-18 | 970.00 |
| MIA | COVER | 737EXP | NEW | L-3-A | 2 411A2760-6 | 966.00 |
| MIA | BOWSER FILTER | 737EXP | NEW | H-2-C | 10 481-068 | 962.90 |
| MIA | TRAY TABLE LATCH | 737EXP | NEW | A-2-A | 26 827478-419A | 962.00 |
| MIA | DIPCU | 737EXP | NEW | N-6-C | 4 700-2210-003 | 960.00 |
| MIA | SEAT BELT EXTINSION | 737EXP | NEW | I-1-D | 10 502748-401-2428 | 950.00 |
| MIA | FIRE LOOP CLAMP | 737EXP | NEW | B-1-G | 9 649-411-983-0 | 945.00 |
| MIA | TABLE ASSY | 737EXP | NEW | I-1-E | 1 848030-207D | 937.00 |
| MIA | HANDLE - LOCK | 737EXP | NEW | G-1-D | 1 1C3027-1 | 937.00 |
| MIA | HAND MIC | 737EXP | NEW | H-2-C | 4 903-1341 | 936.00 |
| MIA | FITTING ASSY | 737EXP | SERV | C-2-A | 1 844936-409 | 930.60 |
| MIA | NUT ANDY RETAINER FOR ENG BOLT | 737EXP | NEW | G-2-A | 4 5L4147CA14EBSP1 | 928.00 |
| MIA | RING | 737EXP | NEW | G-2-D | 5 411N1140-36 | 925.00 |
| MIA | SCREW | 737EXP | NEW | H-1-B | 450 BAC5126P3L18 | 922.50 |
| MIA | COVER SEAT BOTTOM NARROW | 737EXP | NEW | CAGE | 6 AO75100-3 | 918.00 |
| MIA | PACKING, RUBBER I/W BCREF118459 | 737EXP | NEW | A-1-B | 11 1-01-11 | 913.00 |
| MIA | CAP, REAR (WALL) | 737EXP | NEW | C-2-A | 28 849847-005H | 911.12 |
| MIA | TRIM | 737EXP | NEW | B-2-TOP | 4 412A1452-18 | 908.00 |
| MIA | TRIM I/W -6 | 737EXP | NEW | WAREHOUSE - BULK | 3 413U3165-7 | 906.00 |
| GATEWAY | FWD CARGO NET | 737EXP | SERV | GATEWAY | 6 65-67263-51 | 900.00 |
| MIA | LAP BELT ASSY | 737EXP | REP | A-1-F | 1 1111492-53 | 900.00 |
| MIA | BRACKET | 737EXP | NEW | B-3-H | 20 845605-9A | 900.00 |
| MIA | FILTER | 737EXP | NEW | N-3-A | 2 P199753 | 900.00 |
| MIA | FITTING | 737EXP | NEW | E-2-E | 1 116A8522U2 | 897.00 |
| MIA | STOWAGE BOX | 737EXP | NEW | N-3-A | 1 1000002579-1 | 892.50 |
| MIA | SEAT BACK CUSHION, COCKPIT SEATS | 737EXP | NEW | T90 | 1 0A220-0267 | 880.00 |
| MIA | SEAT BACK CUSHION, COCKPIT SEATS | 737EXP | NEW | T88 | 1 0A220-0267 | 880.00 |
| MIA | CFM56-7 FUEL PUMP FILTER | 737EXP | NEW | F-2-B | 6 85-90305-88 | 880.00 |
| MIA | INSTL ABS AFT ATG ANTENNA ATG4 | 737EXP | NEW | CAGE | 1 P18146-21506 | 877.08 |
| MIA | INSTL ABS AFT ATG ANTENNA ATG4 | 737EXP | NEW | CAGE | 1 P18146-21506 REV.C | 877.08 |
| MIA | PLATE | 737EXP | NS | B-2-B | 1 141A6285-1 | 875.00 |
| MIA | CONNECTOR | 737EXP | NEW | H-2-C | 1 300-2604773-6-02 | 870.35 |
| MIA | FITTING-HOLDING OPEN | 737EXP | NEW | E-2-E | 1 116A8522-4 | 870.00 |
| MIA | DRILL BITS #10 | 737CON | NEW | FLOOR | 600 01-010 | 870.00 |
| MIA | TRACK FITTING | 737EXP | NEW | B-3-D | 1 845902-401 | 869.07 |
| MIA | INSTL ABS FWD ATG ANTENNA ATG4 | 737EXP | NEW | CAGE | 1 P18087-21506 | 863.72 |
| MIA | INSTL ABS FWD ATG ANTENNA ATG4 | 737EXP | NEW | CAGE | 1 P18087-21506 REV.C | 863.72 |
| MIA | ARMREST ASSY | 737EXP | NEW | ENGINE TRAILER | 1 8530B0-443A | 861.54 |
| MIA | FOAM FILLER BLOCK,  SEAT ASSY | 737EXP | NEW | T68 | 5 852800-205 | 856.55 |
| MIA | KIT | 737EXP | NEW | H-1-D | 1 6S4A0004-215 | 853.00 |
| MIA | SCREW | 737EXP | NEW | E-1-F | 3 BAC512GX4A18P | 852.00 |
| MIA | LATCH ASSY | 737EXP | NEW | B-1-E | 10 827478-401V | 840.00 |
| MIA | TOP KIT | 737EXP | NEW | E-3-G | 1 002A0001-109 | 840.00 |
| MIA | HANDEL INNER | 737EXP | NEW | H-1-B | 2 411A2751-2 | 840.00 |
| MIA | SWITCH-TG | 737EXP | NEW | B-1-F | 3 64AT34-7E | 834.00 |
| MIA | COVER HEADREST | 737EXP | NEW | INTERIOR | 8 AO75101-5 | 824.00 |

Spare Parts Inventory

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MIA | BOLT | 737EXP | NEW | A-1-F | 2 | 113A9218-1 | 820.00 |
| MIA | ROLLER | 737EXP | NEW | H-1-B | 4 | BACB10G506BKIP20 | 820.00 |
| MIA | ROLLER | 737EXP | NEW | H-1-B | 4 | CF2975 | 820.00 |
| MIA | SEAL RING | 737EXP | NEW | A-3-B | 1 | 265-34301-161-6050 | 817.00 |
| MIA | SEAL RING | 737EXP | NEW | A-3-B | 1 | 265-34301-161-6050 | 817.00 |
| MIA | FACEPLATE ASSY | 737EXP | NEW | N-5-B | 1 | 285A1700-16 | 816.00 |
| MIA | ALUMINUM ALLOY EXTRUSION | 737EXP | NEW | HANGAR | 1 | 1380881760 | 816.00 |
| MIA | TRANSFORMER | 737EXP | NEW | C-1-G | 1 | 81101-37701 | 814.00 |
| MIA | RETAINER, 1/4 TURN | 737EXP | NEW | A-2-I | 2 | 216001-4 | 800.82 |
| MIA | PANEL ASSY | 737EXP | NEW | N-4-A | 1 | 804744-606 | 800.00 |
| MIA | FOOD TRAY PLASTIC MOLDING | 737EXP | NEW | T63 | 8 | 849881-405FDS | 800.00 |
| MIA | RACE-THRUST | 737EXP | NEW | C-1-G | 2 | 809439-3 | 800.00 |
| MIA | STUD FITTING ASSY | 737EXP | NS | ENGINE TRAILER | 2 | 135-00-154-00 | 800.00 |
| MIA | P.B.E. TRAINER | 737EXP | NEW | TRAINING CLASS | 1 | 119002-11 | 799.50 |
| MIA | WIPER BLADE | 737EXP | NEW | A-3-TOP | 2 | 2315M20-3 | 788.00 |
| MIA | SEAL | 737EXP | NEW | 737 SHELF | 2 | 313A2116-35 | 788.00 |
| MIA | SWIVEL ASSY | 737EXP | NEW | C-1-TOP | 2 | 69-69882-6 | 785.00 |
| MIA | PLATE ASSY | 737EXP | NEW | B-3-F | 8 | H3-1152-1 | 784.00 |
| 73BFAK | OIL ENGINE | 737EXP | NEW | 3 | BP2197 | 783.66 |
| 752FAK | OIL ENGINE | 737EXP | NEW | 752FAK | 3 | BP2197 | 783.66 |
| MIA | INSTL ABS ATG SAVCL | 737EXP | NEW | CAGE | 1 | P191-21506 | 783.36 |
| MIA | CABLE ASSY | 737EXP | NEW | B-3-G | 1 | 69-41730-66 | 783.00 |
| MIA | PLACARD MEGA PHONE | 737EXP | NEW | N-2-C | 70 | BAC29PPS36230 | 782.60 |
| MIA | SPRING | 737EXP | NEW | E-3-G | 5 | 314A1502-54 | 779.00 |
| 753FAK | OIL ENGINE | 737EXP | NEW | 753FAK | 3 | BP2197 | 778.20 |
| MIA | CAP STRIP | 737EXP | NEW | I-2-B | 1 | 453A1211-5 | 774.00 |
| MIA | CAP STRIP | 737EXP | NEW | I-2-B | 1 | 453A1211-7 | 774.00 |
| MIA | BULB | 737EXP | NEW | N-3-C | 149 | F18T5CWRS | 773.31 |
| MIA | 5W-LDG- LTS-L INBD | 737EXP | NEW | A-2-A | 1 | A3-1092 | 773.00 |
| MIA | SUNSHADE ASSY - NO.3 WINDOW | 737EXP | NEW | 737 SHELF | 1 | 170-14459-990 | 772.40 |
| MIA | NO 2 WINDOW SHADE | 737EXP | NEW | 737 SHELF | 1 | 170-14460-990 | 772.40 |
| MIA | CFMS6-7 FUEL PUMP FILTER | 737EXP | NEW | G-2-B | 7 | 65-90305-88 | 770.00 |
| MIA | SEAL, GALLEY, 7 FT. | 737EXP | NEW | CAGE | 9 | 10-60754-16 | 766.62 |
| MIA | CAP ASSY | 737EXP | NEW | C-2-C | 18 | 849847-401F | 760.32 |
| MIA | SEAL | 737EXP | NEW | L-2-B | 50 | 335-299-401-OWE | 760.00 |
| MIA | BEZEL | 737EXP | NEW | I-2-C | 1 | 65C26694-1A | 758.88 |
| MIA | F/O SUNVISOR | 737EXP | SERV | H-2-B | 1 | R1040900-004 | 756.25 |
| MIA | F/O SUNVISOR | 737EXP | SERV | H-2-B | 1 | R1040900-004 | 756.25 |
| MIA | ARM CAP REAR | 737EXP | NEW | I-1-E | 1 | 833473-401AA | 756.00 |
| MIA | PLACARD-INGESTION HAZARD | 737EXP | NEW | N-2-B | 38 | BAC27DPA5009 | 752.40 |
| MIA | CLEVIS ASSY | 737EXP | NEW | A-2-H | 2 | 213A3110-3 | 750.00 |
| MIA | ARM PAD GRAY | 737EXP | NEW | N-4-A | 10 | 844605-401J | 750.00 |
| MIA | ARM PAD GRAY | 737EXP | NEW | N-4-A | 10 | 844605-401J | 750.00 |
| MIA | IGNITER PLUG | 737EXP | NEW | D-2-B | 1 | CH31900-6 | 749.10 |
| MIA | SPREADER CLAMP | 737EXP | NEW | E-3-B | 2 | TA30700100 | 748.00 |
| MIA | P.B.E. TRAINER | 737EXP | NEW | TRAINING CLASS | 1 | 119002-11 | 747.09 |
| MIA | LENS LENS ASSY CLEAR | 737EXP | NEW | G-2-B | 1 | 72464199-1 | 742.31 |
| MIA | BOLT | 737EXP | NEW | E-1-TOP | 484 | BACB30NN4K13 | 726.00 |
| MIA | TUBE ASSY | 737EXP | NEW | I-2-B | 1 | 346A2301-9 | 724.00 |
| MIA | SWITCH | 737EXP | NEW | C-2-F | 1 | A3-1080 | 723.59 |
| MIA | RETAINER, STATIC WICK | 737EXP | NEW | H-1-B | 25 | 16335 | 721.75 |
| MIA | FILLER PAN | 737EXP | NEW | L-2-A | 6 | 2D2025-11 | 720.00 |
| MIA | FILLER PAN | 737EXP | NEW | L-2-A | 6 | 2D2025-12 | 720.00 |
| 749FAK | BULB | 737EXP | NEW | 749FAK | 2 | 4635 | 718.00 |
| MIA | SPRING | 737EXP | NEW | E-2-F | 5 | RC55402-1 | 715.00 |
| MIA | CLAMP | 737EXP | NEW | C-1-A | 6 | TA025149 | 714.00 |
| MIA | LATCH | 737EXP | NEW | D-2-D | 1 | H2561-17-135 | 713.00 |
| MIA | BUSHING | 737EXP | NS | E-3-G | 3 | 162A1122-4 | 711.00 |
| MIA | CAP | 737EXP | NEW | B-2-J | 9 | 849847-005K | 711.00 |
| MIA | PANEL | 737EXP | NEW | I-2-C | 2 | 417N3045-20A | 710.36 |
| MIA | SHAFT TREADED 6/32 -25,4 | 737EXP | NEW | A-2-C | 8 | 145-00-918-01 | 709.36 |
| MIA | POTENTIOMETER | 737EXP | NEW | A-3-B | 1 | 26007 | 709.00 |
| MIA | CUSHION AY-BTM,FBLK | 737EXP | NEW | T90 | 1 | 852174-218 | 708.00 |
| MIA | SPRING | 737EXP | NEW | A-2-B | 2 | 161A6114-3 | 708.00 |
| MIA | SUPPLEMENTAL WIRE KIT - P6 PANEL | 737EXP | NEW | B-2-H | 1 | 280A3098-8 | 702.00 |
| MIA | HINGE PIN | 737EXP | NEW | B-3-D | 1 | 69-14410-5 | 700.00 |
| MIA | CUP ASSY | 737EXP | NEW | A-3-TOP | 4 | 232A4262-1 | 700.00 |
| MIA | COVER HEADREST | 737EXP | NEW | INTERIOR | 4 | A075101-7 | 696.00 |
| MIA | CAP, REAR (WALL) | 737EXP | NEW | C-2-A | 14 | 849847-006K | 692.16 |
| MIA | SCREW | 737EXP | NEW | C-3-H | 46 | BACS12HL3AH6 | 691.84 |
| MIA | CABLE ASSY | 737EXP | NEW | B-1-TOP | 2 | 417N3137-8 | 688.70 |
| MIA | CFMS6-3 MAIN OIL SUPPLY FILTER | 737EXP | NEW | F-1-B | 43 | 65-90305-59 | 688.00 |
| MIA | SEAL ASSY - AFT COWL | 737EXP | NEW | B-1-H | 1 | 311A2535-33 | 688.00 |
| MIA | LENS COVER | 737EXP | NEW | I-2-B | 1 | D72D71197-111A | 685.00 |
| MIA | GASKET | 737EXP | NEW | A-2-I | 3 | 2215675-5 | 684.00 |
| MIA | FLOODLIGHT | 737EXP | NEW | A-1-I | 2 | 15-0026-3 | 683.40 |
| MIA | CUSHION ASSY | 737EXP | SERV | INTERIOR | 2 | 849654-211 | 683.12 |
| MIA | FILTER WATER | 737EXP | NEW | A-2-TOP | 23 | 150G | 682.64 |
| MIA | F/A SEAT COVERS | 737EXP | SERV | T83 | 2 | 2D7006-11MAI | 680.00 |
| MIA | CSD LINE FILTER | 737EXP | NEW | F-2-A | 9 | 65-90305-20B | 676.50 |
| MIA | TARGET | 737EXP | NEW | A-3-C | 1 | 284A3315-7 | 674.00 |
| MIA | CLOSET LOOSE PART KIT | 737EXP | NEW | B-1-C | 1 | 521180-11 KIT | 672.00 |
| MIA | FACEPLATE ASSY | 737EXP | NEW | N-5-B | 1 | 285A1700-10 | 670.00 |
| MIA | MAIN CABIN TEMP SENSOR FILTER | 737EXP | NEW | B-1-TOP | 42 | 412A1605-41 | 667.80 |
| MIA | FLAP SEAL | 737EXP | NEW | L-2-TOP | 2 | 114A1801-11 | 666.00 |
| MIA | BULB | 737EXP | NEW | N-3-C | 128 | F18T5CWRS | 664.32 |
| MIA | CUSHION AND COVER | 737EXP | NEW | 1 | LC7004-1ABE | 664.13 |
| MIA | 737-800 STANDARD SEAT SELECTION CHART | 737EXP | NEW | N-2-D | 2 | A3107PWA-SET | 660.00 |
| MIA | BOLT LEADGING EDGE PANEL | 737EXP | NEW | A-3-E | 200 | BACB30XD3K5G | 660.00 |
| MIA | ARMREST ASSY LH (AISLE HANDICAP) | 737EXP | NEW | 1 | B530B0-405H | 658.27 |
| MIA | ALUMINUM SHEET THK .1" | 737EXP | NEW | CAGE | 2 | 6061-T6 .1" | 658.00 |
| MIA | SHEET METAL | 737EXP | NEW | CAGE | 2 | 6061-T6 .100" | 658.00 |
| MIA | SPACER | 737EXP | SERV | C-3-E | 3 | 334A2010-1 | 656.25 |
| MIA | DIODE | 737EXP | NEW | B-3-G | 1 | 69-45109-10 | 656.00 |
| MIA | BUSHING | 737EXP | NEW | A-3-C | 8 | 10-60516-229 | 654.00 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1868 | 654.00 |
| MIA | LIGHT PLATE | 737EXP | NEW | B-1-TOP | 1 | 415-1601-1 | 650.00 |
| MIA | QUADRANT | 737EXP | NS | ENGINE TRAILER | 1 | 65-69303-3 | 650.00 |
| MIA | SWITCH | 737EXP | NEW | ENGINE TRAILER | 2 | 1-1910-182 | 650.00 |
| MIA | ARMREST RIGHT HAND | 737EXP | NEW | ENGINE TRAILER | 1 | 840303-402 | 650.00 |
| MIA | BOLT | 737EXP | NEW | C-3-E | 500 | BACB30NN4K9 | 650.00 |
| MIA | AC OUTLET | 737EXP | NEW | A-1-D | 2 | 10-60141-23A | 650.00 |
| MIA | WINDOW ASSY | 737EXP | NEW | L-2-A | 2 | 140N2139-4 | 650.00 |
| MIA | SYSTEM A & B HYDRAULIC RETURN FILTER | 737EXP | NEW | 737 SHELF | 1 | 65-90305-92 | 650.00 |
| MIA | BEARING-THRUST | 737EXP | NEW | E-2-D | 5 | NTA1018 | 645.75 |
| MIA | LAMP | 737EXP | NEW | N-3-C | 39 | 197BX | 643.50 |
| MIA | BOLT | 737EXP | NEW | ENGINE TRAILER | 16 | 69-39618-2 | 640.00 |
| MIA | SEAL | 737EXP | NEW | B-1-D | 8 | 335-299-401-OWE | 640.00 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1680 | 638.00 |
| MIA | BOTTLE PIN | 737EXP | NEW | I-1-E | 1 | 69-13900-4 | 637.00 |
| MIA | ARM | 737EXP | NEW | B-1-C | 1 | 141A6079-1 | 636.90 |
| MIA | CAPPING LIGHT | 737EXP | NEW | H-1-B | 1 | C22602-139-101 | 636.75 |
| MIA | IGNITER PLUGS L/W J8-3 AND AA725A | 737EXP | NEW | C-2-F | 3 | AA725A | 634.11 |
| MIA | F/O SHOULDER BELT HARNESS | 737EXP | NEW | A-1-F | 1 | 1150003-609-001 | 633.76 |
| MIA | F/O SHOULDER BELT HARNESS | 737EXP | REP | A-1-F | 1 | 1150003-609-001 | 633.76 |
| MIA | PIN | 737EXP | NEW | B-2-E | 14 | 833496-17 | 630.00 |
| MIA | SCREW, 1/4 | 737EXP | NEW | B-2-D | 50 | BACB30LR4-19 | 630.00 |
| MIA | PLACARD LIFE RAFT L/W 4194PMWL | 737EXP | NEW | N-2-D | 33 | BAC29PPS36234 | 627.00 |
| MIA | PLATE ASSY | 737EXP | NEW | B-2-D | 1 | 115A3760-48 | 625.00 |
| MIA | PLUNGER FOR WIPER COVER P/N 842954-41 | 737EXP | NEW | D-2-E | 125 | HNSP52-3-1 | 625.00 |
| MIA | WIFI ANTENNA | 737EXP | NEW | 737 SHELF | 2 | 120-0019 | 624.64 |
| MIA | TRIGGER | 737EXP | NEW | C-1-A | 3 | 69-76558-1 | 624.15 |
| MIA | DAMPER | 737EXP | NEW | 737 SHELF | 1 | 8876Y3R35 | 622.80 |
| MIA | SPACER ASSY | 737EXP | NEW | A-1-H | 2 | 141A6078-1 | 622.00 |
| MIA | INSTL ABS SIDE MOUNT ANTENNA RIGHT ATG | 737EXP | NEW | CAGE | 1 | P18116-21506 | 617.12 |
| MIA | LATCH | 737EXP | NEW | D-4-TOP | 1 | 65-62257-7 | 616.00 |
| MIA | LENS | 737EXP | NEW | I-2-B | 1 | 11-4441-3 | 611.00 |
| GATEWAY | RECLINE CABLE L/W 830941-407 | 737EXP | NEW | GATEWAY | 23 | MC21-54 | 610.65 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MIA | AMCU CONFIGURATION MODULE | 737XP | NEW | 737 SHELF | 2 1176701-288 | 610.00 |
| MIA | CARPET | 737XP | NEW | T37 | 10 7337 | 608.80 |
| MIA | PACKING | 737XP | NEW | A-3-A | 6 20106-012 | 606.00 |
| MIA | LAMP, STROBE LIGHT | 737XP | NEW | B-2-H | 5 55-0331-3A | 605.00 |
| MIA | INTERGRATED DRIVE GENERATOR (IDG) CHAR | 737XP | NEW | F-2-A | 8 65-90305-85 | 603.84 |
| MIA | BUSHING | 737XP | NEW | C-3-C | 3 BACB2BBA0306045 | 603.00 |
| MIA | PLATE | 737XP | NEW | B-2-B | 1 69-17517-1 | 602.71 |
| MIA | BOLT | 737XP | NEW | ENGINE TRAILER | 1 69-49501-2 | 600.00 |
| MIA | SWITCH, NAV RAD | 737XP | NS | C-1-F | 1 800A1C1D2J3L364N2WG16 | 600.00 |
| MIA | MIRROR | 737XP | NS | H-2-A | 3 7FA9010A06M01 | 600.00 |
| MIA | COVER, CONTROL BOX | 737XP | NEW | CAGE | 4 842954-412K | 600.00 |
| MIA | FILTER | 737XP | NEW | G-1-A | 20 AC9780F15Y11 | 600.00 |
| MIA | ARM PAD GRAY | 737XP | NEW | N-4-A | 8 844605-401J | 600.00 |
| MIA | LATCH ASSY | 737XP | NEW | C-1-F | 2 844993-401 | 600.00 |
| MIA | SCREW I/W -7 | 737XP | NEW | A-3-E | 10 9111M35P07 | 600.00 |
| MIA | CIRCUT | 737XP | NEW | H-2-B | 1 BACC18AF100 | 600.00 |
| MIA | DAMPENER-SPR | 737XP | NEW | E-2-I | 2 SP20523 | 600.00 |
| MIA | EAM LIVE  VEST | 737XP-R | OH | CAGE | 20 P01074-101 | 600.00 |
| MIA | INSTL ABS SIDE MOUNT ANTENNA LEFT ATG4 | 737XP | NEW | CAGE | 1 P18117-21506 | 598.66 |
| MIA | FOOD TRAY LATCH | 737XP | NEW | G-2-B | 5 827478-405N | 598.60 |
| MIA | COVER ASSY | 737XP | NEW | 737 SHELF | 1 411A2760-5 | 597.00 |
| 732FAK | OIL ENGINE | 737XP | NEW | 732FAK | 2 BP2197 | 594.00 |
| MIA | SEAL, WHEEL WELL | 737XP | NEW | I-1-D | 2 149A7661-43 | 592.36 |
| MIA | FLAP, WASTE CHUTE | 737XP | NEW | A-3-TOP | 1 231001-311 | 592.00 |
| MIA | GOGGLES, SMOKE | 737XP | NEW | G-1-C | 2 118075 | 590.00 |
| MIA | FUEL FILTER HOUSING | 737XP | NEW | A-3-F | 1 3600569-1 | 587.00 |
| MIA | ASHTRAY COVER | 737XP | NEW | C-1-B | 8 7025-401 | 584.00 |
| MIA | F/A SEAT COVERS | 737XP | NEW | T83 | 2 2D7008-12MAI | 580.00 |
| MIA | F/A SEAT COVERS | 737XP | NEW | T83 | 2 2D7008-11MAI | 580.00 |
| MIA | SHROUD | 737XP | NEW | CAGE | 10 833467-1AK | 580.00 |
| MIA | BEARING | 737XP | NEW | E-1-TOP | 444 BACB30NN4K11 | 577.20 |
| MIA | SEAL | 737XP | NEW | I-1-C | 3 149A7661-56 | 576.00 |
| MIA | ISP TO IPAD CABLE | 737XP | NEW | B-3-I | 3 213014-12 | 576.00 |
| MIA | AIR FILTER I/W  P396698 | 737XP | NEW | N-3-A | 2 1763022 | 572.64 |
| MIA | AIR FILTER I/W  P396698 | 737XP | NEW | N-3-A | 2 1763022 | 572.64 |
| MIA | AIR FILTER I/W  P396698 | 737XP | NEW | N-3-A | 2 1763022 | 572.64 |
| MIA | FITTING | 737XP | NEW | B-3-B | 1 65-62244-2 | 572.00 |
| MIA | CORD | 737XP | NEW | A-1-E | 1 69-41730-86 | 570.80 |
| MIA | STRIP | 737XP | NEW | A-2-D | 1 181724-11 | 570.00 |
| MIA | CARTRIDGE VALVE ASSY | 737XP | NEW | B-3-B | 1 67839 | 569.00 |
| MIA | BEARING | 737XP | NEW | I-3-B | 4 69B1343B-1 | 568.00 |
| MIA | PAD | 737XP | NEW | ENGINE TRAILER | 1 2D1031-1D | 562.00 |
| MIA | CARGO TAPE 4" | 737CON | NEW | WINDOW | 12 39BFRP-4 | 561.60 |
| MIA | BOLT | 737XP | NEW | E-1-TOP | 429 BACB30NN4K12 | 557.70 |
| MIA | LIGHT ASSY - DOME | 737XP | NEW | G-2-A | 1 10-0015-5 | 557.00 |
| MIA | SEAT RECLINE CABLE | 737XP | NEW | NADI, FUJI | 4 830941-409 | 556.00 |
| NAN | BEZEL | 737XP | NEW | A-1-G | 10 131728-1 | 555.80 |
| MIA | SPACER | 737XP | NEW | A-1-H | 2 146A7404-5 | 554.00 |
| MIA | BOLT | 737XP | NEW | E-1-TOP | 425 BACB30NN4K8 | 552.50 |
| MIA | STUD | 737XP | NEW | L-2-B | 12 BACS21ED9AR | 552.00 |
| MIA | PLACARD INDICATOR LIGHTS | 737XP | NEW | N-2-B | 11 BAC27DCC628 | 550.00 |
| MIA | SCREW ENGINE BALANCE I/W -13 | 737XP | NEW | A-3-E | 10 9111M35P06 | 550.00 |
| MIA | PLATE ASSY | 737XP | NEW | B-2-D | 1 115A3760Y48 | 549.00 |
| MIA | CFM56-3 FUEL PUMP FILTER | 737XP | NEW | F-1-A | 5 65-90305-84AM | 545.65 |
| MIA | MAGNASTAR ANTENNA | 737XP | NEW | N-6-D | 1 902131-2 | 544.00 |
| MIA | CLAMP | 737XP | NEW | E-3-G | 2 BACC10K310 | 544.00 |
| MIA | HANDLE | 737XP | NEW | D-2-B | 2 C23102-773-101 | 542.00 |
| MIA | WIRE BUNDLE ASSY-LH SIDE | 737XP | NEW | A-2-B | 1 654A0004-1571 | 542.00 |
| MIA | PLACARD DEADBOLT POSITION | 737XP | NEW | N-2-A | 5 COPL600 | 540.00 |
| MIA | LENS | 737XP | NEW | B-3-E | 2 06152-139 | 540.00 |
| MIA | ALODINE PEN | 737XP | NEW | CHEMICAL CABINET | 7 144S846 | 539.14 |
| MIA | LT-MEMORY DEVICE | 737XP | NEW | 737 SHELF | 1 310-2 | 537.00 |
| MIA | CUSHION ASSY | 737XP | NEW | T-1 | 1 852174-204 | 536.00 |
| MIA | PRESSURIZATION SAFETY RELIEF VALVE | 737XP | NEW | F-2-B | 2 65-90305-67 | 536.00 |
| MIA | BOLT | 737XP | NEW | E-3-C | 13 BACB30US4-6 | 533.00 |
| MIA | SPACER | 737XP | NEW | A-3-B | 4 273A2126-1 | 532.00 |
| MIA | COVERS GRAY / SAFETY GLOW | 737XP | NEW | E-2-H | 53 SG9603 | 530.00 |
| MIA | SEAL, WHEEL WELL | 737XP | NEW | I-1-D | 2 149A7661-42 | 530.00 |
| MIA | BOLT | 737XP | NEW | E-1-TOP | 378 BACB30NN4K10 | 529.20 |
| MIA | WASHER, LAMINATED | 737XP | NEW | B-3-A | 44 66-20287-4 | 528.00 |
| MIA | WASHER | 737XP | NEW | B-1-A | 4 69B13438-501 | 528.00 |
| MIA | CAP | 737XP | NEW | A-1-A | 1 0016-0015-4 | 527.00 |
| MIA | COVER SEAT BACK CREW | 737XP | NEW | INTERIOR | 1 1A22D-0269H5 | 525.00 |
| MIA | PLUG | 737XP | NEW | B-2-A | 15 68E125-9C5 | 525.00 |
| 732FAK | OIL ENGINE | 737XP | NEW | 732FAK | 2 BP2197 | 522.44 |
| 739FAK | OIL ENGINE | 737XP | NEW | 739FAK | 2 BP2197 | 522.44 |
| MIA | CABLE ASSY | 737XP | NEW | B-3-G | 2 69-41730-66 | 522.00 |
| MIA | PLACARD, SERVICE TIRES WITH NITRO | 737XP | NEW | N-2-D | 79 0299AD | 521.40 |
| 738FAK | OIL ENGINE | 737XP | NEW | 738FAK | 2 BP2197 | 518.80 |
| MIA | TRAY TABLE LATCH | 737XP | NEW | A-2-A | 14 827478-419A | 518.00 |
| MIA | CENTER SHROUD | 737XP | NEW | C-2-C | 24 853713-402PLC0JET | 516.00 |
| MIA | BOLT | 737XP | NEW | L-2-B | 4 BACB30LM5DK8 | 516.00 |
| MIA | CARPET CENTER ISLE | 737XP | NEW | T75 | 10 7309 | 513.80 |
| MIA | STRAP | 737XP | NEW | L-1-TOP | 2 65-45834U107 | 512.00 |
| MIA | SKY TILES | 737XP | SERV | LUIGI | 24 832B001P10491SKY004 | 511.44 |
| MIA | STOP FITTING- GALLEY DOOR PANEL | 737XP | NEW | A-1-I | 1 141A8377-1 | 510.00 |
| MIA | PLACARD | 737XP | NEW | N-2-A | 30 8614PGW-35846 | 510.00 |
| MIA | END-LH ROD END | 737XP | NEW | B-1-F | 1 5012T238-104-789 | 510.00 |
| MIA | SEAL ASSY  I/W -18 | 737XP | NEW | I-1-E | 1 315A2584-30 | 507.60 |
| MIA | STANDBY SYSTEM PRESSURE MODULE | 737XP | NEW | F-1-A | 11 65-90305-17 | 507.00 |
| MIA | SEAL | 737XP | NEW | H-2-B | 1 114A1813-9 | 506.00 |
| MIA | CLIP NUT | 737XP | NEW | E-3-C | 420 MM4001-3-2 | 504.00 |
| MIA | FILTER, GVI FAN | 737XP | NEW | B-2-D | 1 P13509 | 504.00 |
| MIA | LAMP HOLDER  I/W  BV03303-20 | 737XP | NEW | D-2-G | 6 LH621 | 503.40 |
| MIA | BLANKET ASSY | 737XP | NEW | WAREHOUSE- BULK | 1 411A4901-1266 | 500.00 |
| MIA | LIGHT ASSY, PRESS TO TEST | 737XP | NS | N-6-D | 1 10-61803-25 | 500.00 |
| MIA | KORRY LIGHT SWITCH | 737XP | NS | ENGINE TRAILER | 1 054-515-1011-091 | 500.00 |
| MIA | LIGHT STRIP | 737XP | NEW | C-2-E | 1 A3-06-0722 | 500.00 |
| MIA | STANCHION | 737XP | NEW | ENGINE TRAILER | 1 65-67221-13 | 500.00 |
| MIA | SEAL | 737XP | NEW | ENGINE TRAILER | 1 403A3110-598 | 500.00 |
| MIA | BRACKET  FIRST AID | 737XP | NEW | ENGINE TRAILER | 2 416N1013-1 | 500.00 |
| MIA | B737-400 IFE BUS KIT | 737XP | NEW | CAGE | 1 T44-0297-1 | 500.00 |
| MIA | B737-400 IFE BUS KIT | 737XP | NEW | CAGE | 1 T44-0297-1 | 500.00 |
| MIA | NET CARGO | 737XP-R | SERV | L-2-C | 1 65-78966-39 | 500.00 |
| MIA | SWITCH, MICRO | 737XP | NEW | B-2-D | 1 1HS1 | 500.00 |
| MIA | BOOT-PROTECTIVE | 737XP | NEW | A-1-F | 2 A1S998 | 500.00 |
| MIA | TEE | 737XP | NEW | C-2-A | 1 BACT16BR101004P | 500.00 |
| MIA | NUT | 737XP | NEW | A-1-D | 10 HW41-6 | 500.00 |
| MIA | NUT | 737XP | NEW | B-1-C | 100 MS21059L3 | 500.00 |
| MIA | SAFE-WALK, GEN. PUR., BLACK, 36" X 60" ROL | 737XP | NEW | FLOOR | 6 19239 | 499.89 |
| MIA | WHEEL SEAL | 737XP | NEW | I-1-D | 2 149A7661-38 | 498.00 |
| MIA | FITTING | 737XP | NEW | B-2-A | 20 8ACF19G1L | 498.00 |
| MIA | NUT | 737XP | NEW | E-2-G | 196 BACN10JC4CD | 497.84 |
| MIA | BEZEL | 737XP | NEW | B-2-B | 2 11-4269-1E | 496.00 |
| MIA | FILTER I/W QA0732D0SS1 | 737XP | NEW | F-1-B | 7 759322G-101 | 489.72 |
| MIA | PLACARD HYDRAULIC FUSE | 737XP | NEW | N-2-C | 17 BAC27DHY362 | 487.90 |
| MIA | CARPET | 737XP | NEW | T29 | 8 7337 | 487.04 |
| MIA | FILTER KIT, HYD SYS B PRESS | 737XP | NEW | F-1-A | 6 65-90305-16 | 486.00 |
| MIA | BOLT | 737XP | NEW | C-3-TOP | 495 BACB30NN4K7 | 485.10 |
| MIA | SWITCH | 737XP | NEW | B-3-C | 1 68AT22-1A | 484.00 |
| MIA | F/O CENTER BELT | 737XP | NEW | A-1-F | 6 1150002-604-010 | 480.00 |
| MIA | SOCKET AXLE NUT | 737XP | NEW | TOOL ROOM-4 | 2 F80168-3 | 480.00 |
| MIA | CORD | 737XP | NEW | A-1-A | 2 020003263 | 480.00 |
| MIA | BLANKET ASSY | 737XP | NEW | WAREHOUSE- BULK | 1 411A4901-2182 | 477.00 |
| MIA | GASKET | 737XP | NEW | E-3-E | 5 US42648 | 476.50 |
| MIA | SHROUD SEATS | 737XP | NEW | I-1-E | 5 849822-1C | 475.00 |
| MIA | CUSHION ASSY | 737XP | NEW | WAREHOUSE- BULK | 1 849654-211 | 475.00 |
| MIA | EMER  EXIT ARE REST CUSHION | 737XP | NEW | A-2-E | 3 414A1420-3D | 474.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MIA | TRIM | 737EXP | NEW | B-2-TOP | 2 412A1452-88 | 472.00 |
| MIA | SEAL | 737EXP | SERV | A-1-F | 1 114A1813-5 | 472.00 |
| MIA | CONTROL ROD ASSY L2 DOOR | 737EXP | NEW | B-3-D | 1 69-18187-26 | 470.00 |
| MIA | FITTING | 737EXP | NEW | ENGINE TRAILER | 2 R8010ST-16 | 468.00 |
| MIA | TEE-SUPPORT 707ST6 | 737EXP | NEW | TBS | 12 BAC1505-100424 | 468.00 |
| MIA | HAND MIC | 737EXP | NEW | H-2-C | 2 903-1341 | 468.00 |
| MIA | SPRING | 737EXP | NEW | L-2-B | 1 103689-3 | 467.23 |
| MIA | SPRING | 737EXP | NEW | L-2-B | 1 103689-3 | 467.23 |
| MIA | CONNECTOR | 737EXP | NEW | ENGINE TRAILER | 2 BACC63CE14SA25 | 466.00 |
| MIA | HANDLE | 737EXP | NS | B-1-I | 1 JMS2010-28 | 465.00 |
| MIA | NUT | 737EXP | NEW | B-3-E | 14 65-54S8-21N | 464.80 |
| MIA | SEAL | 737EXP | NEW | ENGINE TRAILER | 1 114A1813-7 | 462.00 |
| MIA | BOLT | 737EXP | NEW | C-3-E | 419 BAC830NN4K4 | 460.90 |
| MIA | SEAT CLOSEOUT  I/W -27N | 737EXP | NS | I-1-B | 12 849738-27A | 456.00 |
| MIA | CAM ASSY | 737EXP | NEW | B-2-C | 1 69-76557-1 | 455.00 |
| MIA | SEAL L/H | 737EXP | NEW | L-2-TOP | 1 114A1801-7 | 453.00 |
| MIA | SEAL ASSY | 737EXP | NEW | CAGE | 1 415U9002-102B | 453.00 |
| MIA | PACKING | 737EXP | NEW | D-3-C | 15 J221P163 | 451.05 |
| MIA | SWITCH, BOOST PUMP 3 PHASE | 737EXP | NS | C-2-E | 1 890SK935 | 450.00 |
| MIA | BOLT | 737EXP | NEW | C-3-E | 450 BAC830NN4K3 | 450.00 |
| MIA | BOTTOM AFT L/H F/A COVERS | 737EXP | NEW | INTERIOR | 1 91638-77MAI | 450.00 |
| MIA | BOTTOM AFT R/H F/A COVERS | 737EXP | NEW | TB2 | 1 91616-7MAI | 450.00 |
| MIA | BOTTOM AFT L/H F/A COVERS | 737EXP | NEW | INTERIOR | 1 91638-77MAI | 450.00 |
| MIA | PIN | 737EXP | NEW | E-1-O | 9 BACP18BE4P0875W | 450.00 |
| MIA | WIRE-CLOTH | 737EXP | NS | A-2-F | 1 2036429-0004 | 450.00 |
| MIA | BOLT | 737EXP | NEW | E-3-G | 1 BACB30PW10U32 | 450.00 |
| MIA | SWEEPER SEAL | 737EXP | NEW | G-2-C | 1 411A2128-49B | 450.00 |
| MIA | CARGO, TIE DOWN STRAP | 737EXP | NEW | TOOL ROOM-19 | 40 T520-0444357 | 450.00 |
| MIA | SCREW | 737EXP | NEW | C-1-C | 45 BACS12HM08AH10 | 450.00 |
| MIA | TRAY TABLE | 737EXP | NEW | L-2-A | 3 849825-405F | 450.00 |
| MIA | DAMPENER-SPR | 737EXP | NEW | E-2-I | 1 SP20523 | 450.00 |
| MIA | INNER WINDOW PANE | 737EXP | NEW | L-1-A | 5 411N1133-9B | 450.00 |
| MIA | HIGH HEAT GLOVES | 737EXP | NEW | BACKWALL | 10 LBKGLV12 | 450.00 |
| MIA | CARPET (CENTER AISLE ONLY WITH SMALL SE | 737EXP | NEW | CAGE | 1 GLAKB737-800-N738MA | 449.30 |
| MIA | CARPET (CENTER AISLE ONLY WITH SMALL SE | 737EXP | NEW | CAGE | 1 GLAKB737-800-N739MA | 449.30 |
| MIA | TRAY TABLE LATCH | 737EXP | NEW | A-2-A | 12 827478-419A | 444.00 |
| MIA | SWITCH | 737EXP | NEW | A-2-H | 1 21EN107-6 | 443.00 |
| MIA | SWITCH | 737EXP | NEW | B-3-H | 1 21EN107-6 | 443.00 |
| MIA | ALUMINUM SHEET THK .032" | 737EXP | NEW | CAGE | 3 6061-T6 .032" | 441.00 |
| MIA | BOLT | 737EXP | NEW | B-3-B | 9 BACB30UU3P36D | 441.00 |
| MIA | SPACER ASSY | 737EXP | NEW | A-2-G | 2 141A6078-1 | 440.00 |
| MIA | BLOW OUT PANEL | 737EXP | NEW | I-1-C | 1 65C32717-55 | 440.00 |
| MIA | GRIP ASSY | 737EXP | NEW | G-2-A | 2 65C35987-5 | 440.00 |
| MIA | STEP FLIGHT ATT | 737EXP | NEW | E-3-B | 9 844989-1A | 437.94 |
| MIA | TAMPER INDICATOR | 737EXP | NEW | B-1-A | 50 4406001-001 | 437.50 |
| MIA | NUT | 737EXP | NEW | A-2-C | 19 0090-13365 | 437.00 |
| MIA | COVER ASSY | 737EXP | NEW | E-2-H | 5 5AM214-22 | 435.50 |
| MIA | BRACKET | 737EXP | NEW | E-2-I | 2 232W456B-11 | 430.00 |
| MIA | CUSHION | 737EXP | NEW | L-2-B | 1 1C7003-31 | 428.53 |
| MIA | SEAT HARNESS - 70 IN | 737EXP | NEW | I-1-E | 1 749-0548-004 | 427.43 |
| 73BFAK | OIL ENGINE | 737EXP | NEW | 73BFAK | 3 BP2197 | 427.20 |
| MIA | FLEXIBLE HOSE | 737EXP | NEW | L-1-A | 1 RGS3124-350-15 | 427.00 |
| MIA | LATCH SEAT | 737EXP | NEW | C-2-C | 2 844994-7 | 426.00 |
| MIA | GASKET, FIXED LANDING LIGHT | 737EXP | NEW | B-1-H | 16 65-53875-19 | 424.00 |
| MIA | SEAL ASSY-ENERGIZED | 737EXP | NEW | E-3-G | 1 RS823-1 | 423.39 |
| MIA | SWITCH | 737EXP | NEW | B-1-F | 1 63026-1 | 423.00 |
| MIA | RING ASSY T | 737EXP | NEW | H-2-C | 1 295-34300-965-501C | 423.00 |
| MIA | RING ASSY T | 737EXP | NEW | H-2-C | 1 295-34300-965-501C | 423.00 |
| MIA | WHEEL WELL SEAL | 737EXP | NEW | I-1-D | 1 149A7661-41 | 422.00 |
| MIA | LAMP I/W WL9204 | 737EXP | NEW | 737 SHELF | 54 9204 | 421.20 |
| MIA | BOLT | 737EXP | NEW | E-3-G | 8 BACB30LM4H5 | 420.24 |
| MIA | PLUG,STARTER DRAIN(DETECTOR)I/W 367296 | 737EXP | NEW | ENGINE TRAILER | 3 A463 | 420.00 |
| MIA | SCREW | 737EXP | NEW | E-1-F | 200 NAS602-10P | 420.00 |
| MIA | BEARING | 737EXP | NEW | B-1-A | 6 BACB10H08 | 420.00 |
| MIA | INTERIOR PLACARD KIT | 737EXP | NEW | N-2-F | 1 S782KIT | 418.00 |
| MIA | SEAL | 737EXP | NEW | L-2-A | 1 149A7644-7 | 418.00 |
| MIA | SEAL | 737EXP | NEW | L-2-A | 1 149A7644-7 | 418.00 |
| MIA | SEAL | 737EXP | NEW | 737 SHELF | 1 314-2204-1 | 417.94 |
| MIA | FUEL STICK #1 | 737EXP | NEW | N-2-B | 9 BAC27NSTN3ST4 | 416.70 |
| MIA | WASHER, LAMINATED | 737EXP | NEW | ENGINE TRAILER | 31 66-20287-3 | 415.40 |
| MIA | WINDSCREEN TRIM | 737EXP | NEW | L-2-TOP | 1 416U1851-9B | 414.00 |
| MIA | AIR CONDITIONING PLACARD | 737EXP | NEW | N-1-A | 19 BAC27DCC2891 | 412.30 |
| MIA | ARMCAP ASSY | 737EXP | NEW | N-4-A | 1 847359-401A | 412.00 |
| MIA | SEAL | 737EXP | NEW | B-3-E | 1 313A2116-20 | 412.00 |
| MIA | LAMP | 737EXP | NEW | N-3-C | 748 328 | 411.40 |
| MIA | NUT | 737EXP | NEW | B-1-A | 20 BACN11N7CD | 410.00 |
| MIA | SEALANT SCRAPER RED | 737EXP | NEW | FLOOR | 200 AC-TS1275-4 | 410.00 |
| MIA | SEALANT SCRAPER RED | 737EXP | NEW | FLOOR | 200 AC-TS1275-4 | 410.00 |
| MIA | WASHER | 737EXP | NEW | H-1-B | 4 113A3327-7 | 408.00 |
| MIA | SUPPORT SHELF | 737EXP | NEW | ENGINE TRAILER | 8 412N1212-4A | 400.00 |
| MIA | LAMP | 737EXP | NEW | N-3-C | 13 HLX64621 | 400.40 |
| MIA | SWITCH | 737EXP | NS | A-3-H | 1 40174 | 400.00 |
| MIA | APU OIL PUMP FILTER | 737EXP | NEW | F-2-B | 2 65-90305-69 AMP | 400.00 |
| MIA | APU OIL PUMP FILTER | 737EXP | NEW | F-2-B | 2 65-90305-69 AMP | 400.00 |
| MIA | DPCU | 737EXP | NEW | N-6-C | 2 700-2210-003 | 400.00 |
| MIA | FLOODLIGHT, COCKPIT | 737EXP | SERV | A-2-D | 1 34265-8 | 400.00 |
| MIA | CLOSURE | 737EXP | NS | B-2-I | 2 00135 | 400.00 |
| MIA | SLIDE LATCH | 737EXP | NEW | H-1-B | 1 215015-3 | 399.18 |
| MIA | ARMCAP ASSY | 737EXP | NEW | ENGINE TRAILER | 1 459410025 M1701JM | 396.40 |
| MIA | RELAY | 737EXP | NEW | E-1-E | 3 BACR13CF2AB | 396.00 |
| MIA | PATCH - CARGO LINER, SELF-ADHESIVE SPEED 737CON | 737EXP | NEW | 737 SHELF | 9 AF888 | 396.00 |
| MIA | CAP, ASSY (FIRE DETECT PANEL GREEN) | 737EXP | NEW | B-2-I | 5 682-1001-001 | 395.30 |
| MIA | SEAL | 737EXP | NEW | B-3-E | 1 313A2116-19 | 394.00 |
| MIA | MARKER-ALUMINUM FOIL | 737EXP | NEW | N-2-C | 28 BAC27DHY386 | 392.00 |
| MIA | INDICATOR | 737EXP | NEW | B-1-F | 1 63-9651-2 | 391.00 |
| MIA | BOLT | 737EXP | NEW | C-3-E | 355 BAC830NN4K6 | 390.50 |
| MIA | TRACK FITTING | 737EXP | NEW | C-2-TOP | 6 845901-401 | 390.00 |
| MIA | VALVE OIL CHARGING | 737EXP | NEW | A-3-C | 2 2C9342 | 386.00 |
| MIA | LOCK | 737EXP | NEW | C-2-C | 2 851860-1 | 385.74 |
| MIA | STUD | 737EXP | NEW | D-2-B | 24 CA1820-1C | 384.00 |
| MIA | CLIP | 737EXP | NEW | A-1-C | 2 411A2760-3 | 384.00 |
| MIA | AIRBUS HEADSET ADAPTER | 737EXP | NEW | B-1-F | 6 60074122 | 383.94 |
| MIA | CABLE ASSY | 737EXP | NEW | B-1-TOP | 1 417N3137-2 | 381.00 |
| MIA | CABLE ASSY | 737EXP | NEW | B-1-TOP | 1 417N3137-2 | 381.00 |
| 740FAK | OIL ENGINE | 737EXP | NEW | 740FAK | 2 BP2197 | 380.16 |
| MIA | BEARING | 737EXP | NEW | C-3-B | 2 BACB10HJ10 | 380.00 |
| MIA | BEARING | 737EXP | NEW | C-3-B | 2 BACB10HJ10 | 380.00 |
| MIA | LENS ASSY | 737EXP | NEW | ENGINE TRAILER | 2 T-10-1327-1071 | 380.00 |
| MIA | ARM CAP ASSY | 737EXP | NEW | G-2-A | 4 844605-413M | 380.00 |
| MIA | WHEEL WELL SEAL | 737EXP | NEW | I-1-D | 2 149A7661-39 | 378.00 |
| MIA | CAP ASSY I/W US2103-04N | 737EXP | NEW | C-3-G | 2 BACC14AD04N | 376.00 |
| MIA | BEZEL ASSY LENS | 737EXP | NEW | L-1-C | 4 417N5153-5 | 376.00 |
| MIA | CUSHION SEAT CREW | 737EXP | NEW | L-1-C | 1 0A296-0293A | 375.00 |
| MIA | WHEEL WELL SEAL | 737EXP | NEW | I-1-D | 1 149A7661-40 | 375.00 |
| MIA | TIE BACK REST CREW CURTAIN | 737EXP | NEW | T77 | 5 8813-2834-205 | 375.00 |
| MIA | PACKING | 737EXP | NEW | D-4-H | 25 J221P158 | 375.00 |
| MIA | FIRE ACCESS DECALS | 737EXP | NEW | N-2-B | 87 0113AD | 374.10 |
| MIA | LIGHT PANEL | 737EXP | NEW | D-2-A | 2 BR9442-910 | 372.00 |
| MIA | GALLEY BRACKET | 737EXP | SERV | A-2-G | 1 209013-11 | 372.00 |
| MIA | 34 FMC MEDB SOFTWARE DISKETTE | 737EXP | NEW | N-6-C | 2 2A2A6020-1016 | 372.00 |
| MIA | SEAL | 737EXP | NEW | C-2-I | 3 AS1895-7-125 | 372.00 |
| MIA | FLAG, REMOVE BEFORE FLIGHT | 737EXP | NEW | N-1-C | 110 NAS1756-24 | 371.80 |
| MIA | SEAL ASSY | 737EXP | NEW | A-2-D | 1 186A3004-3 | 371.00 |
| MIA | BALL BEARING | 737EXP | NEW | E-1-G | 10 530ZT001-3028 | 370.00 |
| MIA | EXTRUSION | 737EXP | NEW | L-1-TOP | 2 412A1420-1A | 369.60 |
| MIA | LENS ASSY | 737EXP | NEW | ENGINE TRAILER | 2 T-10-1327-1083 | 368.00 |
| MIA | BLADE SEAL | 737EXP | NEW | E-3-A | 1 115A4799-5 | 368.00 |
| MIA | T BOLT | 737EXP | NEW | B-3-B | 8 20054-350 | 368.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MIA | SCREW | 737EXP | SERV | 737 SHELF | 736 | ANS2S-10R7 | 368.00 |
| MIA | DISC AND RETAINER (YELLOW) | 737EXP | NEW | A-3-B | 1 | 801523 | 366.00 |
| MIA | SWITCH, CARGO DOOR LIGHT | 737EXP | NEW | E-3-I | 2 | J100 | 364.14 |
| MIA | ESCUTCHEON | 737EXP | NEW | I-3-B | 17 | 849873-403A | 364.00 |
| MIA | CLAMP | 737EXP | NEW | D-2-E | 50 | J1221G12 | 362.50 |
| MIA | SCREW | 737EXP | NEW | H-1-B | 95 | BACS12GP3L18 | 361.00 |
| MIA | FILTER COVER | 737EXP | NEW | A-3-TOP | 1 | 232A1413-3 | 360.00 |
| MIA | BULB | 737EXP | NEW | WAREHOUSE - BULK | 24 | F017WWBCAC | 360.00 |
| MIA | LENS ASSY | 737EXP | NEW | ENGINE TRAILER | 2 | T-10-1327-1037 | 360.00 |
| MIA | LENS ASSY | 737EXP | NEW | ENGINE TRAILER | 2 | T-10-1327-1041 | 360.00 |
| MIA | SEAL, RIGHT HAND WHEEL WELL | 737EXP | NEW | I-1-D | 2 | 149A7661-58 | 360.00 |
| MIA | NUT | 737EXP | NEW | E-1-C | 20 | BACN10HR10CF | 360.00 |
| MIA | RUGS | 737EXP | NEW | T33 | 6 | 7347 | 359.52 |
| MIA | BULB | 737EXP | NEW | N-1-C | 1 | 4635 | 359.00 |
| MIA | PLAC CARD | 737EXP | NEW | N-2-C | 19 | 8261MSB-7169 | 358.91 |
| MIA | FILTER I/W 470044 | 737EXP | NEW | A-3-B | 5 | 21P9604 | 357.60 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1492 | 357.00 |
| MIA | SPB TO USB OU CABLE | 737EXP | NEW | WINDOW | 1 | 131582-0805 | 355.00 |
| MIA | SHIELD ASSY | 737EXP | NEW | E-3-D | 13 | 63-2007-4 | 354.50 |
| MIA | SUPPORT, MARKER | 737EXP | NEW | A-3-TOP | 2 | 233A5511-3 | 354.90 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1466 | 354.00 |
| MIA | LENS ASSY | 737EXP | NEW | ENGINE TRAILER | 2 | T-10-1327-1061 | 354.00 |
| MIA | CAP | 737EXP | NEW | B-2-F | 1 | 00168M001612A60 | 354.00 |
| MIA | CAP | 737EXP | NEW | B-2-F | 1 | 00168M001612A60 | 354.00 |
| MIA | 737-800 SAFETY CARD | 737EXP | NEW | ENGINE TRAILER | 300 | 4040 | 354.00 |
| MIA | CUSHION ASSY | 737EXP | NEW | T90 | 1 | 852174-207 | 354.00 |
| MIA | EXTRUSION | 737EXP | NEW | 737 SHELF | 1 | 412A1451-2BCWK | 351.00 |
| MIA | TRANSFORMER, VARIABLE POWER | 737EXP | NEW | B-1-F | 1 | 6430A | 350.00 |
| MIA | BOLT | 737EXP | NS | B-2-E | 5 | LM433-37 | 350.00 |
| MIA | BOLT | 737EXP | NEW | B-2-E | 5 | 830LES | 350.00 |
| MIA | COVER DOOR HANDLE | 737EXP | NEW | B-2-G | 5 | 65C28100-1E | 350.00 |
| MIA | BOLT | 737EXP | NEW | C-3-D | 50 | BACB30YP8K2 | 350.00 |
| MIA | PRINTER BLANKING PLATE | 737EXP | SERV | 737 SHELF | 1 | 300-21925973-1 | 350.00 |
| MIA | CAP | 737EXP | NEW | 737 SHELF | 10 | MS21914-8 | 349.30 |
| MIA | CORD | 737EXP | NEW | A-1-E | 1 | 69-41730-86 | 348.00 |
| MIA | ADAPTER, PITOT PROBE | 737EXP | NEW | PITOT CART | 1 | P75701-4 | 347.00 |
| MIA | EMERGENCY EQUIPMENT ONLY | 737EXP | NEW | N-2-B | 39 | BAC29PPS38676 | 346.71 |
| MIA | RETRACTOR | 737EXP | NEW | A-2-H | 1 | 2100200-03 | 346.00 |
| MIA | HINGE ASSY | 737EXP | NEW | A-1-C | 1 | 103688-1 | 345.00 |
| MIA | R/H SHROUD | 737EXP | NEW | ENGINE TRAILER | 1 | 847862-16AFD5 | 345.00 |
| MIA | TAPE, DBL-COATED, COTTON, FLAME RETARD | 737EXP | NEW | FLOOR | 24 | P0108-2" BK | 343.29 |
| MIA | RETAINER-LENS | 737EXP | NEW | B-1-H | 7 | 65C33289-217 | 343.00 |
| MIA | PACKING, RUBBER | 737EXP | NEW | E-2-G | 6 | RS90G022 | 342.00 |
| MIA | SHROUD | 737EXP | NEW | L-1-B | 3 | 849876-033E | 342.00 |
| MIA | SHROUD OUT SIDE | 737EXP | NEW | L-1-B | 3 | 849876-034E | 342.00 |
| MIA | CUSHION ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 849654-211 | 341.00 |
| MIA | PLACARD | 737EXP | NEW | N-2-A | 5 | BAC27DPA4958 | 340.80 |
| MIA | SPRING TORSION | 737EXP | NEW | E-3-G | 2 | 116AB527-4 | 340.00 |
| MIA | SEAL, CABIN WINDOW | 737EXP | NEW | CAGE | 17 | 65-76765-10 | 340.00 |
| MIA | LENS ASSY | 737EXP | NEW | ENGINE TRAILER | 2 | T-10-1327-1057 | 340.00 |
| MIA | F/A SEAT COVERS | 737EXP | NEW | T83 | 1 | 2D7002-15MAI | 340.00 |
| MIA | HEAD REST FWD F/A COVERS | 737EXP | NEW | T83 | 1 | 2D7017-11MAI | 340.00 |
| MIA | HEAD REST FWD F/A COVERS | 737EXP | NEW | T82 | 1 | 2D7017-11MAI | 340.00 |
| MIA | GUIDE VANE | 737EXP | OH | G-2-C | 1 | 340-002-30S-0 | 340.00 |
| MIA | WASHER | 737EXP | NEW | C-1-C | 20 | NAS1149D0516H | 340.00 |
| MIA | BEARING | 737EXP | NEW | H-1-B | 2 | BACB10N023RP5C3 | 340.00 |
| MIA | FLAP SEAL | 737EXP | NEW | L-2-TOP | 1 | 114A1801-11 | 339.00 |
| MIA | SEAL | 737EXP | NEW | I-1-D | 1 | 149A7661-21 | 339.00 |
| MIA | PLACARD, FUEL STICK #6  I/W BAC27DFS303 | 737EXP | NEW | N-2-B | 50 | 3672VBC | 337.50 |
| MIA | BUMPER | 737EXP | NEW | B-1-E | 9 | 811453-3 | 336.06 |
| MIA | BASE | 737EXP | NEW | A-2-F | 1 | 207330 | 336.00 |
| MIA | BULB | 737EXP | NEW | N-1-A | 14 | 4557 | 336.00 |
| MIA | GASKET | 737EXP | NEW | L-1-A | 5 | 728865 | 335.80 |
| MIA | BALL BEARING | 737EXP | NEW | E-2-G | 10 | S3Q2T001-302B | 331.00 |
| MIA | BALL BEARING | 737EXP | NEW | E-2-G | 10 | S3Q2T001-302B | 331.00 |
| MIA | MARKER DANGER LOW OXYGEN NGS | 737EXP | NEW | N-2-A | 46 | A4421VMM | 330.28 |
| MIA | FLUSH STUD BEARING | 737EXP | NS | A-1-C | 2 | 103675-1 | 330.00 |
| MIA | APU OIL PUMP FILTER | 737EXP | NEW | I-1 | 65-90305-24 | | 330.00 |
| MIA | BOLT | 737EXP | NEW | E-1-TOP | 200 | BACB30NN4K10 | 330.00 |
| MIA | IPS TO SIDEWALL | 737EXP | NEW | 737 SHELF | 1 | 21301JCC-35 | 330.00 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1678 | 329.00 |
| MIA | B SYSTEM HYDRAULIC RETURN FILTER | 737EXP | NEW | F-1-A | 1 | 65-90305-14A | 329.00 |
| MIA | SOCKET-SPOAILER | 737EXP | NEW | A-2-E | 1 | BACC63BP10CS5N | 328.00 |
| MIA | RETAINER | 737EXP | NEW | A-2-I | 3 | 216022-4 | 327.50 |
| MIA | PIN SAFETY ESCAPE SLIDE | 737EXP | NEW | TOOL ROOM-2 | 1 | 350135-103 | 326.70 |
| MIA | PIN SAFETY ESCAPE SLIDE | 737EXP | NEW | TOOL ROOM-2 | 1 | 350135-103 | 326.70 |
| MIA | SEAL | 737EXP | NEW | I-1-E | 2 | 113A2172-605 | 326.00 |
| MIA | LIGHT ASSEMBLY  I/W  10-60204-1 | 737EXP | OH | A-3-E | 1 | 3285 | 325.00 |
| MIA | BACK AFT L/H F/A COVERS | 737EXP | NEW | T82 | 1 | 91618-101MAI | 325.00 |
| MIA | BACK AFT R/H F/A COVERS | 737EXP | NEW | T82 | 1 | 91613-21MAI | 325.00 |
| MIA | BACK FWD F/A COVERS | 737EXP | NEW | T82 | 1 | 91618-1MAI | 325.00 |
| MIA | TRACK FITTING | 737EXP | NEW | C-2-TOP | 5 | 845901-401 | 325.00 |
| MIA | WINDOW SHADE I/W 411N1144-3BCCB | 737EXP | NEW | ENGINE TRAILER | 2 | AE411N1144-3BCC | 324.00 |
| MIA | SLIDER ASSY | 737EXP | NEW | B-1-TOP | 9 | 413T3037-1 | 324.00 |
| MIA | F/A SEAT COVERS | 737EXP | NEW | T83 | 1 | 2D7004-13MAI | 324.00 |
| MIA | LATCH | 737EXP | NEW | B-1-TOP | 12 | 411N1231-1 | 324.00 |
| MIA | RETAINER ASSY - SLIDE | 737EXP | NEW | E-2-I | 2 | BCREF14275 | 324.00 |
| MIA | SCREW | 737EXP | NEW | A-2-D | 4 | 9111M3SP08 | 323.60 |
| MIA | TRIGGER SWITCH | 737EXP | NEW | A-3-B | 4 | 251N1241-7 | 321.20 |
| MIA | TOP KIT - IFE AUDIO WIRING RETROFIT | 737EXP | NEW | A-3-C | 1 | 280A3098-6 | 321.00 |
| MIA | CARPET | 737EXP | NEW | T30 | 6 | 7344 | 320.16 |
| MIA | PIN - LOCK, NLG TOWING LEVER | 737EXP | NEW | TOOL ROOM-2 | 8 | A09003-2 | 320.00 |
| MIA | FILTER | 737EXP | NEW | E-3-B | 1 | XS1 | 319.33 |
| MIA | FILTER | 737EXP | NEW | E-3-B | 1 | XS1 | 319.33 |
| MIA | HANDLE | 737EXP | NEW | B-2-I | 2 | 65C22388-1 | 318.00 |
| MIA | SEAL | 737EXP | NEW | A-1-F | 1 | 115A2591-7 | 318.00 |
| MIA | CLAMP-LOOP HINGED | 737EXP | NEW | C-1-B | 1 | 649-412-610-0 | 317.00 |
| MIA | TEMP BULB | 737EXP | NEW | B-1-D | 2 | S6B17 | 316.00 |
| MIA | TEE | 737EXP | NEW | E-3-F | 3 | 2 FT1206 | 316.00 |
| MIA | TRIM BACK | 737EXP | NEW | ENGINE TRAILER | 3 | 849840-409 | 315.00 |
| MIA | DIAPHRAGM | 737EXP | NEW | L-1-A | 5 | 845763-411 | 315.00 |
| MIA | PROTECTIVE CAP | 737EXP | SERV | WINDOW | 9 | 424478-1 | 315.00 |
| MIA | GLOSS GRAY PAINT FOR AIRCRAFT | 737EXP | NEW | CHEMICAL CABINET | 1 | AXPG-G-G1-G2 | 313.75 |
| MIA | WIFI ANTENNA | 737EXP | NEW | L-2-B | 1 | 120-0019 | 312.32 |
| MIA | WIFI ANTENNA | 737EXP | NEW | L-2-B | 1 | 120-0019 | 312.32 |
| MIA | FIRE LOOP CONNECTOR | 737EXP | NEW | A-1-C | 1 | 1039 | 312.00 |
| MIA | FIRE LOOP CONNECTOR | 737EXP | NEW | A-1-C | 1 | 1039 | 312.00 |
| MIA | FILTER KIT, HYD SYS B PRESS | 737EXP | NEW | F-1-A | 4 | 65-90305-16 | 312.00 |
| MIA | SWITH | 737EXP | NEW | H-1-B | 1 | 15AT48 | 311.25 |
| MIA | PLACARD FUEL STICK #1 | 737EXP | NEW | N-2-B | 46 | 3667VBC | 310.50 |
| MIA | COUPLING, IDG SERVICING | 737EXP | NEW | E-2-D | 1 | 0MP2S06-9 | 310.00 |
| MIA | SCREW, 1/4 | 737EXP | NEW | L-2-B | 96 | BACB30LR4-13 | 307.40 |
| MIA | HINGE ASSY | 737EXP | NEW | A-1-I | 1 | 146A7414-9 | 307.00 |
| MIA | HINGE ASSY | 737EXP | NEW | A-1-I | 1 | 146A7414-7 | 307.00 |
| MIA | BUCKLE ASSY | 737EXP | NEW | E-3-G | 1 | 111154B-01 | 306.00 |
| MIA | NIPPLE | 737EXP | NEW | B-3-B | 1 | 4709-3 | 305.00 |
| MIA | CONNECTOR, FEED-THRU | 737EXP | NEW | C-1-A | 1 | BACC63CR22G39N | 304.00 |
| MIA | BOLT | 737EXP | NEW | C-3-F | 69 | BACB30NT466 | 303.60 |
| MIA | BEARING | 737EXP | NEW | D-2-G | 1 | KRP192606VTZ | 302.00 |
| MIA | CARPET | 737EXP | NEW | T31 | | 7344 | 301.20 |
| MIA | SPB TO IUL CABLE | 737EXP | NEW | WINDOW | 1 | 131580L-28 | 301.00 |
| MIA | CORD ASSY-ELASTIC | 737EXP | NEW | B-3-G | 4 | 69-41730-68 | 300.00 |
| GATEWAY | CARGO NET | 737EXP | REP | GATEWAY | 4 | 65-67220-37 | 300.00 |
| MIA | END | 737EXP | NEW | ENGINE TRAILER | 1 | 69-16334-1 | 300.00 |
| MIA | KORRY LIGHT SWITCH | 737EXP | NEW | N-4-A | 1 | 054-515-1011-087 | 300.00 |
| MIA | PACKING, RUBBER | 737EXP | NEW | E-2-G | 12 | RS90085015 | 300.00 |
| MIA | NUT ASSY., QUAD RING | 737EXP | NEW | B-1-C | 1 | 522709 | 300.00 |
| MIA | TRANSFORMER, POWER | 737EXP | SERV | B-1-F | 1 | 6332 | 300.00 |

Spare Parts Inventory

| | | | | | | |
|---|---|---|---|---|---|---|
| MIA | SEAL | 737XP | NEW | I-1-D | 2 149A7661-53 | 300.00 |
| MIA | SHROUD CLOSEOUT | 737XP | NEW | L-1-B | 3 848685-5B | 300.00 |
| MIA | PIN | 737XP | NS | C-1-I | 20 842176-3 | 300.00 |
| MIA | CABLE ASSY | 737XP | NEW | A-3-H | 1 69-41730-64 | 300.00 |
| MIA | QUICLOK | 737XP | NS | A-1-E | 6 1003107-003 | 300.00 |
| MIA | SEAL | 737XP | NEW | A-1 | 1 2372546-1 | 299.00 |
| MIA | MARKER | 737XP | NEW | 737 SHELF | 10 414AS117-146 | 297.00 |
| MIA | SCREWS | 737CON | NEW | B-3-E | 19 89911-00176 | 296.40 |
| MIA | DECAL, FUEL DRAIN | 737XP | NEW | N-2-B | 5 BAC27DFSZ54 | 296.00 |
| MIA | GASKET - METAL | 737XP | NEW | A-1-I | 7 1467MS3P01 | 294.00 |
| MIA | LOCKOUT PIN | 737XP | NEW | TOOL ROOM-2 | 7 F72735-13 | 294.00 |
| MIA | TAMPER INDICATOR | 737XP | NEW | B-1-A | 36 4406001-001 | 293.40 |
| MIA | CARPET UNDER SEAT | 737XP | NEW | T15 | 5 7304 | 292.60 |
| MIA | BRACKET ASSY | 737XP | NEW | B-3-G | 1 69-47868-4 | 292.00 |
| MIA | BOLT | 737XP | NEW | B-3-TOP | 1 113A9218-2 | 292.00 |
| MIA | FASTNER | 737XP | NEW | G-2-A | 4 82-35-295-15 | 292.00 |
| MIA | F/A SEAT COVERS | 737XP | NEW | T83 | 1 2D7008-13MAI | 290.00 |
| MIA | UPPER BACK LINK | 737XP | NEW | B-2-C | 2 2D3013-3 | 288.02 |
| MIA | CSD INTEGRAL OIL FILTER | 737XP | NEW | F-2-B | 9 65-90305-87 | 288.00 |
| MIA | PIVOT | 737XP | NEW | B-2-C | 2 2D2013-1 | 288.00 |
| MIA | FILTER | 737XP | NEW | A-2-A | 2 CA0007SA | 288.00 |
| MIA | STATIC DISCHARGER | 737XP | NEW | C-1-B | 6 740001 | 288.00 |
| MIA | SCREW, 100 DEG HEAD | 737XP | NEW | A-2-E | 24 BAC512ER3K8GR | 288.00 |
| MIA | AIR FILTER I/W P196698 | 737XP | NEW | N-3-A | 1 1763022 | 286.32 |
| MIA | AIR FILTER I/W P196698 | 737XP | NEW | N-3-A | 1 1763022 | 286.32 |
| MIA | AIR FILTER I/W P196698 | 737XP | NEW | N-3-A | 1 1763022 | 286.32 |
| MIA | BLANKET ASSY | 737XP | NEW | WAREHOUSE - BULK | 1 411A4901-1268 | 286.00 |
| MIA | VALVE DRAIN | 737XP | NEW | E-3-A | 1 VXLX0S00850BA | 285.00 |
| MIA | PLACARD, VIDEO CONTROL CENTER | 737XP | NEW | N-2-E | 5 BAC29PPS46968 | 283.00 |
| MIA | DEFIBRILATOR PADS (PACK OF 2) | 737XP | NEW | C-1-D | 7 989803158211 | 280.00 |
| MIA | PLACARD- STRIPED "WARNING" | 737XP | NEW | N-2-E | 10 8614P8Y-35849 | 280.00 |
| MIA | SEAL, WHEEL WELL | 737XP | NEW | I-1-D | 1 149A7661-42 | 279.00 |
| MIA | SEAL, WHEEL WELL | 737XP | NEW | I-1-D | 1 149A7661-42 | 279.00 |
| MIA | COVER | 737XP | NEW | A-3-I | 1 411A2225-4A | 279.00 |
| MIA | L/H SOCKET HINGE | 737XP | NEW | L-2-A | 3 845791-3A | 279.00 |
| MIA | CHAIN ASSY | 737XP | NEW | B-1-C | 2 50-5560-11 | 278.00 |
| MIA | EMERGENCY EXIT OPERATION, HATCH WEIGH | 737XP | NEW | N-2-B | 6 A6883PMW | 277.20 |
| MIA | SHROUD INSIDE | 737XP | NEW | L-1-B | 3 849876-035E | 276.00 |
| MIA | MUFFLER | 737XP | NEW | INTERIOR | 1 65C25629-55 | 273.00 |
| MIA | PLACARD LATCH CLOSED DURING TAXI | 737XP | NEW | N-2-B | 17 BAC29PPS39690 | 272.00 |
| MIA | STUD | 737XP | NEW | ENGINE TRAILER | 9 BAC521AE24A22 | 271.80 |
| MIA | CENTER AISLE A/C 752 | 737XP | NEW | INTERIOR | 3 3064 | 270.60 |
| MIA | SUPPORT | 737XP | NEW | B-3-A | 2 66-18897-3 | 270.00 |
| MIA | SCREW | 737XP | NEW | E-2-D | 180 NAS8604-8 | 270.00 |
| MIA | GASKET, RETRACTABLE LANDING LIGHT | 737XP | NEW | B-2-C | 5 46-3009-1 | 270.00 |
| MIA | SEAL | 737XP | NEW | D-4-TOP | 1 65-55583-176 | 269.75 |
| MIA | SENSOR- FUEL TEMP | 737XP | NEW | A-1-C | 1 102-00099 | 269.00 |
| MIA | NUT | 737XP | NEW | C-3-I | 99 BACN11N4CD | 267.30 |
| MIA | LOOP CLAMP | 737XP | NEW | D-3-A | 99 M85052-2-6 | 267.30 |
| MIA | HAND MIC | 737XP | NEW | H-2-C | 1 903-1341 | 267.15 |
| MIA | DISCHARGER | 737XP | NEW | H-1-B | 5 2-165C1 | 266.60 |
| MIA | SCREW | 737XP | NEW | B-1-B | 16 46-3137-1 | 265.28 |
| MIA | SEAL | 737XP | NEW | I-1-D | 1 149A7661-44 | 263.00 |
| MIA | CARGO RING ASSY | 737XP | NEW | A-2-D | 1 10730 | 262.00 |
| MIA | BOLT | 737XP | NEW | ENGINE TRAILER | 2 69-54281-1 | 261.00 |
| MIA | SWITCH | 737XP | NS | C-2-E | 1 A-30-4-3C3N | 260.00 |
| MIA | WASHER | 737XP | NEW | E-3-D | 4 340-156-901-0 | 260.00 |
| 733FAK | OIL ENGINE | 733FAK | NEW | L-1-B | 1 BP2197 | 259.40 |
| 732FAK | APU FUEL CONTROL FILTER | 732FAK | NEW | 732FAK | 1 65-90305-79 | 259.00 |
| 738FAK | APU FUEL CONTROL FILTER | 738FAK | NEW | 738FAK | 1 65-90305-79 | 259.00 |
| MIA | TRACK ASSY | 737XP | NEW | B-2-B | 1 66-10360 | 259.00 |
| MIA | PLACARD I/W 3686VBC | 737XP | NEW | N-2-C | 14 BAC27NFS0106 | 259.00 |
| MIA | STRAP | 737XP | NEW | L-1-B | 1 65-45834U69 | 259.00 |
| MIA | GASKET | 737XP | NEW | B-2-E | 3 738027 | 258.00 |
| MIA | CONTROL KNOB FOR MEGAPHONE WITH 5N | 737XP | NEW | C-2-D | 5 9022.1 | 257.85 |
| MIA | BLANKET ASSY | 737XP | NEW | WAREHOUSE - BULK | 1 411A4901-1401 | 256.00 |
| MIA | FITTING | 737XP | NEW | A-3-E | 8 A5S233V08P | 256.00 |
| MIA | CARPET CENTER ISLE FRONT PIECE | 737XP | NEW | T74 | 3 7308 | 255.00 |
| MIA | PLACARD, "PNEUMATIC GROUND START" | 737XP | NEW | N-2-C | 50 0107AD | 255.00 |
| MIA | BUSHING | 737XP | NEW | B-2-B | 97 BACB28AK03-027 | 252.20 |
| NAN | LAMP | 737XP | NEW | NADI, FIJI | 4 646214LX | 252.00 |
| MIA | CARPET | 737XP | NEW | T4 | 5 7344 | 251.00 |
| MIA | FILTER, VACUUM BLOWER | 737XP | NEW | A-3-G | 2 38FA602 | 250.36 |
| GATEWAY | NET | 737XP | NEW | GATEWAY | 1 65C20665-2 | 250.00 |
| GATEWAY | NET | 737XP | NEW | GATEWAY | 1 65C20665-7 | 250.00 |
| MIA | COVER ASSY FOR DIVIDER | 737XP | NEW | T54 | 1 413N3409-220M | 250.00 |
| MIA | COVER ASSY FOR DIVIDER | 737XP | NEW | T54 | 1 413N3409-219M | 250.00 |
| MIA | HEADREST AFT L/H F/A COVERS | 737XP | NEW | T82 | 1 93271-12MAI | 250.00 |
| MIA | HEADREST AFT L/H F/A COVERS | 737XP | NEW | T82 | 1 93271-12MAI | 250.00 |
| MIA | LOWER BACK AFT L/H F/A COVERS | 737XP | NEW | T82 | 1 91619-47MAI | 250.00 |
| MIA | LOWER BACK AFT R/H F/A COVERS | 737XP | NEW | T82 | 1 91614-7MAI | 250.00 |
| MIA | HEADREST AFT R/H F/A COVERS | 737XP | NEW | T82 | 1 91712-7MAI | 250.00 |
| MIA | LOWER BACK AFT L/H F/A COVERS | 737XP | NEW | T82 | 1 91619-47MAI | 250.00 |
| MIA | HEADREST FWD F/A COVERS | 737XP | NEW | T82 | 1 8042997D001MAI | 250.00 |
| MIA | HEAD REST FWD F/A COVERS | 737XP | NEW | T82 | 1 2D7017-11MAI | 250.00 |
| MIA | RUBSTRIP - BASE | 737XP | NEW | CAGE | 2 432W7100-1H | 250.00 |
| MIA | CENTER AISLE A/C | 737XP | NEW | N-3-C | 50 3071 | 250.00 |
| MIA | BLADE SEAL | 737XP | SERV | A-1-I | 2 65-79401-54 | 250.00 |
| MIA | BUSHING | 737XP | NEW | B-2-I | 10 5702Y0494 | 250.00 |
| MIA | NUTPLATE | 737XP | NEW | E-3-I | 10 CB3023A44CR400 | 250.00 |
| MIA | RING | 737XP | NEW | E-1-E | 100 BACR12BU175N | 250.00 |
| MIA | OPEN DOOR SLOWLY PLACARD | 737XP | NEW | N-2-C | 10 BAC29PPS41844 | 250.00 |
| MIA | SCREW | 737XP | NEW | A-1-E | 5 9111M3SP02 | 250.00 |
| MIA | FILTER | 737XP | SERV | F-2-B | 8 7588429-101 | 249.68 |
| MIA | LAVATORY DOOR LOCK | 737XP | NEW | N-2-C | 12 BAC29PPS36200 | 249.60 |
| MIA | SEAL, METAL AND RUBBER | 737XP | NEW | D-2-E | 4 J1215P17 | 249.60 |
| MIA | SEAL | 737XP | NEW | ENGINE TRAILER | 1 113A9350-3 | 249.00 |
| MIA | FILTER I/W QA06097, QA03749 | 737XP | NEW | B-1-TOP | 1 418A30-2 | 249.00 |
| MIA | GASKET | 737XP | NEW | 737 SHELF | 1 311-A2539-7 | 249.00 |
| MIA | BRACKET | 737XP | NEW | A-3-C | 1 284A3315-6 | 249.00 |
| MIA | SCREW | 737XP | NEW | C-2-D | 6 9111M3SP04 | 248.00 |
| MIA | HOSE WATER | 737XP | NEW | L-2-A | 1 AS6470-06-0252 | 248.00 |
| MIA | CARPET CENTER ISLE REAR | 737XP | NEW | T76 | 5 7315 | 247.41 |
| MIA | LENS | 737XP | NS | B-1-I | 1 417AS463-4 | 247.00 |
| 738FAK | CFM56-7 FUEL PUMP FILTER | 738FAK | NEW | B-TOP | 2 65-90305-88AM | 246.64 |
| MIA | SEAL, WHEEL WELL | 737XP | NEW | I-1-D | 1 149A7661-43 | 246.00 |
| MIA | BOLT | 737XP | NEW | ENGINE TRAILER | 7 66-14719-5 | 245.00 |
| MIA | NUT | 737XP | NEW | D-3-E | 10 MS21913V3P | 244.90 |
| MIA | SPRING FOR PSU | 737XP | NEW | B-1-TOP | 4 417N3173-2 | 244.80 |
| MIA | ROD | 737XP | NEW | B-2-I | 1 66-14618-7 | 244.00 |
| MIA | OXYGEN MASKS PASSENGER FRONT LAV | 737XP | NEW | G-2-A | 5 289-301-237-1 | 243.85 |
| MIA | CARPET | 737XP | NEW | T24 | 4 7337 | 243.52 |
| MIA | SAFTEY CARD 4 LIFE RAFT | 737XP | NEW | TOOL ROOM-12 | 100 CODE 4270 | 243.00 |
| MIA | AIRSTAIR OPERATION PLACARD | 737XP | NEW | N-2-A | 10 BAC27DHY205 | 243.00 |
| MIA | LAMP | 737XP | NEW | N-1-A | 10 4554 | 241.50 |
| MIA | SWITCH APU DOOR | 737XP | NEW | A-3-B | 1 2EN19RB | 241.00 |
| MIA | FUSE | 737XP | NEW | A-2-E | 12 1937OK16A | 240.00 |
| MIA | BOLT | 737XP | NEW | C-3-B | 96 BACB30NM3HK6 | 240.00 |
| MIA | F/A SEAT COVERS | 737XP | NEW | T83 | 1 2D7006-13MAI | 240.00 |
| MIA | F/A SEAT COVERS | 737XP | NEW | T83 | 1 2D7017-15MAI | 240.00 |
| MIA | F/A SEAT COVERS | 737XP | NEW | T83 | 1 2D7017-12MAI | 240.00 |
| MIA | BUSHING | 737XP | NEW | B-2-C | 8 2D2016-1 | 240.00 |
| MIA | LAMP | 737XP | NEW | N-1-C | 5 Q4632 | 240.00 |
| MIA | BOLT | 737XP | NEW | I-1-E | 200 BACB30NN3K9G | 240.00 |
| MIA | PROTECTIVE CAP | 737XP | SERV | WINDOW | 8 424478-2 | 240.00 |
| MIA | WIRE | 737XP | NEW | 737 SHELF | 200 BMS13-48T10C01G22 | 240.00 |
| MIA | WIRE | 737XP | NEW | 737 SHELF | 200 BMS13-48T10C01G24 | 240.00 |
| MIA | PLACARD, ADJUSTMENT OF SAFETY BAR | 737XP | NEW | N-2-F | 23 2205M85 | 239.20 |

Spare Parts Inventory

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1953 | 239.00 |
| MIA | BOLT | 737EXP | NEW | C-3-F | 70 | BACB30NT4K7 | 238.00 |
| MIA | CAP-TRIM ARM | 737EXP | NEW | A-1-B | 1 | 1001163-001A8 | 237.26 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1955 | 237.00 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1952 | 237.00 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1960 | 237.00 |
| MIA | ESDS MAT | 737EXP | NEW | FLOOR | 3 | S-12744 | 237.00 |
| MIA | 737-400 STANDARD SEAT SELECTION CHART | 16 | 737EXP | NEW | N-2-D | 1 | A3107PBW-SET | 236.50 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1954 | 236.00 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1957 | 236.00 |
| MIA | DOOR STOP | 737EXP | NEW | D-2-D | 2 | H3-1461-2 | 236.00 |
| MIA | GASKET | 737EXP | NEW | L-1-C | 8 | 10-61421-4 | 235.44 |
| MIA | HOLDER-LED NGS | 737EXP | NEW | B-1-A | 6 | 125-1310-11-103 | 234.36 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1958 | 234.00 |
| MIA | LAMP, STROBE LIGHT I/W -3A | 737EXP | NEW | B-1-C | 2 | 55-0331-3 | 234.00 |
| MIA | CLAMP | 737EXP | NEW | C-2-C | 1 | 332W5101-10 | 234.00 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1956 | 233.00 |
| MIA | PLACARD, CARGO LOAD & WT. INST. | 737EXP | NEW | N-2-A | 14 | BAC27DCA375 | 232.40 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1402 | 232.00 |
| MIA | ALUMINUM SHEET THK .05" | 737EXP | NEW | CAGE | 1 | 6061-T6 .05" | 231.00 |
| MIA | CAP | 737EXP | NEW | A-1-G | 3 | 11-5839-3 | 230.91 |
| MIA | PLACARD/WARNING BEFORE RELEASE AIR IN | 737EXP | NEW | N-2-E | 23 | 14D2M5R | 230.00 |
| MIA | NUT | 737EXP | NEW | C-3-I | 92 | BACN10HR6C5 | 230.00 |
| MIA | LAMP | 737EXP | NEW | N-1-C | 20 | 4596 | 229.80 |
| MIA | HOSE | 737EXP | NEW | L-1-B | 1 | 171M141-8CR0401 | 229.65 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1262 | 228.00 |
| MIA | CARGO DOOR SEAL | 737EXP | NEW | ENGINE TRAILER | 1 | SF15-120-173 | 228.00 |
| MIA | PLACARD, EXIT DOOR (4) STEPS-SMALL | 737EXP | NEW | N-2-B | 12 | BAC29PFS33377 | 228.00 |
| MIA | BUSHING | 737EXP | NEW | C-3-C | 99 | BACB28AK04-029 | 227.70 |
| MIA | CUP NUT | 737EXP | NEW | A-1-H | 379 | 13100000-1 | 227.40 |
| MIA | MASK, OXYGEN YELLOW | 737EXP | NEW | G-1-C | 2 | 289-701-27 | 227.16 |
| MIA | HYDROLOCK I/W HV25000-04 | 737EXP | SERV | I-1-A | 1 | HV25000-04 | 226.38 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1281 | 226.00 |
| MIA | FILTER | 737EXP | NEW | C-1-TOP | 15 | 69-71559-1 | 225.90 |
| MIA | LAMPS TAXI BOTH 727 & 737 | 737EXP | NEW | N-1-B | 24 | 4551 | 225.60 |
| MIA | SCREW | 737EXP | NEW | B-3-A | 98 | BACS12ER06K6 | 225.00 |
| MIA | ORING, RUBBER I/W NAS1601-115 | 737EXP | NEW | D-4-G | 9 | NAS1611-115A | 225.00 |
| MIA | CLAMP | 737EXP | NEW | E-3-TOP | 3 | NH1006443-10 | 225.00 |
| MIA | CLIP | 737EXP | NEW | B-2-D | 15 | 137-00-153-01 | 225.00 |
| MIA | SEAL ASSY | 737EXP | NEW | I-1-E | 1 | 315A2584-29 | 225.00 |
| MIA | CROSS | 737EXP | NEW | L-2-B | 3 | AS10D6W10061006 | 224.10 |
| MIA | PACKING, RUBBER | 737EXP | NEW | B-3-G | 16 | 694908236 | 224.00 |
| MIA | FUEL STICK # 5 I/W BAC27DFS302 | 737EXP | NEW | N-2-B | 27 | 3671VBC | 222.75 |
| MIA | PLACARD PULL MASK DOWN | 737EXP | NEW | N-2-B | 16 | 8614PRW-13849 | 222.72 |
| MIA | PLACARD | 737EXP | NEW | N-2-A | 6 | BAC29PPS35848 | 222.00 |
| MIA | HOSE | 737EXP | NEW | I-2-B | 1 | BACHBA04EN0294K | 221.00 |
| MIA | INNER WINDOW PANE | 737EXP | NEW | L-1-A | 4 | 411N1133-98AAR | 220.40 |
| MIA | BUSHING | 737EXP | NEW | E-3-I | 100 | NAS75-5-021 | 220.00 |
| MIA | WASHER | 737EXP | NEW | B-1-E | 100 | AS42193-4-028-24A | 220.00 |
| GATEWAY | CARGO NET | 737EXP | REP | GATEWAY | 1 | 61-67263-66 | 220.00 |
| MIA | BEARING | 737EXP | NEW | C-3-A | 2 | BACB10AT10PP | 220.00 |
| MIA | BRACKET | 737EXP | NS | B-3-H | 2 | 849899-401A | 220.00 |
| MIA | BOLT | 737EXP | NEW | I-1-B | 2 | 315A2014-1 | 220.00 |
| MIA | CFM56-7 FUEL PUMP FILTER | 737EXP | NEW | 737 SHELF | 2 | 65-90305-88 | 220.00 |
| MIA | TOILET SEAT BUMBER | 737EXP | NEW | B-1-I | 2 | D72D72504-111 | 220.00 |
| MIA | ALUMINUM SHEET THK .04" | 737EXP | NEW | CAGE | 1 | 6061-T6 .04" | 219.00 |
| MIA | NOZZLE PLUG | 737EXP | NEW | C-1-G | 2 | 810E102C5 | 218.98 |
| MIA | CHORD | 737EXP | NEW | D-2-B | 2 | 69-41730-67 | 218.00 |
| MIA | SEAL ASSY | 737EXP | NEW | E-3-TOP | 1 | 80E2236-0016 | 218.00 |
| MIA | EPOXY COMPOUND | 737EXP | NEW | 737 SHELF | 1 | EPCAST 1636 A/B | 217.81 |
| MIA | CONNECTOR | 737EXP | NEW | B-1-C | 3 | 5065-10 | 216.00 |
| MIA | GASKET | 737EXP | NEW | C-2-F | 5 | A9602-5 | 215.00 |
| MIA | ARM CAP GRAY 737-400 | 737EXP | NEW | CAGE | 2 | 833469-401AD | 214.28 |
| MIA | FLOOR LAMP | 737EXP | NEW | FLOOR | 14 | FO45CW8CAC | 214.06 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1413 | 214.00 |
| MIA | ELBOW | 737EXP | NEW | D-2-B | 3 | BACE21AU1616W | 212.94 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1414 | 212.00 |
| MIA | HYD LINE | 737EXP | NEW | H-1-D | 1 | 65-17849-38 | 212.00 |
| MIA | CLIPNUT | 737EXP | NEW | A-1-H | 353 | 13100000-3 | 211.80 |
| MIA | PACKING | 737EXP | NEW | C-1-D | 96 | 9320S-161 | 211.20 |
| MIA | PULL OUT TO ENGAGE HANDLE ROTATE 45 SP | 737EXP | NEW | N-2-C | 20 | 4899VRWL | 210.60 |
| GATEWAY | PACKING | 737EXP | NEW | GATEWAY | 25 | S8171-112WE | 210.00 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1476 | 210.00 |
| MIA | PLACARD, NOSE LANDING EMERGENCY MANU | 737EXP | NS | N-2-C | 7 | 65-17593-257 | 210.00 |
| MIA | HAND SET | 737EXP | NEW | E-3-F | 1 | 63274-008 | 210.00 |
| MIA | MODULAR CONNECTOR | 737EXP | NEW | N-6-D | 1 | RJF22800 | 210.00 |
| MIA | BUSHING | 737EXP | NEW | B-3-TOP | 100 | BACB28AT06B011C | 210.00 |
| MIA | JACK | 737EXP | NEW | B-3-G | 5 | 2J-1865A | 209.70 |
| MIA | BOLT | 737EXP | NEW | C-3-C | 87 | BACB30KF6A6 | 208.80 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1473 | 207.00 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1966 | 207.00 |
| MIA | SHIM | 737EXP | NEW | ENGINE TRAILER | 8 | 69-63859-1 | 206.40 |
| MIA | LAMP | 737EXP | NEW | N-1-A | 11 | Q4559K | 206.25 |
| MIA | ORING, RUBBER I/W 649-393-028-0 & M8324 | 737EXP | NEW | D-2-F | 71 | J22SP028 | 205.90 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1961 | 204.00 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1963 | 204.00 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1964 | 204.00 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1965 | 204.00 |
| MIA | BOLT | 737EXP | NEW | C-3-E | 2 | BACB30MR7ADB5 | 204.00 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1962 | 203.00 |
| MIA | FILTER | 737EXP | NEW | B-2-I | 12 | 65C16884-16 | 202.00 |
| MIA | CROTCH STRAP | 737EXP | NEW | A-1-F | 1 | 1111462-09 | 201.00 |
| MIA | ROLLER SHADE | 737EXP | NEW | C-2-TOP | 1 | 69-26553-8 | 201.00 |
| GATEWAY | CARGO NET, AFT, "S" | 737EXP | NEW | GATEWAY | 1 | 65-67261-3 | 200.00 |
| MIA | CONFIGURATION MODULE | 737EXP | NEW | N-6-D | 1 | 10131 | 200.00 |
| MIA | ROD ASSY | 737EXP | NEW | N-4-D | 1 | 69-18999-21 | 200.00 |
| MIA | RELAY I/W 10-2262 | 737EXP | NEW | C-3-TOP | 1 | AVR869 | 200.00 |
| MIA | LATCH | 737EXP | NEW | E-2-H | 1 | 5AM271-5 | 200.00 |
| MIA | DOOR HANDLE | 737EXP | SERV | ENGINE TRAILER | 2 | 411N2001-1 | 200.00 |
| MIA | CONTROL, RECLINE | 737EXP | NEW | G-2-C | 2 | MC21-53 | 200.00 |
| MIA | TEE | 737EXP | NEW | B-2-E | 2 | AS4135J060605 | 200.00 |
| MIA | NUT | 737EXP | NEW | A-2-C | 20 | 0090-13365 | 200.00 |
| MIA | HI LOCK | 737EXP | NEW | A-1-D | 5 | HL18BP70-5-3 | 200.00 |
| MIA | SCREW | 737EXP | NEW | E-1-B | 20 | MS51963-241 | 200.00 |
| MIA | BALLAST GALLEY WORK LIGHT | 737EXP | NEW | A-3-G | 6 | 77-54 | 200.00 |
| MIA | PANE, DOOR | 737EXP | NS | I-1-B | 1 | 69-1084-2 | 200.00 |
| MIA | SLEEVE | 737EXP | NEW | C-1-TOP | 1 | 14R02-32T | 200.00 |
| MIA | ILV-20 STORAGE BAG | 737EXP | NEW | 737 SHELF | 10 | S-2802 | 200.00 |
| MIA | CIRCUIT BREAKER | 737EXP | NS | B-2-D | 4 | BACC18AD2 | 200.00 |
| MIA | PLACARD FUEL STICK #1 | 737EXP | NEW | N-2-B | 20 | 3667VBC | 199.80 |
| MIA | PLACARD, FUEL STICK #3 I/W BAC27DFS300 | 737EXP | NEW | N-2-B | 20 | 3669VBC | 199.80 |
| MIA | PLACARD FUEL STICK# 4 I/W BAC27DFS301 | 737EXP | NEW | N-2-B | 20 | 3670VBC | 199.80 |
| MIA | FUEL STICK # 5 I/W BAC27DFS302 | 737EXP | NEW | N-2-B | 20 | 3671VBC | 199.80 |
| MIA | PLACARD, FUEL STICK #6  I/W BAC27DFS303 | 737EXP | NEW | N-2-B | 20 | 3672VBC | 199.80 |
| MIA | SEAT BELT | 737EXP | NEW | 737 SHELF | 1 | 2006-1-511-8122 | 199.14 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 | 411A4901-1283 | 199.00 |
| MIA | FILTER ELEMENT | 737EXP | NEW | F-1-B | 10 | 7583141 | 198.50 |
| MIA | BOLT | 737EXP | NEW | C-3-B | 99 | BACB30NM3A23 | 198.00 |
| MIA | PACKING | 737EXP | NEW | E-2-TOP | 198 | MS29513-238 | 198.00 |
| MIA | INSTL ABS POWER MODIFICATION | 737EXP | NEW | CAGE | 1 | P13107-21506 | 197.90 |
| MIA | ALUMINUM SHEET THK .032" | 737EXP | NEW | CAGE | 1 | 6061-T6 .032" | 197.00 |
| MIA | PLACARD | 737EXP | NEW | N-2-B | 18 | 0166VNW | 196.38 |
| MIA | COUPLING | 737EXP | NEW | C-2-I | 2 | AS1895-4-350 | 196.20 |
| MIA | FASTENERS | 737EXP | NEW | A-2-D | 98 | BACB30YP6K5 | 196.00 |
| MIA | SLEEVE | 737EXP | NEW | B-2-G | 2 | 69-63523-1 | 195.84 |
| MIA | TRIM | 737EXP | NEW | B-2-TOP | 7 | 412A1450-8A | 193.34 |
| MIA | CLAMP | 737EXP | NEW | I-1-E | 1 | 374105 | 193.34 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MIA | TERMINAL | 737EXP | NEW | D-2-B | 92 BACT12M140 | 193.20 |
| MIA | PLUG END SEAL | 737EXP | SERV | C-1-I | 1 315A2460-5 | 193.00 |
| MIA | BUSHING( CTR) | 737EXP | NEW | C-2-C | 20 849880-007 | 192.80 |
| MIA | F/O PITOT STATIC PLACARD | 737EXP | NEW | N-2-A | 20 1346VBW | 192.60 |
| MIA | ASHTRAY PLUG | 737EXP | NEW | C-2-C | 9 852895-405A | 192.42 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 411A4901-1285 | 192.00 |
| MIA | PLACARD, ROW 7 FED I/W BAC29PPS29271 | 737EXP | NEW | N-2-D | 38 8614PGW-29271 | 191.90 |
| MIA | LINK ASSY | 737EXP | NEW | B-2-C | 1 69-76556-1 | 191.90 |
| 752FAK | SOCKET AXLE NUT | 737EXP | NEW | 752FAK | 1 F80168-3 | 190.00 |
| 753FAK | SOCKET AXLE NUT | 737EXP | NEW | 753FAK | 1 F80168-3 | 190.00 |
| MIA | CLAMP | 737EXP | NEW | ENGINE TRAILER | 95 MS21919WDG35 | 190.00 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 411A4901-1685 | 190.00 |
| MIA | PACKING, RUBBER | 737EXP | NEW | E-2-I | 100 S9413-222 | 190.00 |
| MIA | SPRING | 737EXP | NEW | B-2-E | 10 81116-37601 | 190.00 |
| MIA | HYDRAULIC PRESSURE MODULE FILTER ASSEM | 737EXP | NEW | 737 SHELF | 1 65-90305-15 | 190.00 |
| MIA | NOZZLE | 737EXP | NEW | D-2-B | 8 68E125C4 | 189.44 |
| MIA | SCREW | 737EXP | NEW | E-3-E | 21 BACS12H206K22 | 189.00 |
| GATEWAY | BULB SEAL | 737EXP | NEW | GATEWAY | 2 10-60754-482 | 188.00 |
| MIA | FILTER I/W 487108 | 737EXP | NEW | C-1-A | 1 715942-1 | 187.16 |
| MIA | LIGHT ASSY | 737EXP | NEW | 737 SHELF | 1 0105924-005 | 186.65 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 411A4901-1695 | 186.00 |
| MIA | BOLT | 737EXP | NEW | C-3-G | 258 BAC830VF3K8 | 185.76 |
| MIA | SCREW | 737CON | NEW | D-2-A | 16 BACS12GX04H7 | 185.60 |
| MIA | TRIM | 737EXP | NEW | CAGE | 1 413U3165-83 | 185.22 |
| MIA | SWITCH | 737EXP | NEW | A-2-G | 5 2100-3 | 185.00 |
| MIA | SEAL - FLEXIBLE PRESSURE | 737EXP | NEW | D-2-TOP | 1 80E2003-0032 | 185.00 |
| MIA | EXTRUSION | 737EXP | NEW | 737 SHELF | 1 412A1420-1A | 184.80 |
| MIA | LIGHT ASSEMBLY I/W 10-60204-1 | 737EXP | REP | A-3-E | 1 328S | 184.38 |
| MIA | TRIM | 737EXP | NEW | I-2-B | 2 412A1250-91A | 184.00 |
| MIA | AIR STAIR EXTERIOR PLACARD | 737EXP | NEW | N-2-A | 10 BAC27DPAS174 | 183.00 |
| MIA | CARPET | 737EXP | NEW | T27 | 3 7341 | 182.97 |
| MIA | CARPET | 737EXP | NEW | T26 | 3 7338 | 182.97 |
| MIA | LANYARD | 737EXP | NEW | I-1-B | 3 81003-37702 | 182.85 |
| MIA | CONNECTOR | 737EXP | NEW | C-3-I | 1 BACC63CM1814PNA | 182.00 |
| MIA | LENS ASSY | 737EXP | NEW | ENGINE TRAILER | 1 T-10-1327-1063 | 180.00 |
| MIA | LENS ASSY | 737EXP | NEW | ENGINE TRAILER | 1 T-10-1327-1033 | 180.00 |
| MIA | SPRING | 737EXP | NEW | B-2-E | 10 81115-37601 | 180.00 |
| MIA | LAMPS TAXI BOTH 727 & 737 | 737EXP | NEW | N-1-A | 8 4551 | 180.00 |
| MIA | COTTER PIN | 737EXP | NEW | E-3-E | 6 BACP18BC04A10P | 179.22 |
| MIA | BUSHING | 737EXP | NEW | C-3-C | 94 BACB2BAP06P014 | 178.60 |
| MIA | SEAL RING | 737EXP | NEW | ENGINE TRAILER | 1 1A6781 | 178.00 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 411A4901-1267 | 178.00 |
| MIA | ROLLER | 737EXP | NEW | B-2-D | 2 YR1055 | 178.00 |
| MIA | CARPET UNDER SEAT RIGHT SIDE | 737EXP | NEW | T14 | 4 7321 | 177.96 |
| MIA | SUN VISOR | 737EXP | SERV | B-3-D | 1 69-20262-12 | 177.80 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 411A4901-1715 | 177.00 |
| MIA | COUPLING | 737EXP | NEW | A-2-I | 1 21A00350 | 177.00 |
| MIA | FILTER | 737EXP | NEW | F-2-B | 3 7552134 | 176.85 |
| MIA | SCREW | 737EXP | NEW | E-1-A | 180 BAC830LH3-3 | 176.40 |
| MIA | CLAMP | 737EXP | NEW | ENGINE TRAILER | 88 MS21919WDG34 | 176.00 |
| MIA | NUT | 737EXP | NEW | C-3-I | 80 BACN10YT4CD | 176.00 |
| MIA | JET NUT, 7/8 | 737EXP | NEW | D-3-E | 76 MS2104216 | 175.50 |
| MIA | MARKER | 737EXP | NEW | N-2-C | 8 BAC27DEX7170 | 175.20 |
| MIA | RETAINER | 737EXP | NEW | B-1-J | 1 65-56150-95 | 175.00 |
| MIA | FITTING | 737EXP | NEW | C-3-I | 1 BACC42W12T | 175.00 |
| MIA | TRIGGER | 737EXP | NEW | C-1-A | 1 69-76558-1 | 175.00 |
| MIA | RELAY, APU EXT. POWER | 737EXP | NEW | A-1-0 | 1 10-60450-1 | 175.00 |
| MIA | SEAL | 737EXP | NEW | C-2-I | 5 AS1895-7-350 | 175.00 |
| MIA | SOCKET CONTACT | 737EXP | NEW | C-1-C | 7 1445693-3 | 175.00 |
| MIA | COCKPIT MIC FEMALE PLUG | 737EXP-R | NEW | G-2-B | 1 903-1342 | 175.00 |
| MIA | SYSTEM "A" & "B" AND STANDBY CASE DRAIN | 737EXP | NEW | F-2-B | 7 65-90305-58 | 175.00 |
| MIA | SPRING | 737EXP | NEW | C-2-TOP | 110 LC022D00MW | 174.90 |
| MIA | SCREW, NON-MAGNETIC | 737EXP | NEW | C-3-C | 92 BAC830LH3U3 | 174.80 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 411A4901-1280 | 174.00 |
| MIA | PACKING | 737EXP | NEW | A-1-B | 3 S3225-222 | 174.00 |
| MIA | PACKING | 737EXP | NEW | 737 SHELF | 84 NAS1523AA4R | 173.04 |
| MIA | CLAMP | 737EXP | NEW | B-2-TOP | 96 BACC10JB046C060 | 172.80 |
| MIA | PLACARD(CAUTION RELEASE UPPER FWD LATCH) | 737EXP | NEW | N-2-A | 20 4973VBWL | 172.00 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 411A4901-1284 | 172.00 |
| MIA | SCREW | 737EXP | NS | E-2-B | 40 NAS601-24P | 172.00 |
| MIA | SOCKET | 737EXP | NEW | C-1-G | 1 81004-37702 | 172.00 |
| MIA | SCREW | 737EXP | NEW | 737 SHELF | 200 BACS12GF3L17 | 172.00 |
| MIA | WASHER | 737EXP | NEW | A-1-J | 49 649-341-011-0 | 171.50 |
| MIA | 34 FMC OPC SOFTWARE DISKETTE | 737EXP | NEW | N-6-C | 1 242A6030-1061 | 171.00 |
| MIA | WRIST STRAP STATIC CONTROL | 737EXP | NEW | A-2-I | 19 2214 | 171.00 |
| MIA | WIRE BONDING | 737EXP | NEW | A-2-C | 19 BAC40K7A6A14 | 171.00 |
| MIA | CLAMP | 737EXP | NEW | C-3-H | 34 BACC10BU24DG | 170.00 |
| MIA | CONNECTOR PIN | 737EXP | NEW | ENGINE TRAILER | 20 10-229193-156 | 170.00 |
| MIA | GALLEY EXIT STRIP-LEFT | 737EXP | NEW | L-2-A | 1 SG9633 | 170.00 |
| MIA | PLACARD, FUEL STICK # 7  I/W BAC27DFS304 | 737EXP | NEW | N-2-C | 17 3673VBC | 169.83 |
| MIA | EMER EXIT WINDOW SHADE | 737EXP | NEW | L-1-B | 6 411A6823-3B | 169.32 |
| MIA | CLAMP | 737EXP | NEW | E-2-C | 47 AS21919WCE10 | 169.20 |
| MIA | EMERGENCY EXIT - EXTERIOR DECAL | 737EXP | NEW | N-2-B | 6 BAC27DPAS271 | 169.20 |
| MIA | PACKING | 737EXP | NEW | D-4-F | 82 NAS1523AA4R | 168.92 |
| MIA | PLACARD FUEL STICK# 4 I/W BAC27DFS301 | 737EXP | NEW | N-2-B | 25 3670VBC | 168.75 |
| MIA | PLACARD, FUEL STICK #3 I/W BAC27DFS300 | 737EXP | NEW | N-2-B | 25 3669VBC | 168.75 |
| MIA | PLACARD / WHEEL WELL | 737EXP | NEW | N-2-E | 11 BAC27DCT629 | 168.30 |
| MIA | NUT LOCK | 737EXP | NEW | D-4-F | 99 NAS1291C06M | 168.30 |
| MIA | BOLT | 737EXP | NEW | C-3-F | 41 BACB30UU4K10 | 168.10 |
| MIA | GROMMET FOR WEBER PN 842954-411A COVER | 737EXP | NEW | D-2-E | 168 HNSG-51-5 | 168.00 |
| MIA | TRIM BACK | 737EXP | NEW | WAREHOUSE - BULK | 2 849840-401 | 168.00 |
| MIA | RING | 737EXP | NEW | E-3-D | 8 032757 | 168.00 |
| MIA | PLACARD, LIFE JACKET UNDER YOUR SEAT | 737EXP | NEW | N-2-C | 14 8614PGW-39171 | 167.86 |
| MIA | PLACARD PULL | 737EXP | NEW | N-2-C | 10 6279PRW | 167.80 |
| MIA | PRESSURE FILTER | 737EXP | NEW | F-1-B | 6 7513128 | 167.70 |
| MIA | LATCH ASSY HANDICAP | 737EXP | NEW | B-1-E | 3 1D1021D-051KAD1 | 166.68 |
| MIA | GASKET | 737EXP | NEW | E-3-I | 2 65-1818-1 | 166.60 |
| MIA | NATURAL BUFFING PAD | 737EXP | NEW | HANGAR | 10 ABR3M-82531 | 165.50 |
| MIA | HYDRAULIC RESERVIOR VENT AIR FILTER | 737EXP | NEW | F-1-A | 11 65-90305-11 | 165.00 |
| MIA | BYPASS PIN | 737EXP | NEW | TOOL ROOM-2 | 5 NAS1336A2S24D | 165.00 |
| MIA | CLAMP ASSY | 737EXP | NEW | B-1-TOP | 5 417N3180-1 | 165.00 |
| MIA | WINDOW SHADE TRIM | 737EXP | NEW | G-2-D | 1 411N1140-28 | 165.00 |
| MIA | PLACARD ( FEDERAL LAW PROVIDES FOR A PE | 737EXP | NEW | N-2-B | 20 0479AD | 165.00 |
| MIA | PLACCARD (EMERGENCY EXIT PUSH WINDOW) | 737EXP | NEW | N-2-B | 20 0223AD | 165.00 |
| MIA | STENCIL | 737EXP | NEW | N-2-F | 4 414A4801-3 | 164.40 |
| MIA | FUEL STICK # 8 | 737EXP | NEW | N-2-B | 17 5121VBCL | 164.22 |
| MIA | GASKET-RINSE SYS | 737EXP | NEW | A-1-A | 82 00090-001 | 164.00 |
| MIA | CONNECTOR (GPS) | 737EXP | NEW | ENGINE TRAILER | 1 BACC45FN12-12P | 164.00 |
| MIA | BOLT | 737EXP | NEW | B-3-TOP | 328 BACB30VT6K7 | 164.00 |
| MIA | SEAL | 737EXP | NEW | L-1-B | 1 113A3172-20 | 164.00 |
| MIA | COUPLING | 737EXP | NEW | A-2-I | 1 21A00350 | 163.00 |
| MIA | LEVER | 737EXP | NEW | B-2-C | 1 66-18573-2 | 163.00 |
| MIA | NUT | 737EXP | NEW | E-1-E | 37 BACN10JD10SAU | 162.80 |
| MIA | LAMP,HALOGEN | 737EXP | NEW | N-1-E | 6 Q4631 | 162.00 |
| MIA | APU LOW PRESSURE FUEL FILTER | 737EXP | NEW | F-1-B | 9 65-90305-25 | 162.00 |
| MIA | BOLT I/W NAS1103-6 | 737EXP | NEW | C-3-G | 6 BACB30ZB3-6 | 162.00 |
| MIA | SLEEVE | 737EXP | NEW | D-2-A | 6 BACS13AP10W | 162.00 |
| MIA | RETAINER ASSY - SLIDE | 737EXP | NEW | E-2-I | 1 G5000-0920-1442-0400 | 162.00 |
| MIA | BUSHING | 737EXP | NEW | B-3-H | 6 10-61975-3 | 162.00 |
| MIA | GROMET | 737EXP | NEW | L-2-B | 1 BACG20X4C | 160.93 |
| MIA | SEAL | 737EXP | NEW | D-3-TOP | 2 113A3172-55 | 160.00 |
| MIA | PIN | 737EXP | NEW | C-3-A | 94 BACC47E52 | 159.80 |
| MIA | INST'L ABS INTERNAL PCS ANTENNA | 737EXP | NEW | CAGE | 1 P18089-21S06 | 159.36 |
| MIA | WINDOW SHADE | 737EXP | NEW | A-3-I | 1 411N1114-15 | 159.00 |
| MIA | SPINDLE | 737EXP | NEW | A-3-E | 1 315A1884-1 | 159.00 |
| MIA | PIN | 737EXP | NEW | D-3-D | 99 MS16562-211 | 158.40 |
| MIA | AMCU J1-JS TERM PLUG | 737EXP | NEW | WINDOW | 2 1176702-1 | 158.00 |
| MIA | NUT | 737EXP | NEW | H-1-B | 100 BACN10YR06CM | 158.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MIA | AMCU J1-J5 TERM PLUG | 737EXP | NEW | 737 SHELF | 2 1176702-1 | 158.00 |
| MIA | SCREWS  I/W NAS604-18 | 737EXP | NEW | E-1-F | 37 BACS12CX4-18 | 157.62 |
| MIA | HOSE | 737EXP | NEW | I-2-B | 1 BACH6R0290DUR | 157.00 |
| MIA | NUT | 737EXP | NEW | 737 SHELF | 99 BRH10C3D | 157.00 |
| MIA | ENTER COCKPIT FROM THIS SIDE THRU MAIN | 737EXP | NEW | N-2-B | 27 0111AD | 156.06 |
| MIA | STUD | 737EXP | NEW | E-2-F | 50 BACS21ED11R | 155.00 |
| MIA | INSULATION BLANKET | 737EXP | NEW | TOOL ROOM-12 | 1 411A4906-1503 | 155.00 |
| MIA | BLANKET ASSY | 737EXP | NEW | WAREHOUSE - BULK | 1 411A4901-1694 | 154.00 |
| MIA | PACKING I/W 649-393-215-O | 737EXP | NEW | D-2-F | 44 J221P215 | 154.00 |
| MIA | SEAL | 737EXP | NEW | 737 SHELF | 1 808048-1 | 152.43 |
| MIA | UPPER BRACKET | 737EXP | NEW | TRAINING CLASS | 1 H3-1426-6 | 152.00 |
| MIA | GUIDE BLOCK | 737EXP | NEW | B-3-O | 8 847361-27 | 152.00 |
| MIA | PLACARD, VIDEO EQUIPMENT ONLY | 737EXP | NEW | N-2-E | 5 BAC29PPS38881 | 151.50 |
| MIA | DEFIBRILLATOR PLACARD | 737EXP | NEW | N-2-B | 7 A011BPMW | 151.48 |
| MIA | BOLT | 737EXP | NEW | C-3-D | 89 BACB30MR4K11 | 151.30 |
| MIA | LAMP | 737EXP | NEW | N-3-B | 5 1683 | 151.05 |
| MIA | SEAL ELASTPMETRIC | 737EXP | NEW | C-1-B | 2 7348MT160 | 150.80 |
| MIA | MARKER | 737EXP | NEW | N-2-B | 8 BAC27DEX6838 | 150.64 |
| MIA | CORD ASSY-ELASTIC | 737EXP | NEW | B-3-G | 2 69-41730-68 | 150.37 |
| MIA | PLACARD, EMERGENCY AIR STAIR (DOWN) | 737EXP | NEW | N-2-B | 19 0242VRW | 150.10 |
| GATEWAY | LENS, GALLEY LIGHT | 737EXP | NEW | GATEWAY | 3 6S-62700-8 | 150.00 |
| MIA | CO-PILOT, BACK SHEEPSKIN COVER | 737EXP | NEW | INTERIOR | 2 32-01-45-1138 | 150.00 |
| MIA | BUSHING | 737EXP | NEW | ENGINE TRAILER | 1 69-14409-12 | 150.00 |
| MIA | BUSHING | 737EXP | NS | ENGINE TRAILER | 1 65-62341-11 | 150.00 |
| MIA | COOLING PACK TEMP | 737EXP | NEW | A-1-G | 1 1173T4-1 | 150.00 |
| MIA | OIL PRESSURE SWITCH | 737EXP | REP | B-3-E | 1 692525-9 | 150.00 |
| MIA | BOLT | 737EXP | NEW | ENGINE TRAILER | 1 BACB30LH4-57 | 150.00 |
| MIA | COVER | 737EXP | OH | A-1-E | 1 11-0368-25 | 150.00 |
| MIA | GEAR PIN MLG | 737EXP | NEW | TOOL ROOM-2 | 3 F72732 | 150.00 |
| MIA | WIRE | 737EXP | NEW | A-2-F | 3 2036429-0003 | 150.00 |
| MIA | FILTER | 737EXP | NEW | B-2-F | 3 AC9649F1 | 150.00 |
| MIA | GASKET | 737EXP | NEW | A-2-F | 2 698434-1 | 150.00 |
| MIA | PACKING | 737EXP | NS | A-2-E | 5 649-788-385-O | 150.00 |
| MIA | SCREW | 737EXP | NEW | A-3-D | 100 BACS12GU3K7 | 150.00 |
| MIA | FILTER | 737EXP | NEW | G-1-A | 5 AC9780F15Y11 | 150.00 |
| MIA | CONTROL, RECLINE | 737EXP | NEW | TOOL ROOM-11 | 5 MC21-53 | 150.00 |
| MIA | LOCK | 737EXP | NEW | B-3-G | 3 69-42311-3 | 150.00 |
| MIA | WASHER | 737EXP | NEW | D-4-I | 300 SP122D | 150.00 |
| MIA | SCREW | 737EXP | NEW | E-1-F | 68 BACS12HL3A24 | 149.60 |
| MIA | HOSE, WATER HEATER | 737EXP | NEW | C-3-TOP | 1 AS4804-03-0043A | 149.00 |
| MIA | SCREW | 737EXP | NEW | B-1-E | 5 60-1309-1 | 148.50 |
| MIA | PACKING | 737EXP | NEW | E-3-TOP | 99 S8990-153 | 148.50 |
| MIA | CLAMP | 737EXP | NEW | B-2-TOP | 99 BACC10CC20 | 148.50 |
| MIA | CAP, REAR (WALL) | 737EXP | NEW | C-2-A | 3 849847-006K | 148.32 |
| MIA | SHOCKABSORBER | 737EXP | NEW | E-2-G | 1 SP35083 | 148.00 |
| MIA | FOUR ARROWS DECAL | 737EXP | NEW | WAREHOUSE - BULK | 4 SG8519 | 148.00 |
| MIA | PLUG-CONDUCTIVE | 737EXP | NEW | C-3-G | 1 BACC63BP16C10SN | 147.50 |
| MIA | GASKET | 737EXP | NEW | L-1-C | 5 15-20001C | 147.50 |
| MIA | SEAL, WHEEL WELL | 737EXP | NEW | I-1-E | 1 149A7661-54 | 147.42 |
| MIA | SCREW | 737EXP | NEW | L-2-B | 21 BACS12CX4-26 | 147.00 |
| MIA | DEMO ILV-20 DOUBLE CELL INFANT LIFE VEST | 737EXP-R | NEW | 737 SHELF | 2 5-10002-1300DEMO-999004 | 147.00 |
| MIA | FITTING | 737EXP | NEW | B-2-A | 4 140W2813-1 | 146.32 |
| MIA | NUT | 737EXP | SERV | D-4-I | 11 N551865-6 | 146.19 |
| MIA | BOLT | 737EXP | NEW | B-2-I | 56 616-10344-1 | 145.70 |
| MIA | NUT PLATE | 737EXP | NEW | C-3-F | 66 BACN10KE3E2CD | 145.20 |
| MIA | PLACARD, "FUEL TANK VENT" I/W 0831VBY | 737EXP | NEW | N-2-B | 20 0831VBY | 145.20 |
| MIA | SEAL | 737EXP | NEW | I-1-O | 1 149A7661-57 | 145.00 |
| MIA | BOLT | 737EXP | NEW | C-3-E | 174 BACB30NW6K4 | 144.40 |
| MIA | LATCH | 737EXP | NEW | D-2-E | 1 H502-1-125-250 | 144.00 |
| MIA | B SYSTEM HYDRAULIC RETURN FILTER | 737EXP | NEW | F-1-A | 3 65-90305-14A | 144.00 |
| MIA | PLACARD, ROW 29 FED | 737EXP | NEW | N-2-D | 15 BAC29PPS29315 | 144.00 |
| MIA | CLAMP | 737EXP | NEW | E-1-C | 96 BACC10U105 | 144.00 |
| MIA | SEAL | 737EXP | NEW | C-1-F | 2 801A50-0005A | 144.00 |
| MIA | CONNECTOR | 737EXP | NEW | B-1-C | 2 5065-10 | 144.00 |
| MIA | LAMP | 737EXP | NEW | N-3-C | 845 387 | 143.65 |
| MIA | CAP CUSHION | 737EXP | NEW | B-3-E | 81 69-44578-2 | 143.37 |
| MIA | MARKER- ALUMIUN FOIL | 737EXP | NEW | N-2-A | 9 BAC27DFS0219 | 143.10 |
| MIA | NUT | 737EXP | NEW | D-4-I | 20 BACN11ZBCK | 142.80 |
| MIA | STUD ASSY | 737EXP | NEW | E-1-G | 155 BACS21EE4R | 142.60 |
| MIA | SCREW | 737EXP | NEW | 737 SHELF | 46 NAS1102E3-12 | 142.00 |
| MIA | BUSHING | 737EXP | NEW | C-3-C | 79 BACB2BAK04-031 | 142.20 |
| MIA | TABLE BASE RUGS | 737EXP | NEW | CAGE | 3 GURU3102T | 142.02 |
| MIA | SEAL | 737EXP | NEW | B-1-I | 1 65-37945Y33 | 142.00 |
| MIA | CARPET | 737EXP | NEW | T43 | 2 7362 | 141.94 |
| MIA | PIN | 737EXP | NEW | D-3-E | 14 MS20392-2R17 | 141.40 |
| MIA | SCREW | 737EXP | NEW | A-3-E | 5 9111M3SP03 | 141.25 |
| MIA | CARPET | 737EXP | NEW | T26 | 2 7339 | 140.96 |
| MIA | INSULATION | 737EXP | NEW | L-2-B | 1 411A4906-1664 | 140.70 |
| MIA | DECAL/ FOR SAFETY THIS LAVATORY IS EQUIP | 737EXP | NEW | N-2-A | 17 0244VRW | 140.25 |
| MIA | NUTPLATE | 737EXP | NEW | D-2-D | 100 BACN10KE3E2CM | 140.00 |
| MIA | EXTRUSION | 737EXP | NEW | WAREHOUSE - BULK | 8 BAC1S22-527-171 | 140.00 |
| MIA | SEAL | 737EXP | NEW | L-1-A | 1 69-73881-9 | 140.00 |
| MIA | SEAL | 737EXP | NEW | L-1-A | 1 69-73881-9 | 140.00 |
| MIA | SEAL | 737EXP | NEW | L-1-A | 1 69-73881-9 | 140.00 |
| MIA | PLACARD | 737EXP | NEW | N-2-E | 2 BAC29PPS36203 | 140.00 |
| MIA | MIC | 737EXP | NEW | E-3-A | 1 602-4183 | 140.00 |
| MIA | PACKING | 737EXP | NS | E-3-G | 20 J221P155 | 140.00 |
| MIA | NUT | 737EXP | NEW | B-1-A | 159 42NKE054 | 139.92 |
| MIA | BOLT | 737EXP | NEW | C-3-C | 82 BACB30FN6A3 | 139.40 |
| MIA | BOLT | 737EXP | NEW | C-3-C | 82 BACB30FN6A4 | 139.40 |
| MIA | CORD | 737EXP | NEW | A-1-E | 2 69-41730-34 | 138.38 |
| MIA | BEARING | 737EXP | NEW | E-2-E | 1 BACB10A400M2L | 138.00 |
| MIA | PLACARD | 737EXP | NEW | N-2-D | 2 BAC27DLG170 | 138.00 |
| MIA | SOAP DISPENSER HOLDER | 737EXP | NEW | E-3-B | 5 TR-BASE12S | 136.50 |
| 733FAK | SEAT RECLINE CABLE | 733FAK | NEW | 733FAK | 2 830941-409 | 136.50 |
| MIA | NUT | 737EXP | NEW | E-1-C | 80 BACN10JD104 | 136.00 |
| MIA | EXIT SIGN HOUSING | 737EXP | NS | ENGINE TRAILER | 2 P2-01-0031-303 | 136.00 |
| MIA | SHIM  I/W 69-75957-9 | 737EXP | NEW | A-3-C | 8 284N1641-5 | 136.00 |
| MIA | BRACKET WATER FIRE BTL | 737EXP | NEW | TRAINING CLASS | 1 416N1040-3 | 136.00 |
| MIA | JUMPER | 737EXP | NEW | E-1-B | 17 BAC40AB27-8 | 136.00 |
| MIA | TUBING THERMOFIT | 737EXP | NEW | N-6-A | 2 MIL-LT 1/2 BLU | 136.00 |
| MIA | TUBING | 737EXP | NEW | N-6-A | 2 MIL-LT 1/4 BLU | 136.00 |
| MIA | SHIM | 737EXP | NEW | L-2-B | 1 315W3219-10 | 136.00 |
| MIA | PACKING, RUBBER | 737EXP | NEW | E-2-E | 50 M83485-1-134 | 136.00 |
| MIA | O-RING, RUBBER | 737EXP | NEW | D-4-I | 94 NAS1612-4 | 135.70 |
| MIA | CASE DRAIN BOWL | 737EXP | NEW | C-1-C | 1 7578929 | 135.31 |
| MIA | SHIM | 737EXP | NEW | ENGINE TRAILER | 1 69-21179-24 | 135.00 |
| MIA | SHROUD, ENDBAY - R/H | 737EXP | NEW | ENGINE TRAILER | 3 88113-2 | 135.00 |
| MIA | CSD LINE FILTER | 737EXP | NEW | F-2-B | 1 65-90305-20A | 135.00 |
| MIA | MARKER - ALUMINUM FOIL | 737EXP | NEW | N-2-A | 5 BAC27DFS0108 | 135.00 |
| MIA | TOP KIT | 737EXP | NEW | B-2-E | 15 65C37854-14 | 135.00 |
| MIA | FILTER, RESEVOIR PRESSURIZATION MODULE | 737EXP | NEW | H-1-B | 1 7595286-001 | 134.99 |
| 739FAK | SEAT RECLINE CABLE | 737EXP | NEW | 739FAK | 2 830941-409 | 134.82 |
| MIA | PLACARD PULL HANDLE AS SHOWN | 737EXP | NEW | N-2-C | 6 BAC27DCC3150 | 134.40 |
| MIA | STUD ASSY | 737EXP | NEW | E-1-G | 96 BACS21X6R | 134.40 |
| MIA | STUD | 737EXP | NEW | D-2-B | 96 BACS21AP220RP | 134.40 |
| MIA | NUT | 737EXP | NEW | B-1-A | 24 J1092P05 | 134.40 |
| MIA | SWITCH | 737EXP | NEW | B-3-B | 1 66AT22-3D | 134.00 |
| MIA | UNION | 737EXP | NEW | A-3-E | 8 AN816-6-6J | 133.36 |
| MIA | CAMLOCK | 737EXP | NEW | ENGINE TRAILER | 38 1127006-7 | 133.00 |
| MIA | SPRING COMPRESSION | 737EXP | NEW | B-3-B | 1 67565 | 133.00 |
| MIA | BUSHING | 737EXP | NEW | C-3-C | 38 BACB2BAK06-049 | 133.00 |
| MIA | TRIM - EDGE | 737EXP | SERV | B-2-TOP | 5 412A1450-3A | 132.80 |
| MIA | NUTPLATE | 737EXP | NEW | E-1-D | 39 BACN10KE4E2CD | 132.00 |
| MIA | OXY PRESSURE LINE | 737EXP | NEW | B-1-G | 1 65-20901-88 | 132.00 |
| MIA | LATCH ASSY | 737EXP | NEW | A-3-I | 4 411N1230-101 | 132.00 |
| MIA | BULB | 737EXP | NEW | N-1-C | 10 4593 | 130.00 |
| MIA | BOLT | 737EXP | NEW | E-3-G | 130 BACB30VF4K3 | 130.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MIA | RELAY | 737XP | NEW | H-1-B | 1 J-04A-017 | 130.00 |
| MIA | GASKET | 737XP | NEW | B-1-F | 5 NAS27198-24 | 130.00 |
| MIA | LAMP | 737XP | NEW | N-3-B | 206 757 | 129.78 |
| MIA | CARPET | 737XP | NEW | T21 | 2 7332 | 128.82 |
| MIA | CARPET | 737XP | NEW | T20 | 2 7331 | 128.82 |
| MIA | STUD | 737XP | NEW | C-3-I | 64 BACS21EE17R | 128.00 |
| MIA | ACCUMULATOR BRAKE SYSTEM PLACARD | 737XP | NEW | N-2-A | 32 BAC27DHY0292 | 128.00 |
| MIA | NUT | 737XP | NS | E-3-I | 100 BACN10JC08CD | 128.00 |
| MIA | QUICLOK | 737XP | NEW | 737 SHELF | 2 10031DT-003 | 128.00 |
| MIA | FASTEN SEAT BELT WHILE SEATED PLACARD | 737XP | NEW | N-2-B | 96 0140AD | 127.68 |
| MIA | SCREW | 737XP | NEW | N-2-C | 49 66-25875-2 | 127.40 |
| MIA | PACKING, RUBBER | 737XP | NEW | A-3-TOP | 19 2-329N674-70 | 127.30 |
| MIA | CAP ASSY | 737XP | NEW | B-3-F | 1 69-38748-1 | 127.00 |
| MIA | PLACARD NLG SHOCK STRUT SERV. CHART | 737XP | NEW | N-2-C | 6 BAC27DLG58 | 126.94 |
| MIA | PLACARD, ROW 3 FED I/W BAC29PP529263 | 737XP | NEW | N-2-D | 25 8614PGW-29263 | 126.25 |
| MIA | PLACARD, ROW 20 CBA I/W 8614PGW-29296 | 737XP | NEW | N-2-D | 25 8614PGW-29296 | 126.25 |
| MIA | PLACARD, ROW 15 CBA I/W BAC29PP529286 | 737XP | NEW | N-2-D | 25 8614PGW-29286 | 126.25 |
| MIA | HANDLE ASSY (TRAY TABLE) | 737XP | NEW | C-1-H | 2 827457-401A | 126.20 |
| MIA | PLACARD, GROUND HERE | 737XP | NEW | N-2-B | 24 0114AD | 126.00 |
| MIA | COLLAR | 737XP | NEW | C-3-I | 50 BACC30AG6 | 126.00 |
| MIA | BUMPER | 737XP | NEW | B-3-F | 18 412N1245-1 | 126.00 |
| MIA | BOLT | 737XP | NEW | B-1-E | 14 BACB30NY6K19 | 126.00 |
| MIA | GASKET | 737XP | NEW | C-2-TOP | 1 AGB43000-02 | 125.41 |
| MIA | PLACARD, CAT I NO AUTOLAND / AUTOLAND | 737XP | NEW | N-2-A | 7 A7065PMW | 125.30 |
| MIA | PLACARD, CAT III NO AUTOLAND / AUTOLAND | 737XP | NEW | N-2-A | 7 A7067PMW | 125.30 |
| MIA | MARKER ALUMINUM FOIL | 737XP | NEW | N-2-D | 9 8267MBS-0291 | 125.28 |
| MIA | GASPER AIR SOCKET FOR PSU | 737XP | NEW | A-1-D | 2 10-60141-26E | 125.26 |
| MIA | SWITCH/ANNUNCIATOR, RADIO | 737XP | NEW | C-2-D | 1 90KA1C5D4F1I28AL2N1 | 125.00 |
| MIA | PACKING, TEFLON | 737XP | NEW | C-3-I | 1 BACP11L333 | 125.00 |
| MIA | RUBBER STRIP CAP END | 737XP | NEW | E-2-G | 5 5700027-7APA | 125.00 |
| MIA | PACKING, RUBBER | 737XP | NEW | E-2-G | 2 58990-565 | 125.00 |
| MIA | PACKING, RUBBER | 737XP | NEW | E-2-G | 2 58990-564 | 125.00 |
| MIA | SWITCH | 737XP | NEW | B-3-B | 1 66AT22-3D | 125.00 |
| MIA | WASHER | 737XP | NEW | ENGINE TRAILER | 1 NAS509-5 | 125.00 |
| MIA | RING | 737XP | NS | E-3-G | 5 BACR12BP218 | 125.00 |
| MIA | CLAMP | 737XP | NEW | E-1-TOP | 78 BACC10JB032O346 | 124.80 |
| MIA | SOLENOID  I/W A420-066923-01 | 737XP | NEW | C-2-F | 1 A420-066923-00 | 124.75 |
| MIA | GASKET | 737XP | NEW | L-1-C | 4 10-61421-3 | 124.12 |
| MIA | LAMP | 737XP | NEW | N-3-C | 31 5008CW | 124.00 |
| MIA | FIRST AID KIT PLACARD | 737XP | NS | N-2-B | 20 3866PRWL | 124.00 |
| MIA | PLACARD HYDRAULIC FLOW DIRECTION | 737XP | NEW | N-2-C | 7 BAC27DHY361 | 123.90 |
| MIA | NUT | 737XP | NEW | C-3-I | 99 BACN10JC3CM | 123.75 |
| 732FAK | CFM56-7 FUEL PUMP FILTER | 737XP | NEW | | 1 65-90305-88AM | 123.32 |
| MIA | LAMP | 737XP | NEW | N-3-C | 280 6839BPE | 123.20 |
| MIA | CARPET | 737XP | NEW | T43 | 2 7363 | 123.18 |
| MIA | SEAL | 737XP | NEW | G-2-C | 1 149A7661-46 | 123.00 |
| MIA | SEAL | 737XP | NEW | G-2-C | 1 149A7661-46 | 123.00 |
| MIA | FILTER KIT, ENG FUEL PUMP | 737XP | NEW | F-2-A | 10 65-90305-18 | 122.50 |
| MIA | LAMP | 737XP | NEW | N-3-C | 678 327 | 122.04 |
| MIA | PLATE | 737XP | NEW | A-3-I | 1 411N2068-7 | 122.00 |
| MIA | APU FUEL CONTROL HIGH PRESSURE FILTER | 737XP | NEW | F-1-B | 10 65-90305-26A AM | 121.60 |
| MIA | PLACARD, FUEL STICK #8  I/W BAC27DFS305 | 737XP | NEW | N-2-B | 18 5121VBC | 121.50 |
| MIA | RUBSTRIP COVER | 737XP | NEW | E-2-G | 11 5Z1012-25APA | 121.00 |
| MIA | TRIM | 737XP | NEW | B-2-TOP | 1 412A1452-38 | 121.00 |
| MIA | LENS | 737XP | NEW | D-3-E | 23 MS21919WCF4 | 120.75 |
| MIA | CARPET UNDR SEAT LEFT FRONT | 737XP | NEW | T19 | 2 7329 | 120.36 |
| GATEWAY | FWD CARGO NET | 737XP | OH | | 1 65-67263-55 | 120.00 |
| MIA | CLAMP | 737XP | NEW | D-3-F | 40 MS21919W0G24 | 120.00 |
| MIA | FITTING | 737XP | NEW | C-2-D | 1 90-7807-7 | 120.00 |
| MIA | PLACARD PLEASE LOCK DOOR | 737XP | NEW | N-2-C | 6 66-33038-1 | 120.00 |
| MIA | BOLT | 737XP | NEW | C-3-E | 48 BACB30NN4K3 | 120.00 |
| MIA | AIRRILLE | 737XP | NEW | I-2-C | 1 411N14D5-5 | 120.00 |
| MIA | NUT | 737XP | NEW | E-1-C | 10 BACN10HR9C5 | 120.00 |
| MIA | BOLT | 737XP | NEW | E-1-A | 8 BACB30LU6-5 | 120.00 |
| MIA | HINGE SOCKET | 737XP | NS | I-2-B | 1 845791-4A | 120.00 |
| MIA | BOLT | 737XP | NEW | E-3-G | 10 BACB30LI4U2 | 120.00 |
| MIA | BOLT | 737XP | NEW | B-1-E | 20 BACB30ZE3K3 | 120.00 |
| MIA | NUT | 737XP | NEW | E-3-E | 12 BACN10YR6C | 120.00 |
| MIA | BUMPER | 737XP | NEW | B-1-E | 2 811453-3 | 120.00 |
| MIA | CLAMP | 737XP | NEW | ENGINE TRAILER | 169 BACC10DR7 | 119.99 |
| MIA | FLOURESCENT BULB | 737XP | NEW | FLOOR | 3 F04SCWBCAC | 119.70 |
| MIA | DOOR SEAL | 737XP | NEW | B-2-A | 1 65-49650-3 | 119.60 |
| MIA | SEAL-FUEL | 737XP | NEW | L-2-B | 5 69-77023-1 | 119.50 |
| MIA | CARPET | 737XP | NEW | T22 | 2 7333 | 119.08 |
| MIA | RIVET | 737XP | NEW | E-2-B | 85 NAS1198-3-5 | 119.00 |
| MIA | CENTER AISLE A/C | 737XP | NEW | T50 | 3 3073 | 118.89 |
| MIA | GASKET, RUBBER | 737XP | NEW | B-3-F | 9 69-41207-1 | 118.80 |
| MIA | PLACARD DOWN ARROW | 737XP | NEW | N-2-A | 13 BAC29PP536208 | 118.30 |
| MIA | SCREW | 737XP | NEW | C-3-B | 200 BACS12ER3K4 | 118.00 |
| MIA | BOLT | 737XP | NEW | A-3-A | 2 BACB30LJ5D12 | 118.00 |
| MIA | GASKET, HYDRAULIC PUMP X-LAC | 737XP | NEW | A-3-F | 9 33273323-2 | 117.90 |
| MIA | SEAL | 737XP | NEW | ENGINE TRAILER | 4 7116MR952T | 117.90 |
| MIA | PACKING | 737XP | NEW | A-3-D | 98 3-906LB06-80 | 117.60 |
| MIA | PLACARD-RED SQUARE STRIP | 737XP | NEW | N-2-C | 5 BAC27DPA4989 | 117.50 |
| MIA | O-RING | 737XP | NS | B-3-H | 47 NAS1612-12 | 117.50 |
| MIA | PACKING | 737XP | NEW | B-1-D | 2 305-482-701-0 | 117.50 |
| MIA | CARPET UNDER SEAT | 737XP | NEW | T-1 | 2 7303 | 117.04 |
| MIA | CLAMP | 737XP | NEW | B-1-G | 9 649-411-959-0 | 117.00 |
| MIA | STUD | 737XP | NEW | E-1-F | 90 BACS21AP18DRP | 117.00 |
| MIA | O-RING | 737XP | NEW | B-1-A | 13 NAS1611-011 | 117.00 |
| MIA | NUT PLATE | 737XP | NEW | C-3-F | 53 BACN11G3A3CD | 116.60 |
| MIA | PLACARD, ROW 21 FED | 737XP | NEW | N-2-D | 23 8614PGW-29299 | 116.15 |
| MIA | PLACARD, ROW 30 FED I/W BAC29PP529317 | 737XP | NEW | N-2-D | 23 8614PGW-29317 | 116.15 |
| MIA | RIVET | 737XP | NEW | D-2-B | 232 BACR15FP5MP5R | 116.00 |
| MIA | INSULATION BLANKET | 737XP | NEW | TOOL ROOM-12 | 1 411A4906-1822 | 116.00 |
| MIA | INSULATION BLANKET | 737XP | NEW | TOOL ROOM-12 | 1 411A4906-1568 | 116.00 |
| MIA | PLUG | 737XP | SERV | L-2-B | 1 BACC63D89-355N | 115.68 |
| MIA | PLACARD, "FLAG MUST BE ACROSS WINDOW. | 737XP | NEW | N-2-B | 16 1820PRW | 115.36 |
| MIA | PACKING,RUBBER | 737XP | NEW | D-2-H | 320 MZ598B-2-015 | 115.20 |
| MIA | CARPET | 737XP | NEW | T27 | 2 7340 | 114.72 |
| MIA | BUSHING | 737XP | NEW | C-3-C | 8 BACB28AK05-019 | 114.40 |
| MIA | PACKING  I/W J221P027, M83248-1-027 | 737XP | NEW | C-1-E | 52 J221P027 | 114.40 |
| MIA | PLACARD, SLIDE INSIDE | 737XP | NEW | N-2-O | 9 8614PRW-36223 | 114.39 |
| MIA | OUTLET-AIR | 737XP | NEW | A-3-G | 2 3740-11 | 114.08 |
| MIA | COLLAR | 737XP | NEW | C-1-A | 3 69-76555-1 | 113.70 |
| MIA | CONNECTOR | 737XP | NEW | C-3-I | 4 BACC45FN16A7P6 | 113.60 |
| MIA | PLACARD, "FUEL CONTROL PANEL" | 737XP | NEW | N-2-B | 22 0210AD | 113.30 |
| MIA | TRIM | 737XP | NEW | 737 SHELF | 1 411N1008-3 | 113.00 |
| MIA | BOLT | 737XP | NEW | 737 SHELF | 49 BACB30LR4-8 | 112.70 |
| MIA | NUTPLATE | 737XP | NEW | E-1-D | 9 BACN11G3B1 | 112.50 |
| MIA | NUT | 737XP | NEW | B-2-C | 90 BACN11Z3CD | 112.50 |
| MIA | LAMP | 737XP | NEW | CAGE | 6 Q4559K | 112.50 |
| MIA | PLACARD | 737XP | NEW | N-2-C | 1 BAC27DHY3B7 | 112.00 |
| MIA | BOLT | 737XP | NEW | C-3-G | 112 BACB30VF3K3 | 112.00 |
| MIA | GASKET | 737XP | NEW | B-1-I | 4 66-13280-1 | 112.00 |
| MIA | NUT | 737XP | NEW | E-1-C | 13 BACN10JC12CD | 111.80 |
| MIA | LENS | 737XP | NEW | A-2-H | 86 2100-100 | 111.80 |
| MIA | WASHER | 737XP | NEW | E-1-G | 657 BACW10DM8P | 111.69 |
| MIA | PLATE | 737XP | NEW | C-2-C | 2 851860-3 | 111.68 |
| MIA | COUPLING - QUICK DISCONNECT, STATIC SYST | 737XP | NEW | TOOL ROOM-5 | 2 1QF2-3-64C | 111.40 |
| MIA | PLACARD, ROW 16 FED I/W BAC29PP529289 | 737XP | NEW | N-2-D | 22 8614PGW-29289 | 111.10 |
| MIA | TERMINAL LUG | 737XP | NEW | E-1-G | 300 BACT12M19B | 111.00 |
| MIA | SEAL | 737XP | NEW | I-1-E | 1 186A3003-11 | 111.00 |
| MIA | BUSHING | 737XP | NEW | C-3-C | 79 BACB28AK04-027 | 110.88 |
| MIA | PLACARD, "NO STEP", I/W BAC27TTR0038 | 737XP | NEW | N-2-C | 18 8234MRSL-0038 | 110.34 |
| MIA | CARPET | 737XP | NEW | T22 | 2 7333 | 110.08 |
| MIA | WASHER | 737XP | NEW | I-1-E | 100 BACW10P399CD | 110.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MIA | CAMLOCK | 737EXP | NEW | ENGINE TRAILER | 40 | 1127006-6 | 110.00 |
| MIA | BULB, OIL TEMP | 737EXP | NEW | N-4-A | 1 | 56B17D | 110.00 |
| MIA | CLAMP | 737EXP | NEW | A-3-O | 22 | MS21919WCE6 | 110.00 |
| MIA | FITTING | 737EXP | NEW | A-3-E | 5 | MS21914V5P | 110.00 |
| MIA | SCREW | 737EXP | NEW | C-2-D | 2 | 9111M35P05 | 110.00 |
| MIA | FLUORESCENT LAMP - 24 IN | 737EXP | NEW | N-3-E | 6 | F017CWBCAC | 109.74 |
| MIA | BATTERY, FLASHLIGHT | 737EXP | NEW | H-2-C | 6 | P4-01-0021 | 109.44 |
| MIA | NUT | 737EXP | NEW | B-1-J | 26 | 65-545B-21B | 109.20 |
| MIA | DECAL, FUEL DRAIN | 737EXP | NEW | N-2-B | 1 | BAC27DFS254 | 109.00 |
| MIA | RETAINER-CLAMP | 737EXP | NEW | L-2-B | 1 | 315W3637-2 | 109.00 |
| MIA | BLOCK | 737EXP | NEW | B-3-B | 1 | 3A296-0303 | 109.00 |
| MIA | ASH RECEIVER | 737EXP | NEW | C-2-B | 1 | 849875-401A | 108.21 |
| MIA | SCREW | 737EXP | NEW | E-2-O | 72 | NAS8604-8 | 108.00 |
| MIA | PACKING | 737EXP | NEW | D-2-G | 9 | M25988-1-041 | 108.00 |
| MIA | BOLT L/W NAS1103-6 | 737EXP | NEW | C-3-G | 4 | BAC830ZB3-6 | 108.00 |
| MIA | CARPET | 737EXP | NEW | T27 | 2 | 7340 | 107.90 |
| MIA | CARPET | 737EXP | NEW | T27 | 2 | 7340 | 107.90 |
| MIA | CARPET | 737EXP | NEW | T27 | 2 | 7341 | 107.90 |
| MIA | CENTER AISLE A/C | 737EXP | NEW | INTERIOR | 1 | 3057 | 107.90 |
| MIA | SCREW | 737EXP | NEW | B-2-C | 96 | BAC830VF4K12 | 107.52 |
| MIA | BULB | 737EXP | NEW | N-3-B | 112 | 1818 | 107.52 |
| MIA | PLACARD, CAT II NO AUTOLAND / AUTOLAND | 737EXP | NEW | N-2-A | 6 | A7066PMW | 107.40 |
| MIA | LAMP | 737EXP | NEW | N-3-B | 22 | CM767 | 107.36 |
| MIA | PLUG | 737EXP | NEW | D-3-F | 28 | MS21913-6 | 106.40 |
| MIA | INSERT | 737EXP | NEW | A-3-E | 4 | 248004-23 | 106.08 |
| MIA | PLACARD, ROW 16 CBA | 737EXP | NEW | N-2-D | 21 | 8614PGW-29288 | 106.05 |
| MIA | PLACARD, ROW 8 CBA L/W BAC29PP529272 | 737EXP | NEW | N-2-D | 21 | 8614PGW-29272 | 106.05 |
| MIA | PLACARD FIRE EXTINGUISHER | 737EXP | NEW | N-2-B | 20 | BAC29PP536229 | 106.00 |
| MIA | DEFUELING STATION, PLACARD | 737EXP | NEW | N-2-A | 17 | 0471AD | 105.40 |
| MIA | HEATER, SURFACE | 737EXP | NEW | T71 | 3 | 2137-38 | 105.00 |
| MIA | PLACARD PSU VIDEO MONITORS L/W BAC29P | 737EXP | NEW | N-2-C | 7 | 8614PBW-38351 | 105.00 |
| MIA | RING | 737EXP | NEW | B-2-D | 3 | 512066-11 | 105.00 |
| MIA | O-RING | 737EXP | NEW | D-3-G | 150 | MS29513-153 | 105.00 |
| MIA | RIVET | 737EXP | NS | E-3-D | 3 | 1A508-0011 | 105.00 |
| MIA | END CAP | 737EXP | NEW | 737 SHELF | 7 | 432W7101-6C | 105.00 |
| MIA | PLACARD | 737EXP | NEW | N-2-A | 9 | 2119VBW | 104.85 |
| MIA | PLACARD, FASTEN SEAT BELT WHILE SEATED, | 737EXP | NEW | N-2-B | 10 | A5576PBN | 104.50 |
| MIA | CLAMP, FLIP-LOC | 737EXP | NEW | E-3-A | 3 | TA121-00004 | 104.34 |
| MIA | VALVE | 737EXP | NEW | A-1-H | 1 | 1292-3 | 104.00 |
| MIA | DATA PLATE | 737EXP | NEW | ENGINE TRAILER | 1 | 69-15742-1 | 104.00 |
| MIA | GASKET TEFLON | 737EXP | NEW | D-3-I | 80 | MS28782-25 | 104.00 |
| MIA | CAP | 737EXP | NEW | A-3-E | 10 | AS5233V06P | 103.50 |
| MIA | SOCKET | 737EXP | NEW | C-3-A | 94 | BACC47ET2 | 103.40 |
| MIA | WHEEL SEAL | 737EXP | NEW | I-1-D | 1 | 149A7661-3B | 103.00 |
| MIA | MARKER ALUMINUM FOIL | 737EXP | NEW | N-2-A | 10 | BACM10V32-2FC | 102.90 |
| MIA | HI LOCK | 737EXP | NEW | C-3-F | 51 | BACB30NXBK12Y | 102.00 |
| MIA | DECAL SMOKE GOGGLES | 737EXP | NEW | N-2-D | 5 | BAC27DCC2897 | 102.00 |
| MIA | PLACARD, "DRIP STICK" | 737EXP | NEW | N-2-A | 34 | 0917VBW | 102.00 |
| MIA | PACKING | 737EXP | NEW | A-1-C | 3 | 104054-0 | 102.00 |
| MIA | NUT | 737EXP | NEW | B-2-C | 100 | BACN10YR4CD | 102.00 |
| MIA | RESEVOIR PRESSURIZATION MODULE AIR FILT | 737EXP | NEW | B-3-B | 30 | 63B10463-20 | 102.00 |
| MIA | INSULATION BLANKET | 737EXP | NEW | TOOL ROOM-12 | 1 | 411A4906-1383 | 102.00 |
| MIA | FILTER, CABIN TEMPERATURE SENSOR | 737EXP | NEW | B-1-TOP | 4 | 213A6404-1 | 102.00 |
| MIA | SCREW | 737EXP | NEW | A-3-E | 4 | 9111M35P01 | 102.00 |
| MIA | PACKING, RUBBER | 737EXP | NEW | E-2-TOP | 125 | MS29513-250 | 101.25 |
| MIA | PLACARD, ROW 32 FED | 737EXP | NEW | N-2-D | 20 | 8614PGW-29321 | 101.00 |
| MIA | LAMP WARM WHITE | 737EXP | NEW | WAREHOUSE - BULK | 14 | F013WWBCAC | 100.80 |
| MIA | SWITCH | 737EXP | NEW | A-1-D | 2 | 104TL2-8 | 100.50 |
| MIA | STUD ASSY | 737EXP | NEW | E-1-G | 15 | BACS21EDAAR | 100.50 |
| MIA | O-RING, RUBBER | 737EXP | NEW | B-3-D | 189 | BACP11K6 | 100.17 |
| MIA | SCREW | 737EXP | NEW | L-2-B | 130 | BACS12ER3K13 | 100.10 |
| MIA | HEATER, SURFACE | 737EXP | NEW | T71 | 2 | 2137-35 | 100.00 |
| MIA | PLATE | 737EXP | NEW | B-2-J | 20 | 66-13873-2 | 100.00 |
| MIA | SHIM | 737EXP | NEW | ENGINE TRAILER | 8 | 66-22229-8 | 100.00 |
| MIA | CONNECTOR | 737EXP | NEW | ENGINE TRAILER | 1 | BACC45FN12A3S | 100.00 |
| MIA | REEL | 737EXP | NEW | A-1-A | 1 | 0108163-09 | 100.00 |
| MIA | HOLDER | 737EXP | NEW | D-2-G | 5 | LH620 | 100.00 |
| MIA | SUNVISOR WITH OUT CLIPS | 737EXP | NEW | B-3-E | 1 | 69-2524-7 | 100.00 |
| MIA | OXYGEN FILLER COUPLER | 737EXP | NEW | TOOL ROOM-16 | 1 | 5020-01 | 100.00 |
| MIA | PLACARD, CARGO LOADING | 737EXP | NEW | N-2-A | 5 | BAC27DPA5014 | 100.00 |
| MIA | LAV DRAIN SEAL | 737EXP | OH | A-2-B | 2 | 16205-010 | 100.00 |
| MIA | GEAR PIN MLG | 737EXP | NEW | TOOL ROOM-2 | 2 | F72732 | 100.00 |
| MIA | PACKING | 737EXP | NEW | E-2-G | 1 | 58990-011 | 100.00 |
| MIA | RETAINING RING | 737EXP | NS | A-1-C | 1 | 104033-0 | 100.00 |
| MIA | BOLT | 737EXP | NEW | C-3-TOP | 2 | BACB30PN5H16 | 100.00 |
| MIA | NUT PLATE | 737EXP | NEW | E-1-D | 100 | BACN10JR3F | 100.00 |
| MIA | BUSHING | 737EXP | NS | A-2-G | 4 | BACB28AK04-052 | 100.00 |
| MIA | PIN | 737EXP | NEW | D-2-G | 100 | HST11AG6-5 | 100.00 |
| MIA | SNUBBER ASSY | 737EXP | NEW | B-1-J | 1 | 2044021-1 | 100.00 |
| MIA | NIPPLE FITTING | 737EXP | NEW | B-3-J | 1 | J534P10 | 100.00 |
| MIA | INDICATOR | 737EXP | NEW | B-2-J | 1 | G3014 | 100.00 |
| MIA | PACKING | 737EXP | NS | B-1-D | 5 | J221P114 | 100.00 |
| MIA | NUTPLATE | 737EXP | NEW | E-1-C | 10 | BACN10JR6CFD | 100.00 |
| MIA | PACKING | 737EXP | NEW | D-4-I | 100 | NAS1612-5 | 100.00 |
| MIA | PACKING | 737EXP | NEW | C-4-C | 100 | M25988-1-013 | 100.00 |
| MIA | PACKING | 737EXP | NEW | A-1-D | 2 | J221P035 | 100.00 |
| MIA | O-RING, RUBBER | 737EXP | NEW | D-4-G | 20 | NAS1611-113 | 100.00 |
| MIA | SCREW | 737EXP | NS | E-3-G | 100 | MS24693C51 | 100.00 |
| MIA | NUT | 737EXP | NEW | E-3-E | 10 | BACN10YR3CM | 100.00 |
| MIA | COTTER PIN | 737EXP | NEW | D-3-G | 100 | MS24665-306 | 100.00 |
| MIA | UNION | 737EXP | NEW | A-2-E | 1 | MS21902-6T | 100.00 |
| MIA | GASKET - L/W AN900-10 | 737EXP | NEW | A-3-C | 200 | MS35769-11 | 100.00 |
| MIA | PIN | 737EXP | SERV | E-1-B | 100 | MS20392-1C21 | 100.00 |
| MIA | SPACER | 737EXP | NEW | E-1-B | 4 | NAS43DD1-27 | 100.00 |
| MIA | WIRE MESH | 737EXP | NEW | I-1-E | 5 | 20-21112 | 100.00 |
| MIA | RIVET | 737EXP | NS | H-1-B | 100 | BACR15BA4AD4C | 100.00 |
| MIA | CLAMP | 737EXP | SERV | G-2-A | 40 | BACC10J802ZC040 | 100.00 |
| MIA | PAD-WEAR | 737EXP | NEW | H-2-B | 1 | 114A1811-3 | 100.00 |
| MIA | PAD-WEAR | 737EXP | NEW | H-2-B | 1 | 114A1811-3 | 100.00 |
| MIA | STRAP | 737EXP | NEW | A-4-B | 4 | MS250B3-2BB2 | 100.00 |
| MIA | JUMPER ASSY | 737EXP | NS | A-3-A | 10 | 86654-9 | 100.00 |
| MIA | BOLT | 737EXP | NEW | B-2-A | 10 | BACB30LESU14 | 100.00 |
| MIA | BRACKET | 737EXP | NEW | H-1-B | 1 | 896698 | 100.00 |
| MIA | BOLT | 737EXP | NEW | C-2-C | 100 | BACB30NN3K7 | 100.00 |
| MIA | ADAPTER | 737EXP | NEW | B-1-I | 4 | AN807-4D | 100.00 |
| MIA | SCREW | 737EXP | NEW | A-1-E | 4 | 9111M35P02 | 100.00 |
| MIA | KEY, COCKPIT | 737EXP | NEW | A-1-C | 10 | 60370-1 | 100.00 |
| MIA | ADAPTER | 737EXP | NEW | N-4-A | 3 | UG564U | 99.99 |
| MIA | BOLT | 737EXP | SERV | C-3-E | 3 | BACB30USBK29 | 99.99 |
| MIA | NUT | 737EXP | SERV | C-3-E | 3 | H39953-8 | 99.99 |
| MIA | WASHER | 737EXP | NEW | D-4-E | 4992 | NAS1149CN616R | 99.84 |
| MIA | COLLAR | 737EXP | NEW | I-1-E | 174 | BACC308L10 | 99.18 |
| MIA | PIN | 737EXP | NEW | D-4-B | 99 | MS390B6-15B | 99.00 |
| MIA | SEAL | 737EXP | NEW | I-1-E | 1 | 186A3003-17 | 99.00 |
| MIA | SEAL | 737EXP | NEW | I-1-E | 1 | 186A3003-17 | 99.00 |
| MIA | ESCUTCHEON-RJU | 737EXP | NEW | B-1-H | 1 | 1010206-303BHW | 99.00 |
| MIA | PACKING | 737EXP | NEW | C-3-I | 79 | BACP11K5 | 98.75 |
| MIA | PACKING | 737EXP | NEW | B-1-D | 44 | 69-397-003-0 | 98.72 |
| MIA | HI-TAK TAPE | 737EXP | NEW | B-3-E | 6 | EN110589 | 98.40 |
| MIA | O-RING, BACKUP, PLASTIC | 737EXP | NEW | D-3-G | 172 | MS28774-021 | 98.04 |
| MIA | BULBS | 737EXP | NEW | N-3-B | 99 | 1665 | 98.01 |
| MIA | NUTPLATE | 737EXP | NEW | E-1-D | 70 | BACN10YF42CD | 98.00 |
| MIA | BUSHING | 737EXP | NEW | C-3-C | 98 | BACB28AT068014C | 98.00 |
| MIA | CAP - END | 737EXP | NEW | A-1-I | 1 | 432W7101-14B | 98.00 |
| MIA | WIRE, BONDING, 4" | 737EXP | NEW | E-2-C | 100 | BAC140A20-4 | 98.00 |
| MIA | BRACKET, MEDICAL KIT | 737EXP | NEW | T87 | 2 | MT100154 | 97.50 |
| MIA | BOLT, FIXED ELT MOUNTING TRAY | 737EXP | NEW | C-3-D | 75 | BACB30LK06-4 | 97.50 |
| MIA | GASKET METAL AND RUBBER | 737EXP | NEW | B-3-D | 3 | 84B367-16 | 97.50 |

| MIA | COCKPIT MICROPHONE | 737EXP | SERV | E-3-F | 1 63999-000 | 96.36 |
|---|---|---|---|---|---|---|
| MIA | COCKPIT MICROPHONE | 737EXP | REP | E-3-F | 1 63999-000 | 96.36 |
| MIA | COCKPIT MICROPHONE | 737EXP | SERV | E-3-F | 1 63999-000 | 96.36 |
| MIA | CAMLOCK | 737EXP | NEW | ENGINE TRAILER | 35 1127006-4 | 96.25 |
| MIA | BOLT | 737EXP | NEW | A-3-E | 1 315A2014-1 | 96.25 |
| MIA | BOLT | 737EXP | NEW | I-2-B | 98 BACB30NN3KS | 96.04 |
| MIA | BULB | 737EXP | NEW | N-1-A | 4 4557 | 96.00 |
| MIA | BULBS | 737EXP | NEW | N-3-C | 160 345 | 96.00 |
| MIA | HOSE ASSY, I/W AS154A04EN0160K | 737EXP | NEW | I-2-B | 2 BACH8A04EN0160K | 96.00 |
| MIA | HOSE ASSY, I/W AS154A04EN0160K | 737EXP | NEW | I-2-B | 2 BACH8A04EN0160K | 96.00 |
| MIA | BOLT | 737EXP | NEW | C-3-O | 2 BACB30LI12K26 | 96.00 |
| MIA | PIN | 737EXP | NEW | C-3-A | 6 BACC47E53 | 96.00 |
| MIA | COLLAR | 737EXP | NEW | C-3-I | 96 BACC30BH65 | 96.00 |
| MIA | BOLT | 737EXP | NEW | B-2-O | 1 BACB30LM4D52 | 96.00 |
| MIA | PLACARD,ROW 5 CBA | 737EXP | NEW | N-2-O | 19 B614PGW-29266 | 95.95 |
| MIA | BOLT | 737EXP | NEW | C-3-E | 4 BACB30MR7K12 | 95.60 |
| MIA | CARPET UNDER SEAT RIGHT SIDE | 737EXP | NEW | T13 | 2 7319 | 95.48 |
| MIA | KNOB | 737EXP | NEW | E-3-G | 1 635016-3 | 95.45 |
| MIA | RETAINER | 737EXP | NEW | B-1-E | 2 60-4443-7 | 95.20 |
| MIA | PLACARD, ROW 13 CB | 737EXP | NEW | N-2-O | 10 B614PBW-29366QF | 95.00 |
| MIA | SHROUD SEATS | 737EXP | NEW | I-1-E | 1 849822-1C | 95.00 |
| MIA | ARM CAP ASSY | 737EXP | NEW | G-2-A | 1 844605-413M | 95.00 |
| MIA | TEE | 737EXP | NEW | C-2-A | 1 BACT16AW100B08D | 95.00 |
| MIA | BUSHING | 737EXP | SERV | C-2-G | 19 BACB2BAT09804BC | 95.00 |
| MIA | BOLT | 737EXP | NEW | B-2-B | 8 BACB30LE3U18 | 94.64 |
| MIA | NUT | 737EXP | NEW | E-1-O | 86 BACN10YI3F | 94.60 |
| MIA | CANNON | 737EXP | SERV | B-1-O | 12 BACC10KE10 | 94.56 |
| MIA | DEFIBRILLATOR PLACARD | 737EXP | NEW | N-2-A | 7 A011BPMW | 94.50 |
| MIA | SCREW | 737EXP | NEW | C-3-O | 98 BACB30LH2-5 | 94.08 |
| MIA | LIGHTS SHADE | 737EXP | NEW | 737 SHELF | 1 233A8304-20 | 94.00 |
| MIA | SPACER | 737EXP | NEW | E-2-E | 94 NAS10S773-050 | 94.00 |
| MIA | LAMP | 737EXP | NEW | N-1-A | 5 Q4559K | 93.75 |
| MIA | BULB | 737EXP | NEW | N-3-O | 7 F8024-830 | 93.73 |
| MIA | PACKING | 737EXP | NEW | B-1-O | 4 649-397-002-0 | 93.72 |
| MIA | BULBS I/W ML311 | 737EXP | NEW | N-1-E | 151 311 | 93.62 |
| MIA | LAMP, FLOURESCENT | 737EXP | NEW | N-3-O | 13 5106WW | 93.60 |
| MIA | WASHER | 737EXP | NEW | N-4-A | 8 66-19877-3 | 93.60 |
| MIA | PLACARD, "HANDICAP" SIGN  I/W BAC29PPS3 | 737EXP | NEW | N-2-O | 13 B614PAW-38297 | 93.34 |
| MIA | RETAINER, STATIC WICK | 737EXP | NEW | A-2-C | 5 16335 | 93.03 |
| MIA | L/H SOCKET HINGE | 737EXP | NEW | L-2-A | 1 845791-3A | 93.00 |
| MIA | HOLDER LAMP | 737EXP | NEW | D-2-A | 1 BV03031D01-24 | 92.40 |
| MIA | BOLT | 737EXP | NEW | C-3-E | 4 BACB30MR7K10 | 92.00 |
| MIA | PLACARD HYDRAULIC RESERVOIR ASSY | 737EXP | NEW | N-2-C | 2 BAC27DHY381 | 92.00 |
| MIA | TERMINAL LUG | 737EXP | NEW | B-3-B | 92 BACT12ACG2 | 92.00 |
| MIA | NUT | 737EXP | NEW | E-1-C | 2 BACN10JC18CD | 91.20 |
| MIA | BOLT | 737EXP | NEW | C-3-E | 76 BACB30NW6K14 | 91.20 |
| MIA | PLACARD, ROW 33 CBA I/W BAC29PPS29322 | 737EXP | NEW | N-2-O | 18 B614PGW-29322 | 90.90 |
| MIA | PLACARD, ROW 33 FED | 737EXP | NEW | N-2-O | 18 B614PGW-29293 | 90.90 |
| MIA | PLACARD, ROW 12 FED | 737EXP | NEW | N-2-O | 18 B614PGW-29281 | 90.90 |
| MIA | SUPPORT | 737EXP | NEW | A-3-E | 1 315A2520-8 | 90.24 |
| MIA | BEARING, FLAP CARRIAGE | 737EXP | NEW | C-3-A | 2 BACB10B-96 | 90.00 |
| MIA | BEARING, FLAP CARRIAGE | 737EXP | NEW | C-3-A | 2 BACB10B-96 | 90.00 |
| MIA | PLACARD- WARNING- USE CARE WHEN OPER/ | 737EXP | NEW | N-2-E | 3 BAC27DPA5309 | 90.00 |
| MIA | SPRING RETAINER | 737EXP | NEW | E-2-F | 45 R6US6DZA | 90.00 |
| MIA | PLACARD, LATCH CLOSED LOAD 36LBS I/W BA | 737EXP | NEW | N-2-B | 10 B614PBW-36270 | 90.00 |
| MIA | SOCKET | 737EXP | NEW | C-3-A | 6 BACC47ET3 | 90.00 |
| MIA | TOILET PAPER HOLDER | 737EXP | NEW | B-2-F | 1 D73070034-101 | 90.00 |
| MIA | BOLT | 737EXP | NEW | E-3-G | 10 BACB30LI4U5 | 90.00 |
| MIA | SEAT BELT EXTENSIONS | 737EXP | NEW | E-3-E | 2 E6-6600B0R-31 | 90.00 |
| MIA | INSULATION | 737EXP | NEW | L-2-A | 1 411A4906-2151 | 90.00 |
| MIA | NUTPLATE | 737EXP | NEW | E-1-C | 9 BACN10JR6CFD | 90.00 |
| MIA | CONNECTOR | 737EXP | NEW | B-1-O | 10 BACC45FN10-5S | 90.00 |
| MIA | 10K OHM RESISTOR | 737EXP | NEW | C-1-H | 18 705-1044-000 | 90.00 |
| MIA | CARPET UNDER SEAT LEFT SIDE | 737EXP | NEW | T13 | 2 7320 | 89.82 |
| MIA | COTTER PIN | 737EXP | NEW | E-3-E | 3 BACP18BC04A10P | 89.61 |
| MIA | LAV DOOR CAP END | 737EXP | SERV | B-2-J | 5 432W7101-6L | 89.25 |
| MIA | PACKING, PLASTIC | 737EXP | NEW | D-3-I | 343 MS28782-16 | 89.18 |
| MIA | WEBBING | 737EXP | NEW | B-2-G | 2 65C31841-1 | 88.88 |
| MIA | FIRST AID KIT PLACARD | 737EXP | NEW | N-2-B | 3 0157AD | 88.40 |
| MIA | SCREW | 737EXP | NEW | B-3-A | 20 NAS1801-3-13 | 88.20 |
| MIA | SEAL | 737EXP | NEW | ENGINE TRAILER | 1 10-60834-101 | 88.00 |
| MIA | SET SCREW | 737EXP | NEW | C-2-H | 22 AN56SF1032H16 | 88.00 |
| MIA | BRACKET WATER FIRE BTL | 737EXP | NEW | TRAINING CLASS | 1 H3-1395-1 | 88.00 |
| MIA | END CAP | 737EXP | NEW | B-1-A | 4 432W7101-6J | 88.00 |
| MIA | LAMP | 737EXP | NEW | N-1-C | 8 4594 | 88.00 |
| MIA | CENTER AISLE RUG | 737EXP | NEW | T52 | 1 7378 | 87.90 |
| MIA | CENTER AISLE RUG | 737EXP | NEW | T52 | 1 7380 | 87.90 |
| MIA | 22 FCC OPS SOFTWARE DISKETT | 737EXP | NEW | N-6-C | 7 831-5854-150 | 87.50 |
| MIA | PLACARD| EMERGENCY EGRESS. IN THE EVEN | 737EXP | NEW | N-2-B | 5 A3634VMW | 87.50 |
| MIA | BEARING | 737EXP | NEW | C-3-C | 38 BACB28AK07-04S | 87.40 |
| MIA | PLACARD I/W BACM10V31-24BK ( NO.3 TANK | 737EXP | NEW | N-2-O | 9 2393MBS | 87.30 |
| MIA | CONNECTOR | 737EXP | NEW | D-2-F | 2 K4942 | 87.00 |
| MIA | PLACARD ( PNEUMATIC BRAKE SYSTEM CHAR | 737EXP | NEW | N-2-C | 10 BACM10PS26FV | 87.00 |
| MIA | PLACARD, 2 ROW FD | 737EXP | NEW | N-2-O | 10 BAC29PPS29343 | 87.00 |
| MIA | PIN KIT | 737EXP | SERV | A-3-E | 6 M83519/2-8 | 87.00 |
| MIA | PLACARD, NO STOWAGE | 737EXP | SERV | N-2-C | 11 BAC29PPS36217 | 86.90 |
| MIA | SEAL | 737EXP | NEW | C-2-I | 7 AS1895-7-400 | 86.80 |
| MIA | HOLDER, COCKPIT MIC | 737EXP | NEW | B-1-C | 5 5429-2 | 86.40 |
| MIA | BOLT | 737EXP | NEW | C-3-O | 1 BACB30LE8DK83 | 86.00 |
| MIA | IUL-BLACK FINISH | 737EXP | NEW | WINDOW | 1 1294-2-1 | 86.00 |
| MIA | RING | 737EXP | NEW | E-1-E | 86 BACR12BM111 | 86.00 |
| MIA | PLACARD, ROW 25 FED | 737EXP | NEW | N-2-O | 17 B614PGW-29307 | 85.85 |
| MIA | PLACARD, ROW 29 CBA | 737EXP | NEW | N-2-O | 17 B614PGW-29314 | 85.85 |
| MIA | PLACARD, ROW 31 CBA | 737EXP | NEW | N-2-O | 17 B614PGW-29318 | 85.85 |
| MIA | PLACARD, ROW 6 FED | 737EXP | NEW | N-2-O | 17 B614PGW-29269 | 85.85 |
| MIA | STUD | 737EXP | NEW | A-3-B | 10 BACS21EE7RB | 85.70 |
| MIA | PLACARD, LATCH CLOSED LOAD LIMIT 160LB/ | 737EXP | NEW | N-2-B | 9 B614PBW-36332 | 85.50 |
| MIA | FITTING | 737EXP | NEW | A-1-E | 10 MS21913V4P | 85.20 |
| MIA | SEAL, GALLEY, 7 FT. | 737EXP | NEW | CAGE | 1 10-60754-16 | 85.18 |
| 752FAK | AXLE PROTECTOR | 737EXP | NS | 752FAK | 1 FB0007-1 | 85.00 |
| 753FAK | AXLE PROTECTOR | 737EXP | NS | 753FAK | 1 FB0007-1 | 85.00 |
| MIA | HOSE ASSY,CSD | 737EXP | NEW | I-2-B | 1 BACH5SD173XTF | 85.00 |
| MIA | AXLE PROTECTOR | 737EXP | NS | TOOL ROOM-4 | 1 FB0007-1 | 85.00 |
| MIA | AXLE PROTECTOR | 737EXP | NS | TOOL ROOM-4 | 1 FB0007-1 | 85.00 |
| MIA | CAP ASSY | 737EXP | NS | B-1-F | 1 630-1001-038 | 84.90 |
| MIA | SEAL | 737EXP | NEW | ENGINE TRAILER | 1 65-29542-28 | 84.70 |
| MIA | SCREW/LEADING EDGE PANELS | 737EXP | NEW | C-3-G | 102 BACB30DO3K9 | 84.66 |
| MIA | RUB STRIP CHANNEL | 737EXP | NEW | I-2-B | 3 S21011-31APA | 84.00 |
| MIA | SCREW | 737EXP | NEW | E-1-F | 14 BACS12ER4K14 | 84.00 |
| MIA | SMOKE HOOD | 737EXP | NEW | N-2-O | 6 BAC29PPS36232 | 84.00 |
| MIA | 737-400 PITOT COVER | 737EXP | NEW | N-1-O | 7 PITOT COVER-400 | 84.00 |
| MIA | SCREW | 737EXP | NEW | I-1-E | 1 89911-00167 | 84.00 |
| MIA | SCREW | 737EXP | NEW | H-1-B | 1 89911-00167 | 84.00 |
| MIA | SCREW | 737EXP | SERV | H-1-B | 1 89911-00167 | 84.00 |
| MIA | SCREW | 737EXP | NEW | H-1-B | 1 89911-00167 | 84.00 |
| MIA | LAMP HOLDER  I/W BV03303-20 | 737EXP | NEW | D-2-G | 1 LH621 | 83.90 |
| MIA | SEAL | 737EXP | NEW | ENGINE TRAILER | 1 10-60834-54 | 83.80 |
| MIA | TABLE BASE RUGS | 737EXP | NEW | INTERIOR | 3 GLRU3102 | 83.70 |
| MIA | HI-TAK TUFSEAL FLAME RETARDANT X 0.50" V | 737EXP | NEW | E-3-E | 1 HT-3935-7FR-050 | 83.30 |
| MIA | FLASHTUBE - LAMP | 737EXP | NEW | B-1-C | 1 55-0283-3 | 83.22 |
| MIA | JUMPER | 737EXP | NEW | E-1-B | 14 BAC14DAB26-6 | 82.60 |
| MIA | LIFE VEST UNDER SEAT PLACARD | 737EXP | NEW | N-2-C | 62 0141AD | 82.46 |
| MIA | BOLT | 737EXP | NEW | C-3-F | 84 BACB30NY6K11 | 82.32 |
| MIA | PLACARD, EQUIPMENT COOLING | 737EXP | NEW | N-2-B | 20 7875V8W | 82.00 |
| MIA | BEZEL,GREY - 400 | 737EXP | NEW | A-1-H | 1 11-6557-58 | 82.00 |
| MIA | LIGHT-SHADE | 737EXP | NEW | B-1-I | 1 233A8304-19 | 82.00 |
| MIA | PLACARD, NO STOWAGE | 737EXP | SERV | N-2-C | 9 BAC29PPS0950 | 81.90 |
| MIA | SWITCH GUARD | 737EXP | NEW | A-2-H | 9 2100-11 | 81.90 |

| MIA | LAMP | 737XP | NEW | N-3-B | 93 1873F | 81.84 |
|---|---|---|---|---|---|---|
| MIA | WASHER, PSU | 737XP | NEW | B-1-TOP | 4 417N3151-6 | 81.60 |
| MIA | NUT | 737XP | NEW | D-2-F | 4 J979P04 | 81.60 |
| MIA | ENGINE HAZARD AREA WARNING | 737XP | NEW | N-2-B | 8 0537VMW | 81.60 |
| MIA | PLACARD LAVATORY | 737XP | NEW | N-2-C | 11 65-29208-16 | 81.40 |
| MIA | BOLT | 737XP | NEW | C-3-I | 127 BAC830VF3K7 | 81.28 |
| MIA | LAMP, STROBE LIGHT | 737XP | NEW | B-1-D | 1 55-0331-3A | 81.25 |
| MIA | STATIC DISCHARGER | 737XP | NEW | C-1-B | 3 740007 | 81.00 |
| MIA | FILTER KIT, ENGINE MAIN OIL STRAIN | 737XP | NEW | F-1-A | 3 EA329 | 81.00 |
| MIA | UNION | 737XP | NEW | D-3-E | 3 MS21902-5J | 81.00 |
| MIA | PLACARD, "NO STEP" | 737XP | NEW | N-2-B | 9 BAC27TTR0038 | 81.00 |
| MIA | CSD LINE FILTER | 737XP | NEW | F-2-B | 4 65-90305-20A | 80.80 |
| MIA | PLACARD, ROW 27 FED I/W BAC29PPS29311 | 737XP | NEW | N-2-O | 16 8614PGW-29311 | 80.80 |
| MIA | PLACARD, ROW 24 CBA | 737XP | NEW | N-2-B | 16 8614PGW-29304 | 80.80 |
| MIA | PLACARD, ROW 28 CBA I/W BAC29PPS29312 | 737XP | NEW | N-2-O | 16 8614PGW-29312 | 80.80 |
| MIA | WASHER | 737XP | NEW | D-2-A | 96 BACW10DS35 | 80.64 |
| MIA | BOLT | 737XP | NEW | B-3-A | 38 BACB30NM4K10 | 80.56 |
| MIA | O-RING, RUBBER | 737XP | NEW | D-4-I | 179 NAS1612-8A | 80.55 |
| MIA | BRACKET | 737XP | NEW | C-3-C | 3 BACB20J4A | 80.00 |
| MIA | BEARING | 737XP | NEW | ENGINE TRAILER | 2 80409 | 80.00 |
| MIA | PLACARD, ROW 5 CBA  I/W BAC29PPS29266 | 737XP | NEW | N-2-O | 10 A0479PGW-SCBA | 80.00 |
| MIA | WASHER | 737XP | NEW | C-1-G | 2 807989-5 | 80.00 |
| MIA | LENS ASSY-AMBER | 737XP | NEW | C-2-C | 4 855974-8 | 80.00 |
| MIA | BUSHING | 737XP | NEW | E-2-D | 4 NAS75-5-016 | 80.00 |
| MIA | NUT | 737XP | NEW | C-3-C | 10 BACN10MT3 | 80.00 |
| MIA | CLAMP | 737XP | NS | A-1-E | 4 44LC13WS4R | 80.00 |
| MIA | BOLT | 737XP | NEW | E-3-G | 10 BACB30LI4U3 | 80.00 |
| MIA | SEAL, 335-299-400-0, & VL359GE92 & 335-299 | 737XP | NEW | A-3-A | 1 335-299-401-0 | 80.00 |
| MIA | WASHER | 737XP | NEW | B-1-F | 80 NAS1252J10H | 80.00 |
| MIA | BOLT | 737XP | NEW | H-1-B | 16 NAS604-9 | 80.00 |
| MIA | BOLT | 737XP | NEW | C-1-C | 40 BACB30YP6K6 | 80.00 |
| MIA | BLOCK | 737XP | NS | D-4-I | 2 3A044-0231 | 80.00 |
| MIA | FLOURESCENT BULB | 737XP | NEW | FLOOR | 2 F04SCWBCAC | 79.80 |
| MIA | BULBS | 737XP | SERV | N-3-B | 98.4 1308 | 79.70 |
| MIA | CENTER AISLE A/C | 737XP | NEW | T44 | 1 3077 | 79.64 |
| MIA | SELF LEVELING GREEN SEALANT | 737XP | NEW | 737 SHELF | 2 HT3326-5 | 79.38 |
| MIA | PLUG | 737XP | NEW | D-4-D | 13 MS9954-06 | 79.30 |
| MIA | JTBD FUEL CONTROL INLET FILTER | 737XP | NEW | F-2-B | 2 65-90305-19 | 79.20 |
| MIA | SCREW | 737XP | NEW | E-1-F | 99 BACS12FA0BK8 | 79.20 |
| MIA | UNION | 737XP | NEW | E-2-A | 1 MS21924U16 | 79.00 |
| MIA | CAP | 737XP | NEW | B-2-J | 1 849847-005K | 79.00 |
| MIA | WASHER | 737XP | NEW | E-2-TOP | 98 MS35340-43 | 78.40 |
| MIA | BOLT | 737XP | NEW | C-3-A | 98 BACB30NX6K8 | 78.40 |
| MIA | GASKET | 737XP | NEW | L-2-B | 1 41P5118 | 78.05 |
| MIA | LAMP | 737XP | NEW | N-3-B | 39 632 | 78.00 |
| MIA | PLACARD, ROW 3 FD | 737XP | NEW | N-2-O | 6 BAC29PPS29345 | 78.00 |
| MIA | FLUORESCENT BULB | 737XP | NEW | FLOOR | 2 F04SWWBCAC | 78.00 |
| MIA | PLACARD - MARKER | 737XP | NEW | N-2-A | 3 BAC27DCC5459 | 78.00 |
| MIA | BRACKET, WATER FIRE BOTTLE | 737XP | NEW | TRAINING CLASS | 1 H3-1301-2 | 78.00 |
| MIA | PLACARD, EQUIPMENT COOLING | 737XP | NEW | N-2-B | 19 7875VBW | 77.90 |
| MIA | WASHER | 737XP | NEW | C-2-F | 95 BACW10BP8CD | 77.90 |
| MIA | CARPET UNDER SEAT LEFT SIDE | 737XP | NEW | T16 | 1 7322 | 77.80 |
| MIA | HOSE | 737XP | NEW | ENGINE TRAILER | 1 624131-4-0106 | 77.47 |
| MIA | GENERATOR, VORTEX | 737XP | NEW | B-2-I | 1 65C29223-1 | 77.22 |
| MIA | BUSHING | 737XP | NS | C-3-C | 14 BACB28U9E044 | 77.00 |
| MIA | BALL | 737XP | NEW | A-2-E | 1 BACB10TM2-12A | 77.00 |
| MIA | INSULATION BLANKET | 737XP | NEW | TOOL ROOM-12 | 1 411A4906-1803 | 77.00 |
| MIA | SCREWS | 737XP | NEW | 737 SHELF | 100 BACB30VF4K5 | 77.00 |
| MIA | PLACARD EMERGENCY EXIT ONLY | 737XP | NEW | N-2-B | 5 BAC27DPAS140 | 76.50 |
| MIA | SCREW | 737XP | NEW | A-3-E | 3 9111M3SP01 | 76.50 |
| MIA | PLACARD, NOSE LANDING EMERGENCY MANU | 737XP | NEW | N-2-C | 4 65-17593-257 | 76.36 |
| MIA | CONTACT SOCKET | 737XP | NEW | B-2-E | 77 M39029/32-260 | 76.23 |
| MIA | NUT | 737XP | NEW | E-1-E | 282 BACN10YR4CD | 76.14 |
| MIA | GASKET CRUSH, APU LOAD CONTROL | 737XP | NEW | A-3-F | 4 3612170-2 | 76.00 |
| MIA | PLACARD, CAUTION VERIFY THE PRIMARY DO | 737XP | NEW | N-2-A | 5 A3633VMW | 76.00 |
| MIA | CIRCUIT BREAKER | 737XP | NEW | C-3-H | 4 BACC18AD5 | 76.00 |
| MIA | SPLICE KIT TYCO/RAYCHEM | 737XP | NEW | D-2-E | 4 D150-0174 | 76.00 |
| MIA | SCREW | 737XP | NEW | E-3-G | 76 NAS1802-3-6 | 76.00 |
| MIA | RETAINER - CLAMP BLOCK | 737XP | NEW | L-2-B | 1 315W3637-1 | 76.00 |
| MIA | BOLT | 737XP | NEW | D-3-G | 69 MS24693C296 | 75.90 |
| MIA | PLACARD, ROW 7 CBA  I/W BAC29PPS29270 | 737XP | NEW | N-2-O | 15 8614PGW-29270 | 75.75 |
| MIA | PLACARD, ROW 28 FED I/W BAC29PPS29313 | 737XP | NEW | N-2-O | 15 8614PGW-29313 | 75.75 |
| MIA | MICROWAVE PLACARD | 737XP | NEW | N-2-A | 7 A4889PWB | 75.60 |
| MIA | BUSHING | 737XP | NEW | C-3-C | 18 BACB28AK07-065 | 75.60 |
| MIA | WASHER | 737XP | NEW | E-1-G | 684 BACW10BP3CD | 75.24 |
| MIA | CORD ASSY-ELASTIC | 737XP | NEW | B-3-G | 1 69-41730-68 | 75.10 |
| MIA | O-RING, RUBBER | 737XP | NEW | A-3-A | 31 M83485-1-906 | 75.02 |
| MIA | MIC | 737XP-R | REP | H-2-B | 1 603-8465 | 75.00 |
| MIA | MIC | 737XP-R | REP | H-2-B | 1 603-8465 | 75.00 |
| MIA | MIC | 737XP-R | REP | H-2-B | 1 603-8465 | 75.00 |
| MIA | RED LENS | 737XP | NEW | C-2-E | 5 A1233A2 | 75.00 |
| MIA | MIC | 737XP-R | REP | H-2-B | 1 603-8465 | 75.00 |
| MIA | MIC  PA | 737XP-R | REP | H-2-B | 1 603-2342 | 75.00 |
| MIA | PLACARD LDG GEAR LIMIT | 737XP | NEW | N-2-C | 5 BAC27DCC819 | 75.00 |
| MIA | BUSHING | 737XP | NEW | C-3-C | 3 BACB28Y4M025 | 75.00 |
| MIA | BUSHING | 737XP | NEW | C-3-C | 3 BACB28AK0B-452 | 75.00 |
| MIA | TIE BACK REST CREW CURTAIN | 737XP | NEW | T77 | 1 8813-2834-205 | 75.00 |
| MIA | SCREW | 737XP | NS | B-2-C | 3 649-200-010-0 | 75.00 |
| MIA | TRIM, OVERHEAD BIN | 737XP | NEW | B-2-TOP | 3 412A1450-6A | 75.00 |
| MIA | BOLT | 737XP | NEW | C-3-G | 100 BACB30VF4K8 | 75.00 |
| MIA | CUSHION | 737XP | NS | B-3-H | 5 072072374-111 | 75.00 |
| MIA | CUSHION | 737XP | NS | B-3-H | 5 072072374-111 | 75.00 |
| MIA | PIN | 737CON | NEW | A-1-D | 20 NAS1407N9M16 | 75.00 |
| MIA | NUT | 737XP | NS | E-3-G | 3 BACN11Z10CD | 75.00 |
| MIA | MIC | 737XP | NEW | E-3-A | 1 602-4183 | 75.00 |
| MIA | MIC | 737XP | NEW | E-3-A | 1 602-4183 | 75.00 |
| MIA | MIC | 737XP | NEW | E-3-I | 1 602-4183 | 75.00 |
| MIA | SEAL | 737XP | NEW | 737 SHELF | 1 801A50-0004A | 75.00 |
| MIA | PLUG | 737XP | NEW | E-1-E | 22 BACP20843P | 74.80 |
| MIA | MARKER-PLACARD | 737XP | NEW | N-2-C | 3 162A1416-3 | 74.70 |
| MIA | BEARING | 737XP | NEW | C-3-B | 1 BACB10ET20 | 74.50 |
| MIA | BUSHING | 737XP | NEW | C-1-I | 5 843749-3 | 74.45 |
| MIA | VALVE | 737XP | NEW | D-3-I | 6 MS28889-2 | 74.40 |
| MIA | CARPET UNDER SEAT LEFT SIDE | 737XP | NEW | T4 | 4 7310 | 74.40 |
| MIA | PULLEY  I/W  APM220-3 | 737XP | NEW | E-2-I | 2 BACP30F8 | 74.00 |
| MIA | BOLT | 737XP | NEW | C-3-F | 2 BACB30PNSH5 | 74.00 |
| MIA | CARPET UNDER SEAT RIGHT SIDE | 737XP | NEW | T16 | 1 7323 | 73.38 |
| MIA | PLUG | 737XP | NEW | ENGINE TRAILER | 2 BACC45FT14-15S6 | 73.00 |
| MIA | FASTNER | 737XP | NEW | G-2-A | 1 82-35-295-15 | 73.00 |
| MIA | WARNING POWERED OUTFLOW VALVE | 737XP | NEW | N-2-B | 9 1347VRW | 72.81 |
| MIA | NUT PLATE | 737XP | NEW | C-2-A | 20 BACN11G4A1CD | 72.60 |
| MIA | CLAMP | 737XP | NEW | A-3-H | 17 400WCS11 | 72.25 |
| MIA | ROD ( CTR) | 737XP | NEW | C-2-C | 2 849880-001 | 72.24 |
| MIA | PLACARD, INBOARD FLIGHT SEAT | 737XP | NEW | N-2-B | 8 BAC29PPS36211 | 72.00 |
| MIA | HANDLE | 737XP | NEW | B-1-J | 9 65-5458-20B | 72.00 |
| MIA | BOLT | 737XP | NEW | C-3-O | 45 BACB30LU4-20 | 72.00 |
| MIA | PLACARD (INGESTION HAZARD) | 737XP | NEW | N-2-B | 4 BAC27DPAS010 | 72.00 |
| MIA | BOLT | 737XP | NEW | E-1-G | 1 BACT16AY1010006W | 72.00 |
| MIA | PACKING, RUBBER | 737XP | NEW | D-2-F | 9 J221P130 | 72.00 |
| MIA | FLO LAMPS S 3/8 | 737XP | NEW | N-3-C | 24 GE5004CW | 72.00 |
| MIA | NUT | 737XP | NEW | A-3-E | 14 65-5458-21E | 71.82 |
| MIA | PLACARD, WARNING: STAND CLEAR OFHAZAR | 737XP | NEW | N-2-B | 11 BAC27KSTN96B | 71.50 |
| MIA | NUT | 737XP | SERV | B-1-C | 102 MS21059L3 | 71.40 |
| MIA | DECAL "DEACTIVATED" | 737XP | NEW | N-2-A | 9 5705VRWL | 71.10 |
| MIA | PSU INFLIGHT ENTERTAINMENT CONNECTOR | 737XP | NEW | I-1-E | 1 RD-AX6431-09 | 71.00 |
| MIA | REDUCER | 737XP | NEW | D-2-F | 2 J522P52 | 71.00 |
| MIA | PACKING, RUBBER | 737XP | SERV | D-2-G | 1 2-256S317-60 | 71.00 |
| MIA | PLACARD, CAUTION COOLING FAN INLET | 737XP | NEW | N-2-A | 7 4086VRW | 70.84 |

Spare Parts Inventory

| MIA | LAV DOOR WASTE BUMPER | 737XP | NEW | E-2-G | 4 RGS3011 | 70.80 |
|---|---|---|---|---|---|---|
| MIA | PLACARD, ROW 19 FED I/W BAC29PPS29295 | 737XP | NEW | N-2-D | 14 8614PGW-29295 | 70.70 |
| MIA | CARPET | 737XP | NEW | T34 | 1 7339 | 70.48 |
| MIA | MESH WIRE | 737XP | NEW | A-1-H | 1 141A4840-3 | 70.20 |
| MIA | WASHER | 737XP | NEW | B-3-A | 6 66-19877-2 | 70.20 |
| MIA | LATCH | 737XP | NEW | ENGINE TRAILER | 2 BACL1DU2 | 70.00 |
| MIA | RELAY | 737XP | NEW | B-1-C | 2 512-0023 | 70.00 |
| MIA | PLACARD OXYGEN BOTTLE | 737XP | NEW | N-2-C | 5 BAC29PPS36231 | 70.00 |
| MIA | EMERGENCY EXIT. PRESS TO UNLATCH PUSH I | 737XP | NEW | N-2-B | 7 4964VRW | 70.00 |
| MIA | BOLT | 737XP | NEW | C-3-C | 28 BACB30FQ6A9 | 70.00 |
| MIA | COVER DOOR HANDLE | 737XP | NEW | B-2-G | 1 65C2B100-1E | 70.00 |
| MIA | PLACARD " EXIT DOOR (4 STEPS) LARGE " | 737XP | NEW | N-2-B | 1 BAC29PPS35847 | 70.00 |
| MIA | BOLT | 737XP | NEW | L-2-B | 5 BACB30NN3K22 | 70.00 |
| MIA | SCREW, 1/4 | 737XP | NEW | B-3-D | 5 BACB30LR4-19 | 70.00 |
| MIA | GROUNDING STRAP | 737XP | NEW | MAINTENANCE OFFICE | 10 H-6574 | 70.00 |
| MIA | FILTER I/W QA07320SS1 | 737XP | NEW | F-1-B | 1 7593226-101 | 69.96 |
| MIA | PLACARD/ HEAD PHONE | 737XP | NEW | N-2-B | 10 0564MBS | 69.90 |
| MIA | HANDSET | 737XP | REP | H-2-B | 1 625HS | 69.64 |
| MIA | HANDSET | 737XP | REP | H-2-B | 1 625HS | 69.64 |
| MIA | HANDSET | 737XP | REP | H-2-B | 1 625HS | 69.64 |
| MIA | HANDSET | 737XP | REP | H-2-B | 1 625HS | 69.64 |
| MIA | HANDSET | 737XP | REP | H-2-B | 1 625HS | 69.64 |
| MIA | UTITLITY HYDRAULIC PRESSURE SYSTEM FILTE | 737XP | NEW | F-1-B | 1 65-90305-40A | 69.60 |
| MIA | LENS-NGS | 737XP | NEW | B-1-A | 3 125-1197-403 | 69.51 |
| MIA | PLACARD, "TOWEL DISPOSAL PUSH" | 737XP | NEW | N-2-E | 12 0169AD | 69.00 |
| MIA | RIVET POUND | 737XP | NEW | D-2-TOP | 1 BACR15GF6D7 | 69.00 |
| MIA | ROLLER | 737XP | NEW | C-1-A | 3 69B13433-1 | 69.00 |
| MIA | SCREW | 737XP | NEW | B-2-C | 92 BACB30VF4K9 | 69.00 |
| MIA | LAMP | 737XP | NEW | N-3-C | 30 OL3335 | 69.00 |
| MIA | BOLT | 737XP | NEW | C-3-E | 60 BACB30NN3K4 | 69.00 |
| MIA | LAMP | 737XP | NEW | N-1-C | 7 4594 | 68.88 |
| MIA | NUT CLIP | 737XP | NEW | D-2-A | 84 BACN10YD6 | 68.88 |
| MIA | BOLTS | 737XP | NEW | C-3-C | 93 BACB30LH2-4 | 68.82 |
| MIA | CARPET | 737XP | NEW | T20 | 1 7331 | 68.68 |
| MIA | CARPET | 737XP | NEW | T21 | 1 7332 | 68.68 |
| MIA | PLACARD (LAV SERVICING INSTRUCTIONS) | 737XP | NEW | N-2-C | 7 BAC29PPS14919 | 68.68 |
| MIA | KNOB ASSY., SMALL POINTER | 737XP | NEW | B-3-B | 2 66-9039 | 68.60 |
| MIA | CONNECTOR | 737XP | NEW | N-4-A | 1 MS24266R22B55SN | 68.50 |
| 732FAK | SEAT RECLINE CABLE | 737XP | NEW | 732FAK | 2 830941-409 | 68.20 |
| 738FAK | SEAT RECLINE CABLE | 737XP | NEW | 738FAK | 2 830941-409 | 68.20 |
| 740FAK | SEAT RECLINE CABLE | 737XP | NEW | 740FAK | 2 830941-409 | 68.20 |
| MIA | CARPET | 737XP | NEW | T28 | 7 7343 | 67.97 |
| MIA | MEGAPHONE | 737XP | SERV | TRAINING CLASS | 1 ER-370 | 67.86 |
| 752FAK | LOCKOUT PIN | 737XP | NEW | 752FAK | 1 F72735-13 | 67.60 |
| 753FAK | LOCKOUT PIN | 737XP | NEW | 753FAK | 1 F72735-13 | 67.60 |
| MIA | BOLT | 737XP | NEW | C-3-G | 125 BACB30VT6K6 | 67.50 |
| MIA | ADAPTER FOR THREAD PROTECTOR | 737XP | NEW | TOOL ROOM-5 | 5 1AP39 | 67.50 |
| MIA | STUD | 737XP | NEW | ENGINE TRAILER | 48 BAC521X5 | 67.20 |
| MIA | PACKING FOR HMU | 737XP | NEW | A-3-B | 9 2668571-8 | 66.60 |
| MIA | CARPET UNDER SEAT RIGHT REAR | 737XP | NEW | T5 | 1 7311 | 66.52 |
| MIA | CARPET UNDER SEAT LEFT REAR | 737XP | NEW | T6 | 1 7312 | 66.52 |
| MIA | STATIC DISCHARGER RETAINER | 737XP | NEW | C-1-B | 2 740032 | 66.00 |
| MIA | PLACARD STATING HYD DIRECTIONS FOR DRA | 737XP | NEW | N-2-A | 5 1209MBS | 66.00 |
| MIA | PLACARD, CAUTION VERIFY THE DECOMPRESS | 737XP | NEW | N-2-A | 5 A3632VNW | 66.00 |
| MIA | ANCHOR PLATE | 737XP | NEW | A-3-H | 5 40000-11 | 65.95 |
| MIA | ROLLER, DOOR | 737XP | NEW | B-3-F | 1 69-38548-11 | 65.90 |
| MIA | PLACARD, ROW 22 CBA | 737XP | NEW | N-2-D | 13 8614PGW-29300 | 65.65 |
| MIA | PLACARD, ROW 27 CBA I/W BAC29PPS29310 | 737XP | NEW | N-2-D | 13 8614PGW-29310 | 65.65 |
| MIA | PLACARD, ROW 10 FED I/W BAC29PPS29277 | 737XP | NEW | N-2-D | 13 8614PGW-29277 | 65.65 |
| MIA | PLACARD, MAX TOW BAR ANGLE | 737XP | NEW | N-2-C | 10 0103AD | 65.50 |
| MIA | FILTER ONLY, APU ENG LOW PRESSURE | 737XP | NEW | A-1-A | 10 038062-00-80 | 65.40 |
| MIA | IN SEAT HARNESS | 737XP | SERV | H-1-B | 1 RV749-0548-030 | 65.22 |
| MIA | CAP | 737XP | NEW | C-3-H | 3 BACC14AD12JL | 65.10 |
| MIA | WASHER | 737XP | NEW | C-2-F | 93 BACW10BP8DP | 65.10 |
| MIA | LENS, GREEN | 737XP | NEW | C-2-E | 1 A1233A3 | 65.00 |
| MIA | BOLT | 737XP | NEW | C-3-G | 100 BACB30YP6K7 | 65.00 |
| MIA | PLACARD, TRANSMITTER | 737XP | NEW | N-2-D | 5 BAC29PPS36233 | 65.00 |
| MIA | WASHER | 737XP | NEW | B-3-G | 100 BACW10CA30CC | 65.00 |
| MIA | LAMP | 737XP | NS | I-1-E | 22 CM737AS15 | 64.90 |
| MIA | PACKING, RUBBER | 737XP | NEW | D-2-F | 103 J221P904 | 64.89 |
| MIA | BOLT | 737XP | NEW | C-3-E | 4 BACB30MR7K13 | 64.80 |
| MIA | BEARING | 737XP | NEW | C-3-B | 1 BACB10FK6F7HS | 64.70 |
| MIA | BOLT | 737XP | NEW | C-3-C | 28 BACB30FQ6A10 | 64.40 |
| MIA | CENTER AISLE A/C | 737XP | NEW | T44 | 1 3080 | 64.30 |
| MIA | CENTER AISLE A/C | 737XP | NEW | T44 | 1 3081 | 64.30 |
| MIA | ORING | 737XP | SERV | C-1-H | 2 RS900U2S2 | 64.06 |
| MIA | LAMP | 737XP | NEW | N-1-C | 4 4596 | 64.00 |
| MIA | PACKING | 737XP | NEW | E-2-I | 100 MS29513-231 | 64.00 |
| MIA | CFM56-3 MAIN OIL SUPPLY FILTER | 737XP | NEW | F-1-B | 4 65-90305-59 | 64.00 |
| MIA | GASKET | 737XP | NEW | L-1-B | 1 65C33095-2 | 64.00 |
| MIA | HYDRAULIC RESERVOIR FILLING SYSTEM FILTE | 737XP | NEW | F-1-B | 1 65-90305-33 | 64.00 |
| MIA | FITTING | 737XP | NEW | A-3-E | 2 AS5233V08P | 64.00 |
| MIA | PIN | 737XP | NEW | C-2-I | 1 ASPPFV08-16N7 | 63.75 |
| MIA | HI LOC | 737XP | NEW | A-2-E | 14 HL1012A26-7 | 63.70 |
| MIA | SHIM | 737XP | NEW | E-1-G | 2 BAC540R08E0117F | 63.60 |
| MIA | LBS. MAX CAP DECAL | 737XP | NEW | N-2-F | 10 0749AD | 63.50 |
| MIA | NUT PLATE | 737XP | NEW | C-3-I | 99 BACN10JN06 | 63.36 |
| MIA | BOTL | 737XP | NEW | C-3-D | 97 BACB30MY5K3 | 63.05 |
| MIA | GUIDE PLUNGER, PSU | 737XP | NEW | B-1-TOP | 3 417N1551-5 | 63.00 |
| MIA | APU BLEED AIR REGUALTOR FILTER | 737XP | NEW | F-1-B | 9 65-90305-38 | 63.00 |
| MIA | BUSHING | 737XP | NEW | C-3-C | 7 BACB28AK06-161 | 63.00 |
| MIA | PULL AND ROTATE TO UNLOCK PLACARD | 737XP | NEW | N-2-C | 5 0212AD | 63.00 |
| MIA | SCREWS | 737XP | NEW | 737 SHELF | 100 BACN30NN3K12 | 63.00 |
| MIA | CARPET | 737XP | NEW | T32 | 1 7345 | 62.68 |
| MIA | CARPET | 737XP | NEW | T32 | 1 7345 | 62.68 |
| MIA | SLEEVE | 737XP | NEW | C-2-I | 1 ASPPSV08N7 | 62.50 |
| MIA | LOCKING, COLLAR | 737XP | NEW | C-2-I | 1 ASPLCMV08 | 62.50 |
| MIA | SNAP RING | 737XP | NEW | A-2-C | 2 AD5227D-1 | 62.50 |
| MIA | RECLINE CABLE ASSY | 737XP | NEW | TOOL ROOM-11 | 5 MC21-36 | 62.05 |
| MIA | LATCH | 737XP | SERV | T77 | 31 826609-409A | 62.00 |
| MIA | LOWER CARGO COMPARTMENT PLACARD | 737XP | NEW | N-2-F | 2 BAC27DCA689 | 62.00 |
| MIA | WASHER | 737XP | NEW | D-2-A | 44 BACW10BP14ACU | 61.60 |
| MIA | O' RING, I/W M83248-1-910, RUBBER | 737XP | NEW | D-2-F | 22 J221P910 | 61.60 |
| MIA | BOLT | 737XP | NEW | C-3-C | 93 BACB30NY8K6 | 61.38 |
| MIA | PLACARD, ROW 14 CBA I/W BAC29PPS29284 | 737XP | NEW | N-2-D | 11 8614PGW-29284 | 61.16 |
| MIA | SPRING | 737XP | NEW | H-1-B | 61 MS24585C15 | 61.00 |
| MIA | INFLATE TIRES WITH NITROGEN ONLY. SEE AA | 737XP | NEW | N-2-B | 7 A1360VBY | 61.00 |
| MIA | CARPET | 737XP | NEW | T29 | 1 7337 | 60.88 |
| MIA | BOLT | 737XP | NEW | N-2-C | 98 BACB30NM3K6 | 60.76 |
| MIA | BOLT | 737XP | NEW | C-3-I | 9 BACB30NT4K8 | 60.75 |
| MIA | PLACARD, ROW 9 CBA | 737XP | NEW | N-2-D | 12 8614PGW-29274 | 60.60 |
| MIA | PLACARD, ROW 12 CBA | 737XP | NEW | N-2-D | 12 8614PGW-29280 | 60.60 |
| MIA | PLACARD, ROW 20 FED I/W BAC29PPS29297 | 737XP | NEW | N-2-D | 12 8614PGW-29297 | 60.60 |
| MIA | BOLT | 737XP | NEW | D-4-E | 4 NAS1104-76D | 60.60 |
| MIA | BOLT | 737XP | NEW | B-1-F | 25 NAS6204-12D | 60.25 |
| MIA | CARPET | 737XP | NEW | T35 | 1 7348 | 60.21 |
| MIA | CENTER AISLE A/C | 737XP | NS | T44 | 1 3078 | 60.10 |
| MIA | PLACARD, ROW 32 CBA I/W BAC29PPS29320 | 737XP | NEW | N-2-D | 13 8614PGW-29320 | 60.06 |
| MIA | SHAFT, SERRATED | 737XP | NEW | ENGINE TRAILER | 1 69-49609-3 | 60.00 |
| MIA | LENS | 737XP | NS | H-1-E | 1 65-62700-9 | 60.00 |
| MIA | SLEEVE | 737XP | NEW | ENGINE TRAILER | 5 69-28472-6 | 60.00 |
| MIA | SEAL | 737XP | NS | ENGINE TRAILER | 1 69-55350-1 | 60.00 |
| MIA | DOT5 / SAFETY GLOW | 737XP | NEW | E-3-B | 3 SG9345 | 60.00 |
| MIA | LINING, BRAKE | 737XP | NEW | ENGINE TRAILER | 2 50-8792-11 | 60.00 |
| MIA | HOSE | 737XP | NEW | I-2-B | 2 69-27191-390 | 60.00 |
| MIA | SOCKET | 737XP | NEW | C-3-A | 4 BACC47ET3 | 60.00 |
| MIA | SPRING | 737XP | NEW | C-2-O | 3 915B0-1 | 60.00 |
| MIA | SETSCREW | 737XP | NEW | E-2-TOP | 2 AN565F8H4 | 60.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MIA | GASKET | 737EXP | NEW | E-2-E | 40 | NAS1611-153A | 60.00 |
| MIA | CAP | 737EXP | NEW | B-1-F | 2 | BACC14AD12D | 60.00 |
| MIA | EAM LIVE  VEST | 737EXP-R | NEW | TRAINING CLASS | 2 | P01074-101 | 60.00 |
| MIA | BOLT | 737EXP | NEW | L-2-B | 5 | BACB30NT4K20 | 60.00 |
| MIA | OXYGEN MASK AFT LAVATORY | 737EXP | NEW | G-2-A | 1 | 289-301-237 | 60.00 |
| MIA | BACK UP RING | 737EXP | NEW | D-3-G | 4 | MS27595-126 | 59.78 |
| MIA | WASHER | 737EXP | NEW | E-1-G | 497 | BACW10BN3AC | 59.64 |
| MIA | CENTER AISLE A/C | 737EXP | NEW | T49 | 1 | 3070 | 59.61 |
| MIA | PLACARD DOOR MUST BE CLOSED | 737EXP | NEW | N-2-A | 6 | BAC29PPS36218 | 59.60 |
| MIA | LENS  WHITE | 737EXP | NEW | L-2-B | 1 | A4513-1 | 59.24 |
| MIA | DECAL/ FIRE TEST | 737EXP | NEW | N-2-B | 10 | BAC27DCC614 | 59.00 |
| MIA | SPB GROUND CABLE | 737EXP | NEW | WINDOW | 1 | 1299810-2-36 | 59.00 |
| MIA | CAP-END I/W 417N5212-1E | 737EXP | NEW | B-1-TOP | 4 | 417N5212-556 | 58.80 |
| MIA | NUT PLATE | 737EXP | NEW | C-2-A | 20 | BACN11G381CD | 58.80 |
| MIA | PLACARD, CHECK LATCHES | 737EXP | NEW | N-2-A | 13 | 0200AD | 58.63 |
| MIA | BOLT | 737EXP | NEW | C-3-C | 45 | BACB30LH3-1 | 58.50 |
| MIA | NUT SELF | 737EXP | NEW | E-1-D | 9 | BACN11N104CS | 58.50 |
| MIA | SCREW | 737EXP | NEW | E-1-F | 45 | BACS12CK3-7 | 58.50 |
| MIA | SCREW | 737EXP | NEW | E-1-F | 9 | BACS12ER06K8WT | 58.50 |
| MIA | BOLT | 737EXP | NEW | C-3-B | 86 | BACB30YP6K8 | 58.48 |
| MIA | FASTENER FOR EFB I/W PFC-38A9F | 737EXP | NEW | D-2-C | 20 | PFSC35-38A | 58.40 |
| MIA | SCREW | 737EXP | NEW | C-3-I | 102 | BACS12FA0BKS | 58.14 |
| MIA | RING | 737EXP | NEW | B-3-E | 13 | 032756 | 58.11 |
| MIA | PLUG | 737EXP | NEW | ENGINE TRAILER | 2 | 66-13810-1 | 58.00 |
| MIA | UNION | 737EXP | NEW | E-1-G | 3 | BACU248S060GJ | 57.90 |
| MIA | PLACARD CHECK VALVE FREE FLOW | 737EXP | NEW | N-2-A | 10 | BACM10V21-22H | 57.80 |
| MIA | ACETONE 5 GL PAIL " METAL CAN ONLY " CLAS737CON | | | NEW | CAGE | 1 | ACETONEP | 57.75 |
| MIA | CLAMP | 737EXP | NEW | H-1-E | 4 | BACC10BNA10SOLSWE | 57.68 |
| MIA | BOLT | 737EXP | NEW | E-3-G | 9 | NAS6704-15 | 57.60 |
| MIA | BUSHINGS | 737EXP | NEW | C-3-C | 10 | BACB28AT04B03SC | 57.50 |
| MIA | CARPET | 737EXP | NEW | T28 | 1 | 7341 | 57.56 |
| MIA | LANYARD | 737EXP | NEW | I-1-B | 1 | 81003-37702 | 57.17 |
| MIA | ASHTRAY PLACARD | 737EXP | NEW | N-2-A | 6 | BAC29PPS36206 | 57.00 |
| MIA | WASHER | 737EXP | NEW | E-1-G | 100 | BACW10BP7CD | 57.00 |
| MIA | PLUG | 737EXP | NEW | D-4-D | 4 | MS9954-05 | 56.80 |
| MIA | PLACARD "CREW ONLY" | 737EXP | NEW | N-2-A | 10 | 0249VRW | 56.70 |
| MIA | PLACARD ( EXIT) I/W A1-20-0379 | 737EXP | NEW | N-2-B | 3 | A3637VRW | 56.70 |
| MIA | TAIL SKID / GREEN AND RED | 737EXP | NEW | N-2-D | 12 | BAC27DPA51154 | 56.40 |
| MIA | PIN | 737EXP | NEW | C-3-A | 94 | BACC47ES1 | 56.40 |
| 732FAK | CARGO, TIE DOWN STRAP | 737EXP | NEW | 732FAK | 5 | T520-0444357 | 56.25 |
| 733FAK | CARGO, TIE DOWN STRAP | 737EXP | NEW | 733FAK | 5 | T520-0444357 | 56.25 |
| 738FAK | CARGO, TIE DOWN STRAP | 737EXP | NEW | 738FAK | 5 | T520-0444357 | 56.25 |
| 739FAK | CARGO, TIE DOWN STRAP | 737EXP | NEW | 739FAK | 5 | T520-0444357 | 56.25 |
| 749FAK | CARGO, TIE DOWN STRAP | 737EXP | NEW | 749FAK | 5 | T520-0444357 | 56.25 |
| 750FAK | CARGO, TIE DOWN STRAP | 737EXP | NEW | 750FAK | 5 | T520-0444357 | 56.25 |
| 758FAK | CARGO, TIE DOWN STRAP | 737EXP | NEW | 758FAK | 5 | T520-0444357 | 56.25 |
| MIA | SEAL, CSD | 737EXP | NEW | ENGINE TRAILER | 2 | 69-58429-1 | 56.00 |
| MIA | PACKING | 737EXP | NEW | D-2-H | 8 | M25988-1-151 | 56.00 |
| MIA | LAMP | 737EXP | NEW | N-3-C | 80 | 82A | 56.00 |
| MIA | MARKER-WARNING | 737EXP | NS | N-2-A | 7 | BACM10L1DUZ | 56.00 |
| MIA | BOLT | 737EXP | NEW | C-3-D | 28 | BACB30LK4-6 | 56.00 |
| MIA | END CAP | 737EXP | NEW | C-2-G | 56 | 96B2 | 56.00 |
| MIA | PLACARD, ROW 3 CA | 737EXP | NEW | N-2-D | 4 | BAC29PPS29344 | 55.60 |
| MIA | PLACARD, ROW 19 CBA I/W BAC29PPS29294 | 737EXP | NEW | N-2-D | 10 | B614PGW-29294 | 55.60 |
| MIA | PLACARD, ROW 25 CBA | 737EXP | NEW | N-2-D | 10 | B614PGW-29306 | 55.60 |
| MIA | PLACARD, ROW 21 CBA | 737EXP | NEW | N-2-D | 10 | B614PGW-29298 | 55.60 |
| MIA | PLACARD, ROW 14 FED | 737EXP | NEW | N-2-D | 10 | B614PGW-29285 | 55.60 |
| MIA | SHROUDS | 737EXP | NEW | C-1-I | 3 | 844544-11A | 55.60 |
| MIA | PLACARD, ROW 1 CBA | 737EXP | NEW | N-2-D | 1 | B614PGW-29258 | 55.55 |
| MIA | PLACARD, ROW 11 FED | 737EXP | NEW | N-2-D | 11 | B614PGW-29279 | 55.55 |
| MIA | SEAL | 737EXP | NEW | C-2-D | 1 | 898034 | 55.40 |
| MIA | PLACARD-FUELING INSTRUCTIONS | 737EXP | NEW | N-2-B | 7 | 4994M8SL | 55.30 |
| MIA | PLACARD ( CAUTION INSTALL FLOW LIMITING | 737EXP | NEW | N-2-A | 8 | BACM10V32-2RJ | 55.20 |
| MIA | BOLT | 737EXP | NEW | B-3-A | 20 | BACB30NM4K12 | 55.20 |
| MIA | PLACARD, SMOKE DETECTOR-DO NOT BLOCK | 737EXP | NEW | N-2-D | 25 | 8189VBM-261 | 55.00 |
| MIA | WASHER | 737EXP | NEW | D-2-G | 100 | BACW10CA3CV | 55.00 |
| 733FAK | USB PROTECTIVE COVER TYPE A | 737EXP | NEW | 733FAK | 11 | 37-0121-01 | 55.00 |
| MIA | CARGO NET | 737EXP | NEW | T57 | 2 | 65-67263-3 | 55.00 |
| MIA | FILTER KIT, SYS A & HYD PUMP | 737EXP | NEW | F-1-A | 5 | 65-90305-12 | 55.00 |
| MIA | INSULATION | 737EXP | NEW | L-2-TOP | 1 | 411A4906-1662 | 55.00 |
| MIA | ELECTRIC CONECTOR | 737EXP | NS | B-3-B | 1 | BACC63BV20B16SN | 55.00 |
| MIA | SCREW | 737EXP | NEW | 737 SHELF | 1 | 9111M3SP05 | 55.00 |
| MIA | SCREW | 737EXP | NEW | C-2-D | 1 | 9111M3SP05 | 55.00 |
| MIA | NUT | 737EXP | NEW | C-2-F | 9 | A103JT | 54.63 |
| MIA | PLACARD, LIFE JACKET | 737EXP | NEW | N-2-C | 7 | BAC29PPS36236 | 54.60 |
| MIA | PACKING, RUBBER FOR HMU | 737EXP | NEW | A-3-B | 8 | 2668571-6 | 54.48 |
| MIA | BOLT | 737EXP | NEW | C-3-G | 97 | BACB30YP6K3 | 54.32 |
| MIA | PACKING | 737EXP | NEW | C-3-TOP | 97 | AS3582-140 | 54.32 |
| MIA | PACKING, RUBBER | 737EXP | NEW | D-2-E | 30 | J221P033 | 54.00 |
| MIA | TOILET BOWL DECAL | 737EXP | NEW | N-2-D | 4 | BAC29PPS36213 | 54.00 |
| MIA | PACKING, RUBBER | 737EXP | NEW | D-4-B | 100 | MS29513-226 | 54.00 |
| MIA | FILTER KIT, ENGINE MAIN OIL STRAIN | 737EXP | NS | F-1-A | 2 | EA329 | 54.00 |
| MIA | NUT PLATES | 737EXP | NEW | C-3-C | 9 | BACN11P3BBCG | 54.00 |
| MIA | CABLE ASSY | 737EXP | NEW | I-2-C | 1 | BACC2A3A03D51EG | 54.00 |
| MIA | GASKET, RETRACTABLE LANDING LIGHT | 737EXP | NEW | L-2-C | 6 | 46-3009-1 | 54.00 |
| MIA | SPB J10/J11 TERM CAP | 737EXP | NEW | WINDOW | 2 | M83723/60-214AN | 54.00 |
| MIA | BOLT | 737EXP | NEW | C-2-B | 4 | NAS334CPA6 | 54.00 |
| MIA | CARPET UNDER SEAT LEFT SIDE FRONT | 737EXP | NEW | T2 | 1 | 7305 | 53.98 |
| MIA | END, AIRSTAIR HAND RAIL | 737EXP | NEW | ENGINE TRAILER | 1 | 1014-1 | 53.90 |
| MIA | CENTER AISLE A/C | 737EXP | NEW | T51 | 1 | 3076 | 53.84 |
| MIA | PLACARD | 737EXP | NEW | N-2-B | 9 | 0250VRW | 53.46 |
| MIA | BOLT | 737EXP | NEW | C-3-B | 97 | BACB30NM3K4 | 53.35 |
| MIA | SCREW, NON-MAGNETIC | 737EXP | NEW | C-3-C | 71 | BACB30LH3U3 | 53.25 |
| MIA | CENTER AISLE A/C | 737EXP | NEW | T49 | 1 | 3071 | 53.20 |
| MIA | CENTER AISLE | 737EXP | NEW | T49 | 1 | 3072 | 53.20 |
| MIA | CENTER AISLE A/C | 737EXP | NEW | T48 | 1 | 3069 | 53.20 |
| MIA | PACKING | 737EXP | NEW | D-2-F | 14 | J221P137 | 53.20 |
| MIA | BEARING | 737EXP | NEW | C-3-B | 1 | BAC810FB08GC | 53.02 |
| MIA | LAMP | 737EXP | NEW | N-1-B | 1 | 4554 | 53.00 |
| MIA | LAMP | 737EXP | NEW | N-1-C | 1 | 4554 | 53.00 |
| MIA | LAMP | 737EXP | NEW | N-1-C | 1 | 4554 | 53.00 |
| MIA | LAMP | 737EXP | NEW | N-3-C | 18 | 5104CW | 52.92 |
| MIA | PLACARD, FUEL STICK #6  I/W BAC27DFS303 | 737EXP | NEW | N-2-B | 7 | 3672VBC | 52.50 |
| MIA | ESCAPE SLIDE BAR MUST BE STOWED ON DOC737EXP | | | NEW | N-2-A | 7 | 0780VRW | 52.36 |
| MIA | LIGHT, FLOURESCENT | 737EXP | NEW | N-3-D | 11 | 5013WW | 52.25 |
| MIA | WASHER | 737EXP | NEW | E-3-G | 58 | BACW10BP10DP | 52.20 |
| MIA | PLACARD, RED STRIPE | 737EXP | NEW | N-2-B | 6 | 5573VRR | 52.20 |
| MIA | ESCAPE SLIDE DECAL | 737EXP | NEW | N-2-B | 6 | 0245VRW | 52.20 |
| MIA | PLACARD DEMO KIT | 737EXP | NEW | E-1-B | 6 | 3100PBWL | 52.14 |
| MIA | WASHER | 737EXP | NEW | E-1-H | 193 | BACW10P393CB | 52.11 |
| MIA | BOLT (PITOT) | 737EXP | NEW | C-3-D | 100 | BACB30LH3-6 | 52.00 |
| MIA | RIVET | 737EXP | NEW | E-1-E | 1 | BACR15GFAD4 | 52.00 |
| MIA | CENTER SHROUD | 737EXP | NEW | C-2-C | 2 | 853713-402PLCOJET | 52.00 |
| MIA | END | 737EXP | NEW | A-2-A | 1 | 570027-1APA | 52.00 |
| MIA | BOLT | 737EXP | NEW | C-3-D | 98 | BACB30MY5KS | 51.94 |
| MIA | BULB | 737EXP | NEW | N-3-C | 10 | F18T5CWRS | 51.90 |
| MIA | BULB | 737EXP | NEW | N-3-C | 10 | F18T5CWRS | 51.90 |
| MIA | PIN | 737EXP | NEW | B-2-J | 1 | 66-12687-5 | 51.80 |
| MIA | CENTER AISLE A/C | 737EXP | NEW | T51 | 1 | 3075 | 51.66 |
| MIA | BOLT | 737EXP | NEW | C-3-F | 89 | BACB30NT3K6 | 51.62 |
| MIA | WASHER | 737EXP | NEW | E-3-E | 43 | BACW10BP10CD | 51.60 |
| MIA | WASHER | 737EXP | NEW | D-2-A | 99 | BACW10BP7ACU | 51.48 |
| MIA | O-RING | 737EXP | NEW | C-1-D | 198 | 2-012L677-70 | 51.44 |
| GATEWAY | SCREW, 3/16 | 737EXP | NEW | GATEWAY | 857 | NAS517-3-6 | 51.42 |
| MIA | CARPET LEFT FRONT | 737EXP | NEW | T9 | 2 | 7316 | 51.40 |
| MIA | PLACARD "PULL" | 737EXP | NEW | N-2-C | 20 | 0222AD | 51.40 |
| MIA | SPRING | 737EXP | NEW | C-1-A | 1 | 69-76561-1 | 51.30 |
| MIA | SCREW | 737EXP | NEW | H-1-B | 3 | BACS12GU3K9D | 51.18 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MIA | BUSHING | 737EXP | SERV | A-3-E | 9 BACB28AT11B049C | 51.12 |
| MIA | ENGINE HAZARD  AREA WARNING | 737EXP | NEW | N-2-B | 5 0S38VMW | 51.00 |
| MIA | SCREW | 737EXP | NEW | C-2-O | 2 9111M35P01 | 51.00 |
| MIA | O-RING | 737EXP | NEW | B-2-O | 195 MS29513-030 | 50.70 |
| MIA | BOLT | 737EXP | NEW | C-3-B | 83 BACB30VT6K3 | 50.63 |
| MIA | PLACARD, ROW 15FED | 737EXP | NEW | N-2-O | 10 8614PGW-29287 | 50.50 |
| MIA | PLACARD, ROW 30 CBA | 737EXP | NEW | N-2-O | 10 8614PGW-29316 | 50.50 |
| MIA | JUMPER ASSY | 737EXP | NEW | E-1-B | 90 BAC40A20-5 | 50.40 |
| MIA | WASHER | 737EXP | NEW | A-3-E | 84 BACW10BP8APU | 50.40 |
| MIA | NUT | 737EXP | NEW | E-2-TOP | 7 MS21921-10J | 50.33 |
| MIA | PACKING | 737EXP | NEW | C-2-G | 107 M83485-1-911 | 50.29 |
| MIA | FIRE BOX | 737EXP | NEW | C-1-I | 2 842907-7 | 50.20 |
| MIA | PLACARD, ROW 17 FED | 737EXP | NEW | N-2-O | 9 8614PGW-29291 | 50.04 |
| MIA | PLACARD, ROW 4 CBA | 737EXP | NEW | N-2-O | 9 8614PGW-29264 | 50.04 |
| MIA | PLACARD, ROW 9 CBA | 737EXP | NEW | N-2-O | 9 8614PGW-29274 | 50.04 |
| MIA | PLACARD, ROW 1 CBA | 737EXP | NEW | N-2-O | 9 8614PGW-29258 | 50.04 |
| 732FAK | USB PROTECTIVE COVER TYPE A | 737EXP | NEW | 732FAK | 10 37-0121-01 | 50.00 |
| 738FAK | USB PROTECTIVE COVER TYPE A | 737EXP | NEW | 738FAK | 10 37-0121-01 | 50.00 |
| 740FAK | USB PROTECTIVE COVER TYPE A | 737EXP | NEW | 740FAK | 10 37-0121-01 | 50.00 |
| MIA | APU SWITCH | 737EXP | NEW | A-3-B | 1 25EN52-1 | 50.00 |
| MIA | SWITCH | 737EXP | NEW | N-4-A | 1 2TL1-7E | 50.00 |
| MIA | BEARING | 737EXP | NEW | C-3-B | 1 BACB10C241H | 50.00 |
| MIA | CONNECTOR | 737EXP | NEW | N-4-A | 1 BACC63BN14-15S6 | 50.00 |
| MIA | HEATER, SURFACE | 737EXP | NEW | T71 | 1 2137-31 | 50.00 |
| MIA | LENS, LANDING LIGHT | 737EXP | NEW | T66 | 2 65-2675B-18 | 50.00 |
| MIA | BEARING | 737EXP | NEW | C-3-B | 1 BACB10H650 | 50.00 |
| MIA | SWITCH, CARGO DOOR | 737EXP | NEW | A-2-F | 1 1EN1-5 | 50.00 |
| MIA | LAMP ASSY | 737EXP | NS | ENGINE TRAILER | 10 A9906-7 | 50.00 |
| MIA | UNION | 737EXP | NEW | ENGINE TRAILER | 2 AN815-16D | 50.00 |
| MIA | STOP RING | 737EXP | NEW | A-3-D | 1 300358-001 | 50.00 |
| MIA | BOLT | 737EXP | NEW | E-2-C | 1 NAS6610D42 | 50.00 |
| MIA | SPACER | 737EXP | NEW | C-1-G | 2 809444-3 | 50.00 |
| MIA | PIN, SPIROL SPRING | 737EXP | NEW | A-1-C | 2 1A500-0650 | 50.00 |
| MIA | PIN | 737EXP | NEW | E-2-G | 4 5P9083 | 50.00 |
| MIA | SCREW | 737EXP | NEW | D-3-G | 1 MS24694C9 | 50.00 |
| MIA | LINER | 737EXP | NEW | E-2-F | 1 RG52425-101 | 50.00 |
| MIA | PACKING | 737EXP | NEW | ENGINE TRAILER | 10 5661-090S | 50.00 |
| MIA | BULB HINGE | 737EXP | NS | I-2-B | 1 845791-1 | 50.00 |
| MIA | BULB HINGE | 737EXP | NS | I-2-B | 1 845791-1 | 50.00 |
| MIA | GASKET | 737EXP | NEW | C-2-O | 2 9044616 | 50.00 |
| MIA | TERMINAL LUG | 737EXP | NEW | D-2-A | 20 BACT12AR203 | 50.00 |
| MIA | FILTER | 737EXP | NEW | B-2-F | 1 AC9649F1 | 50.00 |
| MIA | PACKING | 737EXP | NEW | D-2-A | 2 J221P122 | 50.00 |
| MIA | WASHER | 737EXP | NEW | E-3-E | 100 BACW10UC1D | 50.00 |
| MIA | PACKING | 737EXP | NEW | E-3-D | 2 340-196-401-0 | 50.00 |
| MIA | WASHER | 737EXP | NEW | E-3-D | 50 NAS1149E0316R | 50.00 |
| MIA | BULBS I/W ML1317 | 737EXP | SERV | N-3-B | 100 1317 | 50.00 |
| MIA | PIN | 737EXP | NEW | L-2-B | 250 BACP18BC02C0BP | 50.00 |
| MIA | NUTPLATE | 737EXP | NEW | L-2-B | 5 BACN10KE4B2CD | 50.00 |
| MIA | NUT PLATE | 737EXP | NEW | L-2-B | 5 BACN10KE4B3CD | 50.00 |
| MIA | SCREW | 737EXP | NEW | 737 SHELF | 1 9111M35P02 | 50.00 |
| MIA | CONNECTOR | 737EXP | NEW | A-3-A | 10 BACC47CN1A | 50.00 |
| MIA | CONNECTOR | 737EXP | NEW | A-3-A | 10 M39029/31-241 | 50.00 |
| NAN | LAMP I/W WL9204 | 737EXP | NEW | NADI, FIJI | 5 9204 | 50.00 |
| MIA | PLACARD, VTO INSTRUCTIONS | 737EXP | NEW | N-2-E | 6 1110MBS | 49.80 |
| 733FAK | SCREW | 737EXP | NEW | 733FAK | 2 9111M35P05 | 49.60 |
| 738FAK | SCREW | 737EXP | NEW | 738FAK | 2 9111M35P05 | 49.60 |
| 739FAK | SCREW | 737EXP | NEW | 739FAK | 2 9111M35P05 | 49.60 |
| 740FAK | SCREW | 737EXP | NEW | 740FAK | 2 9111M35P05 | 49.60 |
| 752FAK | SCREW | 737EXP | NEW | 752FAK | 2 9111M35P05 | 49.60 |
| MIA | SEAL | 737EXP | NEW | B-3-G | 3 69-47689-1 | 49.50 |
| MIA | CAUTION: BE SURE... PLACARD | 737EXP | NEW | N-2-A | 5 BAC29PP536527 | 49.50 |
| MIA | PLACARD, INTERPHONE JACK | 737EXP | NEW | N-2-B | 10 0235VBW | 49.50 |
| MIA | PLACARD, OPEN (WITH AN ARROW DIRECTED | 737EXP | NEW | N-2-C | 10 019BVBW | 49.50 |
| 739FAK | USB PROTECTIVE COVER TYPE A | 737EXP | NEW | 739FAK | 10 37-0121-01 | 49.40 |
| MIA | CARPET UNDER SEAT RIGHT SIDE  REAR | 737EXP | NEW | T18 | 1 7326 | 49.23 |
| MIA | ALT ADC INPUT PLACARD | 737EXP | NEW | N-2-A | 12 BAC27DCC702 | 49.20 |
| MIA | SET SCREW | 737EXP | NEW | D-4-O | 41 NAS1081-06A3 | 49.00 |
| MIA | NUT CLIP | 737EXP | NEW | E-1-C | 49 BACN10FX61 | 49.00 |
| MIA | CONTACTS | 737EXP | NEW | D-2-G | 100 M39029/30-217 | 49.00 |
| MIA | PACKING | 737EXP | NEW | B-2-C | 49 M83248-1-117 | 49.00 |
| MIA | NUT | 737EXP | NEW | C-1-B | 49 AN924-6D | 49.00 |
| MIA | OXYGEN MASKS PASSENGER FRONT LAV | 737EXP | NEW | G-2-A | 1 289-301-237-1 | 48.77 |
| MIA | OXYGEN MASKS PASSENGER FRONT LAV | 737EXP | NEW | G-2-A | 1 289-301-237-1 | 48.77 |
| MIA | O'RING, RUBBER | 737EXP | NEW | D-2-I | 92 M83248-1-214 | 48.76 |
| MIA | LAMP | 737EXP | NEW | N-4-A | 139 1819 | 48.65 |
| 752FAK | BULB | 737EXP | NEW | 752FAK | 2 4635 | 48.50 |
| MIA | CARPET UNDER SEATLEFT SIDE | 737EXP | NEW | T10 | 1 7317 | 48.16 |
| 749FAK | LAMP | 737EXP | NEW | 749FAK | 2 Q455RK | 48.00 |
| MIA | SPRING | 737EXP | NEW | C-2-F | 2 A7098A | 48.00 |
| MIA | SPRING | 737EXP | NEW | C-2-F | 2 A7098A | 48.00 |
| MIA | SCREW, 1/4 | 737EXP | NEW | B-2-C | 4 BACB30LR4-19 | 48.00 |
| MIA | RIVET | 737EXP | NEW | B-2-O | 96 BACR15BA3D8C | 48.00 |
| MIA | LAMP | 737EXP | NEW | N-1-C | 1 Q4632 | 48.00 |
| MIA | KIT WIRE BUNDEL | 737EXP | NEW | A-3-G | 1 002A0014-116 | 48.00 |
| MIA | WASHER | 737EXP | NEW | B-1-E | 100 NAS1169-416L | 48.00 |
| MIA | BOLT | 737EXP | NEW | B-3-E | 12 BACB30ZE2-2 | 47.88 |
| MIA | FLOURESCEENT BULB | 737EXP | NEW | FLOOR | 1.2 F04SCWBCAC | 47.88 |
| MIA | SEAL-FUEL | 737EXP | NEW | L-1-B | 2 69-77023-1 | 47.80 |
| MIA | FUSE | 737EXP | NS | N-6-O | 6 273005 | 47.70 |
| MIA | SCREW | 737EXP | NEW | C-3-G | 14 BACB30ZG4-6 | 47.60 |
| MIA | PLACARD (DO NOT EXTEND THE SPEEDBRAKE | 737EXP | NEW | N-2-A | 5 A3210VWB | 47.50 |
| MIA | PLACARD (DO NOT EXTEND THE SPEEDBRAKE | 737EXP | NEW | N-2-A | 5 A3210VWB | 47.50 |
| MIA | DIODE | 737EXP | NEW | A-2-F | 5 1N4385 | 47.50 |
| MIA | PACKING | 737EXP | NEW | D-2-I | 95 M83248-1-015 | 47.50 |
| MIA | AIRSTAIR EMERGENCY EXIT PLACARD | 737EXP | NEW | N-2-A | 6 0177AD | 47.40 |
| MIA | SCREW | 737EXP | NEW | B-3-A | 20 BACS12HN3-10 | 47.40 |
| 753FAK | BULB | 737EXP | NEW | 753FAK | 2 4635 | 47.34 |
| 732FAK | SCREW | 737EXP | NEW | 732FAK | 2 9111M35P09 | 47.20 |
| 732FAK | SCREW | 737EXP | NEW | 732FAK | 2 9111M35P13 | 47.20 |
| 732FAK | SCREW I/W -7 | 737EXP | NEW | 732FAK | 2 9111M35P14 | 47.20 |
| 738FAK | SCREW | 737EXP | NEW | 738FAK | 2 9111M35P09 | 47.20 |
| 738FAK | SCREW | 737EXP | NEW | 738FAK | 2 9111M35P13 | 47.20 |
| 738FAK | SCREW I/W -7 | 737EXP | NEW | 738FAK | 2 9111M35P14 | 47.20 |
| 740FAK | SCREW I/W -7 | 737EXP | NEW | 740FAK | 2 9111M35P14 | 47.20 |
| 740FAK | SCREW I/W -7 | 737EXP | NEW | 740FAK | 2 9111M35P13 | 47.20 |
| 752FAK | SCREW I/W -7 | 737EXP | NEW | 752FAK | 2 9111M35P14 | 47.20 |
| 752FAK | SCREW I/W -7 | 737EXP | NEW | 752FAK | 2 9111M35P13 | 47.20 |
| 752FAK | SCREW | 737EXP | NEW | 752FAK | 2 9111M35P04 | 47.20 |
| 753FAK | SCREW | 737EXP | NEW | 753FAK | 2 9111M35P04 | 47.20 |
| 753FAK | SCREW | 737EXP | NEW | 753FAK | 2 9111M35P13 | 47.20 |
| 753FAK | SCREW I/W -7 | 737EXP | NEW | 753FAK | 2 9111M35P14 | 47.20 |
| MIA | PIN | 737EXP | NEW | E-1-A | 40 BACC47DP1 | 47.04 |
| MIA | BOLT | 737EXP | NS | E-3-A | 6 BACB30LESU16 | 47.04 |
| MIA | DUCT, PSU | 737EXP | NEW | E-1-B | 1 BAC040P3A280 | 47.00 |
| MIA | BOLT | 737EXP | NEW | E-3-G | 10 BACB30LI4U6 | 47.00 |
| MIA | PACKING | 737EXP | NEW | D-2-A | 10 J221P906 | 47.00 |
| MIA | NUT PLATE | 737EXP | NEW | C-2-A | 11 BACN11G4B1CD | 46.86 |
| MIA | PLACARD, "APU FIRE CONTROL" | 737EXP | NEW | N-2-A | 12 BAC27DAP9 | 46.80 |
| MIA | PACKING, RUBBER | 737EXP | NEW | C-1-C | 85 NAS1612-6 | 46.75 |
| MIA | BUSHING | 737EXP | NEW | ENGINE TRAILER | 2 A7124-1 | 46.60 |
| MIA | PACKING, RUBBER | 737EXP | NEW | B-2-B | 47 J221P033WE | 46.53 |
| MIA | SCREW | 737CON | NEW | D-2-A | 4 BACS12GXD04H7 | 46.40 |
| MIA | DECAL "DEACTIVATED" | 737EXP | NEW | N-2-A | 10 5705VRWL | 46.00 |
| MIA | RING | 737EXP | NEW | D-3-H | 92 MS28774-223 | 46.00 |
| MIA | PLACARD, VTR2 | 737EXP | NEW | N-2-E | 5 BAC29PPS38885 | 46.00 |
| MIA | PLACARD, VTR1 | 737EXP | NEW | N-2-E | 5 BAC29PPS38884 | 46.00 |
| MIA | BACK UP RING | 737EXP | NEW | D-2-C | 1 F515442 | 46.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MIA | NUT | 737EXP | NEW | E-1-D | 2 | BACN11N8CS | 46.00 |
| MIA | ROLLER | 737EXP | NEW | C-1-A | 2 | 69813433-1 | 46.00 |
| MIA | LAMP | 737EXP | NEW | N-3-C | 23 | 5106CW | 46.00 |
| MIA | FLOOR LAMP | 737EXP | NEW | FLOOR | 3 | FO4SCWBCAC | 45.87 |
| MIA | HOOKIT SBS BACKUP PAD | 737EXP | NEW | HANGAR | 1 | ABR3M-05717 | 45.70 |
| MIA | SWITCH | 737EXP | NEW | A-2-H | 4 | 2100-1 | 45.60 |
| MIA | SCREW | 737EXP | NEW | E-1-F | 86 | BACS12ER3K7 | 45.58 |
| MIA | RIVET | 737EXP | NEW | D-4-F | 67 | NAS1399D6A85 | 45.56 |
| MIA | PLACARD, ROW 30 CBA | 737EXP | NEW | N-2-D | 9 | 8614PGW-29316 | 45.45 |
| MIA | PLACARD, ROW 31 FED I/W BAC29PPS29319 | 737EXP | NEW | N-2-D | 9 | 8614PGW-29268 | 45.45 |
| MIA | PLACARD, ROW 31 FED I/W BAC29PPS29319 | 737EXP | NEW | N-2-D | 9 | 8614PGW-29319 | 45.45 |
| MIA | PLACARD, ROW 12 CBA | 737EXP | NEW | N-2-D | 9 | 8614PGW-29280 | 45.45 |
| MIA | PLACARD, WARNING USE ONLY NON-MAGNE | 737EXP | NEW | N-2-E | 25 | 0199AD | 45.25 |
| MIA | HOLDER TIE | 737EXP | NEW | C-2-F | 24 | ABMMATC | 45.12 |
| 733FAK | 737-800 PITOT COVER | 737EXP | NEW | 733FAK | 3 | PITOT COVER-800 | 45.00 |
| 739FAK | 737-800 PITOT COVER | 737EXP | NEW | 739FAK | 3 | PITOT COVER-800 | 45.00 |
| GATEWAY | PACKING | 737EXP | NEW | GATEWAY | 18 | MS9387-18 | 45.00 |
| MIA | CIRCUIT BREAKER | 737EXP | NEW | C-3-H | 1 | BACC18LU10 | 45.00 |
| MIA | BOLT | 737EXP | NEW | E-1-D | 50 | BACN10FF31CD | 45.00 |
| MIA | BOLT | 737EXP | NEW | C-3-D | 1 | BACB30LU16DU42 | 45.00 |
| MIA | STRAP ASSY | 737EXP | NEW | ENGINE TRAILER | 3 | L2543-111 | 45.00 |
| MIA | SEAT SHROUD | 737EXP | NEW | ENGINE TRAILER | 2 | 83479-1 | 45.00 |
| MIA | PLUG | 737EXP | NEW | B-1-I | 5 | 6SC360SO-2A | 45.00 |
| MIA | NUT PLATE | 737EXP | NEW | C-2-A | 9 | BACN11G4B1CD | 45.00 |
| MIA | LAMP | 737EXP | NS | N-3-D | 14 | 5108CW | 44.80 |
| MIA | BOLT | 737EXP | NEW | D-2-F | 8 | J644P13A | 44.80 |
| MIA | NUT | 737EXP | NEW | C-3-TOP | 8 | AS3486-10 | 44.80 |
| 733FAK | SCREW I/W -7 | 737EXP | NEW | 733FAK | 2 | 9111M3SP14 | 44.55 |
| MIA | NUT | 737EXP | NEW | D-4-C | 99 | MS35691-13 | 44.55 |
| MIA | PLACARD, ROW 10 FED I/W BAC29PPS29277 | 737EXP | NEW | N-2-D | 9 | 8614PGW-29277 | 44.48 |
| MIA | COLLAR | 737EXP | SERV | A-3-E | 40 | HL1087-6 | 44.48 |
| MIA | GASKET TEFLON | 737EXP | NEW | D-3-I | 100 | MS28783-6 | 44.55 |
| MIA | RIVETS | 737EXP | NEW | B-3-E | 100 | MS20426AD3-3 | 44.00 |
| MIA | CUSHION- RUBBER SEAT | 737EXP | NEW | D-2-C | 4 | D72072376-111 | 43.72 |
| MIA | BOLT | 737EXP | NEW | D-3-G | 95 | MS24693C298 | 43.70 |
| 733FAK | SCREW | 737EXP | NEW | 733FAK | 2 | 9111M3SP13 | 43.58 |
| 739FAK | SCREW | 737EXP | NEW | 739FAK | 2 | 9111M3SP13 | 43.58 |
| MIA | CONNECTOR | 737EXP | NEW | E-1-A | 1 | BACC63CN140757 | 43.50 |
| MIA | PLACARD ( NO ADMITTANCE) CIRLE WITH / M | 737EXP | NEW | N-2-B | 4 | 0536VMW | 43.00 |
| MIA | WET SPLINE CSD O-RING, RUBBER | 737EXP | NEW | D-3-A | 22 | M83248-1-270 | 42.90 |
| MIA | PACKING | 737EXP | NEW | C-3-I | 89 | BACP11K5 | 42.72 |
| MIA | PLACARD, "LIFT TO OPEN" | 737EXP | NEW | N-2-C | 7 | BAC29PPS31666 | 42.70 |
| MIA | LATCH FOR ARM | 737EXP | NEW | C-2-I | 1 | 844994-1 | 42.65 |
| MIA | PACKING, RUBBER FOR HMU | 737EXP | NEW | A-3-B | 8 | 2668571-4 | 42.48 |
| MIA | SCREW | 737EXP | NEW | E-2-G | 8 | S6C6TPKL16GY | 42.40 |
| MIA | HEADSET COCKPIT | 737EXP | NEW | G-1-B | 1 | 61650-001 | 42.09 |
| MIA | HEADSET COCKPIT | 737EXP | NEW | G-1-B | 1 | 61650-001 | 42.09 |
| MIA | HEADSET COCKPIT | 737EXP | NEW | G-1-B | 1 | 61650-001 | 42.09 |
| 752FAK | LOCKOUT PIN | 737EXP | NEW | 752FAK | 1 | F72735-13 | 42.00 |
| 752FAK | LOCKOUT PIN | 737EXP | NEW | 752FAK | 1 | F72735-13 | 42.00 |
| MIA | NUT | 737EXP | NEW | C-2-H | 42 | AN320-4 | 42.00 |
| MIA | BOLT | 737EXP | NEW | C-3-D | 7 | BACB30LK3-10 | 42.00 |
| MIA | ELBOW | 737EXP | NEW | C-3-I | 2 | BACE218L05051 | 42.00 |
| MIA | LOCKOUT PIN | 737EXP | NEW | TOOL ROOM-2 | 1 | F72735-13 | 42.00 |
| MIA | GUIDE | 737EXP | NS | E-3-A | 7 | V39-106-07 | 42.00 |
| MIA | NUTPLATE | 737EXP | NEW | C-3-I | 20 | BACN10S3B4CD | 42.00 |
| MIA | BUMPER | 737EXP | NEW | I-1-B | 1 | 849847-0018 | 42.00 |
| MIA | CLAMP | 737EXP | NEW | B-1-E | 38 | 60878 | 41.60 |
| MIA | NUT | 737EXP | NEW | E-1-D | 12 | BACN11Z4CD | 41.52 |
| MIA | CLAMP | 737EXP | NEW | C-3-H | 23 | BACC10JU104 | 41.40 |
| MIA | CARPET UNDER SEAT LEFT REAR | 737EXP | NEW | T17 | 1 | 7324 | 41.24 |
| MIA | CARPET UNDER SEAT LEFT SIDE | 737EXP | NEW | T17 | 1 | 7325 | 41.24 |
| MIA | CARPET UNDER SEAT RIGHT SIDE | 737EXP | NEW | T18 | 1 | 7327 | 41.24 |
| MIA | CARPET UNDER SEAT RIGHT SIDE | 737EXP | NEW | T19 | 1 | 7328 | 41.24 |
| 733FAK | SCREW | 737EXP | NEW | 733FAK | 2 | 9111M3SP04 | 41.02 |
| MIA | LOWER BRACKET | 737EXP | NEW | TRAINING CLASS | 1 | H3-1566-1 | 41.00 |
| MIA | PACKING, RUBBER | 737EXP | NEW | D-4-F | 93 | NAS1611-015 | 40.92 |
| MIA | ENGINE HAZARD AREA WARNING | 737EXP | NEW | N-2-B | 4 | 0538VMN | 40.80 |
| MIA | PLACARD (AS A COURTESY TO THE NEXT PASS | 737EXP | NEW | N-2-A | 4 | BAC29PPS36202 | 40.80 |
| MIA | TOILET BOWL DECAL | 737EXP | NEW | N-2-D | 3 | BAC29PPS36213 | 40.80 |
| MIA | PLACARD, TRANSMITTER | 737EXP | NEW | N-2-D | 4 | BAC29PPS36233 | 40.80 |
| MIA | PLACARD, ROW 11 CBA I/W BAC29PPS29278 | 737EXP | NEW | N-2-D | 9 | 8614PGW-29278 | 40.40 |
| MIA | PLACARD, ROW 2 CBA | 737EXP | NEW | N-2-D | 9 | 8614PGW-29260 | 40.40 |
| MIA | PACKING | 737EXP | NEW | D-3-TOP | 68 | MS29513-330 | 40.12 |
| MIA | SCREW | 737EXP | NEW | C-2-I | 2 | 9111M3SP01 | 40.00 |
| 732FAK | SCREW | 737EXP | NEW | 732FAK | 2 | 9111M3SP01 | 40.00 |
| 738FAK | SCREW | 737EXP | NEW | 738FAK | 2 | 9111M3SP01 | 40.00 |
| 738FAK | SCREW | 737EXP | NEW | 738FAK | 2 | 9111M3SP02 | 40.00 |
| 740FAK | SCREW | 737EXP | NEW | 740FAK | 2 | 9111M3SP01 | 40.00 |
| 740FAK | SCREW | 737EXP | NEW | 740FAK | 2 | 9111M3SP02 | 40.00 |
| 752FAK | SCREW | 737EXP | NEW | 752FAK | 2 | 9111M3SP02 | 40.00 |
| 752FAK | SCREW | 737EXP | NEW | 752FAK | 2 | 9111M3SP01 | 40.00 |
| 753FAK | SCREW | 737EXP | NEW | 753FAK | 2 | 9111M3SP01 | 40.00 |
| 753FAK | SCREW | 737EXP | NEW | 753FAK | 2 | 9111M3SP02 | 40.00 |
| MIA | SPRING | 737EXP | NEW | ENGINE TRAILER | 1 | 69-24174-5 | 40.00 |
| MIA | BEARING | 737EXP | NEW | C-3-B | 2 | BACB10B132 | 40.00 |
| MIA | BOLT | 737EXP | NEW | ENGINE TRAILER | 2 | BACB30NH9H30 | 40.00 |
| MIA | CONNECTOR | 737EXP | NEW | D-3-G | 4 | MS24266R14875N | 40.00 |
| MIA | RING DOUBLER | 737EXP | NEW | ENGINE TRAILER | 2 | 65-47961-15 | 40.00 |
| MIA | BOLT | 737EXP | NEW | E-2-C | 4 | NAS6609D32 | 40.00 |
| MIA | SEAL, RUBBER | 737EXP | NEW | ENGINE TRAILER | 2 | BAC1531-5 | 40.00 |
| MIA | PACKING, RUBBER | 737EXP | NEW | B-1-E | 1 | 600-400 | 40.00 |
| MIA | SPRING | 737EXP | NS | E-3-A | 4 | V39-101-06 | 40.00 |
| MIA | PACKING | 737EXP | NEW | B-1-D | 3 | 5661-0905 | 40.00 |
| MIA | CIRCUIT BREAKER | 737EXP | NS | A-1-A | 1 | BACC18AD3 | 40.00 |
| MIA | WASHER | 737EXP | SERV | E-1-B | 4 | 248514-3 | 40.00 |
| MIA | RING | 737EXP | NEW | H-1-B | 8 | BACR12BM113 | 40.00 |
| MIA | MEGAPHONE KNOB, CONTROL | 737EXP | NEW | C-2-F | 2 | A3-06-0768 | 39.94 |
| MIA | FLOURESCENT BULB | 737EXP | NEW | FLOOR | 1 | FO4SCWBCAC | 39.90 |
| MIA | FLOURESCENT BULB | 737EXP | NEW | FLOOR | 1 | FO4SCWBCAC | 39.90 |
| MIA | FLOURESCENT BULB | 737EXP | NEW | FLOOR | 1 | FO4SCWBCAC | 39.90 |
| MIA | PLACARD ( FEDERAL LAW PROVIDES FOR A PE | 737EXP | NEW | N-2-B | 7 | 0479AD | 39.69 |
| MIA | WASHER | 737EXP | NEW | D-4-F | 992 | NAS1515-H4 | 39.68 |
| MIA | CENTER AISLE A/C | 737EXP | NEW | T50 | 1 | 3074 | 39.60 |
| MIA | STOW TABLE LEAVES AND LOWER TABLE TO T | 737EXP | NEW | N-2-O | 4 | A2329VBW | 39.60 |
| MIA | SPACER | 737EXP | NEW | E-2-G | 99 | NAS43DD3-32FC | 39.60 |
| MIA | CLAMP | 737EXP | NEW | DRAWER | 5 | MS25281R30 | 39.50 |
| MIA | PLACARD, "HANDICAP" SIGN | 737EXP | NEW | N-2-B | 4 | BAC29PPS38297 | 39.20 |
| MIA | LAMP | 737EXP | NEW | N-3-C | 14 | 5004CW | 39.06 |
| MIA | BOLT | 737EXP | NEW | B-3-A | 4 | BACB30NM4413 | 39.04 |
| MIA | SEAL | 737EXP | NEW | ENGINE TRAILER | 1 | 65-48688-107 | 39.00 |
| MIA | VACUUM SCALLOPED FLOOR TOOL | 737EXP | NEW | ENGINE TRAILER | 1 | 10308S | 39.00 |
| MIA | SEAL | 737EXP | NEW | B-1-H | 1 | 65-48688-107 | 39.00 |
| MIA | NUT PLATE | 737EXP | NEW | C-3-F | 15 | BACN10KE3E2CD | 39.00 |
| MIA | WASHER | 737EXP | NEW | E-1-D | 974 | NAS1149DD316H | 38.96 |
| MIA | PLACARD, ROW 3 CBA I/W BAC29PPS29262 | 737EXP | NEW | N-2-D | 7 | 8614PGW-29262 | 38.92 |
| MIA | PACKING, RUBBER | 737EXP | NEW | E-2-TOP | 48 | MS29513-250 | 38.88 |
| MIA | PLACARD, WEIGHT INCREASE ON -400 A/C | 737EXP | NEW | N-2-C | 1 | A0763KIT | 38.80 |
| MIA | PLACARD PULL | 737EXP | NEW | N-2-C | 3 | 6279PRW | 38.73 |
| MIA | BOLT | 737EXP | NEW | C-3-D | 69 | BACB30NT3K7 | 38.64 |
| MIA | PLACARD CAUTION: BE SURE I/W BAC29PPS3 | 737EXP | NEW | N-2-A | 5 | 8584PRW | 38.50 |
| MIA | SCREWS | 737EXP | NEW | 737 SHELF | 50 | BACB30VF4KS | 38.50 |
| MIA | SCREWS | 737EXP | NEW | 737 SHELF | 50 | BACB30VF4KS | 38.50 |
| MIA | PLACARD, ROW 4 FED | 737EXP | NEW | N-2-D | 4 | BAC29PPS29265 | 38.40 |
| MIA | PLACARD, ROW 18 CBA | 737EXP | NEW | N-2-D | 6 | BAC29PPS29292 | 38.40 |
| MIA | SCREW | 737EXP | NEW | D-3-G | 16 | MS27039C1-18 | 38.24 |
| MIA | PLACARD ACCUMULATOR BRAKE SYSTEM I/W | 737EXP | NEW | N-2-A | 4 | 8267MSP-0292 | 38.08 |
| MIA | PLACARD, FASTEN SEAT BELT WHILE SEATED, | 737EXP | NEW | N-2-B | 4 | A5576PBN | 38.00 |
| MIA | SLEEVE | 737EXP | NEW | E-1-G | 2 | BACS13AP6W | 38.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MIA | END, AIRSTAIR HAND RAIL | 737EXP | NEW | A-1-C | 1 1014-2 | 37.90 |
| MIA | BULB | 737EXP | NEW | N-3-B | 97 682 | 37.83 |
| MIA | WASHER | 737EXP | NEW | A-1-D | 84 NAS1515KSL | 37.80 |
| MIA | CENTER ISLE CARPET REAR | 737EXP | NEW | T43 | 2 7360 | 37.76 |
| MIA | CENTER ISLE CARPET REAR | 737EXP | NEW | T43 | 2 7361 | 37.76 |
| MIA | NUT | 737EXP | NEW | E-1-D | 82 BACN10YR3CD | 37.72 |
| MIA | PACKING | 737EXP | NEW | C-3-TOP | 50 AS3209-236 | 37.50 |
| MIA | PLACARD, 2 ROW CA | 737EXP | NEW | N-2-D | 4 BAC29PPS29342 | 37.20 |
| MIA | SCREW, 3/16 | 737EXP | NEW | E-2-A | 620 NAS517-3-5 | 37.20 |
| MIA | LOCK NUT | 737EXP | NS | D-2-D | 20 H14L08 | 37.00 |
| MIA | NUT, "I" TYPE CAPTIVE | 737EXP | NEW | E-3-A | 100 SN0116-17-4-5 | 37.00 |
| 732FAK | SCREW | 737EXP | NEW | 732FAK | 2 9111M35P02 | 36.90 |
| MIA | WASHER | 737EXP | NEW | B-3-TOP | 96 BACW10BP5CD | 36.48 |
| MIA | BULB | 737EXP | NEW | FLOOR | 7 F18T5CWRS | 36.33 |
| MIA | SMOKE HOOD | 737EXP | NEW | N-2-D | 3 BAC29PPS36232 | 36.30 |
| MIA | EPL | 737EXP | NEW | E-1-D | 1 A3-06-0719-104 | 36.25 |
| MIA | PLACARD/ CONSULAT WEIGHT & BALANCE | 737EXP | NEW | N-2-A | 8 6699V8W | 36.08 |
| MIA | SLIDER GUIDE | 737EXP | NEW | ENGINE TRAILER | 3 66-20933-1 | 36.00 |
| MIA | BEARING | 737EXP | NEW | C-3-B | 4 BACB20ET08J | 36.00 |
| MIA | CAM LOCK | 737EXP | NEW | E-1-G | 12 BAC521X13 | 36.00 |
| MIA | LAMP | 737EXP | NEW | N-3-C | 18 2232 | 36.00 |
| MIA | PACKING | 737EXP | NEW | D-2-I | 36 M83248-1-019 | 36.00 |
| MIA | BOLT | 737EXP | NEW | C-3-D | 2 BACB30LP5-17 | 36.00 |
| MIA | NUT | 737EXP | NEW | E-1-D | 6 BACN11N6CS | 36.00 |
| MIA | CABLE ASSY | 737EXP | NEW | I-2-C | 1 BACC2A3A02625FG | 36.00 |
| MIA | NUT PLATE | 737EXP | NEW | C-2-A | 20 BACN11G3A51CD | 36.00 |
| MIA | WASHER | 737EXP | NEW | D-4-I | 6 SP1220 | 36.00 |
| MIA | PLACARD LATCH CLOSED DURING TAXI | 737EXP | NEW | N-2-B | 4 8614PBW-39690 | 35.62 |
| MIA | PLACARD, ROW 19 CBA I/W BAC29PPS29294 | 737EXP | NEW | N-2-D | 7 8614PGW-29294 | 35.35 |
| MIA | PLACARD, ROW 23 CBA | 737EXP | NEW | N-2-D | 7 8614PGW-29302 | 35.35 |
| MIA | PLACARD, ROW 4 FED | 737EXP | NEW | N-2-D | 7 8614PGW-29265 | 35.35 |
| MIA | PLACARD, ROW 9 FED | 737EXP | NEW | N-2-D | 7 8614PGW-29275 | 35.35 |
| MIA | PLACARD NO SMOKING | 737EXP | NEW | N-2-C | 7 BAC29PPS40669 | 35.35 |
| MIA | LAMP, FLOURESCENT | 737EXP | NEW | N-3-D | 12 5013CW | 35.28 |
| MIA | PACKING, RUBBER | 737EXP | NEW | D-4-TOP | 86 MS29513-223 | 35.26 |
| MIA | SCREW | 737EXP | NEW | E-1-F | 80 BACS12C806-5 | 35.25 |
| MIA | PLACARD | 737EXP | NEW | N-2-C | 5 BAC27DBY0168 | 35.10 |
| MIA | BEARING | 737EXP | NEW | C-3-B | 1 BACB10B132 | 35.00 |
| MIA | RETAINING RING | 737EXP | NEW | A-1-B | 7 10-102476 | 35.00 |
| MIA | BALLAST, FLUORESCENT LAMP | 737EXP | NEW | B-1-F | 1 64-1 | 35.00 |
| MIA | BOLT | 737EXP | NEW | E-2-C | 7 NAS6604H3 | 35.00 |
| MIA | MAG PLUG ORINGS, RUBBER | 737EXP | NEW | D-3-C | 100 M83485-1-005 | 35.00 |
| MIA | PIN | 737EXP | NEW | D-4-D | 10 MS9164-564 | 35.00 |
| MIA | O-RING, RUBBER | 737EXP | NEW | D-2-H | 25 M25988-1-904 | 35.00 |
| MIA | NUT - HEX CATELLATED | 737EXP | NEW | C-2-E | 2 9131M74P01 | 35.00 |
| MIA | NUT - HEX CATELLATED | 737EXP | NEW | C-2-E | 2 9131M74P01 | 35.00 |
| MIA | O-RING | 737EXP | NEW | E-3-E | 5 AS3209-120 | 35.00 |
| MIA | BUSHING | 737EXP | NEW | C-3-C | 10 BACB28AK08-045 | 35.00 |
| MIA | BOLT | 737EXP | NEW | B-3-C | 5 BACB30LE4K18 | 35.00 |
| MIA | NUT | 737EXP | NEW | E-3-D | 7 NAS1805-7 | 35.00 |
| MIA | LAMP | 737EXP | NEW | N-3-C | 166 7387 | 34.86 |
| MIA | HI LOCK | 737EXP | NEW | C-3-F | 29 BACB30NX8K7Y | 34.80 |
| MIA | NUT-LOCK | 737EXP | NEW | D-3-D | 99 MS21044C4 | 34.65 |
| MIA | CONNECTOR | 737EXP | NEW | C-3-I | 2 BACC45FT10-205 | 34.60 |
| MIA | RETAINER | 737EXP | NEW | B-2-A | 23 MS27595-113 | 34.50 |
| MIA | BOLT | 737EXP | NEW | C-3-I | 78 BACB30VY0BKS | 34.32 |
| MIA | SCREW, 3/16 | 737EXP | NEW | E-2-A | 343 NAS517-3-7 | 34.30 |
| MIA | PLACARD, NO SMOKING IN LAVATORY | 737EXP | NEW | N-2-C | 2 0308PMW | 34.30 |
| MIA | NUT | 737EXP | NEW | C-3-I | 1 BACN10JD10AU | 34.00 |
| MIA | O-RING, RUBBER | 737EXP | NEW | D-3-B | 97 M83248-1-907 | 33.95 |
| MIA | RING | 737EXP | NEW | E-1-E | 15 BACR12BM236 | 33.75 |
| MIA | FUEL STICK # 5 I/W BAC27DFS302 | 737EXP | NEW | N-2-B | 5 3671VBC | 33.75 |
| MIA | WASHER - PLAIN | 737EXP | NEW | B-1-G | 4 649-341-010-0 | 33.44 |
| MIA | PLCARD STATIC PORT | 737EXP | NEW | N-2-D | 6 0138AO | 33.36 |
| MIA | PLACARD LDG GEAR LIMIT | 737EXP | NEW | N-2-C | 4 BAC27DCC819 | 33.32 |
| MIA | FASTEN SEATBELT WHILE SEATED - PLACARD | 737EXP | NEW | N-2-B | 37 A578BP8C | 33.30 |
| MIA | PACKING | 737EXP | NEW | D-2-F | 237 J221P023WE | 33.18 |
| MIA | LAMP, WHEELWELL LIGHT | 737EXP | NEW | N-1-E | 69 CM3011 | 33.12 |
| MIA | STATIC DISCHARGER RETAINER | 737EXP | NS | N-1-E | 1 740032 | 33.00 |
| MIA | LAMP, NAV. LIGHT | 737EXP | NEW | N-3-B | 3 A4174-24 | 33.00 |
| MIA | NUT PLATE | 737EXP | NEW | E-1-D | 8 BACN10YF46CD | 32.80 |
| MIA | LOCK | 737EXP | NEW | B-3-G | 1 69-42311-3 | 32.80 |
| MIA | PASS ADDRESS | 737EXP | NEW | N-2-C | 2 BAC27DCC2780 | 32.60 |
| MIA | NUT I/W PH54CM | 737EXP | NEW | E-1-D | 155 BACN10YR4CM | 32.55 |
| MIA | COVER ASSY | 737EXP | NEW | E-2-H | 1 SAM214-22 | 32.50 |
| MIA | LAMP | 737EXP | NS | I-1-E | 11 CM737AS15 | 32.41 |
| MIA | PLACARD, ROW 24 FED | 737EXP | NEW | N-2-D | 7 8614PGW-29305 | 32.34 |
| MIA | BOLT | 737EXP | NS | C-3-D | 23 BACB30MR4K7 | 32.20 |
| MIA | WASHER | 737EXP | NEW | D-2-A | 36 BACW10BP10ACU | 32.04 |
| MIA | SOCKETS | 737EXP | NEW | ENGINE TRAILER | 8 708 | 32.00 |
| MIA | CARPET | 737EXP | NEW | T28 | 4 7342 | 32.00 |
| MIA | PACKING | 737EXP | NEW | D-4-C | 50 MS29513-342 | 32.00 |
| MIA | NUT | 737EXP | NEW | E-1-D | 2 BACN11N7CS | 32.00 |
| MIA | SCREWS | 737EXP | NEW | H-1-B | 2 BACB30ZF4-24 | 32.00 |
| MIA | FLOURESCENT BULB | 737EXP | NEW | FLOOR | 0.8 F04SCWBCAC | 31.92 |
| MIA | PACKING, RUBBER | 737EXP | NEW | A-3-B | 19 M83461-1-238 | 31.92 |
| MIA | SCREW, 3/16 | 737EXP | NEW | E-2-A | 265 NAS517-3-4 | 31.80 |
| MIA | SPRING | 737EXP | NEW | E-3-G | 2 235001-3 | 31.52 |
| MIA | SCREW | 737EXP | NEW | B-1-E | 8 NAS1503-10 | 31.36 |
| MIA | SCREW | 737EXP | NEW | C-3-I | 36 BACS12ER3K16 | 31.32 |
| MIA | BULB | 737EXP | NEW | N-3-C | 44 2233 | 31.24 |
| MIA | NUT | 737EXP | NEW | E-2-D | 8 NAS679A7 | 31.20 |
| MIA | BOLT | 737EXP | NEW | C-3-D | 1 BACB30LM10D42 | 31.10 |
| MIA | PLATE | 737EXP | NEW | B-2-I | 1 66-13873-9 | 31.10 |
| MIA | GASKET | 737EXP | NEW | L-1-C | 1 10-61421-3 | 31.03 |
| MIA | PLACARD, "FLASHLIGHT" | 737EXP | NEW | N-2-B | 5 3863PRWL | 31.00 |
| MIA | ELBOW | 737EXP | NEW | D-3-E | 1 MS2190BW6 | 31.00 |
| MIA | SCREW | 737EXP | NEW | B-3-H | 100 MS51957-45 | 31.00 |
| MIA | SELF LOCKING NUT | 737EXP | NEW | D-3-E | 72 MS21044-D3 | 30.96 |
| MIA | CARPET | 737EXP | NEW | T28 | 4 7342 | 30.84 |
| MIA | WASHER | 737EXP | NEW | E-1-G | 81 BACW10BN7SC | 30.78 |
| MIA | PLACARD, LATCH CLOSED LOAD LIMIT 36LBS | 737EXP | NEW | N-2-B | 3 BAC29PPS36270 | 30.60 |
| MIA | FLOOR LAMP | 737EXP | NEW | FLOOR | 2 F04SCWBCAC | 30.58 |
| MIA | PACKING | 737EXP | NS | D-2-E | 14 J221P034 | 30.52 |
| MIA | PACKING RUBBER | 737EXP | NEW | D-2-H | 21 M25988-1-152 | 30.45 |
| MIA | PIN | 737EXP | NEW | E-3-G | 98 BACP18BC00C04P | 30.36 |
| MIA | PLACARD, VIDEO EQUIPMENT ONLY | 737EXP | NEW | N-2-C | 1 BAC29PPS38881 | 30.30 |
| MIA | PLACARD, ROW 31 CBA | 737EXP | NEW | N-2-D | 7 8614PGW-29318 | 30.30 |
| MIA | BOLT | 737EXP | NEW | D-2-D | 20 BACBE30ZE4-4 | 30.20 |
| MIA | SPRING | 737EXP | NEW | B-3-TOP | 7 66-16691-502 | 30.10 |
| MIA | PIN | 737EXP | NEW | E-1-D | 70 BACP18BC00C08P | 30.10 |
| GATEWAY | LIGHT ASSY | 737EXP | NEW | GATEWAY | 2 STB730F1RL14174 | 30.00 |
| GATEWAY | FERRULE | 737EXP | NEW | GATEWAY | 3 5S604-1 | 30.00 |
| MIA | PIN | 737EXP | NEW | ENGINE TRAILER | 2 69-31256-1 | 30.00 |
| MIA | BEARING | 737EXP | NEW | C-3-B | 1 BACB10B132 | 30.00 |
| MIA | RETAINER | 737EXP | NEW | C-3-H | 2 BACC10BR3300 | 30.00 |
| MIA | PNEUMATIC DUCT CLAMP | 737EXP | NEW | C-3-H | 2 BACC10DU3000ABE | 30.00 |
| MIA | BEARING | 737EXP | NEW | A-1-C | 3 10-60779-112 | 30.00 |
| MIA | PLUG | 737EXP | NEW | D-4-C | 1 MS3126F16-85 | 30.00 |
| MIA | FUSE | 737EXP | NS | A-3-B | 12 255001 | 30.00 |
| MIA | BUTTON SWITCH GREEN | 737EXP | NEW | C-2-G | 2 AMLS1C10G | 30.00 |
| MIA | PULLEY | 737EXP | NEW | E-1-E | 10 BACP30F4 | 30.00 |
| MIA | RIVET, PUSH | 737EXP | NEW | A-1-C | 3 IA508-0001 | 30.00 |
| MIA | RIVET | 737EXP | NEW | E-1-H | 1500 BACR15BA4D8C | 30.00 |
| MIA | KNOB SKIRT | 737EXP | NEW | A-3-F | 1 3602214-0003 | 30.00 |
| MIA | CLAMP | 737EXP | NS | A-1-E | 15 MS21919WCJ10 | 30.00 |
| MIA | WASHER | 737EXP | NS | E-3-I | 30 AN960KDBL | 30.00 |
| MIA | CAP | 737EXP | NEW | B-1-F | 1 BACC14AD12D | 30.00 |

| | Description | Program | Cond | Bin | Qty | Part Number | Price |
|---|---|---|---|---|---|---|---|
| MIA | CARD | 737EXP | NEW | H-1-B | 6 | BACC29A1 | 30.00 |
| MIA | EYE BOLT | 737EXP | SERV | A-3-E | 2 | AN44-C7 | 30.00 |
| MIA | WASHER | 737EXP | NEW | B-1-A | 100 | NAS1149D0363K | 30.00 |
| 739FAK | SCREW | 737EXP | NEW | 739FAK | 2 | 9111M3SP04 | 29.80 |
| 740FAK | SCREW | 737EXP | NEW | 740FAK | 2 | 9111M3SP04 | 29.80 |
| MIA | PACKING, RUBBER | 737EXP | NEW | D-2-F | 11 | J221P148 | 29.70 |
| MIA | WASHER | 737EXP | NEW | D-4-E | 988 | NAS1149D0632J | 29.64 |
| MIA | BEARING | 737EXP | NEW | E-2-H | 4 | SFS276-020 | 29.60 |
| MIA | ROD | 737EXP | NEW | B-3-A | 5 | 65-56150-512 | 29.50 |
| MIA | LAMP | 737EXP | NEW | N-3-B | 21 | 1385 | 29.40 |
| MIA | GASKET I/W 3614868-1 | 737EXP | NEW | C-1-E | 5 | 3614868-1 | 29.40 |
| MIA | CLAMP | 737EXP | NEW | DRAWER | 8 | MS25281R24 | 29.20 |
| MIA | REDUCER | 737EXP | NS | D-3-F | 1 | MS21916G06-4 | 29.00 |
| MIA | BULBS | 737EXP | NEW | N-3-B | 76 | 1829 | 28.88 |
| MIA | EYEBOLT | 737EXP | NEW | C-2-H | 2 | AN44C7A | 28.72 |
| MIA | BOLT | 737EXP | NEW | C-3-F | 7 | HL13VAZ6-12 | 28.70 |
| MIA | FLIGHT DECK DOOR PLACARD | 737EXP | NEW | N-2-B | 3 | 9479VRW | 28.35 |
| MIA | PLUG | 737EXP | NEW | C-3-TOP | 3 | AS5169J06 | 28.35 |
| MIA | PLACARD STAB TRIM CUT | 737EXP | NEW | N-2-D | 8 | BACM10T21W | 28.00 |
| MIA | CIRCUIT BREAKER MARKER | 737EXP | NEW | N-2-F | 4 | BAC27DCC2753 | 28.00 |
| MIA | END CAP | 737EXP | NEW | C-2-G | 28 | 9682 | 28.00 |
| MIA | O-RING, RUBBER | 737EXP | NEW | D-4-G | 28 | NAS1611-113 | 28.00 |
| MIA | CENTER AISLE CARPET | 737EXP | NEW | INTERIOR | 1 | 3060 | 27.90 |
| MIA | SEAL, RUBBER I/W (59413-555, M83248-1-90) | 737EXP | NEW | D-3-B | 253 | M83248-1-905 | 27.83 |
| MIA | PLACARD, ROW 10 CBA | 737EXP | NEW | N-2-D | 6 | 8614PGW-29276 | 27.72 |
| MIA | STRAP-BUCKLE | 737EXP | NEW | B-1-D | 1 | 567-114 | 27.60 |
| MIA | WASHER-THRUST | 737EXP | NEW | E-3-B | 4 | 7RA1018 | 27.60 |
| MIA | WASHER | 737EXP | NEW | ENGINE TRAILER | 197 | MS20002-12 | 27.58 |
| MIA | CARPET | 737EXP | NEW | TS1 | 1 | 7375 | 27.52 |
| MIA | BUSHING | 737EXP | NEW | ENGINE TRAILER | 21 | NAS73-5-005 | 27.30 |
| MIA | SOAP DISPENSER HOLDER | 737EXP | NEW | E-3-B | 1 | TR-BASE125 | 27.30 |
| MIA | SCREWS I/W NAS604-18 | 737EXP | NEW | E-1-F | 4 | BACS12CK4-18 | 27.20 |
| MIA | PLACARD ( LANDING GEAR LIMITS) | 737EXP | NEW | N-2-D | 2 | BAC27DCC2204 | 27.20 |
| MIA | WASHER | 737EXP | NEW | D-3-G | 193 | MS27111-3 | 27.02 |
| MIA | TEE FITTING | 737EXP | NEW | E-1-G | 1 | BACT16AS100606W | 27.00 |
| MIA | PLUG | 737EXP | NEW | C-2-H | 9 | AN814-20L | 27.00 |
| MIA | PLACARD, INBOARD FLIGHT SEAT | 737EXP | NEW | N-2-B | 3 | BAC29PPS36211 | 27.00 |
| MIA | BOLT | 737EXP | NEW | C-3-G | 50 | BACB30V76K6 | 27.00 |
| MIA | PLACARD, ROW 32 FED | 737EXP | NEW | N-2-D | 3 | BAC29PPS29321 | 27.00 |
| MIA | HOOK, CURTAIN G-XLAC | 737EXP | NEW | B-1-E | 269 | 6146 | 26.90 |
| MIA | NUT | 737EXP | NEW | B-2-J | 96 | AN316-6R | 26.88 |
| MIA | BRACKET | 737EXP | NEW | TRAINING CLASS | 1 | BACB20J4A | 26.80 |
| MIA | TRACK SLIDER, CURTAIN G-XLAC | 737EXP | NEW | B-1-E | 223 | 6143 | 26.76 |
| MIA | SCREW | 737EXP | NEW | E-2-A | 189 | NAS514P1032-8 | 26.46 |
| MIA | O-RING | 737EXP | NEW | D-4-TOP | 98 | MS29513-135 | 26.46 |
| MIA | PIN | 737EXP | NEW | C-3-TOP | 1 | B201130-15 | 26.45 |
| MIA | SCREEN-RINSE VALVE | 737EXP | NEW | H-1-B | 1 | 15800-192 | 26.43 |
| MIA | PIN-HINGE | 737EXP | NEW | I-2-B | 12 | MS20253P2-3240 | 26.40 |
| MIA | PLACARD LIFE VEST UNDER ARMREST | 737EXP | NEW | 737 SHELF | 10 | A167LVBW | 26.40 |
| MIA | WASHER | 737EXP | NEW | D-3-G | 110 | MS27111-4 | 26.40 |
| MIA | PLACARD, SERVICE TIRES WITH NITRO | 737EXP | NEW | N-2-D | 4 | 0299AD | 26.40 |
| MIA | GASKET | 737EXP | NEW | E-3-I | 1 | MS27198-24 | 26.00 |
| MIA | PLACARD, ROW 17 CBA | 737EXP | NEW | 737 SHELF | 1 | BAC29PPS29290 | 26.00 |
| MIA | PLACARD, ROW 12 CBA | 737EXP | SERV | 737 SHELF | 1 | BAC29PPS2928D | 26.00 |
| MIA | PLACARD, "LIFT TO OPEN" | 737EXP | NEW | N-2-C | 2 | BAC29PPS31666 | 26.00 |
| MIA | MARKER-RIGHT ARROW | 737EXP | NEW | 737 SHELF | 2 | BAC27DPAS269 | 25.68 |
| MIA | NUT | 737EXP | NS | E-3-I | 20 | BACN10JC08CD | 25.60 |
| MIA | TERMINAL BLOCK | 737EXP | NEW | E-1-C | 5 | BACM1SC3B | 25.50 |
| MIA | UNION | 737EXP | NEW | D-3-E | 3 | MS21902-J4 | 25.50 |
| MIA | PLACARD, ROW 31 FED I/W BAC29PPS29319 | 737EXP | NEW | N-2-D | 5 | 8614PGW-29319 | 25.25 |
| MIA | PLACARD, ROW 1 FED I/W BAC29PPS29259 | 737EXP | NEW | N-2-D | 5 | 8614PGW-29259 | 25.25 |
| MIA | COLLAR | 737EXP | NEW | C-3-I | 12 | BACC30AG6 | 25.20 |
| MIA | PACKING, RUBBER I/W M83248-1-027 | 737EXP | NEW | D-2-H | 72 | AS3209-027 | 25.20 |
| MIA | GRILLE | 737EXP | NEW | A-3-I | 1 | 412N1122-3A | 25.20 |
| MIA | CLAMP | 737EXP | NS | E-3-A | 3 | W994-320E | 25.02 |
| MIA | TRACK | 737EXP | NEW | A-3-G | 1 | 3-93750 | 25.02 |
| MIA | BOLT | 737EXP | NEW | N-4-A | 1 | NAS1709-32 | 25.00 |
| MIA | MIC HOLDER | 737EXP | NEW | I-1-B | 1 | 5429-4 | 25.00 |
| MIA | FASTENER | 737EXP | NEW | D-3-G | 50 | MS2798D-6N | 25.00 |
| MIA | LANDING LIGHT WINDOW | 737EXP | NEW | T66 | 1 | 65-26758-44 | 25.00 |
| MIA | BUSHING | 737EXP | NS | B-3-F | 1 | 69-39616-2 | 25.00 |
| MIA | TRANSFORMER/RHEOSTAT | 737EXP | NEW | ENGINE TRAILER | 1 | 16426 | 25.00 |
| MIA | BOLT | 737EXP | NEW | C-3-F | 1 | BACB30UU4K10 | 25.00 |
| MIA | CONNECTOR | 737EXP | NS | C-3-I | 1 | BACC45FN14-4P | 25.00 |
| MIA | LAMP,HALOGEN | 737EXP | NEW | N-1-C | 1 | Q4631 | 25.00 |
| MIA | MARKER | 737EXP | NEW | E-2-H | 1 | 5G9341 | 25.00 |
| MIA | TAPE | 737EXP | NEW | C-2-B | 20 | 847599-1 | 25.00 |
| MIA | SEAL | 737EXP | NEW | A-3-F | 2 | 340724 | 25.00 |
| MIA | SEAL | 737EXP | NEW | A-3-F | 2 | 340724 | 25.00 |
| MIA | O-RING | 737EXP | NEW | A-2-H | 2 | 2-135NMS06-65 | 25.00 |
| MIA | GASKET | 737EXP | NEW | C-2-D | 1 | 9044616 | 25.00 |
| MIA | SCREW | 737EXP | NEW | B-2-E | 100 | AN525-10R6 | 25.00 |
| MIA | BOLT | 737EXP | NEW | ENGINE TRAILER | 1 | NAS1709-32 | 25.00 |
| MIA | NUT | 737EXP | NEW | B-3-G | 25 | NAS1805-4 | 25.00 |
| MIA | O' RING, I/W M83248-1-910, RUBBER | 737EXP | NEW | D-2-F | 5 | J221P910 | 25.00 |
| MIA | BRACKET | 737EXP | NEW | B-3-H | 1 | 845605-9A | 25.00 |
| MIA | PACKING | 737EXP | NEW | D-2-F | 1 | J221P240 | 25.00 |
| MIA | LAMP | 737EXP | NEW | N-3-C | 1 | 5108CW | 25.00 |
| MIA | BOLT | 737EXP | NEW | A-1-D | 25 | AN4-12A | 25.00 |
| MIA | NUT | 737EXP | NEW | A-1-D | 25 | AN36S-42BA | 25.00 |
| MIA | SEAL | 737EXP | NEW | I-1-B | 1 | 16-2646 | 25.00 |
| MIA | WASHER | 737EXP | NEW | D-2-A | 78 | BACW10BP6CD | 24.96 |
| MIA | CARPET UNDER SEAT FRONT LEFT | 737EXP | NEW | T3 | 1 | 7307 | 24.88 |
| 732FAK | SCREW | 737EXP | NEW | 732FAK | 1 | 9111M3SP05 | 24.80 |
| MIA | PLACARD BABY CHANGING I/W BAC29PPS361 | 737EXP | NEW | N-2-A | 5 | 8614PRW-36194 | 24.75 |
| MIA | PLACARD, "HANDICAP" SIGN I/W BAC29PPS3 | 737EXP | NEW | N-2-B | 5 | 8614PAW-38297 | 24.75 |
| MIA | RING | 737EXP | NS | E-3-G | 9 | AS568-218-7115-75 | 24.75 |
| MIA | BOLT | 737EXP | NEW | B-3-A | 15 | BACB30NM4K9 | 24.75 |
| MIA | BOLT | 737EXP | NEW | A-3-E | 19 | BACB30NN4K12 | 24.70 |
| MIA | PLACARD(ARROW) | 737EXP | NEW | N-2-A | 6 | 0296AD | 24.48 |
| MIA | BOLT | 737EXP | NEW | B-2-C | 16 | BACB30NR4K11 | 24.48 |
| GATEWAY | BEARING | 737EXP | NEW | GATEWAY | 1 | BACB10FK5K5HS | 24.43 |
| MIA | BEARING | 737EXP | NEW | C-3-B | 1 | BACB10FK5K5HS | 24.43 |
| MIA | WASHER | 737EXP | NEW | D-3-G | 349 | MS27111-2 | 24.43 |
| MIA | BUSHING | 737EXP | NEW | H-1-B | 23 | NAS76A4-010 | 24.15 |
| MIA | LAMP | 737EXP | NEW | N-3-C | 9 | 5106CW | 24.03 |
| 732FAK | LAMP | 737EXP | NEW | 732FAK | 2 | 4594 | 24.00 |
| 752FAK | LAMP | 737EXP | NEW | 752FAK | 2 | 4594 | 24.00 |
| MIA | NUT | 737EXP | NEW | ENGINE TRAILER | 12 | AN310C12 | 24.00 |
| MIA | DUCT | 737EXP | NEW | E-1-A | 2 | BACD40B003-080-3-10 | 24.00 |
| MIA | SHIM | 737EXP | NEW | B-3-A | 3 | 66-19955-3 | 24.00 |
| MIA | BUSHING | 737EXP | NEW | C-1-A | 2 | 69-7823-1 | 24.00 |
| MIA | SCREW | 737EXP | NEW | D-3-G | 96 | MS24694C50 | 24.00 |
| MIA | GROMMET | 737EXP | NEW | E-1-E | 15 | BACG20X3C | 24.00 |
| MIA | BOLT | 737EXP | NEW | C-3-D | 12 | BACB30LK4-6 | 24.00 |
| MIA | BOLT | 737EXP | NEW | C-3-F | 16 | BACB30NR4K9 | 24.00 |
| MIA | WASHER | 737EXP | NEW | E-3-A | 4 | SP122D | 24.00 |
| MIA | RIVET | 737EXP | NS | E-3-G | 34 | MS20615-3M7 | 24.00 |
| MIA | BOLT | 737EXP | SERV | 737 SHELF | 3 | BACB30NM5K22 | 24.00 |
| MIA | WASHER | 737EXP | NEW | A-3-A | 10 | BACW10BP12ACU | 24.00 |
| MIA | WASHER | 737EXP | NEW | D-2-A | 72 | BACW10BP7DP | 23.76 |
| MIA | FITTING, LUBRICATION | 737EXP | NEW | DRAWER | 91 | 1728B | 23.66 |
| MIA | PANEL | 737EXP | NEW | E-1-D | 1 | BACP10U0412GC | 23.60 |
| MIA | WASHER | 737EXP | NEW | D-2-A | 19 | BACW10BP10APU | 23.56 |
| MIA | PLACARD ( CAUTION DO NOT OPEN FAN COW | 737EXP | NEW | N-2-A | 10 | 4976VBWL | 23.50 |
| MIA | PLACARD, "APU FIRE CONTROL" | 737EXP | NEW | N-2-A | 6 | BAC27DAP9 | 23.50 |
| MIA | CARPET | 737EXP | NEW | T23 | 1 | 7335 | 23.20 |
| MIA | NUT | 737EXP | NEW | ENGINE TRAILER | 1 | EWSN26-9 | 23.10 |

Spare Parts Inventory

| | | | | | | |
|---|---|---|---|---|---|---|
| MIA | NUT | 737XP | NEW | D-2-C | 1 EWSN26-9 | 23.10 |
| MIA | PLACARD, ROW 29 CBA | 737XP | NEW | N-2-D | 5 8614PGW-29314 | 23.10 |
| MIA | PLACARD, ROW 22 FED | 737XP | NEW | N-2-O | 5 8614PGW-29301 | 23.10 |
| MIA | PACKING | 737XP | NEW | A-2-D | 96 AS3208-05 | 23.04 |
| MIA | MARKER-WARNING | 737XP | NEW | N-2-A | 3 BACM10L1DUZ | 23.01 |
| MIA | PLACARD, WEIGHT & SEAT | 737XP | NEW | N-2-E | 2 A0763PMM-N753MA-64 | 23.00 |
| MIA | PLACARD, WEIGHT & SEAT | 737XP | NEW | N-2-E | 2 A0763PMM-N753MA-64 | 23.00 |
| MIA | SCREW | 737XP | NEW | E-2-B | 100 NAS600-10P | 23.00 |
| MIA | NUT | 737XP | NS | E-3-G | 23 AN415-4 | 23.00 |
| MIA | PULL AND ROTATE TO UNLOCK PLACARD | 737XP | NEW | N-2-C | 2 0212AD | 22.88 |
| MIA | PACKING, RUBBER | 737XP | NEW | E-2-H | 7 S9026G221 | 22.75 |
| MIA | EMERGENCY MEDICAL KIT PLACARD | 737XP | NEW | N-2-B | 4 0246VRW | 22.68 |
| MIA | FLOOR TRACK LENS COVER | 737XP | NEW | T66 | 2 A1-18-0953-101 | 22.66 |
| MIA | PACKING | 737XP | NEW | C-3-TOP | 98 AS3582-028 | 22.54 |
| 732FAK | LAMP | 737XP | NEW | 732FAK | 1 Q4559X | 22.50 |
| 733FAK | LAMP | 737XP | NEW | 733FAK | 1 Q4559X | 22.50 |
| 738FAK | LAMP | 737XP | NEW | 738FAK | 1 Q4559X | 22.50 |
| 7S3FAK | LAMP | 737XP | NEW | 7S3FAK | 1 Q4559X | 22.50 |
| MIA | CLAMP | 737XP | NEW | A-3-H | 6 400WCS5 | 22.50 |
| MIA | LATCH SNAP | 737XP | NEW | A-2-I | 3 21510-51 | 22.50 |
| MIA | SCREW | 737XP | NEW | E-1-F | 15 BACS12GL0K8 | 22.50 |
| 7S2FAK | LAMP | 737XP | NEW | 7S2FAK | 1 Q4559X | 22.48 |
| MIA | RIVET | 737XP | NEW | D-3-E | 1 MS20426A3-3 | 22.45 |
| MIA | WASHER | 737XP | NEW | D-4-E | 1121 NAS1149D0432J | 22.42 |
| MIA | CARPET | 737XP | NEW | T28 | 2 7343 | 22.40 |
| MIA | CARPET 7S3 | 737XP | NEW | T44 | 1 3082 | 22.26 |
| MIA | SCREW | 737XP | NEW | B-1-B | 46 MS27039-1-23 | 22.08 |
| MIA | PLACARD, ROW 14 FED | 737XP | NEW | N-2-O | 2 BAC29PPS2928S | 22.00 |
| MIA | BOLT | 737XP | NEW | C-3-D | 4 BACB30LT6DK34 | 22.00 |
| MIA | BACKSHELL | 737XP | NEW | C-3-H | 2 BACC10KD14 | 22.00 |
| MIA | PACKING, I/W J221P910 | 737XP | NEW | D-3-B | 1 AS3208-10 | 22.00 |
| MIA | NUT | 737XP | NEW | G-2-A | 1 BACN10JC10CD | 22.00 |
| MIA | BULB | 737XP | NEW | N-1-E | 100 85 | 22.00 |
| MIA | CARPET | 737XP | NEW | T23 | 1 7335 | 21.95 |
| MIA | PACKING RUBBER | 737XP | NEW | D-2-H | 28 M25988-1-127 | 21.84 |
| MIA | PACKING, RUBBER I/W AS3085-134 | 737XP | NEW | E-2-E | 42 M83248-1-134 | 21.84 |
| MIA | PLACARD | 737XP | NEW | N-2-B | 2 0166VMW | 21.82 |
| MIA | NUT | 737XP | NEW | C-2-H | 29 AN320-3 | 21.75 |
| MIA | SCREW, 3/16 | 737XP | NEW | E-2-A | 217 NAS517-3-8 | 21.70 |
| MIA | PACKING, RUBBER | 737XP | NEW | C-2-E | 2 9216-797 | 21.66 |
| MIA | DECAL, HYD. PTU CONTROL VALVE | 737XP | NEW | N-2-C | 8 BAC27DH0311 | 21.60 |
| MIA | PITOT GASKET | 737XP | NEW | B-2-H | 2 66-1093-5 | 21.60 |
| MIA | WASHER COUNTER SUNK #10 | 737XP | NEW | D-4-F | 127 NAS1169-10L | 21.59 |
| 739FAK | LAMP | 737XP | NEW | 739FAK | 1 Q4559X | 21.56 |
| 739FAK | LAMP | 737XP | NEW | 739FAK | 1 Q4559X | 21.56 |
| 740FAK | LAMP | 737XP | NEW | 740FAK | 1 Q4559X | 21.56 |
| 740FAK | LAMP | 737XP | NEW | 740FAK | 1 Q4559X | 21.56 |
| 7S3FAK | LAMP | 737XP | NEW | 7S3FAK | 1 Q4559X | 21.56 |
| MIA | PACKING | 737XP | NEW | D-2-G | 98 MS28775-015 | 21.56 |
| 732FAK | LAMP | 737XP | NEW | 732FAK | 1 Q4559X | 21.56 |
| MIA | PACKING | 737XP | NEW | D-2-H | 143 M25988-2-012 | 21.45 |
| MIA | PACKING, RUBBER | 737XP | NEW | D-3-H | 96 MS28775-012 | 21.12 |
| MIA | WASHER | 737XP | NEW | E-1-G | 88 BACW10BP4CD | 21.12 |
| MIA | O-RING | 737XP | NEW | D-4-H | 49 NAS1611-126 | 21.07 |
| MIA | CIRCUIT BREAKER MARKER | 737XP | NEW | N-2-F | 3 BAC27DCC2753 | 21.00 |
| MIA | PLACARD,INFLATE TIRES WITH NITRO ONLY | 737XP | NEW | N-2-B | 3 BAC27FLG82 | 21.00 |
| MIA | PLACARD - EXIT | 737XP | NEW | N-2-B | 6 0101VRW | 21.00 |
| MIA | COLLAR | 737XP | NEW | C-3-I | 10 BACC30AG6 | 21.00 |
| MIA | COLLAR | 737XP | NEW | C-3-I | 10 BACC30AG6 | 21.00 |
| MIA | BOLT | 737XP | NEW | B-2-C | 10 BACB30NR4K11 | 21.00 |
| MIA | SCREW | 737XP | NEW | B-3-H | 100 MS24694C4 | 21.00 |
| MIA | EMERGENCY EXIT- PRESS TO UNLATCH. PRESS | 737XP | NEW | N-2-B | 3 0110AD | 20.97 |
| MIA | BOLT | 737XP | NEW | ENGINE TRAILER | 16 BACB30NE5H2S | 20.80 |
| MIA | LIFE JACKET UNDER YOUR SEAT - PLACARD | 737XP | NEW | N-2-C | 23 AS789PBC | 20.70 |
| MIA | O-RING, RUBBER | 737XP | NEW | D-2-I | 228 M83248-1-012 | 20.52 |
| MIA | NUT | 737XP | NEW | I-1-E | 4 65-5458-21E | 20.52 |
| MIA | SPACER | 737XP | NEW | E-2-A | 93 NAS42DD6-16FC | 20.46 |
| MIA | PACKING, RUBBER FOR HMU | 737XP | NEW | A-3-B | 3 266BS71-6 | 20.43 |
| MIA | CLAMP (BACC10DS3) | 737XP | NEW | C-3-H | 12 BACC10DS3 | 20.40 |
| MIA | PLACARD (AS A COURTESY TO THE NEXT PASS | 737XP | NEW | N-2-A | 2 BAC29PPS36202 | 20.40 |
| MIA | SCREW | 737XP | NEW | B-2-C | 4 BACB30VF4K16 | 20.40 |
| MIA | PLACARD, ROW 30 FED I/W BAC29PPS29317 | 737XP | NEW | N-2-O | 4 8614PGW-29317 | 20.20 |
| MIA | PLACARD, ROW 17 CBA I/W BAC29PPS29290 | 737XP | NEW | N-2-O | 4 8614PGW-29290 | 20.20 |
| MIA | PLACARD, ROW 26 FED | 737XP | NEW | N-2-O | 4 8614PGW-29309 | 20.20 |
| MIA | PACKING I/W J221P028 | 737XP | NEW | D-2-I | 59 M83248-1-028 | 20.06 |
| 738FAK | SCREW | 737XP | NEW | 738FAK | 2 9111M3SP03 | 20.00 |
| 740FAK | SCREW | 737XP | NEW | 740FAK | 2 9111M3SP03 | 20.00 |
| 7S3FAK | SCREW | 737XP | NEW | 7S3FAK | 2 9111M3SP03 | 20.00 |
| MIA | FUSE | 737XP | NEW | ENGINE TRAILER | 4 GMW-1/4 | 20.00 |
| MIA | CONNECTOR | 737XP | NEW | D-4-C | 2 MS3450L14S7S | 20.00 |
| MIA | PACKING,RUBBER | 737XP | NEW | D-2-I | 16 M83248-1-035 | 20.00 |
| MIA | CABEL | 737XP | NEW | C-3-TOP | 2 803444-1 | 20.00 |
| MIA | CLAMP | 737XP | NEW | DRAWER | 10 MS25281R16 | 20.00 |
| MIA | BOLT | 737XP | NEW | C-3-C | 4 BACB30LE6K24 | 20.00 |
| MIA | BOLT | 737XP | NEW | C-3-C | 2 BACB30LE5K26 | 20.00 |
| MIA | PLACARD( MANUFACTURER : QUIET WING P/T | 737XP | NEW | N-2-C | 4 QS-11000-09 | 20.00 |
| MIA | RETAINER CLIP | 737XP | NEW | B-3-TOP | 2 66-14871-801 | 20.00 |
| MIA | COUPLER ASSY | 737XP | NEW | A-3-A | 1 2369-63-1060 | 20.00 |
| MIA | FUSE | 737XP | NEW | D-2-O | 2 GMW1-1/2 | 20.00 |
| MIA | PLACARD OPEN | 737XP | NEW | N-2-C | 4 0214VBW | 20.00 |
| MIA | PLACARD, CARGO LOADING | 737XP | NEW | N-2-A | 1 BAC27DPAS014 | 20.00 |
| MIA | SPRING | 737XP | NEW | C-1-G | 2 808133-3 | 20.00 |
| MIA | BUSHING | 737XP | NEW | E-2-D | 1 NAS75-5-016 | 20.00 |
| MIA | CONNECTOR | 737XP | NS | C-3-H | 1 BACC45FT16-24S | 20.00 |
| MIA | BULB | 737XP | NEW | 737 SHELF | 20 305 | 20.00 |
| MIA | BOLT | 737XP | NEW | C-3-D | 18 BACB30LM4H6 | 19.80 |
| MIA | USB PROTECTIVE COVER TYPE A | 737XP | NEW | A-3-F | 4 37-0121-01 | 19.76 |
| MIA | PACKING, RUBBER | 737XP | NEW | D-2-H | 141 M25988-2-011 | 19.74 |
| MIA | PACKING, RUBBER | 737XP | NEW | C-1-H | 29 NAS1612-10 | 19.72 |
| MIA | CLASS II CREW REST SEATS | 737XP | NEW | N-2-A | 4 ABS83PWG | 19.60 |
| MIA | WASHER | 737XP | NEW | E-1-H | 93 BACW10BP6DP | 19.53 |
| MIA | CLAMP | 737XP | NEW | C-3-H | 1 BACC10BNS00LSME | 19.30 |
| MIA | CARD | 737XP | NEW | H-1-B | 1 232A4227-1 | 19.26 |
| MIA | CARD | 737XP | NEW | H-1-B | 1 232A4227-1 | 19.26 |
| MIA | NUT | 737XP | NEW | D-3-E | 55 MS21042-4 | 19.26 |
| MIA | BOLT (PITOT) | 737XP | NEW | C-3-C | 55 BACB30LH3-6 | 19.25 |
| MIA | PIN, COTTER | 737XP | NEW | D-3-G | 192 MS24665-302 | 19.20 |
| MIA | PACKING | 737XP | NEW | D-4-G | 48 NAS1611-008 | 19.20 |
| MIA | HOLDER, EMERG. FLASHLIGHT I/W P8-02-000 | 737XP | NEW | D-3-O | 6 A1-18-1030 | 19.20 |
| MIA | PACKING, RUBBER | 737XP | NEW | D-4-A | 160 MS29513-111 | 19.20 |
| MIA | RIVET | 737XP | NEW | D-3-E | 1 MS20470D3-5 | 19.10 |
| MIA | CARPET | 737XP | NEW | T23 | 1 7335 | 19.04 |
| MIA | BEARING | 737XP | NEW | C-3-B | 1 MS14104-16 | 19.00 |
| MIA | GASKET, APU METAL & RUBBER | 737XP | NEW | D-4-D | 19 MS35769-10 | 19.00 |
| MIA | GASKET CRUSH, APU LOAD CONTROL | 737XP | NEW | A-3-F | 1 3612170-2 | 19.00 |
| MIA | SEAT PLACARD | 737XP | NEW | N-4-A | 2 A5571PBN | 19.00 |
| MIA | CIRCUIT BREAKER | 737XP | NEW | C-3-H | 1 BACC18AD10 | 19.00 |
| MIA | CIRCUIT BREAKER | 737XP | NEW | C-3-H | 1 BACC18AD10 | 19.00 |
| MIA | CIRCUIT BREAKER | 737XP | NEW | C-3-H | 1 BACC18AD5 | 19.00 |
| MIA | POTABLE WATER PRESSURIZATION SYSTEM IN | 737XP | NEW | F-1-B | 2 65-90305-32 | 19.00 |
| MIA | ORING, RUBBER | 737XP | NEW | ENGINE TRAILER | 79 NAS1611-021A | 18.96 |
| MIA | SCREW | 737XP | NEW | E-1-F | 3 BACS12CK06H5 | 18.86 |
| MIA | O-RING | 737XP | NEW | B-2-A | 23 NAS1611-112 | 18.86 |
| MIA | LAMP | 737XP | NEW | N-3-B | 5 OL3335 | 18.65 |
| MIA | PLACARD, ROW 31 FED I/W 8614PGW-29319 | 737XP | SERV | 737 SHELF | 1 BAC29PPS29319 | 18.65 |
| MIA | PLACARD, ROW 23 CBA | 737XP | SERV | 737 SHELF | 1 BAC29PPS29302 | 18.65 |
| MIA | SHROUDS | 737XP | NEW | C-1-I | 1 844544-11A | 18.53 |
| MIA | PLACARD, ROW 33 FED | 737XP | NEW | N-2-O | 4 8614PGW-29323 | 18.48 |

Spare Parts Inventory

| | | | | | | |
|---|---|---|---|---|---|---|
| MIA | PLACARD, ROW 28 CBA I/W BAC29PPS29312 | 737EXP | NEW | N-2-D | 4 8614PGW-29312 | 18.48 |
| MIA | PLACARD, ROW 32 FED | 737EXP | NEW | 737 SHELF | 1 BAC29PPS29321 | 18.40 |
| MIA | PLACARD, ROW 1 CBA I/W 8614PGW-29259 | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29259 | 18.40 |
| MIA | PLACARD, ROW 32 FED | 737EXP | NEW | 737 SHELF | 1 BAC29PPS29321 | 18.40 |
| MIA | PLACARD, ROW 19 FED | 737EXP | NEW | 737 SHELF | 1 BAC29PPS29295 | 18.35 |
| MIA | CLAMP | 737EXP | NEW | DRAWER | 5 MS25281R26 | 18.25 |
| MIA | WASHER | 737EXP | NEW | D-4-F | 52 NAS1149F0432P | 18.20 |
| 732FAK | LAMPS TAXI BOTH 727 & 737 | 737EXP | NEW | 732FAK | 2 45S1 | 18.00 |
| 739FAK | LAMPS TAXI BOTH 727 & 737 | 737EXP | NEW | 739FAK | 2 45S1 | 18.00 |
| MIA | SEAL | 737EXP | NEW | A-3-G | 12 38241 | 18.00 |
| MIA | WASHER | 737EXP | NEW | E-1-G | 60 BACW10BN75P | 18.00 |
| MIA | WASHER | 737EXP | NEW | E-1-G | 60 BACW10BN75P | 18.00 |
| MIA | PAD | 737EXP | NEW | ENGINE TRAILER | 3 66-21819-1 | 18.00 |
| MIA | PLACARD, ROW 33 FED | 737EXP | NEW | N-2-D | 2 BAC29PPS29323 | 18.00 |
| MIA | PLACARD | 737EXP | NEW | N-2-A | 2 A6S1BVBW | 18.00 |
| MIA | SCREW | 737EXP | NEW | C-2-C | 2 BACB30LISDSU26 | 18.00 |
| MIA | SCREW | 737EXP | NEW | B-3-G | 100 MS24693CS2 | 18.00 |
| MIA | NUT | 737EXP | NEW | A-3-A | 2 BACN10JD10D5CD | 18.00 |
| MIA | BOLT | 737EXP | NEW | 737 SHELF | 15 BACB30NT3K5 | 18.00 |
| MIA | WASHER | 737EXP | NEW | D-4-I | 3 SP122D | 18.00 |
| MIA | PLACARD, ROW 12 FED | 737EXP | NEW | 737 SHELF | 1 BAC29PPS29281 | 17.97 |
| MIA | PACKING | 737EXP | NEW | H-1-B | 4 J22P906 | 17.96 |
| MIA | PLACARD, ROW 2 CBA | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29260 | 17.85 |
| MIA | PLACARD, ROW 3 CBA | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29262 | 17.85 |
| MIA | PLACARD, ROW 15 CBA I/W 8614PGW-29286 | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29286 | 17.85 |
| MIA | PLACARD, ROW 21 FED | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29299 | 17.85 |
| MIA | PLACARD, ROW 22 CBA | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29300 | 17.85 |
| MIA | COTTER PIN | 737EXP | NEW | B-3-B | 99 BACP18BC01D06P | 17.82 |
| MIA | RIVET | 737EXP | NEW | D-4-F | 37 NAS1399D4A2 | 17.76 |
| MIA | PLACARD, ROW 7 FED I/W 8614PGW-29271 | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29271 | 17.71 |
| MIA | LAMP | 737EXP | NEW | N-3-C | 6 51D4CW | 17.64 |
| MIA | LUG | 737EXP | NEW | B-2-C | 6 1B4204-1 | 17.64 |
| MIA | PLACARD, ROW 5 FED I/W 8614PGW-29267 | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29267 | 17.59 |
| MIA | PACKING, RUBBER I/W QD1004-239 & MS938 | 737EXP | NEW | D-3-A | 25 M83248-1-239 | 17.50 |
| MIA | JUMPER | 737EXP | NEW | E-1-B | 3 BAC140A824-7 | 17.40 |
| MIA | BOLT | 737EXP | NEW | C-2-B | 12 AN4-7A | 17.40 |
| MIA | PLACARD, ROW 1 CBA | 737EXP | NEW | N-2-D | 1 BAC29PPS29258 | 17.31 |
| MIA | PLACARD, ROW 28 CBA I/W 8614PGW-29312 | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29312 | 17.31 |
| MIA | PLACARD, ROW 5 CBA | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29266 | 17.31 |
| MIA | PLACARD, ROW 7 CBA | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29270 | 17.31 |
| MIA | PLACARD, ROW 2 FED | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29261 | 17.31 |
| MIA | PLACARD, ROW 6 CBA | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29268 | 17.31 |
| MIA | PLACARD, ROW 8 FED I/W 8614PGW-29273 | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29273 | 17.31 |
| MIA | PLACARD, ROW 19 CBA | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29294 | 17.31 |
| MIA | PLACARD, ROW 11 FED | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29279 | 17.31 |
| MIA | PLACARD, ROW 18 CBA | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29292 | 17.31 |
| MIA | PLACARD, ROW 20 FED | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29297 | 17.31 |
| MIA | PLACARD, ROW 18 FED | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29293 | 17.31 |
| MIA | PLACARD, ROW 21 CBA | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29298 | 17.31 |
| MIA | PLACARD, ROW 26 CBA | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29308 | 17.31 |
| MIA | PLACARD, ROW 27 CBA | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29310 | 17.31 |
| MIA | PLACARD, ROW 29 CBA | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29314 | 17.31 |
| MIA | PLACARD, ROW 23 FED | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29303 | 17.31 |
| MIA | PLACARD, ROW 22 FED | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29301 | 17.31 |
| MIA | PLACARD, ROW 25 CBA | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29306 | 17.31 |
| MIA | PLACARD, ROW 28 FED I/W 8614PGW-29313 | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29313 | 17.31 |
| MIA | PLACARD, ROW 29 FED | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29315 | 17.31 |
| MIA | PLACARD, ROW 25 FED | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29307 | 17.31 |
| MIA | PLACARD, ROW 27 FED | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29311 | 17.31 |
| MIA | PLACARD, ROW 31 CBA | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29318 | 17.31 |
| MIA | PACKING, RUBBER | 737EXP | NEW | E-2-TOP | 96 MS9385-05 | 17.28 |
| 732FAK | SCREW | 737EXP | NEW | 732FAK | 2 9111M3SP03 | 17.24 |
| 752FAK | SCREW | 737EXP | NEW | 752FAK | 2 9111M3SP03 | 17.24 |
| MIA | CARPET | 737EXP | NEW | T39 | 2 7354 | 17.22 |
| MIA | CARPET | 737EXP | NEW | T40 | 2 7355 | 17.22 |
| MIA | NUT | 737EXP | NEW | E-1-C | 2 BACN10JC12CD | 17.20 |
| MIA | BUSHING | 737EXP | NEW | N-4-D | 1 66-20937-9 | 17.10 |
| MIA | END CAP | 737EXP | NEW | D-2-A | 1 BV0311ZN-100 | 17.00 |
| MIA | BREAKER, CIRCUIT | 737EXP | NS | C-3-H | 1 BACC18Z3R | 17.00 |
| MIA | BREAKER, CIRCUIT | 737EXP | NS | C-3-H | 1 BACC18Z3R | 17.00 |
| MIA | CLAMP | 737EXP | NEW | A-1-I | 1 14C33-08 | 17.00 |
| MIA | SCREW | 737EXP | NEW | B-2-A | 100 MS27039-1-16 | 17.00 |
| MIA | BOLT | 737EXP | NEW | C-3-E | 32 BACB30NN3K8 | 16.96 |
| MIA | RING | 737EXP | NEW | B-1-D | 99 BACR12X1 | 16.83 |
| MIA | PACKING | 737EXP | NEW | D-4-TOP | 99 MS29513-012 | 16.83 |
| MIA | BABY CHANGING PLACARD | 737EXP | NEW | N-2-A | 2 BAC29PPS36194 | 16.80 |
| MIA | WASHER - PLAIN | 737EXP | NEW | B-1-G | 2 649-341-010-0 | 16.70 |
| MIA | COLLAR | 737EXP | NEW | C-3-I | 1 BACC30X105 | 16.54 |
| MIA | BOLT | 737EXP | NEW | D-2-F | 5 J644P09A | 16.50 |
| MIA | BOLT | 737EXP | NEW | D-2-F | 5 J644P09A | 16.50 |
| MIA | SCREWS | 737EXP | NEW | E-2-D | 34 BACB30ZE4-6 | 16.32 |
| MIA | SCREW | 737EXP | NEW | D-3-G | 17 MS27039C1-16 | 16.32 |
| MIA | SCREW, 1/4 | 737EXP | NEW | L-2-B | 96 NAS517-4-12 | 16.32 |
| MIA | PLACARD, ROW 4 CBA | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29264 | 16.23 |
| MIA | PLACARD, ROW 9 FED | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29275 | 16.23 |
| MIA | PLACARD, ROW 6 FED | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29269 | 16.23 |
| MIA | PLACARD, ROW 8 CBA I/W 8614PGW-29272 | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29272 | 16.23 |
| MIA | PLACARD, ROW 10 FED | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29277 | 16.23 |
| MIA | PLACARD, ROW 10 CBA | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29276 | 16.23 |
| MIA | PLACARD, ROW 4 FED | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29265 | 16.23 |
| MIA | PLACARD, ROW 9 CBA | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29274 | 16.23 |
| MIA | PLACARD, ROW 11 CBA | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29278 | 16.23 |
| MIA | PLACARD, ROW 14 CBA I/W 8614PGW-29284 | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29284 | 16.23 |
| MIA | PLACARD, ROW 20 CBA I/W 8614PGW-29296 | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29296 | 16.23 |
| MIA | PLACARD, ROW 15 FED | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29287 | 16.23 |
| MIA | PLACARD, ROW 16 FED I/W 8614PGW-29289 | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29289 | 16.23 |
| MIA | PLACARD, ROW 16 CBA I/W 8614PGW-29288 | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29288 | 16.23 |
| MIA | PLACARD, ROW 14 FED | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29285 | 16.23 |
| MIA | PLACARD, ROW 17 FED | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29291 | 16.23 |
| MIA | PLACARD, ROW 24 CBA | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29304 | 16.23 |
| MIA | PLACARD, ROW 30 FED I/W 8614PGW-29317 | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29317 | 16.23 |
| MIA | PLACARD, ROW 30 CBA | 737EXP | SERV | 737 SHELF | 1 BAC29PPS29316 | 16.23 |
| MIA | PLACARD, ROW 24 FED | 737EXP | NEW | 737 SHELF | 1 BAC29PPS29305 | 16.23 |
| MIA | BOLT | 737EXP | NEW | B-2-B | 1 BACB30PWSD16 | 16.22 |
| MIA | DECAL/ L172 LEFT MAIN WHEEL WELL | 737EXP | NEW | N-2-B | 6 BAC27DEX360 | 16.20 |
| MIA | RIVETS | 737EXP | NEW | E-1-F | 1 BACR15CE5AD5 | 16.20 |
| MIA | PULLEY | 737EXP | NS | E-1-E | 4 BACP30F4 | 16.00 |
| MIA | CONNECTOR | 737EXP | NEW | D-3-F | 2 MS24266R-10B-55N | 16.00 |
| MIA | CONNECTOR | 737EXP | NEW | D-3-F | 2 MS24266R12B35N | 16.00 |
| MIA | FUSE | 737EXP | NEW | N-4-A | 1.6 GMW1-1/2 | 16.00 |
| MIA | TIEDOWN CARGO DOUBLE STUD W/ LARGE WA | 737EXP | NEW | D-2-C | 8 DS-2 | 16.00 |
| MIA | NUT | 737EXP | NEW | C-3-F | 10 BACN11Z6CX | 16.00 |
| MIA | COUPLER | 737EXP | NEW | B-3-G | 2 69-42835-5 | 16.00 |
| MIA | PACKING, RUBBER FOR HMU | 737EXP | NEW | A-3-B | 3 2668571-4 | 15.93 |
| MIA | TEE | 737EXP | NEW | N-4-A | 7.9 MS2190SJ4 | 15.88 |
| MIA | EMERGENCY EXIT DECAL | 737EXP | NEW | N-2-B | 2 0102PRW | 15.70 |
| MIA | FILTER ELEMENT | 737EXP | NEW | F-1-B | 1 7583141 | 15.64 |
| MIA | PACKING | 737EXP | NEW | D-2-H | 15 M23988-1-025 | 15.60 |
| MIA | BULB | 737EXP | NEW | N-3-D | 3 F18T5CWRS | 15.57 |
| MIA | CLAMP / BACKSHELL | 737EXP | NEW | C-3-H | 1 BACC10KC14 | 15.45 |
| MIA | BOLT, PROTRUDING HEAD | 737EXP | NEW | C-3-G | 34 BACB30VT5HK4 | 15.30 |
| MIA | PACKING | 737EXP | NEW | D-4-H | 49 NAS1611-117 | 15.19 |
| MIA | WASHER | 737EXP | NEW | D-4-D | 101 MS35338-137 | 15.15 |
| MIA | PLACARD, ROW 18 FED | 737EXP | NEW | N-2-D | 3 8614PGW-29293 | 15.15 |
| MIA | PLACARD, ROW 26 CBA | 737EXP | NEW | N-2-D | 3 8614PGW-29308 | 15.15 |
| MIA | PLACARD, ROW 22 FED | 737EXP | NEW | N-2-D | 3 8614PGW-29301 | 15.15 |
| MIA | TRIM | 737EXP | NEW | C-3-TOP | 1 B201130-17 | 15.10 |
| MIA | COLLAR | 737EXP | NEW | C-3-I | 94 BACC30BL5 | 15.04 |

| | Description | Model | Cond | Loc | Qty / Part No | Price |
|---|---|---|---|---|---|---|
| MIA | BOLT | 737XP | NEW | C-3-G | 30 BACB30VU8K5 | 15.00 |
| MIA | CONNECTOR, COAXIAL | 737XP | NEW | ENGINE TRAILER | 1 KD59-126 | 15.00 |
| MIA | CAP | 737XP | NEW | C-3-H | 3 BACC14ADSADL | 15.00 |
| MIA | WASHER, SIDE STRUT  I/W AN960-2016 | 737XP | NEW | D-4-F | 50 NAS1149F2090P | 15.00 |
| MIA | BOLT | 737XP | NEW | C-3-C | 1 BACB30LE5K24 | 15.00 |
| MIA | BOLT | 737XP | NEW | C-3-C | 1 BACB30LE5K24 | 15.00 |
| MIA | BUSHING | 737XP | NEW | C-3-C | 3 BACB28W3D012 | 15.00 |
| MIA | CLAMP | 737XP | NEW | DRAWER | 10 MS25281R18 | 15.00 |
| MIA | JACK | 737XP | NEW | A-3-C | 1 2J1666 | 15.00 |
| MIA | BOLT | 737XP | NEW | D-4-E | 10 NAS1103-8 | 15.00 |
| MIA | SCREW | 737XP | NEW | D-4-F | 3 NAS1191-3P4L | 15.00 |
| MIA | DUCT | 737XP | SERV | H-1-D | 1 807885A-649 | 15.00 |
| MIA | BOLT | 737XP | NS | E-2-C | 6 NAS6205-5 | 15.00 |
| MIA | NUT | 737XP | NEW | E-1-D | 15 BACN10YR08CA | 15.00 |
| MIA | BOLT | 737XP | NEW | C-3-D | 3 BACB30LH4-3 | 15.00 |
| MIA | JUMPER | 737XP | NEW | E-1-B | 3 BAC04DAB20-6 | 15.00 |
| MIA | HI LOCK | 737XP | NEW | B-1-F | 15 HL63P86-4 | 15.00 |
| MIA | CAP CUSHION | 737XP | NEW | B-3-E | 3 69-44578-2 | 15.00 |
| MIA | BOLT | 737XP | NEW | C-2-I | 9 AN924-4 | 14.85 |
| MIA | PACKING | 737XP | NEW | B-3-C | 98 MS29513-120 | 14.70 |
| MIA | SCREW | 737XP | NEW | B-2-C | 4 BACB30VF4K14 | 14.64 |
| MIA | SCREW | 737XP | NEW | E-2-B | 56 NAS602-4P | 14.56 |
| MIA | RING | 737XP | NEW | L-2-B | 11 BACR12X2 | 14.52 |
| 753FAK | LAMP | 737XP | NEW | 753FAK | 1 64621HLX | 14.50 |
| 738FAK | BULB | 737XP | NEW | 738FAK | 1 4557 | 14.40 |
| 752FAK | BULB | 737XP | NEW | 752FAK | 1 4557 | 14.40 |
| 753FAK | BULB | 737XP | NEW | 753FAK | 1 4557 | 14.40 |
| MIA | PACKING, RUBBER | 737XP | NEW | C-3-TOP | 48 AS357B-135 | 14.40 |
| MIA | SCREW | 737XP | NEW | E-2-B | 24 NAS517-4-0 | 14.40 |
| MIA | PACKING | 737XP | NEW | D-3-TOP | 24 MS29513-330 | 14.16 |
| MIA | SPRING | 737XP | NEW | D-3-F | 3 MS24585C241 | 14.10 |
| NAN | LAMP | 737XP | NEW | NADI, FIJI | 50 7387 | 14.00 |
| MIA | CLAMP | 737XP | NEW | D-3-F | 7 MS21919WDG33 | 14.00 |
| MIA | LAMP | 737XP | NEW | N-3-B | 10 1385 | 14.00 |
| MIA | ROLLER | 737XP | NEW | B-3-B | 1 66-21583-1 | 14.00 |
| MIA | O-RING, RUBBER | 737XP | NEW | 737 SHELF | 70 M83485-1-904 | 14.00 |
| MIA | CONTACT PIN | 737XP | NEW | A-1-D | 20 BACC47DE7A | 14.00 |
| MIA | NUT | 737XP | NS | B-1-G | 7 BACN10HR5C5 | 14.00 |
| MIA | BOLT | 737XP | NEW | D-4-I | 1 BACB30LM3-17 | 13.87 |
| MIA | WASHER | 737XP | NEW | E-2-C | 18 NAS620A10L | 13.86 |
| MIA | PACKING, RUBBER | 737XP | NEW | D-2-H | 14 M25988-2-036 | 13.86 |
| MIA | PLACARD, ROW 28 FED I/W BAC29PPS29313 | 737XP | NEW | N-2-D | 3 B614PGW-29313 | 13.86 |
| MIA | NUT | 737XP | NEW | E-1-G | 4 BACN11ZACD | 13.84 |
| MIA | RETAINER | 737XP | NEW | D-3-H | 98 MS28774-114 | 13.72 |
| MIA | BULBS I/W ML1317 | 737XP | NEW | 737 SHELF | 16 1317 | 13.60 |
| MIA | SCREW | 737XP | NEW | E-2-B | 97 NAS600-8P | 13.50 |
| MIA | FITTING | 737XP | NEW | N-4-A | 3 AN815-5C | 13.50 |
| MIA | CHAIN | 737XP | NEW | D-4-F | 1 NAS1455B0-5 | 13.50 |
| MIA | BOLT | 737XP | NEW | E-2-C | 3 NAS6606034 | 13.50 |
| MIA | APU OIL DRAIN PLUG PACKING | 737XP | NEW | E-2-H | 9 59413-562 | 13.50 |
| MIA | SCREW | 737XP | NEW | E-2-B | 9 NAS6205-13 | 13.50 |
| MIA | FUEL STICK # 5 I/W BAC27DFS302 | 737XP | NEW | N-2-B | 2 3671VBC | 13.50 |
| MIA | PLACARD, FUEL STICK #8  I/W BAC27DFS305 | 737XP | NEW | N-2-C | 2 5121VBC | 13.50 |
| MIA | PLACARD FUEL STICK# 4 I/W BAC27DFS301 | 737XP | NEW | N-2-B | 2 3670VBC | 13.50 |
| MIA | PLACARD, FUEL STICK #3 I/W BAC27DFS300 | 737XP | NEW | N-2-B | 2 2669VBC | 13.50 |
| MIA | PLACARD, FUEL STICK #8  I/W BAC27DFS305 | 737XP | NEW | N-2-B | 2 5121VBC | 13.50 |
| MIA | WASHER | 737XP | NEW | D-4-F | 16 NAS1149-FN332P | 13.44 |
| MIA | O-RING, RUBBER | 737XP | NEW | E-1-B | 1 10004-119 | 13.40 |
| MIA | BUSHING | 737XP | NEW | E-3-G | 4 BACB28AK04-030 | 13.40 |
| NAN | LT BULBS | 737XP | NEW | NADI, FIJI | 20 1864 | 13.40 |
| MIA | COLOR FILM - LILAC | 737XP | NEW | E-3-C | 1 SG8504-R5S | 13.30 |
| MIA | COLOR FILM - LILAC | 737XP | NEW | E-3-C | 1 SG8504-R5S | 13.30 |
| MIA | PIN | 737XP | NEW | D-2-G | 19 M39029-1-101 | 13.30 |
| MIA | UNION | 737XP | NEW | C-3-E | 1 AN816-6J | 13.18 |
| MIA | LENS | 737XP | NEW | E-3-A | 2 SW43901-1G | 13.00 |
| MIA | NOSE WHEEL LIGHT SWITCH INTERPHONE JAC | 737XP | NEW | N-2-C | 1 BACMBL9BP | 13.00 |
| MIA | PACKING | 737XP | NEW | A-3-A | 1 2-015N602-70 | 13.00 |
| MIA | PACKING | 737XP | NEW | A-3-A | 1 3-906E515-80 | 13.00 |
| MIA | PACKING | 737XP | NEW | A-3-A | 1 3-906E515-80 | 13.00 |
| MIA | PACKING | 737XP | NEW | A-3-A | 1 2-015N602-70 | 13.00 |
| MIA | PITOT GASKET | 737XP | NEW | B-2-H | 1 66-1093-4 | 13.00 |
| MIA | SCREW | 737XP | SERV | E-1-B | 50 NAS514P832-14 | 13.00 |
| MIA | COTTER PIN | 737XP | NEW | A-3-E | 13 MS24665-136 | 13.00 |
| MIA | PACKING | 737XP | NEW | D-4-G | 24 NAS1611-024 | 12.96 |
| MIA | COVER | 737XP | NEW | C-3-TOP | 1 BZ01130-13 | 12.82 |
| MIA | CARPET | 737XP | NEW | T24 | 1 7336 | 12.68 |
| 752FAK | ADAPTER FOR THREAD PROTECTOR | 737XP | NEW | 752FAK | 1 1AP39 | 12.62 |
| MIA | BUSHING | 737XP | NEW | C-3-C | 7 BACB28AK03-015 | 12.60 |
| MIA | RING | 737XP | NEW | E-2-A | 84 MS28774-008 | 12.60 |
| MIA | MARKER | 737XP | NEW | 737 SHELF | 1 BAC27DEX5891 | 12.60 |
| MIA | O-RING, PLASTIC | 737XP | NEW | D-3-I | 57 MS28782-19 | 12.54 |
| MIA | CLAMP | 737XP | NEW | C-2-H | 5 AN73TTW38 | 12.50 |
| MIA | BACKSHELL | 737XP | NS | D-3-G | 1 MS27291-3 | 12.50 |
| MIA | PACKING, RUBBER | 737XP | NEW | D-4-B | 5 MS29513-155 | 12.50 |
| MIA | FITTING | 737XP | NEW | DRAWER | 1 MS15004-1 | 12.50 |
| MIA | FITTING | 737XP | NEW | DRAWER | 1 MS15004-1 | 12.50 |
| MIA | 22 FCC OPS SOFTWARE DISKETT | 737XP | NEW | N-6-C | 1 831-5854-150 | 12.50 |
| MIA | WASHER | 737XP | NEW | C-2-B | 6 NAS1149D0416K | 12.48 |
| MIA | PLACARD ( EXIT DOOR 4 STEP) | 737XP | NEW | N-2-A | 1 BAC29PPS33376 | 12.40 |
| MIA | DEFUELING STATION, PLACARD | 737XP | NEW | N-2-A | 2 047JAD | 12.40 |
| MIA | BUSHING | 737XP | NEW | ENGINE TRAILER | 1 10-60516-79 | 12.30 |
| MIA | PIN, COTTER | 737XP | NEW | B-2-C | 94 MS24665-132 | 12.22 |
| MIA | BOLT | 737XP | NEW | ENGINE TRAILER | 2 NAS6607-60 | 12.20 |
| MIA | PLUG | 737XP | NEW | I-1-B | 4 AN814-4DL | 12.04 |
| MIA | TOGGLE SWITCH | 737XP | NEW | D-3-G | 1 MS24524-27 | 12.00 |
| MIA | BOLT | 737XP | NEW | D-4-E | 1 NAS1103-8 | 12.00 |
| MIA | NUT | 737XP | NEW | E-1-C | 8 BACN1GIC04CD | 12.00 |
| MIA | LENS | 737XP | NEW | C-1-G | 4 81101-33801 | 12.00 |
| MIA | WASHER | 737XP | NEW | E-1-G | 60 BACW10BP4APU | 12.00 |
| MIA | LAMP | 737XP | NEW | N-3-C | 60 PR3 | 12.00 |
| MIA | NUT | 737XP | NEW | C-3-I | 2 BACN10YE6 | 12.00 |
| MIA | PLUNGER FOR WEBER COVER P/N 842954-41 | 737XP | NEW | D-2-E | 6 HNSPS2-3-1 | 12.00 |
| MIA | BUSHING | 737XP | NS | B-1-F | 1 649-786-571-0 | 12.00 |
| MIA | BOLT | 737XP | NEW | C-3-F | 2 BACB30NX8K23 | 12.00 |
| MIA | MARKER ALUMINUM FOIL | 737XP | NEW | N-2-A | 1 BAC27DHY0304 | 12.00 |
| MIA | CAP-KNOB | 737XP | NEW | A-3-B | 1 25042-0002 | 12.00 |
| MIA | INDICATOR | 737XP | NEW | D-2-G | 1 G3013 | 12.00 |
| MIA | CANNON | 737XP | NEW | B-1-D | 1 BACC10KE10 | 12.00 |
| MIA | SCREW | 737XP | NEW | B-2-A | 4 NAS1790-3-4 | 12.00 |
| MIA | PLACARD, ROW 32 CBA I/W BAC29PPS29320 | 737XP | NEW | 737 SHELF | 1 BAC29PPS29320 | 11.91 |
| MIA | CLAMP (BACC10DS3) | 737XP | NEW | C-3-H | 7 BACC10DS3 | 11.90 |
| MIA | WASHER | 737XP | NEW | D-4-E | 198 NAS1149DO632J | 11.88 |
| MIA | WASHER | 737XP | NEW | E-2-B | 98 NAS1515H5 | 11.76 |
| MIA | CARPET | 737XP | NEW | T28 | 1 7343 | 11.72 |
| MIA | WASHER | 737XP | NEW | B-3-A | 1 66-19877-2 | 11.70 |
| MIA | WASHER | 737XP | NEW | B-3-A | 1 66-19877-2 | 11.70 |
| MIA | SCREW | 737XP | NEW | D-4-F | 12 NAS1190-06P4B | 11.64 |
| MIA | STUD | 737XP | NEW | E-1-G | 4 BACS21Y10CF | 11.60 |
| MIA | HI LOCK | 737XP | NEW | ENGINE TRAILER | 4 BACB30NX10K9Y | 11.60 |
| MIA | SCREW | 737XP | NEW | B-3-E | 96 MS27039-1-12 | 11.52 |
| MIA | PLACARD, WEIGHT & SEAT | 737XP | NEW | N-2-E | 1 A0763PMM-N7S3MA-68 | 11.50 |
| MIA | PLACARD, WEIGHT & SEAT | 737XP | NEW | N-2-E | 1 A0763PMM-N7S2MA-68 | 11.50 |
| MIA | PACKING, RUBBER | 737XP | NEW | D-3-I | 22 MS28778-12 | 11.44 |
| MIA | SNAP | 737XP | NEW | B-1-A | 45 MS27980-13N | 11.25 |
| MIA | PIN | 737XP | NEW | E-1-A | 56 BACC47EF1 | 11.20 |
| MIA | WASHER | 737XP | NEW | D-2-A | 8 BACW10BP14ACU | 11.20 |
| MIA | NUTPLATE | 737XP | NEW | E-1-D | 15 BACN10XE382CM | 11.10 |
| MIA | CAMLOCK | 737XP | NEW | B-1-B | 14 459-2 | 11.06 |

Spare Parts Inventory

| | | | | | | |
|---|---|---|---|---|---|---|
| MIA | LAMP I/W ML1619 | 737XP | NEW | N-3-B | 17 1619 | 11.05 |
| MIA | PACKING, RUBBER | 737XP | NEW | D-4-H | 44 NAS1611-216A | 11.00 |
| MIA | JUMPER | 737XP | NEW | E-3-E | 9 BAC J40A20-6 | 10.89 |
| MIA | OXYGEN REGULATOR NIPPLE FITTING FEMALE | 737XP | NEW | TOOL ROOM-16 | 4 OXYGEN CGA 540 | 10.80 |
| MIA | OXYGEN REGULATOR NIPPLE FITTING MALE | 737XP | NEW | TOOL ROOM-16 | 4 OXYGEN CGA 580 | 10.80 |
| MIA | LAMP | 737XP | NEW | N-3-B | 20 1683 | 10.80 |
| MIA | BOLT | 737XP | SERV | C-3-D | 6 BACB30NN4K1S | 10.80 |
| MIA | PACKING, RUBBER | 737XP | NEW | E-2-I | 7 58990-611 | 10.50 |
| MIA | NUTPLATE | 737XP | NEW | C-3-I | 5 BACN10JS3B4CD | 10.50 |
| MIA | BUSHING | 737XP | NS | B-1-G | 5 BACB28AK05-060 | 10.50 |
| MIA | CARPET | 737XP | NEW | T24 | 1 7336 | 10.49 |
| MIA | SCREW | 737XP | NEW | E-2-A | 11 NAS514PB32-28P | 10.45 |
| MIA | FILTER KIT, SYS A & B HYD PUMP | 737XP | NEW | F-1-A | 1 65-90305-12 | 10.40 |
| MIA | WASHER | 737XP | NEW | 737 SHELF | 10 AN960-416L | 10.40 |
| MIA | LAMP | 737XP | SERV | N-3-E | 1 FB016-830 | 10.33 |
| MIA | MARKER ALUMINUM FOIL | 737XP | NEW | N-2-A | 1 BACM10V32-2FC | 10.29 |
| MIA | LAMP | 737XP | NEW | N-3-B | 4 OL3335 | 10.24 |
| MIA | PIN | 737XP | NEW | C-3-A | 6 BACC47ES2 | 10.20 |
| MIA | SCREW | 737XP | NEW | B-2-C | 2 BACB30VF4K16 | 10.20 |
| MIA | BOLT, SHEAR | 737XP | NEW | B-2-A | 10 NAS6204-12 | 10.20 |
| MIA | PLACARD, ROW 12 FED | 737XP | NEW | N-2-D | 2 8614PGW-29281 | 10.10 |
| MIA | PLACARD, ROW 11 FED | 737XP | NEW | N-2-D | 2 8614PGW-29279 | 10.10 |
| MIA | PLACARD, ROW 18CBA I/W: BAC29PPS29292 | 737XP | NEW | N-2-D | 2 8614PGW-29292 | 10.10 |
| MIA | BOLT | 737XP | NEW | C-3-F | 17 BACB30NN4K8 | 10.03 |
| 732FAK | LAMP | 737XP | NEW | 732FAK | 1 64621HLX | 10.00 |
| 733FAK | LAMP | 737XP | NEW | 733FAK | 1 64621HLX | 10.00 |
| 752FAK | LAMP | 737XP | NEW | 752FAK | 1 64621HLX | 10.00 |
| 752FAK | LAMP | 737XP | NEW | 752FAK | 1 64621HLX | 10.00 |
| MIA | HOOD ASSY | 737XP | NEW | A-2-B | 1 16-0255-1 | 10.00 |
| MIA | PRESSURE SWITCH | 737XP | NEW | ENGINE TRAILER | 1 E4SC-52 | 10.00 |
| MIA | CONNECTOR | 737XP | NEW | D-4-C | 2 MS3106R12S3S | 10.00 |
| MIA | CONNECTOR | 737XP | NEW | D-4-C | 2 MS3106R12S3S | 10.00 |
| MIA | RELAY | 737XP | NEW | ENGINE TRAILER | 1 JD4A | 10.00 |
| MIA | SEAL | 737XP | REF | TS3 | 1 10-60824-19 | 10.00 |
| MIA | BEARING | 737XP | NEW | A-1-B | 1 10AFC1224 | 10.00 |
| MIA | BOLT | 737XP | NEW | C-3-C | 2 BACB30LE6K24 | 10.00 |
| MIA | BOLT | 737XP | NEW | C-3-C | 2 BACB30LE6K24 | 10.00 |
| MIA | BOLT | 737XP | NS | C-2-H | 2 AN503-6-8 | 10.00 |
| MIA | PLACARD, CAUTION VERIFY THE PRIMARY DO | 737XP | NEW | N-2-A | 2 QS-11000-05 | 10.00 |
| MIA | SPACER | 737XP | NEW | ENGINE TRAILER | 1 66-2029B-1 | 10.00 |
| MIA | AIR FILTER | 737XP | NEW | A-2-C | 1 1732S10 | 10.00 |
| MIA | GASKET | 737XP | NEW | C-3-A | 1 827-72-011-15 | 10.00 |
| MIA | SPRING | 737XP | NEW | C-1-G | 1 80B133-3 | 10.00 |
| MIA | FERRULE | 737XP | NEW | E-3-A | 1 5S603-1 | 10.00 |
| MIA | PACKING (M83248-2-904) | 737XP | NEW | B-1-D | 2 5661-0905 | 10.00 |
| MIA | PACKING (M83248-1-108 | 737XP | NEW | D-3-B | 50 M83248-2-904 | 10.00 |
| MIA | WASHER | 737XP | NEW | B-1-A | 100 NAS1169C10L | 10.00 |
| MIA | BOLT | 737XP | NEW | B-3-E | 10 NAS1104-12D | 10.00 |
| MIA | SPACER | 737XP | NEW | L-2-B | 17 NAS42DD6-67FC | 9.86 |
| MIA | SEAL | 737XP | NEW | L-2-A | 1 10-60754-7 | 9.84 |
| MIA | CLASS III CREW REST SEATS | 737XP | NEW | N-2-A | 2 A8462PWG | 9.80 |
| MIA | CLASS III CREW REST SEATS | 737XP | NEW | N-2-A | 2 A8462PWG | 9.80 |
| MIA | NUT | 737XP | NEW | C-2-H | 96 AN316-5R | 9.60 |
| MIA | PACKING, RUBBER I/W M83248-1-108 | 737XP | NEW | C-3-TOP | 24 AS3209-108 | 9.60 |
| 753FAK | LAMPS TAXI BOTH 727 & 737 | 737XP | NEW | 753FAK | 1 45S1 | 9.50 |
| MIA | PLACARD, ROW 28 CBA I/W 8614PGW-29312 | 737XP | NEW | N-2-D | 1 BAC29PPS29312 | 9.50 |
| MIA | LAMP | 737XP | NEW | N-3-B | 13 1691 | 9.50 |
| MIA | NUT I/W PH54CM | 737XP | NEW | E-1-D | 45 BACN10YR4CM | 9.45 |
| MIA | PLUG | 737XP | NEW | C-3-TOP | 1 AS5169J06 | 9.45 |
| MIA | COTTER PIN | 737XP | NEW | D-3-G | 156 MS24665-153 | 9.36 |
| MIA | HI-LOCK | 737XP | NEW | C-3-G | 10 BACB30VU8K6 | 9.30 |
| MIA | WASHER | 737XP | NEW | E-1-H | 37 BACW10P182AL | 9.25 |
| MIA | COTTER PIN | 737XP | NEW | C-2-H | 66 AN381-3-24 | 9.24 |
| MIA | PLACARD, ROW 32 CBA I/W BAC29PPS29320 | 737XP | NEW | N-2-D | 2 8614PGW-29320 | 9.24 |
| MIA | PLACARD, VTR1 | 737XP | NEW | N-2-E | 1 BAC29PPS38884 | 9.20 |
| MIA | SWITCH | 737XP | NEW | D-3-C | 1 M8805-1-008 | 9.20 |
| 733FAK | LAMPS TAXI BOTH 727 & 737 | 737XP | NEW | 733FAK | 1 45S1 | 9.00 |
| 738FAK | LAMPS TAXI BOTH 727 & 737 | 737XP | NEW | 738FAK | 1 45S1 | 9.00 |
| 738FAK | LAMPS TAXI BOTH 727 & 737 | 737XP | NEW | 738FAK | 1 45S1 | 9.00 |
| 752FAK | LAMPS TAXI BOTH 727 & 737 | 737XP | NEW | 752FAK | 1 45S1 | 9.00 |
| MIA | BACKSHELL | 737XP | NEW | ENGINE TRAILER | 1 MS3417-14N | 9.00 |
| MIA | DECAL | 737XP | NEW | N-2-D | 1 BAC27DPA16S | 9.00 |
| MIA | O RING, RUBBER | 737XP | NEW | D-4-G | 18 NAS1611-212A | 9.00 |
| MIA | SCREW | 737XP | NEW | E-2-B | 6 NAS517-4-27 | 9.00 |
| MIA | CLAMP | 737XP | NEW | DRAWER | 6 MS25281R10 | 9.00 |
| MIA | BOLT | 737XP | NEW | D-4-D | 6 NAS1103-10 | 9.00 |
| MIA | TOILET BOWL DECAL | 737XP | NEW | N-2-D | 1 BAC29PPS36213 | 9.00 |
| MIA | WASHER | 737XP | NEW | E-1-G | 90 BACW10BP3DP | 9.00 |
| MIA | SOCKET | 737XP | NEW | C-3-A | 6 BACC47ET1 | 9.00 |
| MIA | TOP KIT | 737XP | NEW | B-2-E | 1 65C37854-14 | 9.00 |
| MIA | PACKING, RUBBER | 737XP | NEW | H-1-B | 6 NAS1611-111A | 9.00 |
| MIA | PIN | 737XP | NEW | 737 SHELF | 50 BACC15AI2 | 9.00 |
| MIA | WASHER | 737XP | NEW | E-2-D | 99 NAS1149D1232J | 8.91 |
| MIA | BOLTS | 737XP | NEW | E-2-A | 177 NAS517-2-3 | 8.85 |
| MIA | PLACARD, VTR2 | 737XP | NEW | N-2-E | 1 BAC29PPS38885 | 8.85 |
| MIA | BOLT | 737XP | NEW | C-3-D | 4 BACB30LH4-3 | 8.80 |
| MIA | SCREW | 737XP | NEW | C-3-I | 10 BACS12ER3K16 | 8.68 |
| MIA | PACKING, RUBBER | 737XP | NEW | D-4-G | 28 NAS1611-214A | 8.68 |
| MIA | WASHER | 737XP | NEW | E-2-C | 96 NAS620C10 | 8.64 |
| MIA | BUSHING | 737XP | NEW | E-2-E | 2 NA576A8-012P | 8.60 |
| 753FAK | LAMPS TAXI BOTH 727 & 737 | 737XP | NEW | 753FAK | 1 45S1 | 8.55 |
| MIA | PACKING, RUBBER | 737XP | NEW | D-3-A | 19 M83248-1-227 | 8.55 |
| MIA | SCREW | 737XP | NEW | E-2-B | 17 NAS601-10P | 8.55 |
| MIA | NUT | 737XP | NS | B-3-TOP | 17 BACN10HR4CD | 8.50 |
| MIA | WASHER | 737XP | NEW | E-1-G | 56 BACW10BN4AC | 8.40 |
| MIA | PACKING, RUBBER | 737XP | NEW | D-2-I | 20 M83248-1-216 | 8.40 |
| MIA | STUD | 737XP | NEW | C-2-G | 3 BACS21YBCF | 8.40 |
| MIA | NUT | 737XP | NEW | E-1-D | 18 BACN10YR3CD | 8.28 |
| MIA | WASHER I/W NAS1149F0363P | 737XP | NEW | D-4-E | 138 NAS1149F0363P | 8.28 |
| MIA | NUT | 737XP | NEW | E-1-C | 33 BACN10JC3 | 8.25 |
| MIA | PLACARD, CAPTAIN | 737XP | NEW | N-2-A | 8 0187AD | 8.24 |
| MIA | NUT | 737XP | NEW | A-3-D | 3 BACN10JD4A5U | 8.10 |
| MIA | PACKING | 737XP | NEW | B-2-B | 9 MS9068-336 | 8.01 |
| MIA | NUT | 737XP | NEW | ENGINE TRAILER | 4 MS35691-29 | 8.00 |
| MIA | NUT****MS35691-37 | 737XP | NEW | ENGINE TRAILER | 4 MS35691-32 | 8.00 |
| MIA | WASHER | 737XP | NEW | B-1-F | 8 63-1658-2 | 8.00 |
| MIA | SHIM | 737XP | NEW | B-3-A | 1 66-1995S-2 | 8.00 |
| MIA | SCREW, 3/16 | 737XP | NEW | E-2-A | 80 NAS517-3-12 | 8.00 |
| MIA | CLAMP | 737XP | NEW | DRAWER | 4 MS25281R3 | 8.00 |
| MIA | SPRING | 737XP | NEW | B-3-G | 1 69-4179B-1 | 8.00 |
| MIA | SPRING | 737XP | NEW | B-3-G | 1 69-4179B-1 | 8.00 |
| MIA | CARPET | 737XP | NEW | T28 | 1 7342 | 8.00 |
| MIA | PACKING | 737XP | NEW | B-2-D | 8 MS29513-020 | 8.00 |
| MIA | SCREW | 737XP | NEW | B-3-G | 100 MS51957-48 | 8.00 |
| MIA | SCREW | 737XP | NEW | E-2-A | 79 NAS514PB32-8 | 7.90 |
| MIA | RETAINER STRAP | 737XP | NEW | C-3-A | 1 B2210B0-1 | 7.82 |
| MIA | SEAL | 737XP | NEW | ENGINE TRAILER | 1 10-60754-313 | 7.80 |
| MIA | SCREW | 737XP | NEW | E-2-B | 13 NAS517-4-1 | 7.80 |
| MIA | NUT | 737XP | NEW | E-2-D | 2 NAS679A7 | 7.56 |
| MIA | WASHER | 737XP | NEW | E-1-G | 63 BACW10BP4DP | 7.56 |
| MIA | CLAMP | 737XP | NEW | C-2-H | 3 AN737TW38 | 7.50 |
| MIA | PIN | 737XP | SERV | H-1-B | 125 BACP18BC03A04P | 7.50 |
| MIA | CLEAR PLASTIC BEVERAGE | 737XP | NEW | RI | 1 DS0003-A01 | 7.50 |
| MIA | BOLT | 737XP | NEW | C-2-C | 41 NAS6604H9 | 7.38 |
| MIA | SCREW | 737XP | NEW | B-2-C | 2 BACB30VF4K14 | 7.32 |
| MIA | PLACARD FIRST OFFICER | 737XP | NEW | N-2-A | 7 0188AD | 7.21 |
| MIA | PACKING, RUBBER | 737XP | NEW | D-2-E | 4 J221P033 | 7.20 |
| MIA | PACKING, RUBBER | 737XP | NEW | E-1-D | 15 BACP11K8 | 7.20 |

Page 26 of 29

Spare Parts Inventory

| | | | | | | |
|---|---|---|---|---|---|---|
| MIA | PACKING, RUBBER I/W M83248-1-156 | 737EXP | NEW | C-2-I | 3 AS3209-156 | 7.20 |
| MIA | WASHER | 737EXP | NEW | D-2-A | 8 BACW10BP10ACU | 7.12 |
| MIA | WASHER | 737EXP | NEW | E-1-H | 101 BACW10UC417P | 7.07 |
| MIA | BOLTS | 737EXP | NEW | E-2-B | 14 NAS601-12P | 7.00 |
| MIA | O-RING | 737EXP | NEW | E-3-E | 1 AS3209-120 | 7.00 |
| MIA | BUSHING | 737EXP | NEW | E-2-E | 1 NAS77A12-019P | 7.00 |
| MIA | PLACARD | 737EXP | NEW | N-2-A | 1 A6053MB5 | 6.90 |
| MIA | PLACARD (LAV SERVICING INSTRUCTIONS) | 737EXP | NEW | N-2-C | 1 BAC29PP514919 | 6.86 |
| MIA | SCREW | 737EXP | NEW | E-2-TOP | 98 MS27039-0806 | 6.86 |
| MIA | BULBS | 737EXP | NEW | N-1-E | 14 81 | 6.86 |
| MIA | NUT | 737EXP | NEW | E-1-C | 1 BACN10HR9CS | 6.84 |
| MIA | O-RING, RUBBER | 737EXP | NEW | D-3-A | 9 M83248-1-226 | 6.75 |
| MIA | SCREW | 737EXP | NEW | D-3-G | 96 MS24693525 | 6.72 |
| MIA | SOCKET | 737EXP | NEW | C-3-A | 6 BACC47ET2 | 6.60 |
| MIA | PLACARD EMERGENCY EXIT ONLY | 737EXP | NEW | N-2-B | 1 8396VRW | 6.60 |
| MIA | PACKING, RUBBER | 737EXP | NEW | D-3-A | 14 M83248-1-228 | 6.58 |
| MIA | ORING, RUBBER I/W NAS1601-11S | 737EXP | NEW | D-4-G | 41 NAS1611-115A | 6.56 |
| MIA | SCREW | 737EXP | NEW | D-3-G | 9 MS24693-C273 | 6.39 |
| MIA | PLACARD/ MANUAL DEFUEUNG VALVE | 737EXP | NEW | N-2-C | 1 1511MSB | 6.35 |
| MIA | SEAL | 737EXP | NEW | ENGINE TRAILER | 1 BAC1S30-4S | 6.27 |
| MIA | SEAL | 737EXP | NEW | ENGINE TRAILER | 1 BAC1S30-4S | 6.27 |
| MIA | SEAL | 737EXP | NEW | ENGINE TRAILER | 1 BAC1S30-4S | 6.27 |
| MIA | SCREW | 737EXP | NEW | D-3-G | 5 MS24693C275 | 6.25 |
| MIA | PACKING, RUBBER | 737EXP | NEW | D-4-H | 25 NAS1611-220A | 6.25 |
| MIA | NUT | 737EXP | NEW | E-1-C | 1 BACN10JD8 | 6.20 |
| MIA | O-RING | 737EXP | NEW | A-3-A | 10 MS9385-07 | 6.20 |
| MIA | WASHER (AN960-616) | 737EXP | NEW | D-4-F | 616 NAS1149P0663P | 6.16 |
| MIA | SCREW | 737EXP | NEW | D-3-G | 41 MS27039-1-11 | 6.15 |
| MIA | ELBOW | 737EXP | NEW | C-2-H | 4 AN776-4 | 6.00 |
| MIA | DUCT | 737EXP | NEW | E-1-B | 1 BACD40D10-12-30 | 6.00 |
| MIA | BOLT | 737EXP | NEW | D-4-E | 3 NAS1106-46DW | 6.00 |
| MIA | CLAMP | 737EXP | NEW | D-3-F | 2 MS21919WDG24 | 6.00 |
| MIA | RECEPTACAL | 737EXP | NEW | E-1-E | 4 BACR11AW3A | 6.00 |
| MIA | O RING, RUBBER | 737EXP | NEW | D-2-I | 30 M83248-1-114 | 6.00 |
| MIA | WASHER | 737EXP | NEW | E-3-G | 200 NAS1149C0432R | 6.00 |
| MIA | LAMP | 737EXP | NEW | 737 SHELF | 20 1251 | 6.00 |
| MIA | BOLT LEADGING EDGE PANEL | 737EXP | NEW | E-2-B | 2 BACB30XD3KSG | 6.00 |
| MIA | O-RING, RUBBER | 737EXP | NEW | D-4-G | 17 NAS1611-114A | 5.95 |
| MIA | PACKING, RUBBER | 737EXP | NEW | D-4-I | 21 NAS1612-20A | 5.88 |
| MIA | ORING | 737EXP | NEW | D-3-I | 49 MS29512-12 | 5.88 |
| MIA | PACKING | 737EXP | NEW | D-2-E | 49 J221P019WE | 5.88 |
| MIA | WASHER(AN960D416) | 737EXP | NEW | E-2-G | 196 NAS1149DO463H | 5.88 |
| MIA | PACKING | 737EXP | NEW | E-2-H | 2 S9026L110 | 5.84 |
| MIA | PACKING | 737EXP | NEW | E-2-H | 2 S9026L110 | 5.84 |
| MIA | SCREW | 737EXP | NEW | E-2-B | 52 NAS601-5P | 5.72 |
| MIA | WASHER | 737EXP | NEW | A-3-A | 10 BACW10DY3A | 5.70 |
| MIA | PACKING, RUBBER | 737EXP | NEW | C-2-I | 47 AS3208-06 | 5.64 |
| MIA | BULBS | 737EXP | NEW | N-3-B | 14 1665 | 5.60 |
| MIA | FITTING | 737EXP | NEW | D-3-F | 2 MS21914-6 | 5.60 |
| MIA | PLACARD STAB TRIM CUT | 737EXP | NEW | N-2-D | 2 BACM10T21W | 5.60 |
| MIA | BOLT | 737EXP | NEW | D-2-F | 1 J644P13A | 5.60 |
| MIA | STUD | 737EXP | NEW | B-2-C | 4 BAC521AP220RP | 5.60 |
| MIA | NUT | 737EXP | NEW | E-1-C | 6 BACN10JD4 | 5.60 |
| MIA | PACKING, RUBBER QD1004-124 | 737EXP | NEW | D-2-I | 32 M83248-1-124 | 5.44 |
| MIA | DECAL/ L172 LEFT MAIN WHEEL WELL | 737EXP | NEW | N-2-B | 2 BAC27OEX360 | 5.40 |
| MIA | BOLT | 737EXP | NEW | D-4-F | 27 NAS1202-7 | 5.40 |
| MIA | WASHER | 737EXP | NEW | E-1-G | 9 BACW10BPACD | 5.40 |
| MIA | BUSHING | 737EXP | NS | B-1-G | 3 BACB2BAX05-030 | 5.34 |
| MIA | WASHER | 737EXP | NEW | D-4-F | 532 NAS1149F0463P | 5.32 |
| MIA | RING | 737EXP | NEW | E-1-G | 14 BACR12BU175N | 5.32 |
| MIA | NUT | 737EXP | NEW | E-1-E | 12 BACN10YR4CD | 5.28 |
| MIA | O-RING, RUBBER | 737EXP | NEW | D-3-I | 15 MS29513-022 | 5.25 |
| MIA | PLACARD, "FUEL CONTROL PANEL" | 737EXP | NEW | N-2-B | 1 0210AD | 5.15 |
| MIA | PACKING, RUBBER | 737EXP | NEW | D-2-E | 23 J221P033WE | 5.06 |
| MIA | PLACARD, ROW 14 CBA  I/W BAC29PP529284 | 737EXP | NEW | N-2-D | 1 8614PGW-29284 | 5.05 |
| MIA | PLACARD, ROW 6 FED | 737EXP | NEW | N-2-D | 1 8614PGW-29269 | 5.05 |
| MIA | SCREW | 737EXP | NEW | D-4-I | 72 NAS601-7P | 5.04 |
| MIA | BUSHING | 737EXP | NEW | ENGINE TRAILER | 1 NAS75-4-031 | 5.00 |
| MIA | LIGHT ASSY | 737EXP | NEW | ENGINE TRAILER | 1 BAC1SN718 | 5.00 |
| MIA | BOLT | 737EXP | NEW | C-2-G | 5 AN3-13A | 5.00 |
| MIA | COTTER PIN | 737EXP | NEW | E-1-D | 250 BACP18B04C16P | 5.00 |
| MIA | WASHER | 737EXP | NEW | D-4-E | 100 NAS1149C1632R | 5.00 |
| MIA | BOLT | 737EXP | NEW | C-3-D | 1 BACB30L5-24 | 5.00 |
| MIA | RING ASSY | 737EXP | NEW | ENGINE TRAILER | 1 65-22429-11 | 5.00 |
| MIA | PLACARD AIRCRAFT REGISTRATION NUMBER | 737EXP | NEW | N-2-A | 1 QS-11000-11 | 5.00 |
| MIA | CLAMP | 737EXP | NEW | C-3-H | 2 BACC10BU24DG | 5.00 |
| MIA | SCREW / LEADING EDGE PANELS | 737EXP | NEW | D-3-G | 5 BACB30XD3K10 | 5.00 |
| MIA | 10K OHM RESISTOR | 737EXP | NEW | C-1-H | 1 70S-1044-000 | 5.00 |
| MIA | SPACER | 737EXP | NEW | 737 SHELF | 5 NAS10S7T3-050 | 5.00 |
| MIA | COTTER PIN | 737EXP | NEW | C-3-H | 71 BACP18BC04C14P | 4.97 |
| MIA | BOLT | 737EXP | NEW | C-3-F | 5 BACB30NY6X11 | 4.90 |
| MIA | SPRING | 737EXP | NEW | D-3-F | 1 MS24585C241 | 4.70 |
| MIA | WASHER | 737EXP | NEW | E-2-D | 94 AN960CS16 | 4.70 |
| MIA | NUT | 737EXP | NEW | 737 SHELF | 10 BACN10YR3CD | 4.70 |
| MIA | SCREW, 5/16 | 737EXP | NEW | E-2-A | 52 NAS517-3-10 | 4.68 |
| MIA | SPACER | 737EXP | NEW | D-4-E | 12 NAS43D03-16 | 4.68 |
| MIA | PLACARD, ROW 26 FED | 737EXP | SERV | 737 SHELF | 1 BAC29PP529309 | 4.66 |
| MIA | PLACARD, ROW 32 FED | 737EXP | NEW | N-2-D | 1 8614PGW-29321 | 4.62 |
| MIA | PLACARD, ROW 20 CBA I/W 8614PGW-29296 | 737EXP | NEW | N-2-D | 1 8614PGW-29296 | 4.62 |
| MIA | KEY | 737EXP | NEW | B-1-F | 1 NAS559-2 | 4.50 |
| MIA | NUT | 737EXP | NEW | C-2-H | 45 AN316-7R | 4.50 |
| MIA | BOLT, 1/4 | 737EXP | NEW | D-4-E | 3 NAS1104-25D | 4.50 |
| MIA | LAMP | 737EXP | NEW | N-3-C | 9 AML-6839 | 4.50 |
| MIA | SCREW | 737EXP | NEW | B-2-C | 6 BACB30VF4K9 | 4.50 |
| MIA | SCREW | 737EXP | NEW | B-2-C | 4 BACB30VF4K12 | 4.50 |
| MIA | O-RING, RUBBER | 737EXP | NEW | D-2-I | 37 M83248-1-111 | 4.44 |
| MIA | SPRING | 737EXP | NEW | B-3-TOP | 1 66-16691-3 | 4.40 |
| MIA | NUT | 737EXP | NEW | E-1-E | 1 BACN10D105AU | 4.40 |
| MIA | NUT | 737EXP | NEW | E-1-E | 1 BACN10JD105AU | 4.40 |
| MIA | PIN-HINGE | 737EXP | NEW | I-2-B | 2 MS20253P2-3240 | 4.40 |
| MIA | SCREW | 737EXP | NEW | C-2-H | 53 AN525-832R6 | 4.24 |
| MIA | INSERT | 737EXP | NEW | E-3-A | 2 SL2334-3A1 | 4.22 |
| MIA | PIN | 737EXP | NEW | I-1-E | 10 BACC15AJ2 | 4.20 |
| MIA | PACKING, RUBBER | 737EXP | NEW | E-2-H | 12 S9028D912 | 4.20 |
| MIA | PACKING, RUBBER  I/W M83248-1-011 | 737EXP | NEW | D-4-E | 34.7 NAS1149CN6168 | 4.16 |
| MIA | CLAMP | 737EXP | NEW | D-2-I | 82 M83248-1-011 | 4.10 |
| MIA | CUP | 737EXP | NEW | 737 SHELF | 10 BACC15AJ1A | 4.10 |
| MIA | BOLT, 5/16 | 737EXP | NEW | ENGINE TRAILER | 1 NAS1305-42 | 4.00 |
| MIA | CLAMP | 737EXP | NEW | A-3-H | 1 400WCS14 | 4.00 |
| MIA | BOLT | 737EXP | NEW | ENGINE TRAILER | 4 BACB30NE6-18 | 4.00 |
| MIA | TEE | 737EXP | NEW | D-3-E | 2 MS2190SI4 | 4.00 |
| MIA | SEAL, RUBBER I/W J221P017 | 737EXP | NEW | D-2-I | 5 M83248-1-017 | 4.00 |
| MIA | BACK-UP, RING | 737EXP | NEW | D-3-G | 10 MS28774-015 | 4.00 |
| MIA | CLAMP | 737EXP | NEW | DRAWER | 2 MS2S281R9 | 4.00 |
| MIA | CLAMP | 737EXP | NEW | DRAWER | 2 MS2S281R8 | 4.00 |
| MIA | SCREW | 737EXP | NEW | E-2-B | 1 BACB30LR4-27 | 4.00 |
| MIA | WASHER | 737EXP | NS | C-1-F | 1 AS1715-32 | 4.00 |
| MIA | ROLLER | 737EXP | NEW | C-1-I | 1 841755-1 | 4.00 |
| MIA | BUSHING | 737EXP | NEW | E-2-E | 1 NAS76A6-026 | 4.00 |
| MIA | FUSE | 737EXP | NEW | ENGINE TRAILER | 0.4 GMW1-1/2 | 4.00 |
| MIA | PACKING | 737EXP | NEW | B-3-H | 8 MS29513-228 | 4.00 |
| MIA | WASHER | 737EXP | NEW | D-4-C | 100 NAS1149C0532R | 4.00 |
| MIA | BOLT | 737EXP | NEW | 737 SHELF | 4 BACB30NN3X7 | 4.00 |
| MIA | PLACARD | 737EXP | NEW | N-2-C | 1 BAC27089'0168 | 4.00 |
| MIA | NUT | 737EXP | NEW | C-2-G | 8 AN310-5 | 3.84 |
| GATEWAY | SCREW, 5/16 | 737EXP | NEW | GATEWAY | 5 NAS517-5-4 | 3.75 |
| MIA | SEAL, RUBBER I/W J221P017 | 737EXP | NEW | D-2-I | 5 M83248-1-017 | 3.75 |
| MIA | O-RING, RUBBER | 737EXP | NEW | D-3-B | 26 M83248-2-908 | 3.64 |

Spare Parts Inventory

| | | | | | | |
|---|---|---|---|---|---|---|
| GATEWAY | SCREW | 737XP | NEW | GATEWAY | 18 NAS603-20 | 3.60 |
| MIA | WASHER | 737XP | NEW | E-1-H | 72 BACW10P127D | 3.60 |
| MIA | PACKING, RUBBER | 737XP | NEW | D-2-E | 2 J221P033 | 3.60 |
| MIA | SCREW | 737XP | NEW | D-4-F | 1 BACS12HK3-4P | 3.60 |
| MIA | WASHER | 737XP | NEW | D-3-I | 180 AN960-516 | 3.60 |
| MIA | O-RING, RUBBER | 737XP | NEW | D-2-I | 20 M83248-1-018 | 3.60 |
| MIA | PIN | 737XP | NEW | C-3-A | 6 BACC47ES1 | 3.60 |
| MIA | WASHER | 737XP | NEW | B-2-A | 10 BACW10BP5APU | 3.60 |
| MIA | WASHER | 737XP | NEW | D-2-A | 4 BACW10BP10ACU | 3.56 |
| MIA | WASHER | 737XP | NEW | E-1-H | 50 BACW10UC417P | 3.50 |
| MIA | O-RING, RUBBER | 737XP | NEW | D-3-B | 7 M83248-2-90S | 3.50 |
| MIA | LAMP | 737XP | NEW | FLOOR | 2 F40T12D | 3.50 |
| MIA | PACKING, TEFLON | 737XP | NEW | C-3-I | 1 BACP11L333 | 3.50 |
| MIA | NUT | 737XP | NEW | E-1-C | 2 BACN10JD1024 | 3.40 |
| MIA | SPRING - CURVED DISC | 737XP | NEW | C-2-E | 1 9716K31 | 3.29 |
| MIA | PACKING, RUBBER | 737XP | NEW | D-4-F | 13 NAS1523-4Y | 3.25 |
| MIA | WASHER | 737XP | NEW | C-2-F | 9 BACW10BP5ACU | 3.24 |
| MIA | SCREW | 737XP | NEW | E-1-F | 4 BACS12GM3-18 | 3.20 |
| MIA | WASHER | 737XP | NEW | C-2-F | 4 BACW10BP8DP | 3.12 |
| MIA | SCREW | 737XP | NEW | E-1-F | 5 BACS12GM3-18 | 3.10 |
| MIA | PACKING, RUBBER (FOR COFFEE MAKER) | 737XP | NEW | D-3-H | 62 MS28775-111 | 3.10 |
| MIA | SCREW, 1/4 | 737XP | NEW | E-2-B | 62 NAS517-4-7 | 3.10 |
| MIA | ORING, RUBBER | 737XP | NEW | E-2-I | 20 S8990-604 | 3.00 |
| MIA | BOLT | 737XP | NEW | D-3-H | 12 BACB30LU3-7 | 3.00 |
| MIA | CLAMP | 737XP | NEW | D-3-F | 1 MS21919DG28 | 3.00 |
| MIA | BOLT | 737XP | NEW | D-4-E | 2 NAS1103-8 | 3.00 |
| MIA | PACKING, RUBBER | 737XP | NEW | E-2-I | 2 S8990-611 | 3.00 |
| MIA | PLACARD | 737XP | NEW | N-2-A | 1 7317M8S | 3.00 |
| MIA | PACKING | 737XP | NEW | D-2-I | 1 M83248-1-019 | 3.00 |
| MIA | PACKING, RUBBER | 737XP | NEW | E-2-I | 2 S8990-611 | 3.00 |
| MIA | BOLT | 737XP | NEW | C-3-F | 3 BACB30NY6K40 | 3.00 |
| MIA | NUT | 737XP | NEW | D-3-D | 1 MS14144LS | 2.98 |
| MIA | WASHER | 737XP | NEW | D-2-A | 98 BACW10P68S | 2.94 |
| MIA | WASHER | 737XP | NEW | D-4-E | 58 NAS1149D0463J | 2.90 |
| MIA | WASHER | 737XP | NEW | E-1-G | 12 BACW10BP4CD | 2.88 |
| MIA | SEAL | 737XP | NEW | B-1-H | 2 2-2305604-70 | 2.88 |
| MIA | NUT | 737XP | NEW | C-3-I | 1 BACN10DR8D | 2.80 |
| MIA | FITTING | 737XP | NEW | D-3-F | 1 MS21913-4 | 2.75 |
| MIA | ACCUMULATOR BRAKE SYSTEM PLACARD | 737XP | NEW | N-2-A | 1 BAC27DHY0292 | 2.70 |
| MIA | PACKING, RUBBER | 737XP | NEW | D-2-F | 1 J221P148 | 2.70 |
| MIA | BUSHING | 737XP | NEW | E-2-E | 1 NAS76A7-006P | 2.70 |
| MIA | PIN | 737XP | NEW | D-3-D | 18 MS16562-194 | 2.70 |
| MIA | PACKING, RUBBER | 737XP | NEW | D-3-B | 14 M83248-1-218 | 2.66 |
| MIA | STUD | 737XP | NEW | D-3-H | 88 MS27981-4N | 2.64 |
| MIA | PLUG | 737XP | NEW | C-2-H | 1 AN814-2DL | 2.61 |
| MIA | PACKING, RUBBER | 737XP | NEW | D-2-I | 9 M83248-1-125 | 2.61 |
| MIA | PIN | 737XP | NEW | C-3-B | 86 BACP18BC02C06P | 2.58 |
| GATEWAY | SLEEVE | 737XP | NEW | GATEWAY | 1 2409B-200 | 2.50 |
| MIA | GASKET | 737XP | NEW | C-2-I | 2 AN901-24C | 2.50 |
| MIA | BOLT | 737XP | NEW | D-4-D | 1 NAS1103-17 | 2.50 |
| MIA | BOLT | 737XP | NEW | D-4-D | 1 NAS1103-17 | 2.50 |
| MIA | PACKING,RUBBER | 737XP | NEW | D-2-I | 2 M83248-1-035 | 2.50 |
| MIA | WASHER | 737XP | NEW | E-2-D | 25 NAS1149FN816P | 2.50 |
| MIA | SCREW | 737XP | SERV | 737 SHELF | 10 NAS514P1032-22 | 2.50 |
| MIA | PIN | 737XP | NEW | C-2-H | 82 BACP18BC02A06P | 2.46 |
| MIA | LAMP | 737XP | NEW | N-3-C | 6 CMPR3 | 2.40 |
| MIA | PACKING | 737XP | NEW | B-1-D | 2 J221P114 | 2.40 |
| MIA | O-RING, RUBBER | 737XP | NEW | D-4-I | 3 NAS1612-4 | 2.25 |
| MIA | EPRON | 737XP | NEW | D-2-C | 1 DS-24833+ | 2.25 |
| MIA | GASKET (METAL) | 737XP | NEW | D-2-H | 1 M677 | 2.06 |
| MIA | GASKET (METAL) | 737XP | NEW | D-2-H | 1 M677 | 2.06 |
| MIA | PLACARD, CAUTION VERIFY THE DECOMPRES | 737XP | NEW | N-2-A | 2 QS-11000-03 | 2.00 |
| MIA | TIEDOWN CARGO DOUBLE STUD W/ LARGE W | 737XP | NEW | D-5-2 | 1 DS-2 | 2.00 |
| MIA | PACKING | 737XP | NEW | B-2-C | 4 S8990-015 | 2.00 |
| MIA | WASHER | 737XP | NEW | E-3-G | 100 NAS1149DN632J | 2.00 |
| MIA | SCREW | 737XP | NEW | 737 SHELF | 10 MS24693C30 | 2.00 |
| MIA | WASHER | 737XP | NEW | H-1-B | 100 NAS1149C0316R | 2.00 |
| MIA | PACKING | 737XP | NEW | D-4-A | 5 M83485-1-018 | 1.95 |
| MIA | WASHER | 737XP | NEW | N-4-A | 97.02 NAS1149D0616J | 1.94 |
| MIA | WASHER | 737XP | NEW | D-4-E | 96 NAS1149DN832J | 1.92 |
| MIA | PIN | 737XP | NEW | D-3-F | 96 MS171434 | 1.92 |
| MIA | SCREW | 737XP | NEW | B-1-B | 4 MS27039-1-23 | 1.92 |
| MIA | WASHER | 737XP | NEW | E-2-D | 94 NAS1149D0416J | 1.88 |
| MIA | BOLT, 1/4 | 737XP | NEW | ENGINE TRAILER | 91 NAS1104-7 | 1.82 |
| MIA | WASHER | 737XP | NEW | D-4-F | 7 2600LW | 1.82 |
| MIA | PIN | 737XP | NEW | E-1-D | 20 BACP18BC03A10P | 1.80 |
| MIA | SCREW | 737XP | NEW | A-2-D | 10 MS27039-1-18 | 1.80 |
| MIA | COTTER PIN | 737XP | NEW | C-3-H | 88 BACP18BC02A02P | 1.76 |
| MIA | WASHER | 737XP | NEW | E-3-E | 88 NAS1149DN632H | 1.76 |
| MIA | PACKING I/W J221P028 | 737XP | NEW | D-2-I | 3 M83248-1-028 | 1.71 |
| MIA | PACKING, RUBBER | 737XP | SERV | A-3-B | 1 M83461-1-238 | 1.68 |
| MIA | PIN | 737XP | NEW | E-1-D | 82 BACP18AS | 1.64 |
| MIA | WASHER | 737XP | NEW | D-4-E | 41 NAS1149DN416J | 1.64 |
| MIA | PACKING, RUBBER I/W M83248-1-156 | 737XP | NEW | C-2-I | 2 AS3209-156 | 1.64 |
| MIA | O-RING, RUBBER | 737XP | NEW | D-3-B | 23 M83248-1-904 | 1.60 |
| MIA | SCREWS | 737XP | NEW | D-4-F | 2 NAS1189-3P4L | 1.60 |
| MIA | BOLT | 737XP | NEW | C-3-A | 2 BACB30NX6K8 | 1.60 |
| MIA | SUPPLEMENTAL WIRE KIT RETROFIT | 737XP | NEW | B-1-I | 1 2B0A3160-3 | 1.60 |
| MIA | SUPPLEMENTAL WIRE KIT RETROFIT | 737XP | NEW | B-1-I | 1 2B0A3160-3 | 1.60 |
| MIA | SUPPLEMENTAL WIRE KIT RETROFIT | 737XP | NEW | B-1-I | 1 2B0A3160-3 | 1.60 |
| MIA | BULB | 737XP | NEW | N-3-C | 3 30S | 1.59 |
| MIA | NUT | 737XP | NEW | 737 SHELF | 1 BRH10C3D | 1.58 |
| MIA | PACKING | 737XP | NEW | D-4-A | 4 M83485-1-018 | 1.56 |
| MIA | WASHER | 737XP | NEW | E-2-D | 76 NAS1149D0316J | 1.52 |
| MIA | CAP | 737XP | NEW | D-3-F | 1 MS21914-5 | 1.50 |
| MIA | ADAPTER, MOUNTING | 737XP | NEW | ENGINE TRAILER | 1 311078-001 | 1.50 |
| MIA | RETAINER | 737XP | NEW | E-2-B | 3 NAS578-48 | 1.50 |
| MIA | CLAMP | 737XP | NEW | DRAWER | 1 MS25281R12 | 1.50 |
| MIA | CLAMP | 737XP | NEW | E-1-C | 1 BACC10JU10S | 1.50 |
| MIA | WASHER | 737XP | NEW | B-1-A | 15 NAS1149D0363K | 1.50 |
| MIA | WASHER | 737XP | NEW | B-1-E | 74 NAS1149D0332J | 1.48 |
| MIA | PACKING,RUBBER | 737XP | NEW | D-2-H | 4 M25988-2-015 | 1.44 |
| MIA | COTTER PIN | 737XP | NEW | C-3-H | 36 BACP18BC03C10P | 1.44 |
| MIA | PACKING | 737XP | NEW | D-4-G | 3 NAS1612-8 | 1.44 |
| MIA | NUT | 737XP | NEW | D-3-B | 3 BACN10YR3CD | 1.44 |
| LMTRUCK | LAMP | 737XP | NEW | LMTRUCK | 4 1683 | 1.40 |
| MIA | FASTENER | 737XP | NEW | D-3-G | 9 MS27980-18N | 1.35 |
| MIA | WASHER | 737XP | NEW | D-4-E | 63 NAS1149D0516J | 1.26 |
| MIA | PACKING, RUBBER | 737XP | NEW | D-4-F | 5 NAS1523-4Y | 1.25 |
| MIA | GASKET | 737XP | NEW | C-2-I | 1 AN901-24C | 1.25 |
| MIA | COTTER PIN | 737XP | NEW | E-1-D | 20 BACP18BC02A06H | 1.20 |
| MIA | PIN | 737XP | SERV | C-3-B | 40 BACP18BC02C06P | 1.20 |
| MIA | ORING, RUBBER | 737XP | NEW | D-4-I | 2 NAS1611-228A | 1.14 |
| MIA | PACKING I/W J221P028 | 737XP | NEW | D-2-I | 2 M83248-1-028 | 1.14 |
| MIA | BOLT | 737XP | NEW | D-3-G | 1 MS24693C296 | 1.10 |
| MIA | SWAGED SLEEVE | 737XP | NEW | D-4-D | 1 MS51844-62 | 1.05 |
| MIA | PACKING, RUBBER I/W M83248-1-027 | 737XP | NEW | D-2-H | 3 AS3209-027 | 1.05 |
| MIA | WASHER | 737XP | NEW | E-2-D | 101 NAS1149FN832P | 1.01 |
| MIA | NUT | 737XP | NEW | C-2-H | 10 AN320-16 | 1.00 |
| MIA | CLAMP | 737XP | NEW | A-3-A | 1 2365-63-10605 | 1.00 |
| MIA | PACKING | 737XP | OH | L-2-TOP | 1 65-67268-50 | 1.00 |
| MIA | SEAL, RUBBER I/W J221P017 | 737XP | NEW | D-2-I | 1 M83248-1-017 | 1.00 |
| MIA | WASHER | 737XP | NEW | E-2-D | 10 NAS1149FN816P | 1.00 |
| MIA | PACKING | 737XP | NS | D-2-I | 2 J221P021 | 1.00 |
| MIA | PACKING | 737XP | NEW | A-3-B | 5 MS29513-326 | 1.00 |
| MIA | NUT | 737XP | NEW | C-1-B | 1 AN924-6D | 1.00 |
| MIA | PACKING, RUBBER | 737XP | NEW | D-2-H | 1 M25988-2-036 | 0.99 |
| MIA | NUT | 737XP | NEW | C-2-G | 2 AN310-5 | 0.96 |

Spare Parts Inventory

| MIA | PACKING | 737EXP | NEW | C-2-G | 2 M83485-1-911 | 0.94 |
|---|---|---|---|---|---|---|
| MIA | BOLT | 737EXP | NEW | C-3-F | 1 BACB30NT4K7 | 0.91 |
| MIA | PIN | 737EXP | NEW | E-1-D | 21 BACP18BC0DA04P | 0.84 |
| MIA | SCREW | 737EXP | NEW | E-1-F | 1 BACS12GU3K5 | 0.83 |
| MIA | BOLT | 737EXP | NEW | C-3-E | 1 BACB30NW6K4 | 0.83 |
| MIA | WASHER | 737EXP | NEW | A-3-A | 2 BACW10BP5DP | 0.82 |
| MIA | PACKING, RUBBER | 737EXP | NEW | D-2-E | 2 J221P014 | 0.80 |
| MIA | WASHER | 737EXP | NEW | C-3-F | 4 BACW10BP6APU | 0.80 |
| MIA | EYELET | 737EXP | NEW | D-3-H | 4 MS27981-5N | 0.76 |
| MIA | WASHER | 737EXP | NEW | A-3-A | 2 BACW10BP5CD | 0.76 |
| MIA | PACKING RUBBER UNLIMITED | 737EXP | NEW | D-2-H | 15 M25988-1-145 | 0.75 |
| MIA | WASHER | 737EXP | NEW | D-4-E | 25 NAS1149DN816J | 0.75 |
| MIA | WASHER | 737EXP | NEW | D-4-E | 24 NAS1149DN816J | 0.72 |
| MIA | WASHER | 737EXP | NEW | E-2-D | 36 NAS1149D0363J | 0.72 |
| MIA | PACKING | 737EXP | NEW | A-3-A | 2 3-906E515-80 | 0.72 |
| MIA | WASHER | 737EXP | NEW | C-2-F | 2 BACW10BP5ACU | 0.72 |
| MIA | CLAMP | 737EXP | NEW | ENGINE TRAILER | 1 BACC10DR7 | 0.71 |
| MIA | RETAINER | 737EXP | NEW | H-1-B | 1 MS28773-05 | 0.71 |
| MIA | PACKING, RUBBER | 737EXP | NEW | D-2-I | 2 S9028D912 | 0.70 |
| MIA | O-RING, RUBBER | 737EXP | NEW | D-2-I | 2 M83248-1-018 | 0.66 |
| MIA | PACKING, RUBBER | 737EXP | NEW | ENGINE TRAILER | 13 M59386-223 | 0.64 |
| MIA | WASHER | 737EXP | NEW | E-1-H | 2 BACW10Q3 | 0.64 |
| MIA | PACKING, RUBBER | 737EXP | NEW | D-4-G | 2 NAS1611-214A | 0.62 |
| MIA | SCREW | 737EXP | NEW | E-2-C | 2 NAS623-3-17 | 0.60 |
| MIA | WASHER | 737EXP | NEW | D-4-E | 2 NAS1149EN832P | 0.60 |
| MIA | PACKING, RUBBER | 737EXP | NEW | C-3-TOP | 2 AS3578-135 | 0.57 |
| MIA | PACKING U/W J221P028 | 737EXP | NEW | D-2-H | 1 M83248-1-028 | 0.57 |
| MIA | PACKING, RUBBER | 737EXP | NEW | D-4-B | 1 M529513-226 | 0.54 |
| MIA | CLAMP U/W 400WCS10 | 737EXP | NEW | C-3-H | 1 BACC10GE10A | 0.54 |
| MIA | SCREW | 737EXP | NEW | D-3-G | 1 MS24693C30 | 0.50 |
| MIA | SPACER | 737EXP | NEW | ENGINE TRAILER | 2 NAS43HT4-47 | 0.50 |
| MIA | PACKING, RUBBER | 737EXP | NEW | D-4-H | 2 NAS1611-220A | 0.50 |
| MIA | ORING, RUBBER  I/W S9028D908 | 737EXP | NEW | D-3-B | 2 M83248-1-908 | 0.50 |
| MIA | PACKING, RUBBER | 737EXP | NEW | D-4-H | 2 NAS1611-220A | 0.50 |
| MIA | RING | 737EXP | NEW | D-3-H | 1 MS28774-223 | 0.50 |
| MIA | RING | 737EXP | NEW | D-3-H | 1 MS28774-223 | 0.50 |
| MIA | PACKING, RUBBER | 737EXP | NEW | E-2-H | 2 S9028L908 | 0.48 |
| MIA | O-RING, RUBBER | 737EXP | NEW | D-2-I | 4 M83248-1-111 | 0.48 |
| MIA | PACKING, RUBBER | 737EXP | NEW | D-3-A | 1 M83248-1-228 | 0.47 |
| MIA | PACKING, RUBBER | 737EXP | NEW | D-3-A | 1 M83248-1-228 | 0.47 |
| MIA | PACKING | 737EXP | NEW | C-2-G | 2 M83485-1-911 | 0.47 |
| MIA | PACKING RUBBER UNLIMITED | 737EXP | NEW | D-2-H | 9 M25988-1-146 | 0.45 |
| MIA | PACKING, RUBBER | 737EXP | NEW | D-2-H | 1 M25988-2-013 | 0.45 |
| MIA | PACKING, RUBBER | 737EXP | NEW | E-2-H | 2 S9026L111 | 0.44 |
| MIA | PACKING | 737EXP | NEW | A-3-A | 2 2-015N602-70 | 0.44 |
| MIA | PACKING, RUBBER | 737EXP | NEW | D-4-D | 8 M59386-227 | 0.40 |
| MIA | BACK-UP, RING | 737EXP | NEW | D-3-G | 1 MS28774-015 | 0.40 |
| MIA | O-RING, RUBBER | 737EXP | NEW | D-2-I | 2 M83248-1-114 | 0.40 |
| MIA | O-RING, RUBBER | 737EXP | NEW | D-2-I | 2 M83248-1-114 | 0.40 |
| MIA | O-RING, RUBBER MCD | 737EXP | NEW | D-3-C | 2 M83485-1-008 | 0.36 |
| MIA | BOLTS | 737EXP | NEW | E-2-A | 7 NAS517-2-15 | 0.35 |
| MIA | PACKING, RUBBER | 737EXP | NEW | E-2-H | 1 S9028D912 | 0.35 |
| MIA | PACKING, RUBBER QD1004-124 | 737EXP | NEW | D-2-I | 2 M83248-1-124 | 0.34 |
| MIA | PACKING, RUBBER | 737EXP | NEW | D-4-G | 1 NAS1611-214A | 0.31 |
| MIA | PACKING | 737EXP | NEW | D-4-H | 1 NAS1611-117 | 0.31 |
| MIA | PIN, COTTER KEY | 737EXP | NEW | D-3-F | 2 MS24665-155 | 0.30 |
| MIA | ORING, RUBBER  I/W S9028D908 | 737EXP | NEW | D-3-B | 1 M83248-1-908 | 0.25 |
| MIA | ORING, RUBBER  I/W S9028D908 | 737EXP | NEW | D-3-B | 1 M83248-1-908 | 0.25 |
| MIA | WASHER | 737EXP | NEW | E-1-H | 6 BACW10P70S | 0.24 |
| MIA | PACKING, RUBBER | 737EXP | NEW | E-2-H | 1 S9028L908 | 0.24 |
| MIA | PACKING, RUBBER | 737EXP | NEW | E-2-H | 1 S9026L111 | 0.22 |
| MIA | TEE | 737EXP | NEW | ENGINE TRAILER | 0.1 MS21900S14 | 0.20 |
| MIA | WASHER | 737EXP | NEW | D-3-D | 1 MS20002-10 | 0.19 |
| MIA | PIN | 737EXP | NEW | D-3-D | 1 MS16562-194 | 0.15 |
| MIA | RETAINER | 737EXP | NEW | D-3-H | 1 MS28774-114 | 0.14 |
| MIA | SCREW | 737EXP | NEW | D-3-G | 2 MS24693S25 | 0.14 |
| MIA | RETAINER | 737EXP | NEW | D-3-H | 1 MS28774-114 | 0.14 |
| MIA | SEAL, RUBBER I/W (59413-555, M83248-1-90 | 737EXP | NEW | D-3-B | 1 M83248-1-905 | 0.11 |
| MIA | O-RING, RUBBER | 737EXP | NEW | D-2-I | 1 M83248-1-012 | 0.09 |
| MIA | O-RING, RUBBER | 737EXP | NEW | D-2-I | 1 M83248-1-012 | 0.09 |
| MIA | O-RING, RUBBER | 737EXP | NEW | D-2-I | 1 M83248-1-012 | 0.09 |
| MIA | WASHER | 737EXP | NEW | E-2-O | 1 NAS1149D1232J | 0.09 |
| MIA | PIN | 737EXP | NEW | D-3-F | 4 MS171434 | 0.08 |
| MIA | O-RING, RUBBER | 737EXP | NEW | D-3-B | 1 M83248-1-904 | 0.07 |
| MIA | COTTER PIN | 737EXP | NEW | E-1-D | 1 BACP18BC02A06H | 0.06 |
| MIA | PACKING, RUBBER  I/W M83248-1-011 | 737EXP | NEW | D-2-I | 1 M83248-1-011 | 0.05 |
| MIA | SCREW | 737EXP | NEW | 737 SHELF | 1 MS24693C25 | 0.05 |
| MIA | WASHER | 737EXP | NEW | ENGINE TRAILER | 0.98 NAS1149D0616J | 0.02 |

**2,093,683.31**  3/31 Balance Inventory Balance

2,096,492.25  12/31/19 G/L Balance
20,994.07  Jan - Feb Activity (have not closed 2019 yet)
**2,117,486.32**  2/29/20 Balance (March activity has not been posted, usually there is not much of a significant monthly change.

(628,947.68) 12/31/19 Inventory Reserves

**1,488,538.64**  Adjusted Balance

Debtor    **Miami Air International, Inc.**                    Case number *(If known)* **20-13924-BKC-AJC**
          Name

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures**<br>**See attached schedule of fixed assets** | | | |
| **Net Book Value as of February 29, 2020** | $0.00 | | Unknown |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Software** | | | |
| **Net Book Value as of February 29, 2020** | $338,553.17 | | Unknown |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**                                                    $Unknown
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       X Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**<br>See attached.  Value listed on Fixed Asset Schedule. | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Miami Air International, Inc.

**Miami Air International, Inc.**
**Vehicle Schedule**
**2019**

| Vehicle # | Year | Make | Model | | Vehicle ID # | Comments |
|---|---|---|---|---|---|---|
| 1 | 1995 | Ford | Cutaway Van | Van | 1FDKE37H6SHC04471 | |
| 2 | 1985 | | Catering Truck | Truck | 1FDPF70H9FVA05202 | |
| 3 | 2006 | Chevrolet | Express Van | Van | 1GAHG39U461130509 | Occasional Intermediate (Tampa or Sanford, FL) |
| 4 | 2008 | Chevrolet | Express Van | Van | 1GCGG25C881143390 | |
| 5 | 2015 | Ford | Trailer | Trailer | 5HNUNS427FU108351 | |
| 6 | 2012 | Dodge | Ram 2500 | Pickup Truck | 3C6TD5HT7CG130278 | Occasional Long Distance |
| 7 | 2008 | Chevrolet | 3500 | Van | IGAHG39K781156085 | Added effective 1/30/18 |
| 8 | 2018 | Dodge | Ram 2500 | Pickup Truck | 3C6UR5FL5JG258105 | Added effective 7/12/18. |
| 9 | 2015 | Chevrolet | Express Van | 9 Pass Van | 1GBWGLCG0F1100929 | Added effective 2/27/2019. Used for shuttling crew & passengers between Miami & other FL cities |
| 10 | 2014 | Ford | Trailer | Trailer | 5NHUNS628EU107205 | Added effective 1/9/2018. |
| 11 | 2008 | Chevrolet | Silverado 3500 | Truck | 1GBJC34K08E115936 | Added effective 8/5/2019. |

# MIAMI AIR INTERNATIONAL, INC.

## Fixed Asset Detail

## As of February 29, 2020

**Book =** Internal

| Sys No Ext | In Svc Date | Acquired Value | P Dep T r | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|
| **Class = CE** | | | | | | | |
| 000736 Computer Room Capitalization | | | | | | | |
| 000 | 12/31/08 | 617,606.77 | P SLF | 03 | 0.00 | 617,606.77 | 617,606.77 |
| 000795 VSPHERE ADVANCED LICENCE 1 PROCESSOR | | | | | | | |
| 000 | 01/19/11 | 8,015.88 | P SLF | 03 | 0.00 | 8,015.88 | 8,015.88 |
| 000823 IBM TS3200 TAPE LIBRARY | | | | | | | |
| 000 | 04/10/12 | 11,450.20 | P SLF | 03 | 0.00 | 11,450.20 | 11,450.20 |
| 000825 Dell PowerEdge R810 CTO Server - 2 Units | | | | | | | |
| 000 | 05/07/12 | 28,410.00 | P SLF | 03 | 0.00 | 28,410.00 | 28,410.00 |
| 000844 DELL POWEREDGE R810 CTO SERVER | | | | | | | |
| 000 | 04/10/13 | 13,705.00 | P SLF | 03 | 0.00 | 13,705.00 | 13,705.00 |
| 000845 NetApp Storage | | | | | | | |
| 000 | 05/29/13 | 82,921.00 | P SLF | 03 | 0.00 | 82,921.00 | 82,921.00 |
| 000846 TRANSCEIVER MOD | | | | | | | |
| 000 | 05/31/13 | 37,574.48 | P SLF | 03 | 0.00 | 37,574.48 | 37,574.48 |
| 000849 TRANSCEIVER MODULE EX-SFP-10GE-SR-AO | | | | | | | |
| 000 | 06/30/13 | 1,396.12 | P SLF | 03 | 0.00 | 1,396.12 | 1,396.12 |
| 000852 NetApp FAS3220 | | | | | | | |
| 000 | 07/31/13 | 5,540.00 | P SLF | 03 | 0.00 | 5,540.00 | 5,540.00 |
| 000866 PN SW-3220a-S-Mirror SW Snap Mirror 3220a | | | | | | | |
| 000 | 01/15/14 | 26,888.00 | P SLF | 03 | 0.00 | 26,888.00 | 26,888.00 |
| 000879 WiFi solution separetes traffice between MAI and Crew Service tracking budget 20 | | | | | | | |
| 000 | 05/13/14 | 12,993.30 | P SLF | 03 | 0.00 | 12,993.30 | 12,993.30 |
| 000901 PART VC-SRM5-25S-C VMWARE VCENTER SITE RECOVERY MANAGER 5 | | | | | | | |
| 000 | 12/18/14 | 24,202.00 | P SLF | 03 | 0.00 | 24,202.00 | 24,202.00 |
| 000949 IPAD AIR 2 WIFI 10 UNITS $812 E/A | | | | | | | |
| 000 | 03/31/16 | 8,766.40 | P SLF | 05 | 0.00 | 8,766.40 | 7,013.12 |
| 000967 LAPTOP WITH PRINTER 1 CELLULAR WIRELESS ROUTER | | | | | | | |
| 000 | 10/12/16 | 5,300.00 | P SLF | 05 | 0.00 | 5,300.00 | 3,621.66 |
| 000982 LAPTOP WITH PRINTER KIT, CELLULAR WIRELESS ROUTER | | | | | | | |
| 000 | 10/12/16 | 5,300.00 | P SLF | 05 | 0.00 | 5,300.00 | 3,621.66 |
| 000983 LAPTOP WITH PRINTER KIT, CELLULAR WIRELESS ROUTER | | | | | | | |
| 000 | 10/12/16 | 5,799.00 | P SLF | 05 | 0.00 | 5,799.00 | 3,962.65 |
| 000984 LAPTOP WITH PRINTER KIT, CELLULAR WIRELESS ROUTER | | | | | | | |
| 000 | 10/12/16 | 5,799.00 | P SLF | 05 | 0.00 | 5,799.00 | 3,962.65 |
| | **Class = CE** | 901,667.15 | | | 0.00 | 901,667.15 | 892,884.49 |
| | Less disposals and transfers | 0.00 | | | 0.00 | 0.00 | 0.00 |
| | Count = 0 | | | | | | |
| | Net Subtotal | 901,667.15 | | | 0.00 | 901,667.15 | 892,884.49 |
| | Count = 17 | | | | | | |
| **Class = FF** | | | | | | | |
| 000001 Telephone System | | | | | | | |
| 000 | 01/01/91 | 8,265.32 | P SLF | 05 | 0.00 | 8,265.32 | 8,265.32 |
| 000199 9 Tables Black Frame Top 36 X 72 | | | | | | | |
| 000 | 04/21/98 | 2,428.00 | P SL | 05 | 0.00 | 2,428.00 | 2,428.00 |
| 000328 Sofa - Reception Area | | | | | | | |

| Sys No | Ext | In Svc Date | Acquired Value | P T | Dep r | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| | 000 | 12/26/99 | 1,062.87 | P | SL | 05 | 0.00 | 1,062.87 | 1,062.87 |
| 000335 | Furniture for Training | | | | | | | | |
| | 000 | 01/18/00 | 1,631.00 | P | SL | 05 | 0.00 | 1,631.00 | 1,631.00 |
| 000558 | Executive Chair | | | | | | | | |
| | 000 | 01/17/05 | 1,000.00 | P | SL | 05 | 0.00 | 1,000.00 | 1,000.00 |
| 000584 | Desk - Sales & Marketing | | | | | | | | |
| | 000 | 08/03/05 | 1,200.00 | P | SLF | 05 | 0.00 | 1,200.00 | 1,200.00 |
| 000667 | Reception Counter 106 X 96 | | | | | | | | |
| | 000 | 02/28/07 | 4,225.00 | P | SLF | 05 | 0.00 | 4,225.00 | 4,225.00 |
| 000669 | Inflight Counter | | | | | | | | |
| | 000 | 03/12/07 | 2,689.00 | P | SLF | 05 | 0.00 | 2,689.00 | 2,689.00 |
| | | **Class = FF** | 22,501.19 | | | | 0.00 | 22,501.19 | 22,501.19 |
| | | Less disposals and transfers | 0.00 | | | | 0.00 | 0.00 | 0.00 |
| | | Count = 0 | | | | | | | |
| | | Net Subtotal | 22,501.19 | | | | 0.00 | 22,501.19 | 22,501.19 |
| | | Count = 8 | | | | | | | |

**Class = G1**

| Sys No | Ext | In Svc Date | Acquired Value | P T | Dep r | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| 000006 | TOW BAR | | | | | | | | |
| | 000 | 04/01/93 | 1,700.00 | P | SL | 05 | 0.00 | 1,700.00 | 1,700.00 |
| 000104 | 1995 FORD CUTAWAY VAN - ID # 1FDKE37H6SHC04471 | | | | | | | | |
| | 000 | 08/01/97 | 24,206.67 | A | SL | 05 | 0.00 | 24,206.67 | 24,206.67 |
| 000150 | Axle Jack with Air Pump - MAIN JACK 60 TON | | | | | | | | |
| | 000 | 10/22/97 | 4,950.00 | P | SL | 05 | 0.00 | 4,950.00 | 4,950.00 |
| 000200 | B-4 Stand | | | | | | | | |
| | 000 | 04/22/98 | 2,500.00 | P | SL | 05 | 0.00 | 2,500.00 | 2,500.00 |
| 000203 | B-4 Stand | | | | | | | | |
| | 000 | 04/30/98 | 2,500.00 | P | SL | 05 | 0.00 | 2,500.00 | 2,500.00 |
| 000210 | Jack w/Air Pump - MAIN JACK 60 TON | | | | | | | | |
| | 000 | 06/03/98 | 5,950.00 | P | SL | 05 | 0.00 | 5,950.00 | 5,950.00 |
| 000245 | Trielectron Ground Power Unit | | | | | | | | |
| | 000 | 10/30/98 | 15,496.67 | P | SL | 05 | 0.00 | 15,496.67 | 15,496.67 |
| 000258 | Tow Tractor | | | | | | | | |
| | 000 | 12/22/98 | 34,200.00 | P | SL | 05 | 0.00 | 34,200.00 | 34,200.00 |
| 000265 | Truck Trailer Container CLOSE TRAILER | | | | | | | | |
| | 000 | 01/01/99 | 2,800.00 | P | SL | 05 | 0.00 | 2,800.00 | 2,800.00 |
| 000272 | Power Unit - Ignator | | | | | | | | |
| | 000 | 02/28/99 | 6,800.00 | P | SL | 05 | 0.00 | 6,800.00 | 6,800.00 |
| **Class = G1** | | | | | | | | | |
| 000324 | Digital Pitot Static Test Box | | | | | | | | |
| | 000 | 12/13/99 | 15,795.00 | P | SL | 05 | 0.00 | 15,795.00 | 15,795.00 |
| 000341 | Equipment For T180 Tug - T180 PUSH BACK | | | | | | | | |
| | 000 | 03/03/00 | 1,316.95 | P | SL | 05 | 0.00 | 1,316.95 | 1,316.95 |
| 000344 | F80060-6/ F71139/ F71711-9 | | | | | | | | |
| | 000 | 04/10/00 | 1,315.00 | P | SL | 05 | 0.00 | 1,315.00 | 1,315.00 |
| 000345 | 20 TONE NOSE JACK | | | | | | | | |
| | 000 | 04/10/00 | 9,400.00 | P | SL | 05 | 0.00 | 9,400.00 | 9,400.00 |
| 000349 | 3020 50 TON WING JACK - AIR PUMPS | | | | | | | | |
| | 000 | 05/10/00 | 17,490.00 | P | SL | 05 | 0.00 | 17,490.00 | 17,490.00 |
| 000407 | Tire Change Trailer | | | | | | | | |
| | 000 | 11/12/97 | 2,758.35 | P | SL | 05 | 0.00 | 2,758.35 | 2,758.35 |
| 000456 | Ford Econoline - Year 1993 | | | | | | | | |
| | 000 | 10/30/01 | 3,000.00 | P | SL | 05 | 0.00 | 3,000.00 | 3,000.00 |
| 000521 | Beltloader | | | | | | | | |
| | 000 | 11/30/03 | 8,000.00 | P | SL | 05 | 0.00 | 8,000.00 | 8,000.00 |
| 000532 | Catering Truck -  Ford 05202 ID# 1FDPF70H9FVA05202 | | | | | | | | |

| Sys No | Ext | In Svc Date | Acquired Value | P T | Dep r | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| | 000 | 06/01/04 | 11,000.00 | P | SL | 05 | 0.00 | 11,000.00 | 9,712.94 |
| 000544 | Trailer 44 X 10 | | | | | | | | |
| | 000 | 08/17/04 | 5,300.00 | P | SL | 05 | 0.00 | 5,300.00 | 5,300.00 |
| 000612 | Portable Stairs | | | | | | | | |
| | 000 | 01/31/06 | 16,400.00 | P | SLF | 05 | 0.00 | 16,400.00 | 16,400.00 |
| 000618 | Light Tower For Hanger | | | | | | | | |
| | 000 | 04/30/06 | 2,500.00 | P | SLF | 05 | 0.00 | 2,500.00 | 2,500.00 |
| | | **Class = G1** | 195,378.64 | | | | 0.00 | 195,378.64 | 194,091.58 |
| | Less disposals and transfers | | 0.00 | | | | 0.00 | 0.00 | 0.00 |
| | | Count = 0 | | | | | | | |
| | | Net Subtotal | 195,378.64 | | | | 0.00 | 195,378.64 | 194,091.58 |
| | | Count = 22 | | | | | | | |

**Class = GE**

| Sys No | Ext | In Svc Date | Acquired Value | P T | Dep r | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| 000378 | C27047-1 C78019-1 - SPOILER LOCK SET/OPENING HAND | | | | | | | | |
| | 000 | 10/27/00 | 5,110.00 | P | SL | 05 | 0.00 | 5,110.00 | 5,110.00 |
| 000379 | PN C07007-1 - FWD BODY JACK PAD ADAPTER | | | | | | | | |
| | 000 | 10/27/00 | 2,695.00 | P | SL | 05 | 0.00 | 2,695.00 | 2,695.00 |
| 000380 | PN # -1-15F2663-737 - B737 TOWBAR | | | | | | | | |
| | 000 | 10/31/00 | 2,650.00 | P | SL | 05 | 0.00 | 2,650.00 | 2,650.00 |
| 000388 | PF51-003-1 | | | | | | | | |
| | 000 | 11/08/00 | 4,404.00 | P | SL | 05 | 0.00 | 4,404.00 | 4,404.00 |
| 000392 | C27051-1 - LEADING EDGE DEVICES LOCK | | | | | | | | |
| | 000 | 11/21/00 | 3,425.00 | P | SL | 05 | 0.00 | 3,425.00 | 3,425.00 |
| 000393 | C32022-1 | | | | | | | | |
| | 000 | 11/28/00 | 1,395.00 | P | SL | 05 | 0.00 | 1,395.00 | 1,395.00 |
| 000394 | C32022-1 | | | | | | | | |
| | 000 | 11/28/00 | 1,395.00 | P | SL | 05 | 0.00 | 1,395.00 | 1,395.00 |
| 000405 | GE | | | | | | | | |
| | 000 | 01/08/01 | 1,125.00 | P | SL | 05 | 0.00 | 1,125.00 | 1,125.00 |
| 000408 | GE | | | | | | | | |
| | 000 | 01/22/01 | 1,395.00 | P | SL | 05 | 0.00 | 1,395.00 | 1,395.00 |
| 000411 | C27001-25 | | | | | | | | |
| **Class = GE** | | | | | | | | | |
| | 000 | 02/05/01 | 1,285.00 | P | SL | 05 | 0.00 | 1,285.00 | 1,285.00 |
| 000412 | C78005-21 | | | | | | | | |
| | 000 | 02/05/01 | 1,995.00 | P | SL | 05 | 0.00 | 1,995.00 | 1,995.00 |
| 000418 | PN CENTER PEDESTAL WORK TABLE | | | | | | | | |
| | 000 | 03/13/01 | 1,595.00 | P | SL | 05 | 0.00 | 1,595.00 | 1,595.00 |
| 000524 | Lift Truck - Lease JLG - BOOM LIFT JL6 | | | | | | | | |
| | 000 | 01/01/04 | 59,931.36 | P | SL | 05 | 0.00 | 59,931.36 | 59,931.36 |
| 000545 | Air Conditioning Unit GSE | | | | | | | | |
| | 000 | 08/25/04 | 7,500.00 | P | SL | 05 | 0.00 | 7,500.00 | 7,500.00 |
| 000650 | Crew Van - Chevrolet | | | | | | | | |
| | 000 | 10/11/06 | 20,566.00 | T | SLF | 05 | 0.00 | 20,566.00 | 20,566.00 |
| 000656 | Replace AC Unit in Hanger | | | | | | | | |
| | 000 | 12/12/06 | 5,850.00 | P | SLF | 05 | 0.00 | 5,850.00 | 5,850.00 |
| 000658 | PN 9000869 | | | | | | | | |
| | 000 | 12/27/06 | 13,922.00 | P | SLF | 05 | 0.00 | 13,922.00 | 13,922.00 |
| 000663 | PN A04973D PNA03305D | | | | | | | | |
| | 000 | 01/09/07 | 30,773.00 | P | SLF | 05 | 0.00 | 30,773.00 | 30,773.00 |
| 000673 | DPTR040C1250004770 | | | | | | | | |
| | 000 | 03/31/07 | 11,750.00 | P | SLF | 05 | 0.00 | 11,750.00 | 11,750.00 |
| 000689 | 2008 DODGE CALIBER - WHITE ID# 1B3HB28BX8D535406 | | | | | | | | |
| | 000 | 10/23/07 | 15,700.00 | A | SLF | 05 | 0.00 | 15,700.00 | 15,700.00 |
| 000708 | 2008 CHEVY EXPRESS - ID # 1GCGG25C881143390 | | | | | | | | |

| Sys No Ext | In Svc Date | Acquired Value | P Dep T r | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|
| 000 | 01/23/08 | 21,385.45 | P SLF | 05 | 0.00 | 21,385.45 | 21,385.45 |
| 000719 Chev Truck 1999 | | | | | | | |
| 000 | 06/01/08 | 9,500.00 | P SLF | 05 | 0.00 | 9,500.00 | 9,500.00 |
| 000746 CAB FOR GT35 | | | | | | | |
| 000 | 02/16/09 | 9,900.00 | P SLF | 05 | 0.00 | 9,900.00 | 9,900.00 |
| 000747 PN GT35 TOW TRACTOR - PUSH BACK GT35 | | | | | | | |
| 000 | 02/28/09 | 60,000.00 | P SLF | 05 | 0.00 | 60,000.00 | 60,000.00 |
| 000802 AIRCONDITION UNIT 70 TON MODEL 2425 FD YEAR 1988 | | | | | | | |
| 000 | 06/27/11 | 18,800.00 | P SLF | 05 | 0.00 | 18,800.00 | 18,773.33 |
| 000805 TRAILER 2008 MODEL 8C185 TON BLACK VIN 44NBN18268C052628 | | | | | | | |
| 000 | 07/01/11 | 5,100.00 | P SLF | 05 | 0.00 | 5,100.00 | 5,100.00 |
| 000807 AIRCONDITION UNIT MAKE: AIR-A-PLANE MODEL 4490 | | | | | | | |
| 000 | 08/10/11 | 18,500.00 | P SLF | 05 | 0.00 | 18,500.00 | 18,500.00 |
| 000811 DODGE 2012 MODEL RAM 2500 | | | | | | | |
| 000 | 11/21/11 | 34,887.35 | P SLF | 05 | 0.00 | 34,887.35 | 34,887.35 |
| 000887 GENERATOR HOBART 60 KVA | | | | | | | |
| 000 | 08/19/14 | 11,700.00 | P SLF | 05 | 0.00 | 11,700.00 | 11,700.00 |
| 000889 STAIR TRUCK FORD F-350 | | | | | | | |
| 000 | 09/29/14 | 9,000.00 | P SLF | 05 | 0.00 | 9,000.00 | 9,000.00 |
| 001015 2008 CHEV VAN - PLATE 1GAHG39K781156085 | | | | | | | |
| 000 | 01/17/18 | 8,000.00 | P SLF | 05 | 0.00 | 8,000.00 | 3,466.66 |
| 001029 2018 TRUCK - RAM -PW7 BRIGHT WHITE- 3C6UR5FL5JG258105 | | | | | | | |
| 000 | 07/25/18 | 52,045.00 | P SLF | 05 | 0.00 | 52,045.00 | 17,348.33 |
| 001049 2015 CHEVROLET CONVERSION VAN COLOR GRAPHITE | | | | | | | |
| 000 | 01/31/19 | 45,483.50 | P SLF | 05 | 0.00 | 45,483.50 | 10,612.81 |
| 001069 2008 CHEVROLET SILVERADO 3500 - PLATE CMM3890 | | | | | | | |
| 000 | 08/13/19 | 16,009.10 | P SLF | 05 | 0.00 | 16,009.10 | 1,867.72 |
| 001074 WALLARD STAIR TRUCK MODEL TLPH252SMT | | | | | | | |
| 000 | 10/31/19 | 45,000.00 | P SLF | 05 | 0.00 | 45,000.00 | 3,750.00 |
| 001076 TIRE TRACK | | | | | | | |
| **Class = GE** | | | | | | | |
| 000 | 11/27/19 | 6,500.00 | P SLF | 05 | 0.00 | 6,500.00 | 433.33 |
| 001077 TRAILER MOUNTED GENERATOR 90KVA GPU | | | | | | | |
| 000 | 11/29/19 | 26,020.00 | P SLF | 05 | 0.00 | 26,020.00 | 1,734.66 |
| 001078 CATERING TRUCK FORD/GLOBAL MODEL | | | | | | | |
| 000 | 11/29/19 | 42,693.00 | P SLF | 05 | 0.00 | 42,693.00 | 2,846.20 |
| | Class = GE | 634,984.76 | | | 0.00 | 634,984.76 | 435,267.20 |
| | Less disposals and transfers | 0.00 | | | 0.00 | 0.00 | 0.00 |
| | Count = 0 | | | | | | |
| | Net Subtotal | 634,984.76 | | | 0.00 | 634,984.76 | 435,267.20 |
| | Count = 38 | | | | | | |
| **Class = LI** | | | | | | | |
| 000015 Douglas Orr - Sinks | | | | | | | |
| 000 | 03/31/94 | 3,965.00 | R SL | 05 | 0.00 | 3,965.00 | 3,965.00 |
| 000016 C.R. Smith - Electrical | | | | | | | |
| 000 | 03/31/94 | 10,790.00 | R SL | 05 | 0.00 | 10,790.00 | 10,790.00 |
| 000017 C.R. Smith-A/C | | | | | | | |
| 000 | 03/31/94 | 6,612.00 | R SL | 05 | 0.00 | 6,612.00 | 6,612.00 |
| 000018 C.R. Smith- Buldup | | | | | | | |
| 000 | 03/31/94 | 41,928.00 | R SL | 05 | 0.00 | 41,928.00 | 41,928.00 |
| 000027 PM Flynn | | | | | | | |
| 000 | 11/30/95 | 6,510.00 | R SL | 05 | 0.00 | 6,510.00 | 6,510.00 |
| 000028 Altheres Lock & Key | | | | | | | |
| 000 | 11/30/95 | 450.00 | R SL | 05 | 0.00 | 450.00 | 450.00 |
| 000030 Dean Baldwin | | | | | | | |

| Sys No | Ext | In Svc Date | Acquired Value | P Dep T r | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum Depreciation |
|--------|-----|-------------|---------------:|-----------|----------|---------------:|------------------:|---------------------------:|
| | 000 | 12/31/95 | 1,685.00 | R SL | 05 | 0.00 | 1,685.00 | 1,685.00 |
| 000031 | PM Flynn | | | | | | | |
| | 000 | 12/31/95 | 1,102.30 | R SL | 05 | 0.00 | 1,102.30 | 1,102.30 |
| 000032 | judy's loft | | | | | | | |
| | 000 | 12/31/95 | 276.22 | R SL | 05 | 0.00 | 276.22 | 276.22 |
| 000035 | Omni Sign & Graphics | | | | | | | |
| | 000 | 02/28/96 | 3,328.12 | R SL | 05 | 0.00 | 3,328.12 | 3,328.12 |
| 000056 | Carlos Flooring | | | | | | | |
| | 000 | 11/30/96 | 1,788.82 | R SL | 05 | 0.00 | 1,788.82 | 1,788.82 |
| 000057 | Juan A Echevarria | | | | | | | |
| | 000 | 11/30/96 | 3,000.00 | R SL | 05 | 0.00 | 3,000.00 | 3,000.00 |
| 000064 | Juan Echevarria | | | | | | | |
| | 000 | 12/31/96 | 6,408.50 | R SL | 05 | 0.00 | 6,408.50 | 6,408.50 |
| 000065 | Schmidt & Co Systems | | | | | | | |
| | 000 | 01/01/97 | 2,120.00 | R SL | 05 | 0.00 | 2,120.00 | 2,120.00 |
| 000081 | Miscellaneous-Various | | | | | | | |
| | 000 | 04/30/97 | 1,334.13 | R SL | 05 | 0.00 | 1,334.13 | 1,334.13 |
| 000082 | Miscellaneous-Various | | | | | | | |
| | 000 | 04/30/97 | 2,088.00 | R SL | 05 | 0.00 | 2,088.00 | 2,088.00 |
| 000084 | Construction of walls ticketing | | | | | | | |
| | 000 | 06/04/97 | 927.00 | R SL | 05 | 0.00 | 927.00 | 927.00 |
| 000088 | const of office-maintenance 13*8 | | | | | | | |
| | 000 | 06/15/97 | 1,577.00 | R SL | 05 | 0.00 | 1,577.00 | 1,577.00 |
| 000092 | network cabling for scheduling | | | | | | | |
| | 000 | 06/18/97 | 200.00 | R SL | 05 | 0.00 | 200.00 | 200.00 |
| **Class = LI** | | | | | | | | |
| 000096 | remodeling room 352-scheduling | | | | | | | |
| | 000 | 06/30/97 | 4,357.41 | R SL | 05 | 0.00 | 4,357.41 | 4,357.41 |
| 000134 | Dep on Carpet for Dispatch | | | | | | | |
| | 000 | 09/30/97 | 500.00 | R SL | 05 | 0.00 | 500.00 | 500.00 |
| 000147 | 10/21 Remodeling of Operation | | | | | | | |
| | 000 | 10/17/97 | 2,641.00 | R SL | 05 | 0.00 | 2,641.00 | 2,641.00 |
| 000148 | 10/21Remodel operation offices | | | | | | | |
| | 000 | 10/17/97 | 1,706.00 | R SL | 05 | 0.00 | 1,706.00 | 1,706.00 |
| 000157 | Improvement | | | | | | | |
| | 000 | 11/01/97 | 3,515.00 | R SL | 05 | 0.00 | 3,515.00 | 3,515.00 |
| 000166 | Howard & Elsie's office construc | | | | | | | |
| | 000 | 11/30/97 | 2,200.00 | R SL | 05 | 0.00 | 2,200.00 | 2,200.00 |
| 000185 | Shelves for Maint | | | | | | | |
| | 000 | 03/06/98 | 1,756.94 | R SL | 05 | 0.00 | 1,756.94 | 1,756.94 |
| 000198 | 4/16 Leasehold Impr Maint | | | | | | | |
| | 000 | 04/16/98 | 1,470.00 | R SL | 05 | 0.00 | 1,470.00 | 1,470.00 |
| 000201 | 4/27 Maint of Interior Shop | | | | | | | |
| | 000 | 04/27/98 | 3,460.00 | R SL | 05 | 0.00 | 3,460.00 | 3,460.00 |
| 000226 | 7/20 Leasehold Impr Maint | | | | | | | |
| | 000 | 07/20/98 | 1,762.00 | R SL | 05 | 0.00 | 1,762.00 | 1,762.00 |
| 000235 | Demolition Wall, Repair, Paint W | | | | | | | |
| | 000 | 10/26/98 | 10,487.26 | R SL | 05 | 0.00 | 10,487.26 | 10,487.26 |
| 000246 | Carpet Maintenance | | | | | | | |
| | 000 | 10/30/98 | 6,000.00 | R SL | 05 | 0.00 | 6,000.00 | 6,000.00 |
| 000247 | Office Improv Maint | | | | | | | |
| | 000 | 10/30/98 | 9,694.04 | R SL | 05 | 0.00 | 9,694.04 | 9,694.04 |
| 000248 | Office Improv Maint | | | | | | | |
| | 000 | 10/30/98 | 1,870.27 | R SL | 05 | 0.00 | 1,870.27 | 1,870.27 |
| 000257 | Installation of Fence in Hanger | | | | | | | |
| | 000 | 12/17/98 | 1,175.00 | R SL | 05 | 0.00 | 1,175.00 | 1,175.00 |
| 000259 | Installation of Fence in Hanger | | | | | | | |
| | 000 | 12/28/98 | 1,175.00 | R SL | 05 | 0.00 | 1,175.00 | 1,175.00 |
| 000266 | Installation Board Hanger | | | | | | | |
| | 000 | 01/13/99 | 1,382.75 | R SL | 05 | 0.00 | 1,382.75 | 1,382.75 |
| 000270 | installation locks lights and ot | | | | | | | |

| Sys No | Ext | In Svc Date | Acquired Value | P Dep T r | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum Depreciation |
|--------|-----|-------------|----------------|-----------|----------|----------------|-------------------|----------------------------|
| | 000 | 02/12/99 | 1,709.00 | R SL | 05 | 0.00 | 1,709.00 | 1,709.00 |
| 000273 | wiring cabling | | | | | | | |
| | 000 | 02/28/99 | 14,595.00 | R SL | 05 | 0.00 | 14,595.00 | 14,595.00 |
| 000274 | Wiring | | | | | | | |
| | 000 | 02/28/99 | 2,600.00 | R SL | 05 | 0.00 | 2,600.00 | 2,600.00 |
| 000275 | Carpet - Hanger | | | | | | | |
| | 000 | 02/28/99 | 4,891.71 | R SL | 05 | 0.00 | 4,891.71 | 4,891.71 |
| 000278 | Wiring Labor | | | | | | | |
| | 000 | 03/02/99 | 8,485.00 | R SL | 05 | 0.00 | 8,485.00 | 8,485.00 |
| 000294 | Data Center Power | | | | | | | |
| | 000 | 04/01/99 | 2,177.43 | R SL | 05 | 0.00 | 2,177.43 | 2,177.43 |
| 000321 | XX | | | | | | | |
| | 000 | 10/28/99 | 3,000.00 | R SL | 05 | 0.00 | 3,000.00 | 3,000.00 |
| 000322 | Carpet Control Operation | | | | | | | |
| | 000 | 11/18/99 | 3,778.24 | R SL | 05 | 0.00 | 3,778.24 | 3,778.24 |
| 000323 | Demolitiun and RE-Construction | | | | | | | |
| | 000 | 11/23/99 | 7,051.20 | R SL | 05 | 0.00 | 7,051.20 | 7,051.20 |
| **Class = LI** | | | | | | | | |
| 000325 | 12 Cabomets for Dispatch - Opera | | | | | | | |
| | 000 | 12/17/99 | 2,000.00 | R SL | 05 | 0.00 | 2,000.00 | 2,000.00 |
| 000332 | Office Installation for operatio | | | | | | | |
| | 000 | 01/12/00 | 1,219.00 | R SL | 05 | 0.00 | 1,219.00 | 1,219.00 |
| 000333 | Office improvement - Dispatch | | | | | | | |
| | 000 | 01/12/00 | 1,450.00 | R SL | 05 | 0.00 | 1,450.00 | 1,450.00 |
| 000334 | Office improvement - Dispatch | | | | | | | |
| | 000 | 01/12/00 | 1,380.00 | R SL | 05 | 0.00 | 1,380.00 | 1,380.00 |
| 000337 | Office improvement - Dispatch | | | | | | | |
| | 000 | 01/31/00 | 1,774.00 | R SL | 05 | 0.00 | 1,774.00 | 1,774.00 |
| 000338 | Office improvement - Dispatch | | | | | | | |
| | 000 | 01/31/00 | 3,600.00 | R SL | 05 | 0.00 | 3,600.00 | 3,600.00 |
| 000339 | 7Emergency Exit Lights | | | | | | | |
| | 000 | 02/03/00 | 1,715.00 | R SL | 05 | 0.00 | 1,715.00 | 1,715.00 |
| 000340 | Partitions for Schedule Room | | | | | | | |
| | 000 | 02/26/00 | 1,992.00 | R SL | 05 | 0.00 | 1,992.00 | 1,992.00 |
| 000367 | Fencing | | | | | | | |
| | 000 | 08/25/00 | 4,400.00 | R SL | 05 | 0.00 | 4,400.00 | 4,400.00 |
| 000382 | Painting the Logo Name in Front | | | | | | | |
| | 000 | 11/06/00 | 1,350.00 | R SL | 05 | 0.00 | 1,350.00 | 1,350.00 |
| 000383 | Administration Improvements | | | | | | | |
| | 000 | 11/06/00 | 1,020.00 | R SL | 05 | 0.00 | 1,020.00 | 1,020.00 |
| 000384 | Humna Resources Office Improv | | | | | | | |
| | 000 | 11/06/00 | 5,038.00 | R SL | 05 | 0.00 | 5,038.00 | 5,038.00 |
| 000385 | Administration Office - Carpet | | | | | | | |
| | 000 | 11/06/00 | 1,083.11 | R SL | 05 | 0.00 | 1,083.11 | 1,083.11 |
| 000386 | Humna Resources - Carpet | | | | | | | |
| | 000 | 11/06/00 | 1,005.35 | R SL | 05 | 0.00 | 1,005.35 | 1,005.35 |
| 000400 | Leasehold & Impr For | | | | | | | |
| | 000 | 12/13/00 | 1,325.00 | R SL | 05 | 0.00 | 1,325.00 | 1,325.00 |
| 000401 | Carpet for Marketing | | | | | | | |
| | 000 | 12/20/00 | 10,488.00 | R SL | 05 | 0.00 | 10,488.00 | 10,488.00 |
| 000419 | Tile | | | | | | | |
| | 000 | 03/13/01 | 7,196.00 | R SL | 05 | 0.00 | 7,196.00 | 7,196.00 |
| 000429 | 737-Training Room (Const. 5 Modu | | | | | | | |
| | 000 | 06/08/01 | 3,390.00 | R SL | 05 | 0.00 | 3,390.00 | 3,390.00 |
| 000430 | Carpet Room 351A | | | | | | | |
| | 000 | 06/11/01 | 1,150.73 | R SL | 05 | 0.00 | 1,150.73 | 1,150.73 |
| 000431 | Carpet Room 346 (Training Room) | | | | | | | |
| | 000 | 06/11/01 | 1,304.00 | R SL | 05 | 0.00 | 1,304.00 | 1,304.00 |
| 000449 | Construction Crew Room | | | | | | | |
| | 000 | 08/20/01 | 2,505.00 | R SL | 05 | 0.00 | 2,505.00 | 2,505.00 |
| 000450 | Third Floor Bldg 43 Paint | | | | | | | |

| Sys No | Ext | In Svc Date | Acquired Value | P T | Dep r | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| | 000 | 08/20/01 | 1,163.00 | R | SL | 05 | 0.00 | 1,163.00 | 1,163.00 |
| 000486 | Carpet for Dept 300 (Operations) | | | | | | | | |
| | 000 | 08/28/02 | 1,038.38 | R | SL | 05 | 0.00 | 1,038.38 | 1,038.38 |
| 000491 | Paint Walls | | | | | | | | |
| | 000 | 09/30/02 | 1,260.00 | R | SL | 05 | 0.00 | 1,260.00 | 1,260.00 |
| 000509 | Computer Cable | | | | | | | | |
| | 000 | 06/30/03 | 16,900.00 | R | SL | 05 | 0.00 | 16,900.00 | 16,900.00 |
| 000557 | Construction of 6 offices in the | | | | | | | | |
| | 000 | 01/01/05 | 6,300.00 | R | SL | 05 | 0.00 | 6,300.00 | 6,300.00 |
| **Class = LI** | | | | | | | | | |
| 000560 | Installation of ceramic tile | | | | | | | | |
| | 000 | 01/26/05 | 3,379.06 | R | SL | 05 | 0.00 | 3,379.06 | 3,379.06 |
| 000562 | Repair Damage Walls | | | | | | | | |
| | 000 | 02/03/05 | 4,347.65 | R | SLF | 05 | 0.00 | 4,347.65 | 4,346.78 |
| 000563 | Tile Installed for Sales | | | | | | | | |
| | 000 | 02/09/05 | 4,150.00 | R | SLF | 05 | 0.00 | 4,150.00 | 4,149.17 |
| 000585 | Carpet Installation | | | | | | | | |
| | 000 | 08/10/05 | 4,480.00 | R | SLF | 05 | 0.00 | 4,480.00 | 4,480.00 |
| 000624 | Replace AC Unit in Hanger | | | | | | | | |
| | 000 | 05/31/06 | 4,850.00 | P | SLF | 05 | 0.00 | 4,850.00 | 4,850.00 |
| 000625 | Building Walls Finance | | | | | | | | |
| | 000 | 05/31/06 | 3,200.00 | R | SLF | 05 | 0.00 | 3,200.00 | 3,200.00 |
| 000628 | Carpet - Finance Dept | | | | | | | | |
| | 000 | 06/12/06 | 2,336.55 | P | SLF | 05 | 0.00 | 2,336.55 | 2,336.55 |
| 000629 | Carpet - Dispatch | | | | | | | | |
| | 000 | 06/12/06 | 3,384.90 | P | SLF | 05 | 0.00 | 3,384.90 | 3,384.90 |
| 000634 | Carpet floor - Scheduling | | | | | | | | |
| | 000 | 07/12/06 | 2,449.05 | S | SLF | 05 | 0.00 | 2,449.05 | 2,449.05 |
| 000639 | Build walls for finance departme | | | | | | | | |
| | 000 | 08/31/06 | 2,000.00 | R | SLF | 05 | 0.00 | 2,000.00 | 2,000.00 |
| 000641 | Carpet for Records Department | | | | | | | | |
| | 000 | 09/12/06 | 9,692.50 | S | SLF | 05 | 0.00 | 9,692.50 | 9,692.50 |
| 000668 | GH  Remodeling | | | | | | | | |
| | 000 | 03/06/07 | 5,172.00 | P | SLF | 05 | 0.00 | 5,172.00 | 5,172.00 |
| 000670 | Carpet | | | | | | | | |
| | 000 | 03/26/07 | 9,205.45 | P | SLF | 05 | 0.00 | 9,205.45 | 9,205.45 |
| 000671 | MIS Room for Fire Supdion 545 | | | | | | | | |
| | 000 | 03/28/07 | 5,172.00 | P | SLF | 05 | 0.00 | 5,172.00 | 5,172.00 |
| 000933 | AIR CONDITIONING PART AND INSTALL  25 TONS AIR | | | | | | | | |
| | 000 | 08/10/15 | 10,850.00 | P | SLF | 05 | 0.00 | 10,850.00 | 9,945.83 |
| 001024 | AC UNIT SUPPLY ROOM | | | | | | | | |
| | 000 | 03/13/18 | 5,675.00 | R | SLF | 05 | 0.00 | 5,675.00 | 2,269.99 |
| | | **Class = LI** | 362,921.07 | | | | 0.00 | 362,921.07 | 358,610.19 |
| | | Less disposals and transfers | 0.00 | | | | 0.00 | 0.00 | 0.00 |
| | | Count = 0 | | | | | | | |
| | | Net Subtotal | 362,921.07 | | | | 0.00 | 362,921.07 | 358,610.19 |
| | | Count = 87 | | | | | | | |
| **Class = OE** | | | | | | | | | |
| 000305 | JVC Monitor, Video Panasonic | | | | | | | | |
| | 000 | 06/04/99 | 1,970.95 | P | SL | 05 | 0.00 | 1,970.95 | 1,970.95 |
| 000308 | Security Camera - Maintenance | | | | | | | | |
| | 000 | 07/06/99 | 7,695.00 | P | SL | 05 | 0.00 | 7,695.00 | 7,695.00 |
| 000315 | M15-25 | | | | | | | | |
| | 000 | 08/11/99 | 3,031.20 | P | SL | 05 | 0.00 | 3,031.20 | 3,031.20 |
| 000423 | Canon PC80 | | | | | | | | |

| Sys No | Ext | In Svc Date | Acquired Value | P T | Dep r | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum Depreciation |
|--------|-----|-------------|---------------|-----|-------|----------|----------------|-------------------|----------------------------|
| | 000 | 04/10/01 | 2,365.63 | P | SL | 05 | 0.00 | 2,365.63 | 2,365.63 |
| 000564 | VHF Tranceiver For Dispatch | | | | | | | | |
| | 000 | 02/09/05 | 2,015.00 | P | SLF | 05 | 0.00 | 2,015.00 | 2,014.59 |
| 000589 | Security Camara | | | | | | | | |
| **Class = OE** | | | | | | | | | |
| | 000 | 09/05/05 | 18,855.00 | P | SLF | 05 | 0.00 | 18,855.00 | 18,855.00 |
| 000614 | Security Camara | | | | | | | | |
| | 000 | 02/08/06 | 1,300.00 | P | SLF | 05 | 0.00 | 1,300.00 | 1,299.89 |
| 000626 | 2 Exteior Cameras to View East | | | | | | | | |
| | 000 | 05/31/06 | 2,889.00 | P | SLF | 05 | 0.00 | 2,889.00 | 2,889.00 |
| 000676 | US-DVR-16-480 | | | | | | | | |
| | 000 | 06/06/07 | 6,239.90 | P | SLF | 05 | 0.00 | 6,239.90 | 6,239.90 |
| 000757 | AIR CONDITION SYSTEM FOR COMPUTER ROOM 10 TON AIR INSTALLATION | | | | | | | | |
| | 000 | 10/14/09 | 13,500.00 | P | SLF | 05 | 0.00 | 13,500.00 | 13,500.00 |
| 000890 | PHONE SYSTEM UPGRADE | | | | | | | | |
| | 000 | 09/30/14 | 19,523.34 | P | SLF | 05 | 0.00 | 19,523.34 | 19,523.34 |
| | | **Class = OE** | 79,385.02 | | | | 0.00 | 79,385.02 | 79,384.50 |
| | | Less disposals and transfers | 0.00 | | | | 0.00 | 0.00 | 0.00 |

Count = 0

| | | Net Subtotal | 79,385.02 | | | | 0.00 | 79,385.02 | 79,384.50 |
| | | Count = 11 | | | | | | | |

**Class = RP**

| Sys No | Ext | In Svc Date | Acquired Value | P T | Dep r | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum Depreciation |
|--------|-----|-------------|---------------|-----|-------|----------|----------------|-------------------|----------------------------|
| 000525 | PN0851HT1 | | | | | | | | |
| | 000 | 01/24/04 | 5,410.00 | P | SLF | 05 | 0.00 | 5,410.00 | 2,165.78 |
| 000601 | PN 3-1558 - MAIN WHEEL ASSY | | | | | | | | |
| | 000 | 12/05/05 | 30,914.00 | P | SLF | 05 | 0.00 | 30,914.00 | 30,914.00 |
| 000607 | PN 33700002 -  ENGINE FORE EXT. | | | | | | | | |
| | 000 | 12/31/05 | 5,800.00 | P | SLF | 05 | 0.00 | 5,800.00 | 5,800.00 |
| 000613 | PN 856A4633G02 | | | | | | | | |
| | 000 | 01/31/06 | 28,900.00 | P | SLF | 05 | 0.00 | 28,900.00 | 28,900.00 |
| 000635 | PN 2041683-7507 - ADF ANTENNA | | | | | | | | |
| | 000 | 07/19/06 | 9,000.00 | P | SLF | 05 | 0.00 | 9,000.00 | 9,000.00 |
| 000640 | PN 273A3301-8 - MODULE  N734MA | | | | | | | | |
| | 000 | 08/31/06 | 12,779.00 | P | SLF | 05 | 0.00 | 12,779.00 | 12,779.00 |
| 000651 | PN 10037-1000-0154 - Fuel Mqty Indicator | | | | | | | | |
| | 000 | 10/31/06 | 5,000.00 | P | SLF | 05 | 0.00 | 5,000.00 | 5,000.00 |
| 000659 | PN 72067750 - OVEN LONG FRONT | | | | | | | | |
| | 000 | 12/27/06 | 7,800.00 | P | SLF | 05 | 0.00 | 7,800.00 | 7,800.00 |
| 000661 | PN 72067750 - OVEN LONG FRONT | | | | | | | | |
| | 000 | 12/29/06 | 6,950.00 | P | SLF | 05 | 0.00 | 6,950.00 | 6,950.00 |
| 000664 | PN 72067750 - OVEN LONG FRONT | | | | | | | | |
| | 000 | 01/09/07 | 6,950.00 | P | SLF | 05 | 0.00 | 6,950.00 | 6,950.00 |
| 000665 | PN 312BS101-1 - ISFD CHARGER N738/N739 | | | | | | | | |
| | 000 | 01/24/07 | 5,400.00 | P | SLF | 05 | 0.00 | 5,400.00 | 5,400.00 |
| 000666 | PN 1151324-1 - EMERGENCY LOCATOR TRANSMITTER | | | | | | | | |
| | 000 | 01/24/07 | 6,500.00 | P | SLF | 05 | 0.00 | 6,500.00 | 6,500.00 |
| 000674 | PN 102AH2AG - SENSORM TOTAL TEMP. | | | | | | | | |
| | 000 | 03/31/07 | 7,000.00 | P | SLF | 05 | 0.00 | 7,000.00 | 7,000.00 |
| 000677 | PN G7490-39 - CONTROL PANEL | | | | | | | | |
| | 000 | 06/25/07 | 47,964.00 | P | SLF | 05 | 0.00 | 47,964.00 | 47,964.00 |
| 000696 | PN 2-1587-1 - BRAKE ASSY | | | | | | | | |
| | 000 | 12/31/07 | 78,849.00 | P | SLF | 05 | 0.00 | 78,849.00 | 78,849.00 |
| 000697 | PN 3-1558 - MAIN WHEEL ASSY | | | | | | | | |
| | 000 | 12/31/07 | 52,296.00 | P | SLF | 05 | 0.00 | 52,296.00 | 52,296.00 |
| **Class = RP** | | | | | | | | | |

| Sys No | Ext | In Svc Date | Acquired Value | P Dep T r | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|
| 000706 | PN C71015-80  - ENGINE SLING EQUIPMENT - OVERHEAD SHOP HANDLING | | | | | | | |
| | 000 | 01/23/08 | 14,600.00 | P SLF | 05 | 0.00 | 14,600.00 | 14,600.00 |
| 000711 | PN 906-10246-3 N  - LOOP TESTER | | | | | | | |
| | 000 | 03/17/08 | 52,265.00 | P SLF | 05 | 0.00 | 52,265.00 | 52,265.00 |
| 000712 | PN 1151324-1  - EMERGENCY LOCATOR TRANSMITTER N738MA | | | | | | | |
| | 000 | 04/01/08 | 6,450.00 | P SLF | 05 | 0.00 | 6,450.00 | 6,450.00 |
| 000714 | PN 3-1558  - MAIN WHEEL ASSY | | | | | | | |
| | 000 | 04/10/08 | 28,500.00 | P SLF | 05 | 0.00 | 28,500.00 | 28,500.00 |
| 000715 | PN 3-1558 - MAIN WHEEL ASSY | | | | | | | |
| | 000 | 04/15/08 | 30,000.00 | P SLF | 05 | 0.00 | 30,000.00 | 30,000.00 |
| 000716 | PN T60  60 TON MALABAR - JACK | | | | | | | |
| | 000 | 04/23/08 | 5,500.00 | P SLF | 05 | 0.00 | 5,500.00 | 5,500.00 |
| 000718 | PN A21010-70  - TESTER - SAFETY RELIEF VALVE | | | | | | | |
| | 000 | 05/08/08 | 11,950.00 | P SLF | 05 | 0.00 | 11,950.00 | 11,950.00 |
| 000724 | PN LOAN RECONCILIATION LOST HPTC VALVE | | | | | | | |
| | 000 | 08/31/08 | 147,256.66 | P SLF | 05 | 0.00 | 147,256.66 | 147,256.66 |
| 000727 | PN 2-1587-1 - BRAKE ASSY | | | | | | | |
| | 000 | 10/28/08 | 73,000.00 | P SLF | 05 | 0.00 | 73,000.00 | 73,000.00 |
| 000731 | PN 700-2246-001 - SEAT ELECTRONIC BOX | | | | | | | |
| | 000 | 12/23/08 | 7,983.00 | P SLF | 05 | 0.00 | 7,983.00 | 7,983.00 |
| 000732 | PN 83000-05602 - CONTROLLER WINDOW  N733MA | | | | | | | |
| | 000 | 12/23/08 | 9,486.40 | P SLF | 05 | 0.00 | 9,486.40 | 9,486.40 |
| 000734 | Rotables Cockpit EFB Trainer | | | | | | | |
| | 000 | 12/31/08 | 172,778.71 | P SLF | 05 | 0.00 | 172,778.71 | 172,778.71 |
| 000738 | PN 5-89354-3139  LH #1 CAPTAINS WINDOW | | | | | | | |
| | 000 | 01/13/09 | 10,372.32 | P SLF | 05 | 0.00 | 10,372.32 | 10,372.32 |
| 000739 | PN 83000-05604 CONTROLLER ASSY - WINDOW HEAT CONT UNIT  N733 | | | | | | | |
| | 000 | 01/13/09 | 12,680.64 | P SLF | 05 | 0.00 | 12,680.64 | 12,680.64 |
| 000740 | PN 3-1558 MAIN WHEEL ASSY B737-800 | | | | | | | |
| | 000 | 02/05/09 | 51,250.00 | P SLF | 05 | 0.00 | 51,250.00 | 51,250.00 |
| 000741 | PN 024147-000 -  AIRCRAFT BATTERY 737 | | | | | | | |
| | 000 | 02/16/09 | 10,312.50 | P SLF | 05 | 0.00 | 10,312.50 | 10,312.50 |
| 000742 | PN 804-0520-11 -  SATLINK WIRELESS ROUTER | | | | | | | |
| | 000 | 03/03/09 | 19,730.00 | P SLF | 05 | 0.00 | 19,730.00 | 19,730.00 |
| 000743 | PN 024147-000 -  AIRCRAFT BATTERY 737 | | | | | | | |
| | 000 | 03/16/09 | 11,312.00 | P SLF | 05 | 0.00 | 11,312.00 | 11,312.00 |
| 000744 | PN 3-1558 -   MAIN WHEEL ASSY 737-800 | | | | | | | |
| | 000 | 09/22/09 | 39,000.00 | P SLF | 05 | 0.00 | 39,000.00 | 39,000.00 |
| 000745 | PN 024147-000 - AIRCRAFT BATTERY 737 | | | | | | | |
| | 000 | 09/09/09 | 10,956.00 | P SLF | 05 | 0.00 | 10,956.00 | 10,956.00 |
| 000761 | PN 3-1558 -  MAIN WHEEL ASSY B737-800 | | | | | | | |
| | 000 | 12/04/09 | 10,500.00 | P SLF | 05 | 0.00 | 10,500.00 | 10,500.00 |
| 000762 | PN 3-1558 - MAIN WHEEL ASSY B737-800 | | | | | | | |
| | 000 | 12/23/09 | 21,000.00 | P SLF | 05 | 0.00 | 21,000.00 | 21,000.00 |
| 000763 | PN 1303910-101 -  10.4 LCD | | | | | | | |
| | 000 | 12/23/09 | 18,423.00 | P SLF | 05 | 0.00 | 18,423.00 | 18,423.00 |
| 000775 | PN 024147-000 -  AC BATTERY 737 I/W BA35-01 | | | | | | | |
| | 000 | 05/19/10 | 10,800.00 | P SLF | 05 | 0.00 | 10,800.00 | 10,800.00 |
| 000776 | PN 40176-7 -  BATTERY AIRCRAFT | | | | | | | |
| | 000 | 05/25/10 | 6,185.64 | P SLF | 05 | 0.00 | 6,185.64 | 6,185.64 |
| 000777 | PN C78018-47 -  SLING | | | | | | | |
| | 000 | 05/31/10 | 12,634.00 | P SLF | 05 | 0.00 | 12,634.00 | 12,634.00 |
| **Class = RP** | | | | | | | | |
| 000782 | PN 024147-000 - AIRCRAFT BATTERY 737I/W BA35-01 | | | | | | | |
| | 000 | 07/21/10 | 10,956.00 | P SL | 10 | 0.00 | 10,956.00 | 10,499.50 |
| 000793 | PN 024147-000 - BATTERY (REPLACE PART AC N733) | | | | | | | |
| | 000 | 12/27/10 | 10,956.00 | P SLF | 05 | 0.00 | 10,956.00 | 10,956.00 |
| 000798 | PN 902864 - DETECTOR ASSY UPPER FAN | | | | | | | |
| | 000 | 03/08/11 | 18,526.00 | P SLF | 05 | 0.00 | 18,526.00 | 18,526.00 |
| 000819 | PN 284A1801-4 | | | | | | | |
| | 000 | 02/28/12 | 20,000.00 | P SLF | 05 | 0.00 | 20,000.00 | 20,000.00 |

| Sys No Ext | In Svc Date | Acquired Value | P Dep T r | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|
| 000820 PN 2100-1020-00 - CVR 2 UNITS $14,724.75 | | | | | | | |
| 000 | 03/21/12 | 29,449.50 | P SLF | 05 | 0.00 | 29,449.50 | 29,449.50 |
| 000822 WINGRIP ALO KIT | | | | | | | |
| 000 | 04/01/12 | 62,071.58 | P SLF | 05 | 0.00 | 62,071.58 | 61,776.00 |
| 000827 PN S343T003-66 - MOTOR OPERATED VALVE ACTUATOR | | | | | | | |
| 000 | 05/31/12 | 19,938.00 | P SL | 05 | 0.00 | 19,938.00 | 19,938.00 |
| 000830 AC LEATHER SEATS FIRST CLASS 56 UNITS | | | | | | | |
| 000 | 07/31/12 | 274,300.00 | P SLF | 05 | 0.00 | 274,300.00 | 274,300.00 |
| 000839 AIRCRAFT LEATHER SEAT N738MA | | | | | | | |
| 000 | 01/01/13 | 221,300.00 | P SLF | 05 | 0.00 | 221,300.00 | 221,300.00 |
| 000850 PN 085-1HT-1-AI - PITOT PROBE | | | | | | | |
| 000 | 06/18/13 | 5,735.00 | P SLF | 05 | 0.00 | 5,735.00 | 5,735.00 |
| 000853 PN 0851HT-1-AI - PITOT PROBE | | | | | | | |
| 000 | 08/31/13 | 5,735.00 | P SLF | 05 | 0.00 | 5,735.00 | 5,735.00 |
| 000854 PN 314A2620-1 - NOSSLE-ENGINE EXAUST | | | | | | | |
| 000 | 08/31/13 | 18,000.00 | P SLF | 05 | 0.00 | 18,000.00 | 18,000.00 |
| 000860 PN 40176-7 NEW BATTERY AIRCRAFT SERIAL # 090520013FA6C | | | | | | | |
| 000 | 11/20/13 | 6,307.95 | P SLF | 05 | 0.00 | 6,307.95 | 6,307.95 |
| 000861 PN 119003-11 - SMOKE HOOD (PBE) | | | | | | | |
| 000 | 12/12/13 | 15,638.40 | P SLF | 05 | 0.00 | 15,638.40 | 15,638.40 |
| 000862 PN 155012-12-21 - HOSE ASSY - PRESSURE | | | | | | | |
| 000 | 12/18/13 | 13,900.00 | P SLF | 05 | 0.00 | 13,900.00 | 13,900.00 |
| 000868 PN 176200-01-01- FLIGHT MANAGEMENT COMPUTER FMC | | | | | | | |
| 000 | 02/05/14 | 7,000.00 | P SLF | 03 | 0.00 | 7,000.00 | 7,000.00 |
| 000869 PN 176200-01-01 - FLIGHT MANAGEMENT COMPUTER (FMC) 3 UNITS | | | | | | | |
| 000 | 02/05/14 | 34,500.00 | P SLF | 03 | 0.00 | 34,500.00 | 34,500.00 |
| 000870 PN 160564-2 COOLER OIL | | | | | | | |
| 000 | 02/18/14 | 28,750.00 | P SLF | 03 | 0.00 | 28,750.00 | 28,750.00 |
| 000874 PN H341BWM - STANDBY ATTITUDE INDICATOR | | | | | | | |
| 000 | 04/16/14 | 7,000.00 | P SLF | 03 | 0.00 | 7,000.00 | 7,000.00 |
| 000880 PN 4082260-937 - MODE CONTROL PANEL | | | | | | | |
| 000 | 05/20/14 | 50,000.00 | P SLF | 03 | 0.00 | 50,000.00 | 50,000.00 |
| 000883 PN 10-3202-0001 - STC UFI 737NG INSTALL KIT | | | | | | | |
| 000 | 06/24/14 | 20,606.00 | P SLF | 03 | 0.00 | 20,606.00 | 20,606.00 |
| 000896 PN 20219-0101-HYDRAULIC QTY TRANSMITTR | | | | | | | |
| 000 | 08/27/14 | 7,878.00 | P SLF | 03 | 0.00 | 7,878.00 | 7,878.00 |
| 000898 PN 021147-000 - BATTERY | | | | | | | |
| 000 | 10/14/14 | 10,500.00 | P SLF | 03 | 0.00 | 10,500.00 | 10,500.00 |
| 000903 PN 016392-000 - BATTERY AIRCRAFT | | | | | | | |
| 000 | 01/30/15 | 6,627.13 | P SLF | 05 | 0.00 | 6,627.13 | 6,627.13 |
| 000906 N733MA NGS FUEL TANK INERTING | | | | | | | |
| 000 | 08/31/14 | 440,678.00 | P SLF | 03 | 0.00 | 440,678.00 | 440,678.00 |
| 000907 N738MA NGS FUEL TANK INERTING | | | | | | | |
| 000 | 08/31/14 | 420,669.00 | P SLF | 03 | 0.00 | 420,669.00 | 420,669.00 |
| **Class = RP** | | | | | | | |
| 000908 N739MA NGS FUEL TANK INERTING | | | | | | | |
| 000 | 08/31/14 | 440,418.00 | P SLF | 03 | 0.00 | 440,418.00 | 440,418.00 |
| 000911 PN 024147-000 - BATTERY | | | | | | | |
| 000 | 02/10/15 | 10,800.00 | P SLF | 05 | 0.00 | 10,800.00 | 10,800.00 |
| 000916 N738MA  PN 325-025-702-0 -  HARNESS J7 PN 325-025-803-0 J8 HARNESS | | | | | | | |
| 000 | 05/20/15 | 18,000.00 | P SLF | 01 | 0.00 | 18,000.00 | 18,000.00 |
| 000927 PN 024147-000 - BATTERY | | | | | | | |
| 000 | 08/04/15 | 22,657.88 | P SLF | 05 | 0.00 | 22,657.88 | 20,769.74 |
| 000928 PN 016392-000- BATTERY AIRCRAFT | | | | | | | |
| 000 | 08/26/15 | 6,627.13 | P SLF | 05 | 0.00 | 6,627.13 | 6,074.88 |
| 000931 PN 016392-000  BATTERY AIRCRAFT | | | | | | | |
| 000 | 09/15/15 | 6,627.13 | P SLF | 05 | 0.00 | 6,627.13 | 5,964.43 |
| 000932 PN 40176-7 - BATTERY AIRCRAFT | | | | | | | |
| 000 | 12/22/15 | 6,627.13 | P SLF | 05 | 0.00 | 6,627.13 | 5,633.07 |
| 000936 PN BA35-01 - BATTERY | | | | | | | |
| 000 | 11/17/15 | 10,820.00 | P SLF | 05 | 0.00 | 10,820.00 | 9,377.33 |

| Sys No Ext | In Svc Date | Acquired Value | P Dep T r | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|
| 000937 PN BA35-01 - BATTERY | | | | | | | |
| 000 | 11/17/15 | 10,820.00 | P SLF | 05 | 0.00 | 10,820.00 | 9,377.33 |
| 000939 N739MA - PN 18-1738-10  TRANSMITTER ASSY-FLAP POSITION | | | | | | | |
| 000 | 01/13/16 | 12,500.00 | P SLF | 05 | 0.00 | 12,500.00 | 10,416.66 |
| 000954 N733MA - IPAD PROJECT/TCAS | | | | | | | |
| 000 | 05/31/16 | 21,216.75 | P SLF | 05 | 0.00 | 21,216.75 | 16,266.17 |
| 000955 N738MA - IPAD PROJECT/TCAS/ROD ASSY | | | | | | | |
| 000 | 05/31/16 | 28,616.75 | P SLF | 05 | 0.00 | 28,616.75 | 21,939.51 |
| 000956 N739MA - IPAD PROJECT/TCAS | | | | | | | |
| 000 | 05/31/16 | 21,216.75 | P SLF | 05 | 0.00 | 21,216.75 | 16,266.17 |
| 000959 BATTERY FOR STOCK | | | | | | | |
| 000 | 07/14/16 | 11,328.94 | P SLF | 05 | 0.00 | 11,328.94 | 8,307.89 |
| 000960 N739MA EMERGENCY LOCATOR TRANSMITTER | | | | | | | |
| 000 | 07/26/16 | 6,044.00 | P SLF | 05 | 0.00 | 6,044.00 | 4,432.26 |
| 000962 TORSION LINK ASSEMBLY UPPER | | | | | | | |
| 000 | 08/31/16 | 6,342.00 | P SLF | 05 | 0.00 | 6,342.00 | 4,545.10 |
| 000964 N738MA TORSION LINK ASSEMBLY, LOWER / PIN-APEX / PIN-UPPER | | | | | | | |
| 000 | 09/13/16 | 11,645.00 | P SLF | 05 | 0.00 | 11,645.00 | 8,151.49 |
| 000965 LIFE RAFT L50" W23" H7" PN D23941-117 - N748MA TUI | | | | | | | |
| 000 | 09/21/16 | 38,000.00 | P SLF | 05 | 0.00 | 38,000.00 | 26,599.99 |
| 000968 N749MA MINI-QUICK ACCESS RECORDER PN 804-1201 | | | | | | | |
| 000 | 11/04/16 | 7,965.00 | P SLF | 05 | 0.00 | 7,965.00 | 5,310.00 |
| 000971 N738MA VIP UPGRADE LIGHTING | | | | | | | |
| 000 | 11/01/16 | 141,055.00 | P SLF | 05 | 0.00 | 141,055.00 | 94,036.66 |
| 000972 N738MA VIP UPGRADE - AC SEATS | | | | | | | |
| 000 | 11/01/16 | 1,305,681.55 | P SLF | 05 | 0.00 | 1,305,681.55 | 870,454.36 |
| 000973 N738MA VIP UPGRADE - AC TABLES | | | | | | | |
| 000 | 11/01/16 | 62,433.75 | P SLF | 05 | 0.00 | 62,433.75 | 41,622.50 |
| 000976 N733MA AIRCRAFT LIGHTING UPGRADE | | | | | | | |
| 000 | 12/31/16 | 52,500.00 | P SLF | 05 | 0.00 | 52,500.00 | 34,125.00 |
| 000977 N739MA AIRCRAFT UPGRADE WIFI | | | | | | | |
| 000 | 12/31/16 | 303,131.00 | P SLF | 05 | 0.00 | 303,131.00 | 197,035.14 |
| 000978 N739MA UPGRADE WIRING | | | | | | | |
| 000 | 12/31/16 | 15,800.00 | P SLF | 05 | 0.00 | 15,800.00 | 10,269.99 |
| 000979 N749MA AIRCRAFT LIGHTING | | | | | | | |
| 000 | 12/31/16 | 82,525.00 | P SLF | 05 | 0.00 | 82,525.00 | 53,641.25 |
| **Class = RP** | | | | | | | |
| 000980 N749MA AIRCRAFT UPGRADE WIFI | | | | | | | |
| 000 | 12/31/16 | 285,549.00 | P SLF | 05 | 0.00 | 285,549.00 | 185,606.85 |
| 000981 N749MA AIRCRAFT UPGRADE IPAD | | | | | | | |
| 000 | 12/31/16 | 28,769.00 | P SLF | 05 | 0.00 | 28,769.00 | 18,699.84 |
| 000985 N749MA PITOT PROBE PN 0851HT1 | | | | | | | |
| 000 | 10/26/16 | 10,061.00 | P SLF | 05 | 0.00 | 10,061.00 | 6,875.01 |
| 000987 N749MA - VALVE ASSY, PARKING BRAKE PN 274A1410-6 | | | | | | | |
| 000 | 01/13/17 | 9,476.82 | P SLF | 05 | 0.00 | 9,476.82 | 6,001.97 |
| 000995 N749MA OVEN PN 4311500-00-55-00 | | | | | | | |
| 000 | 06/21/17 | 12,000.00 | P SLF | 05 | 0.00 | 12,000.00 | 6,600.00 |
| 000996 N749MA OVEN PN 4311500-0055-00 | | | | | | | |
| 000 | 06/14/17 | 11,989.41 | P SLF | 05 | 0.00 | 11,989.41 | 6,594.17 |
| 000997 PN 016392-000 BATTERY AIRCRAFT | | | | | | | |
| 000 | 06/21/17 | 6,996.26 | P SLF | 05 | 0.00 | 6,996.26 | 3,847.93 |
| 000998 PN 024147-000 BATTERY | | | | | | | |
| 000 | 07/25/17 | 11,555.52 | P SLF | 05 | 0.00 | 11,555.52 | 6,162.93 |
| 000999 PN 10-3000-1001 UNIVERSAL FAULT INTERRUPTER | | | | | | | |
| 000 | 07/25/17 | 8,450.00 | P SLF | 05 | 0.00 | 8,450.00 | 4,506.66 |
| 001002 N738MA WIFI INSTALLATION AND STC ISSUANCE | | | | | | | |
| 000 | 08/15/17 | 20,800.00 | P SLF | 02 | 0.00 | 20,800.00 | 19,539.40 |
| 001003 N749MA HIGH SPEED OVEN | | | | | | | |
| 000 | 08/31/17 | 12,000.00 | P SLF | 05 | 0.00 | 12,000.00 | 6,200.00 |
| 001004 N749MA TOP KITS ENGINE | | | | | | | |
| 000 | 08/31/17 | 87,612.00 | P SLF | 05 | 0.00 | 87,612.00 | 45,266.20 |

| Sys No Ext | In Svc Date | Acquired Value | P Dep T r | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|
| 001007 UNIVERSAL FAULT INTERRUPTER | | | | | | | |
| 000 | 10/11/17 | 8,450.00 | P SLF | 05 | 0.00 | 8,450.00 | 4,084.16 |
| 001008 N749 VIP UPGRADE | | | | | | | |
| 000 | 10/31/17 | 836,051.95 | P SLF | 05 | 0.00 | 836,051.95 | 404,091.77 |
| 001010 BATTERY PN 024147-000 | | | | | | | |
| 000 | 11/21/17 | 11,555.52 | P SLF | 05 | 0.00 | 11,555.52 | 5,392.56 |
| 001011 VIP SEATS PROJECT FROM N753MA MOVED TO N749MA | | | | | | | |
| 000 | 11/30/17 | 174,136.00 | P SLF | 05 | 0.00 | 174,136.00 | 81,263.46 |
| 001013 PN 41F9003 OIL SCAVENGE FILTER | | | | | | | |
| 000 | 12/20/17 | 10,925.00 | P SLF | 05 | 0.00 | 10,925.00 | 4,916.24 |
| 001014 N749MA PN 4510-44UG-00  COFEE MAKER | | | | | | | |
| 000 | 09/13/17 | 9,672.00 | P SLF | 05 | 0.00 | 9,672.00 | 4,836.00 |
| 001017 N739MA - PN 325-025-401-0   HARNESS, CJ10 | | | | | | | |
| 000 | 01/23/18 | 13,000.00 | P SLF | 03 | 0.00 | 13,000.00 | 8,450.00 |
| 001021 N733MA  PN 5A3307-7   ESCAPE SLIDE | | | | | | | |
| 000 | 03/12/18 | 28,000.00 | P SLF | 05 | 0.00 | 28,000.00 | 11,200.00 |
| 001022 PN 0851HT-1  PITOT TUBE | | | | | | | |
| 000 | 03/12/18 | 9,500.00 | P SLF | 05 | 0.00 | 9,500.00 | 3,799.99 |
| 001027 PN 254A1150-9 SWITCHPACK ASSY-AUTOTHOROTTLE | | | | | | | |
| 000 | 05/23/18 | 8,000.00 | P SLF | 05 | 0.00 | 8,000.00 | 2,933.33 |
| 001036 N739MA PN 2-11587-1 BRAKE ASSEMBLY | | | | | | | |
| 000 | 08/21/18 | 17,400.00 | P SLF | 02 | 0.00 | 17,400.00 | 10,018.17 |
| 001038 N749MA PN 1-002-0102-2090 | | | | | | | |
| 000 | 08/31/18 | 8,900.00 | P SLF | 04 | 0.00 | 8,900.00 | 2,966.67 |
| 001040 PN 802-0308-01 RSU 800 SCREEN NO DOCKING | | | | | | | |
| 000 | 10/16/18 | 13,000.00 | P SLF | 04 | 0.00 | 13,000.00 | 4,018.17 |
| 001041 PN 174101-03-01  CDU CONTROL DISPLAY UNIT UPDATE FOR COCKPIT INSTRUMENTS - FMC | | | | | | | |
| 000 | 10/16/18 | 34,000.00 | P SLF | 04 | 0.00 | 34,000.00 | 10,509.09 |
| **Class = RP** | | | | | | | |
| 001042 PN 822-1821-002  GLU-925 GLOBAL LANDING UNIT - CONTROL PANEL FOR ATC/TCAS | | | | | | | |
| 000 | 10/16/18 | 70,000.00 | P SLF | 04 | 0.00 | 70,000.00 | 21,250.00 |
| 001043 PN 2030157-102 MODULE AIR SEPARATOR | | | | | | | |
| 000 | 10/04/18 | 88,000.00 | P SLF | 04 | 0.00 | 88,000.00 | 27,200.00 |
| 001046 N733MA SIDEWALL PROJECT | | | | | | | |
| 000 | 12/31/18 | 90,932.74 | P SLF | 04 | 0.00 | 90,932.74 | 25,735.68 |
| 001047 WIFI N733MA | | | | | | | |
| 000 | 12/31/18 | 377,378.89 | P SLF | 04 | 0.00 | 377,378.89 | 106,805.35 |
| 001053 RADOME ASSY  PN 284A1801-1 | | | | | | | |
| 000 | 10/15/19 | 26,500.00 | P SLF | 05 | 0.00 | 26,500.00 | 2,208.33 |
| 001054 ENGINE PRE-COOLER CONTROL VALVE SENSOR PN 129666-2 | | | | | | | |
| 000 | 10/29/19 | 15,100.00 | P SLF | 05 | 0.00 | 15,100.00 | 1,258.33 |
| 001055 LIFE RAFT  PN 63800-103 | | | | | | | |
| 000 | 12/31/19 | 14,950.00 | P SLF | 05 | 0.00 | 14,950.00 | 747.50 |
| 001059 PN HA1013-1 LATCH PRESS | | | | | | | |
| 000 | 04/24/19 | 16,100.00 | P SLF | 05 | 0.00 | 16,100.00 | 2,951.66 |
| 001061 PN 964-0453-011  HF ANTENNA COUPLER | | | | | | | |
| 000 | 05/06/19 | 24,500.00 | P SLF | 05 | 0.00 | 24,500.00 | 4,083.33 |
| 001062 PN P17297  ABS ATG COM UNIT B | | | | | | | |
| 000 | 05/21/19 | 11,134.67 | P SLF | 05 | 0.00 | 11,134.67 | 1,855.77 |
| 001063 N738MA UPGRADE WIFI | | | | | | | |
| 000 | 11/01/16 | 382,574.64 | P SLF | 05 | 0.00 | 382,574.64 | 255,049.76 |
| 001066 N733MA PN 114A5030-4  SLAT ASSY | | | | | | | |
| 000 | 06/11/19 | 24,000.00 | P SLF | 03 | 0.00 | 24,000.00 | 4,595.74 |
| 001070 FLIGHT DECK PROJECT 2018- ADS - ATC FANS | | | | | | | |
| 000 | 12/31/19 | 155,000.00 | P SLF | 01 | 0.00 | 155,000.00 | 29,062.50 |
| 001071 N749MA HARNESS PN 325-043-503-0 | | | | | | | |
| 000 | 08/27/19 | 14,880.00 | P SLF | 03 | 0.00 | 14,880.00 | 2,367.27 |
| 001072 N735MA FWD LH CLOSET - PN 501180-1 | | | | | | | |
| 000 | 08/27/19 | 28,900.00 | P SLF | 05 | 0.00 | 28,900.00 | 3,371.66 |
| 001080 N758MA POST MODS | | | | | | | |
| 000 | 11/30/19 | 695,242.26 | P SLF | 05 | 0.00 | 695,242.26 | 46,349.48 |

| Sys No | Ext | In Svc Date | Acquired Value | P T | Dep r | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| 001081 | N735MA | PN 3160329 DECOR LAMINATE | | | | | | | |
| | 000 | 11/01/19 | 7,000.00 | P | SLF | 05 | 0.00 | 7,000.00 | 466.66 |
| 001083 | | FLIGHT DECK PROJECT- CIP - 2019-01 | | | | | | | |
| | 000 | 12/31/19 | 185,890.00 | P | SLF | 03 | 0.00 | 185,890.00 | 13,277.85 |
| | | **Class = RP** | 9,466,790.87 | | | | 0.00 | 9,466,790.87 | 6,258,315.49 |
| | | Less disposals and transfers | 0.00 | | | | 0.00 | 0.00 | 0.00 |
| | | Count = 0 | | | | | | | |
| | | Net Subtotal | 9,466,790.87 | | | | 0.00 | 9,466,790.87 | 6,258,315.49 |
| | | Count = 138 | | | | | | | |

**Class = SC**

| Sys No | Ext | In Svc Date | Acquired Value | P T | Dep r | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| 000476 | | Trax Capitalization Aug/01-Mar/0 | | | | | | | |
| | 000 | 03/31/02 | 431,700.00 | Z | SL | 05 | 0.00 | 431,700.00 | 431,700.00 |
| 000506 | | Purchase of Software | | | | | | | |
| | 000 | 06/06/03 | 6,237.99 | P | SL | 05 | 0.00 | 6,237.99 | 6,237.99 |
| 000559 | | Software Connect to ADP | | | | | | | |
| | 000 | 01/17/05 | 6,120.00 | Z | SL | 05 | 0.00 | 6,120.00 | 6,120.00 |
| 000566 | | Microsoft Windows 2003 | | | | | | | |
| | | **Class = SC** | | | | | | | |
| | 000 | 03/02/05 | 23,306.63 | Z | SLF | 05 | 0.00 | 23,306.63 | 23,306.63 |
| 000627 | | Software - Legal Department | | | | | | | |
| | 000 | 05/31/06 | 10,618.82 | Z | SLF | 03 | 0.00 | 10,618.82 | 10,618.82 |
| 000675 | | Software Capitalization 1 Qtr 20 | | | | | | | |
| | 000 | 05/16/07 | 248,955.89 | P | SLF | 03 | 0.00 | 248,955.89 | 248,955.89 |
| 000678 | | Capitalization 2nd. Qtr 2007 | | | | | | | |
| | 000 | 06/30/07 | 76,172.50 | P | SLF | 03 | 0.00 | 76,172.50 | 76,172.50 |
| 000685 | | Software Capitalization 3rd. Qtr | | | | | | | |
| | 000 | 09/30/07 | 119,710.00 | P | SLF | 03 | 0.00 | 119,710.00 | 119,710.00 |
| 000694 | | PN 2-1587-1 - BRAKE ASSY | | | | | | | |
| | 000 | 10/31/07 | 65,700.33 | P | SLF | 03 | 0.00 | 65,700.33 | 65,700.33 |
| 000698 | | Capitalization 4 Qtr 2007 | | | | | | | |
| | 000 | 12/31/07 | 91,277.50 | P | SLF | 03 | 0.00 | 91,277.50 | 91,277.50 |
| 000700 | | Software Upgrade PN 8800057-001 | | | | | | | |
| | 000 | 01/08/08 | 5,937.50 | P | SLF | 03 | 0.00 | 5,937.50 | 5,937.50 |
| 000722 | | Capitalization I Qtr 2008 | | | | | | | |
| | 000 | 08/31/08 | 110,711.25 | P | SLF | 03 | 0.00 | 110,711.25 | 110,711.25 |
| 000723 | | Capitalization 2 Qtr 2008 | | | | | | | |
| | 000 | 08/31/08 | 123,832.50 | P | SLF | 03 | 0.00 | 123,832.50 | 123,832.50 |
| 000735 | | Software Capitalization 4 Qtr 20 | | | | | | | |
| | 000 | 12/31/08 | 173,191.25 | P | SLF | 03 | 0.00 | 173,191.25 | 173,191.25 |
| 000748 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 03/31/09 | 57,040.00 | P | SLF | 03 | 0.00 | 57,040.00 | 57,040.00 |
| 000749 | | CAPITALIZATION FLIGHT DECK 2 QTR09 | | | | | | | |
| | 000 | 06/30/09 | 27,000.00 | P | SLF | 03 | 0.00 | 27,000.00 | 27,000.00 |
| 000750 | | IBM COGNOS TM1 MIDMARKET SERVER | | | | | | | |
| | 000 | 08/06/09 | 37,000.00 | P | SLF | 03 | 0.00 | 37,000.00 | 37,000.00 |
| 000751 | | CAPITALIZATION - FLIGHT DECK 3QTR09 | | | | | | | |
| | 000 | 09/30/09 | 33,462.50 | P | SLF | 03 | 0.00 | 33,462.50 | 33,462.50 |
| 000752 | | IBM COGNOS TM1 IMPLEMENTATION WE 10/17 10/24/09 | | | | | | | |
| | 000 | 11/17/09 | 11,750.00 | P | SLF | 03 | 0.00 | 11,750.00 | 11,750.00 |
| 000753 | | IBM COGNOS IMPLEMENTATION TM1 WE 10/31 11/07/09 | | | | | | | |
| | 000 | 11/17/09 | 10,625.00 | P | SLF | 03 | 0.00 | 10,625.00 | 10,625.00 |
| 000754 | | MS OFFICE PN 021-05339 VL-A3Y / MS OFFICE PRO 2007 | | | | | | | |
| | 000 | 11/18/09 | 5,777.38 | P | SLF | 03 | 0.00 | 5,777.38 | 5,777.38 |
| 000758 | | IBM COGNOS TM1 WE 10/2 10/09/2009 | | | | | | | |
| | 000 | 10/21/09 | 11,250.00 | P | SLF | 03 | 0.00 | 11,250.00 | 11,250.00 |

| Sys No | Ext | In Svc Date | Acquired Value | P T | Dep r | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum Depreciation |
|--------|-----|-------------|----------------|-----|-------|----------|----------------|-------------------|----------------------------|
| 000764 | | SOFTWARE DEVELOPMENT - TAMAR/ENTERTEK | | | | | | | |
| | 000 | 12/31/09 | 38,839.50 | P | SLF | 03 | 0.00 | 38,839.50 | 38,839.50 |
| 000765 | | IBM COGNOS PROJECT | | | | | | | |
| | 000 | 12/22/09 | 8,250.00 | P | SLF | 03 | 0.00 | 8,250.00 | 8,250.00 |
| 000767 | | IBM CONGNOS TMI - RICHARD BARNES AND JIM RAWSON | | | | | | | |
| | 000 | 01/14/10 | 4,875.00 | P | SLF | 03 | 0.00 | 4,875.00 | 4,875.00 |
| 000770 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 03/29/10 | 36,468.00 | P | SLF | 03 | 0.00 | 36,468.00 | 36,468.00 |
| 000771 | | MS EXCHANGE EMAIL VERSION UPGRADE FROM 2003 TO 2010 | | | | | | | |
| | 000 | 03/29/10 | 24,092.12 | P | SLF | 03 | 0.00 | 24,092.12 | 24,092.12 |
| 000772 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 04/30/10 | 22,320.00 | P | SLF | 03 | 0.00 | 22,320.00 | 22,320.00 |
| 000774 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 05/28/10 | 5,688.00 | P | SLF | 03 | 0.00 | 5,688.00 | 5,688.00 |
| 000779 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| **Class = SC** | | | | | | | | | |
| | 000 | 06/09/10 | 7,992.00 | P | SLF | 03 | 0.00 | 7,992.00 | 7,992.00 |
| 000780 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 06/18/10 | 7,824.00 | P | SLF | 03 | 0.00 | 7,824.00 | 7,824.00 |
| 000781 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 06/28/10 | 6,744.00 | P | SLF | 03 | 0.00 | 6,744.00 | 6,744.00 |
| 000783 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 07/12/10 | 7,536.00 | P | SLF | 03 | 0.00 | 7,536.00 | 7,536.00 |
| 000784 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 08/11/10 | 21,216.00 | P | SLF | 03 | 0.00 | 21,216.00 | 21,216.00 |
| 000785 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 09/07/10 | 4,752.00 | P | SLF | 03 | 0.00 | 4,752.00 | 4,752.00 |
| 000786 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 10/25/10 | 21,624.00 | P | SLF | 03 | 0.00 | 21,624.00 | 21,624.00 |
| 000789 | | MS OFFICE STANDARD EDITION 2007 LICENCE | | | | | | | |
| | 000 | 11/16/10 | 5,777.38 | P | SLF | 03 | 0.00 | 5,777.38 | 5,777.38 |
| 000790 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 11/22/10 | 7,476.00 | P | SLF | 03 | 0.00 | 7,476.00 | 7,476.00 |
| 000791 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 12/31/10 | 38,760.00 | P | SLF | 03 | 0.00 | 38,760.00 | 38,760.00 |
| 000792 | | IBM COGNOS TM1 | | | | | | | |
| | 000 | 12/31/10 | 5,474.00 | P | SLF | 03 | 0.00 | 5,474.00 | 5,474.00 |
| 000794 | | CAPITALIZATION JAN 2011 - FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 01/31/11 | 21,962.00 | P | SLF | 03 | 0.00 | 21,962.00 | 21,962.00 |
| 000796 | | CAPITALIZATION FEBRUARY 2011 | | | | | | | |
| | 000 | 02/28/11 | 25,855.00 | P | SLF | 03 | 0.00 | 25,855.00 | 25,855.00 |
| 000797 | | CAPITALIZATION MARCH 2011 | | | | | | | |
| | 000 | 03/31/11 | 29,930.00 | P | SLF | 03 | 0.00 | 29,930.00 | 29,930.00 |
| 000799 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 04/27/11 | 25,871.00 | P | SLF | 03 | 0.00 | 25,871.00 | 25,871.00 |
| 000801 | | CAPITALIZATION MAY 2011 | | | | | | | |
| | 000 | 05/11/11 | 4,340.00 | P | SL | 03 | 0.00 | 4,340.00 | 4,340.00 |
| 000803 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 06/30/11 | 24,000.00 | P | SLF | 03 | 0.00 | 24,000.00 | 24,000.00 |
| 000804 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 07/31/11 | 21,675.00 | P | SLF | 03 | 0.00 | 21,675.00 | 21,675.00 |
| 000808 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 08/22/11 | 8,775.00 | P | SLF | 03 | 0.00 | 8,775.00 | 8,775.00 |
| 000809 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 09/30/11 | 17,300.00 | P | SLF | 03 | 0.00 | 17,300.00 | 17,300.00 |
| 000810 | | CAPITALIZATION OCTOBER 2011 | | | | | | | |
| | 000 | 10/31/11 | 31,752.38 | P | SLF | 03 | 0.00 | 31,752.38 | 31,752.38 |
| 000812 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 11/30/11 | 18,175.00 | P | SL | 03 | 0.00 | 18,175.00 | 18,175.00 |
| 000813 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 12/31/11 | 29,147.00 | P | SL | 03 | 0.00 | 29,147.00 | 29,147.00 |

| Sys No | Ext | In Svc Date | Acquired Value | P T | Dep r | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| 000815 | | SOFTWARE MAI MANUALS UPDATE | | | | | | | |
| | 000 | 05/27/11 | 81,000.00 | P | SL | 03 | 0.00 | 81,000.00 | 81,000.00 |
| 000816 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 01/16/12 | 7,250.00 | P | SL | 03 | 0.00 | 7,250.00 | 7,250.00 |
| 000817 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 02/29/12 | 15,300.00 | P | SL | 03 | 0.00 | 15,300.00 | 15,300.00 |
| 000818 | | MS WINDOWS SERVER STANDARD LICENCE | | | | | | | |
| **Class = SC** | | | | | | | | | |
| | 000 | 02/29/12 | 16,480.00 | P | SLF | 03 | 0.00 | 16,480.00 | 16,480.00 |
| 000821 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 03/07/12 | 4,700.00 | P | SLF | 03 | 0.00 | 4,700.00 | 4,700.00 |
| 000824 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 04/30/12 | 11,775.00 | P | SLF | 03 | 0.00 | 11,775.00 | 11,775.00 |
| 000826 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 05/31/12 | 15,100.00 | P | SL | 03 | 0.00 | 15,100.00 | 15,100.00 |
| 000828 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 06/19/12 | 11,337.50 | P | SL | 03 | 0.00 | 11,337.50 | 11,337.50 |
| 000829 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 07/31/12 | 21,064.37 | P | SL | 03 | 0.00 | 21,064.37 | 21,064.37 |
| 000831 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 08/31/12 | 9,950.00 | P | SL | 03 | 0.00 | 9,950.00 | 9,950.00 |
| 000833 | | HARDWARE, MEMORY, SHELF INSTALLATION BACKUP AND RECOVERY TIME OBJETIVE (RTO) | | | | | | | |
| | 000 | 09/30/12 | 72,274.86 | P | SL | 03 | 0.00 | 72,274.86 | 72,274.86 |
| 000834 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 09/30/12 | 7,512.50 | P | SL | 03 | 0.00 | 7,512.50 | 7,512.50 |
| 000835 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 10/24/12 | 9,975.00 | P | SL | 03 | 0.00 | 9,975.00 | 9,975.00 |
| 000837 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 11/30/12 | 30,000.00 | P | SL | 03 | 0.00 | 30,000.00 | 30,000.00 |
| 000838 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 12/26/12 | 37,333.00 | P | SL | 03 | 0.00 | 37,333.00 | 37,333.00 |
| 000840 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 02/28/13 | 16,668.25 | P | SL | 03 | 0.00 | 16,668.25 | 16,668.25 |
| 000841 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 02/01/13 | 38,467.00 | P | SL | 03 | 0.00 | 38,467.00 | 38,467.00 |
| 000842 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 03/31/13 | 33,935.00 | P | SL | 03 | 0.00 | 33,935.00 | 33,935.00 |
| 000843 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 04/10/13 | 10,725.00 | P | SL | 03 | 0.00 | 10,725.00 | 10,725.00 |
| 000847 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 05/22/13 | 12,168.75 | P | SL | 03 | 0.00 | 12,168.75 | 12,168.75 |
| 000848 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 06/30/13 | 26,125.00 | P | SL | 03 | 0.00 | 26,125.00 | 26,125.00 |
| 000851 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 07/31/13 | 28,462.50 | P | SL | 03 | 0.00 | 28,462.50 | 28,462.50 |
| 000855 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 08/21/13 | 8,071.25 | P | SL | 03 | 0.00 | 8,071.25 | 8,071.25 |
| 000856 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 09/30/13 | 25,561.25 | P | SL | 03 | 0.00 | 25,561.25 | 25,561.25 |
| 000857 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 10/31/13 | 19,841.25 | P | SL | 03 | 0.00 | 19,841.25 | 19,841.25 |
| 000859 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 11/11/13 | 24,062.50 | P | SL | 03 | 0.00 | 24,062.50 | 24,062.50 |
| 000863 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 12/26/13 | 37,166.25 | P | SLF | 03 | 0.00 | 37,166.25 | 37,166.25 |
| 000864 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 01/21/14 | 8,855.00 | P | SLF | 03 | 0.00 | 8,855.00 | 8,855.00 |
| 000865 | | Network Support & Subscription | | | | | | | |
| | 000 | 01/10/14 | 5,800.00 | P | SLF | 03 | 0.00 | 5,800.00 | 5,800.00 |
| 000867 | | FLIGHT DECK DEVELOPMENT | | | | | | | |
| **Class = SC** | | | | | | | | | |

| Sys No | Ext | In Svc Date | Acquired Value | P T | Dep r | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum Depreciation |
|--------|-----|-------------|---------------|-----|-------|----------|----------------|-------------------|----------------------------|
| | 000 | 02/28/14 | 14,630.00 | P | SLF | 03 | 0.00 | 14,630.00 | 14,630.00 |
| 000871 | FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 03/31/14 | 15,138.75 | P | SLF | 03 | 0.00 | 15,138.75 | 15,138.75 |
| 000872 | FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 04/15/14 | 34,347.50 | P | SLF | 03 | 0.00 | 34,347.50 | 34,347.50 |
| 000877 | FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 05/30/14 | 24,186.25 | P | SLF | 03 | 0.00 | 24,186.25 | 24,186.25 |
| 000881 | FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 06/30/14 | 24,241.25 | P | SLF | 03 | 0.00 | 24,241.25 | 24,241.25 |
| 000885 | FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 07/31/14 | 29,218.75 | P | SLF | 03 | 0.00 | 29,218.75 | 29,218.75 |
| 000886 | FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 08/19/14 | 16,843.75 | P | SLF | 03 | 0.00 | 16,843.75 | 16,843.75 |
| 000893 | FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 09/30/14 | 17,077.50 | P | SLF | 03 | 0.00 | 17,077.50 | 17,077.50 |
| 000897 | FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 10/31/14 | 17,435.00 | P | SLF | 03 | 0.00 | 17,435.00 | 17,435.00 |
| 000899 | FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 11/30/14 | 24,571.25 | P | SLF | 03 | 0.00 | 24,571.25 | 24,571.25 |
| 000900 | FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 12/31/14 | 16,582.50 | P | SLF | 03 | 0.00 | 16,582.50 | 16,582.50 |
| 000902 | FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 01/31/15 | 14,011.25 | P | SLF | 03 | 0.00 | 14,011.25 | 14,011.25 |
| 000909 | CORE MODULES, SYSTEM FUNCTIONS,CREW PLANNING, CREW BIDLINE | | | | | | | | |
| | 000 | 01/01/14 | 291,834.00 | P | SLF | 03 | 0.00 | 291,834.00 | 291,834.00 |
| 000910 | FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 02/18/15 | 5,568.75 | P | SLF | 03 | 0.00 | 5,568.75 | 5,568.75 |
| 000912 | FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 03/18/15 | 16,995.00 | P | SLF | 03 | 0.00 | 16,995.00 | 16,995.00 |
| 000915 | FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 04/15/15 | 19,483.75 | P | SLF | 03 | 0.00 | 19,483.75 | 19,483.75 |
| 000917 | FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 05/27/15 | 11,660.00 | P | SLF | 03 | 0.00 | 11,660.00 | 11,660.00 |
| 000918 | DATA EXTRACTION TOOLKIT VIEWS | | | | | | | | |
| | 000 | 06/30/15 | 10,000.00 | P | SLF | 03 | 0.00 | 10,000.00 | 10,000.00 |
| 000919 | FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 06/30/15 | 13,145.00 | P | SLF | 03 | 0.00 | 13,145.00 | 13,145.00 |
| 000924 | FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 07/31/15 | 28,503.75 | P | SLF | 03 | 0.00 | 28,503.75 | 28,503.75 |
| 000925 | FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 08/31/15 | 19,841.25 | P | SLF | 03 | 0.00 | 19,841.25 | 19,841.25 |
| 000929 | FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 09/30/15 | 29,878.75 | P | SLF | 03 | 0.00 | 29,878.75 | 29,878.75 |
| 000934 | FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 10/31/15 | 26,248.75 | P | SLF | 03 | 0.00 | 26,248.75 | 26,248.75 |
| 000935 | FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 11/11/15 | 9,350.00 | P | SLF | 03 | 0.00 | 9,350.00 | 9,350.00 |
| 000941 | FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 12/31/15 | 19,030.00 | P | SLF | 03 | 0.00 | 19,030.00 | 19,030.00 |
| 000942 | FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 01/27/16 | 24,901.25 | P | SLF | 03 | 0.00 | 24,901.25 | 24,901.25 |
| 000948 | FLIGHT DECK DEVELOPMENT | | | | | | | | |
| **Class = SC** | | | | | | | | | |
| | 000 | 02/29/16 | 19,195.00 | P | SLF | 03 | 0.00 | 19,195.00 | 19,195.00 |
| 000950 | FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 03/31/16 | 27,720.00 | P | SLF | 03 | 0.00 | 27,720.00 | 27,720.00 |
| 000951 | FLIGH DECK DEVELOPMENT | | | | | | | | |
| | 000 | 04/30/16 | 17,063.75 | P | SLF | 03 | 0.00 | 17,063.75 | 17,063.75 |
| 000952 | FLIGH DECK DEVELOPMENT | | | | | | | | |
| | 000 | 05/31/16 | 18,122.50 | P | SLF | 03 | 0.00 | 18,122.50 | 18,122.50 |
| 000957 | FLIGH DECK DEVELOPMENT | | | | | | | | |

| Sys No | Ext | In Svc Date | Acquired Value | P Dep T r | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|
| | 000 | 06/30/16 | 28,943.75 | P SLF | 03 | 0.00 | 28,943.75 | 28,943.75 |
| 000958 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 07/31/16 | 9,996.25 | P SLF | 03 | 0.00 | 9,996.25 | 9,996.25 |
| 000961 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 08/31/16 | 19,951.25 | P SLF | 03 | 0.00 | 19,951.25 | 19,951.25 |
| 000963 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 09/30/16 | 29,645.00 | P SLF | 03 | 0.00 | 29,645.00 | 29,645.00 |
| 000966 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 10/31/16 | 18,851.25 | P SLF | 03 | 0.00 | 18,851.25 | 18,851.25 |
| 000970 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 11/16/16 | 7,025.25 | P SLF | 03 | 0.00 | 7,025.25 | 7,025.25 |
| 000975 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 12/31/16 | 19,690.00 | P SLF | 03 | 0.00 | 19,690.00 | 19,690.00 |
| 000986 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 01/31/17 | 14,814.50 | P SLF | 03 | 0.00 | 14,814.50 | 14,814.50 |
| 000989 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 02/14/17 | 12,110.00 | P SLF | 03 | 0.00 | 12,110.00 | 12,110.00 |
| 000990 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 03/31/17 | 19,152.00 | P SLF | 03 | 0.00 | 19,152.00 | 19,152.00 |
| 000991 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 04/30/17 | 16,968.00 | P SLF | 03 | 0.00 | 16,968.00 | 16,496.66 |
| 000993 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 05/12/17 | 8,400.00 | P SLF | 03 | 0.00 | 8,400.00 | 7,933.33 |
| 000994 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 06/30/17 | 23,632.00 | P SLF | 03 | 0.00 | 23,632.00 | 21,662.65 |
| 001000 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 08/31/17 | 34,020.00 | P SLF | 03 | 0.00 | 34,020.00 | 29,295.00 |
| 001005 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 09/30/17 | 14,574.00 | P SLF | 03 | 0.00 | 14,574.00 | 12,144.99 |
| 001006 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 10/31/17 | 21,616.00 | P SLF | 03 | 0.00 | 21,616.00 | 17,412.87 |
| 001009 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 11/30/17 | 15,302.00 | P SLF | 03 | 0.00 | 15,302.00 | 11,901.56 |
| 001012 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 12/31/17 | 22,288.00 | P SLF | 03 | 0.00 | 22,288.00 | 16,715.99 |
| 001016 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 01/17/18 | 15,442.00 | P SLF | 03 | 0.00 | 15,442.00 | 11,152.54 |
| 001018 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 02/28/18 | 17,388.00 | P SLF | 03 | 0.00 | 17,388.00 | 12,075.00 |
| 001019 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 03/31/18 | 13,468.00 | P SLF | 03 | 0.00 | 13,468.00 | 8,978.66 |
| 001025 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 04/30/18 | 15,120.00 | P SLF | 03 | 0.00 | 15,120.00 | 9,660.00 |
| 001026 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| **Class = SC** | | | | | | | | |
| | 000 | 05/31/18 | 14,700.00 | P SLF | 03 | 0.00 | 14,700.00 | 8,983.33 |
| 001028 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 06/13/18 | 6,160.00 | P SLF | 03 | 0.00 | 6,160.00 | 3,593.33 |
| 001030 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 07/31/18 | 21,420.00 | P SLF | 03 | 0.00 | 21,420.00 | 11,900.00 |
| 001031 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 08/31/18 | 19,936.00 | P SLF | 03 | 0.00 | 19,936.00 | 10,521.77 |
| 001032 | 2018 SOFTWARE - Software to reproduce Flight attendant manuals | | | | | | | |
| | 000 | 08/22/18 | 6,500.00 | P SLF | 03 | 0.00 | 6,500.00 | 3,430.56 |
| 001033 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 09/30/18 | 18,788.00 | P SLF | 03 | 0.00 | 18,788.00 | 8,872.11 |
| 001039 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 10/31/18 | 18,844.00 | P SLF | 03 | 0.00 | 18,844.00 | 8,898.54 |
| 001044 | FLIGHT DECK DEVELOPMENT | | | | | | | |
| | 000 | 11/30/18 | 18,228.00 | P SLF | 03 | 0.00 | 18,228.00 | 8,101.33 |
| 001045 | FLIGHT DECK DEVELOPMENT | | | | | | | |

| Sys No Ext | In Svc Date | Acquired Value | P T | Dep r | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|---|
| | 000 | 12/31/18 | 29,344.00 | P SLF | 03 | 0.00 | 29,344.00 | 12,226.66 |
| 001050 FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 01/31/19 | 20,272.00 | P SLF | 03 | 0.00 | 20,272.00 | 7,883.55 |
| 001051 FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 02/28/19 | 17,612.00 | P SLF | 03 | 0.00 | 17,612.00 | 6,359.89 |
| 001052 FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 03/31/19 | 13,804.00 | P SLF | 03 | 0.00 | 13,804.00 | 4,601.33 |
| 001056 FLIGHT DECK DEVELOMPMENT | | | | | | | | |
| | 000 | 04/30/19 | 16,744.00 | P SLF | 03 | 0.00 | 16,744.00 | 5,116.22 |
| 001060 FLIGHT DECK DEVOLOPMENT | | | | | | | | |
| | 000 | 05/31/19 | 24,976.00 | P SLF | 03 | 0.00 | 24,976.00 | 6,937.77 |
| 001065 FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 06/30/19 | 17,906.00 | P SLF | 03 | 0.00 | 17,906.00 | 4,476.49 |
| 001067 FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 06/30/19 | 18,158.00 | P SLF | 03 | 0.00 | 18,158.00 | 4,539.49 |
| 001068 FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 08/31/19 | 23,870.00 | P SLF | 03 | 0.00 | 23,870.00 | 4,641.39 |
| 001073 FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 09/30/19 | 16,100.00 | P SLF | 03 | 0.00 | 16,100.00 | 2,683.33 |
| 001075 FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 10/31/19 | 17,122.00 | P SLF | 03 | 0.00 | 17,122.00 | 2,378.05 |
| 001079 FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 11/30/19 | 27,720.00 | P SLF | 03 | 0.00 | 27,720.00 | 3,080.00 |
| 001082 FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 12/31/19 | 10,108.00 | P SLF | 03 | 0.00 | 10,108.00 | 842.33 |
| 001084 FLIGHT DECK  DEVELOPMENT | | | | | | | | |
| | 000 | 01/31/20 | 19,964.00 | P SLF | 03 | 0.00 | 19,964.00 | 1,109.11 |
| 001085 FLIGHT DECK DEVELOPMENT | | | | | | | | |
| | 000 | 02/29/20 | 29,484.00 | P SLF | 03 | 0.00 | 29,484.00 | 819.00 |
| | **Class = SC** | | 4,551,811.15 | | | 0.00 | 4,581,295.15 | 4,213,257.98 |
| | Less disposals and transfers | | 0.00 | | | 0.00 | 0.00 | 0.00 |
| | Count = 0 | | | | | | | |
| | Net Subtotal | | 4,551,811.15 | | | 0.00 | 4,581,295.15 | 4,213,257.98 |
| | Count = 157 | | | | | | | |

**Class = W8**
000623 Winglet System  B737-800

| | 000 | 05/23/06 | 554,000.00 | P SLF | 06 | 360,000.00 | 194,000.00 | 194,000.00 |
|---|---|---|---|---|---|---|---|---|
| | **Class = W8** | | 554,000.00 | | | 360,000.00 | 194,000.00 | 194,000.00 |
| | Less disposals and transfers | | 0.00 | | | 0.00 | 0.00 | 0.00 |
| | Count = 0 | | | | | | | |
| | Net Subtotal | | 554,000.00 | | | 360,000.00 | 194,000.00 | 194,000.00 |
| | Count = 1 | | | | | | | |

**Class = W9**
000631 Winglet AC N739MA

| | 000 | 08/31/06 | 517,250.00 | P SLF | 07 | 314,384.55 | 202,865.45 | 202,865.45 |
|---|---|---|---|---|---|---|---|---|
| 000652 PN 739 Winglet Mod | | | | | | | | |
| | 000 | 10/31/06 | 36,750.00 | P SLF | 07 | 22,336.65 | 14,413.35 | 14,413.35 |
| 000660 Winglet N739 | | | | | | | | |
| | 000 | 12/27/06 | 13,073.30 | P SLF | 07 | 7,945.95 | 5,127.35 | 5,105.35 |
| | **Class = W9** | | 567,073.30 | | | 344,667.15 | 222,406.15 | 222,384.15 |

| Sys No Ext | In Svc Date | Acquired Value | P Dep T r | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum Depreciation |
|---|---|---|---|---|---|---|---|
| | Less disposals and transfers | 0.00 | | | 0.00 | 0.00 | 0.00 |
| | Count = 0 | | | | | | |
| | Net Subtotal | 567,073.30 | | | 344,667.15 | 222,406.15 | 222,384.15 |
| | Count = 3 | | | | | | |
| | **Grand Total** | 17,336,513.15 | | | 704,667.15 | 16,661,330.00 | 12,870,696.77 |
| | Less disposals and transfers | 0.00 | | | 0.00 | 0.00 | 0.00 |
| | Count = 0 | | | | | | |
| | Net Grand Total | 17,336,513.15 | | | 704,667.15 | 16,631,846.00 | 12,870,696.77 |
| | Count = 484 | | | | | | |

Plus Construction In Process
See Attached page for detail               2,370,332.27

**Total Fixed Assets at 2.29.2020**   $   **19,706,845.42**

CIP for Boeing CMP not released        $        310,000.00
from open PO's- Journal entry to
correct is booked in March

Rotables coded in error to FA -
s/h/b espensed.  Will correct in
March financials.                       $         11,340.00

**Amount per Balance Sheet**   $   **20,028,185.42**                                                    **12,870,696.77**

Debtor  **Miami Air International, Inc.**                    Case number *(If known)* **20-13924-BKC-AJC**
Name

| | | | |
|---|---|---|---|
| 49.1. | **Winglet N738MA** | | |
| | Net Book Value as of February 29, 2020 | $360,000.00 | N/A | Unknown |

| 49.2. | **Winglet N739MA** | | |
|---|---|---|---|
| | Net Book Value as of February 29, 2020 | $344,689.15 | N/A | Unknown |

49.3.  **CIP Flight Deck Project - See attached fixed asset schedule**

Net Book Value as of February 29, 2020    $2,680,332.27    N/A    Unknown

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**See attached fixed assets schedule**

Net Book Value as of February 29, 2020    $0.00    Unknown

**Ground Equipment - See attached fixed asset schedule**

Net Book Value as of February 29, 2020    $201,004.62    N/A    Unknown

**Flight Equipment - Rotable Parts 737**
**See attached schedule of fixed assets**

Net Book Value as of February 29, 2020    $3,219,815.38    N/A    Unknown

51.  **Total of Part 8.**                                                    $Unknown
Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
X Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Miami Air International, Inc.**
Name

Case number *(If known)*  **20-13924-BKC-AJC**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** <br> **"Miami Air International" Word Mark- Reg No. 3034529** <br><br> **"Miami Air" Typed Drawing - Reg No. 1816165** <br><br> **Drawing - Design Only - Reg. No. 1818187** | **Unknown** | | **Unknown** |
| 61. **Internet domain names and websites** <br> **www.miamiair.com** | **Unknown** | **N/A** | **Unknown** |
| 62. **Licenses, franchises, and royalties** <br> **FAA Part 121 Certificate (non-transferable)** | **Unknown** | **N/A** | **Unknown** |

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

**$Unknown**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Miami Air International, Inc.**                                Case number *(If known)*  **20-13924-BKC-AJC**
          Name

| | |
|---|---|
| **Interest in various insurance policies held in the name of the Debtor and TSI Holding Company (parent company)** | **Unknown** |

| | | |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Gift cards - used for holiday parties and awards to employees** | |
| | **Located in a safe at corporate headquarters** | |
| | **Balance approximate** | **$15,000.00** |

| | |
|---|---|
| **See attached schedule of permits and licenses** | **Unknown** |

| | |
|---|---|
| **Leasehold Improvements** | |
| **Net Book Value as of February 29, 2020** | **$4,310.88** |

| | |
|---|---|
| **Interest Receivable** | |
| **as of February 29, 2020** | **$88,964.58** |

| | |
|---|---|
| **Customs Bond #15C000B2R** | |
| **Western Surety** | |
| **International Carrier Section 133.64** | **$120,000.00** |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$228,275.46** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Name | Start Date | End Date | Cost | Description |
|------|-----------|----------|------|-------------|
| License Agreement - American Society of Composers, Authors and Publishers (ASCAP) | January 1 2009 | On-going | Not listed | License grants permission for MAI to perform publicly on board all US registered aircraft the performance of music by audio means, audio-visual means, or both. |
| State of Florida - Alcoholic Beverages Liquor License | August 27 2019 | September 30 2020 | Not Listed | License grants permission for MAI to serve and allow alcoholic beverages on their aircraft. |
| Lee County Port Authority-Nonparticipating Airline Airport Use Permit | September 13 2005 | On-going | N/A | Permit allows MAI to operate at the Lee County Airport. |
| San Antonio Airport - Airline Operating Permit | June 15 2012 | On-going | N/A | Permit allows MAI to operate at the San Antonio Airport. |
| Environmental Resources Mgm-Industrial Waste 5 Annual Operating Permit | May 1 2019 | April 30 2020 | $736.38 | Permit allows MAI to operate the pollution control facility. |
| Miami-Dace Idle Thrust Run Permit | October 18 2010 | Ongoing | Not listed | Permit allows aircraft to conduct a idle thrust run Monday - Friday between 0800 - 2000 and Saturday - Sunday 1100 to 1800. |
| Reservation of U.S. Registration Number N770MA & N778MA | July 20 2010 | July 20 2020 | Not listed | Reserved tail # to be assigned to future lease or purchased aircrafts |
| AIMS - Software License Agreement | March 18 2013 | | $289,000.00 | License grants MAI the license to use the AIMS package. |
| Miami-Dade Local Business Tax Receipt for Building 871 | September 30 2019 | September 30 2020 | $262.50 | Payment of Business Taxes |
| Miami-Dade Local Business Tax Receipt for Building 875 | September 30 2019 | September 30 2020 | $2,182.50 | Payment of Business Taxes |
| State of Florida - Fuel/Pollutants Tax License | October 25 2019 | December 31 2020 | Not listed | Allows MAI to engage in the fuel/pollutant activity. |
| FAA - Air Carrier Certificate | October 11 1991 | On-going | Not listed | Allows MAI to operate as an air carrier and conduct common carriage operations. |
| Certificate of Public Convenience & Necessity for Charter Air Transportation relating to the interstate & overseas charter air transportation | October 11 1991 | On-going | Not listed | Allows MAI to engage in interstate & overseas charter air transportation of persons, property and mail. |
| Certificate of Public Convenience & Necessity for Charter Air Transportation (Engage in foreign air transportation of persons, property and mail). | October 11 1991 | On-going | Not listed | Allows MAI to engage in foreign air transportation of persons, property and mail. |
| European Aviation Safety Agency - EASA Certificate EASA.TCO.USA-0023.01 | November 7 2016 | On-going | Not listed | Permits to perform commercial air transport operations within or out of the territory. |
| Volume Licensing - Microsoft Products and Services Agreement | October 25 2015 | On-going | Not Listed | |
| Oracle License and Services Agreement-Oracle USA, Inc. | November 17 2009 | On-going | Not Listed | Software Program license. |
| Jeppesen Sanderson Inc.- NavData License Agreement | April 16 2001 | On-going | Not Listed | Grants MAI permission to use the NavData Service. This generates computer flight plans and related reports |
| Computer Presentations & Training Inc.- Courseware Development, License & Purchase Agreement | October 15 2012 | On-going | | This delivers computer based training for Boeing 737-400, 737-800 and for Flight attendants. |
| IATA - IATAN Logo License Agreement | April 11 2007 | On-going | Not listed | |
| Office 365 (250 Exchange Kiosk) | | | $2/month per employee | This is used for crew members |
| Office 365 (136 Business Premium) | | | $12.50/monthly | This is used for office employees that are not in the Go Team |
| Office 29 E3 | | | $20/monthly | This is for all employees critical to the operations in the Go Team |
| Office 365 (2 Visio Plan) | | | $15/monthly | |
| Saxons | | | $400/month | This is used to support the printers in the office |
| Saxon Printer Color | | | | This is for the printers for black & white and color ink |
| Prologic (Renew VMWARE Support (Virtual Infrastructure) | | April 1 2020 | $20,000.00/yearly | |
| Prologic (Disaster Recovery OVH in the cloud) | | February 1 2020 | $20,000.00/yearly (invoice from vendor not received yet) | |
| SHI (Microsoft Reseller) | | | | Microsoft Licensing current but renews annually for Windows Server, SQL Server |
| MIS Supplies (Computers, Servers, etc) | | | | |
| AWS (Amazon Web Services) VTL (Virtual Tape Library) | | | | This backups in the Cloud |
| AIMS Support | | | 15000/yearly | |
| TRAX Qtr Support | | | $14,000.00/yearly | |
| GP Support | | | $22,000.00/Yearly | |

Debtor   **Miami Air International, Inc.**                                    Case number *(If known)* **20-13924-BKC-AJC**
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,236,385.56 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,538,070.30 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,775,782.63 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $228,275.46 | |
| 91. **Total.** Add lines 80 through 90 for each column | $21,778,513.95 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $21,778,513.95 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

---

**Fill in this information to identify the case:**

Debtor name __**Miami Air International, Inc.**__

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    __**20-13924-BKC-AJC**__

☐ Check if this is an
amended filing

---

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

---

**2.1  SAXON BUSINESS SYSTEMS**
Creditor's Name

**P.O. BOX 865110**
**ORLANDO, FL 32886-5110**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Copier Lease**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **Unknown**    Value of collateral: **Unknown**

---

**2.2  UMB Bank National Association**
Creditor's Name

**6550 S. Millrock Drive**
**SUITE 150**
**Salt Lake City, UT 84121**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Air Frame and 2 Aircraft Engines**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **Unknown**    Value of collateral: **Unknown**

---

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 2

Debtor **Miami Air International, Inc.**
Name

Case number (if known) **20-13924-BKC-AJC**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 | **WELLS FARGO TRUST COMPANY N.A.** | | |
|---|---|---|---|

Creditor's Name

**SAFE DEPOSIT BOX OPERATIONS**
**P.O. BOX  173793**
**DENVER, CO 80217-3793**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien     Unknown     Unknown
**Air Frame and 2 Aircraft Engines**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $0.00

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
| --- |

Debtor name __**Miami Air International, Inc.**__

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known) __**20-13924-BKC-AJC**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** | Priority creditor's name and mailing address<br>**Aaren Pui Chan**<br>**1919 Alameda #20**<br>**San Mateo, CA 94403** | **Unknown** | **Unknown** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| | | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.2** | Priority creditor's name and mailing address<br>**Aaron A Connelly**<br>**7209 McKinley St**<br>**Hollywood, FL 33024** | **Unknown** | **Unknown** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    38482                    Best Case Bankruptcy

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Aaron Nietfeld**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Adam Henry Superson**
**1864 Southwest 11th Street**
**Miami, FL 33135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Adela Martinez**
**8958 Country Bend Cir N**
**Jacksonville, FL 32244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Adrian Fernandez**
**707 SE 27th Dr**
**Homestead, FL 33033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |
|---|---|---|
| | **Adriana Alves Matz**<br>**1506 Kingsley Rd**<br>**Jupiter, FL 33469** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Adrienne Lynn Curtis**<br>**4225 SW 121st Lane**<br>**Apt 212**<br>**Miramar, FL 33025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Agustin Ledo**<br>**8187 NW 98th Terr**<br>**Hialeah, FL 33016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Alan Lorek**<br>**1800 Charlesmonte Dr**<br>**Unit 98**<br>**Indialantic, FL 32903-2077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

**2.11** | Priority creditor's name and mailing address
**Alaric Brown**
**2172 Hacienda Terr**
**Weston, FL 33327-2239**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address
**Alejandro Horta**
**6371 NW 40 St.**
**Virginia Gardens, FL 33166**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address
**Alexander Neborski**
**9477 Quail Trail**
**Jupiter, FL 33478**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address
**Alexandre Saparov**
**600 Parkview Dr. Apt 827**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Alexis Fernandez**
**1695 W 42 St**
**Apt 102**
**Hialeah, FL 33012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Alice Suegart**
**15400 SW 74 Cir**
**# 205**
**Miami, FL 33193**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Alicia Ann Grover**
**10658 Willow Oak Ct**
**Wellington, FL 33414**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Alisina Malek**
**c/o David Katzman Esq.**
**100 W. Big Beaver Rd. Ste 130**
**Troy, MI 48084**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Allison S Sparrow**
**6521 Northwest 171st Street**
**Hialeah, FL 33015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Alper Serbetci**
**9298 SW 57th Ave**
**Miami, FL 33156**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Altagracia Banuchi**
**520 SE 21st Ln**
**Homestead, FL 33033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Amira Florentine Hoven**
**1721 SE 17th Street**
**Fort Lauderdale, FL 33316**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Miami Air International, Inc. | Case number (if known) | 20-13924-BKC-AJC |
|--------|------------------------------|------------------------|------------------|
|        | Name                         |                        |                  |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Ana Nicole Sanudo Ugarte**
**400 Kings Point Drive APT 422**
**Sunny Isles Beach, FL 33160**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Andres Felipe Chaves Chavez**
**1815 W 56 St Apt 308**
**Miami, FL 33012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Anelyn Perez**
**1020 NW 136 Place**
**Miami, FL 33182**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Angel Antonio Romero**
**11503 Northwest 89th Street**
**Apt 201**
**Doral, FL 33178**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Anita Brulz**
**6046 NW 172 Terrace**
**Circle**
**Hialeah, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ann Shellie**
**10565 SW 152nd Ter**
**Miami, FL 33157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Anne Christelle Dominique**
**165 NW 96 Terrace #308**
**Pembroke Pines, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Anthony Klein**
**9416 SW 52 Place**
**Cooper City, FL 33328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Miami Air International, Inc. | Case number (if known) | 20-13924-BKC-AJC |
|---|---|---|---|
| | Name | | |

---

**2.31**

Priority creditor's name and mailing address

**Antonio Maxwell**
**8527 NW 7TH ST #39**
**Miami, FL 33126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.32**

Priority creditor's name and mailing address

**Antray Jordan**
**3253 Foxcroft Rd**
**Apt 105**
**Miramar, FL 33025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.33**

Priority creditor's name and mailing address

**Arlene Cedron**
**9300 Biscayne Blvd**
**Miami Shores, FL 33138**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.34**

Priority creditor's name and mailing address

**Armando Martinez**
**1160 NW 26 Avenue Road**
**Miami, FL 33125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Arthur Gifford Anderson**<br>**1627 SW 37 Ave**<br>**Miami, FL 33145** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Ashley Ann Betancourt**<br>**1402 W 42nd Pl**<br>**Hialeah, FL 33012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Ashli Doctor**<br>**1671 East Sandpiper**<br>**Circle**<br>**Pembroke Pines, FL 33026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Audrey Colleen McDermott**<br>**7450 NW 4th Street**<br>**Apt# 202**<br>**Plantation, FL 33317** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Barbara Wilson**<br>**3501 SW 15 Ct**<br>**ft Lauderdale, FL 33312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Bertila Pozo**<br>**275 ne 18 st**<br>**#1706**<br>**Miami, FL 33132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Billy Tyre Brodie Susan**<br>**4281 SW 13th Terrace**<br>**Miami, FL 33144** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Blanca Maria Cortes**<br>**13616 SW 102nd Ln**<br>**Miami, FL 33186** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | Miami Air International, Inc. | Case number (if known) | 20-13924-BKC-AJC |
|---|---|---|---|
| | Name | | |

---

**2.43** | Priority creditor's name and mailing address

**Blessing Noliwe Ramirez Avila**
**20901 San Simeon Way**
**APT# 211**
**Miami, FL 33179**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.44** | Priority creditor's name and mailing address

**Bonnie Mc Cabe**
**8725 SW 182 Terr**
**Miami, FL 33157**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.45** | Priority creditor's name and mailing address

**BOONE COUNTY COLLECTOR**
**801 E. Walnut St. #118**
**Columbia, MO 65201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.46** | Priority creditor's name and mailing address

**Branden Keith Killion**
**2100 Sans Souci Blvd.**
**705**
**North Miami, FL 33181**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brandon Thompson**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brian Espitia**
**1080 94th St Apt 504**
**Bay Harbor Islands, FL 33154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brittney Beverley Comer**
**2665 Teakwood Drive**
**Clearwater, FL 33764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Brookellen Bowman**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.51** Priority creditor's name and mailing address

**Bruce Carlton Embree**
**PO Box 720163**
**Miami, FL 33172**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.52** Priority creditor's name and mailing address

**Bruce Marley**
**419 Mahogany**
**Key Largo, FL 33037-2925**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.53** Priority creditor's name and mailing address

**Calvin Alexander**
**1470 NE 125th Terrace # 710**
**North Miami, FL 33161**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.54** Priority creditor's name and mailing address

**Camille Felicia Black**
**1711 NW 81 Way**
**Plantation, FL 33322**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|

Name

---

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Camille Gomez**
**10010 BAHAMA DR.**
**CUTLER BAY, FL 33189-1504**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**CARLA J. MANNING**
**PAYNE COUNTY TREASURER**
**315 W. 6TH   SUITE 101**
**STILLWATER, OK 74074**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carla Manechini**
**2109 North 14th Avenue**
**Hollywood, FL 33020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carla Paola Torres**
**3003 SW 52nd Street**
**Fort Lauderdale, FL 33312**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carlos Arturo Silva**
**256 Three Islands Boulevard**
**apt 307**
**Hallandale Beach, FL 33009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carlos Contreras**
**1926 Queen Av**
**Sebring, FL 33875**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carlos Lima**
**1136 Andora Ave.**
**Coral Gables, FL 33146**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carlos Luengo**
**7950 Southwest 155th Street**
**Miami, FL 33157**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carlos O Santos**
**8200 NW 10TH ST APT 14**
**MIAMI, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carlos Ramirez**
**430 72nd St**
**Apt. 14**
**Miami Beach, FL 33141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carlos Walter Jaldin Canedo**
**1910 NW 168th Ave**
**Pembroke Pines, FL 33028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Carol Alonen**
**421 SW 134 Ave**
**Davie, FL 33325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

| **2.67** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**Carol Benjamin**
**1047 Corkwood Dr**
**Oviedo, FL 32765**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **2.68** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**Carol Joanne Crews**
**14451 SW 168th Street**
**Miami, FL 33177**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **2.69** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**Carol Siegle**
**9610 NW 10th St**
**Plantation, FL 33322**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **2.70** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

**Catalina Diaz**
**217 sw 6 ave**
**Miami, FL 33130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|

Name

---

**2.71** | Priority creditor's name and mailing address

**Catherine Clevenger**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.72** | Priority creditor's name and mailing address

**Catherine Garfin Carbonell**
**15509 Miami Lakeway North**
**APT 206**
**Miami Lakes, FL 33014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.73** | Priority creditor's name and mailing address

**Celia Segree**
**9710 West elm lane**
**Miramar, FL 33025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.74** | Priority creditor's name and mailing address

**Christian O Rodriguez**
**3063 Northwest 66th Street**
**Miami, FL 33147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|

| | Name | | |

---

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Christina Jackquline Hanson Chin**
**4820 W Pacific Point Ave**
**207**
**Lauderdale Lakes, FL 33309**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Christopher A Constable**
**10727 S Preserve Way**
**Apt 301**
**Miramar, FL 33025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Christopher Diaz**
**10331 SW 50th ter**
**Miami, FL 33165**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Christopher Hernandez**
**15313 NW 90th Avenue**
**Miami Lakes, FL 33018**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Christopher Ignacio Arce**
**10330 SW 35 Terrace**
**Miami, FL 33165**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Christopher Lee Grayson**
**14359 Miramar Parkway #212**
**Miramar, FL 33027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Christopher R King**
**725 Hardys Ct**
**Whites Creek, TN 37189**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Cilena Cifuentes Melbeuf**
**2022 NE 25 ST**
**Wilton Manors, FL 33305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Miami Air International, Inc. | Case number (if known) | 20-13924-BKC-AJC |
|---|---|---|---|
| | Name | | |

---

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **CITY OF SAN ANTONIO**<br>**PO Box 839966**<br>**San Antonio, TX 78283** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Claudia Angela Rudkins**<br>**3170 Mary St**<br>**Miami, FL 33133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Claudio La Franca**<br>**19105 Northwest 47th Avenue**<br>**Miami Gardens, FL 33055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **COMANCHE COUNTY**<br>**TREASURER**<br>**RHONDA BRANTLEY**<br>**315 SW 5TH STREET  ROOM 300**<br>**LAWTON, OK 73501-4371** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

| Debtor | **Miami Air International, Inc.** | | Case number *(if known)* | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**COMMISSIONER OF TAXATION**
**NYS TAX DEPARTMENT**
**P.O. BOX 15197**
**ALBANY, NY 12212-5197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Craig Attell**
**5521 Lakeside Dr Apt 103**
**Margate, FL 33063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Crisica Heidi Ameduri**
**12285 SW 151st St**
**Miami, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Cristian Antonio Conde Torres**
**15503 Southwest 276th Street**
**Homestead, FL 33032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | Miami Air International, Inc. | Case number (if known) | 20-13924-BKC-AJC |
|---|---|---|---|
| | Name | | |

---

**2.91** | Priority creditor's name and mailing address

**Cristian Manuel Sosa**
**6125 Southwest 31st Street**
**Miramar, FL 33023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.92** | Priority creditor's name and mailing address

**Crystal Rolle**
**2260 NW 40th Terrace**
**Coconut Creek, FL 33066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.93** | Priority creditor's name and mailing address

**Cynthia A Fiallos**
**11911 Southwest 176th Terrace**
**Miami, FL 33177**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.94** | Priority creditor's name and mailing address

**Daniel Sweitzer**
**1498 SW 5th Court**
**Boca Raton, FL 33432**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| | **Danny Alberto Zapata**<br>**3071 N.W 28th Street**<br>**Miami, FL 33142** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| | **Danny Zamora**<br>**1198 W 32 St**<br>**Hialeah, FL 33012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| | **Darren Andrew Ramroop**<br>**1740 NW 71 Ave**<br>**Plantation, FL 33313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
| | **Darrin Nelson**<br>**17041 70th St N**<br>**Loxahatchee, FL 33470** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Miami Air International, Inc. | Case number (if known) | 20-13924-BKC-AJC |
|---|---|---|---|
| | Name | | |

---

**2.99**

Priority creditor's name and mailing address

**Darwin Montoya**
**15002 Sw 67 Lane**
**Miami, FL 33193**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown     Unknown

---

**2.100**

Priority creditor's name and mailing address

**David Alan Ballou**
**1931 NE 2 St**
**Apt 501**
**Deerfield Beach, FL 33441**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown     Unknown

---

**2.101**

Priority creditor's name and mailing address

**David Alberto Lopez-Quin**
**9120 NE 8th Ave**
**Apt 1**
**Miami Shores, FL 33138**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown     Unknown

---

**2.102**

Priority creditor's name and mailing address

**David E Beck**
**830 College St**
**Monticello, GA 31064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Unknown     Unknown

---

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|--------|----------------------------------|---|------------------------|------------------------|
| | Name | | | |

**2.103** Priority creditor's name and mailing address

**David Hazim**
**12348 SW 251st Street**
**Homestead, FL 33032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.104** Priority creditor's name and mailing address

**David Manino**
**11629 SW 90th Terr**
**Miami, FL 33176**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.105** Priority creditor's name and mailing address

**David Ochsner**
**9317 SW 212th Terr**
**Cutler Bay, FL 33189**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **Unknown**

---

**2.106** Priority creditor's name and mailing address

**David Rodriguez**
**8660 SW 154th Cir Pl**
**Miami, FL 33193**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**   **Unknown**

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Dean Larson**
**5536 NW 114TH AVE UNIT 105**
**DORAL, FL 33178**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Deborah Wernert**
**3300 Atlanta Street**
**15F**
**Hollywood, FL 33021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Debra Gigliotti**
**1122 Laguna Springs**
**Weston, FL 33326**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Denise Pedroso**
**10440 SW 49 St**
**Miami, FL 33165**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|

Name

---

| 2.111 | Priority creditor's name and mailing address | | | Unknown | Unknown |

**Denise Stephanie Diaz**
**430 NW 41st Street APT 8**
**Oakland Park, FL 33309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | | | Unknown | Unknown |

**DENNIS SEMLER**
**TULSA COUNTY TREASURER**
**P.O. BOX 21017**
**TULSA, OK 74121-1017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | | | Unknown | Unknown |

**Desiree Belaval**
**12455 SW 93 Terr**
**Apt. #203**
**Miami, FL 33186**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | | | Unknown | Unknown |

**Diana Kearse**
**1880 S. Treasure Drive**
**Unit 3J**
**Miami Beach, FL 33141**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

**2.115** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Diandrea Darville**
**11575 City Hall Promenade**
**Unit 443**
**Miramar, FL 33025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.116** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Don Alexander Taylor**
**363 Northwest 107th Avenue**
**Pembroke Pines, FL 33026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.117** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Donice Simmens**
**1032 NW 88th Ave**
**Plantation, FL 33322**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.118** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Donna March**
**P.O. Box 562772**
**Miami, FL 33256**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | | Case number *(if known)* | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Douglas Koby**
**75 Fairway Drive Apt 7W**
**Miami Springs, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Douglas Rafferty**
**1049 NE 33 St**
**Oakland Park, FL 33334**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dustin Adolfo Quiel**
**12274 SW 17th LN**
**#102**
**Miami, FL 33175**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Edgar Alexander Rojas**
**7875 NW 107TH AVE**
**APT 806**
**DORAL, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?

☑ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Eduardo Mardeni Chami**
**2202 Fernway Ct**
**Dothan, AL 36303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Edward Anthony Parson Campbell**
**16541 SW 44th St**
**Miami, FL 33185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Edwin Michael Marrero**
**681 E 16 Pl**
**Hialeah, FL 33010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Elard J Santos Benavides**
**8200 Northwest 10th Street**
**Apt 14**
**Miami, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | Case number _(if known)_ | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | Unknown | Unknown |
|---|---|---|---|---|
| | **Eleanor Henry**<br>**1294 Sw 159 Ln**<br>**Pembroke Pines, FL 33027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ■ No<br>☐ Yes | | |

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | Unknown | Unknown |
|---|---|---|---|---|
| | **Eleser Villarreal**<br>**3755 SE 2nd Drive**<br>**Homestead, FL 33033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ■ No<br>☐ Yes | | |

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | Unknown | Unknown |
|---|---|---|---|---|
| | **Elizabeth Romani**<br>**10331 SW 50 Ter**<br>**Miami, FL 33165** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ■ No<br>☐ Yes | | |

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | Unknown | Unknown |
|---|---|---|---|---|
| | **Ellen Simpson**<br>**2104 S Cypress Bend Dr**<br>**Unit 505**<br>**Pompano Beach, FL 33069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | ■ No<br>☐ Yes | | |

---

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Elvin Jose Velasquez**
**3586 NW 41 St LOT H 801**
**Miami, FL 33142**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Emilly Grace Bachli**
**7856 Great Oak Drive**
**Lake Worth, FL 33467**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Emmanuel Gonzales**
**850 Ne 153 Terr**
**Miami, FL 33162**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Emmanuel Tufino**
**30074 SW158 ct**
**Homestead, FL 33033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Enrique De Jesus Batista**
**425 Northwest 58th Avenue**
**Miami, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Erin Marie Roque**
**5921 W Grand Duke Cir**
**Tamarac, FL 33321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Ernesto Garavito Bautista**
**17750 NW 87th Court**
**Miami Lakes, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Eugenio Schiavello**
**8831 SW 142 Ave**
**Miami, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Eva Thelma Teran**
**13005 SW 286th St**
**Homestead, FL 33033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Fabian Bruzzone**
**2586 Centergate Dr.**
**# 303**
**Miramar, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Fabrece Elizee**
**8240 NW 68th Ave**
**Tamarac, FL 33321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Farley Ian Mahabir**
**13204 NW 12th ST**
**Pembroke Pines, FL 33028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.143**

Priority creditor's name and mailing address

**FEDERAL AVIATION
ADMINISTRATION
FAA/AMK-322
P.O. BOX 25770
OKLAHOMA CITY, OK 73125**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

**2.144**

Priority creditor's name and mailing address

**Felimon Jose
13250 SW 7th Ct
Pembroke Pines, FL 33027**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

**2.145**

Priority creditor's name and mailing address

**Fernando Sereix
9421 SW52nd Pl
Cooper City, FL 33328**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

**2.146**

Priority creditor's name and mailing address

**Fiorella Llerena
20901 San Simeon Way
Apt. 211
North Miami, FL 33179**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

**2.147** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Franz De Cordova**
**907 Cypress Terrace #202**
**Pompano Beach, FL 33069**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.148** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Gabriel Cosentino**
**9300 Biscayne Boulevard**
**Miami Shores, FL 33138**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.149** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Gary Lawson**
**9757 NW3rd Manor**
**Coral Springs, FL 33071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.150** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Geoffrey Bonenfant**
**6530 Kendale lake Dr**
**Unit 1309**
**Miami, FL 33183**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Gina Marie Ledee**<br>**6540 NW 114 Ave.**<br>**#1437**<br>**Doral, FL 33178** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Gina Rogero**<br>**P.O. Box 23903**<br>**Ft Lauderdale, FL 33307** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Glenn Horton**<br>**822 NW 9 Avenue**<br>**Dania Beach, FL 33004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Government of D.C.**<br>**1101 4th St. SW**<br>**#270**<br>**Washington, DC 20024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Miami Air International, Inc.** | | Case number *(if known)* | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**GRAPEVINE/COLLEYVILLE AREA TAX OFFICE**
**TAX OFFICE**
**3072 MUSTANG DRIVE**
**GRAPEVINE, TX 76051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Gregory Branam Bennett**
**8442 Southwest 148th Place**
**Miami, FL 33193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Gregory Gerard Nicholls**
**1981 Northwest 43 Terrace**
**APT 466**
**Lauderhill, FL 33313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Haley Jensen**
**490 W Holly Dr**
**Orange City, FL 32763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Miami Air International, Inc. | Case number (if known) | 20-13924-BKC-AJC |
|---|---|---|---|
| | Name | | |

---

**2.159** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

**Harry Antonio Serrano**
**5420 SW 152 Place Circle**
**Miami, FL 33185**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.160** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

**Heather Kellermeyer**
**1550 NW 128th Dr**
**Apt. 203**
**Sunrise, FL 33323**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.161** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

**Hector Tuya**
**2681 West 8th Lane**
**Hialeah, FL 33010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.162** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

**Hector Vassallo**
**1210 - 96th Str.**
**Bay Harbor Islands, FL 33154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|

| | Name | | |

---

**2.163** | Priority creditor's name and mailing address

**Heidi Ferrell**
**57 North Blackwater Lane**
**Key Largo, FL 33037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.164** | Priority creditor's name and mailing address

**HENNEPIN COUNTY TREASURER**
**A600 GOVERMENT CENTER**
**300 SOUTH SIXTH STREET**
**MINNEAPOLIS, MN 55487-0060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.165** | Priority creditor's name and mailing address

**Henry Gonzalez**
**3781 NW 59th Ave**
**Virginia Gardens, FL 33166**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.166** | Priority creditor's name and mailing address

**Herbert Zimmerman**
**14004 SW 104th Ct**
**Miami, FL 33176**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Honeylou Melendez**
**1136 Andora Ave**
**Coral Gables, FL 33146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Hugh Mc Kerlie**
**3100 ne 48th Street**
**813**
**Ft Lauderdale, FL 33308**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Iman Jerri Delrosario**
**439 Southeast 2nd Street**
**Hialeah, FL 33010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Isabel Henao**
**1270 Sw 85th Terrace**
**Pembroke Pines, FL 33025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:
_____

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ivo Jooren**
**125 Navajo St**
**Miami Springs, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jacquelyn Ashley Williams**
**13371 Southwest 153rd Street**
**APT 1103**
**Miami, FL 33177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jacques Melbeuf**
**2022 Ne 25th St**
**Wilton Manors, FL 33305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**James Adamakos**
**9108 Colonial Rd**
**APT A6**
**Brooklyn, NY 11209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**James Lego**
**163 NW 100th St**
**Miami Shores, FL 33150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

☑ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**James Proia**
**3600 Washington Ln**
**Cooper City, FL 33026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

☑ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Janet Johnson**
**3608 SW 72nd Ave**
**Miami, FL 33155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

☑ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jeanne Stake**
**11423 NW 48th Ct**
**Coral Springs, FL 33076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

☑ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jenna Ashleigh Hopf**
**1043 Deer Path Court**
**Weston, FL 33326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jenna Marie Hayes**
**13985 Southwest 157th Street**
**Miami, FL 33177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jennifer Alfonso**
**7933 Dilido Boulevard**
**Miramar, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jennifer Cook**
**640 Oriole Ave**
**Miami Springs, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| | |
|---|---|
| Debtor **Miami Air International, Inc.** | Case number (if known) **20-13924-BKC-AJC** |
| Name | |

| | | |
|---|---|---|
| 2.183 | Priority creditor's name and mailing address | **Unknown**   **Unknown** |
| | **Jennifer Rivera**<br>**5792 NW 48th Drive**<br>**Coral Springs, FL 33067** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.184 | Priority creditor's name and mailing address | **Unknown**   **Unknown** |
| | **Jessica Satanonchai**<br>**5855 SW 29th Street**<br>**Miami, FL 33155** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.185 | Priority creditor's name and mailing address | **Unknown**   **Unknown** |
| | **Jesus Martinez**<br>**9856 sw 8th st apt 422**<br>**Miami, FL 33174** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.186 | Priority creditor's name and mailing address | **Unknown**   **Unknown** |
| | **Joan Jezreel Downie**<br>**1200 St. Chartes Place**<br>**# 507**<br>**Pembroke Pines, FL 33026** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Joann Robinson**
**1271 NW 90th Way**
**Plantation, FL 33322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Joel Harreld**
**11912 Sw 13th Ct**
**Davie, FL 33325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**John Passwater**
**1121 Hidden Valley**
**Way**
**Weston, FL 33327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**John Thomas Linford**
**1215 NE 16TH AVE**
**FT LAUDERDALE, FL 33304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**John Valentine**
**11716 Terra Bella Blvd**
**Plantation, FL 33325**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.192 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jorge Gonzalez**
**5355 SW 133 Ct**
**Miami, FL 33175**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.193 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jose Batista**
**236 Southwest 105th Place**
**Miami, FL 33174**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.194 | Priority creditor's name and mailing address | | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jose Ernesto Gonzalez**
**10902 NW 83rd ST # 101**
**Doral, FL 33178**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jose Gilberto Hernandez**
**445 SW 147 Ave**
**Pembroke Pines, FL 33027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☐ No  (filled)
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jose T Castillo**
**10928 Southwest 112th Avenue**
**Miami, FL 33172**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☐ No  (filled)
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Joseph Benard**
**7305 W. Atlantic Blvd. #203**
**Margate, FL 33063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☐ No  (filled)
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Juan R Mattos Cifuentes**
**16473 Southwest 59th Terrace**
**Miami, FL 33193**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☐ No  (filled)
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Juana Alicia Padron**
**18625 SW 124 Ave**
**Miami, FL 33177**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Julio Javier Rodriguez**
**11261 SW 149 Place**
**Miami, FL 33196-2547**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Justo Rodriguez**
**3031 NW 190 Street**
**Miami Gardens, FL 33056**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Karen Hardin**
**111 N. Pompano Beach**
**#1601**
**Pompano Beach, FL 33062**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Miami Air International, Inc.** | Case number *(if known)* | **20-13924-BKC-AJC** |
|---|---|---|---|

| | Name | | |

---

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Katherine Saldarriaga**
**1314 Solstice Loop**
**Sanford, FL 32771**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kathleen Anne Breen**
**11690 SW 13th PL**
**Davie, FL 33325**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Katia Simo Gonzalez**
**10964 SW 246 St.**
**Homestead, FL 33032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Keith Heller**
**1824 Sealing Wax Way**
**North Chesterfield, VA 23235**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Kelly Mullen** | ☐ Contingent | | |
| | **17201 Collins Avenue** | ☐ Unliquidated | | |
| | **Apt 2006** | ☐ Disputed | | |
| | **Sunny Isles Beach, FL 33160** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Kevin Andrew Sonta** | ☐ Contingent | | |
| | **90 NE 47 CT** | ☐ Unliquidated | | |
| | **Oakland Park, FL 33334** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Kevin Joseph McDonald** | ☐ Contingent | | |
| | **2585 Trapp Ave** | ☐ Unliquidated | | |
| | **MIAMI, FL 33133** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Kimberly Faye Bailey** | ☐ Contingent | | |
| | **3195 Foxcroft #F309** | ☐ Unliquidated | | |
| | **Miramar, FL 33025** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: <br> *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**2.211**    Priority creditor's name and mailing address

**KING COUNTY TREASURY**
**500 4TH AVE # 600**
**SEATTLE, WA 98104-2340**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.212**    Priority creditor's name and mailing address

**Klazina Van Balderen**
**8390 SW 72nd Avenue**
**#603**
**Miami, FL 33143**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.213**    Priority creditor's name and mailing address

**Krista Kay Smith**
**12274 SW 17th LN**
**102**
**Miami, FL 33175**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.214**    Priority creditor's name and mailing address

**Kristopher Roby Reid**
**14850 SW 43 Lane**
**Miami, FL 33185**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

**2.215** | Priority creditor's name and mailing address

**Krizia Soru**
**10306 Northwest 56th Street**
**Doral, FL 33178**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.216** | Priority creditor's name and mailing address

**Kurt Kamrad**
**1122 Laguna Springs**
**Weston, FL 33326**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.217** | Priority creditor's name and mailing address

**Larimed Rodriguez-Valentin**
**10070 SW 156th Avenue**
**Miami, FL 33196**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.218** | Priority creditor's name and mailing address

**Laurie Martineau**
**23378 SW 113 Ct**
**Miami, FL 33032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**     **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

**2.219** | Priority creditor's name and mailing address

**LEE COUNTY PORT AUTHORITY**
**11000 TERMINAL ACCESS ROAD**
**SUITE 8671**
**FT. MYERS, FL 33913-8899**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.220** | Priority creditor's name and mailing address

**Lee Marie Tranfo**
**9550 S Ocean Dr**
**Apt 707**
**Jensen Beach, FL 34957**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.221** | Priority creditor's name and mailing address

**Leonor Ross**
**868 Nw 81 Terr**
**Plantation, FL 33324**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

**2.222** | Priority creditor's name and mailing address

**Leslie A Servoss**
**6145 SW 48th Ct**
**Davie, FL 33314**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Unknown    Unknown

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**2.223**

Priority creditor's name and mailing address

**Liam Cade Neff**
**7605 SW 166 Terrace**
**Miami, FL 33157**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.224**

Priority creditor's name and mailing address

**Liliana Soto**
**1321 SW 57 Ave**
**Plantation, FL 33317**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.225**

Priority creditor's name and mailing address

**Lisa Marie Knight**
**13300 SW 208 St**
**Miami, FL 33177**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.226**

Priority creditor's name and mailing address

**Lisahury Hernandez**
**2117 West 53rd Street**
**Hialeah, FL 33016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

**2.227** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Lissette Rivero**
**1355 W 31 St**
**Hialeah, FL 33012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.228** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**LIVY LEAVELL JR.**
**CHRISTIAN COUNTY SHERRIF**
**216 W. 7 TH**
**HOPKINSVILLE, KY 42240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.229** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Lizette Hernandez**
**1013 Nw 132 Ave W**
**Miami, FL 33182**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.230** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**LOS ANGELES COUNTY TAX**
**COLLECTOR**
**P.O. BOX 54018**
**LOS ANGELES, CA 90054-0018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|

**Louisa Jean King**
**505 SW 17 St**
**Ft Lauderdale, FL 33315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|

**Lucas Curssi Sixto**
**2171 Ensenada Terrace**
**Weston, FL 33327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|

**Luis Adolfo Arredondo**
**1630 SE 7th St**
**Cape Coral, FL 33990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|

**Luis Emilio Melancon**
**15111 Southwest 136th Place**
**Miami, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Luis Enrique Quinones**
**915 NW 1st Avenue**
**Apt 2509**
**Miami, FL 33136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lydia Moore**
**24951 SW 130th Ave**
**Apt. 206**
**Princeton, FL 33032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Lynnette Gonzalez**
**6343 Northwest 39th Terrace**
**Virginia Gardens, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

---

| 2.238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Manuel Gonzalez**
**160 W 37 ST**
**Hialeah, FL 33012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

■ No
☐ Yes

| Debtor | Miami Air International, Inc. | Case number (if known) | 20-13924-BKC-AJC |
|---|---|---|---|
| | Name | | |

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Manuel Nunez**<br>**PO Box 28633**<br>**Hialeah, FL 33002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Manuel Urquiola**<br>**1871 West 62nd Street**<br>**Hialeah, FL 33012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Marco Kazmi**<br>**7230 SW 116th St**<br>**Miami, FL 33156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Maria Aly Re**<br>**10337 NW 9 St Cir #5**<br>**Miami, FL 33172** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Miami Air International, Inc. | Case number (if known) | 20-13924-BKC-AJC |
|--------|------------------------------|------------------------|------------------|
| | Name | | |

| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|-----|-----|-----|-----|

**Maria Lombardo**
**1400 NW 13th AVE**
**Boca Raton, FL 33486**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|-----|-----|-----|-----|

**Maria Paula Marcucci**
**6790 NW 186 ST APT 119**
**MIAMI, FL 33015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|-----|-----|-----|-----|

**Maria Pottinger**
**17100 SW 112 Ct**
**Miami, FL 33157**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|-------|-----|-----|-----|-----|

**Maria Rojas**
**14025 Sw 107 Terr**
**Miami, FL 33186**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Miami Air International, Inc.**
_____
Name

Case number (if known)   **20-13924-BKC-AJC**

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mariella Karina Galliani**
**10255 NW 63rd Terrace**
**apt 202**
**Doral, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mario Francisco Mantica**
**5890 NW 111th Ave**
**Doral, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Marjorie Hernandez**
**13970 SW 158 Terr**
**Miami, FL 33177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Mark Bertaut**
**6490 Sw 130 Ave.**
**#1607**
**Miami, FL 33183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

**2.251** | Priority creditor's name and mailing address

**Mark Daniel Makin**
**10422  Woodview Circle**
**Charlotte, NC 28277**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.252** | Priority creditor's name and mailing address

**Mark Robert Smith**
**1961 Coral Reef Dr**
**Lauderdale by the Sea, FL 33062**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.253** | Priority creditor's name and mailing address

**Marta Del Socorro Torres Arce**
**1861 Northwest 32nd Street**
**Miami, FL 33142**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

**2.254** | Priority creditor's name and mailing address

**Martha Elena De La Vina**
**11820 Northeast 16th Avenue**
**Apt 2**
**North Miami, FL 33161**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**    **Unknown**

---

| Debtor | Miami Air International, Inc. | Case number (if known) | 20-13924-BKC-AJC |
|---|---|---|---|
| | Name | | |

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Mary Ann Macklin**
**290 Glenridge Rd**
**Key Biscayne, FL 33149**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.256 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Matthew Steven Buskell**
**238 SE Park St**
**Apt 1**
**Dania Beach, FL 33004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.257 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Mauricio Toruno**
**1255 W. 53rd St.**
**Apt. 302**
**Hialeah, FL 33012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.258 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Mayda Amador**
**585 W 79th Place**
**Hialeah, FL 33014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

---

**2.259** Priority creditor's name and mailing address

**Mayra Fernandez**
**1726 SW 136th Pl**
**Miami, FL 33175**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **Unknown**

---

**2.260** Priority creditor's name and mailing address

**Melanie Checo**
**9621 Fontainebleau**
**Blvd Apt 305**
**Miami, FL 33172**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **Unknown**

---

**2.261** Priority creditor's name and mailing address

**Melissa Gonzalez**
**13976 SW 172 TERR**
**Miami, FL 33177**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **Unknown**

---

**2.262** Priority creditor's name and mailing address

**Melody Bejar Bautista**
**17109 North Bay Road #D608**
**Sunny Isles Beach, FL 33160**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**        **Unknown**

---

| Debtor | Miami Air International, Inc. | Case number (if known) | 20-13924-BKC-AJC |
|---|---|---|---|
| | Name | | |

---

**2.263** | Priority creditor's name and mailing address

**MELPHIS-SHELBY COUNTY
FINANCE DIVISION
2491 WINCHESTER RD.  SUITE 113
MEMPHIS, TN 38116-3856**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Unknown    Unknown

---

**2.264** | Priority creditor's name and mailing address

**Mercedes Garcia
7777 Bayshore Court
Apt. 302
Miami, FL 33138**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Unknown    Unknown

---

**2.265** | Priority creditor's name and mailing address

**Mercedes Nancy De Lucia
1012 N Ocean Blvd
#311
Pompano Beach, FL 33062**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Unknown    Unknown

---

**2.266** | Priority creditor's name and mailing address

**METROPOLITAN DADE COUNTY
AVIATION DEPARTMENT
P.O. BOX 592075
MIAMI, FL 33159-2075**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Unknown    Unknown

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

2.267

Priority creditor's name and mailing address

**Meylin Massiel Novoa Baez**
**6400 SW 107TH AVE**
**Miami, FL 33173**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.268

Priority creditor's name and mailing address

**MIAMI-DADE TAX COLLECTOR**
**OCCUPATIONAL LICENSE**
**SECTION**
**140 W. FLAGLER ST.  SUITE 1407**
**MIAMI, FL 33130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.269

Priority creditor's name and mailing address

**MICHAEL A. HELMIG**
**BOONE COUNTY SHERRIF**
**P.O. BOX 198**
**BURLINTON, KY 41005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.270

Priority creditor's name and mailing address

**Michael Elias Alexander**
**115 S Royal Poinciana Blvd**
**Miami Springs, FL 33166**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | Miami Air International, Inc. | Case number (if known) | 20-13924-BKC-AJC |
|---|---|---|---|
| | Name | | |

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Michael Gonzalez**<br>**581 E 36 St**<br>**Hialeah, FL 33013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Michael Maiocco**<br>**8130 NW 15 St**<br>**Pembroke Pines, FL 33024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Michael Stuart Mirucki**<br>**8520 Pasadena Blvd**<br>**Pembroke Pines, FL 33024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Mikhail Kojoukhine**<br>**13970 SW 158th Terrace**<br>**Miami, FL 33177** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **MINNESOTA REVENUE**<br>**P.O. BOX 64649**<br>**SAINT PAUL, MN 55164-0649** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Mirjam Ingeborg Tees Leite**<br>**401 Briny Ave. #714**<br>**Pompano Beach, FL 33062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Mitchelle Ordonez**<br>**610 SW 69th Way**<br>**Pembroke Pines, FL 33023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **NASSAU AIRPORT**<br>**DEVELOPMENT**<br>**COMPANY LTD.**<br>**P. O. BOX AP-59229**<br>**, NASSAU** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Natasha Glasper**
**2260 Nw 40th Terrace**
**Coconut Creek, FL 33066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Nelson Emilio Ossa Blandon**
**214 Salamanca Avenue APT 9**
**Coral Gables, FL 33134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**NEVADA DEPARTMENT OF**
**TAXATION**
**1550 COLLEGE PKWY**
**STE 115**
**CARSON CITY, NV 89706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Nicholas Paul Granatowski**
**20404 Southwest 83rd Avenue**
**Cutler Bay, FL 33189**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Nora Alicia Perez**
**18134 Southwest 5th Court**
**Pembroke Pines, FL 33029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.284 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Odalys Bonenfant**
**6530 Kendal Lakes Dr**
**#1309**
**Miami, FL 33183**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.285 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**OKLAHOMA COUNTY**
**TREASURER**
**P.O. BOX 268875**
**OKLAHOMA CITY, OK 73126-8875**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.286 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Olaf Gornisiewicz**
**1321 NE 27th Way**
**Pompano Beach, FL 33062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Olga Saoulidi**
**461 NW 107 Avenue**
**Apt. 205**
**Miami, FL 33172**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Orlando Pila**
**1002 10th Street**
**Miami Beach, FL 33139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**ORLANDO SANFORD INT'L INC.**
**2001 RED CLEVELAND BLVD.**
**SUITE 2215**
**SANFORD, FL 32773**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Oscar Karim Arean**
**7724 Dilido Boulevard**
**Miramar, FL 33023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Miami Air International, Inc. | Case number (if known) | 20-13924-BKC-AJC |
|---|---|---|---|
| | Name | | |

| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Paola Bisono Estevez**
**615 N Andrews Ave**
**Fort Lauderdale, FL 33311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Patricia Elizabeth Stabile**
**1501 East Golfview Drive**
**Pembroke Pines, FL 33026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Patricia Michelle Valdes**
**11616 Southwest 34th Lane**
**Miami, FL 33165**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Patrick Barrett**
**5780 North East 20th Terrace**
**Fort Lauderdale, FL 33308**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Miami Air International, Inc. | Case number (if known) | 20-13924-BKC-AJC |
|---|---|---|---|
| | Name | | |

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Patrick Lohier**
**1950 South Ocean Dr.**
**Apt 12D**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.296 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Paul Alexander Sanchez**
**3032 SW 133 Place**
**Miami, FL 33175**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.297 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Paul McDonagh**
**610 Trace Cir 208**
**Deerfield Beach, FL 33441**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.298 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Penny Green**
**100 Golden Isles Dr.**
**#1404**
**Hallandale Beach, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Philip L Kennedy**
**141 Cocoplum Lane**
**Royal Palm Beach, FL 33411**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Phillip Gonzalez**
**5900 Northwest 7th Avenue**
**UNIT 631**
**Miami, FL 33127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Phillip Ian Cameron**
**37110 East Stoney Run**
**Selbyville, DE 19975**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Phillip Maloney**
**2455 Glen Ridge**
**Drive**
**Highland Village, TX 75077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Phillip Mullins**<br>**4924 NW 53rd Street**<br>**Tamarac, FL 33319-3242** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Princess Sena Ford**<br>**9601 Caribbean Boulevard**<br>**Cutler Bay, FL 33189** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Rachel Hannah Neubauer**<br>**4150 Northwest 10th Avenue**<br>**Miami, FL 33127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Radmila Rusalic**<br>**220 Sw 9th Avenue**<br>**Apt. # 318**<br>**Hallendale, FL 33009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rafael Dovarganes**
**560 Allendale Rd.**
**Key Biscayne, FL 33149**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Rajkumarie Ramharack-Singh**
**1999 Ne 176th St**
**North Miami Beach, FL 33162**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ralph Andrew Patino**
**6131 Manchester Ln**
**Davie, FL 33331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Raul Castro Hayden**
**825 NE 212 Terr Apt 1**
**North Miami Beach, FL 33179**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ray Henderson Bayley**
**257 S Royal Poinciana Blvd**
**Miami Springs, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Reuben Bakker**
**629 Northeast 3rd Street**
**Dania Beach, FL 33004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ria Rampersad**
**2220 Southeast Gaslight Street**
**Port St. Lucie, FL 34952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ricardo Goncalo Roda Soares**
**2341 SW Fern Circle**
**Port Saint Lucie, FL 34953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Miami Air International, Inc.**                                    Case number (if known)    **20-13924-BKC-AJC**
_____
Name

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Ricardo Lieby**
**814 Algeria Ave**
**Coral Gables, FL 33134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Ricardo Luis Fernandez**
**7931 Southwest 152nd Terrace**
**Palmetto**
**Palmetto Bay, FL 33157**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Ricardo M Benitez**
**495 Northwest 72nd Avenue**
**#405**
**Miami, FL 33126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Richard Draina**
**614 Pigeon Plum Way**
**Weston, FL 33327**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Miami Air International, Inc.**      Case number (if known) **20-13924-BKC-AJC**

Name

| 2.319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Robert Clager**
**122 Palomino Dr**
**Jupiter, FL 33458**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Robert E Burgos**
**9911 West Okeechobee Road**
**Hialeah, FL 33016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Robert Nathan Wallace**
**1925 CALAIS DR APT 2**
**MIAMI BEACH, FL 33141**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Robert Navar Jr.**
**9761 SW 216th Terrace**
**Cutler Bay, FL 33190**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
| --- | --- | --- | --- |
| | Name | | |

---

**2.323** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Roberto L Garcia Echevarria**
**6175 W 20TH AVE**
**APT 210**
**Hialeah, FL 33012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.324** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Rodney Wayne Smith**
**1344 SW 23 Ave**
**Ft. Lauderdale, FL 33312**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.325** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Ronald Burgs**
**16310 Stirling Road**
**Southwest Ranches, FL 33331**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.326** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Rory Antonio Ottey-Ralph**
**13917 SW 171st Terrace**
**Miami, FL 33177**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Miami Air International, Inc. | Case number (if known) | 20-13924-BKC-AJC |
|---|---|---|---|
| | Name | | |

---

| 2.327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Rosalie Manuel**
**1296 SW 114th Way**
**Davie, FL 33325**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Roxsan Parejo**
**2025 Ne 164th St**
**Apt. 403**
**N Miami Beach, FL 33162**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Ruben Franco**
**1008 NE 11th Street**
**Ft. Lauderdale, FL 33304**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Sakina Kerr**
**9091 Lime Bay Blvd**
**BLDG 5 Apt 305**
**Tamarac, FL 33321**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | Miami Air International, Inc. | Case number (if known) | 20-13924-BKC-AJC |
|---|---|---|---|
| | Name | | |

---

**2.331** Priority creditor's name and mailing address

**Saleh Jehad Saleh**
**8630 spring garden drive 26200**
**Keller, TX 76244**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.332** Priority creditor's name and mailing address

**Sam Javier Rodriguez**
**2340 N.W. 189 Ave**
**Pembroke Pines, FL 33029**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.333** Priority creditor's name and mailing address

**Sanford Joel Lieberman**
**8329 NW 80 Pl**
**Tamarac, FL 33321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.334** Priority creditor's name and mailing address

**SCC TAX COLLECTOR**
**268 W. HOSPITALITY LANE**
**FIRST FLOOR**
**SAN BERNARDINO, CA**
**92415-0360**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Scott Karol**
**8114 NW 91 Terr**
**Tamarac, FL 33321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sean Donovan Murphy**
**2804 Pratt Place**
**Jacksonville, FL 32259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sean Mac Millan**
**1321 Bayview Dr Apt # 2**
**Ft. Lauderdale, FL 33304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Sergio E. Eiriz**
**1900 Van Buren Street**
**Apt 221**
**Hollywood, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Sergio J. Medina**<br>**8415 SW 107 Ave Apartment 226W**<br>**Miami, FL 33173** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Sergio Orozco Blandon**<br>**2441 Southwest 16th Street**<br>**Coral Gables, FL 33145** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Shawn Patrick Altamar**<br>**12547 Southwest 210th Street**<br>**Miami, FL 33177** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Sheik Hassan Amir**<br>**7360 Harbour Blvd.**<br>**Miramar, FL 33023** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Miami Air International, Inc. | Case number (if known) | 20-13924-BKC-AJC |
|---|---|---|---|
| | Name | | |

---

**2.343** | Priority creditor's name and mailing address

**SHEILA L. PALMER**
**415 THIRD ST. RM212**
**PLATTE CITY, MO 64079-8475**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.344** | Priority creditor's name and mailing address

**Siffredi Ramos**
**7499 W 34th Lane**
**Hialeah, FL 33018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.345** | Priority creditor's name and mailing address

**Silvia Graciela Witty**
**247 Grantham C**
**Deerfield Beach, FL 33442**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.346** | Priority creditor's name and mailing address

**Sita Kaimrajh**
**18424 SW129th Ct**
**Miami, FL 33177**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Miami Air International, Inc. | Case number (if known) | 20-13924-BKC-AJC |
|---|---|---|---|
| | Name | | |

| 2.347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Sophia Johanna Maria Tarr**
**3400 Pan American Dr**
**Miami, FL 33133**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**ST.LOUIS COUNTY**
**COLLECTOR OF REVENUE**
**P.O. BOX 11491**
**SAINT LOUIS, MO 63105-0291**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Stacy Kraushaar-Lebrija**
**8821 SW 130 Place**
**Miami, FL 33186**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**STATE OF NEW JERSEY**
**N.J.  DIVISION OF TAXATION**
**P.O. BOX 445**
**TRENTON, NJ 08646-0445**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Stefano DiGiacomo**
**2210 NW 167 Ave Apt 9-305**
**Pembroke Pines, FL 33028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Stefany Serna**
**280 carlisle Dr**
**Miami Springs, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Stephanie Noel Carr**
**1731 SW 23rd ave**
**Fort Lauderdale, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Stephen Andreocci**
**718 Stanton Dr**
**Weston, FL 33326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|

**Steve Russo**
**12405 Old Country Rd**
**Wellington, FL 33414**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Steven Joffrion**
**1031 Hardwood Hollow**
**Greensboro, GA 30642**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Steven Walker**
**859 NE 35th St**
**Oakland Park, FL 33334**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Summer McGil Mack**
**1721 Southeast 17th Street**
**Apt. 226**
**Fort Lauderdale, FL 33316**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Sydney Derek Wong**<br>**10263 White Water**<br>**Lily Way**<br>**Boynton Beach, FL 33437** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Sydney Maria Conti**<br>**623 Southwest 2nd Terrace**<br>**Pompano Beach, FL 33060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Tal Barazani**<br>**2250 N 29th AVE APT 202**<br>**Hollywood, FL 33020-1758** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|
| | **Tasha Annetta Wright**<br>**2621 NW 8 Place**<br>**Apt 3**<br>**Fort Lauderdale, FL 33311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | Miami Air International, Inc. | Case number (if known) | 20-13924-BKC-AJC |
|---|---|---|---|
| | Name | | |

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Tashana Brown**
**5449 SW 41 St**
**Pembroke Pines, FL 33023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**Terrance Anderson Johnson**
**13148 SW 49th Ct**
**Miramar, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**TERRI MITCHELL**
**PULASKI COUNTY COLLECTOR**
**301 HISTORIC RT. 66 EAST**
**WAYNESVILLE, MO 65583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**THE PORT AUTHORITY OF NEW YORK**
**P.O. BOX 95000-1556**
**PHILADELPHIA, PA 19195-1556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 2.367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Theresa Hershkowitz**<br>**15821 SW 53 Court**<br>**Southwest Ranches, FL 33331** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Thomas Hall**<br>**14730 60th Ct N**<br>**Loxahatchee, FL 33470** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Thomas O'Sullivan**<br>**355 11th St**<br>**SW**<br>**Naples, FL 34117-2162** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Thomas Ostendorp**<br>**3122 Pearly Drive**<br>**Lakeland, FL 33812** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Miami Air International, Inc. | Case number (if known) | 20-13924-BKC-AJC |
|---|---|---|---|
| | Name | | |

---

**2.371** Priority creditor's name and mailing address

**Timothy Moore**
**12649 Shannondale Dr**
**Ft. Myers, FL 33913-7909**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.372** Priority creditor's name and mailing address

**Uganda Dovie Dawkins**
**12523 Sw 264 Terr**
**Naranja, FL 33032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.373** Priority creditor's name and mailing address

**US Customs**
**P.O. BOX 52-2207**
**MIAMI, FL 33152-2207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.374** Priority creditor's name and mailing address

**US Department of Agriculture**
**P.O. BOX 70790**
**CHICAGO, IL 60673-0790**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Miami Air International, Inc. | Case number (if known) | 20-13924-BKC-AJC |
|---|---|---|---|
| | Name | | |

---

| 2.375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **US Department of Homeland Security (Immi**<br>**1300 PENNSYLVANIA AVE NW**<br>**ROOM 6.3D**<br>**WASHINGTON, DC 20229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **US Department of the Treasury**<br>**DEBT MANAGEMENT SERVICES**<br>**P.O. BOX 105576**<br>**ATLANTA, GA 30348** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **US Department of Transportation**<br>**400 SEVENTH ST SW #6401**<br>**WASHINGTON, D.C. 20590-0000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Victor Mendoza**<br>**1051 Sw 1st St**<br>**#111**<br>**Miami, FL 33130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Vladimir Antonio Garcia**
**1231 NW 34th Avenue**
**Miami, FL 33125**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Wanda Mirabal**
**5830 NW 38St**
**Virginia Gardens, FL 33166**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Wanda Sumerlin-DiPalma**
**1453 S. Liberty Ave**
**#c**
**Homestead, FL 33034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**WENDY BURGESSTAX**
**ASSESSOR COLLECTOR**
**P.O. BOX 961018**
**FORT WORTH, TX 76161-0018**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **Unknown** | **Unknown** |
|---|---|---|---|---|---|

2.383

Priority creditor's name and mailing address

**Will Castano**
**116 Royal Park Drive**
**#2A**
**Oakland Park, FL 33309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.384

Priority creditor's name and mailing address

**William Lewis**
**1931 Southwest Palm City Road**
**Unit 16F**
**Stuart, FL 34994**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.385

Priority creditor's name and mailing address

**William Thomas Haines**
**2464 Second St**
**Ft Myers, FL 33901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.386

Priority creditor's name and mailing address

**Zuzel Salazar**
**1075 Nw 129 Ct**
**Miami, FL 33182**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**\*\*\* SUBJECT TO AMENDMENT AFTER CLOSING OF MARCH BOOKS \*\*\***

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,582.11**

**121 Inflight Catering**
**45 Rason Rd.**
**Inwood, NY 11096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Catering**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$271.37**

**A.S.P. Incorporated**
**1450 Appleby Line**
**Suite 200**
**Burlington, ON   L7L 6V1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ground Handling**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,491.90**

**ACTS - AVIATION SECURITY INC.**
**P.O. BOX 843708**
**DALLAS, TX 75284-3738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Catering**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**ADP Inc.**
**P.O. BOX 842875**
**BOSTON, MA 02284-2875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Payroll Processing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$636.09**

**Aero Cocina, S.A. DE CV**
**CALLE 81-A #904 COL.**
**CIUDADA INUDSTRIAL C.P. 97295**
**ACO-831013-5K8**
**MERIDA, MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Catering**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00**

**AERO DECALS**
**1914 CANOVA STREET S.E.**
**PALM BAY, FL 32909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Maintenance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,200.00**

**AERO DESIGN SERVICES INC.**
**35246 US HWY 19 NORTH**
**SUITE 320**
**PALM HARBOR, FL 34684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Maintenance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

\*\*\*  SUBJECT  TO  AMENDMENT  AFTER  CLOSURE  OF  MARCH  BOOKS  \*\*\*

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **AERO MARINE INTERIOR INC.**<br>**190 N.E. 186 TERRANCE**<br>**MIAMI, FL 33179** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | | Basis for the claim:  **Maintenance** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,736.00 |
|---|---|---|---|
| | **Aeromotive Group Support, Inc.**<br>**8220 NW 70th Street**<br>**Miami, FL 33166** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | | Basis for the claim:  **Maintenance** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,931.48 |
|---|---|---|---|
| | **Aeroports de Montreal**<br>**800, LEIGH-CAPREOL PLACE**<br>**SUITE 1000**<br>**DORVAL, QUEBEC H4Y 0A5** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | | Basis for the claim:  **Ground Handling** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.00 |
|---|---|---|---|
| | **AEROSPACE ACCESSORY**<br>**2001 NW 79TH AVENUE**<br>**DORAL, FL 33122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | | Basis for the claim:  **Maintenance** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **AEROSPACE ALLIANCE INC.**<br>**6352 NW 99TH AVENUE**<br>**DORAL, FL 33178-2721** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | | Basis for the claim:  **Notice Only** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,129.06 |
|---|---|---|---|
| | **Aerostar Airport Holdings LLC**<br>**LUIS MUñOZ MARIN INT'L AIRPORT**<br>**P. O. BOX 38085**<br>**San Juan, PR 00937** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | | Basis for the claim:  **Ground Handling** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.00 |
|---|---|---|---|
| | **Aerotel**<br>**ACCOUNTS DEPARTMENT**<br>**1 Braemar Avenue**<br>**KINGSTON, JAMAICA WI** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | | Basis for the claim:  **Flight Navigation** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**\* \* \*  SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS  \* \* \***

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|
| | **AEROTHRUST CORP.**<br>**P.O. BOX 522236**<br>**MIAMI, FL 33152** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Maintenance** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **AeroTurbine Inc.**<br>**15701 SW 29th St.**<br>**Miramar, FL 33027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Notice Only** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **AGCS Marine Insurance Company**<br>**399 Park Ave.**<br>**New York, NY 10022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Insurance** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39,094.00** |
|---|---|---|---|
| | **AIMS INT'L DWC-LLC**<br>**3RD FLOOR 14 HANOVER STREET**<br>**JERSEY U.K.**<br>**LONDON W1S 11YH** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$76,431.64** |
|---|---|---|---|
| | **AIR CULINAIRE WORLDWIDE LLC**<br>**5830 WEST CYPRESS STREET**<br>**SUITE B & C**<br>**TAMPA, FL 33607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,980.00** |
|---|---|---|---|
| | **Air Ground Logistics**<br>**13930 Thomas Imeson Ave.**<br>**Jacksonville, FL 32218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Ground Handling** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$487.20** |
|---|---|---|---|
| | **AIR PLANNING**<br>**TWO MAIN STREET**<br>**THE AIR PLANNING BUILDING**<br>**SALEM, NH 03079** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**\* \* \*  SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS  \* \* \***

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Airborne Maintenance & Engineering Servi**
**145 HUNTER DRIVE**
**WILMINGTON, OH 45177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**AIRCRAFT DETAILING INC.**
**240 SW 34 STREET**
**FORT LAUDERDALE, FL 33315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,220.00**

**AIRCRAFT ENGINE MANAGEMENT**
**SERVICES**
**2554 AVENUE AU SOLEIL**
**GULFSTREAM, FL 33483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,862.22**

**AIRCRAFT SERVICE INT'L GROUP**
**4900 DIPLOMACY RD**
**FORTH WORTH, TX 76155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Ground Handling**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$130,976.52**

**AIRCRAFT TECHNICAL PROFESSIONALS**
**PROFESSIONAL INC.**
**18459 PINES BLVD.    PMB360**
**PEMBROKE PINES, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Aircrafters Inc.**
**259 Quigley Blvd. #12**
**New Castle, DE 19720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00**

**AIRLINE ECONOMICS INC.**
**P.O. BOX 358**
**BELLAIRE, TX 77402-0358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Professional Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

\*\*\*  SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS  \*\*\*

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

**3.29** Nonpriority creditor's name and mailing address

**Airlines for America**
**1275 Pennsylvania Ave. NW**
**Washington, DC 20004-2404**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.30** Nonpriority creditor's name and mailing address

**AIRLINES MANAGEMENT SERV. CORP.**
**140 CEDAR CIRCLE**
**FAYETTEVILLE, GA 30214**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ground Handling**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,708.48**

---

**3.31** Nonpriority creditor's name and mailing address

**AIRLINES REPORTING CORPORATION**
**300 Wilson Blvd.**
**Suite 300**
**Arlington, VA 22201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.32** Nonpriority creditor's name and mailing address

**AIRPORT TERMINAL SERVICE INC.**
**P.O. BOX 934054**
**ATLANTA, GA 31193-4054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$24,590.52**

---

**3.33** Nonpriority creditor's name and mailing address

**AIRSPACE TECHNOLOGIES**
**6005 HIDDEN VALLEY ROAD**
**SUITE 280**
**CARLSBAD, CA 92011**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$5,175.29**

---

**3.34** Nonpriority creditor's name and mailing address

**AIRX AVIATION INC.**
**5525 NW 15TH AVE.**
**SUITE 202**
**FORT LAUDERDALE, FL 33309**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$174.00**

---

**3.35** Nonpriority creditor's name and mailing address

**Alaska Airlines Inc.**
**PO BOX 34936**
**DEPARTMENT 4101**
**SEATTLE, WA. 98124-1936**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

\*\*\*  SUBJECT  TO  AMENDMENT  AFTER  CLOSURE  OF  MARCH  BOOKS  \*\*\*

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allied Aviation Fueling of Miami**
P.O. BOX 260847
MIAMI, FL 33166

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,984.08 |
|---|---|---|---|

**ALLIED AVIATION- CANADA**
P.O. BOX 329
GANDER INT'L AIRPORT
GANDER NL, CANADA A1V 1W7

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,038.53 |
|---|---|---|---|

**ALPHA INFLIGHT US LLC**
1776 HANGAR ROAD
SANFORD, FL 32773

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alpha-Tech**
P. O. BOX 668230
MIAMI, FL 33166

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**AMERICAN CHEMISTRY COUNCIL**
2900 FAIRVIEW PARK DRIVE
FALLS CHURCH, VA 22042-4513

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**AMERICAN EXPRESS-FORT LAUD**
P.O BOX 360001
FT.LAUDERDALE, FL 33266-0880

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Angela Thompson**
c/o John M. Phillips Esq.
4230 Ortega Blvd.
Jacksonville, FL 32210

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: __Runway Excursion__

Is the claim subject to offset? ☒ No ☐ Yes

---

\*\*\*  SUBJECT  TO  AMENDMENT  AFTER  CLOSURE  OF  MARCH  BOOKS  \*\*\*

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$71.50** |
|---|---|---|---|

**ANTHONY TRAVEL LLC**
**1401 IVY COURT**
**SOUTH BEND, IN 46637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Apple Vacations Corp.**
**7 CAMPUS BLVD**
**NEWTON SQUARE, PA 19073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ARC Avionics Corp.**
**5595 NW 36TH STREET**
**MIAMI SPRINGS, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**ASCAP**
**420 Lincoln Rd Suite 502**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24,742.01** |
|---|---|---|---|

**ASSOCIATED ENERGY GROUP LLC**
**3808 WORLD HOUSTIN PKWY**
**SUITE B**
**HOUSTON, TX 77032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,050.00** |
|---|---|---|---|

**ASTIN AVIATION CLL LLC**
**2501 EARL RUDDER FWY SOUTH**
**SUITE 100**
**COLLEGE STATION, TX 77845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,338.00** |
|---|---|---|---|

**ASTRONICS ADVANCED ELECTRONICS**
**SYSTEMS**
**12950 WILLOWS ROAD N.E.**
**KIRKLAND, WA 98034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

\*\*\* SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS \*\*\*

Debtor    **Miami Air International, Inc.**                          Case number (if known)    **20-13924-BKC-AJC**
_____
Name

| | | |
|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$738.00** |

3.50 | **Nonpriority creditor's name and mailing address**

**AT YOUR SERVICE MANAGEMENT**
P.O. BOX 2457
CRANBERRY TWP, PA 16066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

**$738.00**

---

3.51 | **Nonpriority creditor's name and mailing address**

**AT YOUR SERVICE MANAGEMENT INC**
D/B/A CITY MAINTENANCE SUPPLY
3020 SW 10TH ST
POMPANO BEACH, FL 33069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

**$3,682.07**

---

3.52 | **Nonpriority creditor's name and mailing address**

**AT&T-300508351**
P.O. BOX 5014
CAROL STREAM, IL 60197-5014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

**$1,751.35**

---

3.53 | **Nonpriority creditor's name and mailing address**

**ATLANTIC AVIATION**
P.O. BOX 930645
ATLANTA, GA 31193-0645

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

**$1,239.25**

---

3.54 | **Nonpriority creditor's name and mailing address**

**ATLANTIC TRAVEL CONSOLIDATORS**
CONSOLIDATORS INC.
10424 S.W. 142 CT.
MIAMI, FL 33186

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

**$6,615.00**

---

3.55 | **Nonpriority creditor's name and mailing address**

**AUDREY MCDERMOTT**
7430 NW 4TH STREET
PLANTATION, FL 33317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

**$16.00**

---

3.56 | **Nonpriority creditor's name and mailing address**

Austin Thompson
c/o John M. Phillips Esq.
4230 Ortega Blvd.
Jacksonville, FL 32210

☐ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim: _ **Runway Excursion** _

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

\*\*\*  SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS  \*\*\*

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|

Name

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$385.00**

**AUTOMATED SYSTEMS IN AIRCRAFT**
**6675 MARS ROAD**
**CRANBERRY TWP, PA 16066-6909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Avfuel Corporation**
**P. O. BOX 67000**
**DEPT.-135-01 AVFUEL COPORATION**
**DETROIT, MI 48267-0135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$173.00**

**AVIALL-AIRCRAFT PARTS DISTRIBUTION**
**P.O. BOX 842267**
**DALLAS, TX 75284-2267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,573.35**

**AVIALL-DALLAS**
**P.O. BOX 842267**
**DALLAS, TX 72284-2267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,573.35**

**AVIALL-DALLAS**
**P.O. BOX 842267**
**DALLAS, TX 72284-2267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,391.25**

**AVIALL-DALLAS**
**P.O. BOX 842267**
**DALLAS, TX 72284-2267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AVIAM Limited**
**CALLE FANTINO FALCO 55**
**ENSANCHE NACO**
**SANTO DOMINGO, DOMINICAN REPUBLIC**
**10124-**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

\*\*\*  SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS  \*\*\*

Debtor   **Miami Air International, Inc.**                                   Case number (if known)   **20-13924-BKC-AJC**
_____
Name

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**AVIATION CAPITAL GROUP**
**BANK OF UTAH AS OWNER TRUSTEE**
**200 E. SOUTH TEMPLE STE. 210**
**SALT LAKE CITY, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,129.00** |
|---|---|---|---|

**AVIATION INFLATABLES**
**1488 N. NOB HILL ROAD**
**#453**
**FT. LAUDERDALE, FL 33322**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,400.00** |
|---|---|---|---|

**AVIATION MAINTENANCE CONSULTANT**
**7360 SW 37TH COURT**
**DAVIE, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**AVIATION SUPPORT SA DE CV (MACA)**
**AV. INSURGENTES SUR NO.800**
**PISO 8 COL. DEL VALLE**
**DELEGACION BENITO JUAREZ   03100**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Avinode**
**444 Brickell Ave.**
**Suite 950**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Avionica**
**9941 W. JESSAMINE STREET**
**MIAMI, FL 33157**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,750.00** |
|---|---|---|---|

**AVIONICS SUPPORT GROUP INC.**
**13155 SW 132ND AVENUE**
**MIAMI, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

\*\*\*  SUBJECT  TO  AMENDMENT  AFTER  CLOSURE  OF  MARCH  BOOKS  \*\*\*

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AVS International Group Inc.**
3555 NW 33rd St.
Miami, FL 33142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.00 |
|---|---|---|---|

**AWARDS TROPHY WORLD**
6400 NW 77TH COURT
MIAMI, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,063.47 |
|---|---|---|---|

**B & W AVIATION CORP.**
7317 NW 56 ST
MIAMI, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BAE Systems**
P.O. BOX 2987
CAROL STREAM, IL 60132-2987

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BANK OF AMERICA**
P.O. BOX 53155
PHOENIX, AZ 85072-3155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,346.47 |
|---|---|---|---|

**BANK OF AMERICA-OPERATING**
P.O. BOX 841715
DALLAS, TX 75284-1715

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BANK OF NOVA SCOTIA - JAMAICA**
PO Box 709
Kingston, JAMAICA W.I.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

`* * *  SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS  * * *`

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bank of Utah**
**200 East South Temple**
**Suite 210**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Notice Only_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,943.40 |
|---|---|---|---|

**BARFIELD AERO LLC**
**P.O. BOX 931565**
**ATLANTA, GA 31193-1565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Benjamin Futch**
**c/o Victoria Lazar Esq.**
**655 W. Broadway Ste 1700**
**San Diego, CA 92101**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Runway Excursion_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,385.00 |
|---|---|---|---|

**BISKAY HOLDING d/b/a COMMERCIAL**
**AIRCRAFT EQUIPMENT**
**10490 MARKISON ROAD**
**DALLAS, TX 75238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BLUE AVIATION CO.**
**AL SHUHADAA ST. AL HAMRA TOWER**
**65TH FLOOR PO BOX 1520 SAFAT**
**SHARQ, KUWAIT 13016-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Notice Only_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $19,515.36 |
|---|---|---|---|

**BOEING COMMERCIAL**
**P.O. BOX 277851**
**ATLANTA, GA 30384-7851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $36,595.88 |
|---|---|---|---|

**BOEING COMMERCIAL AIRPLANE GRP**
**3855 LAKEWOOD BOULEVARD**
**LONG BEACH, CA 90846-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

\*\*\*  SUBJECT  TO  AMENDMENT  AFTER  CLOSURE  OF  MARCH  BOOKS  \*\*\*

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,833.82 |

**BP PRODUCTS NORTH AMERICA INC**
**P.O BOX 402718**
**ATLANTA, GA 30384-2718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,193.21 |

**BRIDGESTONE AIRCRAFT TIRE**
**802 SOUTH AYERSVILLE ROAD**
**MAYODAN, NC 27027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,700.29 |

**C.C.A.S. S.A. OVERFLIGHT SERVICES**
**AVENIDA JUSTO AROSEMENA**
**UNICENTRO BELLA VISTA**
**ENTRE CALLE 41-42**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,309.68 |

**CALGARY AIRPORT AUTHORITY**
**2000 AIRPORT ROAD N.E.**
**CALGARY INT'L AIRPORT**
**CALGARY ALBERTA T2E 6W5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.66 |

**CANADA BORDER SERVICES**
**CANADA BORDER SERV.  AGENCY**
**400 PLACE YOUVILLE 2ND FLOOR**
**MONTREAL, QUEBEC H2Y 2C2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $554.85 |

**CANADA CUSTOMS & REVENUE AGENCY**
**SUMMERSIDE TAX CENTRE**
**275 POPE ROAD     STE.101**
**SUMMERSIDE, PE C1N 6E7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Capital Region Airport Authority**
**4100 Capital City Blvd.**
**Lansing, MI 48906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Notice Only_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

\*\*\*  SUBJECT  TO  AMENDMENT  AFTER  CLOSURE  OF  MARCH  BOOKS  \*\*\*

Debtor **Miami Air International, Inc.**
Name

Case number (if known)  **20-13924-BKC-AJC**

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.27 |
|---|---|---|---|

**CAROL BENJAMIN**
**1047 CORKWOOD DRIVE**
**OVIEDO, FL 32765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**CELLBLOCK FCS LLC**
**234 NORTHEAST ROAD**
**UNIT #5**
**STANDISH, ME 04084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CFM International Inc.**
**P. O. BOX 75086**
**CHICAGO, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chad Bowman**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Runway Excursion**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Champion Air**
**8009 34TH AVE SOUTH SUITE 700**
**BLOOMINGTON, MN 55425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,370.85 |
|---|---|---|---|

**CHAPMAN FREEBORN AIR CHARTERING INC**
**3250 WEST COMMERCIAL BLVD**
**SUITE 300**
**FT. LAUDERDALE, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $902.00 |
|---|---|---|---|

**CHARTER EXPRESS**
**9650 STRICKLAND RD**
**SUITE 103 BOX 262**
**RALEIGH, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

\* \* \*  SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS  \* \* \*

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,797.20 |
|---|---|---|---|

**CHENEY BROTHERS INC.**
**ONE CHENEY WAY**
**RIVIERA BEACH, FL 33404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,809.15 |
|---|---|---|---|

**CHEVRON PRODUCTS CO.**
**P. O. BOX 903024**
**CHARLOTTE, NC 28290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher Larue**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Runway Excursion**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christopher Piccirilli**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Runway Excursion**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Thompson**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Runway Excursion**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.63 |
|---|---|---|---|

**CINTAS CORP**
**P.O. BOX 630910**
**LOCATION 017**
**CINCINNATI, OH 45263-0910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CIT Leasing Corporation**
**1211 Avenue of the Americas**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**\* \* \*  SUBJECT  TO  AMENDMENT  AFTER  CLOSURE  OF  MARCH  BOOKS  \* \* \***

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,198.10** |
|---|---|---|---|
| | **CITY OF LOS ANGELES** | ☐ Contingent | |
| | **DEPARTMENT OF AIRPORTS** | ☐ Unliquidated | |
| | **P. O. BOX 54078** | ☐ Disputed | |
| | **LOS ANGELES, CA 90054-0078** | | |
| | | Basis for the claim: _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **City of Philadelphia** | ☐ Contingent | |
| | **Municipal Services Building** | ☐ Unliquidated | |
| | **1401 John F. Kennedy Blvd.** | ☐ Disputed | |
| | **Philadelphia, PA 19102** | | |
| | | Basis for the claim: __Notice Only__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Civil Aviation Authority UK** | ☐ Contingent | |
| | **Beehive Ringroad** | ☐ Unliquidated | |
| | **Crawley** | ☐ Disputed | |
| | **West Sussex, UK RH6 0YR** | | |
| | | Basis for the claim: __Notice Only__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Clifton Bell** | ☐ Contingent | |
| | **C/o Mariano Garcia Esq.** | ■ Unliquidated | |
| | **2139 Palm Beach Lakes Blvd.** | ■ Disputed | |
| | **West Palm Beach, FL 33409** | | |
| | | Basis for the claim: __Runway Excursion__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **COCESNA** | ☐ Contingent | |
| | **P.O. BOX 660** | ☐ Unliquidated | |
| | **TEGUCIGALPA M.D.C. HONDURAS, C.A.** | ☐ Disputed | |
| | **HONDUR** | | |
| | | Basis for the claim: __Notice Only__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **CoLabs IP LLC** | ☐ Contingent | |
| | **100 E. Madison St.** | ☐ Unliquidated | |
| | **Suite 300** | ☐ Disputed | |
| | **TAMPA, FL 33602** | | |
| | | Basis for the claim: __Notice Only__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Commercial Jet** | ☐ Contingent | |
| | **P.O. BOX 668500** | ☐ Unliquidated | |
| | **MIAMI, FL 33166** | ☐ Disputed | |
| | | Basis for the claim: __Notice Only__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**\*\*\* SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS \*\*\***

Debtor    **Miami Air International, Inc.**
_____
Name

Case number (if known)    **20-13924-BKC-AJC**
_____

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,456.46 |
|---|---|---|---|

**COMMERCIAL JET INC.**
**P.O. BOX 668500**
**MIAMI, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,207.00 |
|---|---|---|---|

**COMPANIA PANAMENA DE AVIACION S.A.**
**D/B/A COPA AIRLINES AV DE LL ROTONDA**
**BUSINESS PARK COSTA DEL ESTE TORRE**
**NORTE**
**PANAMA, PANAMA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Constant Aviation Consulting Inc.**
**4329 W. PINE RIDGE BLVD.**
**BEVERLY HILLS, FL 34465**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **Notice Only**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.00 |
|---|---|---|---|

**CREATIVE CHARTERS INC**
**11200 STILLWATER BLVD**
**SUITE 103**
**LAKE ELMO, MN 55042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $771.98 |
|---|---|---|---|

**CREW OUTFITTERS**
**579 W. HIGH STREET**
**AURORA, MO 65605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dade County Manager**
**111 NW 1st St**
**#2910**
**Miami, FL 33128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim:  **Notice Only**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,813.09 |
|---|---|---|---|

**DADE PAPER & BAG CO.**
**PO BOX 523666**
**MIAMI, FL 33152**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

Basis for the claim: __

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

\*\*\*  SUBJECT  TO  AMENDMENT  AFTER  CLOSURE  OF  MARCH  BOOKS  \*\*\*

Debtor **Miami Air International, Inc.**

Name

Case number (if known) **20-13924-BKC-AJC**

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
---|---|---|---

**Darwing Silva**
c/o Hyram Montero Esq.
100 SE 6th St.
Ft. Lauderdale, FL 33301

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Runway Excursion**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.   **$0.00**

**David Wyatt Helms**
c/o Christopher Gordon Esq.
231 Riverside Dr.
Macon, GA 31201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.122** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.   **$0.00**

**Dellem Associates**
14023 N Dale Mabry Hwy
TAMPA, FL 33618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.123** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.   **$91,512.58**

**DELTA AIRLINES**
P.O.BOX 101153
ATLANTA, GA 30392-1153

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.124** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.   **$0.00**

**Deltacom**
P.O. BOX 9001013
LOUISVILLE, KY 40290-1013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.125** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.   **$0.00**

**Denise Futch**
c/o Victoria Lazar Esq.
655 W. Broadway Ste 1700
San Diego, CA 92101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.126** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

**DENVER INTERNATIONAL AIRPORT**
PO BOX 492065
DENVER, CO 80249-2065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

\* \* \*  SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS  \* \* \*

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|
| | **DEREK DENUCCE d/b/a** | ☐ Contingent | |
| | **SAFESOARING LLC** | ☐ Unliquidated | |
| | **2117 NW ABILENE RD** | ☐ Disputed | |
| | **ANKENY, IA 50023** | | |
| | | Basis for the claim: __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252,036.73 |
|---|---|---|---|
| | **DFAS-JAAAA/CO-EBS** | ☐ Contingent | |
| | **ATTN: DFAS-JAAAA/CO-EBS** | ☐ Unliquidated | |
| | **P.O. BOX 182317** | ☐ Disputed | |
| | **COLUMBUS, OH 43218-2317** | | |
| | | Basis for the claim: __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $628.12 |
|---|---|---|---|
| | **DG PACKAGING (USA) INC.** | ☐ Contingent | |
| | **5341 W. 104TH STREET** | ☐ Unliquidated | |
| | **LOS ANGELES, CA 90045** | ☐ Disputed | |
| | | Basis for the claim: __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,355.07 |
|---|---|---|---|
| | **DIVERSIFIED AERO SERVICES INC** | ☐ Contingent | |
| | **10000 NW 25TH STREET** | ☐ Unliquidated | |
| | **DORAL, FL 33172** | ☐ Disputed | |
| | | Basis for the claim: __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **DIVISION OF ALCOHOLIC BEVERAGES &** | | |
| | **TOBACCO** | ☐ Contingent | |
| | **5080 COCONUT CREEK PKWY STE B BOX** | ☐ Unliquidated | |
| | **9** | ☐ Disputed | |
| | **MARGATE, FL 33063** | | |
| | | Basis for the claim: __Notice Only__ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **DocuSign** | ☐ Contingent | |
| | **DEPT 3428** | ☐ Unliquidated | |
| | **P.O. BOX 123428** | ☐ Disputed | |
| | **DALLAS, TX 75312-3428** | | |
| | | Basis for the claim: __Notice Only__ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Donald Helms** | ☐ Contingent | |
| | **c/o Christopher Gordon Esq.** | ☐ Unliquidated | |
| | **231 Riverside Dr.** | ☐ Disputed | |
| | **Macon, GA 31201** | | |
| | | Basis for the claim: __Notice Only__ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

```
*** SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS ***
```

Debtor  **Miami Air International, Inc.**
Name

Case number (if known)   **20-13924-BKC-AJC**

| | |
|---|---|
| 3.134 | **Nonpriority creditor's name and mailing address** |

**DRETLOH AIRCRAFT SUPPLY**
**2820 EAST LA CRESTA AVENUE**
**ANAHEIM, CA 92806**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$40.00**

---

| | |
|---|---|
| 3.135 | **Nonpriority creditor's name and mailing address** |

**DRIESSEN AIRCRAFT INTERIOR SYSTEMS**
**10781 FORBES AVENUE**
**GARDEN GROVE, CA 92843**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,000.00**

---

| | |
|---|---|
| 3.136 | **Nonpriority creditor's name and mailing address** |

**Dylan Elkins**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Runway Excursion**

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.137 | **Nonpriority creditor's name and mailing address** |

**EAN SERVICES LLC**
**P.O. BOX 840173**
**KANSAS CITY, MO 64184-0173**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$115.58**

---

| | |
|---|---|
| 3.138 | **Nonpriority creditor's name and mailing address** |

**EARTHBOUND INC.**
**6300 POWERS FERRY RD**
**BLDG 600 SUITE 125**
**ATLANTA, GA 30339**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$399.30**

---

| | |
|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address** |

**EARTHLINK BUSINESS 1058 -**
**WINDSTREAM**
**P.O. BOX 9001013**
**LOUISVILLE, KY 40290-1013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,500.00**

---

| | |
|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address** |

**ECO SERVICES LLC**
**P.O. BOX 846172**
**DALLAS, TX 75284-6172**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$13,500.00**

---

\*\*\*  SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS  \*\*\*

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

---

**3.141** | Nonpriority creditor's name and mailing address

**EFAX CORPORATE c/o J2 CLOUD SERVICES**
P. O. BOX 51873
LOS ANGELES, CA 90051-6173

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.142** | Nonpriority creditor's name and mailing address

**ELITE LAUNDRY SERVICES OF FL**
7920 NW 76TH AVE
MEDLEY, FL 33166

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$108.73**

---

**3.143** | Nonpriority creditor's name and mailing address

**ELITE TEAM LOGISTICS LLC**
10764 70TH AVE
UNIT 1305
SEMINOLE, FL 33772

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$49,180.00**

---

**3.144** | Nonpriority creditor's name and mailing address

**ELNESER AVIATION LLC**
13340 SE 52ND COURT
MIRAMAR, FL 33027

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,500.00**

---

**3.145** | Nonpriority creditor's name and mailing address

**ENGINE LEASE FINANCE CORPORATION**
BUILDING 156 SHANNON FREE ZONE
SHANNON, CO.CLARE

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$93,872.34**

---

**3.146** | Nonpriority creditor's name and mailing address

**ENTERTEK SOLUTIONS INC.**
20533 BISCAYNE BLVD # 4719
AVENTURA, FL 33180

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147** | Nonpriority creditor's name and mailing address

**Environmental Resources Management**
701 NW 1st Ct.
Miami, FL 33136

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

```
***  SUBJECT  TO  AMENDMENT  AFTER  CLOSURE  OF  MARCH  BOOKS  ***
```

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|

Name

---

**3.148** | Nonpriority creditor's name and mailing address

**EPIC AVIATION LLC**
**P.O. BOX 4707**
**PORTLAND, OR 97208-4707**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$7,100.50

---

**3.149** | Nonpriority creditor's name and mailing address

**Eric Pehmoeller**
**c/o Galen Bauer Esq.**
**76 S. Laura St. Ste 1701**
**Jacksonville, FL 32202**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Runway Excursion__

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.150** | Nonpriority creditor's name and mailing address

**Ernest Samuel Hunter**
**c/o Galen Bauer Esq.**
**76 S. Laura St. Ste 1701**
**Jacksonville, FL 32202**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Runway Excursion__

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.151** | Nonpriority creditor's name and mailing address

**Eurocontrol**
**Rue de la Fusee 96**
**Brussels 1130, BELGIUM**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.152** | Nonpriority creditor's name and mailing address

**EUROPEAN AVIATION SAFETY AGENCY**
**Jonrad-Adenauer-Ufer 3**
**Cologne, GERMANY D-50668**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only__

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.153** | Nonpriority creditor's name and mailing address

**FEDERAL EXPRESS CORP.**
**P.O. BOX 1140**
**MEMPHIS, TN 38101-1140**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$3,154.52

---

**3.154** | Nonpriority creditor's name and mailing address

**FELIX E. PEREZ**
**11780 SW 18TH STREET**
**APT. 526**
**MIAMI, FL 33175**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

$720.00

---

**\* \* \*  SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS  \* \* \***

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $806.00 |
|---|---|---|---|

**FIELD SHOPS INC.**
**579 W. HIGH STREET**
**AURORA, MO 65605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Firas Sufan**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Runway Excursion**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fire & Life Safety Solutions LLC**
**1450 Edge Hill Rd.**
**Abington, PA 19001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,653.00 |
|---|---|---|---|

**FIRST CLASS AI**
**8530 NW 30TH TERRACE**
**DORAL, FL 33122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,059.29 |
|---|---|---|---|

**FLIGHTLINE AIRCRAFT SERVICE**
**113 PENNY LANE**
**NEW FREEDOM, PA 17349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306.35 |
|---|---|---|---|

**FLITELINE**
**WALAARDT SACRESTRAAT 401-403**
**1117 BM SCHIPHOL**
**AMSTERDAM**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**FLYING TIGER COMPANY**
**9530 AURORA AVE. N.**
**SUITE 105**
**SEATTLE, WA 98103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**\* \* \*  SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS  \* \* \***

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Ft. Lauderdale-Hollywood International A**<br>**100 Terminal Dr.**<br>**Ft. Lauderdale, FL 33315** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,217.99 |
|---|---|---|---|
| | **G2 SECURE STAFF**<br>**P.O. BOX 674159**<br>**DALLAS, TX 75267-4159** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,400.00 |
|---|---|---|---|
| | **GA TELESIS LLC**<br>**1850 NW 49TH STREET**<br>**FORT LAUDERDALE, FL 33309** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Gabe Alvizo**<br>**c/o John M. Phillips Esq.**<br>**4230 Ortega Blvd.**<br>**Jacksonville, FL 32210** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Runway Excursion** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Gabriel Alvizo**<br>**c/o John M. Phillips Esq.**<br>**4230 Ortega Blvd.**<br>**Jacksonville, FL 32210** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Runway Excursion** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Gabriella Barela**<br>**c/o John M. Phillips Esq.**<br>**4230 Ortega Blvd.**<br>**Jacksonville, FL 32210** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Runway Excursion** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,005.99 |
|---|---|---|---|
| | **GANDER INTERNATIONAL AIRPORT**<br>**AUTHORITY INC.**<br>**P.O. BOX 400**<br>**GANDER, NL A1V 1W8** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

*** SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS ***

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$288.46**

**GARDA CANADA SECURITY CORP.**
**1390 BARRE STREET**
**MONTREAL, QUEBEC H3C 1N4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Gary Moss**
**c/o Galen Bauer Esq.**
**76 S. Laura St. Ste 1701**
**Jacksonville, FL 32202**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Runway Excursion**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$640.00**

**GAT AIRLINE GROUND SUPPORT**
**246 CITY CIRCLE**
**SUITE 2200**
**PEACHTREE CITY, GA 30269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**GATE GOURMET INC.**
**5200 Blue Lagoon Dr.**
**Suite 710**
**Miami, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Gate Safe Inc.**
**1669 Phoenix Pkwy**
**#104**
**College Park, GA 30349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**GECAS Asset Management Services**
**P.O. BOX 402726**
**ATLANTA, GA 30384-2726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,106.00**

**GENERAL AIR SERVICES N.V.(ARUBA)**
**P. O. BOX 1196**
**ORANJESTAD, DUTCH CARIBBEAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**\*\*\* SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS \*\*\***

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **General Aviation Contractors Inc.**<br>**8249 NW 36 ST.**<br>**SUITE 105**<br>**MIAMI, FL 33166** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** __Notice Only__ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $64,771.60 |
|---|---|---|---|
| | **GLOBAL AIRCRAFT SERVICES INC.**<br>**198 NE 186 TERRACE**<br>**MIAMI, FL 33179** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $37,432.00 |
|---|---|---|---|
| | **GLOBAL AVIATION CO.**<br>**120 TECHNOLOGY PARKWAY**<br>**NORCROSS, GA 30092** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18,116.38 |
|---|---|---|---|
| | **GLOBAL SECURITY**<br>**P.O BOX 4**<br>**MINEOLA, NY 11501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $49,125.00 |
|---|---|---|---|
| | **GOGO LLC**<br>**DEPT. 1381**<br>**DENVER, CO 80256** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $530.25 |
|---|---|---|---|
| | **GOLD STAR PRINTERS**<br>**19085 WEST DIXIE HIGHWAY**<br>**NORTH MIAMI BEACH, FL 33180** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $14,998.34 |
|---|---|---|---|
| | **GOODRICH AIRCRAFT WHEELS AND**<br>**BRAKES**<br>**P.O. BOX 840576**<br>**DALLAS, TX 75284-0576** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** __ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

*** SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS ***

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

**3.183** | Nonpriority creditor's name and mailing address

**Google**
DEPT. 33654
P.O. BOX 39000
SAN FRANCISCO, CA 94139

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | Nonpriority creditor's name and mailing address

**GOURMET GANG**
P.O. BOX 62759
VIRGINIA BEACH, VA 23466

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$12,674.03**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185** | Nonpriority creditor's name and mailing address

**GRAINGER**
P.O. BOX 419267
DEPT 480 - 829830926
KANSAS CITY, MO 64141-6267

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$287.49**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address

**GREAT CIRCLE CATERING LLC**
139 FLIGHTLINE AVE.
PORTSMOUTH, NH 03801

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$5,721.37**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187** | Nonpriority creditor's name and mailing address

**GREATER ORLANDO AVIATION
AUTHORITY**
ACCOUNTS RECEIVABLE
P.O. BOX 864634
ORLANDO, FL 32886-4634

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address

**GREATER TORONTO AIRPORT AUTHORITY**
P.O. BOX 6031
TORONTO AMF
MISSISSAUGA, ON L5P 1B2

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address

**Gunnes Narine**
c/o David Katzman Esq.
100 W. Big Beaver Rd. Ste 130
Troy, MI 48084

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Runway Excursion**

Is the claim subject to offset? ■ No ☐ Yes

---

\*\*\*  SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS  \*\*\*

| Debtor | **Miami Air International, Inc.** | Case number *(if known)* | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hamilton Sundstrand Corporation**
**REPAIR STATION PLT. 6**
**4747 HARRISON AVENUE**
**ROCKFORD, IL 61108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Only__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Harold Blake**
**c/o Galen Bauer Esq.**
**76 S. Laura St. Ste 1701**
**Jacksonville, FL 32202**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Runway Excursion__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Headquarters Air Mobility Command**
**AMC Contracting Office - XOKA**
**Scott Air Force Base, IL 62225-5007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Only__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Honeywell International Inc.**
**P.O. BOX 905132**
**CHARLOTTE, NC 28290-5132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180.00 |
|---|---|---|---|

**HT PACKING & CRATING SOLUTIONS INC**
**7850 SW 131 AVENUE**
**MIAMI, FL 33183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,533.28 |
|---|---|---|---|

**HUNTLEIGH USA CORPORATION**
**DEPT #96-0429**
**OKLAHOMA CITY, OK 73196-0429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,157.21 |
|---|---|---|---|

**HYDRAULIC SUPPLY COMPANY**
**D/B/A/ HYDRAULIC SUPPLY COMPANY**
**300 INTERNATIONAL PARKWAY**
**SUNRISE, FL 33325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

```
*** SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS ***
```

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

**3.197**

Nonpriority creditor's name and mailing address
**Iberia Lineas Aereas de Espana S.A.**
**5835 BLUE LAGOON DRIVE**
**SUITE 350**
**MIAMI, FL 33126**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.198**

Nonpriority creditor's name and mailing address
**IGAviation Tax Services Corp.**
**44 GREYSTONE CRESCENT**
**SUITE 200**
**GEORGETOWN, ON L7G 1G9**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.199**

Nonpriority creditor's name and mailing address
**IMAS AVIATION LLC**
**6916 W HANNA AVE.**
**TAMPA, FL 33634**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.200**

Nonpriority creditor's name and mailing address
**INFLIGHT SUPPLIES & SERVICES LLC**
**562 WORTMAN AVE**
**BROOKLYN, NY 11208**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$8,318.00

---

**3.201**

Nonpriority creditor's name and mailing address
**INNOVATIVE HANDLING SOLUTIONS LLC**
**8620  81ST STREET SO.**
**COTTAGE GROVE, MN 55016**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$1,480.50

---

**3.202**

Nonpriority creditor's name and mailing address
**INT'L  AIR TRANSPORT (IATA)**
**IATA CTRE- RT DE L'AEROPORT 33**
**P.O. BOX 416    CH-1215**
**15 AIRPORT SWISS CONFEDERATION,**
**GENEVA**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$3,000.00

---

**3.203**

Nonpriority creditor's name and mailing address
**INTERIORS BY MILY**
**13205  SW 137th AVENUE**
**SUITE 226**
**MIAMI, FL 33186**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$3,630.00

---

*** SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS ***

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

**3.204**

Nonpriority creditor's name and mailing address
**INTERNATIONAL AVIATION SERVICE INC.**
**4200 WEST 50TH AVENUE**
**ANCHORAGE, AK 99502**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$27,119.55**

---

**3.205**

Nonpriority creditor's name and mailing address
**International Lease Finance Corporation**
**1999 Avenue of the Stars**
**39th Floor**
**LOS ANGELES, CA 90067**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.206**

Nonpriority creditor's name and mailing address
**Iron Mountain**
**P.O. BOX 27128**
**NEW YORK, NY 10087-7128**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.207**

Nonpriority creditor's name and mailing address
**J. L. WELDING**
**P.O. BOX 430761**
**MIAMI, FL 33243**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,250.00**

---

**3.208**

Nonpriority creditor's name and mailing address
**J.D.L. INDUSTRIES INC.**
**P.O. BOX 226380**
**MIAMI, FL 33122-6380**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$702.00**

---

**3.209**

Nonpriority creditor's name and mailing address
**James Hubbard**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Runway Excursion**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.210**

Nonpriority creditor's name and mailing address
**James Miller**
**c/o Galen Bauer Esq.**
**76 S. Laura St. Ste 1701**
**Jacksonville, FL 32202**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Runway Excursion**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

\*\*\*  SUBJECT  TO  AMENDMENT  AFTER  CLOSURE  OF  MARCH  BOOKS  \*\*\*

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,120.00 |
|---|---|---|---|

**JD APPAREL**
**861 SE ACADEMIC AVE**
**LAKE CITY, FL 33025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jean Thompson**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Runway Excursion**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeanette Thompson**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Runway Excursion**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeffrey Lee Biggar**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Runway Excursion**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,208.94 |
|---|---|---|---|

**JEPPESEN**
**P.O.  BOX 840864**
**DALLAS, TX 75284-0864**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jett Pro Line Maintenance**
**2601 FORTUNE CIRCLE DRIVE E.**
**SUITE 101-A**
**INDIANAPOLIS, IN 46241**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joel B. Youngberg**
**8805 SW 103RD CIRCLE**
**OCALA, FL 34481**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

\*\*\* SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS \*\*\*

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Eberstein Consulting LLC**
**d/b/a JOHN EBERSTEIN CONSULTING LLC**
**1023 E. 171 STREET S.**
**GLENPOOL, OK 74033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Only__

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,015.27 |
|---|---|---|---|

**JOHNSON FERRY BAPTIST CHURCH**
**1000 JOHSON FERRY ROAD**
**SUITE 150E**
**MARIETTA, GA 30068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph Napier**
**c/o Galen Bauer Esq.**
**76 S. Laura St. Ste 1701**
**Jacksonville, FL 32202**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Runway Excursion__

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Julia Hubbard**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Runway Excursion__

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,395.62 |
|---|---|---|---|

**KAISERAIR INC.**
**P.O. BOX 2626**
**OAKLAND, CA 94614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Katherine Helms**
**c/o Christopher Gordon Esq.**
**231 Riverside Dr.**
**Macon, GA 31201**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Runway Excursion__

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kayla Zanolli**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Runway Excursion__

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

**\*\*\* SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS \*\*\***

| Debtor | **Miami Air International, Inc.** | Case number *(if known)* | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

**3.225**

**Nonpriority creditor's name and mailing address**
**KELLSTROM COMMERCIAL AEROSPACES INC**
**450 MEDINAH ROAD**
**ROSELLE, IL 60172**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$185,826.66

---

**3.226**

**Nonpriority creditor's name and mailing address**
**Kenton County Airport Board**
**P.O. BOX 645677**
**CINCINNATI, OH 45264-5677**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.227**

**Nonpriority creditor's name and mailing address**
**KIMBALL ELECTRONIC LABORATORY INC.**
**8081 WEST 21ST LANE**
**HIALEAH, FL 33016**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$2,594.50

---

**3.228**

**Nonpriority creditor's name and mailing address**
**KIMLEY-HORN AND ASSOCIATES INC**
**P.O. BOX 932520**
**ATLANTA, GA 31193-2520**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$1,897.37

---

**3.229**

**Nonpriority creditor's name and mailing address**
**Kip Cherurot**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  **Runway Excursion**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.230**

**Nonpriority creditor's name and mailing address**
**KIRKLAND AIRCRAFT PARTS CO.**
**D.B.A. PROPONENT**
**P.O. BOX 841349**
**LOS ANGELES, CA 90084-1349**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$5,127.68

---

**3.231**

**Nonpriority creditor's name and mailing address**
**KLM ROYAL DUTCH AIRLINES**
**COMPONENT SERVICES-SPL/VP**
**P. O. BOX 7700**
**1117 ZL AMSTERDAM SCHIPHOL A/P**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$205,319.46

---

\*\*\* SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS \*\*\*

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

**3.232** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Kristina Stoddard
c/o Galen Bauer Esq.
76 S. Laura St. Ste 1701
Jacksonville, FL 32202

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Runway Excursion

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,184.05**

LSG SKY CHEFS
P.O. BOX 7247-6009
PHILADELPHIA, PA 19170-6009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.234** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Lydia Corcoran Napier
c/o Galen Bauer Esq.
76 S. Laura St. Ste 1701
Jacksonville, FL 32202

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Runway Excursion

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.235** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

MAILFINANCE
P.O. BOX 123682
DALLAS, TX 75312-3682

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Notice Only

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.236** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

Mangrove Insurance Solutions PCC
C/O MARSH MANAGEMENT SERVICES INC
463 MOUNTAIN VIEW DRIVE  SUITE 301
COLCHESTER, VT 05446

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Notice Only

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.237** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Margarita Rivera
c/o John M. Phillips Esq.
4230 Ortega Blvd.
Jacksonville, FL 32210

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  Runway Excursion

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,970.00**

MARGHERITA MARGOTTA
218 BROOKLAKE ROAD
FLORHAM PARK, NJ 07932

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

\* \* \*  SUBJECT  TO  AMENDMENT  AFTER  CLOSURE  OF  MARCH  BOOKS  \* \* \*

| | |
|---|---|
| Debtor **Miami Air International, Inc.** | Case number (if known) **20-13924-BKC-AJC** |
| Name | |

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,391.75 |
|---|---|---|---|

**MARITZ TRAVEL COMPANY**
**1375 N. HIGHWAY DRIVE**
**FENTON, MO 63026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark Michaelson**
**c/o Daryl Idler Esq.**
**2650 Jamacha Rd. Ste 147**
**El Cajon, CA 92019**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Runway Excursion**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARSH USA INC.**
**P.O. BOX 846015**
**DALLAS, TX 75284-6015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Martinique Ground Handling**
**ZONE AEROPORTUAIRE**
**97232 LAMENTIN R.C.S.**
**FORT DE FRANCE, B414592659**
**MARTINIQUE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mary Caldwell**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Runway Excursion**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mary Caldwell**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Runway Excursion**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mary Doreen**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Runway Excursion**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**\* \* \*  SUBJECT  TO  AMENDMENT  AFTER  CLOSURE  OF  MARCH  BOOKS  \* \* \***

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

**3.246**

**Nonpriority creditor's name and mailing address**

**MARY-JO CAROL DIFLORIA**
**844 CRUCIBLE STREET**
**PITTSBURGH, PA 15220**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,237.50

---

**3.247**

**Nonpriority creditor's name and mailing address**

**Maryland Aviation Administration**
**POST OFFICE 46129**
**BALTIMORE WASHINGTON INT'L AIRPORT**
 **MD 21240-6129**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.248**

**Nonpriority creditor's name and mailing address**

**MATERIAL HANDLING SYSTEMS INC.**
**2741 NE 4TH AVE.**
**POMPANO BEACH, FL 33064**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$125.00

---

**3.249**

**Nonpriority creditor's name and mailing address**

**MATHESON TRI-GAS**
**P.O. BOX 123028**
**DEPT3028**
**DALLAS, TX 75312**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$938.00

---

**3.250**

**Nonpriority creditor's name and mailing address**

**MATHIAS E. LEWIS**
**CONAREE TERRANCE**
**CONAREE**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$360.00

---

**3.251**

**Nonpriority creditor's name and mailing address**

**MBJ AIRPORTS LIMITED**
**ISLAND MAILBOXES**
**P.O. BOX 4000**
**MONTEGO BAY**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$78,887.06

---

**3.252**

**Nonpriority creditor's name and mailing address**

**MEKCO GROUP INC.**
**7500 NW 52ND STREET**
**SUITE 102**
**MIAMI, FL 33166**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$47,982.83

---

\*\*\*  SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS  \*\*\*

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

**3.253**

**Nonpriority creditor's name and mailing address**
**METROPOLITAN AIRPORTS COMMISSION NW-9227**
**P.O. BOX 1450**
**MINNEAPOLIS, MN 55485-9227**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,335.46

---

**3.254**

**Nonpriority creditor's name and mailing address**
**METROPOLITAN TOPEKA AIRPORT AUTHORITY   6510 SE FORBES AVE.**
**6510 SE FORBES AVE. STE.1**
**TOPEKA, KS 66619-1446**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,428.00

---

**3.255**

**Nonpriority creditor's name and mailing address**
**MG. BUS TRANSPORTATION**
**1236 SW 118 COURT**
**MIAMI, FL 33184**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,298.00

---

**3.256**

**Nonpriority creditor's name and mailing address**
**Miami Air Pilots Association**
**P.O. BOX 524357**
**MIAMI, FL 33152-4357**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.257**

**Nonpriority creditor's name and mailing address**
**Miami Dade Aviation Department**
**4200 NW 36th St.**
**Miami, FL 33166**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.258**

**Nonpriority creditor's name and mailing address**
**MIAMI HEAT**
**AMERICAN AIRLINES ARENA**
**601 BISCAYNE BLVD.**
**MIAMI, FL 33132**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,699.06

---

**3.259**

**Nonpriority creditor's name and mailing address**
**MIAMI-DADE AVIATION DEPT.**
**P.O. BOX 526624**
**FINANCE DIVISION**
**MIAMI, FL 33152-6624**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,433.50

---

*** SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS ***

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MIAMI-DADE AVIATION DEPT.**
**2261 NW 66th Ave.**
**Building 702 Suite 217**
**Miami, FL 33122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Landlord__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Miami-Dade Fire Rescue**
**9300 NW 41 ST STREET**
**MIAMI, FL 33178-2414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Notice Only__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Hermanson**
**c/o Galen Bauer Esq.**
**76 S. Laura St. Ste 1701**
**Jacksonville, FL 32202**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Runway Excursion__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Robert Allen**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Runway Excursion__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mickey Caldwell**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Runway Excursion__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Microsoft Licensing GP**
**6100 Neil Rd.**
**Ste 100**
**Reno, NV 89511-1137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Notice Only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,720.00 |
|---|---|---|---|

**MID-OHIO AVIATION SERVICES**
**P.O. BOX 41**
**JAMESTOWN, OH 45335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

\* \* \*  SUBJECT  TO  AMENDMENT  AFTER  CLOSURE  OF  MARCH  BOOKS  \* \* \*

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

**3.267** | Nonpriority creditor's name and mailing address
Mildred Reales
c/o John M. Phillips Esq.
4230 Ortega Blvd.
Jacksonville, FL 32210

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Runway Excursion**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address
Mirella Quadri
227 MICHIGAN AVE.
APT 506
MIAMI BEACH, FL 33139

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.269** | Nonpriority creditor's name and mailing address
MIS CHOICE INC.
300 N. MARTINGALE
SUITE 250
SCHAUMBURG, IL 60173

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$8,368.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.270** | Nonpriority creditor's name and mailing address
MissionMode
P.O. BOX 449
LEMONT, IL 60439

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.271** | Nonpriority creditor's name and mailing address
MITCHELL AIRCRAFT PARTS
6775 EAGLE WAY
CHICAGO, IL 60678-1067

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$4,930.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.272** | Nonpriority creditor's name and mailing address
Mohamed Sallam
c/o John M. Phillips Esq.
4230 Ortega Blvd.
Jacksonville, FL 32210

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Runway Excursion**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.273** | Nonpriority creditor's name and mailing address
MONROE COUNTY AIRPORT
972 SOUTH KIRBY ROAD
BLOOMINGTON, IN 47403-9606

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

\*\*\*  SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS  \*\*\*

Debtor **Miami Air International, Inc.**
_____
Name

Case number (if known)   **20-13924-BKC-AJC**
_____

| | |
|---|---|
| 3.274 **Nonpriority creditor's name and mailing address**<br>Najah Garmo<br>c/o Galen Bauer Esq.<br>76 S. Laura St. Ste 1701<br>Jacksonville, FL 32202<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.       **Unknown**<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  Runway Excursion<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.275 **Nonpriority creditor's name and mailing address**<br>Nassau Flight Services Ltd.<br>P.O. BOX AP-59203<br>NASSAU INTENATIONAL AIRPORT<br>, NASSAU BAHAMAS<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.       **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Notice Only<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.276 **Nonpriority creditor's name and mailing address**<br>Navtech Systems Support Inc.<br>295 HAGEY BLVD Ste 200<br>WATERLOO ON, ONTARIO N2L 6R5<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.       **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Notice Only<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.277 **Nonpriority creditor's name and mailing address**<br>NE FLIGHT WATCH LLC<br>P.O. BOX 315<br>PACIFIC, MO 63069<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.       **$2,787.90**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.278 **Nonpriority creditor's name and mailing address**<br>Nekayla Duke<br>c/o John M. Phillips Esq.<br>4230 Ortega Blvd.<br>Jacksonville, FL 32210<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.       **Unknown**<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  Runway Excursion<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.279 **Nonpriority creditor's name and mailing address**<br>NOLA AVIATION LLC<br>401 MARGUERITE RD<br>METAIRIE, LA 70003<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.       **$6,801.57**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.280 **Nonpriority creditor's name and mailing address**<br>North State Aviation<br>4001 N. LIBERTY STREET<br>WINSTON SALEM, NC 27105<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.       **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Notice Only<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

\* \* \*  SUBJECT  TO  AMENDMENT  AFTER  CLOSURE  OF  MARCH  BOOKS  \* \* \*

Debtor    **Miami Air International, Inc.**                                    Case number (if known)    **20-13924-BKC-AJC**

          Name

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$739.50** |
|---|---|---|---|

**NORTHEAST AIR**
**1011 WESTBROOK STREET**
**PORTLAND, ME 04102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,550.00** |
|---|---|---|---|

**OCEAN STATE AVIATION**
**2000 POST RD**
**SUITE 2**
**WARWICK, RI 02886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,100.00** |
|---|---|---|---|

**OH CAPITAL ASSETS INC.**
**14075 S.W. 143RD COURT**
**UNIT # 43**
**MIAMI, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Oladapo Akintonde**
**c/o Louis J. Baptiste Esq.**
**1615 Village Square Blvd. S5**
**Tallahassee, FL 32301**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Runway Excursion__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Omeka Hyles**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Runway Excursion__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Oracle USA Inc.**
**500 ORACLE PARKWAY**
**REDWOOD SHORES, CA 94065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice Only__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$449.78** |
|---|---|---|---|

**ORKIN PEST CONTROL**
**9505 NW 40 STREET-ROAD**
**MIAMI, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

\*\*\*  SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS  \*\*\*

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

**3.288**

**Nonpriority creditor's name and mailing address**
**Orlando Sentinel International Inc.**
**P.O. BOX 5151**
**CHICAGO, IL 60680-5151**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.289**

**Nonpriority creditor's name and mailing address**
**Pacific Western Bank**
**P. O. BOX 69285**
**SEATTLE, WA 98168**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.290**

**Nonpriority creditor's name and mailing address**
**PAGE AVJET FUEL CORP.**
**2423 PAYSPHERE CIRCLE**
**SUITE 400**
**CHICAGO, IL 60674-2458**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$17,157.37

---

**3.291**

**Nonpriority creditor's name and mailing address**
**PAN AM FLIGHT ACADEMY**
**P.O. BOX 660920**
**MIAMI, FL 33266-0920**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$38,792.00

---

**3.292**

**Nonpriority creditor's name and mailing address**
**PANASONIC AVIONICS CORPORATION**
**P.O. BOX 7247-6922**
**PHILADELPHIA, PA 19170-6922**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$13,000.00

---

**3.293**

**Nonpriority creditor's name and mailing address**
**Patrick O'Dwyer**
**c/o Steve Dummitt Esq.**
**618 SW Military**
**San Antonio, TX 78221**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Runway Excursion**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.294**

**Nonpriority creditor's name and mailing address**
**Paul Ebohom**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Runway Excursion**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

*** SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS ***

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

**3.295**

**Nonpriority creditor's name and mailing address**
**PENN STATE UNIVERSITY**
**PENN STATE UNIVERSITY**
**2535 FOX HILL RD.**
**STATE COLLEGE, PA 16803**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

**$3,386.11**

---

**3.296**

**Nonpriority creditor's name and mailing address**
**PHILLIPS-FUEL**
**130 Downing St.**
**Plymouth, PA 18651**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

**$60,644.23**

---

**3.297**

**Nonpriority creditor's name and mailing address**
**Pitambe Parajuli**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _Runway Excursion_

Is the claim subject to offset? ☐ No  ☐ Yes

**Unknown**

---

**3.298**

**Nonpriority creditor's name and mailing address**
**PITTSBURGH PENGUINS**
**CONSOL ENERGY CENTER**
**1001 5TH AVENUE**
**PITTSBURGH, PA 15219**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$513.30**

---

**3.299**

**Nonpriority creditor's name and mailing address**
**Polar Air Cargo**
**2000 WESTCHESTER AVE**
**PURCHASE, NY 10577**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only_

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.300**

**Nonpriority creditor's name and mailing address**
**Pratt & Whitney Group**
**400 MAIN STREET**
**EAST HARTFORD, CT 06108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Notice Only_

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.301**

**Nonpriority creditor's name and mailing address**
**PREMIER BEVERAGE CO.DBA BREAKTHRU**
**P.O. BOX 837**
**BALTIMORE, MD 21203**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$559.95**

---

\*\*\* SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS \*\*\*

Debtor    **Miami Air International, Inc.**
          Name

Case number (if known)    **20-13924-BKC-AJC**

---

**3.302** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
--- | --- | --- | ---

**3.302**

Nonpriority creditor's name and mailing address

**PRO LOGIC COMPUTER SYSTEMS INC.**
**D/B/A PRO LOGIC SYSTEMS**
**14411 COMMERCE WAY   SUITE 400**
**MIAMI LAKES, FL 33016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice Only__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.303**

Nonpriority creditor's name and mailing address

**ProSafeT LLC**
**26500 W. AGOURA ROAD**
**SUITE 102-796**
**CALABASAS, CA 91302**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice Only__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.304**

Nonpriority creditor's name and mailing address

**PROSEGUR SERVICES GROUP INC**
**P.O. BOX 7247-6200**
**PHILADELPHIA, PA 19170-0001**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$5,263.29

---

**3.305**

Nonpriority creditor's name and mailing address

**PROSPECT AIRPORT SERVICES INC.**
**2130 S. WOLF RD**
**DES PLAINES, IL 60018**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$600.00

---

**3.306**

Nonpriority creditor's name and mailing address

**Quality Consulting Company LLC**
**P. O. BOX 612264**
**DALLAS, TX 75261**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice Only__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.307**

Nonpriority creditor's name and mailing address

**QUALITY INSPECTIONS & SERVICES INC.**
**P.O. BOX 558263**
**MIAMI, FL 33255-8263**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,472.00

---

**3.308**

Nonpriority creditor's name and mailing address

**QUANTEM AVIATION SERVICES LLC**
**175 AMMON DRIVE**
**SUITE 106**
**MANCHESTER, NY 03103**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$6,221.25

---

\* \* \*  SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS  \* \* \*

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$97,894.50** |
|---|---|---|---|

**RADIANT GLOBAL LOGISTICS INC.**
P. O. BOX 3627
BELLEVUE, WA 98009-3627

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Due To/From Balance as of February 29, 2020

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Randy Hall**
c/o Galen Bauer Esq.
76 S. Laura St. Ste 1701
Jacksonville, FL 32202

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Runway Excursion

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Results ebc Inc.**
8981 NW 44TH COURT
SUNRISE, FL 33351

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Rhode Island Airport Corporation**
P.O. BOX 845419
BOSTON, MA 02284-5419

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,700.50** |
|---|---|---|---|

**RICHMOND A/P-FOOD & BEV DELAWARE**
**NORTH C**
P.O. BOX 910692
DALLAS, TX 75391-0693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Robert Harmon**
c/o Galen Bauer Esq.
76 S. Laura St. Ste 1701
Jacksonville, FL 32202

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Runway Excursion

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Robert Weaver**
c/o Jeffrey Flax Esq.
533 Newtown Rd. Ste 101
Virginia Beach, VA 23462

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Runway Excursion

Is the claim subject to offset? ■ No ☐ Yes

---

\* \* \*  SUBJECT  TO  AMENDMENT  AFTER  CLOSURE  OF  MARCH  BOOKS  \* \* \*

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

**3.316** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$455.00**

**ROCKWELL COLLINS**
P.O. BOX 120875
DEPT 0875
DALLAS, TX 75312-0875

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.317** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$213.75**

**ROSSELLE'S METALS INC.**
9070 NW 36TH AVE
MIAMI, FL 33147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.318** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$696.68**

**ROYAL AIRLINE LINEN OF FLORIDA INC.**
7920 NW 76TH AVE
MEDLEY, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.319** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Sabre Inc.**
7285 COLLECTION CENTER DR.
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Notice Only 

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.320** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,011.16**

**SAFE FLIGHT SCREENING**
104 TOTEM COURT
SUMMERVILLE, SC 29486

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.321** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Sami Ahmad**
c/o Thomas J. Ellis Esq.
20 N. Clark St 30th Floor
Chicago, IL 60602

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Runway Excursion 

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.322** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Samuel Alvizo**
c/o John M. Phillips Esq.
4230 Ortega Blvd.
Jacksonville, FL 32210

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Runway Excursion 

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

\* \* \*  SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS  \* \* \*

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

**3.323** Nonpriority creditor's name and mailing address

**Samuel Cook**
c/o John M. Phillips Esq.
4230 Ortega Blvd.
Jacksonville, FL 32210

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Runway Excursion**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324** Nonpriority creditor's name and mailing address

**San Antonio Airport**
9800 Airport Blvd.
San Antonio, TX 78216

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.325** Nonpriority creditor's name and mailing address

**Sanford Airport Authority**
ONE RED CLEVELAND BLVD.
STE 200
SANFORD, FL 32773

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.326** Nonpriority creditor's name and mailing address

**Savannah Hyles**
c/o John M. Phillips Esq.
4230 Ortega Blvd.
Jacksonville, FL 32210

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Runway Excursion**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.327** Nonpriority creditor's name and mailing address

**Scott Warrington**
c/o Galen Bauer Esq.
76 S. Laura St. Ste 1701
Jacksonville, FL 32202

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Runway Excursion**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.328** Nonpriority creditor's name and mailing address

**Sean Lindsay**
c/o David Katzman Esq.
100 W. Big Beaver Rd. Ste 130
Troy, MI 48084

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Runway Excursion**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.329** Nonpriority creditor's name and mailing address

**Seanna Hyles**
c/o John M. Phillips Esq.
4230 Ortega Blvd.
Jacksonville, FL 32210

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                          **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Runway Excursion**

Is the claim subject to offset? ■ No ☐ Yes

---

\* \* \* SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS \* \* \*

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|

Name

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**SELECTIVE QUALITY SERVICES INC (SQS)**
**10010 BAHAMA DRIVE**
**CUTLER BAY, FL 33189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,500.00 |
|---|---|---|---|

**SENTRY AEROSPACE**
**708 GINESI DRIVE**
**MORGANVILLE, NJ 07751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Servair S.A.**
**C/O REGIONS**
**3700 WEST 12THE AVENUE**
**HIALEAH, FL 33012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SH&E**
**1700 K STREET N. W.**
**SUITE 730**
**WASHINGTON, DC 20006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $31,600.31 |
|---|---|---|---|

**SHELL AVIATION CREDIT CARD**
**PROCESSING**
**Shell Aviation**
**MINNEAPOLIS, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,912.71 |
|---|---|---|---|

**SHELTAIR AVIATION SERVICES LGA**
**MARINE TERMINAL**
**LA GUARDIA AIRPORT**
**FLUSHING, NY 11371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $43,191.41 |
|---|---|---|---|

**SHELTAIR TAMPA  JET CENTER LLC**
**4751 JIM WALTER BOULEVARD**
**TAMPA, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

\*\*\*  SUBJECT  TO  AMENDMENT  AFTER  CLOSURE  OF  MARCH  BOOKS  \*\*\*

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$700.05** |
|---|---|---|---|

**SHI INTERNATIONAL CORP.**
**P. O. BOX 952121**
**DALLAS, TX 75395-2121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$95.70** |
|---|---|---|---|

**SHORTS TRAVEL MANAGEMENT**
**1203 WEST RIDGEWAY AVE.**
**WATERLOO, IA 50701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Siberlogic**
**3100 STEELES AVE WEST**
**SUITE# 205**
**Maple, ON L4K 3R1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Notice Only__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Siera Canales**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Runway Excursion__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$680.26** |
|---|---|---|---|

**SIGNATURE CANADA FBO SERVICES INC.**
**9025 RYAN AVENUE**
**DORVAL, QC H9P 1A2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$110,767.57** |
|---|---|---|---|

**SIGNATURE FLIGHT SUPPORT**
**P.O. BOX 402458**
**ATLANTA, GA 30384-2458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,218.78** |
|---|---|---|---|

**SILVER WINGS AEROSPACE INC.**
**25400 SW 140 AVE.**
**MIAMI, FL 33032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

\*\*\*  SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS  \*\*\*

| Debtor | **Miami Air International, Inc.** | Case number *(if known)* | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

**3.344** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,916.11**

**SKY MART SALES**
**9475 NW 13TH STREET**
**MIAMI, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.345** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,666.72**

**SKYPAXXX INTERIOR REPAIRS LLC**
**2155 ELLIS ROAD NORTH**
**SUITE 1**
**JACKSONVILLE, FL 32254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.346** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**SMBC AVIATION CAPITAL LIMITED**
**IFSC HOUSE IFSC**
**DUBLIN 1, DUBLIN IRELAND**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.347** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,230.75**

**SOUTHERN GLAZER'S WINE & SPIRITS**
**OF FLORIDA**
**P.O. BOX 864921**
**ORLANDO, FL 32886-4921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.348** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**SPINA AERO CONSULTING**
**RUA EVARISTO VAZ DE ARRUDA 117**
**SAN PAULO, SP BRAZIL 00307-1040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,394.70**

**SPORTS AND ENTERTAINMENT TRAVEL**
**301 NORTH NEIL STREET**
**SUITE 334**
**CHAMPAIGN, IL 61820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$701.64**

**STAPLES BUSINESS ADVANTAGE**
**DEPT DEPT**
**P.O. BOX 660409**
**DALLAS, TX 75266-0409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

\*\*\*  SUBJECT  TO  AMENDMENT  AFTER  CLOSURE  OF  MARCH  BOOKS  \*\*\*

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,250.00 |
|---|---|---|---|

**STAR AVIATION INC.**
**2150 MICHIGAN AVE.**
**MOBILE, AL 36615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.76 |
|---|---|---|---|

**STATE OF NEW JERSEY**
**DIVISION OF REVENUE**
**P.O. BOX 243**
**TRENTON, NJ 08646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,655.95 |
|---|---|---|---|

**STATUS JETS**
**4500 WESTGROVE DRIVE  SUITE 300**
**ADDISON AIRPORT**
**ADDISON, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stericycle Inc.**
**P.O. BOX 6575**
**CAROL STREAM, IL 60197-6575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Notice Only__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steven Brandenburger**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Runway Excursion__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,477.16 |
|---|---|---|---|

**STS COMPONENT SOLUTIONS LLC.**
**P.O BOX 896547**
**CHARLOTTE, NC 28289-6547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $485.15 |
|---|---|---|---|

**STS ENGINEERING SOLUTIONS LLC**
**2000 NE JENSEN BEACH BLVD**
**JENSEN BEACH, FL 34957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

\*\*\*  SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS  \*\*\*

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $687,174.59 |
|---|---|---|---|

**Sun Country Airlines**
**1300 CORPORATE CENTER CURVE**
**EAGAN, MN 55121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Due To/From Balance as of February 29, 2020**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,750.00 |
|---|---|---|---|

**SUNSHINE AVIONICS LLC**
**9974 PRIMIER PARKWAY**
**MIAMI, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $267.00 |
|---|---|---|---|

**SUPER SHUTTLE**
**32331 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693-0323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Susan Cunningham**
**c/o Galen Bauer Esq.**
**76 S. Laura St. Ste 1701**
**Jacksonville, FL 32202**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Runway Excursion**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SWISSPORT FUELING INC.**
**P.O. BOX 734001**
**CHICAGO, IL 60673-4001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SWISSPORT SA FUEL SERVICES LLC**
**P.O. BOX 734001**
**CHICAGO, IL 60673-4001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Swissport USA Inc.**
**P.O. BOX 79062**
**BALTIMORE, MD 21279-0062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

\* \* \*  SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS  \* \* \*

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

**3.365** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,050.00**

**TAHA ALASHI**
254 N. WASHINGTON ST.
SUITE# 105
ROCKVILLE, MD 20850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.366** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74,059.00**

**TALON AIR PARTNERS LLC**
3745 PARK CENTRAL BLVD N
POMPANO BEACH, FL 33,064.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.367** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,131.50**

**TAMPA BAY LIGHTING HOCKEY CLUB**
401 CHANNELSIDE DRIVE
TAMPA BAY, FL 33602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.368** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**TEAMSTERS**
25 Lousiana Avenue NW
Washington, DC 20001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.369** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**TEAMSTERS LOCAL UNION 1224**
2754 Old State Route 73
Wilmington, OH 45177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.370** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$94.11**

**TENNANT**
P.O. BOX 71414
CHICAGO, IL 60694-1414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.371** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$153,183.16**

**THE BOEING COMPANY**
P.O. BOX 840745
DALLAS, TX 75284-0745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

```
***  SUBJECT  TO  AMENDMENT  AFTER  CLOSURE  OF  MARCH  BOOKS  ***
```

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

**3.372** Nonpriority creditor's name and mailing address

THE FIELDS GROUP INC
5766 PRELUDE LANE
CARMEL, IN 46033

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$972.48

---

**3.373** Nonpriority creditor's name and mailing address

THE GOURMET COFFEE CO.
2685 W 81ST STREET
HIALEAH, FL 33016-2716

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$214.00

---

**3.374** Nonpriority creditor's name and mailing address

The Mitre Corporation
ATTN: MARY PAGE MCCANLESS M/S N518
7515 COLSHIRE DRIVE
MCLEAN, VA 22102

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.375** Nonpriority creditor's name and mailing address

Thomas Mahon
c/o Hyram Montero Esq.
100 SE 6th St.
Ft. Lauderdale, FL 33301

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Runway Excursion**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.376** Nonpriority creditor's name and mailing address

TIMCO Line Care LLC
1800 W. 8TH AVE.
HIALEAH, FL 33010

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.377** Nonpriority creditor's name and mailing address

Todd Avery
c/o Hyram Montero Esq.
100 SE 6th St.
Ft. Lauderdale, FL 33301

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Runway Excursion**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.378** Nonpriority creditor's name and mailing address

Toprane Coatney
c/o John M. Phillips Esq.
4230 Ortega Blvd.
Jacksonville, FL 32210

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Runway Excursion**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

\*\*\*  SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS  \*\*\*

| Debtor | **Miami Air International, Inc.** | | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

---

**3.379** | Nonpriority creditor's name and mailing address
Towerstream I Inc.
P.O. BOX 414061
BOSTON, MA 02241-4061

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.380** | Nonpriority creditor's name and mailing address
Transport Canada
P.O. BOX 40
ELMSDALE
NOVA SCOTIA, B0N 1M0 CANADA

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.381** | Nonpriority creditor's name and mailing address
Transportation Security Administration
US DEPARTMENT OF HOMELAND
P.O. BOX 530262
ATLANTA, GA 30353-0262

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.                                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.382** | Nonpriority creditor's name and mailing address
Travis Eckert
c/o John M. Phillips Esq.
4230 Ortega Blvd.
Jacksonville, FL 32210

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.                                **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Runway Excursion**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.383** | Nonpriority creditor's name and mailing address
TRAX USA CORPORATION
GRAND BAY PLAZA
2601 S. BAYSHORE DR. STE.500
COCONUT GROVE, FL 33133

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.                              **$14,148.82**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.384** | Nonpriority creditor's name and mailing address
Tricentis USA Corporation
2570 W EL CAMINO REAL
SUITE 540
MOUNTAIN VIEW, CA 94040

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.385** | Nonpriority creditor's name and mailing address
Tricia Smestad
c/o John M. Phillips Esq.
4230 Ortega Blvd.
Jacksonville, FL 32210

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.                                **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Runway Excursion**

Is the claim subject to offset? ■ No  ☐ Yes

---

\*\*\*  SUBJECT  TO  AMENDMENT  AFTER  CLOSURE  OF  MARCH  BOOKS  \*\*\*

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

**3.386** Nonpriority creditor's name and mailing address

**Trivantis Corpporation**
**75 REMITTANCE DRIVE**
**DEPT 1339**
**CHICAGO, IL 60675-1339**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.387** Nonpriority creditor's name and mailing address

**TSI HOLDING COMPANY**
**999 EXECUTIVE PARKWAY**
**SUITE 202**
**ST LOUIS, MO 63141**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan from Parent Company__

Is the claim subject to offset? ☐ No ☐ Yes

$6,995,589.26

---

**3.388** Nonpriority creditor's name and mailing address

**TUI AIRLINES NEDERLAND B.V.**
**FLUGHAFENSTRASSE 10**
**LANGENHAGEN, GERMANY 30855-0000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,165.27

---

**3.389** Nonpriority creditor's name and mailing address

**TURBO RESOURCES INTL**
**2615 N. ARIZONA AVE**
**CHANDLER, AZ 85225**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$386.36

---

**3.390** Nonpriority creditor's name and mailing address

**Tyler Hall**
**c/o Galen Bauer Esq.**
**76 S. Laura St. Ste 1701**
**Jacksonville, FL 32202**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Runway Excursion__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.391** Nonpriority creditor's name and mailing address

**U.S. CUSTOMS AND BORDER PROTECTION**
**P.O. BOX 979126**
**ST. LOUIS, MO 63197-9000**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

$814.35

---

**3.392** Nonpriority creditor's name and mailing address

**ULINE.COM**
**P.O BOX 88741**
**CHICAGO, IL 60680-1741**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$168.50

---

\*\*\* SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS \*\*\*

| Debtor | **Miami Air International, Inc.** | | Case number *(if known)* | **20-13924-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

---

**3.393**

**Nonpriority creditor's name and mailing address**

**UNICAL AVIATION INC.**
**5188 COMMERCE DRIVE**
**BALDWIN PARK, CA 91706**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$14,005.00**

---

**3.394**

**Nonpriority creditor's name and mailing address**

**UNITED AVIATION SERV (KUWAIT)**
**P.O. BOX 54482**
**PLOT W-30**
**DAFZA, DUBAI**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$37,636.19**

---

**3.395**

**Nonpriority creditor's name and mailing address**

**UNITED HEALTHCARE INS.CO.**
**UHS PREMIUM BILLING**
**P.O. BOX 94017**
**PALATINE, IL 60094-4017**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$6,850.17**

---

**3.396**

**Nonpriority creditor's name and mailing address**

**UNITED PARCEL SERVICE CO**
**825 LOTUS AVE.**
**LOUISVILLE, KY 40213**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$52,198.85**

---

**3.397**

**Nonpriority creditor's name and mailing address**

**UNITED RENTALS NORTH AMERICA INC**
**P.O. BOX 100711**
**ATLANTA, GA 30384-0711**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,266.80**

---

**3.398**

**Nonpriority creditor's name and mailing address**

**UNITED STATES FIRE INSURANCE CO.**
**C/O CRUM & FORSTER  A&H DIVISION**
**5 CHRISTOPHER WAY 2ND FLOOR**
**EATONTOWN, NJ 07724**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$23,480.90**

---

**3.399**

**Nonpriority creditor's name and mailing address**

**UNIVERSITY AIR CENTER**
**4701 NE 40TH TERR.**
**GAINESVILLE, FL 32609**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,605.00**

---

```
*** SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS ***
```

Debtor    **Miami Air International, Inc.**                                Case number (if known)    **20-13924-BKC-AJC**
　　　　　Name

| | | |
|---|---|---|
| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $487.20 |

**3.400**  **Nonpriority creditor's name and mailing address**
**UNIVERSITY OF IOWA**
**PURCHASING DEPT.**
**202 PCO    PO BOX 1002162232**
**IOWA CITY, IA 52242-2500**

As of the petition filing date, the claim is: Check all that apply.    **$487.20**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.401**  **Nonpriority creditor's name and mailing address**
**UNIVERSITY OF VIRGINIA**
**P.O. BOX 400202**
**(2019 PO 2129673)**
**CHARLOTTESVILLE, VA 22904-4837**

As of the petition filing date, the claim is: Check all that apply.    **$1,761.90**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.402**  **Nonpriority creditor's name and mailing address**
**Vaco South Florida LLC**
**P.O. BOX 667**
**BRENTWOOD, TN 37024**

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice Only__

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.403**  **Nonpriority creditor's name and mailing address**
**VACUUM CLEANER MART**
**1741 E. COMMERCIAL BLVD.**
**FT. LAUDERDALE, FL 33334**

As of the petition filing date, the claim is: Check all that apply.    **$567.85**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.404**  **Nonpriority creditor's name and mailing address**
**VALLEY INTERNATIONAL AIRPORT**
**3002 HERITAGE WAY**
**A/P TERMINAL BLDG  3RD FLOOR**
**HARLINGEN, TX 78550**

As of the petition filing date, the claim is: Check all that apply.    **$10,909.20**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.405**  **Nonpriority creditor's name and mailing address**
**VECTOR-DALLAS LOVE FIELD**
**P.O. BOX 206427**
**DALLAS, TX 75320-6427**

As of the petition filing date, the claim is: Check all that apply.    **$1,150.48**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.406**  **Nonpriority creditor's name and mailing address**
**VERIZON WIRELESS**
**P.O. BOX 660108**
**DALLAS, TX 75266-0108**

As of the petition filing date, the claim is: Check all that apply.    **$1,853.90**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**\* \* \*  SUBJECT TO AMENDMENT AFTER CLOSURE OF MARCH BOOKS  \* \* \***

Debtor **Miami Air International, Inc.**

Case number (if known) **20-13924-BKC-AJC**

Name

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Vicki Pehmoeller
c/o Galen Bauer Esq.
76 S. Laura St. Ste 1701
Jacksonville, FL 32202

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Runway Excursion**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Victoria Kidder
c/o John M. Phillips Esq.
4230 Ortega Blvd.
Jacksonville, FL 32210

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Runway Excursion**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.63 |
|---|---|---|---|

VILLAGE HARDWARE INC.
3966 CURTISS PARKWAY
MIAMI SPRINGS, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,998.00 |
|---|---|---|---|

VISION AEROSPACE INC
3460 W 84TH ST BAY # D104
HIALEAH, FL 33018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Vmware
27575 NETWORK PLACE
CHICAGO, IL 60673-1275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $374.17 |
|---|---|---|---|

VOLARE HOSPITALITY
1000 JAMES BLVD
P.O. BOX 329
GANDER, NL A1V 1W7

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Wackenhut Corp.
P.O. BOX 277469
ATLANTA, GA 30384-7469

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Notice Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

\*\*\*  SUBJECT  TO  AMENDMENT  AFTER  CLOSURE  OF  MARCH  BOOKS  \*\*\*

| Debtor | **Miami Air International, Inc.** | Case number (if known) | **20-13924-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

**3.414** | Nonpriority creditor's name and mailing address

**WAKE FOREST UNIVERSITY**
**P.O. BOX 7265**
**WINSTON SALEM, NC 27109-7265**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$843.90**

---

**3.415** | Nonpriority creditor's name and mailing address

**Wendy Sancho**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Runway Excursion**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.416** | Nonpriority creditor's name and mailing address

**WESTERN AMERICAN SPECIALISTS**
**4731 W JEFFERSON BLVD.**
**LOS ANGELES, CA. 90016-0000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$799.00**

---

**3.417** | Nonpriority creditor's name and mailing address

**WHITE TUCKER COMPANY**
**13895 WESTFAIR EAST DR.**
**HOUSTON, TX 77041**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$233.19**

---

**3.418** | Nonpriority creditor's name and mailing address

**Willbur Andrew Lasseter**
**c/o John M. Phillips Esq.**
**4230 Ortega Blvd.**
**Jacksonville, FL 32210**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Runway Excursion**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.419** | Nonpriority creditor's name and mailing address

**William Hortua**
**c/o Chris Kim Esq.**
**3731 Wilshire Blvd. #940**
**Los Angeles, CA 90010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Runway Excursion**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.420** | Nonpriority creditor's name and mailing address

**William Wolfe**
**c/o Galen Bauer Esq.**
**76 S. Laura St. Ste 1701**
**Jacksonville, FL 32202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Runway Excursion**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

```
***  SUBJECT  TO  AMENDMENT  AFTER  CLOSURE  OF  MARCH  BOOKS  ***
```

Debtor   **Miami Air International, Inc.**                                  Case number (if known)   **20-13924-BKC-AJC**
         Name

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**WILMINGTON TRUST COMPANY**
**EMBASSY HOUSE  2ND FLOOR**
**BALLSBRIDGE**
**DUBLIN 4, IRELAND D04 H6Y0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _ Notice Only _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,427.43 |
|---|---|---|---|

**WINNIPEG AIRPORT AUTHORITY**
**ROOM 249 ADMINISTRATION BLDG.**
**2000 WELLINGTON AVE**
**WINNIPEG, MB R3H 1C2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,279.69 |
|---|---|---|---|

**WORLD FUEL SERVICES INC**
**9800 NW 41TH STREET**
**SUITE 400**
**DORAL, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,258.73 |
|---|---|---|---|

**WRIGHT EXPRESS (WEX BANK)**
**P.O. BOX 6293**
**CAROL STREAM, IL 60197-6293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Zachary Thompson
c/o John M. Phillips Esq.
4230 Ortega Blvd.
Jacksonville, FL 32210

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _ Runway Excursion _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Zodiac Seats US LLC**
**C/O THE BANK OF NY - MELLON**
**LOCKBOX 371191**
**PITTSBURGH, PA 15250-7191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _ Notice Only _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

Debtor    **Miami Air International, Inc.**
      Name

Case number (if known)    **20-13924-BKC-AJC**

| | Total of claim amounts | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 10,799,612.85 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 10,799,612.85 |

**Fill in this information to identify the case:**

Debtor name      **Miami Air International, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **20-13924-BKC-AJC**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **See attached Schedule of Contracts** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Report Date: 3/17/2020

| Contract Name | Contract is With | Effective Date | Expiration or Renewal Date | Status | Department |
|---|---|---|---|---|---|
| #60415 On-Call Maintenance Services | Delta Air Lines, Inc. | 11/1/2008 | | Active | Maintenance |
| 733-A/C Lease N733MA 30619 | C.I.T. Leasing Corporation | 12/26/2000 | 5/29/2023 | Active | Administration |
| 735 SMBC Aviation Capital MSN 37260 A/C Lease | | 3/20/2019 | 11/30/2025 | Active | Administration |
| 738-A/C Lease N738MA 32799 | International Lease Finance Corporation | 6/6/2003 | 4/30/2021 | Active | Administration |
| 739-A/C Lease N739MA 30670 | International Lease Finance Corporation | 7/30/2003 | 4/29/2021 | Active | Administration |
| 749-A/C Lease N749MA 36434 | Aviation Capital Group | 9/30/2016 | 4/30/2023 | Active | Administration |
| 758-A/C Lease N758MA 37247 | | 1/25/2019 | 1/25/2025 | Active | Administration |
| ADP, Inc. - Major Accounts Agreement | | 4/22/2014 | | Active | Human Resources |
| Aerothrust Corp-Maintenance Agreement | Aerothrust Corporation | 10/22/2007 | | Active | Maintenance |
| AeroTurbine Inc-General Terms Agreement Engine Lease | AeroTurbine, Inc. | 11/29/2007 | | Active | Maintenance |
| AIMS (Software Support & License Agreement) | AIMS INT'L LTD | 3/18/2013 | | Active | MIS |
| Airborne Maintenance & Engineering Services - Aircraft Maintenance Agreement | | 4/27/2015 | 4/27/2020 | Active | Maintenance |
| Aircraft Engine Management Services (AEMSI) - Statement of Work(5) | Aircraft Engine Management Services, Inc. (AEMSI) | 4/22/2015 | 4/22/2018 | Active | Maintenance |
| Aircraft Service International, Inc., - Into-Plane Fueling Service Agreement | | 9/1/2007 | | Active | Finance |
| Aircraft Service Intn'l Inc.- IATA Standard Ground Handling Agreement (Newark, New Jersey-EWR | Aircraft Service International Inc. | 8/28/2006 | | Active | Ground Handling |
| Aircrafters Inc.-Aircraft Wheel & Brake Support Program | Aircrafters, Inc. | 9/13/2006 | 9/12/2007 | Active | Maintenance |
| Airline Economics Inc-Agreement | Airline Economics Inc. | 1/15/2009 | | Active | Finance |
| Airlines for America - Known Crewmember Services Agreement | Airlines for America | 1/20/2017 | | Active | Operations |
| Airlines Reporting Corporation - Form 410 New Independent Entity Application & Agreement | | 6/9/2006 | | Active | Operations |
| Alaska Airlines-Loan/Borrow & Lease Agreement Terms & Conditions | Alaska Airlines, Inc. | 10/12/2012 | | Active | Maintenance |
| Allied Aviation Fueling-Miami International Airport Fuel Storage Facilities Agreement | Allied Aviation Fueling of Miami | 7/1/2004 | | Active | Finance |
| Alpha-Tech Aviation Svs, Inc.-Aircraft Maintenance/Line Maintenance Proposal Agreement | Alpha-Tech | 6/17/2009 | | Active | Maintenance |

| Contract Name | Contract is With | Effective Date | Expiration or Renewal Date | Status | Department |
|---|---|---|---|---|---|
| Alpha-Tech Aviation Svs, Inc.-Cleaning Services Proposal/Agrement | Alpha-Tech | 3/23/2009 | | Active | Maintenance |
| Alpha-Tech Aviation Svs, Inc.-On-Call Maintennace Agreement | Alpha-Tech | 8/15/2013 | | Active | Maintenance |
| American Society of Composers, Authors & Publishers (ASCAP)-License Agreement Airlines | American Society of Composers, Authors & Publishers | 1/1/2009 | | Active | Administration |
| Andy Hill-Aviation Maintenance Consultant LLC | | 2/27/2014 | | Active | Consulting |
| Annual Reports (2012-2020) | Department of State Div. of Corporations | 5/1/2012 | 4/30/2021 | Active | Legal |
| Apple Vacations Corp - Charter Contract | | 6/17/2019 | | Active | Sales/Marketing |
| ARC Avionics Corp-Enhance Mode "S" System Engineering & Certification | ARC Avionics Corp. | 12/20/2006 | | Active | Maintenance |
| Army-Civil Aircraft Hold Harmless Agreement | Army | 7/18/2006 | | Active | Operations |
| Automated Systems in Aircraft Performance Inc. - Agreement for Automated Systems in Aircraft Performance | | 9/1/2016 | | Active | Operations |
| Avfuel Corporation - Non-Disclosure Agreement | | 9/24/2019 | 9/24/2020 | Active | Non-Disclosure (NDA) |
| AVIAM Limited - IATA Standard Ground Handling Ageeement (Punta Cana) | AVIAM Limited | 11/1/2018 | 11/1/2020 | Active | Ground Handling |
| Aviation Support S.A. de C.V. - Standard Ground Handling Agreement | Aviation Support, S.A. de C.V. | 6/1/2010 | | Active | Ground Handling |
| Avinode - Membership Agreement | Avinode | 11/1/2015 | | Active | Sales/Marketing |
| Avionica-Letter of Intent LOI | Avionica | 7/22/2005 | | Active | Operations |
| Avionics Support Group (ASG) - ADS-B SC Project Proposal | Avionics Support Group | 3/31/2017 | | Active | Maintenance |
| AVS Intn'l Group Inc.-Warehouse Lease(5) | AVS International Group, Inc. | 1/1/2019 | 1/1/2020 | Active | Administration |
| BAE Systems-Proprietary Information Agreement | BAE Systems | 5/12/2015 | 5/12/2027 | Active | Administration |
| Bank of America-Charter Trip Depository Agreement | Bank of America | 3/18/2003 | | Active | Finance |
| Boeing - Maintenance Performance Toolbox | | 3/1/2020 | 2/28/2025 | Active | Maintenance |
| Boeing - Special Consideration Credit Memorandum | | 1/9/2020 | 1/9/2022 | Active | Maintenance |
| Boeing - Technical Consulting Services & Materials Offer | | 12/18/2019 | | Active | Maintenance |
| Boeing Aircraft Customer Services General Terms Agreement (GTA) | | 7/7/2000 | | Active | Maintenance |
| Boeing Company-Customer Services General Terms Agreement - Boeing Aircraft | The Boeing Company | 7/7/2000 | | Active | Operations |

| Contract Name | Contract is With | Effective Date | Expiration or Renewal Date | Status | Department |
|---|---|---|---|---|---|
| Boeing Simulator Usage and Training Order | | 12/16/2019 | 12/16/2022 | Active | Operations |
| Capital Region Airport Authority - Charter Airline Operating Agreement (1) | | 12/1/2016 | 5/21/2019 | Active | Ground Handling |
| CFM General Terms Agreement #CFMS-01187(1) | CFM International, Inc. | 8/23/2012 | | Active | Maintenance |
| CFM-CFM56 General Terms Agreement (GTA) 00-00013 | CFM International, Inc. | 6/13/2000 | | Active | Maintenance |
| CFM-Standard Diagnostics Service Agreement | CFM International, Inc. | 11/4/2009 | | Active | Maintenance |
| Champion Air-On-Call Emergency Maintenance Support Agreement | Champion Air | 5/24/2007 | | Active | Maintenance |
| CIT Bank, N.A., - Non-Disclosure Agreement (NDA) | | 5/2/2019 | 5/2/2020 | Active | Non-Disclosure (NDA) |
| CIT Leasing Corp. 732/733-Consent Agreement and Acknowledgment | C.I.T. Leasing Corporation | 7/20/2001 | | Active | Administration |
| Citgo Petroleum Corp.Aviation Fuel Supply Agreement | Dellem Associates | 9/1/2003 | | Active | Fuel |
| Civil Aviation Authority UK - Memorandum of Understanding(1) | | 3/21/2019 | 3/21/2022 | Active | Sales/Marketing |
| CoLabs IP LLC - Mutual Non-Disclosure Agreement | | 2/5/2020 | 2/5/2021 | Active | Non-Disclosure (NDA) |
| Commercial Jet - General Terms Agreement | Commercial Jet | 6/9/2017 | | Active | Maintenance |
| Commission Policy(1) | | 1/1/2012 | | Active | Sales/Marketing |
| Computer Presentations & Training Inc.-Courseware Development, License & Purchase Agreement | Computer Presentations and Training, Inc. | 10/15/2009 | 10/15/2012 | Active | Operations |
| ConocoPhillips Co-Into-Plane Fuel Contract | Dellem Associates | 2/1/2007 | | Active | Fuel |
| ConocoPhillips Company-Unbranded Aviation Fuel Agreement | Dellem Associates | 2/1/2007 | | Active | Fuel |
| Curtis Gravett - Constant Aviation Consulting Inc Consulting Agreement | | 4/1/2018 | | Active | Consulting |
| Dellem Associates-Aviation Fuel Technical Servs Agreement-Dellem | Dellem Associates | 3/1/1997 | | Active | Fuel |
| Delta Air Lines, Inc. - Engine Services Agreement | Delta Air Lines, Inc. | 12/6/2007 | | Active | Maintenance |
| Delta Air Lines, Inc., - Reciprocal Flight Attendant Cabin Seat Travel Agreement | | 8/1/2009 | | Active | Crew Scheduling |
| Delta Airlines - Maintenance Services Agreement | Delta Airlines | 5/12/2017 | 6/11/2022 | Active | Maintenance |
| Delta Airlines-Charter Ground Handling Master Agreement | Delta Air Lines, Inc. | 8/1/1999 | | Active | Ground Handling |
| Deltacom-Standard AFS Terms and Condition | Deltacom | 11/15/2006 | | Active | MIS |

| Contract Name | Contract is With | Effective Date | Expiration or Renewal Date | Status | Department |
|---|---|---|---|---|---|
| Department of Homeland Security US Customs & Border Protection-Custom Bonds | U.S. Customs and Bordor Protection | 10/1/2011 | | Active | Administration |
| DocuSign - Mutual Non-Disclosure Agreement | | 1/30/2013 | | Active | Non-Disclosure (NDA) |
| DVB Bank SE, London Branch - Non-Disclosure Agreement (NDA) | | 5/14/2019 | 5/14/2020 | Active | Non-Disclosure (NDA) |
| Earthlink Business - Agreement for Service | Earthlink Business | 11/11/2014 | | Active | MIS |
| EcoServices, LLC - EcoPower On-Wing Engine Wash Services Agreement | | 12/31/2014 | 12/31/2019 | Active | Maintenance |
| Elite Laundry Services of Florida Inc. - Service Agreement | | 9/1/2018 | 12/31/2020 | Active | Maintenance |
| Engine Lease Finance Corporation (ELFC) Engine Lease Agreement MSN 039156 | | 4/5/2019 | 10/5/2019 | Active | Maintenance |
| Engine Lease Finance Corporation (ELFC) Engine Lease Agreement MSN 863823 | | 4/5/2019 | 10/5/2019 | Active | Maintenance |
| Engine Lease Finance Corporation (ELFC) Engine Lease Agreement MSN 896732 | | 11/19/2019 | 5/31/2023 | Active | Maintenance |
| EnterTEK Solutions Inc-Consulting Agreement | EnterTEK Soultions, Inc. | 9/21/2009 | | Active | Consulting |
| Environmental Resources Mgm-Industrial Waste 5 Annual Operating Permit | Enironmental resources Management | 5/1/2019 | 4/30/2020 | Active | Maintenance |
| Eurocontrol & the CRCO Extranet for Airspace Users (CEFA) Users | Eurocontrol | 4/3/2007 | | Active | Operations |
| Fire & Life Safety Solutions LLC - Independent Contractor Agreement | | 4/10/2019 | | Active | Safety |
| Flugpjonustan Keflavikurflugvelli-Standard Ground Handling Agreement | Flugpjonustan Keflavikurflugvelli | 5/1/2004 | | Active | Ground Handling |
| Ft. Lauderdale Airport Non-Contracting User Agreement | Various Airlines | 5/1/2004 | | Active | Finance |
| Ft. Lauderdale-Hollywood International Airport - Non-Contracting User Agreement | | 5/1/2014 | | Active | Finance |
| G2 Secure Staff, LLC - Services Contract | | 5/6/2016 | | Active | Ground Handling |
| GA Telesis, LLC - Non-Disclosure Agreement (NDA) | | 6/21/2019 | 6/21/2020 | Active | Non-Disclosure (NDA) |
| Gate Safe, Inc. - Service Agreement | | 7/1/2011 | | Active | MIS |
| GECAS Asset Management Services-Credit Contract | GECAS Asset Management Services | 9/10/2010 | | Active | Maintenance |
| General Aviation Contractors, Inc.-Agreement | General Aviaition Contractors Inc. | 9/1/2006 | | Active | Maintenance |

| Contract Name | Contract is With | Effective Date | Expiration or Renewal Date | Status | Department |
|---|---|---|---|---|---|
| Gogo Inflight Connectivity Services & Equipment Purchase Agreement | Gogo LLC | 1/17/2014 | 1/17/2024 | Active | Administration |
| Gogo LLC - Internet Services Agreement | Gogo LLC | 10/1/2015 | 9/30/2021 | Active | Sales/Marketing |
| Google-Security and Compliance Services Auto Renewal Notice | Google | 6/1/2011 | 5/31/2021 | Active | MIS |
| Government Of D.C. – Department Of Insurance, Securities & Banking – Captive Insurance Company Application | | 10/16/2019 | | Active | Finance |
| Hamilton Sundstrand Technical Publications & Data | Hamilton Sundstrand Corporation | 7/21/2006 | 7/21/2008 | Active | Maintenance |
| Honeywell International Inc. - APU Not-To-Exceed Repair Agreement | Honeywell International Inc. | 2/4/2015 | 2/4/2020 | Active | Maintenance |
| Honeywell International Inc. - Cockpit Voice Recorder Equipment Retrofit and Exchange Agreement | | 2/19/2019 | 12/31/2019 | Active | Maintenance |
| Honeywell International Inc. - VHF Data Radio Equipment Retrofit and Exchange Agreement | | 5/29/2019 | 12/31/2019 | Active | Maintenance |
| Honeywell Int'l Inc-Navigation Data Base Update Service | Honeywell International, Inc. | 8/4/2005 | 7/6/2006 | Active | Maintenance |
| Iacobucci HF Aerospace S.P.A. - Mutual Non-Disclosure Agreement | | 7/30/2015 | 7/30/2020 | Active | Non-Disclosure (NDA) |
| IAI - Proposal for Performance Restoration Shop Visit for ESN 890787 | | 2/12/2018 | 2/12/2019 | Active | Maintenance |
| IATA - Multilateral Fuel Quality Pool Agreement | | 8/20/2018 | | Active | Fuel |
| IATA-Agency Agreement | IATA | 4/11/2007 | | Active | Crew Scheduling |
| IATA-Flight Data Analysis Software Purchase Agreement | IATA | 10/13/2005 | | Active | Operations |
| Iberial Lineas Aereas de Espana-General Terms of Agreement (GTA) | Iberia Lineas Aereas de Espana, S.A. Operadora | 10/27/2011 | | Active | Maintenance |
| IGAviation Tax Services Corp.-Engagement Agreement | IGAviation Tax Services Corp. | 8/7/2011 | | Active | Administration |
| IMAS Aviation, LLC - Standard Ground Handling Agreement | | 1/1/2018 | | Active | Ground Handling |
| Iron Mountain-Secure Shredding Services Agreement | Iron Mountain | 6/5/2007 | | Active | Administration |
| Jeppesen Sanderson Inc.-NavData License Agreement | Jeppesen Sanderson, Inc. | 4/16/2001 | | Active | Operations |
| Jeppesen Sanderson Inc-Master Services Agreement | Jeppesen Sanderson, Inc. | 8/10/2005 | | Active | Operations |
| Jett Pro Line Maintenance-Aircraft Maintenance Contract | Jett Pro Line Maintenance | 5/12/2006 | | Active | Maintenance |
| JLT Insurance Management (Bermuda) Ltd. - Isosceles Segregated Account | | 10/16/2019 | | Active | Finance |

| Contract Name | Contract is With | Effective Date | Expiration or Renewal Date | Status | Department |
|---|---|---|---|---|---|
| Joel B. Youngberg - Consulting Agreement | Joel B. Youngberg | 6/23/2017 | | Active | Consulting |
| John Eberstein Consulting, LLC - Consulting Agreement | John Eberstein Consulting, LLC | 10/9/2017 | | Active | Consulting |
| Kellstrom Commercial Aerospace Inc., - Engine Lease Agreement (ESN 803999) | | 8/9/2019 | 2/9/2020 | Active | Maintenance |
| Kellstrom Commercial Aerospace, Inc., - Non-Disclosure Agreement | | 7/29/2019 | 7/29/2020 | Active | Non-Disclosure (NDA) |
| Kenton County Airport Board - Non-Signatory Airline Operating Agreement | Kenton County Airport Board | 5/1/2014 | | Active | Ground Handling |
| Kimley Horn - Drinking Water Sampling(3) | Kimley Horn | 1/16/2017 | | Active | Maintenance |
| KLM - General Terms of Agreement (Contract # 2017KLMTO7160 ) | KLM | 7/1/2017 | 7/1/2022 | Active | Maintenance |
| Kuribayashi Transportation Company, Ltd - Non-Disclosure Agreement (NDA) | | 5/8/2019 | 5/8/2020 | Active | Non-Disclosure (NDA) |
| Lee County Port Authority-Nonparticipating Airline Airport Use Permit SW FLL  Airport | Lee County Port Authority | 9/13/2005 | | Active | Ground Handling |
| Liquor License - State of Florida | | 9/2/2015 | 9/30/2020 | Active | Finance |
| MAI Employee-Training Agreement | MAI Employee | 10/31/2003 | | Active | Operations |
| Mangrove Insurance Solutions, PCC | | 10/15/2019 | | Active | Finance |
| Marsh USA Inc. - Client Service Agreement | | 11/1/2018 | 10/31/2020 | Active | Finance |
| Martinique Ground Handling - Standard Group Handling Agreement | | 5/1/2011 | | Active | Ground Handling |
| Maryland Aviation Administration - Baltimore/Washington Intn'l Thurgood Marshall Airport | Maryland Aviation Administration | 5/6/2008 | | Active | Ground Handling |
| MBJ Airports Limited-Air Carrier Operating Agreement Sangster Intn'l Airport | | 4/1/2016 | 3/31/2026 | Active | Ground Handling |
| MCAP Europe Limited - Non-Disclosure Agreement | | 2/26/2018 | 2/26/2022 | Active | Non-Disclosure (NDA) |
| Miami Air | United States Patent and Trademark Office | 1/11/2004 | 8/14/2024 | Active | Legal |
| Miami Air Int. and Design | United States Patent and Trademark Office | 12/27/2005 | 1/28/2025 | Active | Legal |
| Miami Air Pilots Association (MAPA) | MIAMI AIR PILOTS ASSOCIATION | 4/2/2001 | | Active | Operations |
| Miami Dade Aviation-Idle Trust Run Permit-Miami Dade Aviation Dept. | Miami Dade Aviation Department | 10/18/2010 | | Active | Maintenance |
| Miami Dade County - Airline Use Agreement | | 8/10/2018 | 4/30/2033 | Active | Legal |

| Contract Name | Contract is With | Effective Date | Expiration or Renewal Date | Status | Department |
|---|---|---|---|---|---|
| Miami Dade County - Lease Agreement 871 (Hanger Space)(1) | Miami Dade County Aviation Department | 5/10/2015 | 5/9/2020 | Active | Administration |
| Miami Dade County - Lease Agreement 875 Office Space (1) | Miami Dade County Aviation Department | 5/10/2015 | 5/9/2020 | Active | Administration |
| Miami Dade County Aviation Dept.-Miami Intn'l Airport Cooperation Parties Group Agreement | Miami Dade County Aviation Department | 8/1/2001 | | Active | Finance |
| Miami Dade County-Tolling Agreement | Miami Dade County | 6/1/2001 | | Active | Administration |
| Miami Intnl Airport Aviation Dept-Letter of Agreement(lock & key) | Miami International Airport | 2/2/2006 | | Active | Maintenance |
| Miami-Dade Aviation Department - Non-Discrimination Acts & Authorities | | 11/8/2018 | | Active | Administration |
| Miami-Dade Fire Rescue Department - Consent Agreement | | 2/18/2020 | | Active | Safety |
| Microsoft - Products and Services Agreement | Microsoft | 3/1/2015 | | Active | MIS |
| Microsoft-Business and Services Agreement | Microsoft Licenisng, GP | 9/21/2009 | | Active | MIS |
| Microsoft-Volume Licensing Select Plus Agreement(1) | Microsoft Licenisng, GP | 9/28/2012 | | Active | MIS |
| Mirella Quadri - Severance and General Release Agreement | | 2/25/2019 | | Active | Severance |
| MIS Choice, Inc - MIS Choice SaaS Agreement | MIS Choice Inc. | 7/7/2015 | | Active | Safety |
| Miscellaneous Design | United States Patent and Trademark Office | 1/25/2004 | 10/7/2023 | Active | Legal |
| MissionMode-Master Subscription Agreement | MissionMode | 12/31/2010 | | Active | Administration |
| Nassau Flight Services, LTD. - IATA Standard Ground Handling Agreement | | 11/1/2019 | 10/31/2020 | Active | Ground Handling |
| Navtech Systems Support Inc-Master Agreement - Flight Operations Services | Navtech Systems Support Inc. | 10/20/2005 | 7/31/2009 | Active | Operations |
| Nedbank Limited - Non-Disclosure Agreement (NDA) | | 6/10/2019 | 6/10/2020 | Active | Non-Disclosure (NDA) |
| North State Aviation - General Terms Agreement #NSAMAI-NOV15 | | 11/12/2015 | 11/12/2020 | Active | Maintenance |
| Northrop Grumman's Technical Services-Teaming Agreement | Northrop Grumman's Technical Services | 9/18/2018 | 9/18/2023 | Active | Maintenance |
| Oracle License and Services Agreement-Oracle USA, Inc. | Oracle USA, Inc. | 11/17/2009 | | Active | MIS |
| Orlando Int'l Airport-Resolution of the Greater Orlando Aviation Authority(2) | Greater Orlando Aviation Authority | 11/1/2013 | | Active | Ground Handling |
| Orlando Sanford Airport-Airport Operating Agreement | Sanford Airport Authority | 9/3/1996 | | Active | Ground Handling |
| Orlando Sanford Intn'l-Standard Ground Handling Agreement | Orlando Sanford International, Inc. | 7/1/2000 | | Active | Ground Handling |

| Contract Name | Contract is With | Effective Date | Expiration or Renewal Date | Status | Department |
|---|---|---|---|---|---|
| Outsource Online & Consulting-Confidentiality & Consulting Services Agreement | | 5/28/2013 | | Active | Consulting |
| P&W Technical Publications General Terms Agreement | Pratt & Whitney Group | 8/15/2005 | | Active | Maintenance |
| Pacific Western Bank - Non-Disclosure Agreement (NDA) | | 5/3/2019 | 3/3/2020 | Active | Non-Disclosure (NDA) |
| Pan Am Flight Academy-Disclaimer Agreement | Pan Am Flight Academy | 8/2/2011 | | Active | Operations |
| Pan Am Flight Academy-Training Services Agreement(3) | Pan Am Flight Academy | 1/13/2016 | | Active | Operations |
| Pan Am International Flight Academy, Inc. - Building 875 Overhead Cost Sharing Agreement | | 11/1/2017 | | Active | Administration |
| Pan Am Intn'l Flight Academy - Strategic Alliance & Hiring Pipeline Agreement | | 4/1/2016 | | Active | Operations |
| Peduzzi Associates - Professional Services Agreement | Peduzzi Associates | 3/1/2017 | | Active | Sales/Marketing |
| Philadelphia Fee Payment Agreement | City of Philadelphia | 1/1/2000 | | Active | Ground Handling |
| Polar Air Cargo Worldwide-License Agreement(1) | Polar Air Cargo Worldwide | 2/7/2014 | | Active | Herb |
| ProDIGIQ Inc. - Service & Support Agreement & Non-Disclosure Agreement | ProSafeT, LLC | 10/1/2017 | 9/20/2022 | Active | Non-Disclosure (NDA) |
| Prospect Airport Services - Airport Services Agreement | Prospect Airport Services | 5/4/2014 | | Active | Ground Handling |
| Prospect Airport Services, Inc. – IATA Standard Ground Handling Agreement (CVG-MIA) | | 10/21/2019 | | Active | Ground Handling |
| Quality Consulting Company, LLC - Independent Contractor Agreement | | 7/8/2019 | | Active | Consulting |
| Radiant Global Logistic, Inc. - Contract Agreement for USTRANASCOM/DOD | Radiant Global Logistic, Inc | 10/1/2019 | 9/30/2024 | Active | Herb |
| Radiant Global Logistic, Inc. - Teaming and Subcontracting Agreement | Radiant Global Logistic, Inc | 10/5/2017 | 1/31/2023 | Active | Herb |
| Reservation of U.S. Registration Number N770MA & N778MA | U.S. Department of Transportation | 7/20/2010 | 7/20/2020 | Active | Maintenance |
| Results ebc, Inc. - Service Agreement | Results ebc, Inc. | 4/7/2017 | | Active | Human Resources |
| Rhode Island Operating Agreement | Rhode Island Airport Corporation | 4/10/2001 | | Active | Ground Handling |
| Robert Orville Lane - Consulting Agreement | Robert Orville Lane | 10/2/2017 | | Active | Consulting |
| Rockwell Collins - ADS-B Proposal | Rockwell Collins | 4/6/2017 | 3/30/2019 | Active | Maintenance |
| Rockwell Collins-End Use/End User Blanket Certificate(1) | Rockwell Collins | 5/19/2009 | | Active | Maintenance |
| Sabre Inc. - Sabre Customer Agreement(4) | Sabre Inc. | 1/1/2019 | 1/1/2022 | Active | Operations |

| Contract Name | Contract is With | Effective Date | Expiration or Renewal Date | Status | Department |
|---|---|---|---|---|---|
| Sales Department - Confidentiality & Non-Competition Agreement | | 3/13/2015 | | Active | Sales/Marketing |
| San Antonio Airport - Airline Operating Permit | San Antonio Airport | 6/15/2012 | | Active | Ground Handling |
| Saxon Business Systems - Lease Agreement | | 12/18/2018 | 12/18/2023 | Active | MIS |
| Securitas Security Services USA, Inc. - Security Services Agreement | | 5/27/2016 | | Active | Administration |
| Selective Quality Services Inc., - Independent Contractor Agreement | | 9/20/2019 | | Active | Maintenance |
| Servair, S.A. - Standard Ground Handling Agreement | | 4/4/2012 | | Active | Ground Handling |
| SH&E-2008 Standard Engagement Letter | SH&E | 4/22/2008 | | Active | Administration |
| Siberlogic-Non-Disclosure Agreement | Siberlogic | 6/17/2011 | | Active | Non-Disclosure (NDA) |
| Snecma America Engine Services-Engine Maintenance Services Agreement | Sencma America Engine Services | 12/10/2009 | | Active | Maintenance |
| Sprint Voice Solutions Sales Agreement | Sprint PCS | 9/30/2004 | 9/30/2006 | Active | MIS |
| Stericycle, Inc. - (Nashville, TN)  APHIS Services Agreement | Stericycle, Inc. | 5/25/2017 | | Active | Ground Handling |
| Stericycle, Inc. - (Wichita, KS) APHIS Services Agreement | | 11/16/2016 | | Active | Ground Handling |
| STG Aerospace Limited - Non-Disclosure Agreement | | 7/6/2015 | 7/6/2020 | Active | Non-Disclosure (NDA) |
| STS AeroStaff Services-Direct Hire Agreement | STS AeroStaff Services | 8/16/2011 | | Active | Maintenance |
| Sun Country Airlines-CRAF Contractor Team Agreement | Sun Country Airlines | 6/10/2018 | 9/30/2020 | Active | Herb |
| Swissport  USA Inc-(Oakland)-Standard Ground Handling Agreement | Swissport USA, Inc. | 2/1/2004 | | Active | Ground Handling |
| Swissport  USA Inc. (Las Vegas)-Standard Ground Handling Agreement | Swissport USA, Inc. | 2/1/2004 | | Active | Ground Handling |
| Swissport  USA, Inc.(Anchorage)-Standard Ground Handling Agreement | Swissport USA, Inc. | 2/1/2004 | | Active | Ground Handling |
| Swissport USA Inc (Seattle)-Standard Ground Handling Agreement | Swissport USA, Inc. | 2/1/2004 | | Active | Ground Handling |
| Swissport USA Inc. (Miami)-Standard Ground Handling Agreement | Swissport USA, Inc. | 2/1/2004 | | Active | Ground Handling |
| Swissport USA Inc. (Washington)-Standard Ground Handling Agreement | Swissport USA, Inc. | 2/1/2004 | | Active | Ground Handling |
| Teamsters Local Union #747-Letter of Agreement | Teamsters Local Union No. 747 | 6/15/2008 | | Active | Administration |

| Contract Name | Contract is With | Effective Date | Expiration or Renewal Date | Status | Department |
|---|---|---|---|---|---|
| The Boeing Company - 737-800 Landing Gear Overhaul and Uplock Assembles Order | | 7/15/2018 | | Active | Maintenance |
| The Boeing Company - Computer Training Materials | | 2/7/2019 | 2/7/2021 | Active | Operations |
| The Boeing Company - Onboard Performance Tool - Software License Order | | 12/1/2018 | 11/30/2021 | Active | Operations |
| The Gourmet Coffee Co.-Leased Equipment Installation Agreement | The Gourmet Coffee Co. | 8/15/2007 | | Active | Administration |
| The Mitre Corporation-Non-Reimbursable Cooperative Agreement | The Mitre Corporation | 2/5/2018 | 2/5/2028 | Active | Safety |
| Timco Line Care, LLC-Standard Ground Handling Agreement | TIMCO | 2/1/2011 | | Active | Maintenance |
| Towerstream I Inc-Service Access Agreement | Towerstream I Inc. | 1/11/2012 | 1/11/2014 | Active | MIS |
| Transport Canada - Memorandum of Understanding | | 10/22/2007 | | Active | Memorandum of Understanding (MOU) |
| TRAX-Purchase & Support Agreement | TRAX | 6/29/2001 | | Active | Maintenance |
| Tricentis USA Corporation - Master Agreement 20184429/474 | | 12/20/2018 | 12/20/2021 | Active | Operations |
| Trivantis Corp-Coursemill LMSProposal | Trivantis Corporation | 3/3/2015 | 3/2/2018 | Active | Safety |
| True Aviation Inc. - Conversion Services Agreement | True Aviation Inc. | 6/1/2012 | | Active | Safety |
| True Aviation Inc. - Hosting Agreement | True Aviation Inc. | 6/1/2012 | | Active | Safety |
| TSI Holding Company Severance and General Release Agreement - Sharon Cholodofsky | | 8/23/2018 | | Active | Severance |
| TUI Airlines Belgium N.V. - ACMI Charter Agreement Winter 2019-2020 | | 12/21/2019 | 4/13/2020 | Active | Administration |
| TUI Airlines Belgium N.V. - Non-Disclosure Agreement | | 10/18/2018 | 10/18/2020 | Active | Non-Disclosure (NDA) |
| U.S. Dept of Agriculture Animal & Plant Health Inspection-Compliance Agreement | U.S. Dept. of Agriculture Animal Health Inspection | 11/20/2013 | | Active | Ground Handling |
| United Parcel Service Co-Loan/Borrow & Lease Agreement Terms & Conditions | United Parcel Service Co. | 1/16/2009 | | Active | Maintenance |
| United States EPA-Consent & Request - The Safe Drinking Water Act | United States - EPA | 9/12/2005 | | Active | Maintenance |
| Universal Technical Resource Services, Inc., - Hosting Agreement | | 4/30/2006 | | Active | Operations |
| US Customs & Board Protection - Memorandum of Understanding (Las Vegas) | | 10/1/2018 | | Active | Memorandum of Understanding (MOU) |

| Contract Name | Contract is With | Effective Date | Expiration or Renewal Date | Status | Department |
|---|---|---|---|---|---|
| US Customs & Board Protection - Memorandum of Understanding (Philadelphia) | | 2/16/2018 | | Active | Memorandum of Understanding (MOU) |
| US Customs & Boarder Protection - Memorandum of Understanding (Newark) | | 5/11/2018 | | Active | Memorandum of Understanding (MOU) |
| US Customs & Border Protection - Charlotte/Douglas Intn'l Airport (CTL) - Memorandum of Understanding (MOU) | | 10/31/2017 | | Active | Memorandum of Understanding (MOU) |
| US Customs & Border Protection - Detroit (DTW)  Memorandum of Understanding (MOU) | | 2/16/2018 | | Active | Memorandum of Understanding (MOU) |
| US Customs & Border Protection - Immigration Visa Waiver Program Agreement(1) | | 6/16/2011 | 6/27/2025 | Active | Ground Handling |
| US Customs & Border Protection - Louis Armstrong New Orleans (MSY) Memorandum of Understanding (MOU) | | 2/16/2018 | | Active | Memorandum of Understanding (MOU) |
| US Customs & Border Protection - Phoenix (PHX) Memorandum of Understanding (MOU) | | 2/16/2018 | | Active | Memorandum of Understanding (MOU) |
| US Customs & Border Protection - Pittsburgh (PIT) Memorandum of Understanding (MOU) | | 2/16/2018 | | Active | Memorandum of Understanding (MOU) |
| US Customs & Border Protection - Section 481 Service Fee Agreement | | 2/16/2018 | | Active | Ground Handling |
| US Department of Homeland Security - N.D.A. | | 2/12/2018 | | Active | Non-Disclosure (NDA) |
| USA - Certificate of Registration - Miami Air Safety Management System Manual | | 8/15/2012 | | Active | Legal |
| UTC Aerospace Systems (AKA Goodrich Corp)-Charge Per Aircraft Landing Agreement | Goodrich | 10/18/2011 | 12/31/2021 | Active | Maintenance |
| Vaco South Florida, LLC - Direct Hire Fee Agreement | | 7/26/2019 | | Active | Human Resources |
| Valley International Airport - Standard Ground Handling Agreement | Valley International Airport | 8/14/2013 | | Active | Ground Handling |
| Verizon - Wireless Major Account Agreement | | 12/21/2016 | | Active | Administration |
| VMware-Software Distruction Agreement | VMware | 1/4/2010 | | Active | MIS |
| Volito Aviation Services AB - Non-Disclosure Agreement | | 5/17/2019 | 5/17/2020 | Active | Non-Disclosure (NDA) |
| Vortex Control Technologies-Proprietary Information Agreement PIA No. 149 | Vortex Control Technologies, LLC | 1/7/2013 | 1/7/2028 | Active | Administration |
| Wackenhut Corp.-Teaming Agreement & Non-Disclosure Agreement | Wackenhut Corporation | 8/17/2009 | | Active | Sales/Marketing |
| Wells Fargo - Safe Deposit Box #342 | Wachovia Bank | 7/15/2011 | 7/15/2020 | Active | Administration |
| Zodiac Seats US LLC - Mutual NonDisclosure Agreement | | 8/5/2015 | 8/5/2020 | Active | Non-Disclosure (NDA) |

**Fill in this information to identify the case:**

Debtor name __Miami Air International, Inc.__

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    __20-13924-BKC-AJC__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | | Column 2: Creditor | |
|---|---|---|---|---|
| Name | Mailing Address | | Name | Check all schedules that apply: |
| 2.1 **TSI Holding Company** | **999 Executive Parkway Dr. Saint Louis, MO 63141 Limited guarantee up to $5 million with Bank of America to cover commitments of Miami Air under its Letters of Credit and its credit card program through Bank of America.** | | **Bank of America** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Miami Air International, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **20-13924-BKC-AJC**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $23,900,703.00 |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | $111,816,614.00 |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $117,552,603.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | Miami Air International, Inc. | | Case number (if known) | 20-13924-BKC-AJC |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **See attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **See attached** | | **$0.00** | |

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Audits by Federal and State Agencies - see attached descriptions** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **Arbitration - National Air** | **Breach of Contract. National Airlines paid the Debtor $150,000 on January 22, 2020** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| Voided | Account | # | Date | Type | Vendor | Amount |
|--------|---------|---|------|------|--------|--------|
| | Operating | 156760 | 12/31/2019 | CHK | EDWARD CARBALLOSA | ($400.00) |
| | Operating | 190803 | 12/26/2019 | CHK | SERVICES AERIENX LUX INC | $13,834.30 |
| | Operating | 190804 | 12/26/2019 | CHK | JUAN O' NAGHTEN | $9,166.67 |
| | Operating | 190805 | 12/26/2019 | CHK | DIVISION OF ALCOHOLIC BEVERA | $1.71 |
| | Operating | 190806 | 12/26/2019 | CHK | ANGELA LYNN AMBS | $507.12 |
| | Operating | 190807 | 12/26/2019 | CHK | NEIGHBORS COFFEE COMPANY | $1,511.50 |
| | Operating | 190808 | 12/26/2019 | CHK | CHENEY BROTHERS, INC. | $1,386.79 |
| | Operating | 190809 | 12/26/2019 | CHK | MARIJANE DOLHANCRYK | $600.00 |
| | Operating | 190810 | 12/26/2019 | CHK | BRUCE EMBREE | $1,201.29 |
| | Operating | 190811 | 12/26/2019 | CHK | MELISSA GONZALEZ | $315.83 |
| | Operating | 190812 | 12/26/2019 | CHK | ALG VACATIONS CORP | $2,000.00 |
| | Operating | 190813 | 12/26/2019 | CHK | VISION SERVICE PLAN INSURANC | $1,360.91 |
| | Operating | 190814 | 12/26/2019 | CHK | MANGROVE INSURANCE SOLUTIONS | $78,364.00 |
| | Operating | 190815 | 12/26/2019 | CHK | JOHN VALENTINE | $95.30 |
| | Operating | 190816 | 12/26/2019 | CHK | UNITED STATES FIRE INSURANCE | $24,427.20 |
| | Operating | 190817 | 12/26/2019 | CHK | UNITED HEALTHCARE INS.CO. | $6,672.84 |
| | Operating | 190818 | 12/26/2019 | CHK | VERIZON WIRELESS | $1,825.86 |
| | Operating | 190819 | 12/26/2019 | CHK | INTEGRITY SERVICES USA, INC. | $454.00 |
| | Operating | 190820 | 12/26/2019 | CHK | EARTHLINK BUSINESS 1058 - WI | $8,659.33 |
| | Operating | 190821 | 12/26/2019 | CHK | AEREOS INTERIOR SOLUTIONS | $3,077.24 |
| | Operating | 190822 | 12/26/2019 | CHK | AERO DECALS | $795.40 |
| | Operating | 190823 | 12/26/2019 | CHK | AEROPORTS DE MONTREAL | $658.78 |
| | Operating | 190824 | 12/26/2019 | CHK | AEROSERVICIOS USA | $2,521.68 |
| | Operating | 190825 | 12/26/2019 | CHK | BARFIELD AERO LLC | $1,456.68 |
| | Operating | 190826 | 12/26/2019 | CHK | AIR CULINAIRE WORLDWIDE, LLC | $10,158.64 |
| | Operating | 190827 | 12/26/2019 | CHK | AIR-GROUND LOGISTICS, INC. | $13,914.41 |
| | Operating | 190828 | 12/26/2019 | CHK | AIRCRAFT TECHNICAL PROFESSIO | $44,595.91 |
| | Operating | 190829 | 12/26/2019 | CHK | AIRLINES MANAGEMENT SERV. CO | $3,292.32 |
| | Operating | 190830 | 12/26/2019 | CHK | AIRSPACE TECHNOLOGIES | $1,098.81 |
| | Operating | 190831 | 12/26/2019 | CHK | ANSETT AIRCRAFT SPARES & SER | $140.00 |
| | Operating | 190832 | 12/26/2019 | CHK | ASTRONICS ADVANCED ELECTRONI | $29,671.00 |
| | Operating | 190833 | 12/26/2019 | CHK | AVIALL-DALLAS | $838.22 |
| | Operating | 190834 | 12/26/2019 | CHK | BLOOMINGTON NORMAL AIRPORT A | $460.00 |
| | Operating | 190835 | 12/26/2019 | CHK | CALGARY AIRPORT AUTHORITY | $445.20 |
| | Operating | 190836 | 12/26/2019 | CHK | AT YOUR SERVICE MANAGEMENT I | $2,244.78 |
| | Operating | 190837 | 12/26/2019 | CHK | CITY OF LOS ANGELES | $927.10 |
| | Operating | 190838 | 12/26/2019 | CHK | CITY OF AUSTIN | $4,119.81 |
| | Operating | 190839 | 12/26/2019 | CHK | CRANE WORLDWIDE | $965.74 |
| | Operating | 190840 | 12/26/2019 | CHK | DIVERSIFIED AERO SERVICES, I | $766.68 |
| | Operating | 190841 | 12/26/2019 | CHK | EDMONTON REGIONAL INT'L A/P | $978.28 |
| | Operating | 190842 | 12/26/2019 | CHK | CREW OUTFITTERS | $911.98 |
| | Operating | 190843 | 12/26/2019 | CHK | GANDER INTERNATIONAL AIRPORT | $1,059.70 |
| | Operating | 190844 | 12/26/2019 | CHK | GAT AIRLINE GROUND SUPPORT | $2,800.00 |
| | Operating | 190845 | 12/26/2019 | CHK | GLOBAL AIRCRAFT SERVICES, IN | $11,148.31 |
| | Operating | 190846 | 12/26/2019 | CHK | GLOBAL SECURITY | $1,425.00 |
| | Operating | 190847 | 12/26/2019 | CHK | G2 SECURE STAFF | $4,046.38 |
| | Operating | 190848 | 12/26/2019 | CHK | W.W. GRAINGER, INC. | $151.66 |
| | Operating | 190849 | 12/26/2019 | CHK | GREAT CIRCLE CATERING LLC | $4,537.36 |
| | Operating | 190850 | 12/26/2019 | CHK | GROUND POINTE | $400.00 |
| | Operating | 190851 | 12/26/2019 | CHK | INTERACTION RESEARCH CORP | $2,800.00 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|---|---|---|---|---|---|---|
| | Operating | 190852 | 12/26/2019 | CHK | JD APPAREL | $530.00 |
| | Operating | 190853 | 12/26/2019 | CHK | J.D.L. INDUSTRIES, INC. | $588.00 |
| | Operating | 190854 | 12/26/2019 | CHK | JEPPESEN | $33,709.78 |
| | Operating | 190855 | 12/26/2019 | CHK | JETSCAPE SERVICES LLC | $6,201.61 |
| | Operating | 190856 | 12/26/2019 | CHK | LSG SKY CHEFS | $8,054.21 |
| | Operating | 190857 | 12/26/2019 | CHK | MEMPHIS INT'L AIRPORT | $420.35 |
| | Operating | 190858 | 12/26/2019 | CHK | MID-OHIO AVIATION SERVICES | $11,365.00 |
| | Operating | 190859 | 12/26/2019 | CHK | MILLION AIR-INDIANAPOLIS | $673.92 |
| | Operating | 190860 | 12/26/2019 | CHK | MIS CHOICE, INC. | $6,262.56 |
| | Operating | 190861 | 12/26/2019 | CHK | NOLA AVIATION LLC | $2,730.80 |
| | Operating | 190862 | 12/26/2019 | CHK | PAN AM FLIGHT ACADEMY | $10,006.00 |
| | Operating | 190863 | 12/26/2019 | CHK | PLANE SCIENCES INC | $6,000.00 |
| | Operating | 190864 | 12/26/2019 | CHK | ROCKWELL COLLINS | $26,124.00 |
| | Operating | 190865 | 12/26/2019 | CHK | ELITE LAUNDRY SERVICES OF FL | $323.64 |
| | Operating | 190866 | 12/26/2019 | CHK | SIGNATURE FLIGHT SUPPORT | $6,014.08 |
| | Operating | 190867 | 12/26/2019 | CHK | SIGNATURE FLIGHT SUPPORT | $13,412.10 |
| | Operating | 190868 | 12/26/2019 | CHK | SIGNATURE FLIGHT SUPPORT | $6,145.05 |
| | Operating | 190869 | 12/26/2019 | CHK | SIGNATURE FLIGHT SUPPORT | $16,746.92 |
| | Operating | 190870 | 12/26/2019 | CHK | SIGNATURE FLIGHT SUPPORT | $1,330.00 |
| | Operating | 190871 | 12/26/2019 | CHK | SIGNATURE FLIGHT SUPPORT | $2,480.00 |
| | Operating | 190872 | 12/26/2019 | CHK | SIGNATURE FLIGHT SUPPORT | $1,510.00 |
| | Operating | 190873 | 12/26/2019 | CHK | SIGNATURE FLIGHT SUPPORT | $3,610.50 |
| | Operating | 190874 | 12/26/2019 | CHK | SKY MART SALES | $484.00 |
| | Operating | 190875 | 12/26/2019 | CHK | SUNSHINE AVIONICS LLC | $28,000.00 |
| | Operating | 190876 | 12/26/2019 | CHK | SWISSPORT USA, INC. | $3,329.61 |
| | Operating | 190877 | 12/26/2019 | CHK | SWISSPORT USA, INC. | $2,593.58 |
| | Operating | 190878 | 12/26/2019 | CHK | TALON AIR PARTNERS LLC | $2,000.00 |
| | Operating | 190879 | 12/26/2019 | CHK | SHELTAIR TAMPA  JET CENTER, | $21,053.23 |
| | Operating | 190880 | 12/26/2019 | CHK | THE PORT AUTHORITY OF NY & N | $25,203.90 |
| | Operating | 190881 | 12/26/2019 | CHK | TRIANGLE SERVICES INC. | $4,382.63 |
| | Operating | 190882 | 12/26/2019 | CHK | TURBO RESOURCES INT'L | $2,365.50 |
| | Operating | 190883 | 12/26/2019 | CHK | U.S. CUSTOMS AND BORDER PROT | $1,342.82 |
| | Operating | 190884 | 12/26/2019 | CHK | ULINE.COM | $142.00 |
| | Operating | 190885 | 12/26/2019 | CHK | ULTRA AVIATION SERVICES | $1,169.95 |
| | Operating | 190886 | 12/26/2019 | CHK | UNICAL AVIATION INC. | $900.00 |
| | Operating | 190887 | 12/26/2019 | CHK | US TREASURY | $8,410.90 |
| | Operating | 190888 | 12/26/2019 | CHK | WINNIPEG AIRPORT AUTHORITY, | $1,949.27 |
| | Operating | 190889 | 1/9/2020 | CHK | AMERICAN EXPRESS-FORT LAUD | $312,282.04 |
| | Operating | 190890 | 1/9/2020 | CHK | MIAMI-DADE AVIATION DEPT. | $1,132.56 |
| | Operating | 190891 | 1/16/2020 | CHK | GATE GOURME-TEXAS | $43,873.71 |
| | Operating | 190892 | 1/16/2020 | CHK | AUTOMATED SYSTEMS IN AIRCRAF | $2,400.00 |
| | Operating | 190893 | 1/16/2020 | CHK | CHENEY BROTHERS, INC. | $2,987.06 |
| | Operating | 190894 | 1/16/2020 | CHK | ORKIN PEST CONTROL | $449.78 |
| | Operating | 190895 | 1/16/2020 | CHK | ORKIN PEST CONTROL | $545.01 |
| | Operating | 190896 | 1/16/2020 | CHK | WRIGHT EXPRESS (WEX BANK) | $915.92 |
| | Operating | 190897 | 1/16/2020 | CHK | DANIEL POLULAK | $884.05 |
| | Operating | 190898 | 1/16/2020 | CHK | NATIONAL AIR CARRIER | $4,200.00 |
| | Operating | 190899 | 1/16/2020 | CHK | THE GOURMET COFFEE CO. | $503.53 |
| | Operating | 190900 | 1/16/2020 | CHK | STEVE JOFFRION | $147.90 |
| | Operating | 190901 | 1/16/2020 | CHK | IBM CORPORATION | $5,291.40 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|---|---|---|---|---|---|---|
| | Operating | 190902 | 1/16/2020 | CHK | ENTERTEK SOLUTIONS, INC. | $19,040.00 |
| | Operating | 190903 | 1/16/2020 | CHK | SAXON BUSINESS SYSTEMS | $436.00 |
| | Operating | 190904 | 1/16/2020 | CHK | TOWERSTREAM CORPORATION | $450.00 |
| | Operating | 190905 | 1/16/2020 | CHK | STATE OF NEW JERSEY | $82.44 |
| | Operating | 190906 | 1/16/2020 | CHK | CANADA CUSTOMS & REVENUE AGE | $3,966.62 |
| | Operating | 190907 | 1/16/2020 | CHK | MEDIATION FIRM INC | $1,185.00 |
| | Operating | 190908 | 1/16/2020 | CHK | PAN AM FLIGHT ACADEMY | $9,000.00 |
| | Operating | 190909 | 1/16/2020 | CHK | AIRLINE ECONOMICS INC. | $1,800.00 |
| | Operating | 190910 | 1/16/2020 | CHK | DFAS-JAAAA/CO-EBS | $232,825.32 |
| | Operating | 190911 | 1/16/2020 | CHK | DELTA DENTAL INSURANCE CO. | $7,005.12 |
| | Operating | 190912 | 1/16/2020 | CHK | DELTA DENTAL INSURANCE CO. | $1,487.77 |
| | Operating | 190913 | 1/16/2020 | CHK | M-DWASD | $215.05 |
| | Operating | 190914 | 1/16/2020 | CHK | MARIA ALY RE | $789.81 |
| | Operating | 190915 | 1/16/2020 | CHK | CHRISTOPHER DIAZ | $125.56 |
| | Operating | 190916 | 1/16/2020 | CHK | ART ANDERSON | $236.27 |
| | Operating | 190917 | 1/16/2020 | CHK | BRUCE EMBREE | $1,392.81 |
| | Operating | 190918 | 1/16/2020 | CHK | HONEYLOU MELENDEZ | $170.00 |
| | Operating | 190919 | 1/16/2020 | CHK | JOHN F. EBERSTEIN | $10,676.45 |
| | Operating | 190920 | 1/16/2020 | CHK | RESULTS:EBC, INC. | $862.00 |
| | Operating | 190921 | 1/16/2020 | CHK | AFLAC | $6,359.64 |
| | Operating | 190922 | 1/16/2020 | CHK | FL DEPT. OF REVENUE( SALES T | $10.00 |
| | Operating | 190923 | 1/16/2020 | CHK | MAYFLOWER TRANSIT LLC | $5,788.10 |
| | Operating | 190924 | 1/16/2020 | CHK | MICHAEL MIRUCKI | $231.12 |
| | Operating | 190925 | 1/16/2020 | CHK | DAVID BECK | $30.00 |
| | Operating | 190926 | 1/16/2020 | CHK | PATRICK LOHIER | $80.00 |
| | Operating | 190927 | 1/16/2020 | CHK | TEAMSTER LOCAL UNION NO.747 | $7,576.40 |
| | Operating | 190928 | 1/16/2020 | CHK | ASCAP | $268.00 |
| | Operating | 190929 | 1/16/2020 | CHK | FOX ROTHSCHILD LLP | $4,220.50 |
| | Operating | 190930 | 1/16/2020 | CHK | FORD & HARRISON LLP | $8,999.00 |
| | Operating | 190931 | 1/16/2020 | CHK | BONNIE DISBROW MCCABE | $47.62 |
| | Operating | 190932 | 1/16/2020 | CHK | FARLEY MAHABIR | $100.00 |
| | Operating | 190933 | 1/16/2020 | CHK | SHEIK AMIR | $100.00 |
| | Operating | 190934 | 1/16/2020 | CHK | ADRIAN FERNANDEZ | $100.00 |
| | Operating | 190935 | 1/16/2020 | CHK | CPaT | $1,606.00 |
| | Operating | 190936 | 1/16/2020 | CHK | GREG PETERS | $177.80 |
| | Operating | 190937 | 1/16/2020 | CHK | OFFICE DEPOT BUSINESS CREDIT | $23.53 |
| | Operating | 190938 | 1/16/2020 | CHK | DUSTIN QUIEL | $81.60 |
| | Operating | 190939 | 1/16/2020 | CHK | AARON CHAN | $21.01 |
| | Operating | 190940 | 1/16/2020 | CHK | GOGO, LLC | $9,900.00 |
| | Operating | 190941 | 1/16/2020 | CHK | BFG AVIATION, INC. | $3,500.00 |
| | Operating | 190942 | 1/16/2020 | CHK | AVS INTERNATIONAL GROUP, INC | $4,166.67 |
| | Operating | 190943 | 1/16/2020 | CHK | O.M. MANAGEMENT, INC. | $560.00 |
| | Operating | 190944 | 1/16/2020 | CHK | ARKADIN INC. | $145.72 |
| | Operating | 190945 | 1/16/2020 | CHK | DIRECT TV | $31.24 |
| | Operating | 190946 | 1/16/2020 | CHK | U.S. BANK EQUIPMENT FINANCE | $3,312.18 |
| | Operating | 190947 | 1/16/2020 | CHK | AT & T | $1,735.45 |
| | Operating | 190948 | 1/16/2020 | CHK | OUTSOURCE ONLINE AND CONSULT | $1,000.00 |
| | Operating | 190949 | 1/16/2020 | CHK | SELECTIVE QUALITY SERVICES, | $2,704.00 |
| | Operating | 190950 | 1/16/2020 | CHK | MG. BUS TRANSPORTATION | $1,976.00 |
| | Operating | 190951 | 1/16/2020 | CHK | AUTOMATIC DATA PROCESSING | $4,879.24 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|--------|---------|-----|-----------|------|--------------------------------|-------------|
| | Operating | 190952 | 1/16/2020 | CHK | PHYSICIANS HEALTH CENTER | $160.00 |
| | Operating | 190953 | 1/16/2020 | CHK | CITY OF DALLAS AVIATION DEPA | $1,729.27 |
| | Operating | 190954 | 1/16/2020 | CHK | OKLAHOMA CITY AIRPORT TRUST | $2,515.48 |
| | Operating | 190955 | 1/16/2020 | CHK | MARY-JO CAROL DIFLORIA | $750.00 |
| | Operating | 190956 | 1/16/2020 | CHK | JAMES F. SMOLLEN | $2,715.71 |
| | Operating | 190957 | 1/16/2020 | CHK | JUNE KOLB | $1,005.00 |
| | Operating | 190958 | 1/16/2020 | CHK | FELIX E. PEREZ | $180.00 |
| | Operating | 190959 | 1/16/2020 | CHK | MARIJANE DOLHANCRYK | $848.00 |
| | Operating | 190960 | 1/16/2020 | CHK | AIR PLANNING | $3,504.30 |
| | Operating | 190961 | 1/16/2020 | CHK | AIR CHARTER SERVICE (FLORIDA | $104.40 |
| | Operating | 190962 | 1/16/2020 | CHK | NEW JERSEY DEVILS LLC | $8,192.98 |
| | Operating | 190963 | 1/16/2020 | CHK | BONEYARD PICTURES LLC | $1,857.80 |
| | Operating | 190964 | 1/16/2020 | CHK | UNIVERSITY OF IOWA | $156.60 |
| | Operating | 190965 | 1/16/2020 | CHK | AIRX AVIATION INC. | $156.60 |
| | Operating | 190966 | 1/16/2020 | CHK | WAKE FOREST UNIVERSITY | $118.00 |
| | Operating | 190967 | 1/16/2020 | CHK | NE FLIGHT WATCH, LLC | $16,395.32 |
| | Operating | 190968 | 1/16/2020 | CHK | CITY JET INC | $191.40 |
| | Operating | 190969 | 1/16/2020 | CHK | MIAMI HEAT | $1,989.00 |
| | Operating | 190970 | 1/16/2020 | CHK | HUNT AND PALMER | $424.70 |
| | Operating | 190971 | 1/16/2020 | CHK | MUSIC TRAVEL CONSULTANTS | $85.80 |
| | Operating | 190972 | 1/16/2020 | CHK | EARTHBOUND, INC. | $59.70 |
| | Operating | 190973 | 1/16/2020 | CHK | PHILLY SPORTS TRIPS | $47.90 |
| | Operating | 190974 | 1/16/2020 | CHK | TOUR-RIFFIC OF TEXAS | $153.00 |
| | Operating | 190975 | 1/16/2020 | CHK | TORYS LLP | $2,306.52 |
| | Operating | 190976 | 1/16/2020 | CHK | PITTSBURGH PENGUINS | $1,285.20 |
| | Operating | 190977 | 1/16/2020 | CHK | ALERION AVIATION | $1,992.30 |
| | Operating | 190978 | 1/16/2020 | CHK | TAMPA BAY LIGHTING HOCKEY CL | $245.10 |
| | Operating | 190979 | 1/16/2020 | CHK | A.S.P. INCORPORATED | $298.62 |
| | Operating | 190980 | 1/16/2020 | CHK | AIR CULINAIRE WORLDWIDE, LLC | $61,570.55 |
| | Operating | 190981 | 1/16/2020 | CHK | PROSEGUR SERVICES GROUP INC | $3,600.00 |
| | Operating | 190982 | 1/16/2020 | CHK | AERO DESIGN SERVICES, INC. | $14,800.00 |
| | Operating | 190983 | 1/16/2020 | CHK | AIRCRAFT TECHNICAL PROFESSIO | $39,354.43 |
| | Operating | 190984 | 1/16/2020 | CHK | AIRCRAFT DETAILING INC. | $1,605.00 |
| | Operating | 190985 | 1/16/2020 | CHK | AIRCRAFT SERVICE INT'L GROUP | $7,856.66 |
| | Operating | 190986 | 1/16/2020 | CHK | AIRSPACE TECHNOLOGIES | $4,540.07 |
| | Operating | 190987 | 1/16/2020 | CHK | ALLIED AVIATION SERVICE CO. | $10,173.30 |
| | Operating | 190988 | 1/16/2020 | CHK | ARINC INCORPORATED | $7,993.11 |
| | Operating | 190989 | 1/16/2020 | CHK | CITY OF AUSTIN | $8,515.00 |
| | Operating | 190990 | 1/16/2020 | CHK | AVENIR AVIATION LLC | $4,819.84 |
| | Operating | 190991 | 1/16/2020 | CHK | AVIALL-DALLAS | $35.50 |
| | Operating | 190992 | 1/16/2020 | CHK | AVIALL-AIRCRAFT PARTS DISTRI | $231.00 |
| | Operating | 190993 | 1/16/2020 | CHK | AVIATION CONCEPTS | $1,250.00 |
| | Operating | 190994 | 1/16/2020 | CHK | AVIONICS SUPPORT GROUP, INC. | $3,200.00 |
| | Operating | 190995 | 1/16/2020 | CHK | B & W AVIATION CORP. | $29,025.48 |
| | Operating | 190996 | 1/16/2020 | CHK | BOEING COMMERCIAL | $63,214.40 |
| | Operating | 190997 | 1/16/2020 | CHK | C.A.S.E. INC. | $1,400.00 |
| | Operating | 190998 | 1/16/2020 | CHK | CALGARY AIRPORT AUTHORITY | $1,767.17 |
| | Operating | 190999 | 1/16/2020 | CHK | CHARTER EXPRESS | $4,594.74 |
| | Operating | 191000 | 1/16/2020 | CHK | CINTAS CORP | $273.15 |
| | Operating | 191001 | 1/16/2020 | CHK | AT YOUR SERVICE MANAGEMENT I | $1,378.98 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|--------|---------|---|------|------|--------|--------|
| | Operating | 191002 | 1/16/2020 | CHK | DEPT. OF AIRPORTS-SALT LAKE | $570.23 |
| | Operating | 191003 | 1/16/2020 | CHK | CLEAN HARBORS ENVIRONMENTAL | $1,898.04 |
| | Operating | 191004 | 1/16/2020 | CHK | COLORADO SPRINGS AIRPORT | $184.32 |
| | Operating | 191005 | 1/16/2020 | CHK | COLUMBUS REGIONAL A/P AUTHOR | $7,578.57 |
| | Operating | 191006 | 1/16/2020 | CHK | CRANE WORLDWIDE | $236.34 |
| | Operating | 191007 | 1/16/2020 | CHK | CYHU H-18 SERVICES, INC. | $3,698.87 |
| | Operating | 191008 | 1/16/2020 | CHK | DIVERSIFIED AERO SERVICES, I | $5,522.40 |
| | Operating | 191009 | 1/16/2020 | CHK | DELTA AIRLINES-GA | $1,024.00 |
| | Operating | 191010 | 1/16/2020 | CHK | EAN SERVICES LLC | $242.22 |
| | Operating | 191011 | 1/16/2020 | CHK | ELITE TEAM LOGISTICS, LLC | $4,750.00 |
| | Operating | 191012 | 1/16/2020 | CHK | EDMONTON REGIONAL INT'L A/P | $999.68 |
| | Operating | 191013 | 1/16/2020 | CHK | FEDEX | $492.82 |
| | Operating | 191014 | 1/16/2020 | CHK | CREW OUTFITTERS | $1,980.79 |
| | Operating | 191015 | 1/16/2020 | CHK | FLYING FOOD GROUP, LLC | $1,493.72 |
| | Operating | 191016 | 1/16/2020 | CHK | GARDA CANADA SECURITY CORP. | $811.02 |
| | Operating | 191017 | 1/16/2020 | CHK | ACTS - AVIATION SECURITY INC | $1,580.96 |
| | Operating | 191018 | 1/16/2020 | CHK | GECAS ASSET MANAGEMENT SERVI | $2,500.00 |
| | Operating | 191019 | 1/16/2020 | CHK | GLOBAL AIRCRAFT SERVICES, IN | $34,324.00 |
| | Operating | 191020 | 1/16/2020 | CHK | GLOBAL AVIATION MANAGEMENT S | $14,745.00 |
| | Operating | 191021 | 1/16/2020 | CHK | GLOBAL SATELLITE FWI | $4,043.66 |
| | Operating | 191022 | 1/16/2020 | CHK | GLOBAL SECURITY | $29,619.69 |
| | Operating | 191023 | 1/16/2020 | CHK | G2 SECURE STAFF | $7,539.60 |
| | Operating | 191024 | 1/16/2020 | CHK | GOLD STAR PRINTERS | $40.00 |
| | Operating | 191025 | 1/16/2020 | CHK | GOURMET GANG | $16,617.77 |
| | Operating | 191026 | 1/16/2020 | CHK | GROUND POINTE | $400.00 |
| | Operating | 191027 | 1/16/2020 | CHK | GUARDIAN AIR SERVICES | $4,110.00 |
| | Operating | 191028 | 1/16/2020 | CHK | GUY'S DUST CONTROL SERVICE | $267.28 |
| | Operating | 191029 | 1/16/2020 | CHK | HAMILTON INTERNATIONAL AIRPO | $1,194.10 |
| | Operating | 191030 | 1/16/2020 | CHK | HT PACKING & CRATING SOLUTIO | $100.00 |
| | Operating | 191031 | 1/16/2020 | CHK | HUNTLEIGH USA CORPORATION | $27,267.28 |
| | Operating | 191032 | 1/16/2020 | CHK | INFLIGHTDIRECT | $588.80 |
| | Operating | 191033 | 1/16/2020 | CHK | INFLIGHT SUPPLIES & SERVICES | $2,412.20 |
| | Operating | 191034 | 1/16/2020 | CHK | INTERIORS BY MILY | $1,800.00 |
| | Operating | 191035 | 1/16/2020 | CHK | JD APPAREL | $2,695.00 |
| | Operating | 191036 | 1/16/2020 | CHK | J.D.L. INDUSTRIES, INC. | $173.00 |
| | Operating | 191037 | 1/16/2020 | CHK | JEPPESEN | $4,487.13 |
| | Operating | 191038 | 1/16/2020 | CHK | JETSCAPE SERVICES LLC | $4,751.71 |
| | Operating | 191039 | 1/16/2020 | CHK | JFK OFFICE SUPERMARKET, INC. | $3,371.21 |
| | Operating | 191040 | 1/16/2020 | CHK | KING COUNTY INT'L AIRPORT | $438.90 |
| | Operating | 191041 | 1/16/2020 | CHK | LSG SKY CHEFS | $23,722.12 |
| | Operating | 191042 | 1/16/2020 | CHK | MID-OHIO AVIATION SERVICES | $8,325.00 |
| | Operating | 191043 | 1/16/2020 | CHK | MIS CHOICE, INC. | $13,525.16 |
| | Operating | 191044 | 1/16/2020 | CHK | NAPA AUTO PARTS | $285.39 |
| | Operating | 191045 | 1/16/2020 | CHK | NOLA AVIATION LLC | $3,434.00 |
| | Operating | 191046 | 1/16/2020 | CHK | ORLANDO SANFORD INT'L, INC. | $1,220.35 |
| | Operating | 191047 | 1/16/2020 | CHK | OTTAWA MACDONALD CARTIER | $548.42 |
| | Operating | 191048 | 1/16/2020 | CHK | PACIFIC AERO TECH, LLC. | $10,309.00 |
| | Operating | 191049 | 1/16/2020 | CHK | PAN AM FLIGHT ACADEMY | $18,704.00 |
| | Operating | 191050 | 1/16/2020 | CHK | PARKHURST DINING | $2,212.76 |
| | Operating | 191051 | 1/16/2020 | CHK | PORT CITY AIR | $4,845.40 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|--------|---------|------|-----------|------|-------------------------------|--------------|
|        | Operating | 191052 | 1/16/2020 | CHK | PROSEGUR SERVICES GROUP INC | $6,000.00 |
|        | Operating | 191053 | 1/16/2020 | CHK | ELITE LAUNDRY SERVICES OF FL | $66.67 |
|        | Operating | 191054 | 1/16/2020 | CHK | DEREK DENUCCE d/b/a | $6,400.00 |
|        | Operating | 191055 | 1/16/2020 | CHK | SAVANNAH AIRPORT COMMISSION | $1,207.06 |
|        | Operating | 191056 | 1/16/2020 | CHK | SECURESCREEN AVIATION SERVIC | $2,300.00 |
|        | Operating | 191057 | 1/16/2020 | CHK | SHI INTERNATIONAL CORP. | $1,410.66 |
|        | Operating | 191058 | 1/16/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $992.30 |
|        | Operating | 191059 | 1/16/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $4,666.00 |
|        | Operating | 191060 | 1/16/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $6,405.00 |
|        | Operating | 191061 | 1/16/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $10,950.00 |
|        | Operating | 191062 | 1/16/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $1,130.00 |
|        | Operating | 191063 | 1/16/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $5,596.96 |
|        | Operating | 191064 | 1/16/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $11,401.70 |
|        | Operating | 191065 | 1/16/2020 | CHK | CAROLINA CATERING CORP. D/B/ | $788.63 |
|        | Operating | 191066 | 1/16/2020 | CHK | SPOKANE INT'L A/P & FELTS | $517.90 |
|        | Operating | 191067 | 1/16/2020 | CHK | STAPLES BUSINESS ADVANTAGE | $395.60 |
|        | Operating | 191068 | 1/16/2020 | CHK | SUNSHINE AVIONICS LLC | $13,750.00 |
|        | Operating | 191069 | 1/16/2020 | CHK | SWISSPORT USA, INC. | $951.16 |
|        | Operating | 191070 | 1/16/2020 | CHK | SWISSPORT USA, INC. | $3,075.27 |
|        | Operating | 191071 | 1/16/2020 | CHK | KIMBALL ELECTRONIC LABORATOR | $1,530.00 |
|        | Operating | 191072 | 1/16/2020 | CHK | CITY OF SYRACUSE | $836.58 |
|        | Operating | 191073 | 1/16/2020 | CHK | TALON AIR PARTNERS LLC | $4,422.70 |
|        | Operating | 191074 | 1/16/2020 | CHK | SHELTAIR TAMPA JET CENTER, | $7,009.02 |
|        | Operating | 191075 | 1/16/2020 | CHK | THE PORT AUTHORITY OF NY & N | $5,637.20 |
|        | Operating | 191076 | 1/16/2020 | CHK | U.S. CUSTOMS AND BORDER PROT | $374.60 |
|        | Operating | 191077 | 1/16/2020 | CHK | ULINE.COM | $2,601.50 |
|        | Operating | 191078 | 1/16/2020 | CHK | ULTRA AVIATION SERVICES | $2,418.83 |
|        | Operating | 191079 | 1/16/2020 | CHK | UNICAL AVIATION INC. | $1,941.00 |
|        | Operating | 191080 | 1/16/2020 | CHK | UNITED DATA TECHNOLOGIES | $2,816.00 |
|        | Operating | 191081 | 1/16/2020 | CHK | UNITED RENTALS NORTH AMERICA | $2,266.80 |
|        | Operating | 191082 | 1/16/2020 | CHK | VANCOUVER INT'L AIRPORT AUTH | $443.81 |
|        | Operating | 191083 | 1/16/2020 | CHK | VOLARE HOSPITALITY | $2,115.91 |
|        | Operating | 191084 | 1/16/2020 | CHK | V.I.P. TRANS | $410.72 |
|        | Operating | 191085 | 1/16/2020 | CHK | WESTERN AVIATION SERVICE COR | $1,844.82 |
|        | Operating | 191086 | 1/23/2020 | CHK | MARSH USA, INC. | $176,507.53 |
|        | Operating | 191087 | 1/23/2020 | CHK | GECAS ASSET MANAGEMENT SERVI | $610.00 |
|        | Operating | 191088 | 1/23/2020 | CHK | FELIX E. PEREZ | $100.00 |
|        | Operating | 191089 | 1/23/2020 | CHK | MARY-JO CAROL DIFLORIA | $500.00 |
|        | Operating | 191090 | 1/23/2020 | CHK | ANGELA LYNN AMBS | $575.12 |
|        | Operating | 191091 | 1/23/2020 | CHK | BLANCA TRINIDAD LECA | $1,000.00 |
|        | Operating | 191092 | 1/23/2020 | CHK | TAHA ALASHI | $1,650.00 |
|        | Operating | 191093 | 1/23/2020 | CHK | FRANK GONZALEZ | $450.00 |
|        | Operating | 191094 | 1/23/2020 | CHK | PETTY CASH | $3,449.41 |
|        | Operating | 191095 | 1/23/2020 | CHK | CUTTER AVIATION PHOENIX, INC | $1,791.14 |
|        | Operating | 191096 | 1/23/2020 | CHK | TEMPLETON SOLUTIONS | $22,226.75 |
|        | Operating | 191097 | 1/23/2020 | CHK | SOUTHERN GLAZER'S WINE & SPI | $4,228.76 |
|        | Operating | 191098 | 1/23/2020 | CHK | PREMIER BEVERAGE CO.DBA BREA | $2,561.20 |
|        | Operating | 191099 | 1/23/2020 | CHK | CHENEY BROTHERS, INC. | $1,122.85 |
|        | Operating | 191100 | 1/23/2020 | CHK | MANUEL GONZALEZ | $39.08 |
|        | Operating | 191101 | 1/23/2020 | CHK | ATLANTIC AVIATION | $1,772.75 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|---|---|---|---|---|---|---|
| | Operating | 191102 | 1/23/2020 | CHK | AIRCRAFT SERVICE INT'L GROUP | $35.89 |
| | Operating | 191103 | 1/23/2020 | CHK | SWISSPORT FUELING, INC. | $237.36 |
| | Operating | 191104 | 1/23/2020 | CHK | SWISSPORT SA FUEL SERVICES L | $2,803.17 |
| | Operating | 191105 | 1/23/2020 | CHK | ELESER VILLARREAL | $17.00 |
| | Operating | 191106 | 1/23/2020 | CHK | DIVISION OF ALCOHOLIC BEVERA | $2.66 |
| | Operating | 191107 | 1/23/2020 | CHK | DANIEL POLULAK | $114.00 |
| | Operating | 191108 | 1/23/2020 | CHK | CARLA TORRES | $93.69 |
| | Operating | 191109 | 1/23/2020 | CHK | VERIZON WIRELESS | $2,163.05 |
| | Operating | 191110 | 1/23/2020 | CHK | EAGLE BRANDS, INC | $514.80 |
| | Operating | 191111 | 1/23/2020 | CHK | MAILFINANCE | $137.17 |
| | Operating | 191112 | 1/23/2020 | CHK | BANK OF AMERICA-OPERATING | $1,195.15 |
| | Operating | 191113 | 1/23/2020 | CHK | SIBERLOGIC, INC. | $2,000.00 |
| | Operating | 191114 | 1/23/2020 | CHK | TRIVANTIS CORPORATIONS | $6,500.00 |
| | Operating | 191115 | 1/23/2020 | CHK | PRODIGIQ, INC DBA PROSAFE T | $2,500.00 |
| | Operating | 191116 | 1/23/2020 | CHK | QUALITY CONSULTING COMPANY L | $10,000.00 |
| | Operating | 191117 | 1/23/2020 | CHK | CONSTANT AVIATION CONSULTING | $15,970.17 |
| | Operating | 191118 | 1/23/2020 | CHK | AT&T-300508351 | $242.10 |
| | Operating | 191119 | 1/23/2020 | CHK | DAVID BECK | $30.00 |
| | Operating | 191120 | 1/23/2020 | CHK | INSTA-UNIFORMS GROUP, LLC | $1,708.26 |
| | Operating | 191121 | 1/23/2020 | CHK | MANUEL URQUELLA | $81.73 |
| * | Operating | 191122 | 1/23/2020 | CHK | RECEIVER GENERAL FOR CANADA | $506.13 |
| | Operating | 191123 | 1/23/2020 | CHK | DEPARTMENT OF AV.-ATL | $618.99 |
| | Operating | 191124 | 1/23/2020 | CHK | METROPOLITAN  AIRPORT-NASHVI | $1,400.41 |
| | Operating | 191125 | 1/23/2020 | CHK | MASSPORT-BOS | $215.11 |
| | Operating | 191126 | 1/23/2020 | CHK | BUFFALO NIAGRA INT'L AIRPORT | $228.28 |
| | Operating | 191127 | 1/23/2020 | CHK | CHARLOTTESVILLE ALBERMARLE A | $2,019.40 |
| | Operating | 191128 | 1/23/2020 | CHK | THE EASTERN IOWA A/P | $2,146.71 |
| | Operating | 191129 | 1/23/2020 | CHK | CHARLOTTE DOUGLAS INT'L | $410.38 |
| | Operating | 191130 | 1/23/2020 | CHK | THE COLUMBUS A/P AUTHORITY | $1,097.50 |
| | Operating | 191131 | 1/23/2020 | CHK | CITY OF DALLAS | $430.22 |
| | Operating | 191132 | 1/23/2020 | CHK | AIRPORT REVENUE -DEN | $241.45 |
| | Operating | 191133 | 1/23/2020 | CHK | DES MOINES INT'L AIRPORT | $733.13 |
| | Operating | 191134 | 1/23/2020 | CHK | DETROIT METRO  WAYNE COUNTY | $245.84 |
| | Operating | 191135 | 1/23/2020 | CHK | NORTHWEST FLORIDA BEACHES IN | $338.03 |
| | Operating | 191136 | 1/23/2020 | CHK | EUGENE AIRPORT | $698.01 |
| | Operating | 191137 | 1/23/2020 | CHK | THE PORT AUTHORITY OF NEW YO | $1,110.67 |
| | Operating | 191138 | 1/23/2020 | CHK | BROWARD CTY AVIATION DEPT. | $1,839.41 |
| | Operating | 191139 | 1/23/2020 | CHK | PIEDMONT TRIAD AIRPORT AUTHO | $1,093.11 |
| | Operating | 191140 | 1/23/2020 | CHK | METRO WASHINGTON AIRPORT AUT | $434.61 |
| | Operating | 191141 | 1/23/2020 | CHK | INDIANAPOLIS AIRPORT AUTHORI | $597.04 |
| | Operating | 191142 | 1/23/2020 | CHK | CAPITAL REGION AIRPORT AUTHO | $1,005.31 |
| | Operating | 191143 | 1/23/2020 | CHK | CLARK COUNTY DEPARTMENT | $676.06 |
| | Operating | 191144 | 1/23/2020 | CHK | BLUE GRASS AIRPORT | $355.59 |
| | Operating | 191145 | 1/23/2020 | CHK | THE PORT AUTHORITY OF NEW YO | $693.62 |
| | Operating | 191146 | 1/23/2020 | CHK | AIRPORT AUTHORITY OF CITY OF | $153.65 |
| | Operating | 191147 | 1/23/2020 | CHK | GREATER ORLANDO AVIATION | $719.96 |
| | Operating | 191148 | 1/23/2020 | CHK | CITY OF CHICAGO | $206.33 |
| | Operating | 191149 | 1/23/2020 | CHK | MEMPHIS-SHELBY COUNTY AIRPOR | $206.33 |
| | Operating | 191150 | 1/23/2020 | CHK | MIAMI-DADE AVIATION DEPT. | $1,128.23 |
| | Operating | 191151 | 1/23/2020 | CHK | GENERAL MITCHELL INT'L AIRPO | $3,024.71 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|--------|---------|------|-----------|------|--------|--------|
| | Operating | 191152 | 1/23/2020 | CHK | DANE COUNTY REGIONAL AIRPORT | $1,457.48 |
| | Operating | 191153 | 1/23/2020 | CHK | METROPOLITAN AIRPORT COMMISS | $1,439.92 |
| | Operating | 191154 | 1/23/2020 | CHK | NEW ORLEANS AVIATION BOARD | $689.23 |
| | Operating | 191155 | 1/23/2020 | CHK | OKLAHOMA CITY AIRPORT | $636.55 |
| | Operating | 191156 | 1/23/2020 | CHK | CITY OF PHILADELPHIA | $201.94 |
| | Operating | 191157 | 1/23/2020 | CHK | SKY HARBOR INT'L AIRPORT | $2,252.07 |
| | Operating | 191158 | 1/23/2020 | CHK | ALLEGHENY COUNTY AIRPORT AUT | $693.62 |
| | Operating | 191159 | 1/23/2020 | CHK | RALEIGH-DURHAM AIRPORT AUTHO | $654.11 |
| | Operating | 191160 | 1/23/2020 | CHK | GREATER ROCKFORD AIRPORT AUT | $702.40 |
| | Operating | 191161 | 1/23/2020 | CHK | SAN DIEGO COUNTY REGIONAL AI | $1,295.05 |
| | Operating | 191162 | 1/23/2020 | CHK | MINETA SAN JOSE INT'L AIRPOR | $254.62 |
| | Operating | 191163 | 1/23/2020 | CHK | CITY OF SYRACUSE | $175.60 |
| | Operating | 191164 | 1/23/2020 | CHK | HILLSBORO COUNTY AVIATION | $1,137.01 |
| | Operating | 191165 | 1/23/2020 | CHK | ADLER AVIATION, INC. | $250.00 |
| | Operating | 191166 | 1/23/2020 | CHK | AERO DESIGN SERVICES, INC. | $3,500.00 |
| | Operating | 191167 | 1/23/2020 | CHK | AEROSPACE ACCESSORY | $369.50 |
| | Operating | 191168 | 1/23/2020 | CHK | AIR CULINAIRE WORLDWIDE, LLC | $24,804.65 |
| | Operating | 191169 | 1/23/2020 | CHK | PROSEGUR SERVICES GROUP INC | $329.37 |
| | Operating | 191170 | 1/23/2020 | CHK | AIRCRAFT TECHNICAL PROFESSIO | $33,307.79 |
| | Operating | 191171 | 1/23/2020 | CHK | AIRCRAFT ENGINE MANAGEMENT S | $1,100.00 |
| | Operating | 191172 | 1/23/2020 | CHK | AIRLINES MANAGEMENT SERV. CO | $2,680.22 |
| | Operating | 191173 | 1/23/2020 | CHK | AIRPORT TERMINAL SERVICE, IN | $2,918.80 |
| | Operating | 191174 | 1/23/2020 | CHK | AIRSPACE TECHNOLOGIES | $5,857.44 |
| | Operating | 191175 | 1/23/2020 | CHK | AVIATION MAINTENANCE SOLUTIO | $317.34 |
| | Operating | 191176 | 1/23/2020 | CHK | AVIALL-DALLAS | $2,292.60 |
| | Operating | 191177 | 1/23/2020 | CHK | AVIALL-AIRCRAFT PARTS DISTRI | $173.00 |
| | Operating | 191178 | 1/23/2020 | CHK | AVIONICS SUPPORT GROUP, INC. | $14,677.00 |
| | Operating | 191179 | 1/23/2020 | CHK | B & W AVIATION CORP. | $4,947.24 |
| | Operating | 191180 | 1/23/2020 | CHK | BOEING COMMERCIAL | $41,617.64 |
| | Operating | 191181 | 1/23/2020 | CHK | CALGARY AIRPORT AUTHORITY | $453.60 |
| | Operating | 191182 | 1/23/2020 | CHK | THE EASTERN IOWA A/P | $858.09 |
| | Operating | 191183 | 1/23/2020 | CHK | CINTAS CORP | $54.63 |
| | Operating | 191184 | 1/23/2020 | CHK | AT YOUR SERVICE MANAGEMENT I | $1,529.90 |
| | Operating | 191185 | 1/23/2020 | CHK | CITY OF LOS ANGELES | $2,781.30 |
| | Operating | 191186 | 1/23/2020 | CHK | COLUMBUS REGIONAL A/P AUTHOR | $8,934.22 |
| | Operating | 191187 | 1/23/2020 | CHK | CRANE WORLDWIDE | $356.46 |
| | Operating | 191188 | 1/23/2020 | CHK | DES MOINES INT'L AIRPORT | $1,123.58 |
| | Operating | 191189 | 1/23/2020 | CHK | ECO SERVICES LLC | $5,400.00 |
| | Operating | 191190 | 1/23/2020 | CHK | EFAX CORPORATE c/o J2 CLOUD | $293.00 |
| | Operating | 191191 | 1/23/2020 | CHK | ELITE TEAM LOGISTICS, LLC | $9,000.00 |
| | Operating | 191192 | 1/23/2020 | CHK | F & E AIRCRAFT MAINTENANCE/M | $1,120.13 |
| | Operating | 191193 | 1/23/2020 | CHK | FEDEX | $405.61 |
| | Operating | 191194 | 1/23/2020 | CHK | FIRST CLASS AI | $2,000.00 |
| | Operating | 191195 | 1/23/2020 | CHK | GATE GOURME-TEXAS | $48,633.37 |
| | Operating | 191196 | 1/23/2020 | CHK | ACTS - AVIATION SECURITY INC | $615.60 |
| | Operating | 191197 | 1/23/2020 | CHK | GLOBAL AIRCRAFT SERVICES, IN | $16,027.83 |
| | Operating | 191198 | 1/23/2020 | CHK | GLOBAL SECURITY | $7,608.37 |
| | Operating | 191199 | 1/23/2020 | CHK | GOODRICH AIRCRAFT WHEELS AND | $9,630.44 |
| | Operating | 191200 | 1/23/2020 | CHK | GOURMET GANG | $5,817.77 |
| | Operating | 191201 | 1/23/2020 | CHK | GREEN GUARD FIRST AID & SAFE | $200.17 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|--------|---------|---|------|------|--------|--------|
| | Operating | 191202 | 1/23/2020 | CHK | GUY'S DUST CONTROL SERVICE | $120.06 |
| | Operating | 191203 | 1/23/2020 | CHK | INFLIGHTDIRECT | $1,600.00 |
| | Operating | 191204 | 1/23/2020 | CHK | INFLIGHT SUPPLIES & SERVICES | $861.50 |
| | Operating | 191205 | 1/23/2020 | CHK | A DIVISION OF IMP GROUP LTD | $4,590.47 |
| | Operating | 191206 | 1/23/2020 | CHK | JEPPESEN | $16,937.64 |
| | Operating | 191207 | 1/23/2020 | CHK | JFK OFFICE SUPERMARKET, INC. | $889.77 |
| | Operating | 191208 | 1/23/2020 | CHK | J. L. WELDING | $550.00 |
| | Operating | 191209 | 1/23/2020 | CHK | KAISERAIR, INC. | $2,880.62 |
| | Operating | 191210 | 1/23/2020 | CHK | KELLY TRACTOR, CO. | $158.50 |
| | Operating | 191211 | 1/23/2020 | CHK | KRISP FOOD SPECIALIST INC. | $2,899.32 |
| | Operating | 191212 | 1/23/2020 | CHK | LSG SKY CHEFS | $7,424.33 |
| | Operating | 191213 | 1/23/2020 | CHK | MATHESON TRI-GAS | $1,050.17 |
| | Operating | 191214 | 1/23/2020 | CHK | MEKCO GROUP INC. | $2,547.39 |
| | Operating | 191215 | 1/23/2020 | CHK | MENZIES AVIATION (USA) INC. | $2,431.49 |
| | Operating | 191216 | 1/23/2020 | CHK | MID-OHIO AVIATION SERVICES | $4,075.00 |
| | Operating | 191217 | 1/23/2020 | CHK | NAPA AUTO PARTS | $29.08 |
| | Operating | 191218 | 1/23/2020 | CHK | NOLA AVIATION LLC | $7,864.21 |
| | Operating | 191219 | 1/23/2020 | CHK | PARKHURST DINING | $4,675.01 |
| | Operating | 191220 | 1/23/2020 | CHK | ELITE LAUNDRY SERVICES OF FL | $125.56 |
| | Operating | 191221 | 1/23/2020 | CHK | SHELTAIR AVIA SERV-FT LAUD. | $15,345.36 |
| | Operating | 191222 | 1/23/2020 | CHK | SHI INTERNATIONAL CORP. | $5,071.05 |
| | Operating | 191223 | 1/23/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $9,488.15 |
| | Operating | 191224 | 1/23/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $18,423.80 |
| | Operating | 191225 | 1/23/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $6,848.88 |
| | Operating | 191226 | 1/23/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $3,940.00 |
| | Operating | 191227 | 1/23/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $7,221.00 |
| | Operating | 191228 | 1/23/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $5,982.35 |
| | Operating | 191229 | 1/23/2020 | CHK | KIMBALL ELECTRONIC LABORATOR | $970.00 |
| | Operating | 191230 | 1/23/2020 | CHK | TALON AIR PARTNERS LLC | $27,587.72 |
| | Operating | 191231 | 1/23/2020 | CHK | SHELTAIR TAMPA  JET CENTER, | $7,238.97 |
| | Operating | 191232 | 1/23/2020 | CHK | THE PORT AUTHORITY OF NY & N | $10,185.42 |
| | Operating | 191233 | 1/23/2020 | CHK | U.S. CUSTOMS AND BORDER PROT | $1,296.61 |
| | Operating | 191234 | 1/23/2020 | CHK | ULINE.COM | $238.50 |
| | Operating | 191235 | 1/23/2020 | CHK | ULTRA AVIATION SERVICES | $206.93 |
| | Operating | 191236 | 1/23/2020 | CHK | UNICAL AVIATION INC. | $5,100.00 |
| | Operating | 191237 | 1/23/2020 | CHK | VILLAGE HARDWARE INC. | $22.28 |
| | Operating | 191238 | 1/23/2020 | CHK | WISCONSIN AVIATION-FOUR LAKE | $3,085.88 |
| | Operating | 191239 | 1/30/2020 | CHK | DADE COUNTY | $44,935.31 |
| | Operating | 191240 | 1/30/2020 | CHK | MIAMI-DADE AVIATION DEPT. | $100.00 |
| | Operating | 191241 | 1/30/2020 | CHK | METROPOLITAN FIRE EQUIPMENT | $770.40 |
| | Operating | 191242 | 1/30/2020 | CHK | DELLEM ASSOCIATES, INC. | $8,000.00 |
| | Operating | 191243 | 1/30/2020 | CHK | MARGHERITA MARGOTTA | $2,000.00 |
| | Operating | 191244 | 1/30/2020 | CHK | ANGELA LYNN AMBS | $920.08 |
| | Operating | 191245 | 1/30/2020 | CHK | AT & T | $2,015.04 |
| | Operating | 191246 | 1/30/2020 | CHK | SAXON BUSINESS SYSTEMS | $545.50 |
| | Operating | 191247 | 1/30/2020 | CHK | DIRECT TV | $1,543.13 |
| | Operating | 191248 | 1/30/2020 | CHK | EARTHLINK BUSINESS 1058 - WI | $8,425.18 |
| | Operating | 191249 | 1/30/2020 | CHK | ENTERTEK SOLUTIONS, INC. | $11,634.00 |
| | Operating | 191250 | 1/30/2020 | CHK | PRIVATE AVIATION SOLUTIONS I | $42,000.00 |
| | Operating | 191251 | 1/30/2020 | CHK | BRUCE EMBREE | $585.12 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|---|---|---|---|---|---|---|
| | Operating | 191252 | 1/30/2020 | CHK | OFFICE DEPOT BUSINESS CREDIT | $17.00 |
| | Operating | 191253 | 1/30/2020 | CHK | EDWARD A. PARSON | $75.00 |
| | Operating | 191254 | 1/30/2020 | CHK | UNITED STATES FIRE INSURANCE | $25,958.30 |
| | Operating | 191255 | 1/30/2020 | CHK | VISION SERVICE PLAN INSURANC | $1,322.05 |
| | Operating | 191256 | 1/30/2020 | CHK | JUAN O' NAGHTEN | $9,166.67 |
| | Operating | 191257 | 1/30/2020 | CHK | PHILLIP G. MALONEY | $40.00 |
| | Operating | 191258 | 1/30/2020 | CHK | WHITE LADDER INVESTMENTS LLC | $13,529.99 |
| | Operating | 191259 | 1/30/2020 | CHK | COMPDATA SURVEYS & CONSULTIN | $799.00 |
| | Operating | 191260 | 1/30/2020 | CHK | UNITED HEALTHCARE INS.CO. | $7,470.35 |
| | Operating | 191261 | 1/30/2020 | CHK | JOEL B. YOUNGBERG | $3,500.00 |
| | Operating | 191262 | 1/30/2020 | CHK | MANGROVE INSURANCE SOLUTIONS | $1,000.00 |
| | Operating | 191263 | 1/30/2020 | CHK | EUGENIO SCHIAVELLO | $36.69 |
| | Operating | 191264 | 1/30/2020 | CHK | PAUL SANCHEZ | $43.21 |
| | Operating | 191265 | 1/30/2020 | CHK | SHAWN ALTAMAR | $6.57 |
| | Operating | 191266 | 1/30/2020 | CHK | JACQUES MELBEUF | $104.81 |
| | Operating | 191267 | 1/30/2020 | CHK | GOGO, LLC | $9,900.00 |
| * | Operating | 191268 | 1/30/2020 | CHK | RECEIVER GENERAL FOR CANADA | $1,897.27 |
| | Operating | 191269 | 1/30/2020 | CHK | CHENEY BROTHERS, INC. | $977.60 |
| | Operating | 191270 | 1/30/2020 | CHK | MARSH USA, INC. | $461,795.00 |
| | Operating | 191271 | 1/30/2020 | CHK | AERO DECALS | $533.80 |
| | Operating | 191272 | 1/30/2020 | CHK | AIR-GROUND LOGISTICS, INC. | $7,656.73 |
| | Operating | 191273 | 1/30/2020 | CHK | AIRCRAFT TECHNICAL PROFESSIO | $21,897.80 |
| | Operating | 191274 | 1/30/2020 | CHK | AIRPORT TERMINAL SERVICE, IN | $2,000.00 |
| | Operating | 191275 | 1/30/2020 | CHK | AIRSPACE TECHNOLOGIES | $3,023.35 |
| | Operating | 191276 | 1/30/2020 | CHK | AVIALL-DALLAS | $2,450.54 |
| | Operating | 191277 | 1/30/2020 | CHK | AVIATION CONCEPTS | $4,600.80 |
| | Operating | 191278 | 1/30/2020 | CHK | BOEING COMMERCIAL | $8,638.47 |
| | Operating | 191279 | 1/30/2020 | CHK | CAPITAL REGION AIRPORT AUTHO | $4,903.98 |
| | Operating | 191280 | 1/30/2020 | CHK | AT YOUR SERVICE MANAGEMENT I | $2,170.12 |
| | Operating | 191281 | 1/30/2020 | CHK | CRANE WORLDWIDE | $747.31 |
| | Operating | 191282 | 1/30/2020 | CHK | DIVERSIFIED AERO SERVICES, I | $2,520.46 |
| | Operating | 191283 | 1/30/2020 | CHK | EAN SERVICES LLC | $335.03 |
| | Operating | 191284 | 1/30/2020 | CHK | FEDEX | $2,412.75 |
| | Operating | 191285 | 1/30/2020 | CHK | FIRST CLASS AI | $1,265.00 |
| | Operating | 191286 | 1/30/2020 | CHK | GA TELESIS, LLC | $16,372.29 |
| | Operating | 191287 | 1/30/2020 | CHK | GARDA CANADA SECURITY CORP. | $2,492.80 |
| | Operating | 191288 | 1/30/2020 | CHK | ACTS - AVIATION SECURITY INC | $509.89 |
| | Operating | 191289 | 1/30/2020 | CHK | GLOBAL AIRCRAFT SERVICES, IN | $692.16 |
| | Operating | 191290 | 1/30/2020 | CHK | GLOBAL AVIATION MANAGEMENT S | $4,810.00 |
| | Operating | 191291 | 1/30/2020 | CHK | G2 SECURE STAFF | $9,800.00 |
| | Operating | 191292 | 1/30/2020 | CHK | GOLD STAR PRINTERS | $5,520.00 |
| | Operating | 191293 | 1/30/2020 | CHK | GREAT CIRCLE CATERING LLC | $462.16 |
| | Operating | 191294 | 1/30/2020 | CHK | HUNTLEIGH USA CORPORATION | $4,177.88 |
| | Operating | 191295 | 1/30/2020 | CHK | INFLIGHTDIRECT | $4,522.08 |
| | Operating | 191296 | 1/30/2020 | CHK | JD APPAREL | $1,730.00 |
| | Operating | 191297 | 1/30/2020 | CHK | LAFAYETTE AVIATIOM, INC.(IN) | $1,644.00 |
| | Operating | 191298 | 1/30/2020 | CHK | LAWRENCE AIR SERVICES ENTERP | $4,650.20 |
| | Operating | 191299 | 1/30/2020 | CHK | LOTUS BAKERIES NORTH AMERICA | $2,010.00 |
| | Operating | 191300 | 1/30/2020 | CHK | MEKCO GROUP INC. | $3,216.83 |
| | Operating | 191301 | 1/30/2020 | CHK | MEMPHIS INT'L AIRPORT | $210.17 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|--------|---------|------|-----------|------|--------|--------|
| | Operating | 191302 | 1/30/2020 | CHK | MENZIES AVIATION (CANADA) LT | $1,446.11 |
| | Operating | 191303 | 1/30/2020 | CHK | NASHVILLE INTERNATIONAL AIRP | $5,607.18 |
| | Operating | 191304 | 1/30/2020 | CHK | MITCHELL AIRCRAFT PARTS | $1,600.00 |
| | Operating | 191305 | 1/30/2020 | CHK | OTTAWA MACDONALD CARTIER | $634.59 |
| | Operating | 191306 | 1/30/2020 | CHK | PAN AM FLIGHT ACADEMY | $12,672.00 |
| | Operating | 191307 | 1/30/2020 | CHK | QUALITY INSPECTIONS & SERVIC | $669.50 |
| | Operating | 191308 | 1/30/2020 | CHK | ROCKWELL COLLINS | $6,624.00 |
| | Operating | 191309 | 1/30/2020 | CHK | ELITE LAUNDRY SERVICES OF FL | $130.38 |
| | Operating | 191310 | 1/30/2020 | CHK | S.A.S EXPRESS, LLC | $6,047.50 |
| | Operating | 191311 | 1/30/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $3,032.35 |
| | Operating | 191312 | 1/30/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $4,510.00 |
| | Operating | 191313 | 1/30/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $5,746.96 |
| | Operating | 191314 | 1/30/2020 | CHK | SKY MART SALES | $77.35 |
| | Operating | 191315 | 1/30/2020 | CHK | SKYPAXXX INTERIOR REPAIRS, L | $5,752.27 |
| | Operating | 191316 | 1/30/2020 | CHK | SWISSPORT USA, INC. | $1,839.64 |
| | Operating | 191317 | 1/30/2020 | CHK | KIMBALL ELECTRONIC LABORATOR | $40.00 |
| | Operating | 191318 | 1/30/2020 | CHK | TALON AIR PARTNERS LLC | $5,410.00 |
| | Operating | 191319 | 1/30/2020 | CHK | SHELTAIR TAMPA  JET CENTER, | $6,007.26 |
| | Operating | 191320 | 1/30/2020 | CHK | TURBO RESOURCES INT'L | $1,250.00 |
| | Operating | 191321 | 1/30/2020 | CHK | U.S. CUSTOMS AND BORDER PROT | $796.19 |
| | Operating | 191322 | 1/30/2020 | CHK | ULINE.COM | $169.50 |
| | Operating | 191323 | 1/30/2020 | CHK | ULTRA AVIATION SERVICES | $206.93 |
| | Operating | 191324 | 1/30/2020 | CHK | UNICAL AVIATION INC. | $4,600.00 |
| | Operating | 191325 | 1/30/2020 | CHK | VILLAGE HARDWARE INC. | $8.40 |
| | Operating | 191326 | 1/30/2020 | CHK | WISCONSIN AVIATION-FOUR LAKE | $3,658.21 |
| | Operating | 191328 | 1/16/2020 | CHK | BANK OF AMERICA-OPERATING | $2,419.11 |
| | Operating | 191329 | 2/11/2020 | CHK | AMERICAN EXPRESS-FORT LAUD | $386,012.23 |
| | Operating | 191330 | 2/13/2020 | CHK | GATE GOURME-TEXAS | $65,569.34 |
| | Operating | 191331 | 2/13/2020 | CHK | INFLIGHT ENTERTAINMENT | $5,950.00 |
| | Operating | 191332 | 2/13/2020 | CHK | ASCAP | $272.68 |
| * | Operating | 191333 | 2/13/2020 | CHK | RESULTS:EBC, INC. | $2,227.00 |
| | Operating | 191334 | 2/13/2020 | CHK | IBM CORPORATION | $739.20 |
| | Operating | 191335 | 2/13/2020 | CHK | LOUISVILLE REGIONAL AIRPORT | $21.00 |
| | Operating | 191336 | 2/13/2020 | CHK | DOUGLAS EQUIPMENT CO | $101.09 |
| | Operating | 191337 | 2/13/2020 | CHK | NAPA AUTO PARTS | $543.49 |
| | Operating | 191338 | 2/13/2020 | CHK | ELNESER AVIATION LLC | $10,500.00 |
| | Operating | 191339 | 2/13/2020 | CHK | JOHN F. EBERSTEIN | $2,317.50 |
| | Operating | 191340 | 2/13/2020 | CHK | SELECTIVE QUALITY SERVICES, | $4,836.00 |
| | Operating | 191341 | 2/13/2020 | CHK | CHRISTOPHER DIAZ | $162.69 |
| | Operating | 191342 | 2/13/2020 | CHK | MICHAEL GONZALEZ | $314.44 |
| | Operating | 191343 | 2/13/2020 | CHK | AFLAC | $6,978.47 |
| | Operating | 191344 | 2/13/2020 | CHK | MAURICIO TORUNO | $107.23 |
| | Operating | 191345 | 2/13/2020 | CHK | AUTOMATIC DATA PROCESSING | $6,299.82 |
| | Operating | 191346 | 2/13/2020 | CHK | JENNIFER COOK | $185.89 |
| | Operating | 191347 | 2/13/2020 | CHK | AGUSTIN LEDO | $67.02 |
| | Operating | 191348 | 2/13/2020 | CHK | EUGENIO SCHIAVELLO | $57.35 |
| | Operating | 191349 | 2/13/2020 | CHK | VICTOR MENDOZA | $11.80 |
| | Operating | 191350 | 2/13/2020 | CHK | SEAN MACMILLAN | $35.31 |
| | Operating | 191351 | 2/13/2020 | CHK | METROPOLITAN FIRE EQUIPMENT | $64.15 |
| | Operating | 191352 | 2/13/2020 | CHK | JOHN VALENTINE | $30.50 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|---|---|---|---|---|---|---|
| | Operating | 191353 | 2/13/2020 | CHK | CITY OF SAN ANTONIO | $37.22 |
| | Operating | 191354 | 2/13/2020 | CHK | MIAMI-DADE FIRE RESCUE DEPAR | $154.07 |
| | Operating | 191355 | 2/13/2020 | CHK | AVS INTERNATIONAL GROUP, INC | $4,166.67 |
| | Operating | 191356 | 2/13/2020 | CHK | ANNE-CHRISTELLE DOMINIQUE | $172.45 |
| | Operating | 191357 | 2/13/2020 | CHK | THE GOURMET COFFEE CO. | $552.78 |
| | Operating | 191358 | 2/13/2020 | CHK | LOUISA KING | $19.00 |
| | Operating | 191359 | 2/13/2020 | CHK | BRIAN BUCHAN | $425.70 |
| | Operating | 191360 | 2/13/2020 | CHK | BFG AVIATION, INC. | $4,500.00 |
| | Operating | 191361 | 2/13/2020 | CHK | NASHVILLE INTERNATIONAL AIRP | $64.35 |
| | Operating | 191362 | 2/13/2020 | CHK | MG. BUS TRANSPORTATION | $1,829.00 |
| | Operating | 191363 | 2/13/2020 | CHK | O.M. MANAGEMENT, INC. | $494.00 |
| | Operating | 191364 | 2/13/2020 | CHK | FIRE AND LIFE SAFETY SOLUTIO | $5,100.00 |
| | Operating | 191365 | 2/13/2020 | CHK | AT&T-300508351 | $251.35 |
| | Operating | 191366 | 2/13/2020 | CHK | TEAMSTER LOCAL UNION NO.747 | $7,254.93 |
| | Operating | 191367 | 2/13/2020 | CHK | MANUEL GONZALEZ | $26.75 |
| | Operating | 191368 | 2/13/2020 | CHK | BRIAN A NEY | $59.35 |
| | Operating | 191369 | 2/13/2020 | CHK | EFAX CORPORATE c/o J2 CLOUD | $359.11 |
| | Operating | 191370 | 2/13/2020 | CHK | ENTERTEK SOLUTIONS, INC. | $19,138.00 |
| | Operating | 191371 | 2/13/2020 | CHK | UNITED DATA TECHNOLOGIES | $2,814.00 |
| | Operating | 191372 | 2/13/2020 | CHK | U.S. BANK EQUIPMENT FINANCE | $3,312.18 |
| | Operating | 191373 | 2/13/2020 | CHK | TOWERSTREAM CORPORATION | $450.00 |
| | Operating | 191374 | 2/13/2020 | CHK | WORLD ATLANTIC AIRLINES | $3,723.87 |
| | Operating | 191375 | 2/13/2020 | CHK | MARGHERITA MARGOTTA | $1,440.00 |
| | Operating | 191376 | 2/13/2020 | CHK | DEREK DENUCCE d/b/a | $1,500.00 |
| | Operating | 191377 | 2/13/2020 | CHK | CITY OF LONG BEACH | $3,538.84 |
| | Operating | 191378 | 2/13/2020 | CHK | CITY OF DALLAS AVIATION DEPA | $576.42 |
| | Operating | 191379 | 2/13/2020 | CHK | ARLECIA LEGRAND BUSBY | $235.20 |
| | Operating | 191380 | 2/13/2020 | CHK | MARY-JO CAROL DIFLORIA | $275.00 |
| | Operating | 191381 | 2/13/2020 | CHK | SANDRA IRVIN | $360.00 |
| | Operating | 191382 | 2/13/2020 | CHK | WILMINGTON INTERNATIONAL AIR | $583.87 |
| | Operating | 191383 | 2/13/2020 | CHK | BLANCA TRINIDAD LECA | $700.00 |
| | Operating | 191384 | 2/13/2020 | CHK | BARFIELD AERO LLC | $655.84 |
| | Operating | 191385 | 2/13/2020 | CHK | AIR CULINAIRE WORLDWIDE, LLC | $71,988.45 |
| | Operating | 191386 | 2/13/2020 | CHK | PROSEGUR SERVICES GROUP INC | $252.63 |
| | Operating | 191387 | 2/13/2020 | CHK | AIRCRAFT TECHNICAL PROFESSIO | $76,057.21 |
| | Operating | 191388 | 2/13/2020 | CHK | AIRSPACE TECHNOLOGIES | $1,660.79 |
| | Operating | 191389 | 2/13/2020 | CHK | ARINC INCORPORATED | $11,007.19 |
| | Operating | 191390 | 2/13/2020 | CHK | AVIALL-DALLAS | $3,154.71 |
| | Operating | 191391 | 2/13/2020 | CHK | AVIALL-AIRCRAFT PARTS DISTRI | $462.00 |
| | Operating | 191392 | 2/13/2020 | CHK | AVIATION SPECTRUM RESOURCES, | $405.00 |
| | Operating | 191393 | 2/13/2020 | CHK | AVIONICS SUPPORT GROUP, INC. | $5,000.00 |
| | Operating | 191394 | 2/13/2020 | CHK | B & W AVIATION CORP. | $9,500.00 |
| | Operating | 191395 | 2/13/2020 | CHK | BOEING COMMERCIAL | $48,799.48 |
| | Operating | 191396 | 2/13/2020 | CHK | CALGARY AIRPORT AUTHORITY | $24.89 |
| | Operating | 191397 | 2/13/2020 | CHK | THE EASTERN IOWA A/P | $3,800.27 |
| | Operating | 191398 | 2/13/2020 | CHK | CHARTER EXPRESS | $13,417.22 |
| | Operating | 191399 | 2/13/2020 | CHK | CINTAS CORP | $163.89 |
| | Operating | 191400 | 2/13/2020 | CHK | CRANE WORLDWIDE | $256.66 |
| | Operating | 191401 | 2/13/2020 | CHK | MIAMI-DADE AVIATION DEPT. | $60.00 |
| | Operating | 191402 | 2/13/2020 | CHK | DIVERSIFIED AERO SERVICES, I | $4,207.30 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|--------|---------|-----|------|------|--------|--------|
| | Operating | 191403 | 2/13/2020 | CHK | EAGLE AVIATION, INC. (SC) | $5,936.00 |
| | Operating | 191404 | 2/13/2020 | CHK | EAN SERVICES LLC | $403.05 |
| | Operating | 191405 | 2/13/2020 | CHK | ELITE TEAM LOGISTICS, LLC | $3,250.00 |
| | Operating | 191406 | 2/13/2020 | CHK | FEDEX | $841.39 |
| | Operating | 191407 | 2/13/2020 | CHK | CREW OUTFITTERS | $175.98 |
| | Operating | 191408 | 2/13/2020 | CHK | GARDA CANADA SECURITY CORP. | $1,106.67 |
| | Operating | 191409 | 2/13/2020 | CHK | GAT AIRLINE GROUND SUPPORT | $1,475.00 |
| | Operating | 191410 | 2/13/2020 | CHK | ACTS - AVIATION SECURITY INC | $715.25 |
| | Operating | 191411 | 2/13/2020 | CHK | GECAS ASSET MANAGEMENT SERVI | $1,521.10 |
| | Operating | 191412 | 2/13/2020 | CHK | GLOBAL AIRCRAFT SERVICES, IN | $9,257.64 |
| | Operating | 191413 | 2/13/2020 | CHK | GODDARD CATERING GRP-ST. THO | $12,835.93 |
| | Operating | 191414 | 2/13/2020 | CHK | INFLIGHT SUPPLIES & SERVICES | $2,326.05 |
| | Operating | 191415 | 2/13/2020 | CHK | A DIVISION OF IMP GROUP LTD | $927.73 |
| | Operating | 191416 | 2/13/2020 | CHK | JD APPAREL | $7,205.00 |
| | Operating | 191417 | 2/13/2020 | CHK | J.D.L. INDUSTRIES, INC. | $935.50 |
| | Operating | 191418 | 2/13/2020 | CHK | JEPPESEN | $30,263.96 |
| | Operating | 191419 | 2/13/2020 | CHK | JET SERVICES | $11,189.00 |
| | Operating | 191420 | 2/13/2020 | CHK | J. L. WELDING | $450.00 |
| | Operating | 191421 | 2/13/2020 | CHK | KIRKLAND AIRCRAFT PARTS CO. | $26,895.00 |
| | Operating | 191422 | 2/13/2020 | CHK | KIMLEY-HORN AND ASSOCIATES, | $1,753.02 |
| | Operating | 191423 | 2/13/2020 | CHK | LSG SKY CHEFS | $19,980.06 |
| | Operating | 191424 | 2/13/2020 | CHK | MEKCO GROUP INC. | $13,364.63 |
| | Operating | 191425 | 2/13/2020 | CHK | MID-OHIO AVIATION SERVICES | $5,050.00 |
| | Operating | 191426 | 2/13/2020 | CHK | NOLA AVIATION LLC | $4,610.59 |
| | Operating | 191427 | 2/13/2020 | CHK | ONTARIO INTERNATIONAL AIRPOR | $722.72 |
| | Operating | 191428 | 2/13/2020 | CHK | PAN AM FLIGHT ACADEMY | $4,624.00 |
| | Operating | 191429 | 2/13/2020 | CHK | PLANESTOCK, LLC | $1,170.00 |
| | Operating | 191430 | 2/13/2020 | CHK | PORT CITY AIR | $837.20 |
| | Operating | 191431 | 2/13/2020 | CHK | QUALITY INSPECTIONS & SERVIC | $4,480.50 |
| | Operating | 191432 | 2/13/2020 | CHK | ROCKWELL COLLINS | $1,118.02 |
| | Operating | 191433 | 2/13/2020 | CHK | CITY OF SAN JOSE | $545.70 |
| | Operating | 191434 | 2/13/2020 | CHK | SHI INTERNATIONAL CORP. | $9,240.80 |
| | Operating | 191435 | 2/13/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $6,473.54 |
| | Operating | 191436 | 2/13/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $8,659.75 |
| | Operating | 191437 | 2/13/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $7,359.00 |
| | Operating | 191438 | 2/13/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $4,096.20 |
| | Operating | 191439 | 2/13/2020 | CHK | SKY MART SALES | $194.38 |
| | Operating | 191440 | 2/13/2020 | CHK | STAPLES BUSINESS ADVANTAGE | $1,549.53 |
| | Operating | 191441 | 2/13/2020 | CHK | SECURESCREEN AVIATION SERVIC | $1,150.00 |
| | Operating | 191442 | 2/13/2020 | CHK | KIMBALL ELECTRONIC LABORATOR | $755.00 |
| | Operating | 191443 | 2/13/2020 | CHK | TALON AIR PARTNERS LLC | $120,672.10 |
| | Operating | 191444 | 2/13/2020 | CHK | SHELTAIR TAMPA  JET CENTER, | $7,555.77 |
| | Operating | 191445 | 2/13/2020 | CHK | ULINE.COM | $353.00 |
| | Operating | 191446 | 2/13/2020 | CHK | ULTRA AVIATION SERVICES | $715.83 |
| | Operating | 191447 | 2/13/2020 | CHK | UNICAL AVIATION INC. | $1,150.00 |
| | Operating | 191448 | 2/13/2020 | CHK | UNITED RENTALS NORTH AMERICA | $5,268.62 |
| | Operating | 191449 | 2/13/2020 | CHK | VECTOR-DALLAS LOVE FIELD | $1,375.32 |
| | Operating | 191450 | 2/13/2020 | CHK | VILLAGE HARDWARE INC. | $58.82 |
| | Operating | 191451 | 2/13/2020 | CHK | GRAINGER | $965.78 |
| | Operating | 191452 | 2/13/2020 | CHK | CHARLOTTESVILLE ALBERMARLE A | $1,147.23 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|---|---|---|---|---|---|---|
| | Operating | 191453 | 2/13/2020 | CHK | GANDER INTERNATIONAL AIRPORT | $2,611.94 |
| | Operating | 191454 | 2/13/2020 | CHK | HAMILTON INTERNATIONAL AIRPO | $4,178.57 |
| | Operating | 191455 | 2/13/2020 | CHK | JETSCAPE SERVICES LLC | $2,664.57 |
| | Operating | 191456 | 2/13/2020 | CHK | MILLION AIR GULFPORT - BILOX | $1,540.20 |
| | Operating | 191457 | 2/13/2020 | CHK | OTTAWA MACDONALD CARTIER | $538.85 |
| | Operating | 191458 | 2/13/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $2,520.00 |
| | Operating | 191459 | 2/13/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $6,325.00 |
| | Operating | 191460 | 2/13/2020 | CHK | SWISSPORT USA, INC. | $1,638.84 |
| | Operating | 191461 | 2/13/2020 | CHK | SWISSPORT USA, INC. | $2,908.02 |
| | Operating | 191462 | 2/13/2020 | CHK | UNITED PARCEL SERVICE CO | $2,593.57 |
| | Operating | 191463 | 2/14/2020 | CHK | FEDERAL EXPRESS | $50,273.48 |
| | Operating | 191464 | 2/20/2020 | CHK | DADE COUNTY | $20,357.22 |
| | Operating | 191465 | 2/20/2020 | CHK | DADE COUNTY | $24,578.09 |
| | Operating | 191466 | 2/20/2020 | CHK | WRIGHT EXPRESS (WEX BANK) | $1,514.12 |
| | Operating | 191467 | 2/20/2020 | CHK | QUALITY CONSULTING COMPANY L | $10,450.00 |
| | Operating | 191468 | 2/20/2020 | CHK | UNITED HEALTHCARE INS.CO. | $7,301.21 |
| | Operating | 191469 | 2/20/2020 | CHK | VISION SERVICE PLAN INSURANC | $1,476.86 |
| | Operating | 191470 | 2/20/2020 | CHK | UNITED STATES FIRE INSURANCE | $24,933.30 |
| | Operating | 191471 | 2/20/2020 | CHK | AIRLINE ECONOMICS INC. | $1,800.00 |
| | Operating | 191472 | 2/20/2020 | CHK | MARSH USA, INC. | $30,122.46 |
| | Operating | 191473 | 2/20/2020 | CHK | SAXON BUSINESS SYSTEMS | $502.78 |
| | Operating | 191474 | 2/20/2020 | CHK | ENTERTEK SOLUTIONS, INC. | $11,396.00 |
| | Operating | 191475 | 2/20/2020 | CHK | ARKADIN INC. | $106.69 |
| | Operating | 191476 | 2/20/2020 | CHK | BRANDFUSE INC | $2,299.98 |
| | Operating | 191477 | 2/20/2020 | CHK | PARADISE AWNINGS | $1,490.00 |
| | Operating | 191478 | 2/20/2020 | CHK | CALDWELL TRAVEL DBA DIRECT T | $7,896.16 |
| | Operating | 191479 | 2/20/2020 | CHK | ALBANY COUNTY AIRPORT AUTH | $14,159.16 |
| | Operating | 191480 | 2/20/2020 | CHK | AIRCRAFT SERVICE INT'L GROUP | $1,440.71 |
| | Operating | 191481 | 2/20/2020 | CHK | SWISSPORT SA FUEL SERVICES L | $2,693.44 |
| | Operating | 191482 | 2/20/2020 | CHK | SWISSPORT FUELING, INC. | $185.92 |
| | Operating | 191483 | 2/20/2020 | CHK | HEIDI B. FERRELL | $223.00 |
| | Operating | 191484 | 2/20/2020 | CHK | VICTOR MENDOZA | $25.12 |
| | Operating | 191485 | 2/20/2020 | CHK | KAISERAIR, INC. | $8,483.96 |
| | Operating | 191486 | 2/20/2020 | CHK | MARK A. EASTON | $93.11 |
| | Operating | 191487 | 2/20/2020 | CHK | JOHN VALENTINE | $256.04 |
| | Operating | 191488 | 2/20/2020 | CHK | ADRIANA MATZ | $200.00 |
| | Operating | 191489 | 2/20/2020 | CHK | AARON CONNELLY | $42.76 |
| | Operating | 191490 | 2/20/2020 | CHK | DELTA DENTAL INSURANCE CO. | $8,164.56 |
| | Operating | 191491 | 2/20/2020 | CHK | DELTA DENTAL INSURANCE CO. | $1,540.98 |
| | Operating | 191492 | 2/20/2020 | CHK | VERIZON WIRELESS | $1,803.29 |
| | Operating | 191493 | 2/20/2020 | CHK | BANK OF AMERICA-OPERATING | $1,415.13 |
| | Operating | 191494 | 2/20/2020 | CHK | MAYFLOWER TRANSIT LLC | $930.76 |
| | Operating | 191495 | 2/20/2020 | CHK | JOHN F. EBERSTEIN | $875.70 |
| | Operating | 191496 | 2/20/2020 | CHK | LESLIE SERVOSS | $170.00 |
| | Operating | 191497 | 2/20/2020 | CHK | METROPOLITAN FIRE EQUIPMENT | $1,099.80 |
| | Operating | 191498 | 2/20/2020 | CHK | ARLECIA LEGRAND BUSBY | $234.20 |
| | Operating | 191499 | 2/20/2020 | CHK | NATIONAL AIR CARRIER | $4,200.00 |
| | Operating | 191500 | 2/20/2020 | CHK | CANADA CUSTOMS & REVENUE AGE | $4,687.56 |
| | Operating | 191501 | 2/20/2020 | CHK | STATE OF NEW JERSEY | $73.28 |
| | Operating | 191502 | 2/20/2020 | CHK | CLAUDIA RUDKINS | $2,420.87 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|--------|---------|---|------|------|--------|--------|
| | Operating | 191503 | 2/20/2020 | CHK | FORD & HARRISON LLP | $248.50 |
| | Operating | 191504 | 2/20/2020 | CHK | FOX ROTHSCHILD LLP | $2,000.00 |
| | Operating | 191505 | 2/20/2020 | CHK | CT CORPORATION SYSTEM | $652.00 |
| | Operating | 191506 | 2/20/2020 | CHK | JOEL B. YOUNGBERG | $3,500.00 |
| | Operating | 191507 | 2/20/2020 | CHK | EDWARD A. PARSON | $89.98 |
| | Operating | 191508 | 2/20/2020 | CHK | JAMES DICKMAN | $281.70 |
| | Operating | 191509 | 2/20/2020 | CHK | STEVEN L. GOLDBERG | $150.00 |
| | Operating | 191510 | 2/20/2020 | CHK | LUIS DIAZ | $114.00 |
| | Operating | 191511 | 2/20/2020 | CHK | CHRIS COCILOVO | $84.79 |
| | Operating | 191512 | 2/20/2020 | CHK | DAVID CORNET | $356.25 |
| | Operating | 191513 | 2/20/2020 | CHK | ANDREW PETERSON | $250.75 |
| | Operating | 191514 | 2/20/2020 | CHK | DEREK DENUCCE d/b/a | $4,900.00 |
| | Operating | 191515 | 2/20/2020 | CHK | CAROL BENJAMIN | $648.00 |
| | Operating | 191516 | 2/20/2020 | CHK | ANGELA LYNN AMBS | $643.44 |
| | Operating | 191517 | 2/20/2020 | CHK | BLANCA TRINIDAD LECA | $300.00 |
| | Operating | 191518 | 2/20/2020 | CHK | MARY-JO CAROL DIFLORIA | $275.00 |
| | Operating | 191519 | 2/20/2020 | CHK | PREMIER BEVERAGE CO.DBA BREA | $315.50 |
| | Operating | 191520 | 2/20/2020 | CHK | CHENEY BROTHERS, INC. | $3,433.98 |
| | Operating | 191521 | 2/20/2020 | CHK | SOUTHERN GLAZER'S WINE & SPI | $4,447.69 |
| | Operating | 191522 | 2/20/2020 | CHK | DEPARTMENT OF AV.-ATL | $513.63 |
| * | Operating | 191523 | 2/20/2020 | CHK | BUFFALO NIAGRA INT'L AIRPORT | $439.00 |
| | Operating | 191524 | 2/20/2020 | CHK | MARYLAND AVIATION ADMINISTRA | $316.08 |
| | Operating | 191525 | 2/20/2020 | CHK | COLUMBIA METROPOLITAN AIRPOR | $223.89 |
| | Operating | 191526 | 2/20/2020 | CHK | THE EASTERN IOWA A/P | $351.20 |
| | Operating | 191527 | 2/20/2020 | CHK | THE COLUMBUS A/P AUTHORITY | $228.28 |
| | Operating | 191528 | 2/20/2020 | CHK | CITY OF DALLAS | $206.33 |
| | Operating | 191529 | 2/20/2020 | CHK | AIRPORT REVENUE -DEN | $259.01 |
| | Operating | 191530 | 2/20/2020 | CHK | DETROIT METRO  WAYNE COUNTY | $425.83 |
| | Operating | 191531 | 2/20/2020 | CHK | THE PORT AUTHORITY OF NEW YO | $1,128.23 |
| | Operating | 191532 | 2/20/2020 | CHK | METRO WASHINGTON AIRPORT AUT | $447.78 |
| | Operating | 191533 | 2/20/2020 | CHK | INDIANAPOLIS AIRPORT AUTHORI | $241.45 |
| | Operating | 191534 | 2/20/2020 | CHK | JACKSONVILLE AIRPORT AUTHORI | $254.62 |
| | Operating | 191535 | 2/20/2020 | CHK | CAPITAL REGION AIRPORT AUTHO | $9,319.97 |
| | Operating | 191536 | 2/20/2020 | CHK | CLARK COUNTY AIRPORT | $263.40 |
| | Operating | 191537 | 2/20/2020 | CHK | LUBBOCK INTL AIRPORT | $223.89 |
| | Operating | 191538 | 2/20/2020 | CHK | BLUE GRASS AIRPORT | $921.90 |
| | Operating | 191539 | 2/20/2020 | CHK | CITY OF LONG BEACH | $2,133.54 |
| | Operating | 191540 | 2/20/2020 | CHK | GREATER ORLANDO AVIATION | $539.97 |
| | Operating | 191541 | 2/20/2020 | CHK | MIAMI-DADE AVIATION DEPT. | $1,246.76 |
| | Operating | 191542 | 2/20/2020 | CHK | GENERAL MITCHELL INT'L AIRPO | $23,284.56 |
| | Operating | 191543 | 2/20/2020 | CHK | DANE COUNTY REGIONAL AIRPORT | $127.31 |
| | Operating | 191544 | 2/20/2020 | CHK | METROPOLITAN AIRPORT COMMISS | $223.89 |
| | Operating | 191545 | 2/20/2020 | CHK | NEW ORLEANS AVIATION BOARD | $724.35 |
| | Operating | 191546 | 2/20/2020 | CHK | OKLAHOMA CITY AIRPORT | $219.50 |
| | Operating | 191547 | 2/20/2020 | CHK | CITY OF PHILADELPHIA | $522.41 |
| | Operating | 191548 | 2/20/2020 | CHK | SKY HARBOR INT'L AIRPORT | $267.79 |
| | Operating | 191549 | 2/20/2020 | CHK | ALLEGHENY COUNTY AIRPORT AUT | $1,251.15 |
| | Operating | 191550 | 2/20/2020 | CHK | RHODE ISLAND AIRPORT CORP. | $250.23 |
| | Operating | 191551 | 2/20/2020 | CHK | RALEIGH-DURHAM AIRPORT AUTHO | $219.50 |
| | Operating | 191552 | 2/20/2020 | CHK | GREATER ROCKFORD AIRPORT AUT | $8,810.73 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|---|---|---|---|---|---|---|
| | Operating | 191553 | 2/20/2020 | CHK | LEE COUNTY PORT AUTHORITY | $539.97 |
| | Operating | 191554 | 2/20/2020 | CHK | SAN ANTONIO INTERNATIONAL AI | $219.50 |
| | Operating | 191555 | 2/20/2020 | CHK | MINETA SAN JOSE INT'L AIRPOR | $215.11 |
| | Operating | 191556 | 2/20/2020 | CHK | HILLSBORO COUNTY AVIATION | $2,067.69 |
| | Operating | 191557 | 2/20/2020 | CHK | TRENTON MERCER COUNTY | $223.89 |
| | Operating | 191558 | 2/20/2020 | CHK | NORTHWEST ARKANSAS REGIONAL | $259.01 |
| | Operating | 191559 | 2/20/2020 | CHK | AEROSPACE ACCESSORY | $534.50 |
| | Operating | 191560 | 2/20/2020 | CHK | PROSEGUR SERVICES GROUP INC | $5,100.00 |
| | Operating | 191561 | 2/20/2020 | CHK | AIRCRAFT TECHNICAL PROFESSIO | $56,320.91 |
| | Operating | 191562 | 2/20/2020 | CHK | AIRLINES MANAGEMENT SERV. CO | $1,088.36 |
| | Operating | 191563 | 2/20/2020 | CHK | AIRSPACE TECHNOLOGIES | $2,108.66 |
| | Operating | 191564 | 2/20/2020 | CHK | GLOBAL AVIATION CO | $1,320.00 |
| | Operating | 191565 | 2/20/2020 | CHK | AVIALL-DALLAS | $98.20 |
| | Operating | 191566 | 2/20/2020 | CHK | AVIATION INFLATABLES | $4,560.00 |
| | Operating | 191567 | 2/20/2020 | CHK | AVIONICS SUPPORT GROUP, INC. | $1,250.00 |
| | Operating | 191568 | 2/20/2020 | CHK | BOEING COMMERCIAL | $2,185.34 |
| | Operating | 191569 | 2/20/2020 | CHK | CINTAS CORP | $109.26 |
| | Operating | 191570 | 2/20/2020 | CHK | CRANE WORLDWIDE | $1,323.13 |
| | Operating | 191571 | 2/20/2020 | CHK | MIAMI-DADE AVIATION DEPT. | $6,663.50 |
| | Operating | 191572 | 2/20/2020 | CHK | DADE PAPER & BAG CO. | $3,678.00 |
| | Operating | 191573 | 2/20/2020 | CHK | DIVERSIFIED AERO SERVICES, I | $842.60 |
| | Operating | 191574 | 2/20/2020 | CHK | EMERY'S CATERING SERVICE, IN | $1,858.49 |
| | Operating | 191575 | 2/20/2020 | CHK | F & E AIRCRAFT MAINTENANCE/M | $1,315.80 |
| | Operating | 191576 | 2/20/2020 | CHK | FEDEX | $978.75 |
| | Operating | 191577 | 2/20/2020 | CHK | CREW OUTFITTERS | $508.48 |
| | Operating | 191578 | 2/20/2020 | CHK | FLIGHT SUPPORT SOLUT-TN | $820.00 |
| | Operating | 191579 | 2/20/2020 | CHK | FLIGHTLINE AIRCRAFT SERVICE | $1,390.00 |
| | Operating | 191580 | 2/20/2020 | CHK | ACTS - AVIATION SECURITY INC | $240.35 |
| | Operating | 191581 | 2/20/2020 | CHK | GLOBAL AIRCRAFT SERVICES, IN | $32,750.27 |
| | Operating | 191582 | 2/20/2020 | CHK | GLOBAL AVIATION CO. | $4,430.00 |
| | Operating | 191583 | 2/20/2020 | CHK | GLOBAL SECURITY | $17,655.02 |
| | Operating | 191584 | 2/20/2020 | CHK | G2 SECURE STAFF | $7,060.62 |
| | Operating | 191585 | 2/20/2020 | CHK | GOLD STAR PRINTERS | $333.75 |
| | Operating | 191586 | 2/20/2020 | CHK | W.W. GRAINGER, INC. | $128.61 |
| | Operating | 191587 | 2/20/2020 | CHK | INFINITY AIR INC. | $160.00 |
| | Operating | 191588 | 2/20/2020 | CHK | INFLIGHT SUPPLIES & SERVICES | $516.90 |
| | Operating | 191589 | 2/20/2020 | CHK | INTREPID AEROSPACE, INC. | $10,111.40 |
| | Operating | 191590 | 2/20/2020 | CHK | JD APPAREL | $300.00 |
| | Operating | 191591 | 2/20/2020 | CHK | J.D.L. INDUSTRIES, INC. | $501.00 |
| | Operating | 191592 | 2/20/2020 | CHK | JEPPESEN | $4,036.84 |
| | Operating | 191593 | 2/20/2020 | CHK | MATHESON TRI-GAS | $1,050.17 |
| | Operating | 191594 | 2/20/2020 | CHK | MEKCO GROUP INC. | $2,229.80 |
| | Operating | 191595 | 2/20/2020 | CHK | MID-OHIO AVIATION SERVICES | $6,587.00 |
| | Operating | 191596 | 2/20/2020 | CHK | MIS CHOICE, INC. | $39.04 |
| | Operating | 191597 | 2/20/2020 | CHK | NAPA AUTO PARTS | $308.16 |
| | Operating | 191598 | 2/20/2020 | CHK | ROCKWELL COLLINS | $2,208.00 |
| | Operating | 191599 | 2/20/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $5,337.59 |
| | Operating | 191600 | 2/20/2020 | CHK | SKY MART SALES | $986.36 |
| | Operating | 191601 | 2/20/2020 | CHK | KIMBALL ELECTRONIC LABORATOR | $105.00 |
| | Operating | 191602 | 2/20/2020 | CHK | TALON AIR PARTNERS LLC | $8,520.00 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|--------|---------|-----|------|------|--------|--------|
| | Operating | 191603 | 2/20/2020 | CHK | TEAM SCREEN, LLC. | $8,200.00 |
| | Operating | 191604 | 2/20/2020 | CHK | VOLARE HOSPITALITY | $5,684.74 |
| | Operating | 191605 | 2/20/2020 | CHK | AIR-GROUND LOGISTICS, INC. | $8,440.47 |
| * | Operating | 191606 | 2/20/2020 | CHK | BLUE AVIATION CO. | $6,181.86 |
| | Operating | 191607 | 2/20/2020 | CHK | CHARLOTTESVILLE ALBERMARLE A | $10,043.57 |
| | Operating | 191608 | 2/20/2020 | CHK | CITY OF SAN ANTONIO | $640.79 |
| | Operating | 191609 | 2/20/2020 | CHK | GREENVILLE-SPARTANBURG A/COM | $1,530.36 |
| | Operating | 191610 | 2/20/2020 | CHK | INNOVATIVE HANDLING SOLUTION | $8,279.25 |
| | Operating | 191611 | 2/20/2020 | CHK | JETSCAPE SERVICES LLC | $3,190.62 |
| | Operating | 191612 | 2/20/2020 | CHK | LANE AVIATION CORP | $256.73 |
| | Operating | 191613 | 2/20/2020 | CHK | PORT CITY AIR | $10,582.80 |
| | Operating | 191614 | 2/20/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $6,459.74 |
| | Operating | 191615 | 2/20/2020 | CHK | SWISSPORT USA, INC. | $2,225.40 |
| | Operating | 191616 | 2/27/2020 | CHK | LSG SKY CHEFS | $9,783.32 |
| | Operating | 191617 | 2/27/2020 | CHK | RESULTS EMPLOYMENT BACKGROUN | $2,227.00 |
| | Operating | 191618 | 2/27/2020 | CHK | DFAS-JAAAA/CO-EBS | $226,374.47 |
| | Operating | 191619 | 2/27/2020 | CHK | MUSIC TRAVEL CONSULTANTS | $4,062.22 |
| | Operating | 191620 | 2/27/2020 | CHK | CAROL BENJAMIN | $27.00 |
| | Operating | 191621 | 2/27/2020 | CHK | BLANCA TRINIDAD LECA | $1,500.00 |
| | Operating | 191622 | 2/27/2020 | CHK | MARY-JO CAROL DIFLORIA | $275.00 |
| | Operating | 191623 | 2/27/2020 | CHK | EAN SERVICES LLC | $2,552.14 |
| | Operating | 191624 | 2/27/2020 | CHK | MARYLAND AVIATION ADMINISTRA | $62.40 |
| | Operating | 191625 | 2/27/2020 | CHK | COMPUTER VISION USA, LLC | $660.00 |
| | Operating | 191626 | 2/27/2020 | CHK | AC RESCUE,LLC D.B.A. DELTA T | $8,013.03 |
| | Operating | 191627 | 2/27/2020 | CHK | CARLA MANECHINI | $51.82 |
| | Operating | 191628 | 2/27/2020 | CHK | OFFICE DEPOT BUSINESS CREDIT | $41.36 |
| | Operating | 191629 | 2/27/2020 | CHK | JUAN O' NAGHTEN | $9,166.67 |
| | Operating | 191630 | 2/27/2020 | CHK | EAGLE BRANDS, INC | $429.00 |
| | Operating | 191631 | 2/27/2020 | CHK | PROGRESSIVE BUSINESS | $284.40 |
| | Operating | 191632 | 2/27/2020 | CHK | PAN AM FLIGHT ACADEMY | $9,000.00 |
| | Operating | 191633 | 2/27/2020 | CHK | DELLEM ASSOCIATES, INC. | $8,000.00 |
| | Operating | 191634 | 2/27/2020 | CHK | SAM RODRIGUEZ | $21.86 |
| | Operating | 191635 | 2/27/2020 | CHK | MG-IP LAW, P. C. | $2,200.00 |
| | Operating | 191636 | 2/27/2020 | CHK | U.S. BANK EQUIPMENT FINANCE | $3,312.18 |
| | Operating | 191637 | 2/27/2020 | CHK | DIRECT TV | $27.00 |
| | Operating | 191638 | 2/27/2020 | CHK | EARTHLINK BUSINESS 1058 - WI | $8,479.75 |
| | Operating | 191639 | 2/27/2020 | CHK | ENTERTEK SOLUTIONS, INC. | $17,822.00 |
| | Operating | 191640 | 2/27/2020 | CHK | CORAL REEF YACHT CLUB | $180.36 |
| | Operating | 191641 | 2/27/2020 | CHK | KING COUNTY TREASURY | $1,079.15 |
| | Operating | 191642 | 2/27/2020 | CHK | KING COUNTY TREASURY | $346.79 |
| | Operating | 191643 | 2/27/2020 | CHK | JAVATE GOMER | $652.56 |
| | Operating | 191644 | 2/27/2020 | CHK | JEFFERSON MEDINA | $652.56 |
| | Operating | 191645 | 2/27/2020 | CHK | AERO DECALS | $314.50 |
| | Operating | 191646 | 2/27/2020 | CHK | AEROSPACE ACCESSORY | $330.00 |
| | Operating | 191647 | 2/27/2020 | CHK | AEROTEL | $22.00 |
| | Operating | 191648 | 2/27/2020 | CHK | BARFIELD AERO LLC | $8,272.10 |
| | Operating | 191649 | 2/27/2020 | CHK | AIR CULINAIRE WORLDWIDE, LLC | $22,849.64 |
| | Operating | 191650 | 2/27/2020 | CHK | PROSEGUR SERVICES GROUP INC | $150.00 |
| | Operating | 191651 | 2/27/2020 | CHK | AIRCRAFT TECHNICAL PROFESSIO | $56,229.24 |
| | Operating | 191652 | 2/27/2020 | CHK | AIRCRAFT ENGINE MANAGEMENT S | $1,320.00 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|--------|---------|-----|------|------|--------|--------|
| | Operating | 191653 | 2/27/2020 | CHK | AIRSPACE TECHNOLOGIES | $1,612.19 |
| | Operating | 191654 | 2/27/2020 | CHK | AVIALL-AIRCRAFT PARTS DISTRI | $231.00 |
| | Operating | 191655 | 2/27/2020 | CHK | AVIALL-DALLAS | $2,563.74 |
| | Operating | 191656 | 2/27/2020 | CHK | AVIATION INFLATABLES | $31,203.00 |
| | Operating | 191657 | 2/27/2020 | CHK | BOEING COMMERCIAL | $62,878.67 |
| | Operating | 191658 | 2/27/2020 | CHK | BROWARD AVIATION SERVICES | $400.00 |
| | Operating | 191659 | 2/27/2020 | CHK | CINTAS CORP | $54.63 |
| | Operating | 191660 | 2/27/2020 | CHK | AT YOUR SERVICE MANAGEMENT I | $501.74 |
| | Operating | 191661 | 2/27/2020 | CHK | MIAMI-DADE AVIATION DEPT. | $20.00 |
| | Operating | 191662 | 2/27/2020 | CHK | DIVERSIFIED AERO SERVICES, I | $2,700.00 |
| | Operating | 191663 | 2/27/2020 | CHK | ELITE TEAM LOGISTICS, LLC | $8,500.00 |
| | Operating | 191664 | 2/27/2020 | CHK | CREW OUTFITTERS | $346.97 |
| | Operating | 191665 | 2/27/2020 | CHK | GAT AIRLINE GROUND SUPPORT | $1,280.00 |
| | Operating | 191666 | 2/27/2020 | CHK | GATE GOURME-TEXAS | $13,677.90 |
| | Operating | 191667 | 2/27/2020 | CHK | ACTS - AVIATION SECURITY INC | $356.67 |
| | Operating | 191668 | 2/27/2020 | CHK | GOGO, LLC | $10,957.74 |
| | Operating | 191669 | 2/27/2020 | CHK | GOLD STAR PRINTERS | $202.25 |
| | Operating | 191670 | 2/27/2020 | CHK | GOODRICH AIRCRAFT WHEELS AND | $10,609.75 |
| | Operating | 191671 | 2/27/2020 | CHK | GOURMET GANG | $6,242.44 |
| | Operating | 191672 | 2/27/2020 | CHK | HY-VEE | $7,526.00 |
| | Operating | 191673 | 2/27/2020 | CHK | INFLIGHT SUPPLIES & SERVICES | $4,049.05 |
| | Operating | 191674 | 2/27/2020 | CHK | JEPPESEN | $35,036.11 |
| | Operating | 191675 | 2/27/2020 | CHK | JETPUBS, INC. | $658.12 |
| | Operating | 191676 | 2/27/2020 | CHK | LSG SKY CHEFS | $2,510.63 |
| | Operating | 191677 | 2/27/2020 | CHK | MATERIAL HANDLING SYSTEMS, I | $120.00 |
| | Operating | 191678 | 2/27/2020 | CHK | MIS CHOICE, INC. | $6,365.27 |
| | Operating | 191679 | 2/27/2020 | CHK | MTU MAINTENANCE DALLAS, INC. | $111,179.15 |
| | Operating | 191680 | 2/27/2020 | CHK | NAPA AUTO PARTS | $69.00 |
| | Operating | 191681 | 2/27/2020 | CHK | PAN AM FLIGHT ACADEMY | $23,328.00 |
| | Operating | 191682 | 2/27/2020 | CHK | PARKHURST DINING | $4,212.32 |
| | Operating | 191683 | 2/27/2020 | CHK | PLANESTOCK, LLC | $200.00 |
| | Operating | 191684 | 2/27/2020 | CHK | PROSPECT AIRPORT SERVICES, I | $1,725.00 |
| | Operating | 191685 | 2/27/2020 | CHK | SHI INTERNATIONAL CORP. | $21,883.75 |
| | Operating | 191686 | 2/27/2020 | CHK | SOLID POWER INC | $1,100.00 |
| | Operating | 191687 | 2/27/2020 | CHK | SUNSHINE AVIONICS LLC | $84,415.00 |
| | Operating | 191688 | 2/27/2020 | CHK | KIMBALL ELECTRONIC LABORATOR | $1,050.00 |
| | Operating | 191689 | 2/27/2020 | CHK | TALON AIR PARTNERS LLC | $16,949.00 |
| | Operating | 191690 | 2/27/2020 | CHK | TOUCHDOWN AVIATION | $500.00 |
| | Operating | 191691 | 2/27/2020 | CHK | TURBO RESOURCES INT'L | $160.00 |
| | Operating | 191692 | 2/27/2020 | CHK | ULTRA AVIATION SERVICES | $1,900.53 |
| | Operating | 191693 | 2/27/2020 | CHK | UNICAL AVIATION INC. | $1,325.00 |
| | Operating | 191694 | 2/27/2020 | CHK | VILLAGE HARDWARE INC. | $43.50 |
| | Operating | 191695 | 2/27/2020 | CHK | AIRCRAFT SERVICE INT'L GROUP | $7,835.85 |
| | Operating | 191696 | 2/27/2020 | CHK | AIRPORT TERMINAL SERVICE, IN | $1,250.00 |
| | Operating | 191697 | 2/27/2020 | CHK | AIRCRAFT DETAILING INC. | $535.00 |
| | Operating | 191698 | 2/27/2020 | CHK | THE EASTERN IOWA A/P | $1,716.18 |
| | Operating | 191699 | 2/27/2020 | CHK | TREASURER, CITY OF CLEVELAND | $1,035.80 |
| | Operating | 191700 | 2/27/2020 | CHK | CITY OF LOS ANGELES | $2,781.30 |
| | Operating | 191701 | 2/27/2020 | CHK | A DIVISION OF IMP GROUP LTD | $5,332.04 |
| | Operating | 191702 | 2/27/2020 | CHK | KAISERAIR, INC. | $1,765.31 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|--------|---------|---|------|------|--------|--------|
| | Operating | 191703 | 2/27/2020 | CHK | KING COUNTY INT'L AIRPORT | $1,097.25 |
| * | Operating | 191704 | 2/27/2020 | CHK | JET AVIATION - IAD | $6,599.84 |
| | Operating | 191705 | 2/27/2020 | CHK | VECTOR-MASSPORT HANSCON FIEL | $872.64 |
| | Operating | 191706 | 2/27/2020 | CHK | MENZIES AVIATION (USA) INC. | $3,366.63 |
| | Operating | 191707 | 2/27/2020 | CHK | NOLA AVIATION LLC | $6,270.80 |
| | Operating | 191708 | 2/27/2020 | CHK | PORT CITY AIR | $13,386.60 |
| | Operating | 191709 | 2/27/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $28,542.10 |
| | Operating | 191710 | 2/27/2020 | CHK | THE PORT AUTHORITY OF NY & N | $11,064.74 |
| | Operating | 191711 | 2/27/2020 | CHK | U.S. CUSTOMS AND BORDER PROT | $1,845.82 |
| | Operating | 191712 | 2/27/2020 | CHK | MARYLAND AVIATION ADMINISTRA | $2,411.26 |
| | Operating | 191713 | 3/12/2020 | CHK | AMERICAN EXPRESS-FORT LAUD | $465,580.96 |
| | Operating | 191714 | 3/12/2020 | CHK | GATE GOURME-TEXAS | $35,524.62 |
| | Operating | 191715 | 3/12/2020 | CHK | BLANCA TRINIDAD LECA | $650.00 |
| | Operating | 191716 | 3/12/2020 | CHK | DEREK DENUCCE d/b/a | $1,800.00 |
| | Operating | 191717 | 3/12/2020 | CHK | ANGELA LYNN AMBS | $1,469.79 |
| | Operating | 191718 | 3/12/2020 | CHK | SOUTHERN GLAZER'S WINE & SPI | $775.95 |
| | Operating | 191719 | 3/12/2020 | CHK | CHENEY BROTHERS, INC. | $2,998.53 |
| | Operating | 191720 | 3/12/2020 | CHK | DEBORAH WERNERT | $1,197.78 |
| | Operating | 191721 | 3/12/2020 | CHK | CMRS TMS | $1,500.00 |
| | Operating | 191722 | 3/12/2020 | CHK | ASHLI DOCTOR | $222.04 |
| | Operating | 191723 | 3/12/2020 | CHK | STEVE JOFFRION | $452.28 |
| | Operating | 191724 | 3/12/2020 | CHK | JOSE GONZALEZ | $206.45 |
| | Operating | 191725 | 3/12/2020 | CHK | INFLIGHT ENTERTAINMENT | $6,950.00 |
| | Operating | 191726 | 3/12/2020 | CHK | BFG AVIATION, INC. | $8,500.00 |
| | Operating | 191727 | 3/12/2020 | CHK | RESULTS EMPLOYMENT BACKGROUN | $1,348.00 |
| | Operating | 191728 | 3/12/2020 | CHK | TEAMSTER LOCAL UNION NO.747 | $7,980.54 |
| | Operating | 191729 | 3/12/2020 | CHK | EDUARDO MARDENI | $30.00 |
| | Operating | 191730 | 3/12/2020 | CHK | JOHN F. EBERSTEIN | $7,335.00 |
| | Operating | 191731 | 3/12/2020 | CHK | PRODIGIQ, INC DBA PROSAFE T | $2,500.00 |
| | Operating | 191732 | 3/12/2020 | CHK | NATIONAL AIR CARRIER | $4,200.00 |
| | Operating | 191733 | 3/12/2020 | CHK | PAOLA BISONO | $184.00 |
| | Operating | 191734 | 3/12/2020 | CHK | PAUL SANCHEZ | $156.43 |
| | Operating | 191735 | 3/12/2020 | CHK | AFLAC | $6,957.47 |
| | Operating | 191736 | 3/12/2020 | CHK | DELTA DENTAL INSURANCE CO. | $7,771.64 |
| | Operating | 191737 | 3/12/2020 | CHK | DELTA DENTAL INSURANCE CO. | $1,625.71 |
| | Operating | 191738 | 3/12/2020 | CHK | ORKIN PEST CONTROL | $545.01 |
| | Operating | 191739 | 3/12/2020 | CHK | SOLAIRUS AVIATION | $174,838.90 |
| | Operating | 191740 | 3/12/2020 | CHK | VAERUS AVIATION INC | $52,224.27 |
| | Operating | 191741 | 3/12/2020 | CHK | MAILFINANCE | $650.54 |
| | Operating | 191742 | 3/12/2020 | CHK | U.S. POSTMASTER    PO BOX 66 | $288.00 |
| | Operating | 191743 | 3/12/2020 | CHK | TRAX USA CORPORATION | $14,148.82 |
| | Operating | 191744 | 3/12/2020 | CHK | ROBERT CLAGER | $7,000.00 |
| | Operating | 191745 | 3/12/2020 | CHK | THE GOURMET COFFEE CO. | $701.42 |
| | Operating | 191746 | 3/12/2020 | CHK | DIVISION OF ALCOHOLIC BEVERA | $3.70 |
| | Operating | 191747 | 3/12/2020 | CHK | AVS INTERNATIONAL GROUP, INC | $4,166.67 |
| | Operating | 191748 | 3/12/2020 | CHK | BUFFALO NIAGRA INT'L AIRPORT | $219.50 |
| | Operating | 191749 | 3/12/2020 | CHK | ASCAP | $272.68 |
| | Operating | 191750 | 3/12/2020 | CHK | AUTOMATIC DATA PROCESSING | $8,677.88 |
| | Operating | 191751 | 3/12/2020 | CHK | CPaT | $1,606.00 |
| | Operating | 191752 | 3/12/2020 | CHK | SAXON BUSINESS SYSTEMS | $4,407.69 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|---|---|---|---|---|---|---|
| | Operating | 191753 | 3/12/2020 | CHK | ENTERTEK SOLUTIONS, INC. | $22,918.00 |
| | Operating | 191754 | 3/12/2020 | CHK | ARKADIN INC. | $39.04 |
| | Operating | 191755 | 3/12/2020 | CHK | AT & T | $1,910.79 |
| | Operating | 191756 | 3/12/2020 | CHK | OUTSOURCE ONLINE AND CONSULT | $1,600.00 |
| | Operating | 191757 | 3/12/2020 | CHK | DAVID BECK | $30.00 |
| | Operating | 191758 | 3/12/2020 | CHK | CITY OF DALLAS AVIATION DEPA | $1,152.84 |
| | Operating | 191759 | 3/12/2020 | CHK | FEDERAL AVIATION ADMINISTRAT | $662.58 |
| | Operating | 191760 | 3/12/2020 | CHK | AERO DESIGN SERVICES, INC. | $27,000.00 |
| | Operating | 191761 | 3/12/2020 | CHK | AEROTEL | $110.00 |
| | Operating | 191762 | 3/12/2020 | CHK | BARFIELD AERO LLC | $1,081.12 |
| | Operating | 191763 | 3/12/2020 | CHK | AIR CULINAIRE WORLDWIDE, LLC | $60,730.73 |
| | Operating | 191764 | 3/12/2020 | CHK | PROSEGUR SERVICES GROUP INC | $1,142.84 |
| | Operating | 191765 | 3/12/2020 | CHK | AIRCRAFT TECHNICAL PROFESSIO | $19,044.00 |
| | Operating | 191766 | 3/12/2020 | CHK | AIRSPACE TECHNOLOGIES | $648.21 |
| | Operating | 191767 | 3/12/2020 | CHK | ALLIED AVIATION- CANADA | $891.66 |
| | Operating | 191768 | 3/12/2020 | CHK | ANSETT AIRCRAFT SPARES & SER | $150.00 |
| | Operating | 191769 | 3/12/2020 | CHK | ARINC INCORPORATED | $12,791.11 |
| | Operating | 191770 | 3/12/2020 | CHK | AUTOMATED SYSTEMS IN AIRCRAF | $750.00 |
| | Operating | 191771 | 3/12/2020 | CHK | AVIATION INFLATABLES | $775.00 |
| | Operating | 191772 | 3/12/2020 | CHK | B & W AVIATION CORP. | $10,212.23 |
| | Operating | 191773 | 3/12/2020 | CHK | BOEING COMMERCIAL | $1,616.50 |
| | Operating | 191774 | 3/12/2020 | CHK | CINTAS CORP | $109.26 |
| | Operating | 191775 | 3/12/2020 | CHK | AT YOUR SERVICE MANAGEMENT I | $2,251.19 |
| | Operating | 191776 | 3/12/2020 | CHK | DELTA AIRLINES-GA | $62,750.65 |
| | Operating | 191777 | 3/12/2020 | CHK | RICHMOND A/P-FOOD & BEV DELA | $1,926.99 |
| | Operating | 191778 | 3/12/2020 | CHK | EAN SERVICES LLC | $176.62 |
| | Operating | 191779 | 3/12/2020 | CHK | EMC OIL CORPORATION | $104.33 |
| | Operating | 191780 | 3/12/2020 | CHK | FEDEX | $2,390.82 |
| | Operating | 191781 | 3/12/2020 | CHK | CREW OUTFITTERS | $352.94 |
| | Operating | 191782 | 3/12/2020 | CHK | GA TELESIS, LLC | $3,400.00 |
| | Operating | 191783 | 3/12/2020 | CHK | GECAS ASSET MANAGEMENT SERVI | $3,160.73 |
| | Operating | 191784 | 3/12/2020 | CHK | GLOBAL AIRCRAFT SERVICES, IN | $121,109.46 |
| | Operating | 191785 | 3/12/2020 | CHK | GODDARD CATERING GRP-ST. THO | $834.75 |
| | Operating | 191786 | 3/12/2020 | CHK | W.W. GRAINGER, INC. | $4,359.76 |
| | Operating | 191787 | 3/12/2020 | CHK | INFLIGHT SUPPLIES & SERVICES | $1,621.85 |
| | Operating | 191788 | 3/12/2020 | CHK | JD APPAREL | $460.00 |
| | Operating | 191789 | 3/12/2020 | CHK | JEPPESEN | $4,623.10 |
| | Operating | 191790 | 3/12/2020 | CHK | JFK OFFICE SUPERMARKET, INC. | $2,032.36 |
| | Operating | 191791 | 3/12/2020 | CHK | KIRKLAND AIRCRAFT PARTS CO. | $2,460.80 |
| | Operating | 191792 | 3/12/2020 | CHK | LOTUS BAKERIES NORTH AMERICA | $2,010.00 |
| | Operating | 191793 | 3/12/2020 | CHK | LSG SKY CHEFS | $13,256.17 |
| | Operating | 191794 | 3/12/2020 | CHK | MATHESON TRI-GAS | $983.84 |
| | Operating | 191795 | 3/12/2020 | CHK | MEKCO GROUP INC. | $8,000.00 |
| | Operating | 191796 | 3/12/2020 | CHK | NAPA AUTO PARTS | $621.65 |
| | Operating | 191797 | 3/12/2020 | CHK | PAN AM FLIGHT ACADEMY | $17,496.00 |
| | Operating | 191798 | 3/12/2020 | CHK | PANASONIC AVIONICS CORPORATI | $11,100.00 |
| | Operating | 191799 | 3/12/2020 | CHK | PARKHURST DINING | $17,885.35 |
| | Operating | 191800 | 3/12/2020 | CHK | ELITE LAUNDRY SERVICES OF FL | $198.78 |
| | Operating | 191801 | 3/12/2020 | CHK | SKY MART SALES | $219.85 |
| | Operating | 191802 | 3/12/2020 | CHK | STAPLES BUSINESS ADVANTAGE | $669.46 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|---|---|---|---|---|---|---|
| | Operating | 191803 | 3/12/2020 | CHK | SWISSPORT SA FUEL SERVICES L | $2,709.68 |
| | Operating | 191804 | 3/12/2020 | CHK | SWISSPORT USA, INC. | $7,091.70 |
| | Operating | 191805 | 3/12/2020 | CHK | KIMBALL ELECTRONIC LABORATOR | $1,055.00 |
| | Operating | 191806 | 3/12/2020 | CHK | TALON AIR PARTNERS LLC | $15,473.50 |
| | Operating | 191807 | 3/12/2020 | CHK | BRIDGESTONE AIRCRAFT TIRE | $31,193.21 |
| | Operating | 191808 | 3/12/2020 | CHK | UNITED RENTALS NORTH AMERICA | $2,266.80 |
| | Operating | 191809 | 3/12/2020 | CHK | VACUUM CLEANER MART | $80.09 |
| | Operating | 191810 | 3/12/2020 | CHK | VILLAGE HARDWARE INC. | $19.56 |
| | Operating | 191811 | 3/12/2020 | CHK | VOLARE HOSPITALITY | $3,361.88 |
| | Operating | 191812 | 3/12/2020 | CHK | GRAINGER | $311.10 |
| | Operating | 191813 | 3/12/2020 | CHK | REGIONAL JET CENTER, INC. | $5,165.10 |
| | Operating | 191814 | 3/12/2020 | CHK | ANGELA LYNN AMBS | $520.00 |
| | Operating | 191815 | 3/12/2020 | CHK | TAHA ALASHI | $500.00 |
| | Operating | 191816 | 3/12/2020 | CHK | AIRCRAFT DETAILING INC. | $535.00 |
| | Operating | 191817 | 3/12/2020 | CHK | AIRCRAFT SERVICE INT'L GROUP | $7,932.66 |
| | Operating | 191818 | 3/12/2020 | CHK | AVFLIGHT LANSING CORPORATION | $2,323.91 |
| | Operating | 191819 | 3/12/2020 | CHK | CALGARY AIRPORT AUTHORITY | $970.80 |
| | Operating | 191820 | 3/12/2020 | CHK | CAPITAL REGION AIRPORT AUTHO | $27,789.18 |
| | Operating | 191821 | 3/12/2020 | CHK | COLUMBUS REGIONAL A/P AUTHOR | $1,934.09 |
| | Operating | 191822 | 3/12/2020 | CHK | DANE COUNTY TREASURER | $1,606.38 |
| | Operating | 191823 | 3/12/2020 | CHK | JET SERVICES | $10,639.00 |
| | Operating | 191824 | 3/12/2020 | CHK | MENZIES AVIATION (USA) INC. | $15,152.62 |
| | Operating | 191825 | 3/12/2020 | CHK | MILLION AIR ORLANDO | $1,205.00 |
| | Operating | 191826 | 3/12/2020 | CHK | MILLION AIR TOPEKA | $27,785.00 |
| | Operating | 191827 | 3/12/2020 | CHK | MILLION AIR-INDIANAPOLIS | $6,158.88 |
| | Operating | 191828 | 3/12/2020 | CHK | PORT CITY AIR | $925.00 |
| | Operating | 191829 | 3/12/2020 | CHK | CITY OF SAN JOSE | $545.70 |
| | Operating | 191830 | 3/12/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $4,410.00 |
| | Operating | 191831 | 3/12/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $8,090.00 |
| | Operating | 191832 | 3/12/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $915.00 |
| | Operating | 191833 | 3/12/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $7,494.00 |
| | Operating | 191834 | 3/12/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $10,784.51 |
| | Operating | 191835 | 3/12/2020 | CHK | SWISSPORT USA, INC. | $8,797.17 |
| | Operating | 191836 | 3/12/2020 | CHK | VECTOR-DALLAS LOVE FIELD | $458.44 |
| | Operating | AD0120.01 | 1/2/2020 | CHK | PHILLIPS-FUEL | $39,468.96 |
| | Operating | AD0120.02 | 1/7/2020 | CHK | BANK OF AMERICA | $116,480.00 |
| | Operating | AD0120.03 | 1/7/2020 | CHK | PHILLIPS-FUEL | $34,048.56 |
| | Operating | AD0120.04 | 1/8/2020 | CHK | EPIC AVIATION, LLC | $15,421.72 |
| | Operating | AD0120.05 | 1/13/2020 | CHK | INTERNAL REVENUE - OH | $167,135.29 |
| | Operating | AD0120.06 | 1/14/2020 | CHK | BANK OF AMERICA | $174,355.83 |
| | Operating | AD0120.07 | 1/14/2020 | CHK | PHILLIPS-FUEL | $4,845.00 |
| | Operating | AD0120.08 | 1/15/2020 | CHK | AUTOMATIC DATA PROCESSING | $685,532.26 |
| | Operating | AD0120.09 | 1/15/2020 | CHK | AUTOMATIC DATA PROCESSING | $233,749.85 |
| | Operating | AD0120.10 | 1/15/2020 | CHK | AUTOMATIC DATA PROCESSING | $2,576.59 |
| | Operating | AD0120.12 | 1/16/2020 | CHK | PHILLIPS-FUEL | $5,116.99 |
| | Operating | AD0120.13 | 1/17/2020 | CHK | EPIC AVIATION, LLC | $17,163.36 |
| | Operating | AD0120.14 | 1/20/2020 | CHK | PHILLIPS-FUEL | $2,982.65 |
| | Operating | AD0120.15 | 1/20/2020 | CHK | FL DEPT. OF REVENUE( SALES T | $9.42 |
| | Operating | AD0120.16 | 1/22/2020 | CHK | BANK OF AMERICA | $154,298.37 |
| | Operating | AD0120.17 | 1/22/2020 | CHK | PHILLIPS-FUEL | $13,549.95 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|---|---|---|---|---|---|---|
| | Operating | AD0120.18 | 1/22/2020 | CHK | COMMISSIONER OF TAXATION | $146.33 |
| | Operating | AD0120.19 | 1/23/2020 | CHK | PHILLIPS-FUEL | $4,296.34 |
| | Operating | AD0120.20 | 1/24/2020 | CHK | PHILLIPS-FUEL | $5,907.47 |
| | Operating | AD0120.21 | 1/24/2020 | CHK | EPIC AVIATION, LLC | $3,681.68 |
| | Operating | AD0120.22 | 1/24/2020 | CHK | MIAMI-DADE AVIATION DEPT. | $7,800.50 |
| | Operating | AD0120.23 | 1/28/2020 | CHK | FPL | $940.51 |
| | Operating | AD0120.24 | 1/28/2020 | CHK | INTERNAL REVENUE - OH | $290,412.25 |
| | Operating | AD0120.25 | 1/28/2020 | CHK | BANK OF AMERICA | $125,047.12 |
| | Operating | AD0120.26 | 1/29/2020 | CHK | AUTOMATIC DATA PROCESSING | $1,880.29 |
| | Operating | AD0120.27 | 1/30/2020 | CHK | AUTOMATIC DATA PROCESSING | $547,936.94 |
| | Operating | AD0120.28 | 1/30/2020 | CHK | AUTOMATIC DATA PROCESSING | $200,565.16 |
| | Operating | AD0120.29 | 1/30/2020 | CHK | AUTOMATIC DATA PROCESSING | $2,576.59 |
| | Operating | AD0120.30 | 1/31/2020 | CHK | U.S. CUSTOMS & BORDER PROTEC | $70,149.63 |
| | Operating | AD0120.31 | 1/31/2020 | CHK | USDA, APHIS, AQI | $38,794.32 |
| | Operating | AD0120.32 | 1/31/2020 | CHK | TRANSPORTATION SECURITY ADMI | $10,813.60 |
| | Operating | AD0220.01 | 2/3/2020 | CHK | BANK OF AMERICA | $112,104.65 |
| | Operating | AD0220.02 | 2/3/2020 | CHK | PHILLIPS-FUEL | $4,458.03 |
| | Operating | AD0220.03 | 2/5/2020 | CHK | PHILLIPS-FUEL | $1,590.75 |
| | Operating | AD0220.04 | 2/6/2020 | CHK | PHILLIPS-FUEL | $10,204.42 |
| | Operating | AD0220.05 | 2/10/2020 | CHK | BANK OF AMERICA | $90,195.76 |
| | Operating | AD0220.06 | 2/10/2020 | CHK | PHILLIPS-FUEL | $9,221.65 |
| | Operating | AD0220.07 | 2/12/2020 | CHK | INTERNAL REVENUE - OH | $275,164.99 |
| | Operating | AD0220.08 | 2/12/2020 | CHK | EPIC AVIATION, LLC | $11,271.92 |
| | Operating | AD0220.09 | 2/12/2020 | CHK | U.S. CUSTOMS & BORDER PROTEC | $554.86 |
| | Operating | AD0220.10 | 2/13/2020 | CHK | AUTOMATIC DATA PROCESSING | $2,576.59 |
| | Operating | AD0220.11 | 2/13/2020 | CHK | AUTOMATIC DATA PROCESSING | $751,002.26 |
| | Operating | AD0220.12 | 2/13/2020 | CHK | AUTOMATIC DATA PROCESSING | $263,633.29 |
| | Operating | AD0220.13 | 2/14/2020 | CHK | MIAMI-DADE AVIATION DEPT. | $6,795.28 |
| | Operating | AD0220.14 | 2/14/2020 | CHK | CHEVRON PRODUCTS CO. | $3,512.47 |
| | Operating | AD0220.15 | 2/18/2020 | CHK | BANK OF AMERICA-OPERATING | $2,746.53 |
| | Operating | AD0220.16 | 2/18/2020 | CHK | BANK OF AMERICA | $117,956.54 |
| | Operating | AD0220.17 | 2/18/2020 | CHK | PHILLIPS-FUEL | $14,777.56 |
| | Operating | AD0220.18 | 2/20/2020 | CHK | BANK OF AMERICA-OPERATING | $230.00 |
| | Operating | AD0220.19 | 2/20/2020 | CHK | COMMISSIONER OF TAXATION | $16.03 |
| | Operating | AD0220.20 | 2/20/2020 | CHK | PHILLIPS-FUEL | $10,501.74 |
| | Operating | AD0220.21 | 2/24/2020 | CHK | PHILLIPS-FUEL | $3,024.33 |
| | Operating | AD0220.22 | 2/24/2020 | CHK | BANK OF AMERICA | $160,800.70 |
| | Operating | AD0220.23 | 2/24/2020 | CHK | PHILLIPS-FUEL | $7,926.05 |
| | Operating | AD0220.24 | 2/24/2020 | CHK | FPL | $899.88 |
| | Operating | AD0220.25 | 2/25/2020 | CHK | PHILLIPS-FUEL | $7,556.31 |
| | Operating | AD0220.26 | 2/26/2020 | CHK | INTERNAL REVENUE - OH | $389,455.77 |
| | Operating | AD0220.27 | 2/27/2020 | CHK | AUTOMATIC DATA PROCESSING | $535,579.40 |
| | Operating | AD0220.28 | 2/27/2020 | CHK | AUTOMATIC DATA PROCESSING | $193,405.59 |
| | Operating | AD0220.29 | 2/27/2020 | CHK | AUTOMATIC DATA PROCESSING | $4,092.44 |
| | Operating | AD0220.30 | 2/28/2020 | CHK | TRANSPORTATION SECURITY ADMI | $6,412.00 |
| | Operating | AD1219.18 | 12/27/2019 | CHK | PHILLIPS-FUEL | $6,867.61 |
| | Operating | AD1219.19 | 12/27/2019 | CHK | INTERNAL REVENUE - OH | $230,133.92 |
| | Operating | AD1219.20 | 12/30/2019 | CHK | AUTOMATIC DATA PROCESSING | $550,607.62 |
| | Operating | AD1219.21 | 12/30/2019 | CHK | MIAMI-DADE AVIATION DEPT. | $37.82 |
| | Operating | AD1219.21A | 12/30/2019 | CHK | DADE COUNTY | $44,935.31 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|---|---|---|---|---|---|---|
| | Operating | AD1219.22 | 12/30/2019 | CHK | AUTOMATIC DATA PROCESSING | $172,865.90 |
| | Operating | AD1219.23 | 12/31/2019 | CHK | BANK OF AMERICA | $78,139.09 |
| | Operating | AD1219.24 | 12/31/2019 | CHK | PHILLIPS-FUEL | $10,606.30 |
| | Operating | AD1219.25 | 12/31/2019 | CHK | AUTOMATIC DATA PROCESSING | $2,576.59 |
| | Operating | AD1219.26 | 12/31/2019 | CHK | TRANSPORTATION SECURITY ADMI | $12,096.00 |
| | Operating | WTBA0120.01 | 1/3/2020 | CHK | SHELL AVIATION CREDIT CARD P | $2,617.06 |
| | Operating | WTBA0120.02 | 1/3/2020 | CHK | BP PRODUCTS NORTH AMERICA, I | $3,654.29 |
| | Operating | WTBA0120.03 | 1/3/2020 | CHK | PORT CITY AIR-FUEL | $4,800.00 |
| | Operating | WTBA0120.04 | 1/3/2020 | CHK | EASTERN AVIATION FUELS, INC. | $8,200.00 |
| | Operating | WTBA0120.05 | 1/3/2020 | CHK | ASSOCIATED ENERGY GROUP LLC | $17,233.29 |
| | Operating | WTBA0120.06 | 1/3/2020 | CHK | AVFUEL CORP | $39,700.00 |
| | Operating | WTBA0120.07 | 1/3/2020 | CHK | WORLD FUEL SERVICES, INC | $51,452.45 |
| | Operating | WTBA0120.08 | 1/6/2020 | CHK | ASSOCIATION OF FLIGHT ATTEND | $5,575.00 |
| | Operating | WTBA0120.09 | 1/6/2020 | CHK | SMBC AVIATION CAPITAL LIMITE | $125,000.00 |
| | Operating | WTBA0120.10 | 1/8/2020 | CHK | EUROCONTROL-SPAIN | $55.74 |
| | Operating | WTBA0120.100 | 1/31/2020 | CHK | AVFUEL CORP | $79,050.00 |
| | Operating | WTBA0120.101 | 1/31/2020 | CHK | WORLD FUEL SERVICES, INC | $190,335.37 |
| | Operating | WTBA0120.102 | 1/31/2020 | CHK | INT'L LEASE FINANCE CORP | $212,000.00 |
| | Operating | WTBA0120.103 | 1/31/2020 | CHK | WILMINGTON TRUST COMPANY | $275,000.00 |
| | Operating | WTBA0120.11 | 1/8/2020 | CHK | EUROCONTROL (NETHERLANDS | $479.64 |
| | Operating | WTBA0120.12 | 1/8/2020 | CHK | AVIOLINX COMMUNICATION & SER | $519.92 |
| | Operating | WTBA0120.13 | 1/8/2020 | CHK | EURO CONTROL- BULGARIA | $651.39 |
| | Operating | WTBA0120.14 | 1/8/2020 | CHK | EUROCONTROL-IRELANDE | $664.46 |
| | Operating | WTBA0120.15 | 1/8/2020 | CHK | REYKJAVIK AIRPORT | $868.70 |
| | Operating | WTBA0120.16 | 1/8/2020 | CHK | EUROCONTROL-GREECE | $1,128.57 |
| | Operating | WTBA0120.17 | 1/8/2020 | CHK | GODDARD CATERING GROUP ( JAL | $1,278.48 |
| | Operating | WTBA0120.18 | 1/8/2020 | CHK | EUROCONTROL-IRELANDE | $1,886.49 |
| | Operating | WTBA0120.19 | 1/8/2020 | CHK | INT'L  AIR TRANSPORT (IATA) | $3,668.72 |
| | Operating | WTBA0120.20 | 1/8/2020 | CHK | GATE GOURMET CANADA INC. | $3,682.58 |
| | Operating | WTBA0120.21 | 1/8/2020 | CHK | EFG INFLIGHT(SHANNON IRELAND | $4,297.93 |
| | Operating | WTBA0120.22 | 1/8/2020 | CHK | SWISSPORT CANADA INC. | $8,436.73 |
| | Operating | WTBA0120.23 | 1/8/2020 | CHK | EUROCONTROL-BELGIQUE(USA) | $70,571.74 |
| | Operating | WTBA0120.24 | 1/8/2020 | CHK | ACC AVIATION INC | $10,000.00 |
| | Operating | WTBA0120.25 | 1/8/2020 | CHK | RADIANT GLOBAL LOGISTICS INC | $16,354.17 |
| | Operating | WTBA0120.26 | 1/10/2020 | CHK | SHELL AVIATION CREDIT CARD P | $2,766.21 |
| | Operating | WTBA0120.27 | 1/10/2020 | CHK | SHELL OIL PRODUCTS US | $3,100.00 |
| | Operating | WTBA0120.28 | 1/10/2020 | CHK | IRVING OIL TERMINALS (USA) | $3,650.00 |
| | Operating | WTBA0120.29 | 1/10/2020 | CHK | PAGE AVJET FUEL CORP. | $4,021.93 |
| | Operating | WTBA0120.30 | 1/10/2020 | CHK | TOTAL SPECIALTIES USA, INC. | $5,586.16 |
| | Operating | WTBA0120.31 | 1/10/2020 | CHK | BP PRODUCTS NORTH AMERICA, I | $12,863.84 |
| | Operating | WTBA0120.32 | 1/10/2020 | CHK | PORT CITY AIR-FUEL | $13,400.00 |
| | Operating | WTBA0120.33 | 1/10/2020 | CHK | MN AILINES, LLC d/b/a SUN CO | $24,210.79 |
| | Operating | WTBA0120.34 | 1/10/2020 | CHK | AVFUEL CORP | $48,850.00 |
| | Operating | WTBA0120.35 | 1/10/2020 | CHK | ASSOCIATED ENERGY GROUP LLC | $71,887.61 |
| | Operating | WTBA0120.36 | 1/10/2020 | CHK | WORLD FUEL SERVICES, INC | $121,656.91 |
| | Operating | WTBA0120.37 | 1/10/2020 | CHK | MN AILINES, LLC d/b/a SUN CO | $1,736,599.58 |
| | Operating | WTBA0120.38 | 1/13/2020 | CHK | MATHIAS E. LEWIS | $540.00 |
| | Operating | WTBA0120.39 | 1/13/2020 | CHK | APRON FUEL SERVICES, INC. | $1,402.22 |
| | Operating | WTBA0120.40 | 1/13/2020 | CHK | SWISSPORT CANADA INC. | $2,099.29 |
| | Operating | WTBA0120.41 | 1/13/2020 | CHK | AIRPORT SERVICES (ANTIGUA) L | $3,427.62 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|---|---|---|---|---|---|---|
| | Operating | WTBA0120.42 | 1/13/2020 | CHK | NAV CANADA | $5,689.02 |
| | Operating | WTBA0120.43 | 1/13/2020 | CHK | LSG LUFTHANSA SERVICE GUAM, | $9,525.94 |
| | Operating | WTBA0120.44 | 1/13/2020 | CHK | EURO JET INTERCONTINENTAL, L | $10,146.22 |
| | Operating | WTBA0120.45 | 1/13/2020 | CHK | UNITED AVIATION SERV (KUWAIT | $16,098.27 |
| | Operating | WTBA0120.46 | 1/13/2020 | CHK | NASSAU FLIGHT SERVICES LTD | $16,789.17 |
| | Operating | WTBA0120.47 | 1/13/2020 | CHK | AIMS INT'L DWC-LLC | $19,547.00 |
| | Operating | WTBA0120.48 | 1/13/2020 | CHK | INT'L LEASE FINANCE CORP | $30,443.93 |
| | Operating | WTBA0120.49 | 1/13/2020 | CHK | SHAPPHIRE FINANCE I HOLDING | $47,693.73 |
| | Operating | WTBA0120.50 | 1/13/2020 | CHK | AVIATION CAPITAL GROUP | $56,662.82 |
| | Operating | WTBA0120.51 | 1/14/2020 | CHK | DELLEM ASSOCIATES, INC. | $8,000.00 |
| | Operating | WTBA0120.52 | 1/14/2020 | CHK | RADIANT GLOBAL LOGISTICS INC | $156,116.24 |
| | Operating | WTBA0120.53 | 1/15/2020 | CHK | SMBC AVIATION CAPITAL LIMITE | $47,462.96 |
| | Operating | WTBA0120.54 | 1/15/2020 | CHK | WILMINGTON TRUST COMPANY | $112,719.72 |
| | Operating | WTBA0120.55 | 1/17/2020 | CHK | SR TECHNICS SWITZERLAND LTD. | $917.58 |
| | Operating | WTBA0120.56 | 1/17/2020 | CHK | SHELL AVIATION CREDIT CARD P | $4,272.37 |
| | Operating | WTBA0120.57 | 1/17/2020 | CHK | PORT CITY AIR-FUEL | $6,300.00 |
| | Operating | WTBA0120.58 | 1/17/2020 | CHK | ISOSCELES INSURENCE LTD | $10,000.00 |
| | Operating | WTBA0120.59 | 1/17/2020 | CHK | SHELL OIL PRODUCTS US | $10,750.00 |
| | Operating | WTBA0120.60 | 1/17/2020 | CHK | ASSOCIATED ENERGY GROUP LLC | $12,352.37 |
| | Operating | WTBA0120.61 | 1/17/2020 | CHK | AVFUEL CORP | $28,500.00 |
| | Operating | WTBA0120.62 | 1/17/2020 | CHK | IRVING OIL COMMERCIAL FUEL-C | $39,296.06 |
| | Operating | WTBA0120.63 | 1/17/2020 | CHK | TOTAL MARKETING SERVICES-FUE | $71,800.74 |
| | Operating | WTBA0120.64 | 1/17/2020 | CHK | ENGINE LEASE FINANCE CORPORA | $98,945.91 |
| | Operating | WTBA0120.65 | 1/17/2020 | CHK | TSI PROFIT SHARING & THRIFT | $108,373.80 |
| | Operating | WTBA0120.66 | 1/17/2020 | CHK | WORLD FUEL SERVICES, INC | $114,813.78 |
| | Operating | WTBA0120.67 | 1/17/2020 | CHK | KELLSTROM COMMERCIAL AEROSPA | $120,000.00 |
| | Operating | WTBA0120.68 | 1/17/2020 | CHK | AVIATION CAPITAL GROUP | $262,000.00 |
| | Operating | WTBA0120.69 | 1/21/2020 | CHK | CASA PROVEEDORA PHILLIPS S.A | $5,695.17 |
| | Operating | WTBA0120.70 | 1/21/2020 | CHK | MENZIES AVIATION BERMUDA LIM | $18,985.50 |
| | Operating | WTBA0120.71 | 1/21/2020 | CHK | HONEYWELL, INC. | $248,490.79 |
| | Operating | WTBA0120.72 | 1/21/2020 | CHK | RADIANT GLOBAL LOGISTICS INC | $549,945.01 |
| | Operating | WTBA0120.73 | 1/22/2020 | CHK | GATE GOURMET CANADA INC. | $10,087.22 |
| | Operating | WTBA0120.74 | 1/22/2020 | CHK | COMMERCIAL JET, INC. | $10,446.34 |
| | Operating | WTBA0120.75 | 1/22/2020 | CHK | BOEING COMMERCIAL | $116,628.00 |
| | Operating | WTBA0120.76 | 1/23/2020 | CHK | EUROCONTROL-IRELANDE | $152.15 |
| | Operating | WTBA0120.77 | 1/23/2020 | CHK | EUROCONTROL-IRELANDE | $467.95 |
| | Operating | WTBA0120.78 | 1/23/2020 | CHK | EUROCONTROL-EGYPT | $501.08 |
| | Operating | WTBA0120.79 | 1/23/2020 | CHK | EUROCONTROL-BELGIQUE(USA) | $7,293.61 |
| | Operating | WTBA0120.80 | 1/24/2020 | CHK | GODDARD CAT GROUP BERMUDA LT | $1,586.10 |
| | Operating | WTBA0120.81 | 1/24/2020 | CHK | IRVING OIL TERMINALS (USA) | $1,650.00 |
| | Operating | WTBA0120.82 | 1/24/2020 | CHK | SHELL AVIATION CREDIT CARD P | $6,025.89 |
| | Operating | WTBA0120.83 | 1/24/2020 | CHK | SWISSPORT IRELAND LTD | $9,357.30 |
| | Operating | WTBA0120.84 | 1/24/2020 | CHK | PAGE AVJET FUEL CORP. | $15,464.57 |
| | Operating | WTBA0120.85 | 1/24/2020 | CHK | WORLD FUEL SERVICES, INC | $19,245.00 |
| | Operating | WTBA0120.86 | 1/24/2020 | CHK | BP PRODUCTS NORTH AMERICA, I | $20,488.11 |
| | Operating | WTBA0120.87 | 1/24/2020 | CHK | PANDAIR (PANDELIDIS GEORGE) | $33,747.79 |
| | Operating | WTBA0120.88 | 1/24/2020 | CHK | AVFUEL CORP | $35,000.00 |
| | Operating | WTBA0120.89 | 1/24/2020 | CHK | ASSOCIATED ENERGY GROUP LLC | $45,134.58 |
| | Operating | WTBA0120.90 | 1/24/2020 | CHK | OMNI AIR INTERNATIONAL | $349,671.00 |
| | Operating | WTBA0120.91 | 1/28/2020 | CHK | COCESNA CORPORACION CENTROAM | $1,542.40 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|--------|---------|---|------|------|--------|--------|
| | Operating | WTBA0120.92 | 1/28/2020 | CHK | RADIANT GLOBAL LOGISTICS INC | $84,234.82 |
| | Operating | WTBA0120.93 | 1/30/2020 | CHK | AVIATION SUPPORT SA DE CV (M | $15,470.92 |
| | Operating | WTBA0120.94 | 1/30/2020 | CHK | SHAPPHIRE FINANCE I HOLDING | $165,000.00 |
| | Operating | WTBA0120.95 | 1/30/2020 | CHK | INT'L LEASE FINANCE CORP | $205,000.00 |
| | Operating | WTBA0120.96 | 1/31/2020 | CHK | PAGE AVJET FUEL CORP. | $3,807.69 |
| | Operating | WTBA0120.97 | 1/31/2020 | CHK | BP PRODUCTS NORTH AMERICA, I | $5,830.24 |
| | Operating | WTBA0120.98 | 1/31/2020 | CHK | IRVING OIL COMMERCIAL FUEL-C | $9,689.60 |
| | Operating | WTBA0120.99 | 1/30/2020 | CHK | AVIATION SUPPORT SA DE CV (M | $10,752.09 |
| | Operating | WTBA0220.01 | 2/3/2020 | CHK | GREATER TORONTO AIRPORTS AUT | $1,444.40 |
| | Operating | WTBA0220.02 | 2/3/2020 | CHK | MENZIES AVIATION BERMUDA LIM | $8,705.44 |
| | Operating | WTBA0220.03 | 2/3/2020 | CHK | SWISSPORT CANADA INC. | $9,501.66 |
| | Operating | WTBA0220.04 | 2/3/2020 | CHK | MBJ AIRPORTS LIMITED | $11,556.17 |
| | Operating | WTBA0220.05 | 2/3/2020 | CHK | UNITED AVIATION SERV (KUWAIT | $42,992.58 |
| | Operating | WTBA0220.06 | 2/3/2020 | CHK | EFG INFLIGHT(SHANNON IRELAND | $10,318.29 |
| | Operating | WTBA0220.07 | 2/4/2020 | CHK | RADIANT GLOBAL LOGISTICS INC | $413,284.67 |
| | Operating | WTBA0220.08 | 2/5/2020 | CHK | INFLIGHT ENTERTAINMENT | $11,780.00 |
| | Operating | WTBA0220.09 | 2/6/2020 | CHK | SMBC AVIATION CAPITAL LIMITE | $125,000.00 |
| | Operating | WTBA0220.10 | 2/7/2020 | CHK | ASSOCIATED ENERGY GROUP LLC | $1,621.61 |
| | Operating | WTBA0220.11 | 2/7/2020 | CHK | EASTERN AVIATION FUELS, INC. | $6,000.00 |
| | Operating | WTBA0220.12 | 2/7/2020 | CHK | SHANNON AIRPORT AUTHORITY DA | $6,119.97 |
| | Operating | WTBA0220.13 | 2/7/2020 | CHK | PORT CITY AIR-FUEL | $7,350.00 |
| | Operating | WTBA0220.14 | 2/7/2020 | CHK | GUAM FLIGHT SERVICES | $9,525.94 |
| | Operating | WTBA0220.15 | 2/7/2020 | CHK | BP PRODUCTS NORTH AMERICA, I | $15,171.07 |
| | Operating | WTBA0220.16 | 2/7/2020 | CHK | TOTAL MARKETING SERVICES-FUE | $17,469.02 |
| | Operating | WTBA0220.17 | 2/7/2020 | CHK | PAGE AVJET FUEL CORP. | $17,951.42 |
| | Operating | WTBA0220.18 | 2/7/2020 | CHK | WORLD FUEL SERVICES, INC | $90,581.50 |
| | Operating | WTBA0220.19 | 2/7/2020 | CHK | AVFUEL CORP | $101,800.00 |
| | Operating | WTBA0220.20 | 2/7/2020 | CHK | KLM ROYAL DUTCH AIRLINES | $45,693.14 |
| | Operating | WTBA0220.21 | 2/10/2020 | CHK | MN AILINES, LLC d/b/a SUN CO | $47,067.44 |
| | Operating | WTBA0220.22 | 2/10/2020 | CHK | MN AILINES, LLC d/b/a SUN CO | $555,723.14 |
| | Operating | WTBA0220.23 | 2/11/2020 | CHK | TSI PROFIT SHARING & THRIFT | $93,564.58 |
| | Operating | WTBA0220.24 | 2/11/2020 | CHK | RADIANT GLOBAL LOGISTICS INC | $277,687.99 |
| | Operating | WTBA0220.25 | 2/12/2020 | CHK | ASSOCIATION OF FLIGHT ATTEND | $5,700.00 |
| | Operating | WTBA0220.26 | 2/13/2020 | CHK | SHAPPHIRE FINANCE I HOLDING | $20,032.60 |
| | Operating | WTBA0220.27 | 2/13/2020 | CHK | AVIATION CAPITAL GROUP | $55,286.09 |
| | Operating | WTBA0220.28 | 2/13/2020 | CHK | INT'L LEASE FINANCE CORP | $61,147.39 |
| | Operating | WTBA0220.28A | 2/14/2020 | CHK | SWISSPORT IRELAND LTD | $922.17 |
| | Operating | WTBA0220.29 | 2/14/2020 | CHK | JAMAICA CIVIL AVIATION AUTHO | $1,300.00 |
| | Operating | WTBA0220.30 | 2/14/2020 | CHK | RLABMEDIA, S.A. | $4,073.91 |
| | Operating | WTBA0220.31 | 2/14/2020 | CHK | INT'L  AIR TRANSPORT (IATA) | $5,596.02 |
| | Operating | WTBA0220.32 | 2/14/2020 | CHK | BAHAMAS CUSTOMS | $5,655.00 |
| | Operating | WTBA0220.33 | 2/14/2020 | CHK | BLUE AVIATION CO. | $6,181.86 |
| | Operating | WTBA0220.34 | 2/14/2020 | CHK | SHELL OIL PRODUCTS US | $7,650.00 |
| | Operating | WTBA0220.35 | 2/14/2020 | CHK | BP PRODUCTS NORTH AMERICA, I | $9,289.07 |
| | Operating | WTBA0220.36 | 2/14/2020 | CHK | PORT CITY AIR-FUEL | $11,550.00 |
| | Operating | WTBA0220.37 | 2/14/2020 | CHK | GATE GOURMET CANADA INC. | $14,922.27 |
| | Operating | WTBA0220.38 | 2/13/2020 | CHK | JET AVIATION NASSAU | $24,662.06 |
| | Operating | WTBA0220.39 | 2/14/2020 | CHK | EASTERN AVIATION FUELS, INC. | $19,950.00 |
| | Operating | WTBA0220.40 | 2/14/2020 | CHK | SMBC AVIATION CAPITAL LIMITE | $33,724.00 |
| | Operating | WTBA0220.41 | 2/14/2020 | CHK | ASSOCIATED ENERGY GROUP LLC | $49,243.38 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|---|---|---|---|---|---|---|
| | Operating | WTBA0220.42 | 2/14/2020 | CHK | WORLD FUEL SERVICES, INC | $50,467.65 |
| | Operating | WTBA0220.43 | 2/14/2020 | CHK | AVFUEL CORP | $57,000.00 |
| | Operating | WTBA0220.44 | 2/14/2020 | CHK | SMBC AVIATION CAPITAL LIMITE | $87,819.66 |
| | Operating | WTBA0220.45 | 2/14/2020 | CHK | AVIATION CAPITAL GROUP | $262,000.00 |
| | Operating | WTBA0220.46 | 2/18/2020 | CHK | APOLLO JETS | $13,035.92 |
| | Operating | WTBA0220.47 | 2/18/2020 | CHK | RADIANT GLOBAL LOGISTICS INC | $60,692.59 |
| | Operating | WTBA0220.48 | 2/18/2020 | CHK | ENGINE LEASE FINANCE CORPORA | $80,573.00 |
| | Operating | WTBA0220.49 | 2/19/2020 | CHK | EUROCONTROL-GREECE | $265.13 |
| | Operating | WTBA0220.50 | 2/19/2020 | CHK | EUROCONTROL-BELGIQUE(USA) | $2,506.99 |
| | Operating | WTBA0220.51 | 2/19/2020 | CHK | WILMINGTON TRUST COMPANY | $116,846.46 |
| | Operating | WTBA0220.52 | 2/19/2020 | CHK | TSI PROFIT SHARING & THRIFT | $120,324.74 |
| | Operating | WTBA0220.53 | 2/21/2020 | CHK | IRVING OIL TERMINALS (USA) | $6,650.00 |
| | Operating | WTBA0220.54 | 2/21/2020 | CHK | SHELL AVIATION CREDIT CARD P | $10,074.70 |
| | Operating | WTBA0220.55 | 2/21/2020 | CHK | PORT CITY AIR-FUEL | $11,650.00 |
| | Operating | WTBA0220.56 | 2/21/2020 | CHK | EASTERN AVIATION FUELS, INC. | $15,600.00 |
| | Operating | WTBA0220.57 | 2/21/2020 | CHK | BP PRODUCTS NORTH AMERICA, I | $16,065.35 |
| | Operating | WTBA0220.58 | 2/21/2020 | CHK | TOTAL MARKETING SERVICES-FUE | $18,087.84 |
| | Operating | WTBA0220.59 | 2/21/2020 | CHK | WORLD FUEL SERVICES, INC | $108,253.62 |
| | Operating | WTBA0220.60 | 2/21/2020 | CHK | AVFUEL CORP | $141,500.00 |
| | Operating | WTBA0220.61 | 2/25/2020 | CHK | RADIANT GLOBAL LOGISTICS INC | $100,846.56 |
| | Operating | WTBA0220.62 | 2/26/2020 | CHK | SWISSPORT IRELAND LTD | $1,913.20 |
| | Operating | WTBA0220.63 | 2/26/2020 | CHK | EFG INFLIGHT(SHANNON IRELAND | $2,995.51 |
| | Operating | WTBA0220.64 | 2/26/2020 | CHK | INTERNATIONAL AIR TRANSPORT | $3,000.00 |
| | Operating | WTBA0220.65 | 2/26/2020 | CHK | COCESNA CORPORACION CENTROAM | $3,303.68 |
| | Operating | WTBA0220.66 | 2/26/2020 | CHK | NASSAU AIRPORT DEVELOPMENT | $4,332.94 |
| | Operating | WTBA0220.67 | 2/26/2020 | CHK | GATE GOURMET & MAASA MEXICO, | $7,835.18 |
| | Operating | WTBA0220.68 | 2/26/2020 | CHK | SWISSPORT CANADA INC. | $9,388.62 |
| | Operating | WTBA0220.69 | 2/26/2020 | CHK | NASSAU FLIGHT SERVICES LTD | $44,033.03 |
| | Operating | WTBA0220.70 | 2/28/2020 | CHK | IRVING OIL COMMERCIAL FUEL-C | $1,798.81 |
| | Operating | WTBA0220.71 | 2/28/2020 | CHK | SR TECHNICS SWITZERLAND LTD. | $2,199.02 |
| | Operating | WTBA0220.72 | 2/28/2020 | CHK | BP PRODUCTS NORTH AMERICA, I | $3,482.95 |
| | Operating | WTBA0220.73 | 2/28/2020 | CHK | EASTERN AVIATION FUELS, INC. | $6,250.00 |
| | Operating | WTBA0220.74 | 2/28/2020 | CHK | NAV CANADA | $13,633.39 |
| | Operating | WTBA0220.75 | 2/28/2020 | CHK | ASSOCIATED ENERGY GROUP LLC | $17,040.32 |
| | Operating | WTBA0220.76 | 2/28/2020 | CHK | TOTAL MARKETING SERVICES-FUE | $22,432.61 |
| | Operating | WTBA0220.77 | 2/28/2020 | CHK | SHELL AVIATION CREDIT CARD P | $35,731.24 |
| | Operating | WTBA0220.78 | 2/28/2020 | CHK | KLM ROYAL DUTCH AIRLINES | $82,093.08 |
| | Operating | WTBA0220.79 | 2/28/2020 | CHK | TUI AIRLINES NEDERLAND B.V./ | $93,801.42 |
| | Operating | WTBA0220.80 | 2/28/2020 | CHK | AVFUEL CORP | $113,750.00 |
| | Operating | WTBA0220.81 | 2/28/2020 | CHK | WORLD FUEL SERVICES, INC | $139,475.93 |
| | Operating | WTBA0220.82 | 2/28/2020 | CHK | SHAPPHIRE FINANCE I HOLDING | $165,000.00 |
| | Operating | WTBA0220.83 | 2/28/2020 | CHK | INT'L LEASE FINANCE CORP | $212,000.00 |
| | Operating | WTBA0220.84 | 2/28/2020 | CHK | INT'L LEASE FINANCE CORP | $205,000.00 |
| | Operating | WTBA0220.85 | 2/28/2020 | CHK | WILMINGTON TRUST COMPANY | $275,000.00 |
| | Operating | WTBA0320.01 | 3/3/2020 | CHK | ASSOCIATION OF FLIGHT ATTEND | $5,625.00 |
| | Operating | WTBA0320.02 | 3/3/2020 | CHK | APOLLO JETS | $8,400.00 |
| | Operating | WTBA0320.03 | 3/3/2020 | CHK | TSI PROFIT SHARING & THRIFT | $92,865.23 |
| | Operating | WTBA0320.04 | 3/3/2020 | CHK | RADIANT GLOBAL LOGISTICS INC | $99,802.45 |
| | Operating | WTBA0320.05 | 3/6/2020 | CHK | IRVING OIL TERMINALS (USA) | $5,400.00 |
| | Operating | WTBA0320.06 | 3/6/2020 | CHK | IRVING OIL COMMERCIAL FUEL-C | $8,203.68 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|---|---|---|---|---|---|---|
| | Operating | WTBA0320.07 | 3/6/2020 | CHK | EASTERN AVIATION FUELS, INC. | $8,800.00 |
| | Operating | WTBA0320.08 | 3/6/2020 | CHK | SHELL AVIATION CREDIT CARD P | $10,010.48 |
| | Operating | WTBA0320.10 | 3/6/2020 | CHK | ASSOCIATED ENERGY GROUP LLC | $43,170.45 |
| | Operating | WTBA0320.11 | 3/6/2020 | CHK | AVFUEL CORP | $31,200.00 |
| | Operating | WTBA0320.12 | 3/6/2020 | CHK | BP PRODUCTS NORTH AMERICA, I | $37,286.44 |
| | Operating | WTBA0320.13 | 3/6/2020 | CHK | WORLD FUEL SERVICES, INC | $57,502.47 |
| | Operating | WTBA0320.14 | 3/6/2020 | CHK | SMBC AVIATION CAPITAL LIMITE | $112,500.00 |
| | Operating | WTBA0320.15 | 3/9/2020 | CHK | SMBC AVIATION CAPITAL LIMITE | $32,344.00 |
| | Operating | WTBA0320.16 | 3/9/2020 | CHK | ENGINE LEASE FINANCE CORPORA | $66,500.00 |
| | Operating | WTBA0320.17 | 3/10/2020 | CHK | NAV CANADA | $6,892.04 |
| | Operating | WTBA0320.18 | 3/10/2020 | CHK | MN AILINES, LLC d/b/a SUN CO | $35,006.63 |
| | Operating | WTBA0320.19 | 3/10/2020 | CHK | SHAPPHIRE FINANCE I HOLDING | $38,917.13 |
| | Operating | WTBA0320.20 | 3/10/2020 | CHK | AVIATION CAPITAL GROUP | $59,432.25 |
| | Operating | WTBA0320.21 | 3/10/2020 | CHK | INT'L LEASE FINANCE CORP | $67,661.43 |
| | Operating | WTBA0320.22 | 3/10/2020 | CHK | RADIANT GLOBAL LOGISTICS INC | $154,035.82 |
| | Operating | WTBA0320.23 | 3/10/2020 | CHK | KELLSTROM COMMERCIAL AEROSPA | $185,826.66 |
| | Operating | WTBA0320.24 | 3/10/2020 | CHK | MN AILINES, LLC d/b/a SUN CO | $688,720.54 |
| | Operating | WTBA0320.25 | 3/11/2020 | CHK | EUROCONTROL-IRELANDE | $516.51 |
| | Operating | WTBA0320.26 | 3/11/2020 | CHK | JAMAICA CIVIL AVIATION AUTHO | $960.00 |
| | Operating | WTBA0320.27 | 3/11/2020 | CHK | EUROCONTROL-IRELANDE | $1,948.39 |
| | Operating | WTBA0320.28 | 3/11/2020 | CHK | AERO COCINA, S.A. DE CV | $2,225.34 |
| | Operating | WTBA0320.29 | 3/11/2020 | CHK | EUROCONTROL-GREECE | $2,375.14 |
| | Operating | WTBA0320.30 | 3/11/2020 | CHK | EUROCONTROL-EGYPT | $2,579.12 |
| | Operating | WTBA0320.31 | 3/11/2020 | CHK | GREATER TORONTO AIRPORTS AUT | $2,602.32 |
| | Operating | WTBA0320.32 | 3/11/2020 | CHK | SHANNON AIRPORT AUTHORITY DA | $4,814.56 |
| | Operating | WTBA0320.33 | 3/11/2020 | CHK | EFG INFLIGHT(SHANNON IRELAND | $5,837.53 |
| | Operating | WTBA0320.34 | 3/11/2020 | CHK | AZOREAN CATERING) | $3,557.03 |
| | Operating | WTBA0320.35 | 3/11/2020 | CHK | NASSAU FLIGHT SERVICES LTD | $4,626.45 |
| | Operating | WTBA0320.36 | 3/11/2020 | CHK | COCESNA CORPORACION CENTROAM | $4,805.12 |
| | Operating | WTBA0320.37 | 3/11/2020 | CHK | SPINA AERO CONSULTING | $5,962.00 |
| | Operating | WTBA0320.38 | 3/11/2020 | CHK | TECNOLOGIAS UNIDAS, S.A. | $6,987.90 |
| | Operating | WTBA0320.39 | 3/11/2020 | CHK | SKY CHEFS DE PANAMA, S.A. | $8,923.00 |
| | Operating | WTBA0320.40 | 3/11/2020 | CHK | BOOK A JET SA DE CV | $9,231.70 |
| | Operating | WTBA0320.41 | 3/11/2020 | CHK | GATE GOURMET & MAASA MEXICO, | $9,698.58 |
| | Operating | WTBA0320.42 | 3/11/2020 | CHK | MBJ AIRPORTS LIMITED | $18,476.02 |
| | Operating | WTBA0320.43 | 3/11/2020 | CHK | PANDAIR (PANDELIDIS GEORGE) | $19,289.40 |
| | Operating | WTBA0320.44 | 3/11/2020 | CHK | RLABMEDIA, S.A. | $25,623.76 |
| | Operating | WTBA0320.45 | 3/11/2020 | CHK | ENGINE LEASE FINANCE CORPORA | $27,372.34 |
| | Operating | WTBA0320.46 | 3/11/2020 | CHK | EUROCONTROL-BELGIQUE(USA) | $29,065.96 |
| | Operating | WTBA0719.13. | 12/31/2019 | CHK | TUI FLY GmbH | $10.00 |
| | Operating | WTBA1119.24 | 12/31/2019 | CHK | EUROCONTROL (LITUANIE) | ($763.69) |
| | Operating | WTBA1119.24. | 12/31/2019 | CHK | EUROCONTROL (MOROCCO) | $763.69 |
| | Operating | WTBA1219.100 | 12/30/2019 | CHK | INT'L LEASE FINANCE CORP | $205,000.00 |
| | Operating | WTBA1219.101 | 12/31/2019 | CHK | SHANNON AIRPORT AUTHORITY DA | $1,519.11 |
| | Operating | WTBA1219.102 | 12/31/2019 | CHK | TSI PROFIT SHARING & THRIFT | $75,275.00 |
| | Operating | WTBA1219.103 | 12/31/2019 | CHK | INT'L LEASE FINANCE CORP | $212,000.00 |
| | Operating | WTBA1219.104 | 12/31/2019 | CHK | RADIANT GLOBAL LOGISTICS INC | $214,009.78 |
| | Operating | WTBA1219.105 | 12/31/2019 | CHK | WILMINGTON TRUST COMPANY | $275,000.00 |
| | Operating | WTBA1219.89 | 12/27/2019 | CHK | PAGE AVJET FUEL CORP. | $13,781.43 |
| | Operating | WTBA1219.90 | 12/27/2019 | CHK | BP PRODUCTS NORTH AMERICA, I | $14,539.02 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|---|---|---|---|---|---|---|
| | Operating | WTBA1219.91 | 12/27/2019 | CHK | ASSOCIATED ENERGY GROUP LLC | $30,100.06 |
| | Operating | WTBA1219.92 | 12/27/2019 | CHK | WORLD FUEL SERVICES, INC | $50,334.88 |
| | Operating | WTBA1219.93 | 12/27/2019 | CHK | AVIATION SUPPORT SA DE CV (M | $52,575.79 |
| | Operating | WTBA1219.94 | 12/27/2019 | CHK | AVFUEL CORP | $152,650.00 |
| | Operating | WTBA1219.95 | 12/27/2019 | CHK | BOEING COMMERCIAL | $605,350.00 |
| | Operating | WTBA1219.96 | 12/27/2019 | CHK | SHELL OIL PRODUCTS US | $2,400.00 |
| | Operating | WTBA1219.97 | 12/27/2019 | CHK | AVIATION SUPPORT SA DE CV (M | $2,151.59 |
| | Operating | WTBA1219.98 | 12/30/2019 | CHK | MN AILINES, LLC d/b/a SUN CO | $35,000.00 |
| | Operating | WTBA1219.99 | 12/30/2019 | CHK | SHAPPHIRE FINANCE I HOLDING | $65,000.00 |
| | Operating | DAJ000043228 | 2/28/2020 | DAJ | TRANSFER TO TSIHC | $1,000,000.00 |
| | Captains | 15019 | 12/27/2019 | CHK | KENNETH A. KASIK | $890.00 |
| | Captains | 15205 | 12/27/2019 | CHK | AERO INDUSTRIES, INC. | $2,515.00 |
| | Captains | 15206 | 12/28/2019 | CHK | ATLANTIC AVIATION PIT | $5,340.53 |
| | Captains | 15207 | 12/29/2019 | CHK | OLIVIER SINGLETON | $1,724.63 |
| | Captains | 14555 | 12/30/2019 | CHK | AIR-GROUND LOGISTICS, INC. | $1,050.00 |
| | Captains | 15316 | 12/30/2019 | CHK | KENNETH KAISER | $733.00 |
| | Captains | 16065 | 12/30/2019 | CHK | AIR-GROUND LOGISTICS, INC. | $1,050.00 |
| | Captains | 15208 | 1/2/2020 | CHK | AIR-GROUND LOGISTICS, INC. | $1,200.00 |
| | Captains | 14985 | 1/7/2020 | CHK | MILLION AIR ALEXANDRIA | $4,150.00 |
| | Captains | 15020 | 1/7/2020 | CHK | MILLION AIR-INDIANAPOLIS | $2,281.00 |
| | Captains | 15209 | 1/7/2020 | CHK | MILLION AIR ALEXANDRIA | $2,700.00 |
| | Captains | 15463 | 1/7/2020 | CHK | MILLION AIR ALEXANDRIA | $4,300.00 |
| | Captains | 15112 | 1/8/2020 | CHK | MILLION AIR-INDIANAPOLIS | $3,421.00 |
| | Captains | 15021 | 1/10/2020 | CHK | AIR-GROUND LOGISTICS, INC. | $1,200.00 |
| | Captains | 15535 | 1/16/2020 | CHK | AIR-GROUND LOGISTICS, INC. | $1,200.00 |
| | Captains | 15963 | 1/21/2020 | CHK | MILLION AIR ALEXANDRIA | $3,650.00 |
| | Captains | 15113 | 1/24/2020 | CHK | AIR-GROUND LOGISTICS, INC. | $1,200.00 |
| | Captains | 15352 | 1/29/2020 | CHK | OLIVIER SINGLETON | $1,833.85 |
| | Captains | 15273 | 1/31/2020 | CHK | AIR-GROUND LOGISTICS, INC. | $1,200.00 |
| | Captains | 15380 | 2/3/2020 | CHK | TDC AIRLINE SERVICES LTD | $3,122.00 |
| | Captains | 14824 | 2/4/2020 | CHK | SWISSPORT USA, INC. | $878.27 |
| | Captains | 15210 | 2/8/2020 | CHK | TDC AIRLINE SERVICES LTD | $7,822.00 |
| | Captains | 15211 | 2/10/2020 | CHK | LANE AVIATION CORP | $3,075.00 |
| | Captains | 15274 | 2/10/2020 | CHK | MILLION AIR-INDIANAPOLIS | $4,545.00 |
| | Captains | 15275 | 2/13/2020 | CHK | MILLION AIR-INDIANAPOLIS | $3,029.00 |
| | Captains | 13650 | 2/14/2020 | CHK | MILLION AIR TOPEKA | $4,375.00 |
| | Captains | 15964 | 2/14/2020 | CHK | AIR-GROUND LOGISTICS, INC. | $1,200.00 |
| | Captains | 15965 | 2/14/2020 | CHK | AIR-GROUND LOGISTICS, INC. | $1,200.00 |
| * | Captains | 14986 | 2/15/2020 | CHK | SIGNATURE FLIGHT SUPPORT | $1,723.49 |
| | Captains | 15213 | 2/15/2020 | CHK | ATS JETCENTER-St. Louis | $3,139.44 |
| | Captains | 15536 | 2/15/2020 | CHK | MILLION AIR-INDIANAPOLIS | $4,805.22 |
| | Captains | 15983 | 2/15/2020 | CHK | MILLION AIR-INDIANAPOLIS | $5,116.50 |
| | Captains | 15984 | 2/15/2020 | CHK | MILLION AIR-INDIANAPOLIS | $4,421.00 |
| | Captains | 15276 | 2/16/2020 | CHK | AEROJET DE COSTA RICA | $4,777.50 |
| | Captains | 15214 | 2/18/2020 | CHK | AIR-GROUND LOGISTICS, INC. | $1,200.00 |
| | Captains | 15966 | 2/18/2020 | CHK | MILLION AIR-INDIANAPOLIS | $3,167.50 |
| | Captains | 15967 | 2/19/2020 | CHK | GRK CHARTERS LLC | $900.00 |
| | Captains | 16066 | 2/19/2020 | CHK | MILLION AIR-INDIANAPOLIS | $3,369.90 |
| | Captains | 15064 | 2/22/2020 | CHK | AIR-GROUND LOGISTICS, INC. | $1,200.00 |
| | Captains | 16082 | 2/22/2020 | CHK | ATS JETCENTER-St. Louis | $3,439.44 |

| Voided | Account | # | Date | Type | Vendor | Amount |
|---|---|---|---|---|---|---|
| | Captains | 16083 | 2/23/2020 | CHK | ATS JETCENTER-St. Louis | $3,139.44 |
| | Captains | 15317 | 2/28/2020 | CHK | AIR-GROUND LOGISTICS, INC. | $1,200.00 |
| | Captains | 15318 | 2/29/2020 | CHK | AEROJET DE COSTA RICA | $6,858.21 |
| | Captains | 15065 | 3/18/2020 | CHK | AEROMOTIVE GROUND SUPPORT IN | $8,800.00 |
| | | | | | | |
| | | | | | | **$31,848,700.93** |
| | | | | | | |
| | | | | | Operating | **$31,720,558.01** |
| | | | | | Captains | **$128,142.92** |
| | | | | | | **$31,848,700.93** |
| | | | | | | |
| | | | | | Voided | **$19,574.59** |

TSI Holding Company
Payments Made by Miami Air International

| Date | Description | Amount | Details |
|------|-------------|--------|---------|
| 6/12/19 | Transfer to Holding | 1,000,000.00 | Repayment of Inter-company loan balance |
| 6/25/19 | Transfer to Holding | 750,000.00 | Repayment of Inter-company loan balance |
| 9/24/19 | Transfer to Holding | 1,500,000.00 | Repayment of Inter-company loan balance |
| 12/4/19 | Transfer to Holding | 1,000,000.00 | Repayment of Inter-company loan balance |
| 12/9/19 | Transfer to Holding (N758 Mod Reimburse) | 695,242.26 | Repayment of Inter-company loan balance |
| 2/28/20 | Transfer to Holding | 1,000,000.00 | Repayment of Inter-company loan balance |

**Total Payments made by Miami Air to**
**TSI Holding Company for Loan repayment**      **5,945,242.26**

Debtor    **Miami Air International, Inc.**                                    Case number *(if known)*    **20-13924-BKC-AJC**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Citation - Miami Dade Fire Department** | **Improper fire suppression system at leased premises. Landlord unwilling to upgrade system. Consent Agreement reached on February 5, 2020.** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **See attached schedule of litigation and demands related to May 2019 runway incident (Flight 293)** | | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

**Audits by Federal and State agencies**

- Department Contract Audit Agency - DCAA audit – regularly scheduled for all costs associated with Department of Defense Contracts
  - Audit underway for period of October 1, 2017 – current date under CRAF program
  - Final report or findings not yet issued.
- IRS FET audits –
  - Audit performed for period ended September 20, 2016 – final audit report issued and settlement reached.  Payment required was under $10,000.
  - IRS issued an information Document request for FET taxes related to periods Sept. 2017 – March 2019.  Miami Air complied with all documentation requested.   As of September, 2019, Miami Air was informed that there would be a preliminary letter issued stating that the IRS was recommending no changes to our FET tax return for fuel issues.  That letter has not been received as of this date.
- FAA CHEP (Certificate Holder Evaluation Program) is underway for the period of January 2020 – March 2020.  No formal report has been issued as of this date.
- TSA corporate audit was conducted in June 2019 – No issues were found



**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY WORK PRODUCT**

## MIAMI AIR FLT. 293
## PASSENGER CLAIMS CHART

I.  **Searcy, Denney, Scarola, Barnhart & Shipley PA**, **Mariano Garcia, Esq. and Bob Pitcher (para),** 2139 Palm Beach Lakes Blvd., West Palm Beach, FL 33409, Tel.: 561.686.6300, mxg@searcylaw.com; rwp@searcylaw.com

| No. | Passenger | Status/Next Steps | Damages |
|-----|-----------|-------------------|---------|
| 1. | Clifton Bell | Received LOR on 5/17/19; HK responded on 8/27/19.  HK followed up on 11/20/19 and again on 3/16/20.  Spoke with counsel on 3/17/20, who confirmed that treatment is complete.  On 3/18/20, received demand of $1M. | Pax alleges injuries to his head, shoulder, lumbar and cervical spine, and PTSD.  Pax diagnosed with multiple disc herniations at C3-4, C4-5, C5-6, and C6-7.  After PT and injections failed, pax at underwent surgery (anterior cervical discectomy) and has continued PT and injections.  Medical treatment totals $46k.  Counsel noted that neck injury was an exacerbation of a pre-existing injury.  Pax demanded $1M. |

II.  **Montero Law Center, Hyram Montero, Esq.,** 100 S.E. 6th Street, Fort Lauderdale, FL 33301, Tel.: 954.767.6500, hmontero@monterolaw.com

| No. | Passenger | Status/Next Steps | Damages |
|-----|-----------|-------------------|---------|
| 2. | Todd Avery | Lawsuit filed: *Todd Avery v. Miami Air International, Inc.*, Case No. CACE 19-012911 (09), 17th Judicial Circuit, Broward, Florida. | Pax Avery claims back/neck injuries.  He underwent a cervical fusion on 2/8/20 by Dr. Matthew Moore (neurosurgeon).  Pax also suffered a "closed head injury" and is treating with Dr. Nicholas Suite (neuro), who reportedly confirmed a "brain injury with cognitive |

| No. | Passenger | Status/Next Steps | Damages |
|---|---|---|---|
|  |  | Lawsuit consolidated with *Mahon*. Parties agreed to "hold off" setting a hearing on MAI's motions to dismiss and focus on exploring settlement. Demand to be provided once treatment is complete. | defects." Pax is going for a neuropsychological evaluation. |
| 3. | Thomas Mahon | Lawsuit filed: *Thomas Mahon v. Miami Air International, Inc.*, Case No. CACE 19-012919 (18), 17th Judicial Circuit, Broward, Florida.<br><br>Lawsuit consolidated with *Avery*. Parties agreed to "hold off" setting a hearing on MAI's motions to dismiss and focus on exploring settlement. Demand to be provided once treatment is complete. | Pax claims back injuries. He had an MRI of the lumbar spine in 12/19, which allegedly confirmed a herniated disc. He has pursued epidural injections in lieu of surgical intervention. Pax is weighing the pros/cons of surgery. |
| 4. | Darwing Silva | Not in suit.<br><br>Awaiting pre-suit demand and medical records, which counsel promised before the end of March. | Undisclosed. Pax finished treating for his injuries. |

III.    **James-Bates-Brannan-Groover-LLP**, **Christopher Gordon, Esq.**, 231 Riverside Drive, Macon, GA 31201, Tel.: 478.742.8720, cgordon@jamesbatesllp.com

| No. | Passenger | Status/Next Steps | Damages |
|---|---|---|---|
| 5. | Katherine Helms | Received LOR on 5/23/19; responded on 8/27/19. Received initial demand letter dated 10/7/19 and follow-up letter on 12/12/19. On 2/18/20, HK sent formal request for medical records to support demand of $35k. | No physical injury claimed. Alleged "extreme mental pain and suffering" due to incident and injuries due to child as a result of incident. Medical expenses total $6k. |

| No. | Passenger | Status/Next Steps | Damages |
|-----|-----------|-------------------|---------|
|  |  | Recommend resolving asap. |  |
| 6. | Donald Helms | Received LOR on 5/23/19; responded on 8/27/19. Received initial demand letter dated 10/7/19 and follow-up letter on 12/12/19.  On 2/18/20, HK sent formal request for medical records and a demand (which was not included because ongoing treatment). | Pax allegedly a "decorated disabled war veteran" who is undergoing intense therapy for re-exacerbation of extreme, war-related PTSD.  Pax is unable to work/fly as a result of the incident.  Requested an offer but will not make a demand. |
| 7. | (David) Wyatt Helms | Received LOR on 5/23/19; responded on 8/27/19. Received initial demand letter dated 10/7/19 and follow-up letter on 12/12/19.  On 2/18/20, HK sent formal request for medical records to support demand of $500k.  Recommend resolving asap. | 6-month old child pax reportedly struck his head on impact and sustained a brain bleed as a result of the incident with suspected developmental sequeila.  Immediate medical expenses (as of 5/4/19) totaled $28k.  Child undergoing additional treatment and allegedly may have "significant medical issues for life" as a result. |

IV.    **Childress Flax Levine, P.C.**, **Jeffrey Flax, Esq.**, 533 Newtown Road, Ste. 101, Virginia Beach, VA 23462, Tel.: 757.499.9601 jflax9601@aol.com

| No. | Passenger | Status/Next Steps | Damages |
|-----|-----------|-------------------|---------|
| 8. | Robert Weaver | Received LOR on 6/4/19; responded on 8/27/19.  On 11/20/19, counsel agreed to send medicals/demand.  On 3/16/20, followed up again for medicals/demand. | Soft-tissue injuries to neck and back; claimant still treating.  Will send medicals and demand as soon as treatment concludes. |

V.    **Gomez Trial Attorneys, Victoria Lazar, Esq.**, 655 West Broadway, Ste. 1700, San Diego, CA 92101, Tel: 619.237.3490
vlazar@gomeztrialattorneys.com

| No. | Passenger | Status/Next Steps | Damages |
|-----|-----------|-------------------|---------|
| 9. | Benjamin Futch | Received LOR on 7/2/19; responded on 8/27/19; followed up on 11/20/19 for medicals/demand. On 3/16/20, spoke counsel re injuries; demand letter forthcoming. | PTSD treating with therapy. |
| 10. | Denise Futch | Received LOR on 7/2/19; responded on 8/27/19; followed up on 11/20/19 for medicals/demand. On 3/16/20, spoke counsel re injuries; demand letter forthcoming. | PTSD treated via extensive therapy. Pax changed military status to "limited duty" as a result. She is also treating for spinal cord injuries. Her child (Leonardo) was also on the plane, which is the cause of her alleged PTSD. |

VI.    **Law Office of Daryl C. Idler, Jr**., **Daryl Idler, Esq.**, 2650 Jamacha Rd., Ste. 147, El Cajon, CA 92019, Tel: 619.972.6081
idlelaw247@gmail.com

| No. | Passenger | Status/Next Steps | Damages |
|-----|-----------|-------------------|---------|
| 11. | Mark Michaelson | Spoke with attorney on 7/10/19 who is representing pax Michaelson (friend); sent formal response on 8/27/19. Followed up on 11/20/19 and on 3/16/20. On 3/16/20, atty said he just received meds and would review and send to HK with a demand early next week. | Exacerbation of compression fracture at L5; anxiety/emotional injury. |

VII.  **Nolan Law Group, Thomas J. Ellis, Esq**., 20 North Clark Street, 30th Floor, Chicago, IL 60602, Tel.: 312.630.4000
      tje@nolan-law.com

| No. | Passenger | Status/Next Steps | Damages |
|---|---|---|---|
| 12. | Sami Ahmad | Received LOR dated 8/13/19; responded on 8/27/19.  Received medical records on 12/27/19 and additional records on 2/4/20.<br><br>Awaiting settlement demand. | Claimed lost hearing aids ($6k)<br><br>Pax treated for head trauma and back/neck pain. According to MRI, both cervical spine and lumbar spine show disc protrusions, post-traumatic disc herniation, and straightening of the consistent with trauma and soft-tissue injury. Treating conservatively through PT.  Possible need for surgery.  Medicals total $20k.<br><br>No demand until treatment progresses. |

VIII.  **The Carlson Law Firm, P.C**., **Steve Dummitt, Esq.**, 618 S.W. Military, San Antonio, TX 78221, Tel.: 210.923.7700
       SDummitt@carlsonattorneys.com

| No. | Passenger | Status/Next Steps | Damages |
|---|---|---|---|
| 13. | Patrick O'Dwyer | Received LOR on 8/23; responded on 8/27/19. Followed up on 11/20/19; demand forthcoming when PT concludes.<br><br>Call to follow-up re early resolution. | Pax underwent shoulder surgery and lost all of his possession (2-years worth); records forthcoming.  Expect lost wages claim. |

IX.   **Katzman, Lampert & Stoll, PLLC, David Katzman, Esq.**, 100 W. Big Beaver Rd, Ste. 130, Troy, MI 48084, Tel.: 248.258.4800, dkatzman@klm-law.com

| No. | Passenger | Status/Next Steps | Damages |
|---|---|---|---|
| 14. | Alisina Malek | Lawsuit filed on 8/8/19: *Alisina Malek, et. al. v. Miami Air International, Inc.*, Case No. 2019-023665-CA-1, 11th Judicial Circuit, Miami-Dade, Florida.<br><br>We have requested that plaintiff agree to amend the complaint to state a cause of action under the MC. Counsel agreed to extend time until 3/13/20 to respond to complaint. On 3/13/20, MAI moved to consolidate actions.<br><br>Settlement discussions ongoing. Demand packages forthcoming. | Alleged significant injuries to his neck, shoulder, back, head, and limbs and traumatic stress.<br><br>Wife (Mehrnoush Mahmoudi) brought LOC claim.<br><br>Requested medicals/demand. |
| 15. | Gunnes Narine | Lawsuit filed on 8/8/19: *Gunnes Narine, et. al. v. Miami Air International, Inc.*, Case No. 2019-023666-CA-1, 11th Judicial Circuit, Miami-Dade, Florida.<br><br>We have requested that plaintiff agree to amend the complaint to state a cause of action under the MC. Counsel agreed to extend time until 3/13/20 to respond to complaint. On 3/13/20, MAI moved to consolidate actions.<br><br>Settlement discussions ongoing. Demand packages forthcoming. | Alleged significant injuries to his neck, shoulder, back, head, and limbs and traumatic stress.<br><br>Wife (Lorna Narine) brought LOC claim. |
| 16. | Sean Lindsay | Lawsuit filed on 8/8/19: *Sean Lindsay v. Miami Air International, Inc.*, Case No. 2019- | Alleged significant injuries to his neck, shoulder, back, head, and limbs and traumatic stress |

| No. | Passenger | Status/Next Steps | Damages |
|-----|-----------|-------------------|---------|
| | | 023667-CA-1, 11th Judicial Circuit, Miami-Dade, Florida.<br><br>We have requested that plaintiff agree to amend the complaint to state a cause of action under the MC.  Counsel agreed to extend time until 3/13/20 to respond to complaint.  On 3/13/20, MAI moved to consolidate actions.<br><br>Settlement discussions ongoing.  Demand packages forthcoming. | Requested medicals/demand. |

X.    **Spohrer Dodd**, **Barry Newman, Esq., Galen Bauer, Esq.**, 76 S. Laura Street, Suite 1701, Jacksonville, FL 32202, Tel.: 904.637.7721, bnewman@sdlitigation.com, gbauer@sdlitigation.com

| No. | Passenger | Status/Next Steps | Damages |
|-----|-----------|-------------------|---------|
| 17. | Ernest Samuel Hunter | Received LOR on 9/11/19; responded on 9/16/19.  HK sent follow-up letters on 10/4/19 and 2/24/20. | Undisclosed. |
| 18. | Gary Moss | Lawsuit filed on 7/15/19: *Gary Moss v. Miami Air International, Inc.*, Case No. 3:19-cv-00637, U.S. District Ct., Middle District of Florida (Jacksonville Division).<br><br>On 11/4/19, MAI answered the Complaint. | Pax claims bicep/tricep tendon rupture and partial rotator cuff tear as a result of the incident.  Pax allegedly sustained these injuries while bracing for landing.  He was taken via ambulance to the local hospital and later diagnosed (via MRI) with bicep/tricep tear.  Pax underwent surgery on 5/22/19 and is still undergoing PT.  He claims permanent impairments in his right (dominant) arm; a |

| No. | Passenger | Status/Next Steps | Damages |
|---|---|---|---|
| | | On 2/24/20, parties exchanged initial disclosures.<br><br>On 2/26/20, received settlement demand of $1.5M. | second surgery to reduce these alleged permanent deficits is being explored. Pax also was treated for low back pain from a 2016 injury that was exacerbated by this incident. It does not appear that he is seeking damages for this exacerbation at this point. The claimed medical expenses total $47k and are continuing.<br><br>Pax claims he can no longer serve in the role as "on-site" manager bc of his fear of flying, and thus, will lose $40-50k per year in wages. (Admittedly, he is still being paid as an "on-site" manager for "off-site" work). |
| 19. | Harold Blake | Received LOR on 9/11/19; responded on 9/16/19. HK sent follow-up letters on 10/4/19 and 2/24/20.<br><br>On 11/22/19, received $155k demand. | Injuries include a cut on the head/nose (with scar) and undiagnosed back pain radiating to lower limbs. Medical expenses total $5,300. Emotional injuries include trouble sleeping and flying and difficultly overcoming a "near death experience." Demand of MC limits ($155k) made. |
| 20. | Lydia Corcoran Napier | Received LOR on 9/11/19; responded on 9/16/19. HK sent follow-up letters on 10/4/19 and 2/24/20. | Undisclosed. |
| 21. | Najah Garmo | Received LOR on 9/11/19; responded on 9/16/19. HK sent follow-up letters on 10/4/19 and 2/24/20. | Undisclosed. |

| No. | Passenger | Status/Next Steps | Damages |
|---|---|---|---|
| 22. | Randy Hall | Received LOR on 9/11/19; responded on 9/16/19.  HK sent follow-up letters on 10/4/19 and 2/24/20. | Undisclosed. |
| 23. | Tyler Hall | Received LOR on 9/11/19; responded on 9/16/19.  HK sent follow-up letters on 10/4/19 and 2/24/20.<br><br>Resolving property damage claim for MC limits. | Undisclosed. |
| 24. | Robert Harmon | Received LOR on 9/11/19; responded on 9/16/19.  HK sent follow-up letters on 10/4/19 and 2/24/20. | Undisclosed. |
| 25. | Michael Hermanson | Received LOR on 9/11/19; responded on 9/16/19.  HK sent follow-up letters on 10/4/19 and 2/24/20. | Undisclosed. |
| 26. | James Miller | Received LOR on 9/11/19; responded on 9/16/19.  HK sent follow-up letters on 10/4/19 and 2/24/20.<br><br>On 1/14/20, counsel demanded $5,100 for property damage (including hearing aids). Setting for $5,100 with amount over MC limits as set off for personal injury claim. | Undisclosed. |
| 27. | Joseph Napier | Received LOR on 9/11/19; responded on 9/16/19.  HK sent follow-up letters on 10/4/19 and 2/24/20. | Undisclosed. |

| No. | Passenger | Status/Next Steps | Damages |
|---|---|---|---|
| 28. | Eric Pehmoeller | Received LOR on 9/11/19; responded on 9/16/19.  HK sent follow-up letters on 10/4/19 and 2/24/20. | Undisclosed. |
| 29. | Vicki Pehmoeller | Received LOR on 9/11/19; responded on 9/16/19.  HK sent follow-up letters on 10/4/19 and 2/24/20. | Undisclosed. |
| 30. | Kristina Stoddard | Received LOR on 9/11/19; responded on 9/16/19.  HK sent follow-up letters on 10/4/19 and 2/24/20. | Undisclosed. |
| 31. | Scott Warrington | Received LOR on 9/11/19; responded on 9/16/19.  HK sent follow-up letters on 10/4/19 and 2/24/20. | Undisclosed. |
| 32. | William Wolfe | Received LOR on 9/11/19; responded on 9/16/19.  HK sent follow-up letters on 10/4/19 and 2/24/20. | Undisclosed. |
| 33. | Susan Cunningham | Received LOR on 2/26/20. | Undisclosed. |

XI.    **Phillips & Hunt**, **John M. Phillips, Esq.,** 4230 Ortega Blvd., Jacksonville, FL 32210, Tel.: 904.444.4444, jmp@floridajustice.com

| No. | Passenger | Status/Next Steps | Damages |
|---|---|---|---|
| 34. | Aaron Nietfeld | Received LOR on 9/6/19; responded on 2/18/20 and requested medicals/demand. | Undisclosed. |

| No. | Passenger | Status/Next Steps | Damages |
|---|---|---|---|
| 35. | Angela Thompson | Received general LOR on 5/7/19; responded on 5/13/19.  Received supplemental LOR on 6/19/19; responded on 8/29/19.  On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 36. | Austin Thompson | Received general LOR on 5/7/19; responded on 5/13/19.  Received supplemental LOR on 6/19/19; responded on 8/29/19.  On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 37. | Brandon Thompson | Received general LOR on 5/7/19; responded on 5/13/19.  Received supplemental LOR on 6/19/19; responded on 8/29/19.  On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 38. | Brookellen Bowman | Received general LOR on 5/7/19; responded on 5/13/19.  Received supplemental LOR on 6/19/19; responded on 8/29/19.  On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 39. | Catherine Clevenger | Received general LOR on 5/7/19; responded on 5/13/19.  Received supplemental LOR on 6/19/19; responded on 8/29/19.  On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 40. | Chad Bowman | Received general LOR on 5/7/19; responded on 5/13/19.  Received supplemental LOR on 6/19/19; responded on 8/29/19.  On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 41. | Christopher Larue | Received general LOR on 5/7/19; responded on 5/13/19.  Received supplemental LOR on 6/19/19; responded on 8/29/19.  On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 42. | Christopher Piccirilli | Received general LOR on 5/7/19; responded on 5/13/19.  Received supplemental LOR on | Undisclosed. |

| No. | Passenger | Status/Next Steps | Damages |
|---|---|---|---|
| | | 6/19/19; responded on 8/29/19. On 2/18/20, followed up for medicals/demand. | |
| 43. | Christopher Thompson | Received general LOR on 5/7/19; responded on 5/13/19. Received supplemental LOR on 6/19/19; responded on 8/29/19. On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 44. | Dylan Elkins | Received LOR on 7/22/19; responded on 8/29/19. On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 45. | Firas Sufan | Received general LOR on 5/7/19; responded on 5/13/19. Received supplemental LOR on 6/19/19; responded on 8/29/19. On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 46. | Gabe Alvizo | Received general LOR on 5/7/19; responded on 5/13/19. Received supplemental LOR on 6/19/19; responded on 8/29/19. On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 47. | Gabriel Alvizo | Received general LOR on 5/7/19; responded on 5/13/19. Received supplemental LOR on 6/19/19; responded on 8/29/19. On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 48. | Gabriella Barela | Received general LOR on 5/7/19; responded on 5/13/19. Received supplemental LOR on 6/19/19; responded on 8/29/19. On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 49. | James Hubbard | Received general LOR on 5/7/19; responded on 5/13/19. Received supplemental LOR on 6/19/19; responded on 8/29/19. On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 50. | Jean Thompson | Received general LOR on 5/7/19; responded on 5/13/19. Received supplemental LOR on | Undisclosed. |

| No. | Passenger | Status/Next Steps | Damages |
|---|---|---|---|
|  |  | 6/19/19; responded on 8/29/19. On 2/18/20, followed up for medicals/demand. |  |
| 51. | Jeanette Thomas | Received general LOR on 5/7/19; responded on 5/13/19. Received supplemental LOR on 6/19/19; responded on 8/29/19. On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 52. | Jeffrey Lee Biggar | Received LOR on 7/22/19; responded on 8/29/19. On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 53. | Julia Hubbard | Received general LOR on 5/7/19; responded on 5/13/19. Received supplemental LOR on 6/19/19; responded on 8/29/19. On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 54. | Kayla Zanolli | Received LOR on 7/22/19; responded on 8/29/19. On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 55. | Kip Cherurot | Received general LOR on 5/7/19; responded on 5/13/19. Received supplemental LOR on 6/19/19; responded on 8/29/19. On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 56. | Margarita Rivera | Received general LOR on 5/7/19; responded on 5/13/19. Received supplemental LOR on 6/19/19; responded on 8/29/19. On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 57. | Mary Caldwell | Received general LOR on 5/7/19; responded on 5/13/19. Received supplemental LOR on 6/19/19; responded on 8/29/19. On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 58. | Mary Doreen | Received general LOR on 5/7/19; responded on 5/13/19. Received supplemental LOR on | Undisclosed. |

| No. | Passenger | Status/Next Steps | Damages |
|-----|-----------|-------------------|---------|
|  |  | 6/19/19; responded on 8/29/19. On 2/18/20, followed up for medicals/demand. |  |
| 59. | Michael Robert Allen | Received general LOR on 5/7/19; responded on 5/13/19. Received supplemental LOR on 6/19/19; responded on 8/29/19. On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 60. | Mickey Caldwell | Received general LOR on 5/7/19; responded on 5/13/19. Received supplemental LOR on 6/19/19; responded on 8/29/19. On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 61. | Mildred Reales | Received general LOR on 5/7/19; responded on 5/13/19. Received supplemental LOR on 6/19/19; responded on 8/29/19. On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 62. | Mohamed Sallam | Received general LOR on 5/7/19; responded on 5/13/19. Received supplemental LOR on 6/19/19; responded on 8/29/19. On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 63. | Nekayla Duke | Received general LOR on 5/7/19; responded on 5/13/19. Received supplemental LOR on 6/19/19; responded on 8/29/19. On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 64. | Omeka Hyles | Received general LOR on 5/7/19; responded on 5/13/19. Received supplemental LOR on 6/19/19; responded on 8/29/19. On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 65. | Paul Ebohon | Received LOR on 7/22/19; responded on 8/29/19. On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 66. | Pitambe Parajuli | Received general LOR on 5/7/19; responded on 5/13/19. Received supplemental LOR on | Undisclosed. |

| No. | Passenger | Status/Next Steps | Damages |
|---|---|---|---|
| | | 6/19/19; responded on 8/29/19.  On 2/18/20, followed up for medicals/demand. | |
| 67. | Samuel Alvizo | Received general LOR on 5/7/19; responded on 5/13/19.  Received supplemental LOR on 6/19/19; responded on 8/29/19.  On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 68. | Samuel Cook | Received general LOR on 5/7/19; responded on 5/13/19.  Received supplemental LOR on 6/19/19; responded on 8/29/19.  On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 69. | Savannah Hyles | Received general LOR on 5/7/19; responded on 5/13/19.  Received supplemental LOR on 6/19/19; responded on 8/29/19.  On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 70. | Seanna Hyles | Received general LOR on 5/7/19; responded on 5/13/19.  Received supplemental LOR on 6/19/19; responded on 8/29/19.  On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 71. | Siera Canales | Received LOR on 7/22/19; responded on 8/29/19.  On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 72. | Steven Brandenburger | Received LOR on 7/22/19; responded on 8/29/19.  On 2/18/20, followed up for medicals/demand. | Right shoulder injury; broken teeth. |
| 73. | Toprane Coatney | Received general LOR on 5/7/19; responded on 5/13/19.  Received supplemental LOR on 6/19/19; responded on 8/29/19.  On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 74. | Travis Eckert | Received general LOR on 5/7/19; responded on 5/13/19.  Received supplemental LOR on | Undisclosed. |

15

| No. | Passenger | Status/Next Steps | Damages |
|---|---|---|---|
| | | 6/19/19; responded on 8/29/19.  On 2/18/20, followed up for medicals/demand. | |
| 75. | Tricia Smestad | Received LOR on 10/17/19; responded on 2/18/20. | Undisclosed. |
| 76. | Victoria Kidder | Received LOR on 7/22/19; responded on 8/29/19.  On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 77. | Wendy Sancho | Received general LOR on 5/7/19; responded on 5/13/19.  Received supplemental LOR on 6/19/19; responded on 8/29/19.  On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 78. | Willbur Andrew Lasseter | Received general LOR on 5/7/19; responded on 5/13/19.  Received supplemental LOR on 6/19/19; responded on 8/29/19.  On 2/18/20, followed up for medicals/demand. | Undisclosed. |
| 79. | Zachary Thompson | Received general LOR on 5/7/19; responded on 5/13/19.  Received supplemental LOR on 6/19/19; responded on 8/29/19.  On 2/18/20, followed up for medicals/demand. | Undisclosed. |

XII.    **Law Office of Stephen G. Webster LLC, Louis J. Baptiste**, 1615 Village Square Blvd. S. 5, Tallahassee, FL 32301
Tel.: 850.597.7142, lb@swebsterlaw.net

| No. | Passenger | Status/Next Steps | Damages |
|---|---|---|---|
| 80. | Oladapo Akintonde | Received LOR on 11/18/19; spoke with atty on 11/20/19 and again on 12/6/19.  Followed up for demand on 3/16/20. | Knee injury (alleged MRI confirmation) and other undisclosed "medical injuries." |

16

XIII.  **Law Offices of Edward Lee**, Chris Kim,  3731 Wilshire Blvd. #940, Los Angeles. CA 90010, Tel.: 213.380.5858, ckim@edwardylee.com

| No. | Passenger | Status/Next Steps | Damages |
|---|---|---|---|
| 81. | William Hortua | Spoke with claims manager re case on 11/20/19; received LOR on 3/6/20; sent goodwill payment on 3/6/20.  On 3/16/20, spoke with claims manager re damages and demand.  Demand forthcoming. | Concussion with post-concussive syndrome. Currently treating with neuropsychiatrist for post-concussive issues and psychologist for PTSD. |

XIV.  **Unrepresented Passengers**

| No. | Passenger | Status/Next Steps | Damages |
|---|---|---|---|
| 82. | Kevin Harris | On 8/27/19, sent letter to McGrath Gibson Law Firm (who had called Allianz) to request medicals/demand.  On 12/15/19, McGrath sent letter advising that firm no longer represents pax.  On 1/29/20, sent letter to pax; awaiting contact. | Undisclosed. |
| 83. | Jhune Dungca | Settled | Baggage claims, in descript physical injuries and emotional distress. |

17

Debtor     **Miami Air International, Inc.**                                    Case number *(if known)*  **20-13924-BKC-AJC**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **In May, 2019, one of the Company's leased aircraft was involved in an incident that resulted in substantial damage to the aircraft.  As a result, the aircraft was removed from operations and returned to the lessor, and the Company filed claims with its insurance provider for lost equipment on the aircraft and for other related costs incurred.  The Company received insurance proceeds of $2,705,848 and incurred expenses and losses of $1,398,187 related to the incident.** | $2,705,848 | **May 2019** | **Unknown** |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
     List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Genovese Joblove & Battista, P.A.**<br>**100 SE 2nd St.**<br>**44th Floor**<br>**Miami, FL 33131** | **Attorney Fees**<br>**($95,653.50 applied to pre-petition balance on March 24, 2020)** | **March 19, 2020** | **$200,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
     List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
     Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
     List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

---

| Debtor | Miami Air International, Inc. | Case number *(if known)* 20-13924-BKC-AJC |
|---|---|---|

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

---

**Part 7:**    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

---

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

---

**Part 9:**    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Miami Air Internationa, Inc. 2008 Deferred Compensation Agreement** | EIN:  **N/A** |

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    **Miami Air International, Inc.**                                    Case number *(if known)* **20-13924-BKC-AJC**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Please see attached detail** | **US Trust - Escrow Account** | **Customer deposits** | **$7,519,590.72** |

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐  No.

■  Yes. Provide details below.

Schedule of Property Held for Another
(Escrow Account Balance)

| Contract No | Customer | First Flight Date | Last Flight Date | Aircraft Type | Orig Credit | Debit | Credit | Receipt No | Transaction Date | Last Transaction Date | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M1410.14.11 | Pittsburgh Penguins, LP | 04/12/2015 | 04/12/2015 | 737-400 | 176,607.54 | 275,188.53 | 176,607.54 | 15021702 | 02/17/2015 | 02/17/2015 | 98,580.99 |
| M1420.14.11 | Tampa Bay Lightning Hockey Club | 04/05/2015 | 04/05/2015 | 737-400 | 32,855.14 | 128,627.35 | 32,855.14 | 15021703 | 02/17/2015 | 02/17/2015 | 95,772.21 |
| M1410.14.11 | Pittsburgh Penguins, LP | 04/12/2015 | 04/12/2015 | 737-400 | 2,500.00 | 2,694.01 | 2,500.00 | 15031001 | 03/10/2015 | 03/10/2015 | 194.01 |
| M131.15.02 | NE Flight Watch, LLC | 04/05/2015 | 04/05/2015 | 737-400 | 27,957.59 | 28,957.61 | 27,957.59 | 15040101 | 04/01/2015 | 04/01/2015 | 1,000.02 |
| M1039.15.04 | Cirque du Soleil America, Inc. | 04/20/2015 | 04/20/2015 | 737-800 | 5,155.42 | 6,771.15 | 5,155.42 | 15041001 | 04/10/2015 | 04/10/2015 | 1,615.73 |
| M1024.15.04 | Cirque du Soleil America, Inc. | 05/11/2015 | 05/11/2015 | 737-800 | 42,553.09 | 42,666.54 | 42,553.09 | 15042401 | 04/24/2015 | 04/24/2015 | 113.45 |
| M1051.15.04 | Cirque du Soleil America, Inc. | 07/06/2015 | 07/06/2015 | 737-800 | 33,609.69 | 35,022.36 | 33,609.69 | 15050700 | 05/07/2015 | 05/07/2015 | 1,412.67 |
| M1177.15.14 | Club de Hockey Canadien, Inc. | 05/13/2015 | 05/13/2015 | 737-400 | 201,184.54 | 201,728.54 | 201,184.54 | 15051203 | 05/12/2015 | 05/12/2015 | 544.00 |
| M1042.15.02 | Cartan Tours | 07/15/2015 | 07/15/2015 | 737-800 | 133,121.93 | 179,213.96 | 133,121.93 | 15062202 | 06/22/2015 | 06/22/2015 | 46,092.03 |
| M1420.14.11 | Tampa Bay Lightning Hockey Club | 04/05/2015 | 04/05/2015 | 737-400 | 0.00 | 1,527.79 | 0.00 | 15062403 | 06/24/2015 | 01/01/0001 | 1,527.79 |
| M1530.14.02 | BI Worldwide | 08/17/2015 | 08/17/2015 | 737-800 | 20,704.00 | 22,048.00 | 20,704.00 | 15081003 | 08/10/2015 | 08/10/2015 | 1,344.00 |
| M1038.15.04 | Cirque du Soleil America, Inc. | 08/31/2015 | 08/31/2015 | 737-800 | 3,548.52 | 4,686.70 | 3,548.52 | 15090401 | 09/04/2015 | 09/04/2015 | 1,138.18 |
| M1076.15.09 | Coastal Carolina University | 11/20/2015 | 11/20/2015 | 737-800 | 51,106.10 | 51,350.34 | 51,106.10 | 15101309 | 10/13/2015 | 10/13/2015 | 244.24 |
| | Erving Aviation | 01/01/0001 | 01/01/0001 | | 0.00 | 1,935.00 | 0.00 | 15121705 | 12/17/2015 | 01/01/0001 | 1,935.00 |
| M1467.15.32 | BP USA Travel, Inc. | 07/30/2016 | 07/30/2016 | 737-800 | 0.00 | 50,000.00 | 0.00 | 16012102 | 01/21/2016 | 01/01/0001 | 50,000.00 |
| M1288.15.32 | New Jersey Devils LLC | 04/03/2016 | 04/03/2016 | 737-800 | 693,183.90 | 736,400.00 | 693,183.90 | 16020402 | 02/04/2016 | 02/04/2016 | 43,216.10 |
| M1288.15.32 | New Jersey Devils LLC | 04/03/2016 | 04/03/2016 | 737-800 | 0.00 | 56,783.90 | 0.00 | 16030103 | 03/01/2016 | 01/01/0001 | 56,783.90 |
| M1528.14.02 | The Granite Group | 04/26/2016 | 04/26/2016 | 737-800 | 116,936.54 | 118,427.00 | 116,936.54 | 16031605 | 03/16/2016 | 03/16/2016 | 1,490.46 |
| | StudentCity.com, Inc. | 01/01/0001 | 01/01/0001 | | 0.00 | 95.98 | 0.00 | 16032204 | 03/22/2016 | 01/01/0001 | 95.98 |
| M1191.16.32 | Miami Heat Limited Partnership | 05/06/2016 | 05/06/2016 | 737-400 | 202,459.37 | 212,813.41 | 202,459.37 | 16050201 | 05/02/2016 | 05/02/2016 | 10,354.04 |
| | NATO Defense College | 01/01/0001 | 01/01/0001 | | 0.00 | 1,644.75 | 0.00 | 16050403 | 05/04/2016 | 01/01/0001 | 1,644.75 |
| | Shorts Travel Mgmt | 01/01/0001 | 01/01/0001 | | 0.00 | 85,922.46 | 0.00 | 16060201 | 06/02/2016 | 01/01/0001 | 85,922.46 |
| M1180.16.32 | Legacy Travel Club | 06/22/2016 | 06/22/2016 | 737-400 | 53,664.86 | 54,420.86 | 53,664.86 | 16060604 | 06/06/2016 | 06/06/2016 | 756.00 |
| | APOLLO JETS LLC. | 01/01/0001 | 01/01/0001 | | 0.00 | 500.00 | 0.00 | 16090602 | 09/06/2016 | 01/01/0001 | 500.00 |
| | APOLLO JETS LLC. | 01/01/0001 | 01/01/0001 | | 0.00 | 500.00 | 0.00 | 16090705 | 09/07/2016 | 01/01/0001 | 500.00 |
| | B No. 200 Corp. | 01/01/0001 | 01/01/0001 | | 0.00 | 716.51 | 0.00 | 16092702 | 09/27/2016 | 01/01/0001 | 716.51 |
| | Purdue University | 01/01/0001 | 01/01/0001 | | 0.00 | 2,241.35 | 0.00 | 16101202 | 10/12/2016 | 01/01/0001 | 2,241.35 |
| M1474.15.02 | Young Presidents Organization Inc. | 10/09/2016 | 10/09/2016 | 737-800 | 665.50 | 1,800.00 | 665.50 | 16101203 | 10/12/2016 | 10/12/2016 | 1,134.50 |
| M1091.16.09 | Wake Forest University | 11/13/2016 | 11/13/2016 | 737-800 | 1,975.43 | 3,825.00 | 1,975.43 | 16101204 | 10/12/2016 | 10/12/2016 | 1,849.57 |
| | Chapman Freeborn Air Chartering, Inc. | 01/01/0001 | 01/01/0001 | | 19,012.20 | 50,705.45 | 19,012.20 | 16102000 | 10/20/2016 | 10/20/2016 | 31,693.25 |
| M1056.16.32 | Music Travel Consultants | 11/13/2016 | 11/13/2016 | 737-400 | 151,838.56 | 151,864.96 | 151,838.56 | 16102802 | 10/28/2016 | 10/28/2016 | 26.40 |
| | American Family Insurance | 01/01/0001 | 01/01/0001 | | 0.00 | 5,000.00 | 0.00 | 16110400 | 11/04/2016 | 01/01/0001 | 5,000.00 |
| M1380.16.09 | Wake Forest University | 03/09/2017 | 03/09/2017 | 737-400 | 410,217.45 | 410,391.50 | 410,217.45 | 16110403 | 11/04/2016 | 11/04/2016 | 174.05 |
| M1285.16.09 | Air Planning, LLC. | 11/16/2016 | 11/16/2016 | 737-400 | 7,395.90 | 8,842.25 | 7,395.90 | 16120606 | 12/06/2016 | 12/06/2016 | 1,446.35 |
| | Fly Jamaica Airways Ltd. | 01/01/0001 | 01/01/0001 | | 0.00 | 2,279.55 | 0.00 | 16120703 | 12/07/2016 | 01/01/0001 | 2,279.55 |
| | Azalea Tickets & Travel, LLC | 01/01/0001 | 01/01/0001 | | 0.00 | 3,231.45 | 0.00 | 16120903 | 12/09/2016 | 01/01/0001 | 3,231.45 |
| M1396.16.09 | Global Gallop LLC | 01/30/2017 | 01/30/2017 | 737-800 | 53,841.11 | 54,898.31 | 53,841.11 | 1709 | 01/05/2017 | 01/05/2017 | 1,057.20 |
| M1396.15.02 | Summit Planners, Inc. | 02/01/2017 | 02/01/2017 | 737-800 | 1,280,383.08 | 1,301,929.79 | 1,280,383.08 | 8888 | 01/06/2017 | 01/06/2017 | 21,546.71 |
| | APOLLO JETS LLC. | 01/01/0001 | 01/01/0001 | | 0.00 | 16.80 | 0.00 | 17011203 | 01/12/2017 | 01/01/0001 | 16.80 |
| M1091.16.09 | Wake Forest University | 11/13/2016 | 11/13/2016 | 737-800 | 0.00 | 112.50 | 0.00 | 17012003 | 01/20/2017 | 01/01/0001 | 112.50 |
| M1380.16.09 | Wake Forest University | 03/09/2017 | 03/09/2017 | 737-400 | 0.00 | 4.00 | 0.00 | 17012003 | 01/20/2017 | 01/01/0001 | 4.00 |
| M1380.16.09 | Wake Forest University | 03/09/2017 | 03/09/2017 | 737-400 | 1,505.00 | 1,673.56 | 1,505.00 | 17020107 | 02/01/2017 | 02/01/2017 | 168.56 |
| M1363.16.09 | NE Flight Watch, LLC | 02/26/2017 | 02/26/2017 | 737-400 | 602.00 | 668.22 | 602.00 | 17020108 | 02/01/2017 | 02/01/2017 | 66.22 |
| M1379.16.09 | NE Flight Watch, LLC | 02/05/2017 | 02/05/2017 | 737-400 | 830.76 | 927.08 | 830.76 | 17020108 | 02/01/2017 | 02/01/2017 | 96.32 |
| M1391.16.09 | NE Flight Watch, LLC | 03/04/2017 | 03/04/2017 | 737-400 | 1,994.50 | 2,214.61 | 1,994.50 | 17020108 | 02/01/2017 | 02/01/2017 | 220.11 |
| M1017.17.02 | Secure Air Services, LLC | 02/02/2017 | 02/02/2017 | 737-800 | 620.40 | 690.00 | 620.40 | 17021408 | 02/14/2017 | 02/14/2017 | 69.60 |
| | Cleveland Orchestra | 01/01/0001 | 01/01/0001 | | 0.00 | 649.32 | 0.00 | 16122108 | 02/15/2017 | 01/01/0001 | 649.32 |
| M1332.16.02 | Pittsburgh Penguins, LP | 04/09/2017 | 04/09/2017 | 737-400 | 71,308.30 | 74,062.74 | 71,308.30 | 17030103 | 03/01/2017 | 03/01/2017 | 2,754.44 |
| M1082.17.09 | Allegiant Air, LLC | 03/06/2017 | 03/06/2017 | 737-800 | 25,905.00 | 26,655.00 | 25,905.00 | 17030303 | 03/03/2017 | 03/03/2017 | 750.00 |
| M1091.16.09 | Wake Forest University | 11/13/2016 | 11/13/2016 | 737-800 | 0.00 | 363.53 | 0.00 | 17031504 | 03/15/2017 | 01/01/0001 | 363.53 |
| | Advisors Excel | 01/01/0001 | 01/01/0001 | | 0.00 | 15,372.50 | 0.00 | 17040301 | 04/03/2017 | 01/01/0001 | 15,372.50 |
| | Spirit Airlines, Inc. | 01/01/0001 | 01/01/0001 | | 0.00 | 1,895.54 | 0.00 | 17040701 | 04/07/2017 | 01/01/0001 | 1,895.54 |
| | Spirit Airlines, Inc. | 01/01/0001 | 01/01/0001 | | 0.00 | 3,100.00 | 0.00 | 17041003 | 04/10/2017 | 01/01/0001 | 3,100.00 |
| M1332.16.02 | Pittsburgh Penguins, LP | 04/09/2017 | 04/09/2017 | 737-400 | 0.00 | 1,902.30 | 0.00 | 17041401 | 04/14/2017 | 01/01/0001 | 1,902.30 |
| M1192.17.09 | Allegiant Air, LLC | 05/05/2017 | 05/05/2017 | 737-800 | 32,690.98 | 45,955.00 | 32,690.98 | 17050303 | 05/03/2017 | 05/03/2017 | 13,264.02 |
| M1313.16.09 | Tampa Bay Lightning Hockey Club | 04/03/2017 | 04/03/2017 | 737-400 | 7,238.27 | 7,854.17 | 7,238.27 | 17050305 | 05/03/2017 | 05/03/2017 | 615.90 |
| M1393.16.09 | NE Flight Watch, LLC | 03/04/2017 | 03/04/2017 | 737-400 | 0.00 | 78.20 | 0.00 | 17050305 | 05/03/2017 | 01/01/0001 | 78.20 |
| M1203.17.09 | Spirit Airlines, Inc. | 05/13/2017 | 05/13/2017 | 737-400 | 52,636.00 | 55,636.00 | 52,636.00 | 17051202 | 05/12/2017 | 05/12/2017 | 3,000.00 |
| M1213.17.04 | Nashville Predators | 05/25/2017 | 05/25/2017 | 737-800 | 10,277.50 | 18,555.00 | 10,277.50 | 17051901 | 05/19/2017 | 05/19/2017 | 8,277.50 |

Schedule of Property Held for Another
(Escrow Account Balance)

| Contract No | Customer | First Flight Date | Last Flight Date | Aircraft Type | Orig Credit | Debit | Credit | Receipt No | Transaction Date | Last Transaction Date | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M1216.17.02 | Fly Jamaica Airways Ltd. | 05/22/2017 | 05/23/2017 | 737-800 | 67,133.34 | 74,432.00 | 67,133.34 | 17052401 | 05/24/2017 | 05/24/2017 | 7,298.66 |
| M1231.17.09 | Spirit Airlines, Inc. | 05/27/2017 | 05/27/2017 | 737-800 | 42,827.00 | 47,827.00 | 42,827.00 | 17053002 | 05/30/2017 | 05/30/2017 | 5,000.00 |
| M1380.16.09 | Wake Forest University | 03/09/2017 | 03/09/2017 | 737-400 | 0.00 | 86.70 | 0.00 | 17060205 | 06/02/2017 | 01/01/0001 | 86.70 |
| M1276.17.09 | Spirit Airlines, Inc. | 07/05/2017 | 07/05/2017 | 737-800 | 92,619.60 | 95,619.60 | 92,619.60 | 17070601 | 07/06/2017 | 07/06/2017 | 3,000.00 |
| M1161.17.09 | AE Wealth Management, LLC. | 08/20/2017 | 08/20/2017 | 737-400 | 77,860.91 | 78,531.87 | 77,860.91 | 17072602 | 07/26/2017 | 07/26/2017 | 670.96 |
| M1011.17.09 | Purdue University | 11/19/2017 | 11/19/2017 | 737-800 | 249,933.81 | 256,474.83 | 249,933.81 | 17081601 | 08/16/2017 | 08/16/2017 | 6,541.02 |
| | Air Charter Division, Inc | 01/01/0001 | 01/01/0001 | | 0.00 | 437.90 | 0.00 | 17082304 | 08/23/2017 | 01/01/0001 | 437.90 |
| M1164.17.09 | Air Charter Division, Inc | 10/08/2017 | 10/08/2017 | 737-800 | 266,778.23 | 267,028.43 | 266,778.23 | 17082304 | 08/23/2017 | 08/23/2017 | 250.20 |
| M1467.16.02 | Pro Sky AG | 09/13/2017 | 09/13/2017 | 737-800 | 120,326.02 | 120,727.04 | 120,326.02 | 17082901 | 08/29/2017 | 08/29/2017 | 401.02 |
| | Wake Forest University | 01/01/0001 | 01/01/0001 | | 0.00 | 399.85 | 0.00 | 17091902 | 09/19/2017 | 01/01/0001 | 399.85 |
| | XGL | 01/01/0001 | 01/01/0001 | | 0.00 | 136.16 | 0.00 | 17110301 | 11/03/2017 | 01/01/0001 | 136.16 |
| | Talbert 25th Anniversary Party | 01/01/0001 | 01/01/0001 | | 0.00 | 44.14 | 0.00 | 17110304 | 11/03/2017 | 01/01/0001 | 44.14 |
| M1211.17.09 | Air Planning, LLC. | 10/08/2017 | 10/08/2017 | 737-400 | 3,122.80 | 3,354.90 | 3,122.80 | 17110804 | 11/08/2017 | 11/08/2017 | 232.10 |
| M1420.17.32 | TMP Sports | 11/25/2017 | 11/25/2017 | 737-800 | 1,515.70 | 1,740.00 | 1,515.70 | 17112707 | 11/27/2017 | 11/27/2017 | 224.30 |
| M1064.17.09 | University of Virginia | 11/18/2017 | 11/18/2017 | 737-800 | 2,827.40 | 5,129.93 | 2,827.40 | 17113002 | 11/30/2017 | 11/30/2017 | 2,302.53 |
| M1445.17.02 | Frontier Airlines Inc. | 12/30/2017 | 12/30/2017 | 737-800 | 613,479.38 | 622,828.50 | 613,479.38 | 17120101 | 12/01/2017 | 12/01/2017 | 9,349.12 |
| M1496.17.02 | Fly Jamaica Airways Ltd. | 12/01/2017 | 12/01/2017 | 737-800 | 68,058.61 | 69,325.00 | 68,058.61 | 17120102 | 12/01/2017 | 12/01/2017 | 1,266.39 |
| M1211.17.09 | Air Planning, LLC. | 10/08/2017 | 10/08/2017 | 737-400 | 0.00 | 753.36 | 0.00 | 17120502 | 12/05/2017 | 01/01/0001 | 753.36 |
| M1211.17.09 | Air Planning, LLC. | 10/08/2017 | 10/08/2017 | 737-400 | 0.00 | 0.02 | 0.00 | 17021505 | 12/08/2017 | 01/01/0001 | 0.02 |
| M1211.17.09 | Air Planning, LLC. | 10/08/2017 | 10/08/2017 | 737-400 | 0.00 | 52.20 | 0.00 | 16102002 | 12/08/2017 | 01/01/0001 | 52.20 |
| M1211.17.09 | Air Planning, LLC. | 10/08/2017 | 10/08/2017 | 737-400 | 0.00 | 100.80 | 0.00 | 16052002 | 12/08/2017 | 01/01/0001 | 100.80 |
| M1211.17.09 | Air Planning, LLC. | 10/08/2017 | 10/08/2017 | 737-400 | 0.00 | 135.20 | 0.00 | 16120606 | 12/08/2017 | 01/01/0001 | 135.20 |
| | DTE Energy | 01/01/0001 | 01/01/0001 | | 0.00 | 4,545.47 | 0.00 | 18011701 | 01/17/2018 | 01/01/0001 | 4,545.47 |
| M1279.17.32 | Air Charter Service Inc. | 03/20/2018 | 03/20/2018 | 737-800 | 78,664.94 | 82,276.94 | 78,664.94 | 18021302 | 02/13/2018 | 02/13/2018 | 3,612.00 |
| M1027.18.02 | Anheuser-Busch | 03/25/2018 | 03/25/2018 | 737-800 | 403,103.67 | 405,371.67 | 403,103.67 | 18022306 | 02/23/2018 | 02/23/2018 | 2,268.00 |
| M1313.17.32 | New Jersey Devils LLC | 04/08/2018 | 04/08/2018 | 737-800 | 481,388.63 | 486,012.03 | 481,388.63 | 18022802 | 02/28/2018 | 02/28/2018 | 4,623.40 |
| M1427.17.09 | Air Planning, LLC. | 02/27/2018 | 02/27/2018 | 737-800 | 3,005.68 | 7,042.54 | 3,005.68 | 18030803 | 03/08/2018 | 03/08/2018 | 4,036.86 |
| M1512.16.02 | The Granite Group | 05/05/2018 | 05/05/2018 | 737-800 | 340,136.56 | 341,513.61 | 340,136.56 | 18031502 | 03/15/2018 | 03/15/2018 | 1,377.05 |
| M1313.17.32 | New Jersey Devils LLC | 04/08/2018 | 04/08/2018 | 737-800 | 0.00 | 24,092.86 | 0.00 | 18033001 | 03/30/2018 | 01/01/0001 | 24,092.86 |
| M1314.17.32 | New Jersey Devils LLC | 04/02/2018 | 04/02/2018 | 737-800 | 70,162.73 | 73,594.01 | 70,162.73 | 18033001 | 03/30/2018 | 03/30/2018 | 3,431.28 |
| M1110.18.32 | DTE Energy | 04/20/2018 | 04/20/2018 | 737-800 | 58,088.00 | 59,163.00 | 58,088.00 | 18042003 | 04/20/2018 | 04/20/2018 | 1,075.00 |
| M1522.17.09 | APR Group, Inc | 05/20/2018 | 05/20/2018 | 737-800 | 61,431.34 | 63,554.46 | 61,431.34 | 18050101A | 05/01/2018 | 05/01/2018 | 2,123.12 |
| M1272.17.09 | Camp Laurel | 08/10/2018 | 08/10/2018 | 737-800 | 97,801.39 | 100,333.29 | 97,801.39 | 18050405 | 05/04/2018 | 05/04/2018 | 2,531.90 |
| | Shorts Travel Mgmt | 01/01/0001 | 01/01/0001 | | 0.00 | 300.00 | 0.00 | 18052901 | 05/29/2018 | 01/01/0001 | 300.00 |
| M1394.17.02 | Direct Travel | 08/10/2018 | 08/10/2018 | 737-800 | 51,558.33 | 54,044.14 | 51,558.33 | 18060601 | 06/06/2018 | 06/06/2018 | 2,485.81 |
| M1313.17.32 | New Jersey Devils LLC | 04/08/2018 | 04/08/2018 | 737-800 | 0.00 | 17,988.12 | 0.00 | 18062601 | 06/26/2018 | 01/01/0001 | 17,988.12 |
| | Allegiant Air, LLC | 01/01/0001 | 01/01/0001 | | 0.00 | 24,314.00 | 0.00 | 18062801 | 06/28/2018 | 01/01/0001 | 24,314.00 |
| M1185.18.09 | Air Planning, LLC. | 08/01/2018 | 08/01/2018 | 737-800 | 240,547.86 | 241,411.09 | 240,547.86 | 18070301 | 07/03/2018 | 07/03/2018 | 863.23 |
| M1259.18.09 | Sun Country | 08/12/2018 | 08/12/2018 | 737-800 | 51,542.00 | 53,819.72 | 51,542.00 | 18081302 | 08/13/2018 | 08/13/2018 | 2,277.72 |
| | HSN, Inc. | 01/01/0001 | 01/01/0001 | | 0.00 | 27,000.00 | 0.00 | 18081705 | 08/17/2018 | 01/01/0001 | 27,000.00 |
| M1212.18.35 | Premier Charter Network Inc. | 05/01/2020 | 05/01/2020 | 737-800 | 0.00 | 11,956.23 | 0.00 | 18091303 | 09/13/2018 | 01/01/0001 | 11,956.23 |
| | Sun Country | 01/01/0001 | 01/01/0001 | | 0.00 | 0.03 | 0.00 | 18100905 | 10/09/2018 | 01/01/0001 | 0.03 |
| | Air Charter Division, Inc | 01/01/0001 | 01/01/0001 | | 0.00 | 492.90 | 0.00 | 18101002 | 10/10/2018 | 01/01/0001 | 492.90 |
| | Wynford Group | 01/01/0001 | 01/01/0001 | | 0.00 | 8,380.00 | 0.00 | 18110802 | 11/08/2018 | 01/01/0001 | 8,380.00 |
| M1048.18.09 | Virginia Polytechnic Inst State Univ | 11/11/2018 | 11/11/2018 | 737-800 | 2,167.19 | 2,167.20 | 2,167.19 | 18110804 | 11/08/2018 | 11/08/2018 | 0.01 |
| M1172.18.09 | Tabernacle Baptist Christian Academy | 11/25/2018 | 11/25/2018 | 737-800 | 1,931.48 | 2,881.68 | 1,931.48 | 18111604 | 11/16/2018 | 11/16/2018 | 950.20 |
| | Air Charter Division, Inc | 01/01/0001 | 01/01/0001 | | 0.00 | 5.00 | 0.00 | 18120602 | 12/06/2018 | 01/01/0001 | 5.00 |
| M1349.18.02 | Bahamasair Holdings Ltd. | 12/17/2018 | 12/17/2018 | 737-800 | 105,766.37 | 127,862.89 | 105,766.37 | 18121201 | 12/12/2018 | 12/12/2018 | 22,096.52 |
| M1376.18.09 | Private Jet Services Group, LLC | 01/01/2019 | 01/01/2019 | 737-800 | 119,999.22 | 124,992.38 | 119,999.22 | 18121803 | 12/18/2018 | 12/18/2018 | 4,993.16 |
| M1383.18.14 | Bahamasair Holdings Ltd. | 12/24/2018 | 12/24/2018 | 737-800 | 121,722.82 | 126,533.82 | 121,722.82 | 18122004 | 12/20/2018 | 12/20/2018 | 4,811.00 |
| M1383.18.14 | Bahamasair Holdings Ltd. | 12/24/2018 | 12/24/2018 | 737-800 | 0.00 | 12,375.00 | 0.00 | 18122005 | 12/20/2018 | 01/01/0001 | 12,375.00 |
| | Preferred Pump & Equipment | 01/01/0001 | 01/01/0001 | | 0.00 | 54.02 | 0.00 | 18122711 | 12/27/2018 | 01/01/0001 | 54.02 |
| | Miami Heat Limited Partnership | 01/01/0001 | 01/01/0001 | | 0.00 | 127.20 | 0.00 | 18122809 | 12/28/2018 | 01/01/0001 | 127.20 |
| M1342.18.32 | Aircraft Logix | 09/24/2019 | 09/24/2019 | 737-800 | 111,931.32 | 111,931.34 | 111,931.32 | 18123103 | 12/31/2018 | 12/31/2018 | 0.02 |
| M1178.18.02 | Alfa Insurance | 05/02/2020 | 05/02/2020 | 737-800 | 0.00 | 35,784.94 | 0.00 | 19013104 | 01/31/2019 | 01/01/0001 | 35,784.94 |
| | Limetree Bay Refining, LLC. | 01/01/0001 | 01/01/0001 | | 0.00 | 12,402.23 | 0.00 | 19020103 | 02/01/2019 | 01/01/0001 | 12,402.23 |
| M1378.18.02 | Limetree Bay Refining, LLC. | 02/06/2019 | 02/06/2019 | 737-800 | 113,383.13 | 114,517.88 | 113,383.13 | 19020103 | 02/01/2019 | 02/01/2019 | 1,134.75 |
| M1087.14.02 | Private Jet Services Group, LLC | 02/24/2014 | 02/24/2014 | 737-800 | 0.01 | 0.01 | 0.00 | 19020502 | 02/05/2019 | 01/01/0001 | 0.01 |
| M1143.18.32 | Tour-rific of Texas | 03/11/2019 | 03/11/2019 | 737-800 | 79,807.76 | 81,809.40 | 79,807.76 | 19020806 | 02/08/2019 | 02/08/2019 | 2,001.64 |

Schedule of Property Held for Another
(Escrow Account Balance)

| Contract No | Customer | First Flight Date | Last Flight Date | Aircraft Type | Orig Credit | Debit | Credit | Receipt No | Transaction Date | Last Transaction Date | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M1343.18.02 | Legendary Field Exhibitions, LCC | 02/01/2019 | 02/01/2019 | 737-800 | 3,605.54 | 3,605.55 | 3,605.54 | 19021302 | 02/13/2019 | 02/13/2019 | 0.01 |
| M1265.18.32 | Chapman Freeborn Air Chartering, Inc. | 03/19/2019 | 03/19/2019 | 737-800 | 110,004.19 | 110,004.20 | 110,004.19 | 19021403 | 02/14/2019 | 02/14/2019 | 0.01 |
| M1226.18.09 | Air Planning, LLC. | 02/24/2019 | 02/24/2019 | 737-800 | 625.86 | 1,148.96 | 625.86 | 19021407 | 02/14/2019 | 02/14/2019 | 523.10 |
| M1072.19.35 | Shorts Travel Mgmt | 03/21/2019 | 03/21/2019 | 737-800 | 72,384.83 | 72,384.84 | 72,384.83 | 19031902 | 03/19/2019 | 03/19/2019 | 0.01 |
| | Shorts Travel Mgmt | 01/01/0001 | 01/01/0001 | | 0.00 | 400.00 | 0.00 | 19032102 | 03/21/2019 | 01/01/0001 | 400.00 |
| M1060.19.32 | Four Seasons Tours | 03/31/2020 | 03/31/2020 | 737-800 | 0.00 | 14,099.00 | 0.00 | 19032702 | 03/27/2019 | 01/01/0001 | 14,099.00 |
| M1030.19.35 | The Granite Group | 05/08/2020 | 05/08/2020 | 737-800 | 0.00 | 76,018.38 | 0.00 | 19032809 | 03/28/2019 | 01/01/0001 | 76,018.38 |
| M1035.19.35 | The Granite Group | 04/28/2020 | 04/28/2020 | 737-800 | 0.00 | 24,951.30 | 0.00 | 19032809 | 03/28/2019 | 01/01/0001 | 24,951.30 |
| M1101.19.09 | Omni Air International, LLC as a Nevada limited | 04/13/2019 | 04/13/2019 | 737-800 | 271,950.00 | 278,450.00 | 271,950.00 | 19041101 | 04/11/2019 | 04/11/2019 | 6,500.00 |
| M1187.18.02 | 160 Escape | 05/27/2019 | 05/27/2019 | 737-800 | 269,269.73 | 269,269.74 | 269,269.73 | 19041501 | 04/15/2019 | 04/15/2019 | 0.01 |
| M1293.18.09 | University of Iowa & Purdue University | 03/30/2019 | 03/30/2019 | 737-800 | 226.82 | 226.83 | 226.82 | 19041801 | 04/18/2019 | 04/18/2019 | 0.01 |
| M1028.19.32 | ACC Aviation Inc | 05/19/2019 | 05/19/2019 | 737-800 | 303,572.85 | 307,058.57 | 303,572.85 | 19042501 | 04/25/2019 | 04/25/2019 | 3,485.72 |
| M1105.19.35 | S.G. Torrice Company | 11/18/2020 | 11/22/2020 | 737-800 | 0.00 | 25,421.78 | 0.00 | 19050305 | 05/03/2019 | 01/01/0001 | 25,421.78 |
| M1046.19.09 | Atlantic Bay Mortgage Group LLC | 03/22/2020 | 03/22/2020 | 737-800 | 0.00 | 22,431.86 | 0.00 | 19051006 | 05/10/2019 | 01/01/0001 | 22,431.86 |
| M1063.19.32 | Newbury Corporation o/b/o The Norfolk & Dedham | 05/14/2020 | 05/14/2020 | 737-800 | 0.00 | 16,419.51 | 0.00 | 19052103 | 05/21/2019 | 01/01/0001 | 16,419.51 |
| M1274.18.02 | Shelter Mutual Insurance Company | 07/02/2019 | 07/02/2019 | 737-800 | 194,806.52 | 196,431.92 | 194,806.52 | 19060405 | 06/04/2019 | 06/04/2019 | 1,625.40 |
| M1105.19.35 | S.G. Torrice Company | 11/18/2020 | 11/22/2020 | 737-800 | 0.00 | 60,000.00 | 0.00 | 19062401 | 06/24/2019 | 01/01/0001 | 60,000.00 |
| M1162.19.09 | NE Flight Watch, LLC | 04/22/2020 | 04/22/2020 | 737-800 | 0.00 | 10,174.64 | 0.00 | 19072301 | 07/23/2019 | 01/01/0001 | 10,174.64 |
| M1105.19.35 | S.G. Torrice Company | 11/18/2020 | 11/22/2020 | 737-800 | 0.00 | 60,000.00 | 0.00 | 19072303 | 07/23/2019 | 01/01/0001 | 60,000.00 |
| M1194.19.09 | Chapman Freeborn Air Chartering, Inc. | 08/03/2019 | 08/03/2019 | 737-800 | 76,592.46 | 76,592.47 | 76,592.46 | 19080201 | 08/02/2019 | 08/02/2019 | 0.01 |
| M1105.19.35 | S.G. Torrice Company | 11/18/2020 | 11/22/2020 | 737-800 | 0.00 | 22,281.88 | 0.00 | 19081301 | 08/13/2019 | 01/01/0001 | 22,281.88 |
| M1109.19.09 | Air Charter Service Inc. | 09/15/2019 | 09/15/2019 | 737-800 | 90,986.84 | 92,381.84 | 90,986.84 | 19081502 | 08/15/2019 | 08/15/2019 | 1,395.00 |
| M1027.19.09 | Covington Travel | 10/26/2019 | 10/26/2019 | 737-800 | 125,579.40 | 125,579.41 | 125,579.40 | 19082305 | 08/23/2019 | 08/23/2019 | 0.01 |
| M1152.19.35 | Resort Meetings Consortium | 11/04/2020 | 11/09/2020 | 737-800 | 0.00 | 31,823.28 | 0.00 | 19082308 | 08/23/2019 | 01/01/0001 | 31,823.28 |
| M1096.19.09 | Air Planning, LLC. | 11/16/2019 | 11/16/2019 | 737-800 | 123,956.17 | 123,956.18 | 123,956.17 | 19082601 | 08/26/2019 | 08/26/2019 | 0.01 |
| M1361.18.02 | Pro Sky Airbroker | 09/18/2019 | 09/18/2019 | 737-800 | 376,117.56 | 378,667.55 | 376,117.56 | 19082707 | 08/27/2019 | 08/27/2019 | 2,549.99 |
| M1155.19.09 | Air Charter Service Inc. | 09/21/2019 | 09/21/2019 | 737-800 | 71,608.81 | 71,608.82 | 71,608.81 | 19090303 | 09/03/2019 | 09/03/2019 | 0.01 |
| M1338.18.35 | Hunt & Palmer | 10/13/2019 | 10/13/2019 | 737-800 | 112,975.70 | 114,594.55 | 112,975.70 | 19090501 | 09/05/2019 | 09/05/2019 | 1,618.85 |
| M1156.19.32 | New Jersey Devils LLC | 09/16/2019 | 09/17/2019 | 737-800 | 74,432.66 | 74,432.67 | 74,432.66 | 19090501 | 09/05/2019 | 09/05/2019 | 0.01 |
| M1178.19.45 | The Fields Group, Inc. | 12/06/2020 | 12/06/2020 | 737-800 | 0.00 | 31,800.00 | 0.00 | 19090601 | 09/06/2019 | 01/01/0001 | 31,800.00 |
| M1118.19.09 | Air Planning, LLC. | 10/12/2019 | 10/12/2019 | 737-800 | 63,646.18 | 63,646.19 | 63,646.18 | 19091201 | 09/12/2019 | 09/12/2019 | 0.01 |
| M1214.19.09 | Air Planning, LLC. | 10/23/2019 | 10/23/2019 | 737-800 | 70,419.60 | 148,414.10 | 70,419.60 | 19091202 | 09/12/2019 | 09/12/2019 | 77,994.50 |
| | Chicago Football Classic Scholarship Fund, Inc. | 01/01/0001 | 01/01/0001 | | 0.00 | 0.02 | 0.00 | 19091204 | 09/12/2019 | 01/01/0001 | 0.02 |
| M1105.19.35 | S.G. Torrice Company | 11/18/2020 | 11/22/2020 | 737-800 | 0.00 | 22,281.88 | 0.00 | 19091706 | 09/17/2019 | 01/01/0001 | 22,281.88 |
| M1048.19.09 | University of Virginia | 10/26/2019 | 10/26/2019 | 737-800 | 55,183.03 | 56,313.95 | 55,183.03 | 19091901 | 09/19/2019 | 09/19/2019 | 1,130.92 |
| M1026.19.09 | Wake Forest University | 11/30/2019 | 11/30/2019 | 737-800 | 121,495.26 | 122,994.89 | 121,495.26 | 19092306 | 09/23/2019 | 09/23/2019 | 1,499.63 |
| M1122.19.32 | ACC Aviation Inc | 06/07/2020 | 06/07/2020 | 737-800 | 0.00 | 11,742.13 | 0.00 | 19093001 | 09/30/2019 | 01/01/0001 | 11,742.13 |
| M1151.19.32 | ACC Aviation Inc | 04/03/2021 | 04/03/2021 | 737-800 | 0.00 | 46,066.89 | 0.00 | 19093001 | 09/30/2019 | 01/01/0001 | 46,066.89 |
| M1196.19.09 | New Mexico Amigos | 04/26/2020 | 04/26/2020 | 737-800 | 0.00 | 7,194.94 | 0.00 | 19100105 | 10/04/2019 | 01/01/0001 | 7,194.94 |
| M1197.19.09 | New Mexico Amigos | 05/03/2020 | 05/03/2020 | 737-800 | 0.00 | 33,277.10 | 0.00 | 19100105 | 10/04/2019 | 01/01/0001 | 33,277.10 |
| M1022.19.35 | Hunt & Palmer | 11/17/2019 | 11/17/2019 | 737-800 | 163,002.46 | 163,010.88 | 163,002.46 | 19100701 | 10/07/2019 | 10/07/2019 | 8.42 |
| M1110.19.09 | Air Charter Service Inc. | 11/17/2019 | 11/17/2019 | 737-800 | 77,964.83 | 79,402.18 | 77,964.83 | 19100902 | 10/09/2019 | 10/09/2019 | 1,437.35 |
| M1154.19.32 | 160 Escape | 05/28/2021 | 05/31/2021 | 737-800 | 0.00 | 73,900.44 | 0.00 | 19101501 | 10/15/2019 | 01/01/0001 | 73,900.44 |
| M1032.19.09 | Virginia Polytechnic Inst State Univ | 11/17/2019 | 11/17/2019 | 737-800 | 105,347.47 | 105,347.49 | 105,347.47 | 19101504 | 10/15/2019 | 10/15/2019 | 0.02 |
| M1077.19.32 | Tour-rific of Texas | 11/17/2019 | 11/17/2019 | 737-800 | 146,540.28 | 146,540.31 | 146,540.28 | 19101505 | 10/15/2019 | 10/15/2019 | 0.03 |
| M1103.19.09 | NE Flight Watch, LLC | 11/16/2019 | 11/16/2019 | 737-800 | 63,664.65 | 63,664.66 | 63,664.65 | 191015102 | 10/15/2019 | 10/15/2019 | 0.01 |
| M1040.19.35 | Cirque du Soleil America, Inc. | 06/17/2019 | 06/17/2019 | 737-800 | 25.00 | 271.68 | 25.00 | 13020190 | 10/16/2019 | 10/16/2019 | 246.68 |
| | Civil Aviation Authority | 01/01/0001 | 01/01/0001 | | 0.00 | 9,022.56 | 0.00 | 19101701 | 10/17/2019 | 01/01/0001 | 9,022.56 |
| M1034.19.09 | NE Flight Watch, LLC | 11/25/2019 | 11/25/2019 | 737-800 | 119,269.06 | 119,540.82 | 119,269.06 | 19102101 | 10/21/2019 | 10/21/2019 | 271.76 |
| M1238.19.45 | Honor Flight Tallahassee | 04/18/2020 | 04/18/2020 | 737-800 | 0.00 | 14,131.42 | 0.00 | 19102305 | 10/23/2019 | 01/01/0001 | 14,131.42 |
| | Shorts Travel Mgmt | 01/01/0001 | 01/01/0001 | | 0.00 | 150,000.00 | 0.00 | 191012301 | 10/23/2019 | 01/01/0001 | 150,000.00 |
| | Air Partner Plc | 01/01/0001 | 01/01/0001 | | 0.00 | 1,332.41 | 0.00 | 19102401 | 10/24/2019 | 01/01/0001 | 1,332.41 |
| M1153.19.09 | Earthbound Inc. | 11/22/2019 | 11/24/2019 | 737-800 | 63,128.40 | 65,654.65 | 63,128.40 | 19102502 | 10/25/2019 | 10/25/2019 | 2,526.25 |
| M1147.19.09 | NE Flight Watch, LLC | 12/01/2019 | 12/01/2019 | 737-800 | 67,953.47 | 67,953.48 | 67,953.47 | 19102801 | 10/28/2019 | 10/28/2019 | 0.01 |
| M1250.19.13 | Private Flight Advisors, LLC | 07/20/2020 | 07/20/2020 | 737-800 | 0.00 | 14,494.66 | 0.00 | 19103102 | 10/31/2019 | 01/01/0001 | 14,494.66 |
| M1255.19.09 | NE Flight Watch, LLC | 04/12/2020 | 04/12/2020 | 737-800 | 0.00 | 14,995.83 | 0.00 | 19110401 | 11/04/2019 | 01/01/0001 | 14,995.83 |
| M1193.18.32 | Music Travel Consultants | 11/13/2019 | 11/17/2019 | 737-800 | 159,806.82 | 164,982.31 | 159,806.82 | 19110403 | 11/04/2019 | 11/04/2019 | 5,175.49 |
| M1207.19.09 | Air Planning, LLC. | 11/23/2019 | 11/23/2019 | 737-800 | 150,478.79 | 150,478.80 | 150,478.79 | 19110601 | 11/06/2019 | 11/06/2019 | 0.01 |
| M1273.18.02 | The Fields Group, Inc. | 12/08/2019 | 12/08/2019 | 737-800 | 147,708.89 | 150,000.00 | 147,708.89 | 19111403 | 11/14/2019 | 11/14/2019 | 2,291.11 |

Schedule of Property Held for Another
(Escrow Account Balance)

| Contract No | Customer | First Flight Date | Last Flight Date | Aircraft Type | Orig Credit | Debit | Credit | Receipt No | Transaction Date | Last Transaction Date | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Alpha Entertainment LLC dba XFL | 01/01/0001 | 01/01/0001 | | 0.00 | 500,000.00 | 0.00 | 19112002 | 11/20/2019 | 01/01/0001 | 500,000.00 |
| M1286.19.09 | Tampa Bay Lightning Hockey Club | 12/02/2019 | 12/04/2019 | 737-800 | 116,967.13 | 116,967.14 | 116,967.13 | 19112002 | 11/26/2019 | 11/26/2019 | 0.01 |
| M1251.19.09 | NE Flight Watch, LLC | 03/07/2020 | 03/07/2020 | 737-800 | 182,384.00 | 182,384.02 | 182,384.00 | 19120201 | 12/02/2019 | 12/02/2019 | 0.02 |
| M1301.19.09 | Sports and Entertainment Travel LLC | 12/29/2019 | 12/29/2019 | 737-800 | 144,497.79 | 144,497.80 | 144,497.79 | 19121302 | 12/03/2019 | 12/03/2019 | 0.01 |
| M1308.19.09 | Sports and Entertainment Travel LLC | 01/02/2020 | 01/02/2020 | 737-800 | 127,071.67 | 127,548.77 | 127,071.67 | 19121302 | 12/03/2019 | 12/03/2019 | 477.10 |
| M1274.19.09 | YPO Miami | 06/07/2020 | 06/07/2020 | 737-800 | 0.00 | 15,528.82 | 0.00 | 19120602 | 12/06/2019 | 01/01/0001 | 15,528.82 |
| M1283.19.45 | Hunt & Palmer | 12/04/2020 | 12/04/2020 | 737-800 | 0.00 | 28,029.99 | 0.00 | 19121201 | 12/12/2019 | 01/01/0001 | 28,029.99 |
| | New Jersey Devils LLC | 01/01/0001 | 01/01/0001 | | 0.00 | 292.14 | 0.00 | 19121305 | 12/13/2019 | 01/01/0001 | 292.14 |
| M1175.19.32 | New Jersey Devils LLC | 03/27/2020 | 03/27/2020 | 737-800 | 9,215.59 | 9,862.30 | 9,215.59 | 19121305 | 12/13/2019 | 12/13/2019 | 646.71 |
| M1203.19.45 | Maritz Travel Company | 02/08/2020 | 02/08/2020 | 737-800 | 186,088.51 | 186,088.52 | 186,088.51 | 19121901 | 12/19/2019 | 12/19/2019 | 0.01 |
| | NE Flight Watch, LLC | 01/01/0001 | 01/01/0001 | | 0.00 | 102.34 | 0.00 | 19121906 | 12/19/2019 | 01/01/0001 | 102.34 |
| M1311.19.14 | Spirit Airlines, Inc. | 01/17/2020 | 01/17/2020 | 737-800 | 478,547.67 | 643,712.00 | 478,547.67 | 19122700 | 12/27/2019 | 12/27/2019 | 165,164.33 |
| M1202.19.09 | NE Flight Watch, LLC | 04/04/2020 | 04/04/2020 | 737-800 | 39,784.70 | 62,495.45 | 39,784.70 | 19123002 | 12/30/2019 | 12/30/2019 | 22,710.75 |
| M1232.19.32 | MD Destination Events LLC | 04/07/2020 | 04/07/2020 | 737-800 | 0.00 | 37,819.38 | 0.00 | 19123101 | 12/31/2019 | 01/01/0001 | 37,819.38 |
| M1324.19.14 | Bahamasair Holdings Ltd. | 01/04/2020 | 01/04/2020 | 737-800 | 42,294.00 | 52,294.00 | 42,294.00 | 20010201 | 01/02/2020 | 01/02/2020 | 10,000.00 |
| M1188.19.45 | Hunt & Palmer | 02/15/2020 | 02/15/2020 | 737-800 | 122,997.85 | 123,153.06 | 122,997.85 | 20010301 | 01/03/2020 | 01/03/2020 | 155.21 |
| M1321.19.09 | NE Flight Watch, LLC | 02/09/2020 | 02/09/2020 | 737-800 | 86,025.13 | 86,025.14 | 86,025.13 | 20010601 | 01/06/2020 | 01/06/2020 | 0.01 |
| | Air Partner Plc | 01/01/0001 | 01/01/0001 | | 0.00 | 2,217.59 | 0.00 | 20010701 | 01/07/2020 | 01/01/0001 | 2,217.59 |
| M1120.19.09 | Torys LLP | 11/10/2019 | 11/10/2019 | 737-800 | 283.22 | 283.23 | 283.22 | 20010902 | 01/09/2020 | 01/09/2020 | 0.01 |
| M1079.19.32 | Music Travel Consultants | 02/19/2020 | 02/19/2020 | 737-800 | 176,908.54 | 176,908.55 | 176,908.54 | 20011002 | 01/10/2020 | 01/10/2020 | 0.01 |
| M1008.20.45 | Metro Machine Corp. d.b.a General Dynamics- | 01/18/2020 | 01/18/2020 | 737-800 | 127,123.99 | 127,124.00 | 127,123.99 | 20011003 | 01/10/2020 | 01/10/2020 | 0.01 |
| M1007.20.45 | Priority One Jets | 01/25/2020 | 01/25/2020 | 737-800 | 155,224.43 | 155,224.44 | 155,224.43 | 20011004 | 01/10/2020 | 01/10/2020 | 0.01 |
| M1284.19.13 | Jacksonville Symphony | 03/25/2020 | 03/25/2020 | 737-800 | 0.00 | 13,242.18 | 0.00 | 20011005 | 01/10/2020 | 01/01/0001 | 13,242.18 |
| M1202.19.09 | NE Flight Watch, LLC | 04/04/2020 | 04/04/2020 | 737-800 | 0.00 | 76,830.55 | 0.00 | 20011301 | 01/13/2020 | 01/01/0001 | 76,830.55 |
| M1295.19.09 | ACS Air Charter Service (Canada) Passenger Corp. | 05/29/2020 | 05/29/2020 | 737-800 | 0.00 | 14,908.61 | 0.00 | 20011302 | 01/13/2020 | 01/01/0001 | 14,908.61 |
| M1276.19.32 | Aircraft Logix | 06/09/2020 | 06/09/2020 | 737-800 | 0.00 | 119,750.53 | 0.00 | 20011501 | 01/15/2020 | 01/01/0001 | 119,750.53 |
| M1000.20.32 | Aviation Technologies | 07/13/2020 | 07/13/2020 | 737-800 | 0.00 | 9,763.50 | 0.00 | 20011701 | 01/17/2020 | 01/01/0001 | 9,763.50 |
| M1021.20.13 | Private Flight Advisors, LLC | 02/03/2020 | 02/03/2020 | 737-800 | 261,390.06 | 261,390.08 | 261,390.06 | 20012101 | 01/21/2020 | 01/21/2020 | 0.02 |
| M1009.20.09 | KaiserAir Inc. | 02/06/2020 | 02/06/2020 | 737-800 | 49,605.00 | 51,480.00 | 49,605.00 | 20012301 | 01/23/2020 | 01/23/2020 | 1,875.00 |
| M1060.19.32 | Four Seasons Tours | 03/31/2020 | 03/31/2020 | 737-800 | 0.00 | 21,148.50 | 0.00 | 20012302 | 01/23/2020 | 01/01/0001 | 21,148.50 |
| M1313.19.14 | Kuribayashi Transportation Co., Ltd. | 02/27/2020 | 02/27/2020 | 737-800 | 495,789.99 | 499,120.00 | 495,789.99 | 20012401 | 01/24/2020 | 01/24/2020 | 3,330.01 |
| M1284.19.13 | Jacksonville Symphony | 03/25/2020 | 03/25/2020 | 737-800 | 0.00 | 8,828.12 | 0.00 | 20012403 | 01/24/2020 | 01/01/0001 | 8,828.12 |
| | Miami Heat Limited Partnership | 01/01/0001 | 01/01/0001 | | 0.00 | 7,380.52 | 0.00 | 20012406 | 01/24/2020 | 01/01/0001 | 7,380.52 |
| M1292.19.13 | Galactic Performance Solutions | 06/17/2021 | 06/17/2021 | 737-800 | 0.00 | 19,765.83 | 0.00 | 20012408 | 01/24/2020 | 01/01/0001 | 19,765.83 |
| M1248.19.09 | NE Flight Watch, LLC | 01/30/2020 | 01/30/2020 | 737-800 | 30,143.99 | 44,728.56 | 30,143.99 | 20012701 | 01/27/2020 | 01/27/2020 | 14,584.57 |
| M1026.20.13 | Very Good Touring, Inc | 02/02/2020 | 02/02/2020 | 737-800 | 248,284.54 | 257,150.00 | 248,284.54 | 20012801 | 01/28/2020 | 01/28/2020 | 8,865.46 |
| M1216.19.09 | NE Flight Watch, LLC | 05/17/2020 | 05/17/2020 | 737-800 | 3,809.34 | 44,303.92 | 3,809.34 | 20020301 | 02/03/2020 | 02/03/2020 | 40,494.58 |
| M1006.20.13 | Fliteline BV | 10/18/2020 | 10/18/2020 | 737-800 | 0.00 | 28,071.88 | 0.00 | 20020302 | 02/03/2020 | 01/01/0001 | 28,071.88 |
| | Air Charter Service Inc. | 01/01/0001 | 01/01/0001 | | 0.00 | 50.00 | 0.00 | 20020303 | 02/03/2020 | 01/01/0001 | 50.00 |
| M1176.19.32 | New Jersey Devils LLC | 03/18/2020 | 03/18/2020 | 737-800 | 1,357.51 | 1,439.04 | 1,357.51 | 20020402 | 02/04/2020 | 02/04/2020 | 81.53 |
| M1227.19.13 | Private Flight Advisors, LLC | 03/15/2020 | 03/15/2020 | 737-800 | 630,404.00 | 630,404.04 | 630,404.00 | 20020502 | 02/05/2020 | 02/05/2020 | 0.04 |
| M1019.20.09 | Air Planning, LLC | 03/06/2020 | 03/06/2020 | 737-800 | 290,061.16 | 335,775.51 | 290,061.16 | 20020601 | 02/05/2020 | 02/05/2020 | 45,714.35 |
| M1282.19.13 | HMI Performance Incentives | 12/07/2020 | 12/07/2020 | 737-800 | 0.00 | 15,878.60 | 0.00 | 20020601 | 01/01/0001 | | 15,878.60 |
| M1232.19.32 | MD Destination Events LLC | 04/07/2020 | 04/07/2020 | 737-800 | 0.00 | 25,212.92 | 0.00 | 20020701 | 02/07/2020 | 01/01/0001 | 25,212.92 |
| M1255.19.09 | NE Flight Watch, LLC | 04/12/2020 | 04/12/2020 | 737-800 | 0.00 | 9,997.22 | 0.00 | 20021001 | 02/10/2020 | 01/01/0001 | 9,997.22 |
| M1046.19.09 | Atlantic Bay Mortgage Group LLC | 03/22/2020 | 03/22/2020 | 737-800 | 0.00 | 14,954.57 | 0.00 | 20021102 | 02/11/2020 | 01/01/0001 | 14,954.57 |
| M1152.19.35 | Resort Meetings Consortium | 11/04/2020 | 11/09/2020 | 737-800 | 0.00 | 21,215.52 | 0.00 | 20021104 | 02/11/2020 | 01/01/0001 | 21,215.52 |
| M1029.20.09 | Sports and Entertainment Travel LLC | 04/03/2020 | 04/03/2020 | 737-800 | 0.00 | 20,000.00 | 0.00 | 20021106 | 02/11/2020 | 01/01/0001 | 20,000.00 |
| | Dee Robbins Consulting and Aviation Services | 01/01/0001 | 01/01/0001 | | 0.00 | 43,630.92 | 0.00 | 20021301 | 02/13/2020 | 01/01/0001 | 43,630.92 |
| M1012.20.09 | Air Planning, LLC | 04/11/2020 | 04/11/2020 | 737-800 | 0.00 | 19,020.78 | 0.00 | 20021401 | 02/14/2020 | 01/01/0001 | 19,020.78 |
| | Alpha Entertainment LLC dba XFL | 01/01/0001 | 01/01/0001 | | 0.00 | 0.01 | 0.00 | 20021404 | 02/14/2020 | 01/01/0001 | 0.01 |
| M1285.19.32 | Alpha Entertainment LLC dba XFL | 04/11/2020 | 04/11/2020 | 737-800 | 418,648.78 | 1,558,448.53 | 418,648.78 | 20021404 | 02/14/2020 | 02/14/2020 | 1,139,799.75 |
| M1162.19.09 | NE Flight Watch, LLC | 04/22/2020 | 04/22/2020 | 737-800 | 0.00 | 6,783.09 | 0.00 | 20021802 | 02/18/2020 | 01/01/0001 | 6,783.09 |
| M1043.20.32 | Solairus Aviation | 02/20/2020 | 02/20/2020 | 737-800 | 81,829.63 | 83,833.42 | 81,829.63 | 20021803 | 02/18/2020 | 02/18/2020 | 2,003.79 |
| M1141.19.35 | John Deere Construction & Forestry | 03/14/2020 | 03/14/2020 | 737-800 | 122,698.06 | 122,698.07 | 122,698.06 | 20021805 | 02/18/2020 | 02/18/2020 | 0.01 |
| M1025.20.32 | Sunshine Foundation | 05/05/2020 | 05/05/2020 | 737-800 | 0.00 | 2,280.00 | 0.00 | 20022006 | 02/20/2020 | 01/01/0001 | 2,280.00 |
| M1238.19.45 | Honor Flight Tallahassee | 04/18/2020 | 04/18/2020 | 737-800 | 0.00 | 9,420.95 | 0.00 | 20022007 | 02/20/2020 | 01/01/0001 | 9,420.95 |
| M1284.19.13 | Jacksonville Symphony | 03/25/2020 | 03/25/2020 | 737-800 | 0.00 | 75,788.79 | 0.00 | 20022101 | 02/21/2020 | 01/01/0001 | 75,788.79 |
| M1171.19.04 | Pittsburgh Penguins, LP | 03/26/2020 | 03/26/2020 | 737-800 | 124,259.83 | 243,172.48 | 124,259.83 | 20022102 | 02/21/2020 | 02/21/2020 | 118,912.65 |

Schedule of Property Held for Another
(Escrow Account Balance)

| Contract No | Customer | First Flight Date | Last Flight Date | Aircraft Type | Orig Credit | Debit | Credit | Receipt No | Transaction Date | Last Transaction Date | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M1046.20.45 | Metro Machine Corp. d.b.a General Dynamics- | 02/28/2020 | 02/28/2020 | 737-800 | 119,022.25 | 119,022.26 | 119,022.25 | 20022106 | 02/21/2020 | 02/21/2020 | 0.01 |
| M1031.20.13 | Fliteline BV | 03/16/2020 | 03/16/2020 | 737-800 | 107,618.21 | 110,245.91 | 107,618.21 | 20022501 | 02/25/2020 | 02/25/2020 | 2,627.70 |
| M1060.19.32 | Four Seasons Tours | 03/31/2020 | 03/31/2020 | 737-800 | 0.00 | 121,138.32 | 0.00 | 20022502 | 02/25/2020 | 01/01/0001 | 121,138.32 |
| M1049.20.32 | Mike Bloomberg 2020 | 03/01/2020 | 03/01/2020 | 737-800 | 751,063.25 | 752,203.25 | 751,063.25 | 20022503 | 02/25/2020 | 02/25/2020 | 1,140.00 |
| M1221.19.04 | Miami Heat Limited Partnership | 04/14/2020 | 04/14/2020 | 737-800 | 179,341.22 | 366,792.05 | 179,341.22 | 20022801 | 02/28/2020 | 02/28/2020 | 187,450.83 |
| M1122.19.32 | ACC Aviation Inc | 06/07/2020 | 06/07/2020 | 737-800 | 0.00 | 115,391.31 | 0.00 | 20022803 | 02/28/2020 | 01/01/0001 | 115,391.31 |
| M1151.19.32 | ACC Aviation Inc | 04/03/2021 | 04/03/2021 | 737-800 | 0.00 | 30,711.26 | 0.00 | 20022803 | 02/28/2020 | 01/01/0001 | 30,711.26 |
| M1175.19.32 | New Jersey Devils LLC | 03/27/2020 | 03/27/2020 | 737-800 | 130,637.05 | 440,774.27 | 130,637.05 | 20022804 | 02/28/2020 | 02/28/2020 | 310,137.22 |
| M1176.19.32 | New Jersey Devils LLC | 03/18/2020 | 03/18/2020 | 737-800 | 31,765.32 | 96,178.83 | 31,765.32 | 20022804 | 02/28/2020 | 02/28/2020 | 64,413.51 |
| M1176.19.32 | New Jersey Devils LLC | 03/18/2020 | 03/18/2020 | 737-800 | 0.00 | 810.12 | 0.00 | 20022805 | 02/28/2020 | 01/01/0001 | 810.12 |
| M1196.19.09 | New Mexico Amigos | 04/26/2020 | 04/26/2020 | 737-800 | 0.00 | 4,796.63 | 0.00 | 20030303 | 03/03/2020 | 01/01/0001 | 4,796.63 |
| M1197.19.09 | New Mexico Amigos | 05/03/2020 | 05/03/2020 | 737-800 | 0.00 | 22,184.73 | 0.00 | 20030303 | 03/03/2020 | 01/01/0001 | 22,184.73 |
| M1048.20.09 | Air Charter Service Inc. | 05/24/2020 | 05/24/2020 | 737-800 | 0.00 | 7,562.63 | 0.00 | 20030501 | 03/05/2020 | 01/01/0001 | 7,562.63 |
| M1171.19.04 | Pittsburgh Penguins, LP | 03/26/2020 | 03/26/2020 | 737-800 | 17,322.12 | 213,224.74 | 17,322.12 | 20030601 | 03/06/2020 | 03/06/2020 | 195,902.62 |
| M1172.19.04 | Pittsburgh Penguins, LP | 04/05/2020 | 04/05/2020 | 737-800 | 9,812.52 | 82,100.72 | 9,812.52 | 20030601 | 03/06/2020 | 03/06/2020 | 72,288.20 |
| M1174.19.09 | Tampa Bay Lightning Hockey Club | 03/22/2020 | 03/22/2020 | 737-800 | 9,334.73 | 347,295.09 | 9,334.73 | 20030602 | 03/06/2020 | 03/06/2020 | 337,960.36 |
| M1041.20.32 | ACC Aviation Inc | 06/10/2020 | 06/10/2020 | 737-800 | 0.00 | 13,213.26 | 0.00 | 20030303 | 03/06/2020 | 01/01/0001 | 13,213.26 |
| M1216.19.09 | NE Flight Watch, LLC | 05/17/2020 | 05/17/2020 | 737-800 | 0.00 | 61,056.19 | 0.00 | 20030901 | 03/09/2020 | 01/01/0001 | 61,056.19 |
| M1255.19.09 | NE Flight Watch, LLC | 04/12/2020 | 04/12/2020 | 737-800 | 0.00 | 83,709.04 | 0.00 | 20030901 | 03/09/2020 | 01/01/0001 | 83,709.04 |
| M1212.18.35 | Premier Charter Network Inc. | 05/01/2020 | 05/01/2020 | 737-800 | 0.00 | 7,970.82 | 0.00 | 20030902 | 03/09/2020 | 01/01/0001 | 7,970.82 |
| | Pollen | 01/01/0001 | 01/01/0001 | | 0.00 | 4,050.80 | 0.00 | 20031102 | 03/11/2020 | 01/01/0001 | 4,050.80 |
| M1152.19.35 | Plimpton & Hills Corporation | 11/04/2020 | 11/09/2020 | 737-800 | 0.00 | 176,468.41 | 0.00 | 20031103 | 03/11/2020 | 01/01/0001 | 176,468.41 |
| M1025.20.32 | Sunshine Foundation | 05/05/2020 | 05/05/2020 | 737-800 | 0.00 | 1,520.00 | 0.00 | 20031102 | 03/11/2020 | 01/01/0001 | 1,520.00 |
| M1173.19.09 | Tampa Bay Lightning Hockey Club | 04/05/2020 | 04/05/2020 | 737-800 | 10,338.53 | 153,534.98 | 10,338.53 | 20031301 | 03/13/2020 | 03/13/2020 | 143,196.45 |
| M1323.19.32 | Aviation Technologies | 04/22/2020 | 04/22/2020 | 737-800 | 20,841.20 | 222,296.14 | 20,841.20 | 20031801 | 03/18/2020 | 03/18/2020 | 201,454.94 |
| M1238.19.45 | Honor Flight Tallahassee | 04/18/2020 | 04/18/2020 | 737-800 | 0.00 | 80,679.59 | 0.00 | 20031803 | 03/18/2020 | 01/01/0001 | 80,679.59 |
| M1323.19.32 | Aviation Technologies | 04/22/2020 | 04/22/2020 | 737-800 | 0.00 | 38,206.93 | 0.00 | 20032001 | 03/20/2020 | 01/01/0001 | 38,206.93 |
| M1186.19.32 | Direct Travel | 12/15/2019 | 12/15/2019 | 737-800 | 0.00 | 1,934.24 | 0.00 | 20032601 | 03/26/2020 | 01/01/0001 | 1,934.24 |
| | Limetree Bay Refining, LLC. | 01/01/0001 | 01/01/0001 | | 0.00 | 142,000.00 | 0.00 | 20040301 | 04/03/2020 | 01/01/0001 | 142,000.00 |
| M1259.19.14 | TUI Airlines Belgium N.V. | 03/22/2020 | 03/22/2020 | 737-800 | 227,351.45 | 234,137.45 | 227,351.45 | 20040901 | 04/09/2020 | 04/09/2020 | 6,786.00 |
| M1260.19.14 | TUI Airlines Belgium N.V. | 03/23/2020 | 03/23/2020 | 737-800 | 129,794.40 | 240,463.12 | 129,794.40 | 20040901 | 04/09/2020 | 04/09/2020 | 110,668.72 |
| M1261.19.14 | TUI Airlines Belgium N.V. | 03/22/2020 | 03/22/2020 | 737-800 | 0.00 | 69,934.82 | 0.00 | 20040901 | 04/09/2020 | 01/01/0001 | 69,934.82 |
| M1262.19.14 | TUI Airlines Belgium N.V. | 03/22/2020 | 03/22/2020 | 737-800 | 43,657.20 | 202,284.94 | 43,657.20 | 20040901 | 04/09/2020 | 04/09/2020 | 158,627.74 |
| M1263.19.14 | TUI Airlines Belgium N.V. | 03/18/2020 | 03/18/2020 | 737-800 | 0.00 | 183,179.67 | 0.00 | 20040901 | 04/09/2020 | 01/01/0001 | 183,179.67 |
| | | | | | 18,524,635.08 | 26,044,225.80 | 18,524,635.08 | | | | 7,519,590.72 |

Debtor    **Miami Air International, Inc.**

Case number (if known)  **20-13924-BKC-AJC**

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **Environmental Protection Agency**<br>**2012** | | **Incorrect Disposal of oxygen generators.  .Miami Air pled guilty to a charge of knowingly storing a hazardous waste without a permit, and was fined $125,000.** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

 ■  No.
 ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

 ■  No.
 ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
 List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

 ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **TSI Holding Company**<br>**999 Executive Parkway Dr.**<br>**Saint Louis, MO 63141** | **Parent company** | EIN:   **43-1217532**<br><br>From-To   **1953 - present** |

26. **Books, records, and financial statements**
 26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

 ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **RubinBrown LLP**<br>**One North Brentwood**<br>**Saint Louis, MO 63105** | **2018, 2019, 2020** |
| 26a.2.   **Matt Buskell**<br>**5000 NW 36th St.**<br>**Miami, FL 33166** | **2018, 2019, 2020** |

 26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

 ☐ None

Debtor   **Miami Air International, Inc.**                                    Case number *(if known)*   **20-13924-BKC-AJC**

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **RubinBrown LLP** **One North Brentwood** **Saint Louis, MO 63105** | **2018, 2019, 2020** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **RubinBrown LLP** **One North Brentwood** **Saint Louis, MO 63105** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Defense Contract Audit Agency** **robin.adams-nelms@dcaa.mil** |
| 26d.2.   **US Department of Transportation** **1200 New Jersey Ave, SE** **Washington, DC 20590** |
| 26d.3.   **World Fuel Services** **jportuon@wfscorp.com** |
| 26d.4.   **Aergo Capital** **Niall Strumble** **nstrumble@aergocapital.com** |
| 26d.5.   **Avolon** **Rhona McMenamin - Senior Contract Mgr.** **rmcmenamin@avolon.aero** |
| 26d.6.   **Aviation Capital Group** **Ross Campbell - VP Marketing** **ross.campbell@aviationcapital.com** |
| 26d.7.   **Aercap** **Tara Komin - Director Contracts Mgmt.** **tkomin@aercap.com** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Miami Air International, Inc.**                                          Case number *(if known)*  **20-13924-BKC-AJC**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kurt M. Kamrad** | **5000 NW 36th St. Suite 307 Miami, FL 33166** | **President** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Annette M. Eckerle** | **5000 NW 36th St Suite 307 Miami, FL 33166** | **Vice President, Treasurer and Assistant Secretary** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John Passwater** | **5000 NW 36th St Suite 307 Miami, FL 33166** | **Vice President, Flight Operations** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Claudia Rudkins** | **5000 NW 36th St. Suite 307 Miami, FL 33166** | **Vice President, Sales & Marketing** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rafael Dovarganes** | **5000 NW 36th St. Suite 307 Miami, FL 33166** | **Vice President, Business Operations** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lisa Bartling** | **5000 NW 36th St. Suite 307 Miami, FL 33166** | **Assistant Secretary and Assistant Treasurer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Altagracia Banuchi** | **5000 NW 36th St Suite 307 Miami, FL 33166** | **Assistant Secretary** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **TSI Holding Company** | **999 Executive Parkway Dr. Saint Louis, MO 63141** | **Parent Company** | **100% of common stock** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Mark A. Easton** | **5000 NW 36th St. Suite 307 Miami, FL 33166** | **Vice President, Maintenance** | **to March 2020** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Juan O'Naugton** | **5000 NW 36th St. Miami, FL 33166** | **Secretary** | **through March 2020** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Miami Air International, Inc.**

Case number *(if known)*  **20-13924-BKC-AJC**

---

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐  No
    ☑  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **TSI Holding Company 999 Executive Parkway Dr. Saint Louis, MO 63141** | **$5,945,242.26** | **June 12, 2019 through February 28, 2020** | **Repayment of intercompany loan** |
| | Relationship to debtor **Parent Company** | | | |

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☐  No
    ☑  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **TSI Holding Company** | **EIN:     43-1217532** |

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ☑  No
    ☐  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 29, 2020**

**/s/ Annette Eckerle**
Signature of individual signing on behalf of the debtor

**Annette Eckerle**
Printed name

Position or relationship to debtor   **Authorized Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes